B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **AQH, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br>(include married, maiden, and trade names): <br> **DBA Aquifer LLC** | All Other Names used by the Joint Debtor in the last 8 years <br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br>(if more than one, state all) <br> **46-4609199** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **440 North Wolfe Road, #243** <br> **Sunnyvale, CA** <br> ZIP Code **94085** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br>(if different from street address above): | **5300 Claus Road** <br> **Modesto, CA 95357** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **AQH, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AQH, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor  **X** _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X** _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |

| **Signature of Attorney\*** |
|---|
| **X** **/s/ Reno F.R. Fernandez III** Signature of Attorney for Debtor(s) **Reno F.R. Fernandez III 251934** Printed Name of Attorney for Debtor(s) **Macdonald Fernandez LLP** Firm Name **221 Sansome Street, 3rd Floor San Francisco, CA 94104** Address **(415) 362-0449  Fax: (415) 394-5544** Telephone Number **February 19, 2015** Date *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* |

| **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|
| I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address **X** _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** **/s/ Sean Walsh** Signature of Authorized Individual **Sean Walsh** Printed Name of Authorized Individual **Managing Member** Title of Authorized Individual **February 19, 2015** Date |

**United States Bankruptcy Court**
**Northern District of California**

In re **AQH, LLC**                  Case No. _____
             Debtor              Chapter **11**

# STATEMENT REGARDING AUTHORITY TO COMMENCE CHAPTER 11 BANKRUPTCY CASE

I, Sean Walsh, am the duly appointed, qualified and acting Managing Member of AQH, LLC, and the following is a true and correct copy of the resolutions adopted by the Members of said Company by written consent on the 19th day of February, 2015:

"Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case."

Date   2/19/15           Signed: _____
                                       Sean Walsh, Managing Member of
                                       AQH, LLC

Date _____ Accepted: _____
                                         Chris Cunningham

**United States Bankruptcy Court**
**Northern District of California**

In re  AQH, LLC
                                    Debtor

Case No. _____
Chapter  11

# STATEMENT REGARDING AUTHORITY TO COMMENCE CHAPTER 11 BANKRUPTCY CASE

I, Sean Walsh, am the duly appointed, qualified and acting Managing Member of AQH, LLC, and the following is a true and correct copy of the resolutions adopted by the Members of said Company by written consent on the 19th day of February, 2015:

"Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case."

Date _____    Signed: _____
                                Sean Walsh, Managing Member of
                                AQH, LLC

Date  2/19/15                   Accepted: _____
                                Chris Cunningham

**United States Bankruptcy Court**
Northern District of California

In re   AQH, LLC
                                              Debtor

Case No. _____
Chapter    11

# ACTION BY WRITTEN CONSENT OF MEMBERS

The undersigned, being the Members of AQH, LLC, hereby consent to and adopt the following resolutions in lieu of holding a meeting, and take the following actions as of the 19th day of February, 2015:

Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

This Written Consent may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

In Witness Whereof, the undersigned, being the Members of the Company, execute this Written Consent as of the day and date first set forth above.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA
BERNSTEIN, INDIVIDUALS, AS JOINT
TENANTS WITH RIGHT OF
SURVIVORSHIP

*/s/ Chris Cunningham*
Regina Bernstein

_____
Dave Riggs

_____
John Walsh

Page 1 of 2
[Signatures Continue on Next Page]

_____  SEAN WALSH AND TATIANA
Sean Walsh, Managing Member of   KOROLSHTEYN, INDIVIDUALS, AS
AQH, LLC                         JOINT TENANTS WITH RIGHT OF
                                 SURVIVORSHIP

_____
Sean Walsh

_____
Tatiana Korolshteyn

United States Bankruptcy Court
Northern District of California

In re  AQH, LLC
                                    Debtor

Case No.
Chapter  11

# WAIVER OF NOTICE

The undersigned Members of AQH, LLC agree that the foregoing resolutions adopted by written consent of Members on the 19th day of February, 2015, in lieu of holding a meeting, shall be as valid and legal and have the same force and effect as though a meeting was held after notice duly given. Notice of such a meeting and notice or solicitation of consent are hereby waived.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA BERNSTEIN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Dave Riggs

_____
John Walsh

_____
Chris Cunningham

_____
Regina Bernstein

SEAN WALSH AND TATIANA KOROLSHTEYN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Sean Walsh, Managing Member of AQH, LLC

_____
Sean Walsh

_____
Tatiana Korolshteyn

United States Bankruptcy Court
Northern District of California

In re   AQH, LLC
                                        Debtor

Case No.
Chapter   11

# WAIVER OF NOTICE

The undersigned Members of AQH, LLC agree that the foregoing resolutions adopted by written consent of Members on the 19th day of February, 2015, in lieu of holding a meeting, shall be as valid and legal and have the same force and effect as though a meeting was held after notice duly given. Notice of such a meeting and notice or solicitation of consent are hereby waived.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA BERNSTEIN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Chris Cunningham

_____
Regina Bernstein

_____
Sean Walsh, Managing Member of AQH, LLC

_____
Dave Riggs

_____
John Walsh

SEAN WALSH AND TATIANA KOROLSHTEYN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Sean Walsh

_____
Tatiana Korolshteyn

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **AQH, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A&A Portables** 201 Roscoe Road Modesto, CA 95357 | **A&A Portables** 201 Roscoe Road Modesto, CA 95357 | **Vendor** | | **699.26** |
| **Access Electric** 1990 Foundry Court Ceres, CA 95307 | **Access Electric** 1990 Foundry Court Ceres, CA 95307 (209) 577-1491 | **Vendor** | | **62,163.77** |
| **Andy Faris** 4929 E. Sunnyslope Rd. Edina, MN 55424 | **Andy Faris** 4929 E. Sunnyslope Rd. Edina, MN 55424 (612) 600-8600 | **Loan** | **Unliquidated Disputed** | **308,410.00** (308,410.00 secured) |
| **Chris Kilday** 450 Taraval St, #143 San Francisco, CA 94116 | **Chris Kilday** 450 Taraval St, #143 San Francisco, CA 94116 (415) 418-0999 | **Sales Commission** | | **25,000.00** |
| **Collins Electric** 3412 Metro Drive Stockton, CA 95215 | **Collins Electric** 3412 Metro Drive Stockton, CA 95215 (209) 466-3691 | **Electrical Contractor** | | **260,554.52** |
| **CrimeTek Security** 3448 North Golden State Blvd. Turlock, CA 95382 | **CrimeTek Security** 3448 North Golden State Blvd. Turlock, CA 95382 (209) 668-6209 | **Security Cameras** | | **6,500.00** |
| **DHL Global Forwarding** P.O. Box 742802 Los Angeles, CA 90074-2802 | **DHL Global Forwarding** P.O. Box 742802 Los Angeles, CA 90074-2802 (800) 426-5962 | **Shipping** | | **48,402.56** |
| **Elisa Research** 48834 Kato Road Suite 101-A Fremont, CA 94538 | **Elisa Research** 48834 Kato Road Suite 101-A Fremont, CA 94538 | **Vendor** | | **2,100.00** |
| **Emergent Systems Exchange** 7160 Shady Oak Eden Prairie, MN 55344 | **Emergent Systems Exchange** 7160 Shady Oak Eden Prairie, MN 55344 (952) 943-0900 | **Equipment Sale** | **Unliquidated Disputed** | **1,136,924.75** |

B4 (Official Form 4) (12/07) - Cont.
In re **AQH, LLC**
                      Debtor(s)
Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 | I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382<br>(209) 668-6208 | Vendor | | 13,955.63 |
| Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354 | Lionakis<br>915 13th Street<br>Modesto, CA 95354<br>(209) 576-8222 | Structural Engineering Contractor | | 19,440.00 |
| New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624 | New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624 | Vendor | | 1,940.00 |
| Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005<br>(503) 641-6121 | Electrical Equipment Supplier | | 95,009.92 |
| PLN Architects<br>1720 G Street<br>Modesto, CA 95354 | PLN Architects<br>1720 G Street<br>Modesto, CA 95354 | Vendor | | 1,620.00 |
| Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357 | Riverbank LRA<br>5300 Claus Rd., Suite 1<br>Modesto, CA 95357<br>(209) 863-8352 | Rent and Utilities | | 287,650.52 |
| Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27216 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27216<br>(336) 227-1486 | Electrical Equipment Supplier | | 20,000.00 |
| W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201 | Grainger<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201<br>(800) 472-4643 | Exhaust Fans | | 43,596.00 |
| | | | | |
| | | | | |
| | | | | |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 19, 2015**                    Signature  **/s/ Sean Walsh**
                                                          **Sean Walsh**
                                                          **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **AQH, LLC**

Debtor(s)

Case No.

Chapter **11**

# CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of **4** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **February 19, 2015**

**/s/ Reno F.R. Fernandez III**
Signature of Attorney
**Reno F.R. Fernandez III 251934
Macdonald Fernandez LLP
221 Sansome Street, 3rd Floor
San Francisco, CA 94104
(415) 362-0449   Fax: (415) 394-5544**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101


Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812


A&A Portables
201 Roscoe Road
Modesto, CA 95357


Access Electric
1990 Foundry Court
Ceres, CA 95307


Andy Faris
4929 E. Sunnyslope Rd.
Edina, MN 55424


Anthony Steven Brough
1200 Dale Ave, Apt 78
Mountain View, CA 94040


Chris Cunningham
10033 Reevesbury Dr.
Beverly Hills, CA 90210


Chris Kilday
450 Taraval St, #143
San Francisco, CA 94116

Collins Electric
3412 Metro Drive
Stockton, CA 95215


CrimeTek Security
3448 North Golden State Blvd.
Turlock, CA 95382


DHL Global Forwarding
P.O. Box 742802
Los Angeles, CA 90074-2802


Elisa Research
48834 Kato Road Suite 101-A
Fremont, CA 94538


Emergent Systems Exchange
7160 Shady Oak
Eden Prairie, MN 55344


I Guard
3448 North Golden State Blvd.
Turlock, CA 95382


John Walsh
120 59th
Burr Ridge, IL 60527


Lionakis, a California corporation
915 13th Street
Modesto, CA 95354

Lucy Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940


New Concept Fleet Management
9096 Elkmont Way
Elk Grove, CA 95624


Platt Electric
10605 Southwest Allen Blvd.
Beaverton, OR 97005


PLN Architects
1720 G Street
Modesto, CA 95354


Riverbank Local Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357


Southland Electrical Supply
147 North Main Street
Burlington, NC 27216


Tatiana Korolshteyn
1742 Kansas Street
Redwood City, CA 94061


Vagada Holdings
18600 Castle Ridge Drive
Morgan Hill, CA 95037

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5201

# United States Bankruptcy Court
## Northern District of California

In re **AQH, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **AQH, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 19, 2015**

Date

**/s/ Reno F.R. Fernandez III**

**Reno F.R. Fernandez III 251934**

Signature of Attorney or Litigant

Counsel for **AQH, LLC**

**Macdonald Fernandez LLP**
**221 Sansome Street, 3rd Floor**
**San Francisco, CA 94104**
**(415) 362-0449 Fax:(415) 394-5544**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy