# Notice Recipients

| District/Off: 0971−5 | User: rrombawa | Date Created: 2/19/2015 |
|---|---|---|
| Case: 15−50553 | Form ID: NMD11 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
aty      Reno F.R. Fernandez      reno@macfern.com

                                                                                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      AQH, LLC      440 North Wolfe Road, #243      Sunnyvale, CA 94085

                                                                                               TOTAL: 1