# Notice Recipients

District/Off: 0971−5         User: rrombawa         Date Created: 2/19/2015
Case: 15−50553               Form ID: B9F           Total: 50

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | AQH, LLC | 440 North Wolfe Road, #243 | Sunnyvale, CA 94085 | |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg. | 280 S 1st St. #268 | San Jose, CA 95113−3004 |
| aty | Reno F.R. Fernandez | Macdonald Fernandez LLP | 221 Sansome St. 3rd Fl. | San Francisco, CA 94104 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | |
| 13973490 | AAPortables | 201 Roscoe Road | Modesto, CA 95357 | |
| 13973541 | AAPortables | 201 Roscoe Road | Modesto, CA 95357 | |
| 13973491 | Access Electric | 1990 Foundry Court | Ceres, CA 95307 | |
| 13973542 | Access Electric | 1990 Foundry Court | Ceres, CA 95307 | |
| 13973492 | Andy Faris | 4929 E. Sunnyslope Rd. | Edina, MN 55424 | |
| 13973543 | Andy Faris | 4929 E. Sunnyslope Rd. | Edina, MN 55424 | |
| 13973493 | Anthony Steven Brough | 1200 Dale Ave, Apt 78 | Mountain View, CA 94040 | |
| 13973494 | Chris Cunningham | 10033 Reevesbury Dr. | Beverly Hills, CA 90210 | |
| 13973495 | Chris Kilday | 450 Taraval St, #143 | San Francisco, CA 94116 | |
| 13973544 | Chris Kilday | 450 Taraval St, #143 | San Francisco, CA 94116 | |
| 13973496 | Collins Electric | 3412 Metro Drive | Stockton, CA 95215 | |
| 13973545 | Collins Electric | 3412 Metro Drive | Stockton, CA 95215 | |
| 13973547 | CrimeTek Security | 3448 North Golden State Blvd. | Turlock, CA 95382 | |
| 13973497 | CrimeTek Security | 3448 North Golden State Blvd. | Turlock, CA 95382 | |
| 13973498 | DHL Global Forwarding | P.O. Box 742802 | Los Angeles, CA 90074−2802 | |
| 13973548 | DHL Global Forwarding | P.O. Box 742802 | Los Angeles, CA 90074−2802 | |
| 13973499 | Elisa Research | 48834 Kato Road Suite 101−A | Fremont, CA 94538 | |
| 13973549 | Elisa Research | 48834 Kato Road Suite 101−A | Fremont, CA 94538 | |
| 13973550 | Emergent Systems Exchange | 7160 Shady Oak | Eden Prairie, MN 55344 | |
| 13973500 | Emergent Systems Exchange | 7160 Shady Oak | Eden Prairie, MN 55344 | |
| 13973489 | Franchise Tax Board | Bankruptcy Section, MS A−340 | Post Office Box 2952 | Sacramento, CA 95812 |
| 13973551 | I Guard | 3448 North Golden State Blvd. | Turlock, CA 95382 | |
| 13973501 | I Guard | 3448 North Golden State Blvd. | Turlock, CA 95382 | |
| 13973488 | Internal Revenue Service | Post Office Box 7346 | Philadelphia, PA 19101 | |
| 13973502 | John Walsh | 120 59th | Burr Ridge, IL 60527 | |
| 13973552 | Lionakis, a California corporation | 915 13th Street | Modesto, CA 95354 | |
| 13973503 | Lionakis, a California corporation | 915 13th Street | Modesto, CA 95354 | |
| 13973504 | Lucy Darnell | 824 Lyndon Street, Apt. G | Monterey, CA 93940 | |
| 13973553 | New Concept Fleet Management | 9096 Elkmont Way | Elk Grove, CA 95624 | |
| 13973505 | New Concept Fleet Management | 9096 Elkmont Way | Elk Grove, CA 95624 | |
| 13973507 | PLN Architects | 1720 G Street | Modesto, CA 95354 | |
| 13973556 | PLN Architects | 1720 G Street | Modesto, CA 95354 | |
| 13973506 | Platt Electric | 10605 Southwest Allen Blvd. | Beaverton, OR 97005 | |
| 13973555 | Platt Electric | 10605 Southwest Allen Blvd. | Beaverton, OR 97005 | |
| 13973557 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 | Modesto, CA 95357 | |
| 13973508 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 | Modesto, CA 95357 | |
| 13973509 | Southland Electrical Supply | 147 North Main Street | Burlington, NC 27216 | |
| 13973558 | Southland Electrical Supply | 147 North Main Street | Burlington, NC 27216 | |
| 13973510 | Tatiana Korolshteyn | 1742 Kansas Street | Redwood City, CA 94061 | |
| 13973511 | Vagada Holdings | 18600 Castle Ridge Drive | Morgan Hill, CA 95037 | |
| 13973512 | W.W. Grainger, Inc. | 100 Grainger Parkway | Lake Forest, IL 60045−5201 | |
| 13973559 | W.W. Grainger, Inc. | 100 Grainger Parkway | Lake Forest, IL 60045−5201 | |

TOTAL: 50