Form STCASW

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: AQH, LLC<br>　　dba　Aquifer LLC<br>　　　　　Debtor(s) | Case No.: 15–50553 ASW 11<br>Chapter: 11 |

## NOTICE OF STATUS CONFERENCE IN CHAPTER 11

Notice is hereby given that a status conference before the Honorable Arthur S. Weissbrodt United States Bankruptcy Judge, will be held as follows:

| | |
|---|---|
| **DATE:** April 30, 2015 | **TIME:** 02:30 PM |
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3020 3rd Fl., San Jose, CA 95113 | |

Please note that at said status conference, the court may, among other things, review the debtor's monthly operating reports and set a deadline for the filing of a plan and disclosure statement.

The court may hear at the status conference, on fourteen days notice, the U.S. Trustee's motion, if any, to dismiss the case, convert the case to one under Chapter 7, or appoint a Chapter 11 trustee.

The debtor's attendance (with counsel, if the debtor is represented) is required. If debtor fails to appear, the court may, without further notice or hearing, order at said status conference that the case be dismissed or converted to Chapter 7, or that a Chapter 11 trustee be appointed. Creditor attendance is welcomed, but not required.

Dated: 2/19/15　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　　　　Arthur S. Weissbrodt
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Doc # 4