# Notice Recipients

District/Off: 0971−5     User: rrombawa     Date Created: 2/19/2015
Case: 15−50553     Form ID: STCASW     Total: 50

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
aty     Reno F.R. Fernandez     reno@macfern.com

                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     AQH, LLC     440 North Wolfe Road, #243     Sunnyvale, CA 94085
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101−7346
smg     State Board of Equalization     Attn: Special Procedures Section, MIC:55     P.O. Box 942879     Sacramento, CA 94279
smg     CA Employment Development Dept.     Bankruptcy Group MIC 92E     P.O. Box 826880     Sacramento, CA 94280−0001
smg     CA Franchise Tax Board     Attn: Special Procedures     P.O. Box 2952     Sacramento, CA 95812−2952
smg     IRS     P.O. Box 7346     Philadelphia, PA 19101−7346
13973490     AAPortables     201 Roscoe Road     Modesto, CA 95357
13973541     AAPortables     201 Roscoe Road     Modesto, CA 95357
13973491     Access Electric     1990 Foundry Court     Ceres, CA 95307
13973542     Access Electric     1990 Foundry Court     Ceres, CA 95307
13973492     Andy Faris     4929 E. Sunnyslope Rd.     Edina, MN 55424
13973543     Andy Faris     4929 E. Sunnyslope Rd.     Edina, MN 55424
13973493     Anthony Steven Brough     1200 Dale Ave, Apt 78     Mountain View, CA 94040
13973494     Chris Cunningham     10033 Reevesbury Dr.     Beverly Hills, CA 90210
13973495     Chris Kilday     450 Taraval St, #143     San Francisco, CA 94116
13973544     Chris Kilday     450 Taraval St, #143     San Francisco, CA 94116
13973496     Collins Electric     3412 Metro Drive     Stockton, CA 95215
13973545     Collins Electric     3412 Metro Drive     Stockton, CA 95215
13973547     CrimeTek Security     3448 North Golden State Blvd.     Turlock, CA 95382
13973497     CrimeTek Security     3448 North Golden State Blvd.     Turlock, CA 95382
13973498     DHL Global Forwarding     P.O. Box 742802     Los Angeles, CA 90074−2802
13973548     DHL Global Forwarding     P.O. Box 742802     Los Angeles, CA 90074−2802
13973499     Elisa Research     48834 Kato Road Suite 101−A     Fremont, CA 94538
13973549     Elisa Research     48834 Kato Road Suite 101−A     Fremont, CA 94538
13973550     Emergent Systems Exchange     7160 Shady Oak     Eden Prairie, MN 55344
13973500     Emergent Systems Exchange     7160 Shady Oak     Eden Prairie, MN 55344
13973489     Franchise Tax Board     Bankruptcy Section, MS A−340     Post Office Box 2952     Sacramento, CA 95812
13973551     I Guard     3448 North Golden State Blvd.     Turlock, CA 95382
13973501     I Guard     3448 North Golden State Blvd.     Turlock, CA 95382
13973488     Internal Revenue Service     Post Office Box 7346     Philadelphia, PA 19101
13973502     John Walsh     120 59th     Burr Ridge, IL 60527
13973552     Lionakis, a California corporation     915 13th Street     Modesto, CA 95354
13973503     Lionakis, a California corporation     915 13th Street     Modesto, CA 95354
13973504     Lucy Darnell     824 Lyndon Street, Apt. G     Monterey, CA 93940
13973553     New Concept Fleet Management     9096 Elkmont Way     Elk Grove, CA 95624
13973505     New Concept Fleet Management     9096 Elkmont Way     Elk Grove, CA 95624
13973507     PLN Architects     1720 G Street     Modesto, CA 95354
13973556     PLN Architects     1720 G Street     Modesto, CA 95354
13973506     Platt Electric     10605 Southwest Allen Blvd.     Beaverton, OR 97005
13973555     Platt Electric     10605 Southwest Allen Blvd.     Beaverton, OR 97005
13973557     Riverbank Local Redevelopment Authority     5300 Claus Road, Suite 1     Modesto, CA 95357
13973508     Riverbank Local Redevelopment Authority     5300 Claus Road, Suite 1     Modesto, CA 95357
13973509     Southland Electrical Supply     147 North Main Street     Burlington, NC 27216
13973558     Southland Electrical Supply     147 North Main Street     Burlington, NC 27216
13973510     Tatiana Korolshteyn     1742 Kansas Street     Redwood City, CA 94061
13973511     Vagada Holdings     18600 Castle Ridge Drive     Morgan Hill, CA 95037
13973512     W.W. Grainger, Inc.     100 Grainger Parkway     Lake Forest, IL 60045−5201
13973559     W.W. Grainger, Inc.     100 Grainger Parkway     Lake Forest, IL 60045−5201

                                                                    TOTAL: 48