# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: admin | Date Created: 02/20/2015 |
| Case: 15−50553 | Form ID: OFP | Total: 8 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
aty    Reno F.R. Fernandez    reno@macfern.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    AQH, LLC    440 North Wolfe Road, #243    Sunnyvale, CA 94085
smg    IRS    P.O. Box 7346    Philadelphia, PA 19101−7346
smg    State Board of Equalization    Attn: Special Procedures Section, MIC:55    P.O. Box 942879    Sacramento, CA 94279
smg    CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280−0001
smg    CA Franchise Tax Board    Attn: Special Procedures    P.O. Box 2952    Sacramento, CA 95812−2952
smg    IRS    P.O. Box 7346    Philadelphia, PA 19101−7346

TOTAL: 6