```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                             Case No. 15-50553-ASW
AQH, LLC                                                           Chapter 11
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0971-5          User: rrombawa             Page 1 of 2          Date Rcvd: Feb 19, 2015
                              Form ID: B9F               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2015.
db            +AQH, LLC,    440 North Wolfe Road, #243,    Sunnyvale, CA 94085-3869
smg          ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                SACRAMENTO CA 94279-0029
              (address filed with court:   State Board of Equalization,
                Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
13973491      +Access Electric,    1990 Foundry Court,    Ceres, CA 95307-9223
13973492      +Andy Faris,    4929 E. Sunnyslope Rd.,    Edina, MN 55424-1166
13973493      +Anthony Steven Brough,    1200 Dale Ave, Apt 78,    Mountain View, CA 94040-3326
13973494      +Chris Cunningham,    10033 Reevesbury Dr.,    Beverly Hills, CA 90210-1422
13973495      +Chris Kilday,    450 Taraval St, #143,    San Francisco, CA 94116-2530
13973496      +Collins Electric,    3412 Metro Drive,    Stockton, CA 95215-9440
13973497      +CrimeTek Security,    3448 North Golden State Blvd.,    Turlock, CA 95382-9709
13973498       DHL Global Forwarding,    P.O. Box 742802,    Los Angeles, CA 90074-2802
13973499      +Elisa Research,    48834 Kato Road Suite 101-A,    Fremont, CA 94538-7368
13973500      +Emergent Systems Exchange,    7160 Shady Oak,    Eden Prairie, MN 55344-3517
13973501      +I Guard,    3448 North Golden State Blvd.,    Turlock, CA 95382-9709
13973502      +John Walsh,    120 59th,    Burr Ridge, IL 60527-4905
13973503      +Lionakis, a California corporation,    915 13th Street,    Modesto, CA 95354-0903
13973504      +Lucy Darnell,    824 Lyndon Street, Apt. G,    Monterey, CA 93940-1976
13973505     #+New Concept Fleet Management,    9096 Elkmont Way,    Elk Grove, CA 95624-9707
13973507      +PLN Architects,    1720 G Street,    Modesto, CA 95354-1214
13973508      +Riverbank Local Redevelopment Authority,    5300 Claus Road, Suite 1,    Modesto, CA 95357-1665
13973509      +Southland Electrical Supply,    147 North Main Street,    Burlington, NC 27217-3901
13973510      +Tatiana Korolshteyn,    1742 Kansas Street,    Redwood City, CA 94061-2635
13973511      +Vagada Holdings,    18600 Castle Ridge Drive,    Morgan Hill, CA 95037-8947
13973512      +W.W. Grainger, Inc.,    100 Grainger Parkway,    Lake Forest, IL 60045-5202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: reno@macfern.com Feb 20 2015 02:29:53     Reno F.R. Fernandez,
                Macdonald Fernandez LLP,    221 Sansome St. 3rd Fl.,    San Francisco, CA  94104
smg            EDI: EDD.COM Feb 20 2015 02:23:00      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Feb 20 2015 02:33:00      CA Franchise Tax Board,    Attn: Special Procedures,
                P.O. Box 2952,    Sacramento, CA  95812-2952
smg            EDI: IRS.COM Feb 20 2015 02:23:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
ust            E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Feb 20 2015 02:30:26
                Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
                San Jose, CA  95113-3004
13973490      +E-mail/Text: becky@aaportables.com Feb 20 2015 02:29:56     A&A Portables,    201 Roscoe Road,
                Modesto, CA 95357-1828
13973489      +EDI: CALTAX.COM Feb 20 2015 02:33:00      Franchise Tax Board,    Bankruptcy Section, MS A-340,
                Post Office Box 2952,    Sacramento, CA 95812-2952
13973506      +E-mail/Text: creditadmin@platt.com Feb 20 2015 02:31:13     Platt Electric,
                10605 Southwest Allen Blvd.,    Beaverton, OR 97005-4896
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           IRS,   P.O. Box 7346,   Philadelphia, PA  19101-7346
13973541*     +A&A Portables,    201 Roscoe Road,    Modesto, CA 95357-1828
13973542*     +Access Electric,    1990 Foundry Court,    Ceres, CA 95307-9223
13973543*     +Andy Faris,    4929 E. Sunnyslope Rd.,    Edina, MN 55424-1166
13973544*     +Chris Kilday,    450 Taraval St, #143,    San Francisco, CA 94116-2530
13973545*     +Collins Electric,    3412 Metro Drive,    Stockton, CA 95215-9440
13973547*     +CrimeTek Security,    3448 North Golden State,    Blvd.,    Turlock, CA 95382-9709
13973548*      DHL Global Forwarding,    P.O. Box 742802,    Los Angeles, CA 90074-2802
13973549*     +Elisa Research,    48834 Kato Road Suite 101-A,    Fremont, CA 94538-7368
13973550*     +Emergent Systems,    Exchange,    7160 Shady Oak,    Eden Prairie, MN 55344-3517
13973551*     +I Guard,    3448 North Golden State,    Blvd.,    Turlock, CA 95382-9709
13973488*     +Internal Revenue Service,    Post Office Box 7346,    Philadelphia, PA 19101-7346
13973552*     +Lionakis, a California,    corporation,    915 13th Street,    Modesto, CA 95354-0903
13973553*     +New Concept Fleet,    Management,    9096 Elkmont Way,    Elk Grove, CA 95624-9707
13973556*     +PLN Architects,    1720 G Street,    Modesto, CA 95354-1214
13973555*     +Platt Electric,    10605 Southwest Allen Blvd.,    Beaverton, OR 97005-4896
13973557*     +Riverbank Local,    Redevelopment Authority,    5300 Claus Road, Suite 1,
                Modesto, CA 95357-1665
13973558*     +Southland Electrical Supply,    147 North Main Street,    Burlington, NC 27217-3901
13973559*     +W.W. Grainger, Inc.,    100 Grainger Parkway,    Lake Forest, IL 60045-5202
                                                                                     TOTALS: 0, * 19, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2015 at the address(es) listed below:

      Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
      Reno F.R. Fernandez    on behalf of Debtor    AQH, LLC reno@macfern.com, ecf@macfern.com

      TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 2/19/15.

**You may be a creditor of the debtor.** **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
AQH, LLC
dba Aquifer LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
| --- | --- |
| 15−50553 | 46−4609199 |

Attorney for Debtor(s) (name and address):
Reno F.R. Fernandez
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104
Telephone number: (415)362−0449

## Meeting of Creditors
Date: **March 25, 2015**     Time: **09:30 AM**
Location: **U.S. Federal Bldg., 280 S. First St. #268, San Jose, CA 95113**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **6/23/15**     For a governmental unit: **Must file before 180 days after the date relief was entered.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408−278−7500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Edward J. Emmons |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 2/19/15 |

# EXPLANATIONS

B9F (Official Form 9F) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at http://www.canb.uscourts.gov. In the Quick Links section, click on "File an Electronic Proof of Claim." You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

Case: 15-50553    Doc# 6    Filed: 02/21/15    Entered: 02/21/15 21:43:59    Page 4 of 4