```
United States Bankruptcy Court
  Northern District of California
```

In re:                                                          Case No. 15-50553-ASW
AQH, LLC                                                        Chapter 11
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: rrombawa         Page 1 of 1           Date Rcvd: Feb 19, 2015
                              Form ID: NMD11         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2015.
db             +AQH, LLC,    440 North Wolfe Road, #243,    Sunnyvale, CA 94085-3869

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2015                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2015 at the address(es) listed below:
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
              Reno F.R. Fernandez    on behalf of Debtor    AQH, LLC reno@macfern.com, ecf@macfern.com
                                                                                             TOTAL: 2

Form NMD11

UNITED STATES BANKRUPTCY COURT
*for the*
Northern District of California

| In re Debtor(s): <br><br>AQH, LLC <br>dba   Aquifer LLC | Case No.: 15−50553 ASW 11 <br>Chapter: 11 |
|---|---|

**ORDER AND NOTICE RE: FAILURE OF THE DEBTOR(S) TO FILE SCHEDULES,
STATEMENTS, OTHER REQUIRED DOCUMENTS OR PAY FILING FEES
CHAPTER 11 DEBTOR**

According to the court's records, at the time of filing the Chapter 11 petition of the United States Bankruptcy Code on 2/19/15, it appears that the above−named debtor(s) did not file the required documents or pay the applicable filing fee as indicated below:

☐ Filing Fee of $1717.00

☐ Voluntary Petition

☐ List of Creditors Holding 20 Largest Unsecured Claims

☑ Summary of Schedules with signed declaration

☑ Schedules A−J **(Schedules C, I and J are not needed if the debtor is a corporation)**

☑ Statement of Financial Affairs

☑ Exhibit A, if debtor is a corporation

☑ List of Equity Security Holders, if debtor is a corporation

☐ Creditor Matrix Mailing List and Cover Sheet

☐ Statement of Social Security Number **(if individual)**

☐  Application to Pay Installments **(if individual)**

☑ Application and Order for the Designation of a Responsible Individual **(if corporation or partnership)**

☑ Attorney Disclosure Statement

☐ Other:

IT IS ORDERED that the debtor(s) file the documents or pay the filing fee as indicated above within 14 days of the date of filing of the petition for relief or an Order to Show Cause hearing will be scheduled.

Dated: 2/19/15

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge