```
                                   United States Bankruptcy Court
                                   Northern District of California
In re:                                                                       Case No. 15-50553-ASW
AQH, LLC                                                                     Chapter 11
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0971-5          User: rrombawa               Page 1 of 2             Date Rcvd: Feb 19, 2015
                              Form ID: STCASW              Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2015.
```
db            +AQH, LLC,    440 North Wolfe Road, #243,    Sunnyvale, CA 94085-3869
smg          ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                SACRAMENTO CA 94279-0029
               (address filed with court: State Board of Equalization,
                Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
13973491      +Access Electric,    1990 Foundry Court,    Ceres, CA 95307-9223
13973492      +Andy Faris,    4929 E. Sunnyslope Rd.,    Edina, MN 55424-1166
13973493      +Anthony Steven Brough,    1200 Dale Ave, Apt 78,    Mountain View, CA 94040-3326
13973494      +Chris Cunningham,    10033 Reevesbury Dr.,    Beverly Hills, CA 90210-1422
13973495      +Chris Kilday,    450 Taraval St, #143,    San Francisco, CA 94116-2530
13973496      +Collins Electric,    3412 Metro Drive,    Stockton, CA 95215-9440
13973497      +CrimeTek Security,    3448 North Golden State Blvd.,    Turlock, CA 95382-9709
13973498       DHL Global Forwarding,    P.O. Box 742802,    Los Angeles, CA 90074-2802
13973499      +Elisa Research,    48834 Kato Road Suite 101-A,    Fremont, CA 94538-7368
13973500      +Emergent Systems Exchange,    7160 Shady Oak,    Eden Prairie, MN 55344-3517
13973501      +I Guard,    3448 North Golden State Blvd.,    Turlock, CA 95382-9709
13973502      +John Walsh,    120 59th,    Burr Ridge, IL 60527-4905
13973503      +Lionakis, a California corporation,    915 13th Street,    Modesto, CA 95354-0903
13973504      +Lucy Darnell,    824 Lyndon Street, Apt. G,    Monterey, CA 93940-1976
13973505     #+New Concept Fleet Management,    9096 Elkmont Way,    Elk Grove, CA 95624-9707
13973507      +PLN Architects,    1720 G Street,    Modesto, CA 95354-1214
13973508      +Riverbank Local Redevelopment Authority,    5300 Claus Road, Suite 1,    Modesto, CA 95357-1665
13973509      +Southland Electrical Supply,    147 North Main Street,    Burlington, NC 27217-3901
13973510      +Tatiana Korolshteyn,    1742 Kansas Street,    Redwood City, CA 94061-2635
13973511      +Vagada Holdings,    18600 Castle Ridge Drive,    Morgan Hill, CA 95037-8947
13973512      +W.W. Grainger, Inc.,    100 Grainger Parkway,    Lake Forest, IL 60045-5202
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: itcdbg@edd.ca.gov Feb 20 2015 02:30:25      CA Employment Development Dept.,
               Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg            E-mail/Text: BKBNCNotices@ftb.ca.gov Feb 20 2015 02:31:14      CA Franchise Tax Board,
               Attn: Special Procedures,    P.O. Box 2952,    Sacramento, CA  95812-2952
smg            E-mail/Text: cio.bncmail@irs.gov Feb 20 2015 02:30:11      IRS,    P.O. Box 7346,
               Philadelphia, PA  19101-7346
13973490      +E-mail/Text: becky@aaportables.com Feb 20 2015 02:29:56      A&A Portables,    201 Roscoe Road,
               Modesto, CA 95357-1828
13973489      +E-mail/Text: BKBNCNotices@ftb.ca.gov Feb 20 2015 02:31:14      Franchise Tax Board,
               Bankruptcy Section, MS A-340,    Post Office Box 2952,    Sacramento, CA 95812-2952
13973506      +E-mail/Text: creditadmin@platt.com Feb 20 2015 02:31:13      Platt Electric,
               10605 Southwest Allen Blvd.,    Beaverton, OR 97005-4896
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           IRS,   P.O. Box 7346,    Philadelphia, PA  19101-7346
13973541*     +A&A Portables,    201 Roscoe Road,    Modesto, CA 95357-1828
13973542*     +Access Electric,    1990 Foundry Court,    Ceres, CA 95307-9223
13973543*     +Andy Faris,    4929 E. Sunnyslope Rd.,    Edina, MN 55424-1166
13973544*     +Chris Kilday,    450 Taraval St, #143,    San Francisco, CA 94116-2530
13973545*     +Collins Electric,    3412 Metro Drive,    Stockton, CA 95215-9440
13973547*     +CrimeTek Security,    3448 North Golden State,   Blvd.,    Turlock, CA 95382-9709
13973548*      DHL Global Forwarding,    P.O. Box 742802,    Los Angeles, CA 90074-2802
13973549*     +Elisa Research,    48834 Kato Road Suite 101-A,    Fremont, CA 94538-7368
13973550*     +Emergent Systems,   Exchange,    7160 Shady Oak,    Eden Prairie, MN 55344-3517
13973551*     +I Guard,    3448 North Golden State,   Blvd.,    Turlock, CA 95382-9709
13973488*     +Internal Revenue Service,    Post Office Box 7346,    Philadelphia, PA 19101-7346
13973552*     +Lionakis, a California,   corporation,    915 13th Street,    Modesto, CA 95354-0903
13973553*     +New Concept Fleet,   Management,    9096 Elkmont Way,    Elk Grove, CA 95624-9707
13973556*     +PLN Architects,    1720 G Street,    Modesto, CA 95354-1214
13973555*     +Platt Electric,    10605 Southwest Allen Blvd.,    Beaverton, OR 97005-4896
13973557*     +Riverbank Local,   Redevelopment Authority,    5300 Claus Road, Suite 1,
               Modesto, CA 95357-1665
13973558*     +Southland Electrical Supply,    147 North Main Street,    Burlington, NC 27217-3901
13973559*     +W.W. Grainger, Inc.,    100 Grainger Parkway,    Lake Forest, IL 60045-5202
                                                                                   TOTALS: 0, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2015                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2015 at the address(es) listed below:
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,   ltroxas@hotmail.com
              Reno F.R. Fernandez    on behalf of Debtor    AQH, LLC reno@macfern.com,   ecf@macfern.com
                                                                                              TOTAL: 2

Form STCASW

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| In Re: AQH, LLC<br>    dba  Aquifer LLC<br>              Debtor(s) | Case No.: 15−50553 ASW 11<br>Chapter:  11 |

## NOTICE OF STATUS CONFERENCE IN CHAPTER 11

Notice is hereby given that a status conference before the Honorable Arthur S. Weissbrodt United States Bankruptcy Judge, will be held as follows:

| | |
|---|---|
| **DATE:**  April 30, 2015 | **TIME:**  02:30 PM |
| **LOCATION:**  U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3020 3rd Fl., San Jose, CA 95113 | |

Please note that at said status conference, the court may, among other things, review the debtor's monthly operating reports and set a deadline for the filing of a plan and disclosure statement.

The court may hear at the status conference, on fourteen days notice, the U.S. Trustee's motion, if any, to dismiss the case, convert the case to one under Chapter 7, or appoint a Chapter 11 trustee.

The debtor's attendance (with counsel, if the debtor is represented) is required. If debtor fails to appear, the court may, without further notice or hearing, order at said status conference that the case be dismissed or converted to Chapter 7, or that a Chapter 11 trustee be appointed. Creditor attendance is welcomed, but not required.

Dated: 2/19/15

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Court

Doc # 4