MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL FOR DEBTOR

TO    THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA:

COMES NOW AQH, LLC, Debtor-in-Possession herein, and requests the appointment of Chris Cunningham as the Responsible Individual for the Debtor Pursuant to Bankruptcy Local Rule 4002-1, and respectfully represents:

1.    The within case was commenced by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of the estate.

2.    Mr. Cunningham owns a majority of the membership interests (along with Regina Bernstein as joint tenants with right of survivorship) in the Debtor.

3.    Mr. Cunningham is competent and willing to serve as Responsible Individual.

4.    The business address and telephone number for Mr. Cunningham are as follows:

Chris Cunningham
4335 Van Nuys Blvd., Ste. #443
Sherman Oaks, CA 91403
(818) 646-7889

///

1

WHEREFORE, the Debtor requests that Mr. Cunningham be designated as the Responsible Individual for the Debtor during the pendency of this case, and for such other and further relief as is proper in the premises.

DATED: February 23, 2015                MACDONALD | FERNANDEZ LLP

By: /s/ Reno F.R. Fernandez III
    Reno F.R. Fernandez III
    Proposed Attorneys for Debtor-in-Possession, AQH, LLC

I AGREE TO SERVE AS RESPONSIBLE INDIVIDUAL:

DATED: February 23, 2015

    /s/ Chris Cunningham
    Chris Cunningham