MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-ASW-11 |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | DECLARATION OF CHRIS CUNNINGHAM IN SUPPORT OF APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL FOR DEBTOR |

I, Chris Cunningham, declare:

1. I am over the age of eighteen years. The following facts are true of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

2. I own a majority of the membership interests (along with Regina Bernstein as joint tenants with right of survivorship) in AQH, LLC, Debtor-in-Possession herein.

3. I am familiar with the business of the Debtor, and I am competent to serve as the Responsible Individual.

4. My business address and telephone number are as follows:

Chris Cunningham
4335 Van Nuys Blvd., Ste. #443
Sherman Oaks, CA 91403
(818) 646-7889

///

///

///

1

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23rd day of February, 2015, at Sherman Oaks, California.

    /s/ Chris Cunningham
    CHRIS CUNNINGHAM