MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

                    Debtor.

Case No. 15-50553-ASW-11

Chapter 11

CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that I am a citizen of the United States of America and

employed in the City and County of San Francisco, California; that I am over the age of eighteen

years and not a party to the within action; that my business address is 221 Sansome Street, Third

Floor, San Francisco, California 94104-2323.

        On the date hereof, I served the following documents:

1. APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL FOR
   DEBTOR
2. DECLARATION OF CHRIS CUNNINGHAM IN SUPPORT OF APPLICATION FOR
   ORDER DESIGNATING RESPONSIBLE INDIVIDUAL FOR DEBTOR
3. [PROPOSED] ORDER DESIGNATING RESPONSIBLE INDIVIDUAL FOR DEBTOR

Upon the following persons and/or entities:

**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

As follows:

☐         <u>By Personal Service.</u> By placing a true and correct copy of said document(s),
          enclosed in a sealed envelope and addressed above, to be hand delivered.

///

1

| | |
|---|---|
| [X] | **By First Class U.S. Mail.** By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California. |
| [ ] | **By Certified U.S. Mail.** By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California. |
| [ ] | **By Federal Express.** By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California. |
| [ ] | **By Facsimile.** By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error. |
| [ ] | **By Email Transmission.** By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: February 23, 2015          /s/ Samantha G. Brown
_____
                                     SAMANTHA G. BROWN

2