MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

Debtor.

Case No. 15-50553-11-ASW

Chapter 11

INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

Date: TBD
Time: TBD
Place: 280 South First Street, Room 3020
San Jose, California

Honorable Arthur W. Weissbrodt

A hearing on interim approval of the Motion for Authority to Use Cash Collateral filed by AQH, LLC, Debtor-in-Possession herein, was held on _____. Appearances were as noted on the record. The Court, having reviewed Motion and evidence submitted in connection therewith, having heard the arguments and representations of counsel, finding that notice was proper under the circumstances, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted on an interim basis pending a further hearing thereon, as described herein;

2. The Debtor is authorized to use cash collateral up to the amount of $248,193 per month in the categories identified in the budget attached hereto; provided that, for each category of expenses identified in the budget, the Debtor shall not pay more than the amount identified therein

1

plus a variance of up to 5%;

  3. Unused portions of said budget (except for the variance of 5%) shall roll over to increase the following months' budgets, category by category; and

  4. The Debtor is authorized to use cash collateral for purposes other than those stated in the budget, and in addition to the amounts provided in the budget, upon the written consent of both Andrew L. Faris and Emergent Systems Exchange, LLC without further notice or order of the Court, provided that the Debtor's use of property otherwise complies with the Bankruptcy Code.

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).