MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession
AQH, LLC

**IT IS SO ORDERED.**
**Signed February 25, 2015**

_Arthur S. Weissbrodt_

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-ASW-11 |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | ORDER DESIGNATING RESPONSIBLE INDIVIDUAL FOR DEBTOR |

The Court, having reviewed the Application of AQH, LLC, Debtor-in-Possession herein, for order designating Chris Cunningham as Responsible Individual for the Debtor pursuant to Bankruptcy Local Rule 4002-1, and good cause appearing,

IT IS ORDERED that Chris Cunningham is designated as the Responsible Individual for the Debtor. Mr. Cunningham's business address is 4335 Van Nuys Blvd., Ste. #443, Sherman Oaks, CA 91403, and his telephone number is (818) 646-7889.

*** END OF ORDER ***

1

1     <u>COURT SERVICE LIST</u>

2     All parties required to be served are registered CM/ECF filers.  B.L.R. 9022-1(a).

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 15-50553   Doc# 13   Filed: 02/25/15   Entered: 02/25/15 12:00:32   Page 2 of 2