MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

        Debtor.

Case No. 15-50553-11-ASW

Chapter 11

DECLARATION OF RENO F.R. FERNNADEZ IIII IN SUPPORT OF *EX PARTE* MOTION FOR ORDER SHORTENING TIME RE MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES

I, Reno F.R. Fernandez III, declare:

1.     I am a partner at Macdonald Fernandez LLP, counsel for the Debtors in the within case. I am over the age of eighteen years. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

2.     The within case was commenced on an emergency basis by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of the estate.

**Reasoning for Shortening of Time Requested**.

3.     The Debtor is an operating Bitcoin transaction processor. The Debtor continues to incur expenses post-petition, including taxes obligations to pay employees and independent contractors, part of which expenses include a pre-petition portion. The Debtor must continue to pay its expenses in the ordinary course of business in order to achieve an effective reorganization. If the

1

Debtor cannot pay such expenses, the Debtor will be forced to shut down and stop generating revenue. In the meantime, the Debtor's insurance premiums, utilities, maintenance expenses and security expenses would be unpaid, leaving the estate's assets uninsured, unguarded and subject to dilapidation.

4. Accordingly, the Motions request interim authority to use cash collateral to pay necessary expenses, authority to pay pre-petition wages within the priority amount provided in Bankruptcy Code Section 507(a)(4) and to pay any pre-petition taxes that become payable post-petition in the ordinary course of business. For further particulars, reference is made to the aforesaid Motions.

**Previous Time Modifications**.

5. There have been no previous time modifications in this matter.

**Effect of Shortening Time on the Case**.

6. The proposed modification will have no impact on the schedule for the within case.

7. The estate is likely to be harmed if the Debtor is not authorized to use cash collateral and pay the aforesaid expenses. By contrast, creditors will not be prejudiced by maintaining the status quo. Moreover, creditors will be entitled to raise any opposition orally.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed February 25, 2015, at San Francisco, California.

/s/ Reno F.R. Fernandez III
Reno F.R. Fernandez III