Entered on Docket
February 25, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

The following constitutes the
Order of the Court. Signed Feb 25, 2015

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

         Debtor.

Case No. 15-50553-11-ASW

Chapter 11

ORDER APPROVING *EX PARTE* MOTION FOR ORDER SHORTENING TIME RE MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES

The Court, having reviewed the *Ex Parte* Motion for Order Shortening Time regarding the Motion for Authority to Use Cash Collateral and the Motion for Authority to Pay Pre-Petition Wages and Taxes, the Declaration of Reno F.R. Fernandez III filed in support thereof, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. A hearing on the Motion for Order Authorizing Use of Cash Collateral and the Motion for Authority to Pay Pre-Petition Wages and Taxes shall be held on ~~Friday, February 27,~~ Wednesday, March 4, 2015 at ~~2:00 pm~~ 4:00 pm.

3. Notice of the hearing shall be timely if served via overnight mail on February ~~25~~ 26, 2015;

4. Opposition, if any, to these motions may be made orally at the hearing.

1

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).