MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

The following constitutes the
Order of the Court. Signed Feb 25, 2015

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

        Debtor.

Case No. 15-50553-11-ASW

Chapter 11

ORDER APPROVING *EX PARTE* MOTION FOR ORDER SHORTENING TIME RE MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES

    The Court, having reviewed the *Ex Parte* Motion for Order Shortening Time regarding the Motion for Authority to Use Cash Collateral and the Motion for Authority to Pay Pre-Petition Wages and Taxes, the Declaration of Reno F.R. Fernandez III filed in support thereof, and good cause appearing,

    IT IS HEREBY ORDERED that:

    1.    The Motion is granted;

    2.    A hearing on the Motion for Order Authorizing Use of Cash Collateral and the Motion for Authority to Pay Pre-Petition Wages and Taxes shall be held on ~~Friday, February 27,~~ Wednesday, March 4, 2015 at ~~2:00 p.m.~~ 4:00 pm.

    3.    Notice of the hearing shall be timely if served via overnight mail on February ~~25~~ 26, 2015;

    4.    Opposition, if any, to these motions may be made orally at the hearing.

1

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).