MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

    Debtor.

Case No. 15-50553-ASW-11

Chapter 11

NOTICE OF PRELIMINARY AND FINAL HEARINGS ON MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES

Preliminary Hearing:

Date: March 4, 2015
Time: 4:00 p.m.
Place: 280 S. 1st Street, Courtroom 3020
   San Jose, California

Final Hearing:

Date: TBD
Time: TBD
Place: 280 S. 1st Street, Courtroom 3020
   San Jose, California

Honorable Arthur S. Weissbrodt

TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA, ALL CREDITORS OF THE ESTATE AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on February 24, 2015, AQH, LLC, Debtor-in-Possession herein, filed its (1) Motion For Order Authorizing Use of Cash Collateral, and (2) Motion for Authority to Pay Pre-Petition Wages and Taxes (collectively, the "Motions"). For further

1

particulars, reference is made to the aforesaid Motions.

NOTICE IS FURTHER GIVEN that a hearing to consider granting interim relief pending a final hearing upon the Motions shall be held on March 4, 2015, at 4:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California. Opposition, if any, may be made orally at the hearing.

NOTICE IS FURTHER GIVEN that a hearing to consider granting final relief upon the Motions shall be held on March 4, 2015, at 4:00 p.m., or as soon thereafter as the matters may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California. Opposition, if any, must be filed with the Court and served upon the undersigned at least seven (7) days prior to the hearing.

DATED: February 26, 2015            MACDONALD FERNANDEZ

By: /s/ Reno F.R. Fernandez III
    Reno F.R. Fernandez III,
    Attorneys for Debtors-in-Possession,
    AQH, LLC