```
 1  MACDONALD | FERNANDEZ LLP
    IAIN A. MACDONALD (SBN 051073)
 2  RENO F.R. FERNANDEZ III (SBN 251934)
    ROXANNE BAHADURJI (SBN 290117)
 3  221 Sansome Street, Third Floor
    San Francisco, CA 94104
 4  Telephone: (415) 362-0449
    Facsimile: (415) 394-5544
 5
 6  Proposed Attorneys for Debtor-in-Possession,
    AQH, LLC
 7
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-ASW-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | CORRECTED[1] NOTICE OF PRELIMINARY AND FINAL HEARINGS ON MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES |
| | Preliminary Hearing: |
| | Date:  March 4, 2015<br>Time:  4:00 p.m.<br>Place: 280 S. 1st Street, Courtroom 3020<br>       San Jose, California |
| | Final Hearing: |
| | Date:  March 31, 2015<br>Time:  2:15 pm<br>Place: 280 S. 1st Street, Courtroom 3020<br>       San Jose, California |
| | Honorable Arthur S. Weissbrodt |

///
///
///

---

[1] This correction is to provide the correct date and time of the final hearing on the motions described herein; the original date, time and place of the hearing on interim approval of the motions was correct and has not been changed.

TO    THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA, ALL CREDITORS OF THE ESTATE AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on February 24, 2015, AQH, LLC, Debtor-in-Possession herein, filed its (1) Motion For Order Authorizing Use of Cash Collateral, and (2) Motion for Authority to Pay Pre-Petition Wages and Taxes (collectively, the "Motions"). For further particulars, reference is made to the aforesaid Motions.

NOTICE IS FURTHER GIVEN that a hearing to consider granting interim relief pending a final hearing upon the Motions shall be held on March 4, 2015, at 4:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California. Opposition, if any, may be made orally at the hearing.

NOTICE IS FURTHER GIVEN that a hearing to consider granting final relief upon the Motions shall be held on March 31, 2015, at 2:15 p.m., or as soon thereafter as the matters may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California.

DATED: February 27, 2015                    MACDONALD FERNANDEZ LLP

By: /s/ Reno F.R. Fernandez III
    Reno F.R. Fernandez III,
    Attorneys for Debtors-in-Possession,
    AQH, LLC

2