MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

Debtor.

Case No. 15-50553-ASW-11

Chapter 11

CORRECTED CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following document(s):
1. CORRECTED NOTICE OF PRELIMINARY AND FINAL HEARINGS ON MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL AND MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES

Upon the following persons and/or entities on the attached mailing matrix, as follows:

☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

[X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐ <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

1

☐ <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

☐ <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

☐ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: February 27, 2015      /s/ Samantha G. Brown
                                 SAMANTHA G. BROWN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Mon Feb 23 15:09:45 PST 2015 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 |
| Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 | Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | CrimeTek Security<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 | Emergent Systems<br>Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | I Guard<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 |
| Lionakis, a California<br>corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | New Concept Fleet<br>Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 |
| Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |

| Tatiana Korolshteyn | U.S. Attorney | Vagada Holdings |
| --- | --- | --- |
| 1742 Kansas Street | Civil Division | 18600 Castle Ridge Drive |
| Redwood City, CA 94061-2635 | 450 Golden Gate Ave. | Morgan Hill, CA 95037-8947 |
| | San Francisco, CA 94102-3661 | |

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5202

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)CrimeTek Security | (d)Emergent Systems Exchange | (d)I Guard |
| --- | --- | --- |
| 3448 North Golden State Blvd. | 7160 Shady Oak | 3448 North Golden State Blvd. |
| Turlock, CA 95382-9709 | Eden Prairie, MN 55344-3517 | Turlock, CA 95382-9709 |

| (d)Lionakis, a California corporation | (d)New Concept Fleet Management | (d)Riverbank Local Redevelopment Authority |
| --- | --- | --- |
| 915 13th Street | 9096 Elkmont Way | 5300 Claus Road, Suite 1 |
| Modesto, CA 95354-0903 | Elk Grove, CA 95624-9707 | Modesto, CA 95357-1665 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39