MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-11-ASW |
| AQH, LLC, | Chapter 11 |
| Debtor. | DECLARATION OF IAIN A. MACDONALD IN SUPPORT OF MOTION FOR ORDER COMPELLING RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT AND MOTION TO APPROVE UNSECURED LOAN TO PAY UTILITY DEPOSIT |
| | Date: TBD<br>Time: TBD<br>Place: 280 South First Street, Room 3020<br>San Jose, California |
| | Honorable Arthur S. Weissbrodt |

I, Iain A. Macdonald, declare:

1. I am a partner with Macdonald Fernandez LLP, proposed attorneys for AQH, LLC, Debtor-in-Possession herein. I am over the age of 18. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

2. On February 25, 2015, I participated in a telephone conference with counsel for the Riverbank Local Redevelopment Agency (the "Riverbank LRA").

3. I demanded that the Riverbank LRA reschedule a recently-cancelled inspection,

1

1 | permit the inspection to go forward and thereafter to connect the Debtor's power.

2 |     4.    I communicated to the Riverbank LRA the Debtor's offer to pay a security deposit.

3 |     5.    The Riverbank RLA refused and demanded payment of its pre-petition claim in full as a condition to providing electricity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of February, 2015, at San Francisco, California.

                        /s/ Iain A. Macdonald
                        IAIN A. MACDONALD

2