MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-11-ASW

Chapter 11

*EX PARTE* MOTION FOR ORDER SHORTENING TIME RE (1) MOTION FOR ORDER COMPELLING RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT AND (2) MOTION TO APPROVE LOAN TO PAY UTILITY DEPOSIT AND WAGES AND SUPPLEMENTAL MOTION TO AUTHORIZE USE OF CASH COLLATERAL

      COMES NOW AQH, LLC, Debtor-in-Possession herein, and moves *ex parte* for an order shortening time for notice of the hearings to consider interim approval of (1) the Motion for Order Compelling Riverbank Local Redevelopment Agency to Provide Electricity Upon Payment of Adequate Assurance Deposit and (2) the Motion to Approve Loan to Pay Utility Deposit and Wages and Supplemental Motion to Authorize Use of Cash Collateral, filed herewith (the "Motions") (and for further particulars, reference is made thereto), and respectfully represents:

      1.    The within case was commenced on an emergency basis by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of the estate.

      2.    The Debtor operates a data center consisting of computer servers that process Bitcoin transactions. The within case was precipitated by a short-term cash flow shortage caused by delays in obtaining permits to supply power to the Debtor's recently-expanded facilities located at 5300

Claus Road, Buildings 5, 21 and 50, in Modesto, California.

3. The Riverbank Local Redevelopment Agency (the "Riverbank LRA") is the lessor of the Debtor's facilities and also provides the Debtor with electricity via its on-side power substation. The Debtor's original facilities (a portion of the aforesaid units) have power, but the Riverbank LSA refuses to permit the final safety inspection and to connect power to the expanded facilities. The Riverbank LRA demands payment of its pre-petition claim in full as a condition to providing electricity and has refused the Debtor's offer to pay a security deposit.

4. Electricity is essential to the Debtors' operations and to preserving value of the business. The estate is likely to be irreparably harmed if it is denied access to power electricity. Every week that the expanded facilities are offline costs the Debtor approximately $35,000 in gross revenue. In order to accomplish an effective reorganization, the Debtor must receive electricity in due course.

5. Moreover, post-petition wages and related payroll expenses in the amount of $2,742.50 are due on February 27, 2015. The Debtor wishes to pay these without using purported cash collateral.

6. Accordingly, the Motions request authorization to use up to $89,100 in liquid assets and obtain up to $55,000 in debtor-in-possession financing to pay the Riverbank LRA a cash deposit equal to one month's projected electricity costs ($127,080) and to enjoin the Riverbank LRA from refusing to provide electricity. A portion of said debtor-in-possession financing is to pay the aforesaid wages and payroll expenses.

7. A hearing on certain other first-day motions is set for Wednesday, March 4, 2015, at 4:00 pm. It will be most efficient to set hearings to consider granting the Motions on an interim basis concurrently.

8. In light of the foregoing, the Debtor requests that the Court enter an order shortening time and setting said hearings for Wednesday, March 4, 2015, at 4:00 pm, or at the Court's convenience, and providing that opposition to the Motion may be made orally at the hearing.

WHEREFORE, the Debtor prays for order shortening time such that:

1. A hearing on interim approval of the Motions shall be set for Wednesday, March 4, 2015, at 4:00 pm, or at the Court's convenience;

2. Notice of the hearing shall be timely if served via overnight mail on February 27, 2015;

3. Opposition to the Motion, if any, may be made orally at the hearing; and

4. For such further relief as is appropriate in the premises.

DATED: February 27, 2015              MACDONALD | FERNANDEZ LLP

By: /s/ Reno F.R. Fernandez III
    Reno F.R. Fernandez III
    Attorneys for Debtor-in-Possession,
    AQH, LLC