MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)

221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-11-ASW

Chapter 11

SUPPLEMENT TO MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES

Date:    March 4, 2015
Time:   4:00 p.m.
Place:  280 South First Street, Room 3020
          San Jose, California

Honorable Arthur S. Weissbrodt

      COMES NOW AQH, LLC, Debtor-in-Possession herein, supplementing its Motion For Authority to Pay Pre-Petition Wages and Taxes ("Motion"), filed on February 24, 2015, and respectfully represents as follows:

      1.    Due to an unanticipated technological glitch in the Debtor's online accounting system (namely, Quickbooks), the Debtor was unaware of certain tax obligations at the time it filed the Motion. Accordingly, the Debtor hereby supplements its Motion.

      2.    On February 26, 2015, the Debtor discovered that, as of the commencement of the within bankruptcy case, the Debtor owes the sum of $3,144.78 in pre-petition state and federal payroll taxes. Specifically, the Debtor owes $1,927.55 in California Income Tax and State Disability

1

Insurance; $490.00 in State Unemployment Insurance and Employment Training Tax; $643.23 in Federal Income Tax; and $84.00 in Federal Unemployment Employer Tax.

3. Such taxes are entitled to priority status under Bankruptcy Code Section 507(a)(8)(C) and must be paid in full under a chapter 11 plan pursuant to Bankruptcy Code Section 1129(a)(9)(c).

4. To the extent that the taxes constitute "trust fund" taxes, the withholdings are not property of the estate. *In re Shank*, 792 F.2d at 832-833; *Begier v. Internal Revenue Service*, 496 U.S. at 57-60 (pre-petition payment of trust fund taxes is not avoidable preference because funds are not property of the estate).

5. It would be burdensome to apportion and segregate funds to be held for such pre-petition tax claims, and the Debtor requests authority to pay these pre-petition taxes in the ordinary course of business.

DATED: February 27, 2015               MACDONALD | FERNANDEZ LLP

                                       By: /s/ Reno F.R. Fernandez III
                                           Reno F.R. Fernandez III
                                           Proposed Attorneys for Debtor-in-Possession,
                                           AQH, LLC