MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

                Debtor.

Case No. 15-50553-11-ASW

Chapter 11

DECLARATION OF ANTHONY BROUGH IN SUPPORT OF SUPPLEMENT TO MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES

Date:    March 4, 2015
Time:   4:00 p.m.
Place:  280 South First Street, Room 3020
           San Jose, California

Honorable Arthur S. Weissbrodt

I, Anthony Brough, declare:

1. I am the Chief Operations Officer and Chief Financial Officer of AQH, LLC, Debtor-in-Possession herein. I am familiar with the Debtor's business. I am over the age of 18. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

2. On February 26, 2015, I discovered that, as of the commencement of the within bankruptcy case, the Debtor owes the sum of $3,144.78 in pre-petition state and federal payroll taxes. Specifically, the Debtor owes $1,927.55 in California Income Tax and Sate Disability Insurance; $490.00 in State Unemployment Insurance and Employment Training Tax; $643.23 in Federal Income Tax; and $84.00 in Federal Unemployment Employer Tax.

1

3. Attached hereto as Exhibit "A" and incorporated herein by reference is a copy of the Tax Liability Report for the Debtor for the period of October 1, 2014-February 19, 2015.

4. Due to an unanticipated technological glitch in the Debtor's online accounting system (namely, Quickbooks), the Debtor was unaware of the aforesaid tax obligations at the time it filed the Motion for Authority to Pay Pre-Petition Wages and Taxes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of February, 2015, at Modesto, California.

/s/ Anthony Brough
ANTHONY BROUGH

2

# EXHIBIT A

# Tax Liability Report

Print    AQH LLC

Oct 01, 2014 - Feb 19, 2015

|  | Tax Amount | Tax Paid | Tax Owed |
|---|---|---|---|
| **CA PIT / SDI** | **$3,498.63** | **$1,571.08** | **$1,927.55** |
| CA Income Tax | $2,976.63 | $1,331.08 | $1,645.55 |
| CA State Disability Ins | $522.00 | $240.00 | $282.00 |
| **CA SUI / ETT** | **$490.00** | **$0.00** | **$490.00** |
| CA ETT | $14.00 | $0.00 | $14.00 |
| CA SUI Employer | $476.00 | $0.00 | $476.00 |
| **Federal Taxes (941/944)** | **$5,860.95** | **$5,217.72** | **$643.23** |
| Federal Income Tax | $5,860.95 | $5,217.72 | $643.23 |
| **Federal Unemployment (940)** | **$84.00** | **$0.00** | **$84.00** |
| FUTA Employer | $84.00 | $0.00 | $84.00 |