MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-11-ASW

Chapter 11

CERTIFICATE OF SERVICE

Date:   March 4, 2015
Time:  4:00 p.m.
Place:  280 South First Street, Room 3020
        San Jose, California

Honorable Arthur S. Weissbrodt

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:
1. SUPPLEMENT TO MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES
2. DECLARATION OF ANTHONY BROUGH IN SUPPORT OF SUPPLEMENT TO MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND TAXES

**Upon the following persons and/or entities identified below and on the attached mailing matrix:**

| | | |
|---|---|---|
| AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085 | Anthony Brough<br>1200 Dale Ave., Apt. 78<br>Mountain View, CA 94040 | Austin Roberts<br>2313 Lavon Lane<br>Ceres, CA 95307 |
| Brian Friend<br>527 Terminal Avenue<br>Modesto, CA 95350 | DBMAC, Inc.<br>Attn: Daron McDaniel<br>3380 Shore Line Drive<br>Atwater, CA 95301 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307 |

///

1

| | | | |
|---|---|---|---|
| 1 | Jeramy Shoemaker | Michael White | Sean Walsh |
| | 2174 Coley Ave., Apt 31 | 2824 Fowler Road | 1742 Kansas Street |
| 2 | Escalon, CA 95320 | Ceres, CA 95307 | Redwood City, CA 94061 |

Jeramy Shoemaker          Michael White          Sean Walsh
2174 Coley Ave., Apt 31   2824 Fowler Road       1742 Kansas Street
Escalon, CA 95320         Ceres, CA 95307        Redwood City, CA 94061

Tomas Bautista            Tricia Hayward         Vagada Holdings
1624 Palm Ave.            1125 East Monte Vista Ave.   Attn: Yan Ebyam
Redwood City, CA 94061    Turlock, CA 95382      18600 Castle Ridge Drive
                                                 Morgan Hill, CA 95037

**Office of the U.S. Trustee / SJ**          *Attorneys for Andrew L. Faris*
U.S. Federal Bldg.                           Hellmuth & Johnson
280 S 1st St. #268                           Attn: Terrance W. Moore
San Jose, CA 95113-3004                      8050 West 78th Street
                                             Edina, MN 55439

**As follows:**

☐    <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☒    <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐    <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

☐    <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

☐    <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made and that the foregoing is true and correct.

EXECUTED:  February 27, 2015      /s/ Samantha G. Brown
                                                    SAMANTHA G. BROWN

2

Label Matrix for local noticing
0971-5
Case 15-50553
Northern District of California
San Jose
Mon Feb 23 15:09:45 PST 2015

A&A Portables
201 Roscoe Road
Modesto, CA 95357-1828

AQH, LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085-3869

Access Electric
1990 Foundry Court
Ceres, CA 95307-9223

Andy Faris
4929 E. Sunnyslope Rd.
Edina, MN 55424-1166

Anthony Steven Brough
1200 Dale Ave, Apt 78
Mountain View, CA 94040-3326

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

Chris Cunningham
10033 Reevesbury Dr.
Beverly Hills, CA 90210-1422

Chris Kilday
450 Taraval St, #143
San Francisco, CA 94116-2530

Collins Electric
3412 Metro Drive
Stockton, CA 95215-9440

CrimeTek Security
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

DHL Global Forwarding
P.O. Box 742802
Los Angeles, CA 90074-2802

Elisa Research
48834 Kato Road Suite 101-A
Fremont, CA 94538-7368

Emergent Systems
Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

Reno F.R. Fernandez
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104-2331

Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812-2952

I Guard
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

John Walsh
120 59th
Burr Ridge, IL 60527-4905

Lionakis, a California
corporation
915 13th Street
Modesto, CA 95354-0903

Lucy Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

New Concept Fleet
Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

PLN Architects
1720 G Street
Modesto, CA 95354-1214

Platt Electric
10605 Southwest Allen Blvd.
Beaverton, OR 97005-4896

Riverbank Local
Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

Southland Electrical Supply
147 North Main Street
Burlington, NC 27217-3901

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Tatiana Korolshteyn
1742 Kansas Street
Redwood City, CA 94061-2635

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Vagada Holdings
18600 Castle Ridge Drive
Morgan Hill, CA 95037-8947

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5202

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CrimeTek Security
3448 North Golden State Blvd.
Turlock, CA 95382-9709

(d)Emergent Systems Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

(d)I Guard
3448 North Golden State Blvd.
Turlock, CA 95382-9709

(d)Lionakis, a California corporation
915 13th Street
Modesto, CA 95354-0903

(d)New Concept Fleet Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

(d)Riverbank Local Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39