

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290111)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

**THE IS SO ORDERED.
Signed March 2, 2015**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>    Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>ORDER APPROVING *EX PARTE* MOTION FOR ORDER SHORTENING TIME RE (1) MOTION FOR ORDER COMPELLING RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT AND (2) MOTION TO APPROVE LOAN TO PAY UTILITY DEPOSIT AND WAGES AND SUPPLEMENTAL MOTION TO AUTHORIZE USE OF CASH COLLATERAL |

The Court, having reviewed the *Ex Parte* Motion for Order Shortening Time regarding the (1) the Motion for Order Compelling Riverbank Local Redevelopment Agency to Provide Electricity Upon Payment of Adequate Assurance Deposit and (2) the Motion to Approve Loan to Pay Utility Deposit and Wages and Supplemental Motion to Authorize Use of Cash Collateral (the "Motions"), the Declaration of Reno F.R. Fernandez III filed in support thereof, and good cause appearing,

IT IS HEREBY ORDERED that:

1.    The Motion is granted;

2.    A hearing on the Motions shall be held on Wednesday, March 4, 2015, at 4:00 pm;

3.    Notice of the hearing shall be timely if served via overnight mail on February 27, 2015;

1

4. Opposition, if any, may be made orally at the hearing.

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).