```
 1  MACDONALD | FERNANDEZ LLP
    IAIN A. MACDONALD (SBN 051073)
 2  RENO F.R. FERNANDEZ III (SBN 251934)
    ROXANNE BAHADURJI (SBN 290117)
 3  221 Sansome Street, Third Floor
    San Francisco, CA 94104
 4  Telephone: (415) 362-0449
    Facsimile: (415) 394-5544
 5
 6  Proposed Attorneys for Debtor-in-Possession,
    AQH, LLC
 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-ASW-11 |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | NOTICE OF PRELIMINARY AND FINAL HEARINGS ON (1) MOTION FOR ORDER COMPELLING RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT AND (2) MOTION TO APPROVE LOAN TO PAY UTILITY DEPOSIT AND WAGES AND SUPPLEMENTAL MOTION TO AUTHORIZE USE OF CASH COLLATERAL |
| | Preliminary Hearing: |
| | Date: March 4, 2015<br>Time: 4:00 p.m.<br>Place: 280 S. 1st Street, Courtroom 3020<br>San Jose, California |
| | Final Hearing: |
| | Date: March 31, 2015<br>Time: 2:15 p.m.<br>Place: 280 S. 1st Street, Courtroom 3020<br>San Jose, California |
| | Honorable Arthur S. Weissbrodt |

///
///
///

TO    THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA, ALL CREDITORS OF THE ESTATE AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on February 27, 2015, AQH, LLC, Debtor-in-Possession herein, filed its (1) Motion for Order Compelling Riverbank Local Redevelopment Agency to Provide Electricity Upon Payment of Adequate Assurance Deposit and (2) Motion to Approve Loan to Pay Utility Deposit and Wages and Supplemental Motion to Authorize Use of Cash Collateral (collectively, the "Motions"). For further particulars, reference is made to the aforesaid Motions.

NOTICE IS FURTHER GIVEN that a hearing to consider granting interim relief pending a final hearing upon the Motions shall be held on March 4, 2015, at 4:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California. Opposition, if any, may be made orally at the hearing.

NOTICE IS FURTHER GIVEN that a hearing to consider granting final relief upon the Motions shall be held on March 31, 2015, at 2:15 p.m., or as soon thereafter as the matters may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California.

DATED: March 2, 2015                             MACDONALD FERNANDEZ LLP


By: /s/ Reno F.R. Fernandez III
    Reno F.R. Fernandez III,
    Attorneys for Debtors-in-Possession,
    AQH, LLC

2