MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-11-ASW |
| AQH, LLC, | Chapter 11 |
| Debtor. | DECLARATION OF ANTHONY BROUGH IN SUPPORT OF MOTION FOR ORDER COMPELLING RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT |
| | Date: March 4, 2015<br>Time: 4:00 p.m.<br>Place: 280 South First Street, Room 3020<br>San Jose, California |
| | Honorable Arthur S. Weissbrodt |

I, Anthony Brough, declare:

1. I am the Chief Operations Officer and Chief Financial Officer of AQH, LLC, Debtor-in-Possession herein. I am familiar with the Debtor's business. I am over the age of 18. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

2. On February 24, 2015, I spoke with Shawn Songer by telephone. During said call, Songer informed me that he had instructed Interwest to stop all work related to inspecting AQH, LLC's new buildout, at the instruction of the Riverbank LRA. The Riverbank LRA had previously indicated that Interwest would perform the inspection during the week of Feb 23, 2015. Songer is

1

employed by the Riverbank RLA's on-site facilities engineering firm responsible for connecting the Debtor's power, namely San Joaquin Engineering Solutions LLC.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of March, 2015, at Sunnyvale, California.

/s/ Anthony Brough
ANTHONY BROUGH