MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

            Debtor.

Case No. 15-50553-ASW-11

Chapter 11

NOTICE OF PRELIMINARY AND FINAL HEARINGS ON (1) MOTION FOR ORDER COMPELLING RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT AND (2) MOTION TO APPROVE LOAN TO PAY UTILITY DEPOSIT AND WAGES AND SUPPLEMENTAL MOTION TO AUTHORIZE USE OF CASH COLLATERAL

Preliminary Hearing:

Date:    March 4, 2015
Time:   4:00 p.m.
Place:  280 S. 1st Street, Courtroom 3020
          San Jose, California

Final Hearing:

Date:    March 31, 2015
Time:   2:15 p.m.
Place:  280 S. 1st Street, Courtroom 3020
          San Jose, California

Honorable Arthur S. Weissbrodt

///
///
///

TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA, ALL CREDITORS OF THE ESTATE AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on February 27, 2015, AQH, LLC, Debtor-in-Possession herein, filed its (1) Motion for Order Compelling Riverbank Local Redevelopment Agency to Provide Electricity Upon Payment of Adequate Assurance Deposit and (2) Motion to Approve Loan to Pay Utility Deposit and Wages and Supplemental Motion to Authorize Use of Cash Collateral (collectively, the "Motions"). For further particulars, reference is made to the aforesaid Motions.

NOTICE IS FURTHER GIVEN that a hearing to consider granting interim relief pending a final hearing upon the Motions shall be held on March 4, 2015, at 4:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California. Opposition, if any, may be made orally at the hearing.

NOTICE IS FURTHER GIVEN that a hearing to consider granting final relief upon the Motions shall be held on March 31, 2015, at 2:15 p.m., or as soon thereafter as the matters may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California.

DATED: March 2, 2015                    MACDONALD FERNANDEZ LLP


                                        By: /s/ Reno F.R. Fernandez III
                                            Reno F.R. Fernandez III,
                                            Attorneys for Debtors-in-Possession,
                                            AQH, LLC