MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-ASW-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | NOTICE OF CONTINUED HEARING RE PRELIMINARY HEARING ON MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL |
| | Preliminary Hearing: |
| | Date: March 9, 2015<br>Time: 3:00 p.m.<br>Place: 280 S. 1st Street, Courtroom 3020<br>San Jose, California |
| | Final Hearing: |
| | Date: March 31, 2015<br>Time: 2:15 pm<br>Place: 280 S. 1st Street, Courtroom 3020<br>San Jose, California |
| | Honorable Arthur S. Weissbrodt |

TO  THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA, ALL CREDITORS OF THE ESTATE AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that on February 24, 2015, AQH, LLC, Debtor-in-Possession herein, filed its Motion for Order Authorizing Use of Cash Collateral (Docket No. 10). For further particulars, reference is made to the aforesaid Motion. A hearing to consider granting interim relief pending a final hearing upon the Motion was held on March 4, 2015, at 4:00 p.m. before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom

1

3020, San Jose, California.

NOTICE IS FURTHER GIVEN that a continued hearing to consider granting interim relief pending a final hearing upon the Motion will be held on March 9, 2015, at 3:00 p.m. before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California. Opposition, if any, may be made orally at the hearing.

NOTICE IS FURTHER GIVEN that a hearing to consider granting final relief upon the Motions shall be held on March 31, 2015, at 2:15 p.m., or as soon thereafter as the matters may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 S. 1st Street, Courtroom 3020, San Jose, California.

DATED: March 4, 2015  MACDONALD FERNANDEZ LLP

By: /s/ Reno F.R. Fernandez III
    Reno F.R. Fernandez III,
    Attorneys for Debtors-in-Possession,
    AQH, LLC

2