MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>DECLARATION OF CHRIS CUNNINGHAM IN SUPPORT OF STATUS REPORT<br><br>Date: March 9, 2015<br>Time: 3:00 p.m.<br>Place: 280 South First Street, Room 3020<br>       San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

I, Chris Cunningham, declare:

1. I am the duly appointed Responsible Individual for AQH, LLC, Debtor-in-Possession herein. I am familiar with the Debtor's business. I am over the age of 18. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

2. Attached hereto as Exhibit "A" and incorporated by reference is an updated cash collateral budget. The Debtor needs to purchase new Grainger heat dissipation fans to cool the computers during the summer months. The Debtor plans to purchase these fans in two tranches in April and May, 2015. The updated cash collateral budget also reflects increased monthly facility costs to cover insurance invoices that were estimated in the Debtor's previous cash collateral budget. With these expenses, the Debtor's assets will be covered up to $2.2 million in value.

1

3. All plans with respect to the third phase of the Debtor's facilities are complete. The four engineering firms that the Debtor previously hired to address the response letters from Interwest Consulting Group have addressed every question raised. The work product provided by the engineers are all wet stamped. Further, the current build of the third phase is materially the same as the first two phases, which were approved and have been running for six to nine months.

4. On February 20, 2015, the Riverbank Local Redevelopment Agency (the "Riverbank LRA") issued and served the Debtor with a Three-Day Notice to Pay Rent or Quit Premises, a true and correct copy of which is attached hereto as Exhibit "B" and incorporated by reference.

5. On the same date, the Debtor was also served with a Three Day Notice to Perform Covenants or Quit Premises, a true and correct copy of which is attached hereto as Exhibit "C" and incorporated by reference.

6. Thereafter, on March 3, 2015, Riverbank LRA sent the Debtor two invoices (Nos. 2125 & 2126), both dated March 3, 2015, demanding payment of pre-petition claims. True and correct copies of the invoices are attached hereto as Exhibit "D" and incorporated by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of March, 2015, at Sherman Oaks, California.

/s/ Chris Cunningham
CHRIS CUNNINGHAM

# EXHIBIT A

**Aquifer Projections**

| | | 2015 February | March | April | May | June | July | |
|---|---|---|---|---|---|---|---|---|
| 4 | Max GHR @ $228/BTC | 400,000 | | | | | | |
| 5 | Hashrate Added Per Month, TH | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | |
| 6 | Avg Global Hashrate, TH | 330,000 | 335,000 | 340,000 | 345,000 | 350,000 | 355,000 | |
| 8 | Average Block Time, minutes | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | |
| 9 | BTC Paid To Miners | 105,773 | 105,773 | 105,773 | 105,773 | 105,773 | 105,773 | |
| 10 | Pool Variance to theoretical revenue | 5% | | | | | | |
| 11 | Revenue Per TH, BTC | 0.32 | 0.32 | 0.31 | 0.31 | 0.30 | 0.30 | |
| 12 | BTC Price, $ | 228.00 | 228.00 | 228.00 | 228.00 | 228.00 | 228.00 | |
| 13 | Revenue Per TH, $ | 73.08 | 71.99 | 70.93 | 69.90 | 68.90 | 67.93 | |
| 14 | 3-Month Revenue Per TH, $ | 216.00 | 212.82 | 209.74 | 206.74 | 136.84 | 67.93 | |
| 16 | kW Per TH (Cointerra) | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | |
| 17 | kW Per TH (BitFury) | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | |
| 18 | Avg kWh Per Month | 720 | 720 | 720 | 720 | 720 | 720 | |
| 19 | $ per kWh | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | |
| 20 | Electricity Cost Per TH, $ | 30.96 | 31.43 | 31.77 | 31.77 | 31.77 | 31.77 | |
| 22 | Power online (kW) | 1,505.00 | 2,270.00 | 3,530.00 | 3,530.00 | 3,530.00 | 3,530.00 | |
| 23 | Cointerra TH Online | 1,050.00 | 1,900.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | * 1200 flat + online on 3/20 for balance of systems |
| 24 | BitFury TH Online | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | |
| 25 | Avg. TH Live | 1,750.00 | 2,600.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | |
| 26 | BTC Generated | 560.92 | 820.93 | 1,244.39 | 1,226.36 | 1,208.84 | 1,191.81 | |
| 28 | **Total Revenue (line 13 X line 25)** | **$127,889** | **$187,171** | **$283,721** | **$279,609** | **$275,615** | **$271,733** | |
| 29 | Total Electricity Costs | ($54,180) | ($81,720) | ($127,080) | ($127,080) | ($127,080) | ($127,080) | |
| 30 | **Gross Profit** | **$73,709** | **$105,451** | **$156,641** | **$152,529** | **$148,535** | **$144,653** | |
| 32 | **Fixed Operating Expenses** | | | | | | | |
| 33 | Lease | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | |
| 34 | Salaries | 40,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | |
| 35 | Facility Costs | 9,150.00 | 10,750.00 | 10,750.00 | 10,750.00 | 10,750.00 | 10,750.00 | * Insurance bill received. Assets covered to 2.2mm |
| 37 | **Reorganization, Reserves & Other** | | | | | | | |
| 38 | Risk Reserve | | | 31,328.21 | 30,505.83 | 29,706.95 | 28,930.57 | * Risk reserved moved to month after security payment |
| 39 | US Trustee Fees | | 975.00 | | | 1,625.00 | | |
| 40 | Heat Dissipation Fans (Grainger) | | | 22,000.00 | 22,000.00 | | | * multiple purchases COD, not on terms |
| 41 | Adequate Protection - A. Faris (est.) | | 2,583.33 | 2,583.33 | 2,583.33 | 2,583.33 | 2,583.33 | * interest only payments |
| 42 | Adequate Protection - Emergent System Exchange | | 5,280.00 | 8,850.00 | 16,950.00 | 16,950.00 | 16,950.00 | * interest only payments |
| 43 | Minimum Franchise Taxes | | | 800 | | | | |
| 45 | Fixed Monthly Operating Expense | ($74,150) | ($90,588) | ($147,312) | ($153,789) | ($132,615) | ($130,214) | |
| 46 | **Operating Profit** | **($441)** | **$14,863** | **$9,330** | **($1,260)** | **$15,919** | **$14,439** | |
| 47 | **Cumulative Operating Profit** | **($441)** | **$14,422** | **$23,752** | **$22,492** | **$38,411** | **$52,850** | |
| 62 | Cumulative Risk Reserve | | $0 | $31,328 | $61,834 | $91,541 | $120,472 | |
| 64 | Total Operating Expense | ($128,330) | ($172,308) | ($274,392) | ($280,869) | ($259,695) | ($257,294) | |
| 67 | **Security Deposit for Electricity** | | | | | | | |
| 68 | Sources | | | | | | | |
| 69 | Minimum Cash on hand as of 2015.02.28 | $50,127 | | | | | | |
| 70 | Proceeds from Sale of 170 XBT on hand as of 2015.02.26 | $39,100 | | | | | | |
| 71 | DIP Loan | $3,000 | $40,000 | | | | | |
| 72 | **Total Sources** | **$92,227** | **$40,000** | **$0** | **$0** | **$0** | **$0** | |

Case: 15-50553    Doc# 37-1    Filed: 03/06/15    Entered: 03/06/15 16:56:14    Page 4 of 14

| | | | | | | |
|---|---|---|---|---|---|---|
| 73 | Uses | | | | | |
| 74 | Security Deposit for Electricity | | ($127,080) | | | |
| 75 | Total Uses | | ($127,080) | | | |
| 76 | | | | | | |
| 77 | Surplus cash | $92,227 | $20,010 | $29,339 | $28,079 | $43,999 | $58,438 * Excluding risk reserve |
| 78 | Risk Reserved | $0 | $0 | $31,328 | $30,506 | $29,707 | $28,931 |
| 79 | Total Monthly Cash flow | $92,227 | $20,010 | $60,668 | $58,585 | $73,706 | $87,368 |
| 80 | Cumulative Total Cash | $92,227 | $112,237 | $172,904 | $231,490 | $305,195 | $392,564 |

# EXHIBIT B



# City of Riverbank

## Local Redevelopment Authority

### THREE-DAY NOTICE TO PAY RENT OR QUIT PREMISES

*(Cal. Code Civ. Proc. § 1161(2))*

TO: AQH LLC ("Tenant")
Attn: Sean Walsh
440 N. Wolfe Road, MS #46
Sunnyvale, CA 94085

Tenant in possession at Buildings 5, 21, and 50 at 5300 Claus Road, Modesto, California 95357 and further described in the least ("Premises"):

YOU ARE HEREBY NOTIFIED within THREE (3) days after service of this notice upon you, you are required to vacate and surrender possession of the Premises to Riverbank Local Redevelopment Authority ("Landlord") or pay the total sum of Twenty Two Thousand Sixty Five Dollars and 02/100 Dollars ($22,065.02) in past due rent ("Rent") to Landlord. The amount you are required to pay for the rent due and unpaid is as follows:

| Month | Amount Due |
|---|---|
| February 1, 2015 | $22,065.02 |

Total: $22,065.02

Rent should be paid in full in the form of a cashier's check, money order, or certified funds and mailed or personally delivered to City of Riverbank Local Redevelopment Authority, 5300 Claus Road, Suite 1, Modesto, CA 95357 between the hours of 7:00 a.m. and 4:00 p.m. within three (3) days after service of this notice. You may call Landlord's office at (209) 863-8352.

You are further notified that the Landlord has elected to, and hereby does, declare the Lease under which you hold the Premises to be forfeited in the event that you fail to pay the Rent in full as required herein.

Your failure to vacate and surrender possession of the Premises in the event you do not pay the outstanding Rent, will result in legal proceedings being initiated against you to recover possession of the Premises, declare forfeiture of the Lease, and recover damages for each day of

*5300 Claus Rd. Ste. # 1 Modesto, CA 95357*
*Phone: 209-863-8352*
*Fax: 209-863-8071*

occupancy after the expiration of this notice, statutory damages, and attorneys' fees and costs and court costs. Landlord reserves all of its rights of recovery against you, pursuant to the Lease and in accordance with California Civil Code Section 1951.2 and California Code of Civil Procedure Section 1174.5.

Landlord's acceptance of any payment by you, whether prior to or following the expiration of this notice, or at any time prior to trial, shall not constitute a waiver of any rights or defenses any party may have, including the Landlord's right to recover possession of the property. Any acceptance by Landlord of a partial payment is evidence only of that payment, without waiver of any rights or defenses of Landlord.

Please be advised that pursuant to California Civil Code Section 1946:

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

Dated: February 20, 2015

By: _____
Debbie Olson
Executive Director

Address:    5300 Claus Road, Suite 1
            Modesto, CA 95357

2

# EXHIBIT C



# City of Riverbank
## Local Redevelopment Authority

**THREE-DAY NOTICE TO PERFORM COVENANTS OR QUIT PREMISES**

*(Cal. Code Civ. Proc. § 1161(3))*

TO: AQH LLC ("Tenant")
Attn: Sean Walsh
440 N. Wolfe Road, MS #46
Sunnyvale, CA 94085

Tenant in possession at Buildings 5, 21, and 50 at 5300 Claus Road, Modesto, California 95357 and further described in the least ("Premises"):

YOU ARE HEREBY NOTIFIED that you are in violation of the lease dated March 12, 2014 and subsequent amendments ("Lease") because you have violated the covenant to pay the Riverbank Local Redevelopment Authority ("Landlord") for electricity services and propane as Additional Rent, pursuant to Section 10.2 of the Lease. Under the terms of the Lease, there is now due and owing unpaid utilities as well as late penalties for the Premises in the following sum, which is an estimate of the amounts due and owing, not including amounts owed for unpaid rent:

| Service/Expense: | Amount Due: |
|---|---|
| Invoice #2030 12.15.2014 | $14,060.50 |
| Invoice #2060 01.12.2015 | $66,946.30 |
| Late Charge (10% of unpaid balance) | $12,513.68 |

"Total Amount Due": $93,520.48

YOU ARE HEREBY REQUIRED within THREE (3) DAYS after the service of this notice to remedy the violation and perform the covenant by paying the Total Amount Due or to vacate and surrender possession of the Premises.

*5300 Claus Rd. Ste. # 1 Modesto, CA 95357*
*Phone: 209-863-8352*
*Fax: 209-863-8071*

The Total Amount Due should be paid in full in the form of a cashier's check, money order, or certified funds and mailed or personally delivered to City of Riverbank Local Redevelopment Authority, 5300 Claus Road, Suite 1, Modesto, CA 95357 between the hours of 7:00 a.m. and 4:00 p.m. within three (3) days after service of this notice. You may call Landlord's office at (209) 863-8352.

You are further notified that the Landlord has elected to, and hereby does, declare the Lease under which you hold the Premises to be forfeited in the event that you fail to pay the Total Amount Due in full as required herein.

Your failure to pay the entire amount due or to surrender up possession of the Premises within three (3) days after service of this notice on you, will result in legal proceedings against you to recover possession of said premises, to declare such Lease forfeited, to all amounts due and damages for unlawful retention of the Premises, and to recover attorneys' fees and costs. Landlord reserves all of its rights of recovery against you, pursuant to the Lease and in accordance with California Civil Code Section 1951.2 and California Code of Civil Procedure Section 1174.5.

Landlord's acceptance of any payment by you, whether prior to or following the expiration of this notice, or at any time prior to trial, shall not constitute a waiver of any rights or defenses any party may have, including the Landlord's right to recover possession of the Premises. Any acceptance by Landlord of a partial payment is evidence only of that payment, without waiver of any rights or defenses of Landlord.

Please be advised that pursuant to California Civil Code Section 1946:

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

Dated: February 20, 2015

By: _____
Debbie Olson
Executive Director

Address:   5300 Claus Road, Suite 1
           Modesto, CA 95357

# EXHIBIT D

City of Riverbank Local Redevelopment Authority

5300 Claus Road
Suite 1
CA 95357

**Invoice**

| Date | Invoice # |
|---|---|
| 3/3/2015 | 2125 |

| Bill To |
|---|
| AQH LLC<br>Sean Walsh<br>440 N Wolfe Rd., MS #46<br>Sunnyvale, CA 94085 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Cable Tray and 15 kV for power connection<br>Mark up 3%<br><br>Per Executed Lease dated March 12, 2014 Section 1.16 | 29,200.00<br>876.00 | 29,200.00<br>876.00 |

| | **Total** | $30,076.00 |
|---|---|---|

City of Riverbank Local Redevelopment Authority

5300 Claus Road
Suite 1
CA 95357

# Invoice

| Date | Invoice # |
|---|---|
| 3/3/2015 | 2126 |

| Bill To |
|---|
| AQH LLC<br>Sean Walsh<br>440 N Wolfe Rd., MS #46<br>Sunnyvale, CA 94085 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Plan check | 2,030.00 | 2,030.00 |
|  | Mark up 3% | 60.90 | 60.90 |
|  | Per Executed lease dated March 12, 2014 Section 1.16 |  |  |

**Total**     $2,090.90