MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>              Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>DECLARATION OF IAIN A. MACDONALD IN SUPPORT OF STATUS REPORT<br><br>Date:  March 9, 2015<br>Time:  3:00 p.m.<br>Place:  280 South First Street, Room 3020<br>          San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

I, Iain A. Macdonald, declare:

1. I am a partner with Macdonald Fernandez LLP, proposed attorneys for AQH, LLC, Debtor-in-Possession herein. I am over the age of 18. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

2. Attached hereto as Exhibit "A" and incorporated by reference is a true and correct copy of an e-mail that I received from Karl Schweikert, counsel for the Riverbank Local Redevelopment Agency on March 5, 2015.

///

///

///

1

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of California that the foregoing |
| 2 | is true and correct. Executed this 6th day of March, 2015, at San Francisco, California. |
| 3 | <u>/s/ Iain A. Macdonald</u> |
| 4 | IAIN A. MACDONALD |

2

# EXHIBIT A

**Iain A. Macdonald**

**Subject:** FW: AQH Timeline

From: Karl Schweikert
Date: 03/05/2015 5:03 PM (GMT-08:00)
To: "Iain A. Macdonald"
Cc: Nubia Goldstein , Douglas White
Subject: RE: AQH Timeline

Mr. MacDonald,

The court requested I provide you with a timeline for inspections and providing power. We attempted to reach you by phone prior to this email. Your assistant indicated she would contact you on your cell. However, we have not been able to talk directly.

After consultation with my client and the client's consultants, several issues prevent RLRA from turning on power prior to March 26, 2015. This is a best case scenario date which requires the current plan submissions to be complete and approved as complying with the building codes, AQH passing all on-site inspections, and no objection raised by the Army to the tenant improvement plans.

We will address any issues this raises on Monday.

Thank you,
-Karl

**Churchwell White** LLP

**Karl Schweikert** | Attorney
916.458.4932 | karl@churchwellwhite.com

**Churchwell White LLP**
1414 K Street, 3rd Floor, Sacramento, CA 95814
M 408.981.8517 | F 916.468.0951
churchwellwhite.com

 

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PRIVILEGED/CONFIDENTIAL INFORMATION MAY BE CONTAINED IN THIS MESSAGE. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.