MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>     Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Date: March 9, 2015<br>Time: 3:00 p.m.<br>Place: 280 South First Street, Room 3020<br>    San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

  I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

  On the date hereof, I served the following document(s):

1. STATUS REPORT
2. DECLARATION OF CHRIS CUNNINGHAM IN SUPPORT OF STATUS REPORT (*Exhibits "A" – "D"*)
3. DECLARATION OF IAIN A. MACDONALD IN SUPPORT OF STATUS REPORT (*Exhibit "A"*)

Upon the following persons and/or entities:

| | |
|---|---|
| Andrew L. Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424 | Emergent Systems Exchange<br>Attn.: Henry Cornelius<br>7160 Shady Oak Rd<br>Eden Prairie, MN 55344 |

///

| | |
|---|---|
| *Counsel for Riverbank Local Redevelopment Authority*<br>Churchwell White LLP<br>Attn: Karl Schweikert<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814 | *Counsel for Andrew L. Faris*<br>Hellmuth & Johnson<br>Attn: Terrance W. Moore<br>8050 West 78th Street<br>Edina, MN 55439 |
| *Counsel for Emergent Systems Exchange*<br>Oppenheimer Wolff & Donnelly LLP<br>Attn: David Galle, Esq.<br>222 South 9th Street, Ste 2000<br>Minneapolis, MN 55414 | Riverbank Local Redevelopment Authority<br>Attn: Debbie Olson<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357 |

As follows:

☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☐ <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐ <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

☒ <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

☐ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: March 6, 2015          /s/ Samantha G. Brown
                                 SAMANTHA G. BROWN