

S. Craig Hunter – SB# 125247
Karl A. Schweikert - SB# 291497
Nubia I. Goldstein – SB# 272305
CHURCHWELL WHITE LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814
(916) 468-0950 Phone
(916) 468-0951 Fax

Attorneys for Creditor
RIVERBANK LOCAL REDEVELOPMENT AUTHORITY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>   Debtor. | Case No.: 15-50553-11-ASW<br><br>**DECLARATION OF KEVIN ELKINS**<br><br>DATE: March 9, 2015<br>TIME: 3:00 p.m.<br>LOC: 280 South First Street, Rm 3020<br>    San Jose, California<br>JUDGE: Hon. Arthur W. Weissbrodt |

I, KEVIN ELKINS, declare as follows:

  1. I am employed as an Electrician at Applied Power Systems, Inc., located at 5300 Claus Road, Modesto, 95357. I have personal knowledge of the facts stated herein and I could and would testify competently thereto if called upon to do so.

  2. I have worked as an electrician for twenty-seven (27) years. I have worked for Applied Power Systems for (6) years. I am the only employee certified for high voltage electrical work at Applied Power Systems.

  3. I am currently on an assignment in Santa Cruz, California, and will not be available to perform any high voltage connection work in Riverbank until Monday, March 23, 2015.

  4. Applied Power Systems is the sole electrical contractor for the Riverbank Local Redevelopment Agency ("RLRA"). I have supported the former Army base since 2010 and have

extensive knowledge of its electrical systems and infrastructure.

5. Prior to installing or connecting to any equipment, we test that equipment to ensure it meets the minimum safety standards issued by the American National Standards Institute (ANSI) and National Electrical Testing Association (NETA), commonly referred to as the ANSI/NETA Standards.

6. I have worked with AQH, LLC ("AQH"), a tenant of RLRA, regarding their electrical improvements since their initial lease, roughly April 2014.

7. As part of AQH's most recent expansion, AQH has procured two used transformers and various switches necessary to accept 13,800 Volts from RLRA's electrical system and convert that power into 4,000 Amps at 480 Volts. A single transformer, functioning properly, would be capable of accomplishing this conversion.

8. Insufficient power is delivered to RLRA to allow for both transformers to be used simultaneously. AQH is aware of this limitation and has not proposed a greater connection.

9. In January 2015, in preparation for connecting power to AQH's acquired transformers, I conducted a functionality test of both transformers under ANSI/NETA Standards to determine safety of the used equipment.

10. Both transformers and various switch components failed to meet the ANSI/NETA safety standards and thus are unsafe. I issued a report of my findings on January 11, 2015. A true and correct copy of my report is attached as **Exhibit A**.

11. Al Sarkis, a colleague with Sarkis Power, informed me that he has been hired by AQH to address the shortcomings in AQH's system. Al's most recent report dated February 11, 2015, a copy of which I reviewed in advance of this hearing, leads me to believe the transformers now meet minimum standards. A true and correct copy of the report from Sarkis Power is attached as **Exhibit B**.

12. However, this report addresses solely the issues with the transformers and fails to address the other equipment deficiencies noted in my January 11, 2015 inspection.

13. Connecting very high voltage electricity requires extensive safety checks as part of the connection process. The typical timeline for connecting 13,800 Volt systems includes three

days of safety checks prior to connection.

14. These safety checks, which occur as part of the connection process, effectively overlap with the tests I performed for my January 11, 2015 report. In light of AQH's equipment's failure to meet the ANSI/NETA safety standard, and in the absence of a report addressing the deficiencies with the remaining equipment that failed the January inspection, I believe attaching 13,800 Volts of power to AQH's procured electrical equipment presents a danger of explosion, electrocution, or death. I cannot allow my employees to take such a risk without evidence that the procured equipment has met the ANSI/NETA safety standard.

15. Were AQH's equipment to be connected without regard for the ANSI/NETA safety standard, a resulting explosion or excessive draw could significantly damage RLRA's electrical infrastructure resulting in the loss of power to all other tenants for an extended period of time while repairs are affected.

16. Assuming AQH can provide a report issued by a licensed electrical contractor attesting to the equipment's compliance with the ANSI/NETA standard prior to March 23, 2015, I can begin my connection process on Monday, March 23, 2015, with three days of safety inspection, resulting in a connection date of Thursday March 26, 2015.

17. Any failure within the safety inspection process will result in further delay.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March 9, 2015

_____
KEVIN ELKINS

Case: 15-50553    Doc# 40    Filed: 03/09/15    Entered: 03/09/15 15:37:50    Page 3 of 18

3

Churchwell White LLP

Declaration of Kevin Elkins

**EXHIBIT A**



AQH
5300 Claus Road,
Modesto Ca, 95357

Deficiencies
Test Report:
Bldg.19 ELECTRICAL DISTRIBUTION

PREPARED BY:

Applied Power Systems

ELECTRICAL ENGINEERING, TESTING AND MAINTENACE

5300 Claus Road, Modesto Ca, 95357

Tel: 209-845-9158

Fax: 866-273-2060

REFERENCE NO# 10871

**Work Scope**

Maintenance tests are performed to provide assurance that the equipment tested and inspected is in proper operating condition and will maintain continuous, reliable service; free from unscheduled electrical power interruptions and costly unplanned "down time" maintenance. MV Switches, Dry type transformers above 600V, LV Distribution Switchgear, LV Circuit Breakers will be tested and mechanically checked for conformance to manufacturer's specifications. Engineer's specifications are followed with regard to electrical system operation.

**Procedures:** All work was performed per the job specifications, where applicable.

**Results:** Test results are as recorded on the attached test report forms.

**Recommendations and Conclusions:**

- North and South MV Transformers primary to secondary and primary to ground insulation resistance tested lower than minimum recommended value per NETA Table 100.5.

- North LV Switchgear "SUB-1E" and South LV switchgear "SUB-1J" insulation-resistance values tested lower than minimum recommended value per NETA Table 100.1.

- North MV Switch contact resistance deviated from adjacent poles more than 50% of the lowest value. Secondary MV cables failed insulation resistance phase to ground and phase to phase.

A list of any deficiencies uncovered will appear under the "Deficiencies" page.

# Report Contents for Job Number: 10871

1. Report Cover Page
2. Job Descriptions and Recommendations
3. Deficiencies Found
4. Test Reports

| Test Type: | Device # | Location | Sub-Location | Test Date |
|---|---|---|---|---|
| **Switch - Medium Voltage Metal Enclosed Air** | | | | |
| | NORTH MV SWITCH | Bldg.19 ELECTRICAL DISTRIBUTION | | 01/11/2015 |
| **Switchgear - Low Voltage Insulation Test** | | | | |
| | SUB 1E | Bldg.19 ELECTRICAL DISTRIBUTION | NORTH LV SWITCHGEAR | 01/11/2015 |
| | SUB 1J | Bldg.19 ELECTRICAL DISTRIBUTION | SOUTH LV SWITCHGEAR | 01/11/2015 |
| **Transformer - Above 600 Volts** | | | | |
| | NORTH MV TRANSFORMER | Bldg.19 ELECTRICAL DISTRIBUTION | | 01/11/2015 |
| | SOUTH MV TRANSFORMER | Bldg.19 ELECTRICAL DISTRIBUTION | | 01/11/2015 |

# Deficiencies found for Job Number: 10871

| Device # | Location | Sub-Location | Test Date | Temp. | Humidity |
|---|---|---|---|---|---|
| SUB 1J | Bldg.19 ELECTRICAL DISTRIBUTION | SOUTH LV SWITCHGEAR | 01/11/2015 | 60 | 52 |

**Test Type:** Switchgear - Low Voltage Insulation Test

**Deficiency:** Insulation resistance failed phase to ground and phase to phase Per NETA Table 100.1. Aborted further testing.

| Device # | Location | Sub-Location | Test Date | Temp. | Humidity |
|---|---|---|---|---|---|
| NORTH MV SWITCH | Bldg.19 ELECTRICAL DISTRIBUTION | | 01/11/2015 | 60 | 52 |

**Test Type:** Switch - Medium Voltage Metal Enclosed Air

**Deficiency:** Secondary MV cables failed insulation resistance. Contact resistance deviate from adjacent poles more than 50% of the lowest value.

| Device # | Location | Sub-Location | Test Date | Temp. | Humidity |
|---|---|---|---|---|---|
| SOUTH MV TRANSFORMER | Bldg.19 ELECTRICAL DISTRIBUTION | | 01/11/2015 | 60 | 52 |

**Test Type:** Transformer - Above 600 Volts

**Deficiency:** Primary to secondary and primary to ground insulation resistance is lower than minimum recommended value per NETA Table 100.5. Aborted further testing.

| Device # | Location | Sub-Location | Test Date | Temp. | Humidity |
|---|---|---|---|---|---|
| SUB 1E | Bldg.19 ELECTRICAL DISTRIBUTION | NORTH LV SWITCHGEAR | 01/11/2015 | 60 | 52 |

**Test Type:** Switchgear - Low Voltage Insulation Test

**Deficiency:** Insulation resistance failed phase to ground and phase to phase Per NETA Table 100.1. Aborted further testing.

| Device # | Location | Sub-Location | Test Date | Temp. | Humidity |
|---|---|---|---|---|---|
| NORTH MV TRANSFORMER | Bldg.19 ELECTRICAL DISTRIBUTION | | 01/11/2015 | 60 | 52 |

**Test Type:** Transformer - Above 600 Volts

**Deficiency:** Primary to secondary and primary to ground insulation resistance is lower than minimum recommended value per NETA Table 100.5. Aborted further testing.

# TEST RESULTS

Case: 15-50553    Doc# 40    Filed: 03/09/15    Entered: 03/09/15 15:37:50    Page 9 of 18



**Applied Power Systems**
*17506 Murphy Parkway*
*Lathrop, CA 95330*
*209.845.9158*

# Switch - Medium Voltage Metal Enclosed Air

| | | | | | |
|---|---|---|---|---|---|
| Customer | Collins Electrical Company, Inc. | | | Job # | 10871 |
| Address | 125 Tuolmne Blvd. | Modesto | Ca | Date | 1/11/2015 |
| Owner / User | AQH | | | Ambient Temp. | 60 °F  Humidity 52 % |
| Address | 5300 Claus Rd. | Riverbank | CA | Reference # | |
| Equip Locations | Bldg.19 ELECTRICAL DISTRIBUTI | | | Device ID | NORTH MV SWITCH |

## NAMEPLATE DATA

| | | | | | |
|---|---|---|---|---|---|
| Manufacturer | GENERAL ELECTRIC | Type | METAL ENCLOSED INTERRUP | Serial # | 1565102-SW01483007 |
| Catalog # | N/A | Ampacity | 600 | Voltage | 15k |
| B.I.L. Rating | 95kV | Age | 03/01 | | |
| Type of Operating Mechanism | STORED ENERGY | Momentary Fault Closing Amps | 40 | | KA |
| Other | | | | | |

## FUSE DATA

| | | | | | |
|---|---|---|---|---|---|
| Manufacturer | GENERAL ELECTRIC | Class | EJ | Catalog # | 9F62 | Ampacity | 125 |
| Voltage | 15.5k | Interrupt | 50kA | T.C.C. No. | N/A |
| Refill Element | N/A | Holder | N/A | Other | |

## VISUAL AND MECHANICAL INSPECTION

**Acceptance Testing Only**   ***Maintenance Testing Only**

| Inspection | | Inspection | |
|---|---|---|---|
| Compare nameplate data with drawings and specifications.** | ☐ | Inspect all bolted electrical connections for high resistance using one or more of the following methods: | ☑ |
| Inspect physical and mechanical condition. | ☑ | Low Resistance Ohmmeter ☑   Torque Wrench ☐   Thermographic Survey ☐ | |
| Verify**/Utilize***correct app. of manufacturer's recom. lubricants. | ☑ | Compare switchblade clearances with industry standards. | ☑ |
| Verify appropriate anchorage and required area clearances. | ☑ | Inspect all indicating and control devices for correct operation. | ☑ |
| Verify appropriate equipment grounding. | ☑ | Inspect insulating assemblies for evidence of physical damage or contaminated surfaces.*** | ☑ |
| Verify correct blade alignment blade penetration travel stops and mechanical operation. | ☑ | Exercise all active components.*** | ☑ |
| Verify that fuse sizes and types are in accordance with drawings and short-circuit and coordination studies. | ☐ | Verify operation of heaters if applicable. | ☐ |
| Verify that expulsion-limiting devices are in place on all holders having expulsion-type elements. | ☐ | Clean unit prior to testing unless as-found and as-left tests are required.*** | ☐ |
| Verify that each fuse holder has adequate mechanical support. | ☑ | Test all interlocking systems for correct operation and sequencing. | ☑ |
| Verify correct phase-barrier materials and installation. ** | ☑ | | |

## ELECTRICAL TESTS

| RESISTANCE MEASUREMENTS | | Pole 1 | | Pole 2 | | Pole 3 | |
|---|---|---|---|---|---|---|---|
| | | As Found | As Left | As Found | As Left | As Found | As Left |
| Bolted Connections in Microhms | Line | N/A | N/A | N/A | N/A | N/A | N/A |
| | Load | 12 | 12 | 11 | 11 | 11 | 11 |
| Fuse Resistance in Milliohms | | 7.52 | 7.52 | 7.43 | 7.43 | 7.48 | 7.48 |
| Fuse Holder Resist. in Milliohms | | 44Q | 44 | 40 | 40 | 49 | 49 |
| Contact Resistance in Microhms | | 53 | 53 | 87 | 87 | 101 | 101 |

| INSULATION RESISTANCE in megohms @ | | | 2.50 | KVDC |
|---|---|---|---|---|
| Optional for ATS | Pole 1 (P1-P2) | Pole 2 (P2-P3) | Pole 3 (P3-P1) | |
| Pole to Pole | 24400 | 69300 | 107000 | |
| Pole to Frame | 8500 | 12200 | 42300 | |
| Line to Load | 258000 | 86600 | 21500 | |

| OVERPOTENTIAL TEST in | | | |
|---|---|---|---|
| | Pole 1 | Pole 2 | Pole 3 |
| | 10 | 10 | 10 |
| Test KV | | 27 | |

| COUNTER READING | As Found | N/A |
|---|---|---|
| | As Left | N/A |

Perform insulation resistance test on all control wiring. Optional for ATS  ☐

| | |
|---|---|
| Comments | Surge arrestor A=1.48T ohms B=298G ohms C=302G ohms |
| Deficiencies | Secondary MV cables failed insulation resistance. Contact resistance deviate from adjacent poles more than 50% of the lowest value. |
| Test Equip. IDs | MI-3200, AEMC-6250, HV-PFT     0     Tested By  LDH |

Page 6 of 10



**Applied Power Systems**
*17506 Murphy Parkway*
*Lathrop, CA 95330*
*209.845.9158*

# Switchgear - Low Voltage Insulation Test

| | | | | | |
|---|---|---|---|---|---|
| **Customer** | Collins Electrical Company, Inc. | | **Job #** | 10871 | |
| **Address** | 125 Tuolmne Blvd. | Modesto | Ca | **Date** | 1/11/2015 |
| **Owner / User** | AQH | | | **Ambient Temp.** | 60 °F  Humidity 52 % |
| **Address** | 5300 Claus Rd. | Riverbank | CA | **Reference #** | |
| **Equip Locations** | Bldg.19 ELECTRICAL DISTRIBUTI | SOUTH LV SWITCHGEAR | | **Device ID** | SUB 1J |

## NAMEPLATE DATA

| | | | | | |
|---|---|---|---|---|---|
| Manufacturer | GENERAL ELECTRIC | Type | AKD-10 | Serial # | 910857 |
| Catalog # | N/A | Drawing No. | N/A | Voltage Class | 480 |
| Current Rating | 3200  A | Withstand Rating | 65  KA | SO # | N/A |
| Bus | ☐ CU  ☑ AL | Date of Mfg. | N/A | Oper. Voltage | 480 |
| Other | | | | | |

## INSTALLED DEVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| # of Breakers | 6 | # of Instruments | 1 | # of Relays | 0 | # of Switches | 0 |
| # of Bays | 5 | # of Panel Meters | 1 | # of PLCs | 0 | # of KWHR Meters | 0 |
| # of VTs | 3 | # of CTs | 3 | # of CPTs | 1 | # of Transducers | 0 |
| Breaker Types | POWER BREAKERS | | | Other Equipment | | | |

### OVERPOTENTIAL TEST in MILLIAMPS

| | Phase A | Phase B | Phase C |
|---|---|---|---|
| | | | |
| Test KV | | 2.30 | |

### OPERATIONAL TESTS

| | |
|---|---|
| Perform system function tests. | ☐ |
| Verify operation of heaters. | ☐ |
| Perform phasing check on double-ended swgr. | ☐ |
| Perform insulation resistance test on all control wiring. | ☐ |

| Ground Resistance | | Ohms |
|---|---|---|

### INSULATION RESISTANCE in megohms @ 1 KVDC

| Bus Section | A-Gnd | B-Gnd | C-Gnd | N-Gnd | A-N | B-N | C-N | A-B | B-A | C-A |
|---|---|---|---|---|---|---|---|---|---|---|
| MAIN LINE SIDE BUS | 22 | 19 | 12 | | | | | 17 | 21 | 33 |
| | | | | | | | | | | |

### RESISTANCE MEASUREMENTS through Bolted Connections

| Overall Resistance in microhms | Phase A | | Phase B | | Phase C | | Neutral | | Ground | |
|---|---|---|---|---|---|---|---|---|---|---|
| | As Found | As Left | As Found | As Left | As Found | As Left | As Found | As Left | As Found | As Left |
| SEC. 1 - SEC. 5 | | | | | | | | | | |

### RESISTANCE MEASUREMENTS through Bolted Connections

| Bus Section Tested | Phase A | | Phase B | | Phase C | |
|---|---|---|---|---|---|---|
| | As Found | As Left | As Found | As Left | As Found | As Left |
| SEC. 1 - SEC. 2 LOAD SIDE BREAKER | | | | | | |
| SEC. 1 - SEC. 3 LOAD SIDE MIDDLE BREAKER | | | | | | |
| SEC. 1 - SEC. 3 LOAD SIDE BOTTOM BREAKER | | | | | | |
| SEC. 1 - SEC. 4 LOAD SIDE TOP BREAKER | | | | | | |
| SEC. 1 - SEC. 4 LOAD SIDE MIDDLE BREAKER | | | | | | |
| SEC. 1 - SEC. 5 LOAD SIDE BREAKER | | | | | | |

**Comments**

**Deficiencies** Insulation resistance failed phase to ground and phase to phase Per NETA Table 100.1. Aborted further testing.

**Test Equip. IDs** MI-3200, AEMC-6250     0     **Tested By** LDH



**Applied Power Systems**
17506 Murphy Parkway
Lathrop, CA 95330
209.845.9158

# Switchgear - Low Voltage Insulation Test

| | | | | | |
|---|---|---|---|---|---|
| **Customer** | Collins Electrical Company, Inc. | | | **Job #** | 10871 |
| **Address** | 125 Tuolmne Blvd. | Modesto | Ca | **Date** | 1/11/2015 |
| **Owner / User** | AQH | | | **Ambient Temp.** | 60 °F  **Humidity** 52 % |
| **Address** | 5300 Claus Rd. | Riverbank | CA | **Reference #** | |
| **Equip Locations** | Bldg.19 ELECTRICAL DISTRIBUTI | NORTH LV SWITCHGEAR | | **Device ID** | SUB 1E |

## NAMEPLATE DATA

| | | | | | |
|---|---|---|---|---|---|
| Manufacturer | GENERAL ELECTRIC | Type | AKD-10 | Serial # | 912487 |
| Catalog # | N/A | Drawing No. | N/A | Voltage Class | 480 |
| Current Rating | 3200 A | Withstand Rating | 65 KA | SO # | N/A |
| Bus | ☐ CU  ☑ AL | Date of Mfg. | N/A | Oper. Voltage | 480 |
| Other | | | | | |

## INSTALLED DEVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| # of Breakers | 6 | # of Instruments | 1 | # of Relays | 0 | # of Switches | 0 |
| # of Bays | 5 | # of Panel Meters | 1 | # of PLCs | 0 | # of KWHR Meters | 0 |
| # of VTs | 3 | # of CTs | 3 | # of CPTs | 1 | # of Transducers | 0 |
| Breaker Types | POWER BREAKERS | | Other Equipment | | | |

| OVERPOTENTIAL TEST in | MILLIAMPS | |
|---|---|---|
| Phase A | Phase B | Phase C |
| | | |
| Test KV | 2.30 | |

| OPERATIONAL TESTS | |
|---|---|
| Perform system function tests. | ☐ |
| Verify operation of heaters. | ☐ |
| Perform phasing check on double-ended swgr. | ☐ |
| Perform insulation resistance test on all control wiring. | ☐ |

| Ground Resistance | | Ohms | |
|---|---|---|---|

### INSULATION RESISTANCE in megohms @ 1 KVDC

| Bus Section | A-Gnd | B-Gnd | C-Gnd | N-Gnd | A-N | B-N | C-N | A-B | B-C | C-A |
|---|---|---|---|---|---|---|---|---|---|---|
| MAIN LINE SIDE BUS | 8 | 15 | 18 | | | | | 17 | 20 | 25 |
| | | | | | | | | | | |

| RESISTANCE MEASUREMENTS through Bolted Connections | Phase A | | Phase B | | Phase C | | Neutral | | Ground | |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall Resistance in microhms | As Found | As Left | As Found | As Left | As Found | As Left | As Found | As Left | As Found | As Left |
| SEC. 1 - SEC. 5 | | | | | | | | | | |
| | | | | | | | | | | |

### RESISTANCE MEASUREMENTS through Bolted Connections

| Bus Section Tested | Phase A | | Phase B | | Phase C | |
|---|---|---|---|---|---|---|
| | As Found | As Left | As Found | As Left | As Found | As Left |
| SEC. 1 - SEC. 2 LOAD SIDE BREAKER | | | | | | |
| SEC. 1 - SEC. 3 LOAD SIDE TOP BREAKER | | | | | | |
| SEC. 1 - SEC. 3 LOAD SIDE MODDLE BREAKER | | | | | | |
| SEC. 1 - SEC. 4 LOAD SIDE TOP BREAKER | | | | | | |
| SEC. 1 - SEC. 4 LOAD SIDE MIDDLE BREAKER | | | | | | |
| SEC. 1 - SEC. 5 LOAD SIDE BREAKER | | | | | | |

| | |
|---|---|
| **Comments** | |
| **Deficiencies** | Insulation resistance failed phase to ground and phase to phase Per NETA Table 100.1. Aborted further testing. |
| **Test Equip. IDs** | MI-3200, AEMC-6250     0     **Tested By** LDH |

Page 8 of 10

Case: 15-50553   Doc# 40   Filed: 03/09/15   Entered: 03/09/15 15:37:50   Page 12 of 18



**Applied Power Systems**
*17506 Murphy Parkway*
*Lathrop, CA 95330*
*209.845.9158*

# Transformer - Above 600 Volts

| | | | | |
|---|---|---|---|---|
| **Customer** | Collins Electrical Company, Inc. | | **Job #** | 10871 |
| **Address** | 125 Tuolmne Blvd. | Modesto / Ca | **Date** | 1/11/2015 |
| **Owner / User** | AQH | | **Ambient Temp.** | 60 °F  Humidity 52 % |
| **Address** | 5300 Claus Rd. | Riverbank / CA | **Reference #** | |
| **Equip Locations** | Bldg.19 ELECTRICAL DISTRIBUTI | | **Device ID** | SOUTH MV TRANSFORMER |

| | | | | | | |
|---|---|---|---|---|---|---|
| Manufacturer | GENERAL ELECTRIC | Serial # | P104566-DS01469006 | Type/Class | VP1 / AA/FA | |
| Insulation Type | DRY | Age | 11/02/00 | Date of Last Test | N/A | Impedence 5.81 |
| Temp. Rise | 150 °C | Phase | 3 | Winding Polarity | | Winding Material AL |
| KVA | 2000/2667 | K Factor | | BIL | 95 | KV Pri 10  KV Sec |
| High Side KV | 13800 / 83.70 amps | Low Side KV | 480 / 2406/3208 amps | | | |
| Connection Type | DELTA | Connection Type | WYE | | | |

| Pri Tap Voltage | 14490 | 14145 | 13800 | 13455 | 13110 | | | **Tap Changer** | |
|---|---|---|---|---|---|---|---|---|---|
| Tap Connections | E-F | D-F | E-G | D-G | C-G | | | ☑ Internal | ☐ External |

## VISUAL AND MECHANICAL INSPECTION

| | | | |
|---|---|---|---|
| Compare nameplate data with drawings and specifications.** | ☐ | Inspect anchorage, alignment, and grounding. | ☑ |
| Inspect physical and mechanical condition. | ☑ | Perform specific inspections and mechanical tests as recommended by manufacturer. | ☑ |
| Inspect for evidence of moisture corona or brittleness. *** | ☑ | Verify that resilient mounts are free and that any shipping brakets have been removed. | ☑ |
| Verify that control and alarm settings on temperature indicators are as specified. (Optional for MTS) | ☑ | Verify that the core, frame, and enclosure groundings are correct. | ☑ |
| Verify that cooling fans operate | ☑ | Verify the presence of transformer surge arresters. | ☐ |
| Verify that fan motors have correct overcurrent protection. ** | ☐ | Verify that as-left tap connections are as specified. | ☑ |
| Inspect all bolted electrical connections for high resistance using one or more of the following methods: | ☑ | Clean unit prior to testing unless as-found and as-left tests are required. *** | ☐ |
| Low Resistance Ohmmeter ☑   Torque Wrench ☐   Thermographic Survey ☐ | | **Acceptance Testing Only     ***Maintenance Testing Only | |

## ELECTRICAL TESTS

Insulating Medium Temp | Max Temp

### INSULATION RESISTANCE in megohms

| Test KV | Primary to Secondary | Primary to Ground | Secondary to Ground |
|---|---|---|---|
| | 5 | 5 | 1 |
| 0.50 | | | |
| 1.00 | 5.65 | 7.21 | |
| 10.00 | | | |
| D.A. = 1min/.5min | | | |
| P.I. = 10min/1min | | | |

### WINDING RESISTANCE TEST in MilliOhms

| Primary Winding | | | | Secondary Winding | | | |
|---|---|---|---|---|---|---|---|
| H | H | = | | X | X | = | . |
| H | H | = | | X | X | = | |
| H | H | = | | X | X | = | |

### OVERPOTENTIAL TEST in Milliamps

| Pri-Gnd | Pri-Sec |
|---|---|
| | |
| Test KV | Test KV |

Verify correct Sec. Voltage Ph-Ph and Ph-N

Core Ground @ 500 VDC | megohms

### TURNS RATIO AND POLARITY TEST

| Calculated Turns Ratio | 49.795 | | | | | | |
|---|---|---|---|---|---|---|---|
| Actual Turns Ratio | Ph A | 49.840 | Ph B | 49.836 | Ph C | 49.846 | |
| Tap positions | 5 | Polarity | | Working Tap - AF | E-G | AL | E-G | SEE RELATED TESTS ☑ |

### BOLTED CONNECTION RESISTANCE MEASUREMENTS in MicroOhms

| | H1: | H2: | H3: | H0: | X1: | X2: | X3: | X0: |
|---|---|---|---|---|---|---|---|---|
| As Found | | | | | | | | |
| As Left | | | | | | | | |

| | |
|---|---|
| **Comments** | |
| **Deficiencies** | Primary to secondary and primary to ground insulation resistance is lower than minimum recommended value per NETA Table 100.5. |
| **Test Equip. IDs** | MI-3200, REYTECH SPY 3, AEMC-6250     0     Tested By  LDH |

Page 9 of 10



**Applied Power Systems**
*17506 Murphy Parkway*
*Lathrop, CA 95330*
*209.845.9158*

# Transformer - Above 600 Volts

| | | | | | |
|---|---|---|---|---|---|
| **Customer** | Collins Electrical Company, Inc. | | | **Job #** | 10871 |
| **Address** | 125 Tuolmne Blvd. | Modesto | Ca | **Date** | 1/11/2015 |
| **Owner / User** | AQH | | | **Ambient Temp.** | 60 °F  Humidity 52 % |
| **Address** | 5300 Claus Rd. | Riverbank | CA | **Reference #** | |
| **Equip Locations** | Bldg.19 ELECTRICAL DISTRIBUTI | | | **Device ID** | NORTH MV TRANSFORMER |

| | | | | | |
|---|---|---|---|---|---|
| Manufacturer | GENERAL ELECTRIC | Serial # | P105498-DS01469007 | Type/Class | VP1 / AA/FA |
| Insulation Type | DRY | Age | 03/07/01 | Date of Last Test | N/A | Impedence | 5.87 |
| Temp. Rise | 150 °C | Phase | 3 | Winding Polarity | | Winding Material | AL |
| KVA | 2000/2667 | K Factor | | BIL | 95 | KV Pri | 10 | KV Sec |
| High Side KV | 13800 / 83.70 amps | Low Side KV | 480 / 2406/3208 amps |
| Connection Type | DELTA | Connection Type | WYE |

| Pri Tap Voltage | 14490 | 14145 | 13800 | 13455 | 13110 | | | **Tap Changer** |
|---|---|---|---|---|---|---|---|---|
| Tap Connections | E-F | D-F | E-G | D-G | C-G | | | ☑ Internal  ☐ External |

## VISUAL AND MECHANICAL INSPECTION

| | | | |
|---|---|---|---|
| Compare nameplate data with drawings and specifications.** | ☐ | Inspect anchorage, alignment, and grounding. | ☑ |
| Inspect physical and mechanical condition. | ☑ | Perform specific inspections and mechanical tests as recommended by manufacturer. | ☑ |
| Inspect for evidence of moisture corona or brittleness. *** | ☑ | Verify that resilient mounts are free and that any shipping brakets have been removed. | ☑ |
| Verify that control and alarm settings on temperature indicators are as specified. (Optional for MTS) | ☑ | Verify that the core, frame, and enclosure groundings are correct. | ☑ |
| Verify that cooling fans operate | ☑ | Verify the presence of transformer surge arresters. | ☐ |
| Verify that fan motors have correct overcurrent protection. ** | ☐ | Verify that as-left tap connections are as specified. | ☑ |
| Inspect all bolted electrical connections for high resistance using one or more of the following methods: | ☑ | Clean unit prior to testing unless as-found and as-left tests are required. *** | ☐ |

Low Resistance Ohmmeter ☑   Torque Wrench ☐   Thermographic Survey ☐

**Acceptance Testing Only    ***Maintenance Testing Only

## ELECTRICAL TESTS

| Insulating Medium Temp | | Max Temp | |

### INSULATION RESISTANCE in megohms

| Test KV | Primary to Secondary | Primary to Ground | Secondary to Ground |
|---|---|---|---|
| | 5 | 5 | 1 |
| 0.50 | | | |
| 1.00 | 7.21 | 3.82 | |
| 10.00 | | | |
| D.A. = 1min/.5min | | | |
| P.I. = 10min/1min | | | |

### WINDING RESISTANCE TEST in MilliOhms

| Primary Winding | | | | Secondary Winding | | | |
|---|---|---|---|---|---|---|---|
| H | H | = | | X | X | = | |
| H | H | = | | X | X | = | |
| H | H | = | | X | X | = | |

### OVERPOTENTIAL TEST in Milliamps

| Pri-Gnd | | Pri-Sec | |
|---|---|---|---|
| | | | |
| Test KV | | Test KV | |

Verify correct Sec. Voltage Ph-Ph and Ph-N | |

### TURNS RATIO AND POLARITY TEST

| Calculated Turns Ratio | 49.795 | | | | | | |
|---|---|---|---|---|---|---|---|
| Actual Turns Ratio | Ph A | 49.856 | Ph B | 49.844 | Ph C | 49.858 | |
| Tap positions | 5 | Polarity | | Working Tap - AF | E-G | AL | E-G |

Core Ground @ 500 VDC | | megohms
SEE RELATED TESTS ☑

### BOLTED CONNECTION RESISTANCE MEASUREMENTS in MicroOhms

| | H1: | H2: | H3: | H0: | X1: | X2: | X3: | X0: |
|---|---|---|---|---|---|---|---|---|
| As Found | | | | | | | | |
| As Left | | | | | | | | |

| | |
|---|---|
| **Comments** | |
| **Deficiencies** | Primary to secondary and primary to ground insulation resistance is lower than minimum recommended value per NETA Table 100.5. |
| **Test Equip. IDs** | MI-3200, REYTECH SPY 3, AEMC-6250    0    **Tested By** LDH |

Page 10 of 10

**EXHIBIT B**



**AL SARKIS**
REPORT: OWNER

**Contractors Lic. 732103**

COLLINS ELECTRICAL CO., INC.
125 Tuolumne Blvd.
Modesto, CA 95354

REPORT #: SP-1130B

ATTENTION: Mark Thompson, Service Manager     DATE: February 11, 2015

## SUBSTATION TRANSFORMER RETESTS
## AQUIFER FACILITY
## RIVERBANK, CA

1.0  DISCUSSION

Customer reported on January 13, 2015 that two (2) – indoor GE OA/FA 2000/2667KVA, 13.8KVΔ – 480/277VY, Substation Type Dry Transformers designated 1E & 1J had sustained marginal/low quality insulation resistance or "megger" readings during test at COLLINS ELECTRICAL jobsite – Aquifer 5300 Claus Rd. Riverbank, CA.

This writer was requested to make a job site visit on Jan. 14 to perform insulation resistance and transformer turns ratio testing. Although transformer ratio testing revealed satisfactory results, both high and low winding insulation resistance-to-ground testing results were found to be marginal at best on both transformers.

Temporary heat for both transformer enclosures was recommended by this writer and installed by COLLINS. On February 11 this writer was requested to make another job-site visit for retest of the aforementioned substation transformers

2.0  INSPECTION AND TESTING PROCEDURES

    2.1  TRANSFORMERS - Dry Type

        2.1.1  Visual and Mechanical Inspection

            o    Inspected for physical damage, proper installation, anchorage and grounding.

            o    Insulators were inspected for cleanliness, cracks and signs of leakage.

        2.1.2  Electrical Tests

            o    Performed spot-type insulation resistance test winding-to-ground.

**845 Vintage Oak Ave. Galt, CA 95632 • Phone (209) 744-1513 • Fax (209) 745-6738**

3.0 <u>SUMMARY</u>

This service was initiated at the request of Brian Gini of COLLINS Electrical. All testing was performed Al Sarkis of SARKIS POWER. The assistance of Jason Sweet of COLLINS was greatly appreciated.

The winding-to-ground test results of the transformers in Section – 1.0 of this report as documented in SARKIS POWER Report No. SP-1130 of Jan. 14 indicated (in the opinion of this writer) that energization should be postponed until high-to-low (& ground) and low-to-high (& ground) tests improved. After the installation of temporary heat to substation transformer enclosures, however, insulation resistance test results were noted to improve.

The equipment, in general, was found in serviceable condition. For complete listing of test results and recommendations refer to Section – 4.0 of this report.

4.0 <u>RESULTS AND RECOMMENDATIONS</u>

The following is a list of problems discovered during the testing along with any corrective action that was performed. Any item that requires additional corrective action is noted by asterisks and underscored.

    4.1    Initial Substation 1E Transformer insulation resistance results (as reported on Jan. 14) were found as follows:

        high-to-low (& ground)    3.42 Meg (x $10^{+6}$) ohms
        low-to-high (& ground)    0.20 Meg (x $10^{+6}$) ohms

        Substation 1E Transformer insulation resistance results as found on Feb. 11 (after application of heat) are as follows:
        high-to-low (& ground)    5.53 Gig (x $10^{+9}$) ohms
        low-to-high (& ground)    4.90 Gig (x $10^{+9}$) ohms

    4.2    Initial Substation 1J Transformer insulation resistance results (as reported on Jan. 14) were found as follows:

        high-to-low (& ground)    5.90 Meg (x $10^{+6}$) ohms
        low-to-high (& ground)    0.60 Meg (x $10^{+6}$) ohms

        Substation 1J Transformer insulation resistance results as found on Feb. 11 (after application of heat) are as follows:

        high-to-low (& ground)    10.70 Gig (x $10^{+9}$) ohms
        low-to-high (& ground)    8.71 Gig (x $10^{+9}$) ohms

4.3    Recommend continued heating on transformer enclosures up to energization of these transformers.

4.4    Recommend insulated barriers installation in MV fused switch for each transformer.

Thank you for the opportunity to be of service. Please feel free to contact me if you have any further questions.

                                            Regards,

                                            SARKIS POWER

                                            *Al Sarkis*
                                            Owner

cc: File
    AJS/Encl.