**EXHIBIT F**

## 16. INDEMNITY AND HOLD HARMLESS

    **a.** Except as pertains to pre-existing environmental conditions, and except as to the Hold Back Premises until relinquished to the Lessee by the Government, the Lessee agrees to assume all risks of loss or damage to property and injury or death to persons by reason of or incident attributable or incident to the condition or state of repair of the Lease Premises or to its possession and/or use of the Lease Premises or the activities conducted under this Lease. The Lessee expressly waives all claims against the Lessor for any such loss, damage, personal injury or death caused by or occurring as a consequence of such condition, possession and/or use of the Lease Premises by the Lessee, or the conduct of activities or the performance of responsibilities under this Lease by the Lessee. The Lessee further agrees to indemnify and hold harmless the Lessor, its officers, agents and employees, from and against all suits, claims, demands or actions, liabilities, judgments, costs and attorneys' fees arising out of, or in any manner predicated upon, personal injury, death or property damage resulting from, related to, caused by or arising out of the possession and/or use of the Lease Premises by the Lessee. The Lessor will give the Lessee notice of any claim against it covered by this indemnity as soon after learning of such claim as practicable.

    **b.** The Lessee shall indemnify and hold harmless the Lessor from any costs, expenses, liabilities, fines, or penalties resulting from discharges, releases, emissions, spills, storage, disposal, or any other action arising out of the Lessee's use of the Lease Premises and giving rise to Lessor liability, civil or criminal, or responsibility under Federal, state or local environmental laws.

    **c.** Subconditions a. and b. of this Condition and the obligations of the Lessee hereunder shall survive the expiration or termination of the Lease and the conveyance of the Lease Premises. The Lessee's obligation hereunder shall apply whenever the Lessor incurs costs or liabilities for the Lessee's actions giving rise to liability under this Condition.

    **d.** In leasing the Lease Premises, the Lessor recognizes its obligation to hold harmless, defend, and indemnify the Lessee and any successor, assignee, transferee, lender, or sublessee of the Lessee as required and limited by Section 330 of the Department of Defense Authorization Act of 1993, as amended (Section 330), and to otherwise meet its obligations under the law.

    **e.** Any sublessees, assignees, transferees, or successors shall be jointly and severally responsible with the Lessee for those portions of the Lease Premises under their control.

## 17. IMPROVEMENTS TO LEASE PREMISES

    **a.** The Lessee, sublessees, assignees, transferees, mortgagees, and successors may make improvements to the Lease Premises, which improvements may include, without

Case: 15-50553   Doc# 41-1   Filed: 03/09/15   Entered: 03/09/15 15:41:00   Page 2 of 22

limitation, the demolition of existing buildings, improvements to existing buildings, and the construction of new buildings and facilities, provided that (i) the Lessor, acting by and through the Army, receives prior written consent of the Army, which consent shall not be unreasonably withheld or delayed, and provided that failure of the Army to respond in writing to a written request from the Lessee for approval hereunder within fourteen (14) working days of its receipt of said request shall be deemed approval of the Lessor hereunder of said improvements, (ii) said improvements are undertaken or constructed in a good and workmanlike manner and in accordance with all requirements of applicable state and local ordinances and with the rules, regulations and requirements of all departments, boards, bureaus, officials and authorities having jurisdiction thereover, and (iii) said improvements will not preclude the use of the Lease Premises for purposes anticipated by disposal-related documentation prepared to satisfy the requirements of the National Environmental Policy Act of 1969, which documentation may include, without limitation, a Record of Environmental Consideration or an Environmental Assessment, or by the Reuse Plan. All necessary permits for such improvements shall be obtained by the Lessee. The Lessor agrees to cooperate with the Lessee and to execute any documents or permits reasonably required for the undertaking by the Lessee of any such improvements, provided that the Lessee shall discharge any expense or liability of the Lessor in connection therewith.

     **b.** The Lessee shall provide to the Lessor, at the Lessee's expense, upon receipt thereof by the Lessee, copies of all permits, certificates of occupancy, and other approvals, including copies of all plans submitted in connection therewith, obtained from governmental authorities in connection with the construction, use and occupancy of such building or improvement.

     **c.** The Lessor's grant of consent under this Condition shall not singularly relieve the Lessee of its indemnification obligations under the Condition on **Indemnity and Hold Harmless** with regard to the subject matter of said grant of consent.

## 18. RESTORATION

     On or before the expiration of this Lease or its termination by the Lessee, the Lessee shall vacate the Lease Premises, remove the property of the Lessee, and at the option of the Lessor, restore the Lease Premises to the same or better condition as at the inception of the Lease, except for fair wear and tear; approved alterations, demolition and improvements hereunder; and casualties covered by insurance. If, however, this Lease is revoked or sooner terminated pursuant to the terms of this Lease, the Lessee shall vacate the Lease Premises or portion thereof, remove said property and restore the Lease Premises to the aforesaid condition within a reasonable time as the Lessor may designate. In either event, if the Lessee shall fail or neglect to remove said property and restore the Lease Premises, then, at the option of the Lessor, the property shall either become the property of the Lessor without compensation therefore, or the Lessor may cause the property to be removed and no claim for damages against the Lessor or its officers or agents shall be created by or made on account of such removal and restoration work.

Case: 15-50553   Doc# 41-1   Filed: 03/09/15   Entered: 03/09/15 15:41:00   Page 3 of 22

**EXHIBIT G**

# Applying for LRA TI Approval

## When is LRA TI Approval required?

A TI Approval is required for all new construction and additions to or remodeling of existing structures.

The following minimum drawings are usually required for approval:

| | |
|---|---|
| Site Plan | Floor Plan |
| Foundation Plan | Roof Framing Plan |
| Floor Framing Plan | Truss Calculations |
| Exterior Elevations | Cross Sections |
| Structural Calculations | Energy Calculations |

Please note: The state of California only allows the "owner" of a property or a licensed contractor to obtain a building permit

## What are the steps in applying for a LRA TI approval?

1. The Application

Pick up an application for a LRA TI Approval at our building #17

2. Complete the application

Prepare three sets of construction plans, specifications, engineering calculations, truss calculations are required and energy package with the LRA TI application. A registered architect and/or engineer may be required to stamp and wet sign the construction plans. In additions, site plans showing proposed and existing structures.

3. Submit the completed application packet to SJES (Facility Management BLDG #17)

Our staff will conduct a review of the application and documents submitted to ensure completeness. If the application is incomplete, the licensed builder may have to provide additional information before the application can be accepted. The plan check fee is payable upon submission of the application and construction documents. Summary information concerning location, project cost, proposed use, type of work, contractor's name, etc. are entered into data base for tracking and approval purposes.

4. Plan Review

The construction plans with supporting documentation will then be forwarded to the plan review staff for review. After all approvals are obtained, staff notifies the owner/contractor. If the application is disapproved, the applicant will be notified of discrepancies and be requested to resubmit revised plans or additional documents.

5. Final approval

Once all approvals are obtained, staff notifies owner/contractor and issues a approval letted with a set of approved plans. The second set of plans is filed with the LRA.

**EXHIBIT H**

**LRA APPROVAL APPLICATION CHECKLIST**

This checklist is to provide you with a guide to the documents and quantities of documents, which will be needed to process your application. This list may not be all-inclusive as each project is unique within itself. If you have any questions or would like personal assistance with this form, please call 209-869-4384 Monday through Friday during the hours of 8:00 a.m. and 4:00 p.m.

**All plans except site plan are to be drawn to a minimum 1/4 " scale on 11"x17" or larger unlined non grid paper.**

| Items required for submittal | Official Use Only |
|---|---|
| **Site Plan Drawn to scale-** Show completed parcel with all Dimensions; Location of Proposed Work; Driveway Location and Width; Easements; The direction North; Well location; Existing and proposed Septic System; All setbacks from: Property lines, existing structures, pools, septic system, Etc. (3 sets) | |
| **For Commercial or Agricultural Projects-** Site plan that shows all items listed above plus access roads on property, fire hydrants and/or water supplies existing and/or proposed. Fire Marshal requirements 552-3700 | |
| **Floor Plan-** Show existing and proposed area, label use of all rooms (3sets) | |
| **Foundation plan** and related details (2sets) | |
| **Floor Framing** plan with details (2sets) | |
| **Roof Framing** and related details or Engineered truss calculations and layouts (2sets) | |
| **Construction details** (2sets) | |
| **Elevations-** Front, both sides and back (3sets) | |
| **Engineering Calculations-** Stamped and wet signed (2sets) | |
| **Electrical Plan** with legend (2sets) | |
| **Plumbing Plan** with legend (2sets) | |
| **Heating and Air Conditioning Plan** and Title 24 Energy calculations (2sets) | |
| **San Joaquin Valley Air Pollution Control District** approved release - obtain approval from 4230 Kiernan Ave, Modesto 557-6400 | |
| **For Commercial projects-** Engineered Aerobic System DER requirements 525-6700 | |
| **Williamson Act** land owner statement | |
| **BELOW FOR OFFICIAL USE ONLY** | |

By signing below, I am acknowledging that I understand the items marked in the above shaded area are still required to process my building permit application. Processing and/or department reviews may be incomplete or delayed until the items marked above are submitted.

Print Name _____    Signature _____

Title _____    Date _____

Clerk Initials: _____    Project Address: _____

Case Number _____-_____

**EXHIBIT I**

**From:** Anthony Brough [anthony@aquiferllc.com]
**Sent:** Friday, January 16, 2015 5:52 PM
**To:** Will Crew
**Cc:** Andy Faris; Yan Ebyam
**Subject:** Fwd: Progress As-built drawings

Hello Will,

Attached are the as built drawings for our site. Please let me know if you need us to have our engineer add anything.

Also, can we schedule an on-site meeting for next week? We believe that the first phase of our build will be ready for inspection by Thursday.

Thanks,
Anthony
607-351-2859

--- Forwarded message ---
**From:**     Michael Showerman <Michael.Showerman@lionakis.com>
**Date:**     January 13, 2015 4:59:03 PM
**Subject:** Progress As-built drawings
**To:**       'Anthony Brough' <anthony@aquiferllc.com>, 'Yan Ebyam' <yan@aquiferllc.com>
**CC:**       Sean Davis <Sean.Davis@lionakis.com>

Good afternoon Anthony and Yan,

I am attaching our progress drawings for the layout of your server racks and supporting equipment. Please take a look at the drawings when you have a chance and let us know if there is anything you would like us to add before submitting our final drawings.

Can you let me know if there is another address (other than 5300 Claus Road) you would like to have as your (Aquifer) address on the titleblock?

Michael Showerman | SE | Project Engineer

# LIONÄKIS

915 13th Street | Modesto, CA 95354
P: 209.576.8222 | F: 209.576.0445
www.lionakis.com

Confidentiality Notice: This message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and delete any copies of this message.
earth sky | consider sustainable practices

**EXHIBIT J**

January 21, 2015



**Debbie Olson, Executive Director**
**Riverbank Local Redevelopment Authority**
**5300 Claus Road, Suite 1**
**Modesto, California 95357**

**Shawn Songer, Operations Manager**
**Riverbank Industrial Complex**
**5300 Claus Road, Suite 14**
**Modesto, California 95357**

Anthony Brough,
Aquifer LLC
Riverbank Industrial Complex
5300 Claus Rd
Modesto, California 95357

Michael Showerman, SE
Project Engineer
Lionakis
915 13th Street
Modesto, CA 95354

**ICG Project No. 2015XXXX**

Interwest Consulting Group has completed the **preliminary** plan review of the electronic plans on behalf of the Riverbank Local Authority:

**Administrative Items:**

1. Permit application for the project has not been submitted. Please review the attached RLA Tenant Improvement procedures list. Complete the appropriate approval forms and submit with revised plans. Also include Contractor and Owner/Builder Declaration form.

2. Electronic plan review can be performed in the proper format. Please provide resubmittal format plans that can be printed in 11 x 17 format.

3. Three (3) sets of hard copy plans, stamped and sealed by the design professional of record must be submitted to Riverbank LRA once plans have been found in compliance by Interwest Consulting Group.

4. Record plans must be scanned and submitted in electronic format (PDF) to Riverbank LRA at completion of review.

The basis of the review is the 2012 International Building Code (I.B.C) as amended by the 2013 California Building Code (C.B.C.).

The electronic plans submitted do not have sufficient detail to perform a structural review. Please provide the following information:

<u>General Requirements</u>:

1. Code analysis of the tenant space including project details such as type of construction, use group, occupant load, and general design criteria based on the 2013 California Building Code has not been submitted. Please resubmit on cover sheet

Riverbank LRA
5300 Claus Rd Suite 1
Modesto, CA

Preliminary Review – Aquifer LLC
ICG Job No. 2015XXXX
Page 1 of 2

## Architectural/Structural:

2. Plans do not show detail for the attachment of cable trays to the roof trusses. Please provide details of these attachments as well as structural calculations verifying the structural integrity of the roof truss has not been compromised.

3. Cross section detail needed for racking systems. Please provide details of racking systems include types of materials and connections. Include calculations verifying current attachment methods are adequate.

## Electrical/Mechanical:

4. Please see attached testing report from Applied Power Systems. Please provide complete electrical plans with service sizes, panel schedules, etc.as well as comments to the testing data and how you will modify current system to comply with testing criteria.

5. Mechanical systems for ventilation are not shown on plans. Please provide plans indicating mechanical units as well as ducting details.

Please refer to the LRA TI Checklist, Contractor/Owner/Builder form and Applied Power Systems testing report.

Sincerely,

**INTERWEST CONSULTING GROUP**

Roger Peterson, S.E.
Structural Engineer

**EXHIBIT K**

January 28, 2015



Debbie Olson, Executive Director
Riverbank Local Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, California 95357

Shawn Songer, Operations Manager
Riverbank Industrial Complex
5300 Claus Road, Suite 14
Modesto, California 95357

Anthony Brough,
Aquifer LLC
Riverbank Industrial Complex
5300 Claus Rd
Modesto, California 95357

Michael Showerman, SE
Project Engineer
Lionakis
915 13th Street
Modesto, CA 95354

**ICG Project No. 201500187**

Interwest Consulting Group has completed the **second electrical only** plan review of the following electronically submitted documents on behalf of the Riverbank Local Authority. *Please note that only the electrical portion of the project was submitted for the second review.*:

1. <u>Drawings</u>: One (1) copy of sheets S-111 through S-114 dated 01/13/15 by Lionakis. One (1) copy of existing roof framing plan and sheet A-G-S-9, date not legible by Bechtel Corporation. *One (1) copy of Single Line Diagram and Rough Sketch dated 12/8/14 by Collins Electric.*

2. <u>Structural Calculations</u>: Not provided.

3. <u>Energy Compliance Documentation</u>: Not provided

4. <u>Miscellaneous Documents</u>: One (1) copy of Electrical Distribution Test Report dated 01/11/15 by Applied Power Systems. One (1) copy of ICC ESR-2251 Report. One (1) copy of Letter dated 12/24/14 by Lionakis.

The 2013 California Building Code, 2013 California Electrical Code (based on the 2011 NEC), and 2013 California Energy Code (based on the 2013 California Energy Standards) were used as the basis of this review. **Plan review comments follow on the attached list.**

Please submit an itemized response letter and **three (3)** sets of complete and revised documents with all revisions clouded directly to the Interwest Consulting Group.

Sincerely,
**Interwest Consulting Group**

Roger Peterson, S.E.          Will Crew, CBO
Structural Engineer

Riverbank LRA
5300 Claus Rd Suite 1
Modesto, CA

Second  Review, *Electrical Only – Aquifer LLC*
ICG Job No. 201500187
Page 1 of 2

## Administrative Items:

1.  Permit application for this project has not been submitted.  Please review the attached RLA Tenant Improvement procedures list.  Complete the appropriate approval forms and submit with revised plans.  Also include Contractor and Owner/Builder Declaration form.

2.  Electronic plan review can be performed in the proper format.  Please provide resubmittal format plans that can be printed in 11 x 17 format.

3.  Three (3) sets of hard copy plans, stamped and sealed by the design professional of record must be submitted to Riverbank LRA once plans have been found in compliance by Interwest Consulting Group.

4.  Record plans must be scanned and submitted in electronic format (PDF) to Riverbank LRA at completion of review.

## General / Architectural:

G1.  Code analysis of the tenant space including project details such as type of construction, use group, occupant load, and general design criteria based on the 2013 California Building Code has not been submitted.  Please resubmit on cover sheet.

G2  Please provide drawings showing egress, location and sizes of exits, dimensioned working spaces, building plans, dimensioned layout plans, lighting plans, signage type and locations, etc. as required to show conformance with the 2013 CBC and CEC.

## Structural:

**Note:** The electronic documents submitted do not have sufficient detail to perform a structural review.  Please provide the following information:

S1.  Please provide calculations for the additional load on the existing roof structure.  Please include the effects of any new holes which may have been drilled in the existing truss members.

S2.  Please provide calculations for the support and anchorage of the new cable trays, server cabinets and electrical equipment.  Include the effects of both vertical and lateral loads.

S3.  Please provide details showing how the cable trays are to be anchored to the existing roof trusses.  In addition, please clarify how the cable trays are to be braced to resist lateral loads.

Case: 15-50553   Doc# 41-1   Filed: 03/09/15   Entered: 03/09/15 15:41:00   Page 15 of 22

Riverbank LRA
5300 Claus Rd Suite 1
Modesto, CA

Second Review, **Electrical Only** – Aquifer LLC
ICG Job No. 201500187
Page 2 of 2

S4.    Please provide details showing how the server racks are to be anchored to the existing floor slab. Show the size, number, embedment depth, manufacturer, etc. for the new post installed concrete anchors.

S5.    Please provide details showing how the new electrical equipment is to be anchored to the slab or structure. Specify all connectors, embedment depths, etc. as required to clarify the anchorage connections.

S6.    Please verify if special inspection is required to the post-installed concrete anchors.

**Electrical/Mechanical:**

E1.    Please see attached testing report from Applied Power Systems. Please provide complete electrical plans with service sizes, panel schedules, etc. as well as comments to the testing data and how you will modify current system to comply with testing criteria.

E2.    Mechanical systems for ventilation are not shown on plans. Please provide plans indicating mechanical units as well as ducting details.

**PC2 COMMENTS:**

As this is the second plan check of a plan set that is less than 50% complete additional comments may arise on subsequent reviews.

Is lighting and lighting controls part of this review? If so, this has not been included in this review as no information regarding lighting and control has been provided.

Is there any mechanical design plan (other than the 21 exhaust fans) part of this review? Any newly installed CRAC units ETC.? If so, this has not been included because no information regarding mechanical has been provided.

Is there any plumbing plan review part of this review? Any new condensate pumps ETC.? If so this has not been included because no information regarding plumbing has been provided.

E1    Provide wet stamped plans upon resubmittal.

E2    Provide notation "Plans are to conform to the 2013 California Electrical Code (2011 NEC).

E3    Provide electrical specifications.

E4    Provide complete floor plans that show all device locations, and all devices labeled.

E5    Provide single line diagrams that are coordinated with the above floor plans.
   • Include all conduit and conductor sizes (feeders).
   • Include label or name to all feeders.
   • Include panel boards, switchboards, distribution boards, ECT.
   • Include all circuit breaker sizes, and number of poles.

Case: 15-50553    Doc# 41-1    Filed: 03/09/15    Entered: 03/09/15 15:41:00    Page 16
of 22

*Riverbank LRA*
5300 Claus Rd Suite 1
Modesto, CA

*Second Review, **Electrical Only** – Aquifer LLC*
*ICG Job No. 201500187*
*Page 3 of 2*

- Include AIC ratings if all devices.
- Provide AIC rating of the 13.8kV services to the two substations.
- Are devices series rated? If so provide notation for series rated combination systems to be in compliance with 2013 CEC Sec. 240.86(A) and marked in compliance with sec 110.22(B).
- Are devices fully rated? If so provide AIC calculations to support buss AIC ratings.
- Include buss ratings of all devices.
- Include voltage ratings of all devices.
- Include phase information of all devices.
- Include all transformer sizes.
- Include K-rating of all transformers.
- Provide grounding conductor sizes to all transformers.
- Provide notation for provision of posting maximum AFC at service equipment per 2013 CEC Sec. 110.24(A).
- Provide notation for Arc-Flash Hazard Warning per Sec. 110.16.
- Provide voltage drop calculations for feeders per the 2013 Nonresidential Compliance Manual, Sec. 8.4.

E6   Provide NEMA configurations of all rack (or floor) mounted receptacles.

E7   Proved circuiting to all receptacles including conduit and conductor sizes.

E8   Provide panel schedules to plan set.
- Include voltage of panel.
- Phases of panels.
- Buss rating.
- Is there an isolated ground buss? If so provide this information.
- Is there a 200% neutral? If so provide this information
- Provide documentation for all circuit breakers including ampere rating and number of poles.
- Provide information regarding main circuit breakers or main lug? Double lug?
- Per NEC 210-4 multi wire branch circuits shall be provided with dedicated neutrals for circuits or be provided with handle ties at the circuit breakers.
- Provide voltage drop calculations for branch circuits per the 2013 Nonresidential Compliance Manual, Sec. 8.4.
- Provide disaggregation of Electrical Circuits per the 2013 Nonresidential Compliance Manual, Sec.8.3.

E9   Provide a complete load calculation to plan set.
- Include all panelboard loads.
- Include all distribution board loads.
- Include all switchboard loads.

E9   Provide circuiting for exhaust fans.

E10   Provide disconnect switches for exhaust fans.

Riverbank LRA
5300 Claus Rd Suite 1
Modesto, CA

Second Review, **Electrical Only** – Aquifer LLC
ICG Job No. 201500187
Page 4 of 2

Please refer to the LRA TI Checklist, Contractor/Owner/Builder form and Applied Power Systems testing report.

Please contact Will Crew wcrew@interwestgrp.com (Nonstructural) and/or Roger Peterson rpeterson@interwestgrp.com (Structural) at (925) 462-1114 between 9:00 A.M. and 4:00 P.M., M-F, with any questions.

**EXHIBIT L**



## Local Redevelopment Authority

March 5, 2012

Penny Caldwell Realty Specialist
US Army Corps of Engineers
Real Estate Division
1325 J Street
Sacramento, CA 95814

Sent via Email

*Improvements to Lease Premises*

Dear Ms. Caldwell:

With this letter, the Riverbank Local Redevelopment Authority ("RLRA") is submitting a request for approval to make improvements to a portion of the former Riverbank Army Ammunition Plant, as required by that certain Lease, DACA05-3-1-525, and Section 17.

Sublessee AQH has submitted a plan for tenant improvements to approximately 15,916 sq. ft. of the Production Area (see Exhibit A attached). Proposed improvements to this area consist of the installation of new sub stations, high voltage panels and other electrical equipment, including but not limited to: racks, conduits, exhaust fans and cable tray to provide power to digital servers. These improvements may include penetration through the roof line to exhaust heat form operation. Drawings of the improvements to the noted area are attached with this email.

The proposed project is consistent with the Reuse Plan's vision and will be undertaken in accordance with all required state and local building standards, ordnances and codes.

Please contact me if you have any additional questions regarding this request.

Sincerely,

Debbie Olson, Executive Director
Riverbank Local Redevelopment Authority

cc.:

Kurt Schweikert
Nubia Goldstein





LIONÄKIS

FOUNDATION PLAN

S-111

Case: 15-50553    Doc# 41-1    Filed: 03/09/15    Entered: 03/09/15 15:41:00    Page 22 of 22