

# LIONÄKIS

RDMAP AS-BUILT DRAWINGS

ENLARGED FOUNDATION PLAN

S-112

KEY NOTES

KEY PLAN

FOUNDATION PLAN



Case: 15-50553     Doc# 41-2     Filed: 03/09/15     Entered: 03/09/15 15:41:00     Page 2 of 22



LIONAKIS

Case: 15-50553    Doc# 41-2    Filed: 03/09/15    Entered: 03/09/15 15:41:00    Page 3 of 22



Case: 15-50553    Doc# 41-2    Filed: 03/09/15    Entered: 03/09/15 15:41:00    Page 4 of 22



12-8-14

15 KV Switch

Emer. Bldg. lights

Sub-Station #1

Typical (2) 4"C 3-500AL 1- 3/0 AL

500 KVA XFMR

1200A 208/120V Bussed #(3)

7-225A Panels

500 KVA XFMR

1200A 208/120V Bussed #(3)

7-225A Panels

(4) 4"C 3-500AL 1-750AL 1-300 AL Typical

500 KVA XFMR

1200A 208/120V Bussed

7-225A Panels

(1) 3"C 3-300 AL 1-500 AL 1-#2 AL Typical Each Panel

Sub-Station #2

Conduit + Cable Same as Above

500 KVA XFMR

1200A 208/120V Bussed

7-225A Panels

500 KVA XFMR

1200A 208/120V Bussed

7-225A Panels

500 KVA XFMR

1200A 208/120V Bussed

7-225A Panels

500 KVA XFMR

1200A 208/120V Bussed

7-225A Panels



**EXHIBIT M**



# INSURANCE SERVICES

## AQH, LLC

| Policy Information | |
|---|---|
| **Policy #** | 6011317002 |
| **Policy Period** | 02/26/2014 – 02/26/2015 |
| **Carrier** | CNA |
| **Coverage** | COMMERCIAL UMBRELLA |

**P**lease do not hesitate to contact our office if you need any additional certificates or insurance coverages down the line, or if we can assist in any other way!

| Quick Contact Information | |
|---|---|
| **Office Phone** | (408) 872-1322 |
| **E-mail** | MikeP@PrevotAssociates.com |
| **Certificates** | CERTS@PrevotAssociates.com |
| **Fax** | (408) 647-2193 |
| **Website** | www.PrevotAssociates.com |
| **Mailing Address** | PO Box 1509 Los Altos, CA 94023 |

**THANK YOU FOR YOUR BUSINESS!**

**CNA**

# IMPORTANT INFORMATION

### NOTICE - OFFER OF TERRORISM COVERAGE
### NOTICE - DISCLOSURE OF PREMIUM

**THIS NOTICE DOES NOT FORM A PART OF YOUR POLICY, GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY**

You are hereby notified that under the Terrorism Risk Insurance Act, as extended and reauthorized ("Act"), you have a right to purchase insurance coverage of losses arising out of acts of terrorism, as defined in Section 102(1) of the Act, subject to all applicable policy provisions. The Terrorism Risk Insurance Act established a federal program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks.

This Notice is designed to alert you to coverage restrictions and to certain terrorism provisions in the policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

CHANGE IN THE DEFINITION OF A CERTIFIED ACT OF TERRORISM

The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. Originally the Act provides that to be certified an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States. However, the 2007 reauthorization of the Act no longer requires the act of terrorism to be committed by or on behalf of a foreign interest and certified acts of terrorism now encompass, for example, a terrorist act committed against the United States government by a United States citizen when the act is determined by the federal government to be "a certified act of terrorism."

In accordance with the Act, we are required to offer you coverage for losses resulting from an act of terrorism that is certified under the federal program. The policy's other provisions, including nuclear, war or military action exclusions, will still apply to such an act. The premium charge for terrorism coverage is shown separately on your Policy Declarations, and is also included in the total premium.

DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

LIMITATION ON PAYMENT OF TERRORISM LOSSES (applies to policies which cover terrorism losses insured under the federal program, including those which only cover fire losses)

If aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

Further, this coverage is subject to a limit on our liability, pursuant to the federal law where, if aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

G-144233-F
(Ed. 01/08)



**Commercial Umbrella**

**New Business Declaration**

| | | |
|---|---|---|
| **POLICY NUMBER**<br>B 6011317002 | **COVERAGE PROVIDED BY**<br>CONTINENTAL CASUALTY COMPANY<br>333 S. WABASH<br>CHICAGO, IL. 60604 | **FROM - POLICY PERIOD - TO**<br>02/26/2014    02/26/2015 |
| | **INSURED NAME AND ADDRESS**<br>AQH LLC<br>440 N WOLFE RD<br>SUNNYVALE, CA 94085 | |
| **AGENCY NUMBER**<br>055182 | **AGENCY NAME AND ADDRESS**<br>CS&S/PREVOT & ASSOCIATES INS SVCS<br>12280 SARATOGA SUNNY<br>12280 SARATOGA SUNNYVALE RD ST<br>SARATOGA, CA 95070<br>Phone Number: (877)724-2669 | |
| **BRANCH NUMBER**<br>250 | **BRANCH NAME AND ADDRESS**<br>SAN FRANCISCO<br>555 MISSION ST., STE 200<br>SAN FRANCISCO, CA 94105<br>Phone Number: (415)932-7500 | |

This policy becomes effective and expires at 12:01 A.M. standard time at your mailing address on the dates shown above.

The Named Insured is an Individual.

Your policy is composed of this Declarations, with the attached Coverage Forms, and Endorsements if any. The Policy Forms and Endorsement Schedule shows all forms applicable to this policy at the time of policy issuance.

**PREMIUM**

| Premium Basis | Estimated Exposure | Rate | Estimated Advance Premium |
|---|---|---|---|
| Flat Charge | | | $400 |

Minimum Premium:   $400       Annual       Total Advance Premium:   $400.00

Audit Period is Not Auditable



**POLICY NUMBER**
B 6011317002

**INSURED NAME AND ADDRESS**
AQH LLC
440 N WOLFE RD
SUNNYVALE, CA 94085

## POLICY LIMITS OF INSURANCE

Each Incident:     $1,000,000     Aggregate:     $1,000,000

## RETAINED LIMIT

Retained Limit: $10000

## SCHEDULE OF UNDERLYING INSURANCE

| Underlying Insurer Policy Number Policy Period | Underlying Insurance | Coverages | LimitS of Insurance |
|---|---|---|---|
| Continental Casualty Company<br><br>6011282851<br><br>Eff: 02/26/2014 to 02/26/2015 | General Liability | Each Occurrence Limit<br><br>General Aggregate Limit<br>  Doesn't apply per location<br>  Doesn't apply per project<br><br>Products/Completed Operations Aggregate Limit<br><br>Personal and Advertising Injury Liability Limit | $2,000,000<br><br>$4,000,000<br><br><br><br>$4,000,000<br><br><br>$2,000,000 |
| Valley Forge Insurance Co.<br><br>6011315752<br><br>Eff: 03/11/2014 to 03/11/2015 | Employers Liability | Bodily Injury By Accident:<br>  Each Accident Limit<br><br>Bodily Injury By Disease:<br>  Each Employee Limit<br>  Policy Limit | <br>$1,000,000<br><br><br>$1,000,000<br>$1,000,000 |

**POLICY NUMBER**
B 6011317002

**INSURED NAME AND ADDRESS**
AQH LLC
440 N WOLFE RD
SUNNYVALE, CA 94085

## FORMS AND ENDORSEMENTS SCHEDULE

| Form Number | | Form Title |
|---|---|---|
| G115922A | 06/1995 | Aircraft Limitation |
| G116393B | 07/2005 | Contractual Liability Limitation |
| G133136B | 07/2005 | Bridge Endorsement |
| G15057C | 06/2005 | Commercial Umbrella Plus Coverage Part |
| G16375E | 01/2004 | Contractor Limitation Endorsement |
| G18132A | 06/1992 | Employee Benefits Liability Limitation Endorsement |
| G300569A | 02/2008 | Exclusion - Technology Services PL Limitation End. |
| G300911A | 02/2010 | Personal Liability Limitation Endorsement |
| G300912A | 02/2010 | Pollution Exclusion Amendment |
| G300968A | 06/2010 | Medical Malpractice/Professional Liab Exclusion |
| G300969A | 06/2010 | Testing or Consulting Errors and Omissions Excl |
| G300982A | 07/2010 | Crisis Management Coverage Endorsement |
| G301134A | 10/2010 | Key Employee Replacement Expense Coverage Endt |
| IL0017 | 11/1998 | Common Policy Conditions |
| IL0270 | 09/2007 | California Changes - Cancellation and Nonrenewal |

## *** PLEASE READ THE ENCLOSED IMPORTANT NOTICES CONCERNING YOUR POLICY ***

| Form Number | | Form Title |
|---|---|---|
| CNA68021XX | 02/2013 | Notice of Cancellation to Certificateholders |
| G144233F | 01/2008 | Notice - Offer of Terrorism Disclosure of Premium |

Countersignature

_Thomas F. Motamed_
Chairman of the Board

_Jonathan Kanter_
Secretary

**EXHIBIT N**

City of Riverbank Local Redevelopment Authority

# Invoice

5300 Claus Road
Suite 1
CA 95357

| Date | Invoice # |
|------|-----------|
| 12/15/2014 | 2030 |

| Bill To |
|---------|
| AQH LLC<br>Sean Walsh<br>440 N Wolfe Rd., MS #46<br>Sunnyvale, CA 94085 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Electric usage for November2014<br>Electrical usage (kwh) 816464<br>Total $32,828.26 + $3,282.83 (10% surcharge) | 36,111.08 | 36,111.08 |

| | **Total** | $36,111.08 |
|--|-----------|-----------|

City of Riverbank Local Redevelopment Authority

# Invoice

5300 Claus Road
Suite 1
CA 95357

| Date | Invoice # |
|------|-----------|
| 1/12/2015 | 2060 |

**Bill To**

AQH LLC
Sean Walsh
440 N Wolfe Rd., MS #46
Sunnyvale, CA 94085

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Electric usage for December 2014<br>Electrical usage (kwh) 1,310,984<br><br>$60,860.27+$6086.03 (10% surcharge)=$66,946.30 | 66,946.30 | 66,946.30 |

| | **Total** | **$66,946.30** |

City of Riverbank Local Redevelopment Authority

# Invoice

5300 Claus Road
Suite 1
CA 95357

| Date | Invoice # |
| --- | --- |
| 2/17/2015 | 2104 |

| Bill To |
| --- |
| AQH LLC<br>Sean Walsh<br>440 N Wolfe Rd., MS #46<br>Sunnyvale, CA 94085 |

| P.O. No. | Terms | Project |
| --- | --- | --- |
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
|  | Electric usage for January 2015<br>Electrical usage (kwh) 1,369,080 | 67,988.41 | 67,988.41 |

| **Total** | **$67,988.41** |
| --- | --- |

**EXHIBIT O**









