No Original Filed

S. Craig Hunter – SB# 125247
Karl A. Schweikert - SB# 291497
Nubia I. Goldstein – SB# 272305
CHURCHWELL WHITE LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814
(916) 468-0950 Phone
(916) 468-0951 Fax

Attorneys for Creditor
RIVERBANK LOCAL REDEVELOPMENT AUTHORITY

FILED
MAR 09 2015
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No.: 15-50553-11-ASW |
|---|---|
| AQH, LLC, | **DECLARATION OF WILL CREW** |
| Debtor. | DATE: March 9, 2015<br>TIME: 3:00 p.m.<br>LOC: 280 South First Street, Rm 3020<br>San Jose, California<br>JUDGE: Hon. Arthur W. Weissbrodt |

I, WILL CREW, declare as follows:

1. I am employed as a Building Official at Interwest Consulting Group ("Interwest"), located at 6280 W. Las Positas Boulevard, Suite 220, Pleasanton, California 94588. I have personal knowledge of the facts stated herein and I could and would testify competently thereto if called upon to do so.

2. I have worked in the building department / plan review business for over twenty (20) years. I have worked in California as a Building Official for over 7 years. I joined Interwest in September 2014 as a Building Official for Building Safety Services. I was certified as a Building Official by the International Code Council in 2002.

3. Interwest has a contract to review all tenant improvements for Riverbank Local Redevelopment Authority ("RLRA"). In this role, we are the equivalent of a city building department reviewing tenant improvements for compliance with Title 24, Part 2, of the Code of

California Regulations, commonly referred to as the California "Building Code." I am the lead person for Interwest supporting the needs of RLRA and am intimately familiar with the RLRA facilities located at 5300 Claus Road, Modesto, California.

4. Interwest has committed to completing the review process for initial tenant improvement applications in ten (10) business days, reviewing subsequent applications in seven (7) business days, and providing on-site inspection services for permitted work within one (1) business day from request.

5. To properly review plans, Interwest employs a variety of professionals, including engineers, inspectors, and staff, who review the relevant portions of the proposed construction within their expertise.

6. On Friday, January 16, 2015, AQH submitted their first set of plans to me by email. In their email, they indicated they expected the first phase of construction to be completed the following week. This is contrary to the traditional permitting process where construction may not begin prior to the plans being approved and a permit for construction being issued. A true and correct copy of AQH's email and submission are attached as **Exhibit A**.

7. On Monday, January 19, 2015, I distributed the submission to our engineering teams for review.

8. On Wednesday, January 21, 2015, Roger Peterson issued a notice of failure to AQH, AQH's engineering firm, and to RLRA. A true and correct copy of that notice is attached as **Exhibit B**.

9. Following the notice of failure, AQH submitted an amended electrical plan for our review.

10. On Wednesday, January 28, 2015, I sent Roger Peterson's notice of failure to AQH, AQH's engineering firm, and to RLRA via email. A true and correct copy of that email and accompanying notice is attached as **Exhibit C**.

11. On February 17, 2015, I received AQH's second full plan submission. I forwarded the materials to our engineering department for review. Review of the plans was halted at the request of RLRA and has been restarted as of March 5, 2015. Review will be

completed by March 16, 2016, at the latest, in compliance with our obligations to RLRA.

12. Based on AQH's January 16, 2015, email, it appears AQH has initiated construction associated with their proposed tenant improvements in buildings 5, 21 and 50 concurrently with the plan review. Their second plan has not been approved and may require modifications if it does not meet the requirements set forth in the Building Code.

13. Any modifications to AQH's second plan to comply with the Building Code must be reflected in the physical environment, resulting in further delays while AQH makes those changes to their apparently existing tenant improvement.

14. If and when AQHs second submission is approved, I estimate three to eight on-site visits would be required to ensure the site, as built, matches the approved plans.

15. Interwest is authorized to give final approval for the tenant improvements only if and when AQH meets the requirements of the Building Code.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March 9, 2015

_____
WILL CREW

**EXHIBIT A**

**From:** Anthony Brough [anthony@aquiferllc.com]
**Sent:** Friday, January 16, 2015 5:52 PM
**To:** Will Crew
**Cc:** Andy Faris; Yan Ebyam
**Subject:** Fwd: Progress As-built drawings

Hello Will,

Attached are the as built drawings for our site. Please let me know if you need us to have our engineer add anything.

Also, can we schedule an on-site meeting for next week? We believe that the first phase of our build will be ready for inspection by Thursday.

Thanks,
Anthony
607-351-2859

--- Forwarded message ---
**From:** Michael Showerman <Michael.Showerman@lionakis.com>
**Date:** January 13, 2015 4:59:03 PM
**Subject:** Progress As-built drawings
**To:** 'Anthony Brough' <anthony@aquiferllc.com>, 'Yan Ebyam' <yan@aquiferllc.com>
**CC:** Sean Davis <Sean.Davis@lionakis.com>

Good afternoon Anthony and Yan,

I am attaching our progress drawings for the layout of your server racks and supporting equipment. Please take a look at the drawings when you have a chance and let us know if there is anything you would like us to add before submitting our final drawings.

Can you let me know if there is another address (other than 5300 Claus Road) you would like to have as your (Aquifer) address on the titleblock?

Michael Showerman | SE | Project Engineer

# LIONÄKIS

915 13th Street | Modesto, CA 95354
P: 209.576.8222 | F: 209.576.0445
www.lionakis.com

Confidentiality Notice: This message including any attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and delete any copies of this message.
earth sky | consider sustainable practices

LIONAKIS
915 13th Street
Modesto CA 95354
P 209.576.8222
www.lionakis.com

PROJECT: RBAAP AS-BUILT DRAWINGS
5300 CLAUS ROAD
RIVERBANK, CA 95357

CLIENT: AUQUIFER LLC
CLIENT ADDRESS

TITLE: FOUNDATION PLAN

SHEET: S-111

KEY PLAN

FOUNDATION PLAN
SCALE: 1/8"=1'-0"









**EXHIBIT B**

Case: 15-50553   Doc# 42   Filed: 03/09/15   Entered: 03/09/15 15:43:29   Page 11 of 20

January 21, 2015



**Debbie Olson, Executive Director**
**Riverbank Local Redevelopment Authority**
**5300 Claus Road, Suite 1**
**Modesto, California 95357**

**Shawn Songer, Operations Manager**
**Riverbank Industrial Complex**
**5300 Claus Road, Suite 14**
**Modesto, California 95357**

Anthony Brough,
Aquifer LLC
Riverbank Industrial Complex
5300 Claus Rd
Modesto, California 95357

Michael Showerman, SE
Project Engineer
Lionakis
915 13th Street
Modesto, CA 95354

ICG Project No. 2015XXXX

Interwest Consulting Group has completed the **preliminary** plan review of the electronic plans on behalf of the Riverbank Local Authority:

**Administrative Items:**

1. Permit application for the project has not been submitted. Please review the attached RLA Tenant Improvement procedures list. Complete the appropriate approval forms and submit with revised plans. Also include Contractor and Owner/Builder Declaration form.

2. Electronic plan review can be performed in the proper format. Please provide resubmittal format plans that can be printed in 11 x 17 format.

3. Three (3) sets of hard copy plans, stamped and sealed by the design professional of record must be submitted to Riverbank LRA once plans have been found in compliance by Interwest Consulting Group.

4. Record plans must be scanned and submitted in electronic format (PDF) to Riverbank LRA at completion of review.

The basis of the review is the 2012 International Building Code (I.B.C) as amended by the 2013 California Building Code (C.B.C.).

The electronic plans submitted do not have sufficient detail to perform a structural review. Please provide the following information:

<u>**General Requirements**</u>:

1. Code analysis of the tenant space including project details such as type of construction, use group, occupant load, and general design criteria based on the 2013 California Building Code has not been submitted. Please resubmit on cover sheet

Riverbank LRA  
5300 Claus Rd Suite 1  
Modesto, CA

Preliminary Review – Aquifer LLC  
ICG Job No. 2015XXXX  
Page 1 of 2

**Architectural/Structural:**

2. Plans do not show detail for the attachment of cable trays to the roof trusses. Please provide details of these attachments as well as structural calculations verifying the structural integrity of the roof truss has not been compromised.

3. Cross section detail needed for racking systems. Please provide details of racking systems include types of materials and connections. Include calculations verifying current attachment methods are adequate.

**Electrical/Mechanical:**

4. Please see attached testing report from Applied Power Systems. Please provide complete electrical plans with service sizes, panel schedules, etc. as well as comments to the testing data and how you will modify current system to comply with testing criteria.

5. Mechanical systems for ventilation are not shown on plans. Please provide plans indicating mechanical units as well as ducting details.

Please refer to the LRA TI Checklist, Contractor/Owner/Builder form and Applied Power Systems testing report.

Sincerely,

**INTERWEST CONSULTING GROUP**



Roger Peterson, S.E.  
Structural Engineer

**EXHIBIT C**

**From:** Will Crew
**Sent:** Wednesday, January 28, 2015 8:00 PM
**To:** Anthony Brough; Shawn Songer
**Cc:** Jsweet@collinselectric.com; Mark Thompson; kevin@hawkins-eng.com; Dirk Hofheinz; Debbie Olson; Roger Peterson
**Subject:** Electrical Comments for Aquifer LLC - Riverbank Industrial Complex

Anthony/Shawn:

Please find the attached comment letter.

Keep in mind that the PC2 comments are applicable to the electrical drawings submitted by Collins Electric. The other comments were previously issued under the last comment letter. A coordinated submittal with all comments satisfied may help with clarity, however if you wish to submit separately we will review the structural and life safety items while you are addressing the electrical comments. This may help expedite this process however the final plan set needs to be totally coordinated.

Please feel free to contact me with questions or concerns. Technical electrical questions will need to be addressed by our Electrical Engineer, therefore it may be best to email me your specific questions.

Thank you.

Will Crew, CBO
Building Official
**Interwest Consulting Group**
wcrew@interwestgrp.com
209-552-1070

January 28, 2015

**Debbie Olson, Executive Director**
**Riverbank Local Redevelopment Authority**
**5300 Claus Road, Suite 1**
**Modesto, California 95357**

**Shawn Songer, Operations Manager**
**Riverbank Industrial Complex**
**5300 Claus Road, Suite 14**
**Modesto, California 95357**

Anthony Brough,
Aquifer LLC
Riverbank Industrial Complex
5300 Claus Rd
Modesto, California 95357

Michael Showerman, SE
Project Engineer
Lionakis
915 13th Street
Modesto, CA 95354

**ICG Project No. 201500187**

Interwest Consulting Group has completed the **second electrical only** plan review of the following electronically submitted documents on behalf of the Riverbank Local Authority. *Please note that only the electrical portion of the project was submitted for the second review.*:

1. <u>Drawings</u>:  One (1) copy of sheets S-111 through S-114 dated 01/13/15 by Lionakis.  One (1) copy of existing roof framing plan and sheet A-G-S-9, date not legible by Bechtel Corporation. ***One (1) copy of Single Line Diagram and Rough Sketch dated 12/8/14 by Collins Electric.***

2. <u>Structural Calculations</u>: Not provided.

3. <u>Energy Compliance Documentation</u>:  Not provided

4. <u>Miscellaneous Documents</u>:  One (1) copy of Electrical Distribution Test Report dated 01/11/15 by Applied Power Systems.  One (1) copy of ICC ESR-2251 Report.  One (1) copy of Letter dated 12/24/14 by Lionakis.

The 2013 California Building Code, 2013 California Electrical Code (based on the 2011 NEC), and 2013 California Energy Code (based on the 2013 California Energy Standards) were used as the basis of this review. **Plan review comments follow on the attached list.**

Please submit an itemized response letter and **three (3)** sets of complete and revised documents with all revisions clouded directly to the Interwest Consulting Group.

Sincerely,
**Interwest Consulting Group**


Roger Peterson, S.E.
Structural Engineer

Will Crew, CBO

Riverbank LRA  
5300 Claus Rd Suite 1  
Modesto, CA

Second Review, **Electrical Only** – Aquifer LLC  
ICG Job No. 201500187  
Page 1 of 2

### Administrative Items:

1. Permit application for this project has not been submitted. Please review the attached RLA Tenant Improvement procedures list. Complete the appropriate approval forms and submit with revised plans. Also include Contractor and Owner/Builder Declaration form.

2. Electronic plan review can be performed in the proper format. Please provide resubmittal format plans that can be printed in 11 x 17 format.

3. Three (3) sets of hard copy plans, stamped and sealed by the design professional of record must be submitted to Riverbank LRA once plans have been found in compliance by Interwest Consulting Group.

4. Record plans must be scanned and submitted in electronic format (PDF) to Riverbank LRA at completion of review.

### General / Architectural:

G1. Code analysis of the tenant space including project details such as type of construction, use group, occupant load, and general design criteria based on the 2013 California Building Code has not been submitted. Please resubmit on cover sheet.

G2 Please provide drawings showing egress, location and sizes of exits, dimensioned working spaces, building plans, dimensioned layout plans, lighting plans, signage type and locations, etc. as required to show conformance with the 2013 CBC and CEC.

### Structural:

**Note:** The electronic documents submitted do not have sufficient detail to perform a structural review. Please provide the following information:

S1. Please provide calculations for the additional load on the existing roof structure. Please include the effects of any new holes which may have been drilled in the existing truss members.

S2. Please provide calculations for the support and anchorage of the new cable trays, server cabinets and electrical equipment. Include the effects of both vertical and lateral loads.

S3. Please provide details showing how the cable trays are to be anchored to the existing roof trusses. In addition, please clarify how the cable trays are to be braced to resist lateral loads.

6280 WEST LAS POSITAS BOULEVARD, SUITE 220 • PLEASANTON, CALIFORNIA 94588  
TEL. 925.462.1114 • FAX 925.462.1115

Riverbank LRA  
5300 Claus Rd Suite 1  
Modesto, CA

Second Review, **Electrical Only** – Aquifer LLC  
ICG Job No. 201500187  
Page 2 of 2

S4. Please provide details showing how the server racks are to be anchored to the existing floor slab. Show the size, number, embedment depth, manufacturer, etc. for the new post installed concrete anchors.

S5. Please provide details showing how the new electrical equipment is to be anchored to the slab or structure. Specify all connectors, embedment depths, etc. as required to clarify the anchorage connections.

S6. Please verify if special inspection is required to the post-installed concrete anchors.

**Electrical/Mechanical:**

E1. Please see attached testing report from Applied Power Systems. Please provide complete electrical plans with service sizes, panel schedules, etc.as well as comments to the testing data and how you will modify current system to comply with testing criteria.

E2. Mechanical systems for ventilation are not shown on plans. Please provide plans indicating mechanical units as well as ducting details.

*PC2 COMMENTS:*

As this is the second plan check of a plan set that is less than 50% complete additional comments may arise on subsequent reviews.

Is lighting and lighting controls part of this review? If so, this has not been included in this review as no information regarding lighting and control has been provided.

Is there any mechanical design plan (other than the 21 exhaust fans) part of this review? Any newly installed CRAC units ETC.? If so, this has not been included because no information regarding mechanical has been provided.

Is there any plumbing plan review part of this review? Any new condensate pumps ETC.? If so this has not been included because no information regarding plumbing has been provided.

E1  Provide wet stamped plans upon resubmittal.

E2  Provide notation "Plans are to conform to the 2013 California Electrical Code (2011 NEC).

E3  Provide electrical specifications.

E4  Provide complete floor plans that show all device locations, and all devices labeled.

E5  Provide single line diagrams that are coordinated with the above floor plans.
- Include all conduit and conductor sizes (feeders).
- Include label or name to all feeders.
- Include panel boards, switchboards, distribution boards, ECT.
- Include all circuit breaker sizes, and number of poles.

- Include AIC ratings if all devices.
- Provide AIC rating of the 13.8kV services to the two substations.
- Are devices series rated? If so provide notation for series rated combination systems to be in compliance with 2013 CEC Sec. 240.86(A) and marked in compliance with sec 110.22(B).
- Are devices fully rated? If so provide AIC calculations to support buss AIC ratings.
- Include buss ratings of all devices.
- Include voltage ratings of all devices.
- Include phase information of all devices.
- Include all transformer sizes.
- Include K-rating of all transformers.
- Provide grounding conductor sizes to all transformers.
- Provide notation for provision of posting maximum AFC at service equipment per 2013 CEC Sec. 110.24(A).
- Provide notation for Arc-Flash Hazard Warning per Sec. 110.16.
- Provide voltage drop calculations for feeders per the 2013 Nonresidential Compliance Manual, Sec. 8.4.

E6  Provide NEMA configurations of all rack (or floor) mounted receptacles.

E7  Proved circuiting to all receptacles including conduit and conductor sizes.

E8  Provide panel schedules to plan set.
- Include voltage of panel.
- Phases of panels.
- Buss rating.
- Is there an isolated ground buss? If so provide this information.
- Is there a 200% neutral? If so provide this information
- Provide documentation for all circuit breakers including ampere rating and number of poles.
- Provide information regarding main circuit breakers or main lug? Double lug?
- Per NEC 210-4 multi wire branch circuits shall be provided with dedicated neutrals for circuits or be provided with handle ties at the circuit breakers.
- Provide voltage drop calculations for branch circuits per the 2013 Nonresidential Compliance Manual, Sec. 8.4.
- Provide disaggregation of Electrical Circuits per the 2013 Nonresidential Compliance Manual, Sec.8.3.

E9  Provide a complete load calculation to plan set.
- Include all panelboard loads.
- Include all distribution board loads.
- Include all switchboard loads.

E9  Provide circuiting for exhaust fans.

E10  Provide disconnect switches for exhaust fans.

*Riverbank LRA*  
*5300 Claus Rd Suite 1*  
*Modesto, CA*

Second Review, **Electrical Only** – *Aquifer LLC*  
*ICG Job No. 201500187*  
*Page 4 of 2*

Please refer to the LRA TI Checklist, Contractor/Owner/Builder form and Applied Power Systems testing report.

Please contact Will Crew wcrew@interwestgrp.com (Nonstructural) and/or Roger Peterson rpeterson@interwestgrp.com (Structural) at (925) 462-1114 between 9:00 A.M. and 4:00 P.M., M-F, with any questions.