

**ORIGINAL**

S. Craig Hunter – SB# 125247
Karl A. Schweikert - SB# 291497
Nubia I. Goldstein – SB# 272305
CHURCHWELL WHITE LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814
(916) 468-0950 Phone
(916) 468-0951 Fax

Attorneys for Creditor
RIVERBANK LOCAL REDEVELOPMENT AUTHORITY

**FILED**
MAR 09 2015
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>      Debtor. | Case No.: 15-50553-11-ASW<br><br>**DECLARATION OF ROGER PETERSON**<br><br>DATE:  March 9, 2015<br>TIME:  3:00 p.m.<br>LOC:   280 South First Street, Rm 3020<br>          San Jose, California<br>JUDGE: Hon. Arthur W. Weissbrodt |

I, ROGER PETERSON, declare as follows:

     1.     I am employed as a Structural Engineer at Interwest Consulting Group ("Interwest"), located at 1613 Santa Clara Drive, Suite 100, Roseville, California 95661. I have personal knowledge of the facts stated herein and I could and would testify competently thereto if called upon to do so.

     2.     Interwest provides building department services to the Riverbank Local Redevelopment Agency ("RLRA"), consisting of building plan review and final building inspections.

     3.     I have worked as a structural engineer for twenty-eight (28) years. I have been reviewing structural engineering plans for sixteen (16) years.

     4.     I am a California Registered Civil Engineer in good standing, license number C46096, licensed through December 2016.

1

Declaration of Roger Peterson

Churchwell White LLP

5.      I am a California Registered Structural Engineer in good standing, license number S3846, licensed through December 2016.

6.      I have been assigned to review the structural components of AQH, LLC's ("AQH") proposed tenant improvements.

7.      When reviewing proposed plans, I review the plans to ensure compliance with Title 24, Part 2, of the California Code of Regulations, commonly known as the California "Building Code."

8.      When reviewing proposed plans, I review the proposed plans to ensure they are capable of being compliant with the Building Code and have sufficient information and detail to be constructed.

9.      When reviewing proposed plans, I review the proposed plans to ensure the proposed plans have sufficient detail and information to allow an inspector in the field to determine if what has been built matches the submitted plans and is in conformance with the Building Code.

10.     Interwest provides inspection services to ensure construction on-site is consistent with the approved documents. Many plans involve typical improvements, such as those you would find in a single family home, and can be inspected by a general combination inspector.

11.     For cases involving more complex systems, such as electricity generation via wind turbine, or a complex building with specialized mechanical or electrical systems, Interwest will send the appropriate engineer(s) or specialty inspector along to assist in the inspection.

12.     On January 19, 2015, Will Crew, Interwest's program lead for RLRA, forwarded me the first submission from AQH.

13.     I reviewed AQH's first submission and found it to be inadequate. I compiled the issues raised by other departments into a failure notice that was sent to AQH, AQH's engineering contractor, and RLRA. A true and correct copy of this letter is attached as **Exhibit A**.

14.     Following our January 21, 2015, rejection notice, the electrical engineering team received a subsequent amended electrical plan. I was tasked with compiling the failure notice detailing the extensive shortcomings of AQH's second electrical system submission. On January

Case: 15-50553   Doc# 43   Filed: 03/09/15   Entered: 03/09/15 15:44:38   Page 2 of 12

2

Declaration of Roger Peterson

1 | 28, 2015, I sent the failure notice to AQH, AQH's engineering contractor, and RLRA. A true and
2 | correct copy of this notice is attached as **Exhibit B**.

3 |     15. I have received AQH's second submission and began my review on Friday, March 6, 2015. My brief inspection of the proposal indicates it is a more substantial proposal than the first submission. However, I have not yet formed an opinion regarding its completeness or its compliance with the Building Code.

    16. I have been requested to complete my review by March 12, 2015, to ensure a final determination is delivered to the client by Monday, March 16, 2015.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March 9, 2015

                              ROGER PETERSON

**EXHIBIT A**

January 21, 2015



**Debbie Olson, Executive Director**
**Riverbank Local Redevelopment Authority**
**5300 Claus Road, Suite 1**
**Modesto, California 95357**

**Shawn Songer, Operations Manager**
**Riverbank Industrial Complex**
**5300 Claus Road, Suite 14**
**Modesto, California 95357**

Anthony Brough,
Aquifer LLC
Riverbank Industrial Complex
5300 Claus Rd
Modesto, California 95357

Michael Showerman, SE
Project Engineer
Lionakis
915 13th Street
Modesto, CA 95354

**ICG Project No. 2015XXXX**

Interwest Consulting Group has completed the **preliminary** plan review of the electronic plans on behalf of the Riverbank Local Authority:

**Administrative Items:**

1. Permit application for the project has not been submitted. Please review the attached RLA Tenant Improvement procedures list. Complete the appropriate approval forms and submit with revised plans. Also include Contractor and Owner/Builder Declaration form.

2. Electronic plan review can be performed in the proper format. Please provide resubmittal format plans that can be printed in 11 x 17 format.

3. Three (3) sets of hard copy plans, stamped and sealed by the design professional of record must be submitted to Riverbank LRA once plans have been found in compliance by Interwest Consulting Group.

4. Record plans must be scanned and submitted in electronic format (PDF) to Riverbank LRA at completion of review.

The basis of the review is the 2012 International Building Code (I.B.C) as amended by the 2013 California Building Code (C.B.C.).

The electronic plans submitted do not have sufficient detail to perform a structural review. Please provide the following information:

<u>General Requirements</u>:

1. Code analysis of the tenant space including project details such as type of construction, use group, occupant load, and general design criteria based on the 2013 California Building Code has not been submitted. Please resubmit on cover sheet

Riverbank LRA  
5300 Claus Rd Suite 1  
Modesto, CA

Preliminary Review – Aquifer LLC  
ICG Job No. 2015XXXX  
Page 1 of 2

**Architectural/Structural:**

2. Plans do not show detail for the attachment of cable trays to the roof trusses. Please provide details of these attachments as well as structural calculations verifying the structural integrity of the roof truss has not been compromised.

3. Cross section detail needed for racking systems. Please provide details of racking systems include types of materials and connections. Include calculations verifying current attachment methods are adequate.

**Electrical/Mechanical:**

4. Please see attached testing report from Applied Power Systems. Please provide complete electrical plans with service sizes, panel schedules, etc. as well as comments to the testing data and how you will modify current system to comply with testing criteria.

5. Mechanical systems for ventilation are not shown on plans. Please provide plans indicating mechanical units as well as ducting details.

Please refer to the LRA TI Checklist, Contractor/Owner/Builder form and Applied Power Systems testing report.

Sincerely,  
**INTERWEST CONSULTING GROUP**



Roger Peterson, S.E.  
Structural Engineer

**EXHIBIT B**

January 28, 2015

**Debbie Olson, Executive Director**
**Riverbank Local Redevelopment Authority**
**5300 Claus Road, Suite 1**
**Modesto, California 95357**

**Shawn Songer, Operations Manager**
**Riverbank Industrial Complex**
**5300 Claus Road, Suite 14**
**Modesto, California 95357**

Anthony Brough,
Aquifer LLC
Riverbank Industrial Complex
5300 Claus Rd
Modesto, California 95357

Michael Showerman, SE
Project Engineer
Lionakis
915 13th Street
Modesto, CA 95354

ICG Project No. 201500187

Interwest Consulting Group has completed the **second electrical only** plan review of the following electronically submitted documents on behalf of the Riverbank Local Authority. *Please note that only the electrical portion of the project was submitted for the second review.*:

1. Drawings: One (1) copy of sheets S-111 through S-114 dated 01/13/15 by Lionakis. One (1) copy of existing roof framing plan and sheet A-G-S-9, date not legible by Bechtel Corporation. *One (1) copy of Single Line Diagram and Rough Sketch dated 12/8/14 by Collins Electric.*

2. Structural Calculations: Not provided.

3. Energy Compliance Documentation: Not provided

4. Miscellaneous Documents: One (1) copy of Electrical Distribution Test Report dated 01/11/15 by Applied Power Systems. One (1) copy of ICC ESR-2251 Report. One (1) copy of Letter dated 12/24/14 by Lionakis.

The 2013 California Building Code, 2013 California Electrical Code (based on the 2011 NEC), and 2013 California Energy Code (based on the 2013 California Energy Standards) were used as the basis of this review. **Plan review comments follow on the attached list.**

Please submit an itemized response letter and **three (3)** sets of complete and revised documents with all revisions clouded directly to the Interwest Consulting Group.

Sincerely,
**Interwest Consulting Group**


Roger Peterson, S.E.          Will Crew, CBO
Structural Engineer

Case: 15-50553    Doc# 43    Filed: 03/09/15    Entered: 03/09/15 15:44:38    Page 8 of 12

*Riverbank LRA*  
*5300 Claus Rd Suite 1*  
*Modesto, CA*

*Second Review,* **Electrical Only** *– Aquifer LLC*  
*ICG Job No. 201500187*  
*Page 1 of 2*

### Administrative Items:

1. Permit application for this project has not been submitted. Please review the attached RLA Tenant Improvement procedures list. Complete the appropriate approval forms and submit with revised plans. Also include Contractor and Owner/Builder Declaration form.

2. Electronic plan review can be performed in the proper format. Please provide resubmittal format plans that can be printed in 11 x 17 format.

3. Three (3) sets of hard copy plans, stamped and sealed by the design professional of record must be submitted to Riverbank LRA once plans have been found in compliance by Interwest Consulting Group.

4. Record plans must be scanned and submitted in electronic format (PDF) to Riverbank LRA at completion of review.

### General / Architectural:

G1. Code analysis of the tenant space including project details such as type of construction, use group, occupant load, and general design criteria based on the 2013 California Building Code has not been submitted. Please resubmit on cover sheet.

G2 Please provide drawings showing egress, location and sizes of exits, dimensioned working spaces, building plans, dimensioned layout plans, lighting plans, signage type and locations, etc. as required to show conformance with the 2013 CBC and CEC.

### Structural:

**Note:** The electronic documents submitted do not have sufficient detail to perform a structural review. Please provide the following information:

S1. Please provide calculations for the additional load on the existing roof structure. Please include the effects of any new holes which may have been drilled in the existing truss members.

S2. Please provide calculations for the support and anchorage of the new cable trays, server cabinets and electrical equipment. Include the effects of both vertical and lateral loads.

S3. Please provide details showing how the cable trays are to be anchored to the existing roof trusses. In addition, please clarify how the cable trays are to be braced to resist lateral loads.

Riverbank LRA  
5300 Claus Rd Suite 1  
Modesto, CA

Second Review, **Electrical Only** – Aquifer LLC  
ICG Job No. 201500187  
Page 2 of 2

S4. Please provide details showing how the server racks are to be anchored to the existing floor slab. Show the size, number, embedment depth, manufacturer, etc. for the new post installed concrete anchors.

S5. Please provide details showing how the new electrical equipment is to be anchored to the slab or structure. Specify all connectors, embedment depths, etc. as required to clarify the anchorage connections.

S6. Please verify if special inspection is required to the post-installed concrete anchors.

**Electrical/Mechanical:**

E1. Please see attached testing report from Applied Power Systems. Please provide complete electrical plans with service sizes, panel schedules, etc. as well as comments to the testing data and how you will modify current system to comply with testing criteria.

E2. Mechanical systems for ventilation are not shown on plans. Please provide plans indicating mechanical units as well as ducting details.

*PC2 COMMENTS:*

As this is the second plan check of a plan set that is less than 50% complete additional comments may arise on subsequent reviews.

Is lighting and lighting controls part of this review? If so, this has not been included in this review as no information regarding lighting and control has been provided.

Is there any mechanical design plan (other than the 21 exhaust fans) part of this review? Any newly installed CRAC units ETC.? If so, this has not been included because no information regarding mechanical has been provided.

Is there any plumbing plan review part of this review? Any new condensate pumps ETC.? If so this has not been included because no information regarding plumbing has been provided.

E1   Provide wet stamped plans upon resubmittal.

E2   Provide notation "Plans are to conform to the 2013 California Electrical Code (2011 NEC).

E3   Provide electrical specifications.

E4   Provide complete floor plans that show all device locations, and all devices labeled.

E5   Provide single line diagrams that are coordinated with the above floor plans.
- Include all conduit and conductor sizes (feeders).
- Include label or name to all feeders.
- Include panel boards, switchboards, distribution boards, ECT.
- Include all circuit breaker sizes, and number of poles.

- Include AIC ratings if all devices.
- Provide AIC rating of the 13.8kV services to the two substations.
- Are devices series rated? If so provide notation for series rated combination systems to be in compliance with 2013 CEC Sec. 240.86(A) and marked in compliance with sec 110.22(B).
- Are devices fully rated? If so provide AIC calculations to support buss AIC ratings.
- Include buss ratings of all devices.
- Include voltage ratings of all devices.
- Include phase information of all devices.
- Include all transformer sizes.
- Include K-rating of all transformers.
- Provide grounding conductor sizes to all transformers.
- Provide notation for provision of posting maximum AFC at service equipment per 2013 CEC Sec. 110.24(A).
- Provide notation for Arc-Flash Hazard Warning per Sec. 110.16.
- Provide voltage drop calculations for feeders per the 2013 Nonresidential Compliance Manual, Sec. 8.4.

E6   Provide NEMA configurations of all rack (or floor) mounted receptacles.

E7   Proved circuiting to all receptacles including conduit and conductor sizes.

E8   Provide panel schedules to plan set.
- Include voltage of panel.
- Phases of panels.
- Buss rating.
- Is there an isolated ground buss? If so provide this information.
- Is there a 200% neutral? If so provide this information
- Provide documentation for all circuit breakers including ampere rating and number of poles.
- Provide information regarding main circuit breakers or main lug? Double lug?
- Per NEC 210-4 multi wire branch circuits shall be provided with dedicated neutrals for circuits or be provided with handle ties at the circuit breakers.
- Provide voltage drop calculations for branch circuits per the 2013 Nonresidential Compliance Manual, Sec. 8.4.
- Provide disaggregation of Electrical Circuits per the 2013 Nonresidential Compliance Manual, Sec.8.3.

E9   Provide a complete load calculation to plan set.
- Include all panelboard loads.
- Include all distribution board loads.
- Include all switchboard loads.

E9   Provide circuiting for exhaust fans.

E10  Provide disconnect switches for exhaust fans.

6280 WEST LAS POSITAS BOULEVARD, SUITE 220 • PLEASANTON, CALIFORNIA 94588
TEL. 925.462.1114 • FAX 925.462.1115

*Riverbank LRA*  
*5300 Claus Rd Suite 1*  
*Modesto, CA*

Second Review, **Electrical Only** – Aquifer LLC  
ICG Job No. 201500187  
Page 4 of 2

Please refer to the LRA TI Checklist, Contractor/Owner/Builder form and Applied Power Systems testing report.

Please contact Will Crew <u>wcrew@interwestgrp.com</u> (Nonstructural) and/or Roger Peterson <u>rpeterson@interwestgrp.com</u> (Structural) at (925) 462-1114 between 9:00 A.M. and 4:00 P.M., M-F, with any questions.