MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

DISCLOSURE OF COMPENSATION OF MACDONALD FERNANDEZ LLP AS ATTORNEYS FOR DEBTOR-IN-POSSESSION

The undersigned hereby certifies that:

1. Macdonald Fernandez LLP is proposed counsel for AQH, LLC, Debtor-in-Possession herein.

2. The Debtor has agreed that it or its estate will pay such amounts as are allowed by the Court for services rendered or to be rendered on the Debtor's behalf or in connection with this case.

3. Pre-petition on February 19, 2015, members of the Debtor, namely Tatiana Korolshteyn, the wife of Sean Walsh, and Lucile Darnell, mother-in-law of Sean Walsh, paid Macdonald Fernandez LLP $50,000.00 as a loan to the Debtor and as an advance payment of attorneys' fees and costs for the representation of the Debtor.

4. The Debtor has agreed to pay Macdonald Fernandez LLP for legal services rendered at the following hourly rates:

| | |
|---|---|
| Iain A. Macdonald | $590.00 per hour |
| Reno F. R. Fernandez III | $475.00 per hour |
| Associates | $325.00-$425.00 per hour |

1

| | |
|---|---|
| Paralegals | $150.00 per hour |

5. The payment and agreement described above were made not more than one year before the date of filing the petition commencing this case.

6. Macdonald Fernandez LLP has not agreed to share such compensation with any other person or entity.

DATED: March 10, 2015               MACDONALD | FERNANDEZ LLP

By: /s/ Reno F.R. Fernandez III
    Reno F.R. Fernandez III
    Proposed Attorneys for
    Debtor-in-Possession,
    AQH, LLC

2