MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Date: March 9, 2014<br>Time: 3:00 p.m.<br>Place: 280 South First Street, Room 3020<br>San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:

1. ORDER AUTHORIZING PAYMENT OF PRE-PETITION WAGES AND TAXES

Upon the following persons and/or entities:

Churchwell White LLP
Attn: Karl Schweikert
1414 K Street, 3rd Floor
Sacramento, CA 95814
Via email to: karl@churchwellwhite.com

Hellmuth & Johnson
Attn: Terrance W. Moore
8050 West 78th Street
Edina, MN 55439

///

1

| | | |
|---|---|---|
| 1 | Office of the United States Trustee / SJ<br>Attn: Shining J. Hsu<br>U.S. Federal Bldg.<br>280 S. 1st St., #268<br>San Jose, CA 95113-3004<br>Via email to: Shining.Hsu@usdoj.gov | Oppenheimer Wolff & Donnelly LLP<br>Attn: David Galle, Esq.<br>222 South 9th Street, Ste 2000<br>Minneapolis, MN 55414 |

As follows:

[ ]   By Personal Service. By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

[X]   By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

[ ]   By Certified U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

[ ]   By Federal Express. By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

[X]   By Email Transmission. By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: March 11, 2015          /s/ Reno F.R. Fernandez III
                                  RENO F.R. FERNANDEZ III

2