MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

Debtor.

Case No. 15-50553-11-ASW

Chapter 11

CERTIFICATE OF SERVICE

Date: March 9, 2014
Time: 3:00 p.m.
Place: 280 South First Street, Room 3020
San Jose, California

Honorable Arthur S. Weissbrodt

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:
1. ORDER APPROVING LOAN TO PAY UTILITY DEPOSIT AND WAGES AND AUTHORIZING USE OF CASH COLLATERAL

Upon the following persons and/or entities:

| | |
|---|---|
| Churchwell White LLP | Hellmuth & Johnson |
| Attn: Karl Schweikert | Attn: Terrance W. Moore |
| 1414 K Street, 3rd Floor | 8050 West 78th Street |
| Sacramento, CA 95814 | Edina, MN 55439 |
| Via email to: karl@churchwellwhite.com | |

///

1

| Office of the United States Trustee / SJ | Oppenheimer Wolff & Donnelly LLP |
| --- | --- |
| Attn: Shining J. Hsu | Attn: David Galle, Esq. |
| U.S. Federal Bldg. | 222 South 9th Street, Ste 2000 |
| 280 S. 1st St., #268 | Minneapolis, MN 55414 |
| San Jose, CA 95113-3004 | |
| Via email to: Shining.Hsu@usdoj.gov | |

As follows:

☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☒ <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐ <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

☐ <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

☒ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: March 11, 2015        /s/ Reno F.R. Fernandez III
                                RENO F.R. FERNANDEZ III

2