

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

IT IS SO ORDERED.
Signed March 13, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

        Debtor.

Case No. 15-50553-11-ASW

Chapter 11

ORDER APPROVING LOAN TO PAY UTILITY DEPOSIT AND WAGES AND AUTHORIZING USE OF CASH COLLATERAL

Date:  March 9, 2015
Time:  3:00 pm
Place:  280 South First Street, Room 3020
          San Jose, California

Honorable Arthur S. Weissbrodt

     The Motion to Approve Loan to Pay Utility Deposit and Wages and Supplemental Motion to Authorize Use of Cash Collateral filed by AQH, LLC, Debtor in Possession herein, came on for hearing on March 9, 2015 at 3:00 p.m. Reno F.R. Fernandez III of Macdonald Fernandez LLP appeared for AQH, LLC, Debtor in Possession herein; S. Craig Hunter and Karl Schweikert of Churchwell White LLP appeared for the Riverbank Local Redevelopment Agency (the "Riverbank LRA"); other appearances were as noted on the record. The Court, having reviewed Motion and evidence submitted in connection therewith, having heard the arguments and representations of counsel, finding that notice was proper under the circumstances, and good cause appearing,

     IT IS HEREBY ORDERED that:

     1.     The Motion is granted and the terms of the loan proposed therein are approved,

1

except as modified below;

      2.      The Debtor is authorized to borrow up to $80,000 from Lender (as that term is defined in the Motion) upon the terms described in the Motion and in the Promissory Note entered into by and between the Debtor and the Lender. To the extent there is any discrepancy between the terms described in the Motion and in the Promissory Note, the terms of the Promissory Note shall control;

      3.      Lender is hereby granted a lien against all personal property of the Debtor, as described in the Motion, junior and subject to any pre-existing liens

      4.      Lender's claim for repayment of the loan is hereby granted administrative priority pursuant to Bankruptcy Code Section 364(c);

      5.      Notwithstanding the foregoing, Lender's claim for repayment of the loan is junior and subject to the allowed claims of any chapter 7 trustee that may be appointed in this case and his or her professionals; and

      6.      The Debtor is authorized to use the proceeds of the aforesaid loan and the Debtor's liquid assets to pay a security deposit of $150,000 to the Riverbank LRA and to pay post-petition wages and related payroll expenses up to $10,000.

APPROVED AS TO FORM:

OFFICE OF THE UNITED STATES TRUSTEE


By: /s/ Shining J. Hsu
       Shining J. Hsu
       Trial Attorney

*** END OF ORDER ***

# COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).