MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

        Debtor.

Case No. 15-50553-11-ASW

Chapter 11

**NOTICE OF APPEARANCE OF COUNSEL**

TO: The Clerk of Court and all parties of record.

    I, Matthew J. Olson, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Debtor in Possession, AQH, LLC

DATED: March 17, 2015        MACDONALD | FERNANDEZ LLP

                                 By: /s/ Matthew J. Olson
                                       Matthew J. Olson
                                       Proposed Attorneys for Debtor in Possession,
                                       AQH, LLC