MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-11-ASW |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | NOTICE OF CHANGE OF ADDRESS |

NOTICE IS HEREBY GIVEN that the address for creditor, Austin Roberts, has changed. The new address is:

Austin Roberts
2312 Lavon Lane
Ceres, CA 95307

Please update the Court's Mailing Matrix accordingly and serve notice and other pleadings and documents accordingly.

DATED: March 17, 2015                MACDONALD | FERNANDEZ LLP

                                     By: /s/ Reno F.R. Fernandez III
                                         Reno F.R. Fernandez III
                                         Proposed Attorneys for Debtor,
                                         AQH, LLC