MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following document(s):

1. STATUS REPORT RE MOTION FOR ORDER COMPELLING RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT

Upon the following persons and/or entities:

| | |
|---|---|
| Cheryl C. Rouse<br>Rouse & Bahlert<br>345 Franklin St<br>San Francisco, CA 94102<br>Email: rblaw@ix.netcom.com | Churchwell White LLP<br>Attn: Karl Schweikert<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814<br>Email: karl@churchwellwhite.com |
| James C. Bridgman<br>Aspelin & Bridgman LLP<br>220 Montgomery St #1009<br>San Francisco, CA 94104<br>Email: jbridgman@aspelinbridgman.com | Office of the U.S. Trustee / SJ<br>Attn: Shining Hsu<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004<br>Email: shining.hsu@usdoj.gov |

As follows:

☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☐ <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐ <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

☐ <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

☒ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: March 23, 2015          /s/ Samantha G. Brown
                                  SAMANTHA G. BROWN