MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

APPLICATION FOR APPOINTMENT OF MACDONALD FERNANDEZ LLP AS ATTORNEYS FOR DEBTOR-IN-POSSESSION

TO    THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA:

    The application of AQH, LLC, Debtor-in-Possession herein, respectfully represents:

    1.    The within case was commenced by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of its estate.

    2.    The Debtor requires experienced bankruptcy counsel to assist it in administering the estate. The Debtor wishes to employ Macdonald Fernandez LLP as its attorneys. In selecting such counsel, the Debtor has made diligent and careful inquiries into the qualifications and connections of Macdonald Fernandez LLP, attorneys admitted to practice before this Court, and have found said attorneys to be qualified to represent it in this case by reason of their ability, integrity and professional experience.

    3.    Macdonald Fernandez LLP has no connection with the Debtor, nor its known employees, creditors, attorneys or accountants, the United States Trustee, or any person employed with the Office of the United States Trustee, and is a "disinterested person" within the meaning of 11

1

U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

5. The Debtor understands that its obligation to pay fees and costs is subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Northern District of California and payment of such fees and costs are subject to prior court approval.

WHEREFORE, the Debtor prays that it be authorized to employ and appoint Macdonald Fernandez LLP as its attorneys under a general retainer pursuant to Bankruptcy Code Section 327(a) effective February 19, 2015, and for such other and further relief as is proper in the premises.

DATED: March 20, 2015

/s/ Chris Cunningham
Chris Cunningham
Responsible Individual, AQH, LLC
Debtor-in-Possession Herein