MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

　　　　　Debtor.

Case No. 15-50553-ASW-11

Chapter 11

DECLARATION OF MICHAEL MENGARELLI IN SUPPORT OF MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

I, Michael Mengarelli, declare:

1. I am a partner of Kelly Litigation Group, Inc. I am an attorney duly admitted to practice before this Court and the court of the state of California. I am over the age of eighteen years. The following facts are true of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

1. On March 18, 2015 I made arrangements with AQH, LLC, Debtor-in-Possession herein, to assist with the resolution of general civil litigation matters involving tenant improvements under the Riverbank Industrial Complex Lease Agreement. Services related to the aforesaid arrangement include representation in any court action until a settlement or judgment, by arbitration or trial, is reached.

2. Kelly Litigation Group, Inc. has no pre-petition claim against the Debtor or the estate. After a diligent inquiry, I am not aware that any employee of Kelly Litigation Group, Inc. has a

1

claim against the Debtor or the estate, or any other economic interest.

3. I will manage this engagement on behalf of Kelly Litigation Group, Inc. and supervise any other employees of Kelly Litigation Group, Inc. who are assigned to this engagement. My qualifications are outlined in the curricula vitae attached hereto as Exhibit "A." A copy of Kelly Litigation Group, Inc.'s proposed retention agreement is filed herewith as Exhibit "B."

4. The fees charged by Kelly Litigation Group, Inc. will be based on the number of hours of work performed on the matter multiplied by the specific attorney's applicable hourly billing rate, which range between $350.00 and $200.00. As part of my retention, the Debtor agreed to pay a retainer of $2,500.

5. Kelly Litigation Group, Inc. has been approached by the employees and agents of AQH, LLC, namely Sean Walsh, Yan Ebyam, and Anthony Brough, to represent them in certain litigation pending before the Superior Court of California, County of San Francisco styled *Kilday v. Walsh*, Case Number CGC-15-54459, filed on March 9, 2015 (the "Kilday Lawsuit"). The claims asserted in the Kilday Lawsuit arise entirely from a contract to which the Debtor is party, not Walsh, Ebyam, and Brough and it appears that the filing of the suit is a thinly veiled attempt to circumvent the automatic stay provided by Bankruptcy Code Section 362(a). The Debtor is not paying for my fees related to the representation of Walsh, Ebyam, and Brough.

6. Other than as disclosed in paragraph 5, Kelly Litigation Group, Inc. and I have no connection with the Debtor, nor its creditors, attorneys or accountants, the United States Trustee, or any person employed with the Office of the United States Trustee, and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

7. I understand that, notwithstanding any agreement to the contrary, Kelly Litigation Group, Inc.'s right to recover fees and costs are subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Northern District of California, and payment of such fees and costs are subject to prior Court approval.

8. Kelly Litigation Group, Inc. has no agreement to share compensation with any other person or entity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of March, 2015, at Redwood City, California.

/s/ Michael Mengarelli
MICHAEL MENGARELLI

# EXHIBIT A



3 Lagoon Drive, Suite 225
Redwood City, CA 94065
Telephone: 650.591.2282
Fax: 650.591.2292

www.kellylitigationgroup.com

# Michael Mengarelli
mmengarelli@kellylitigationgroup.com

Partner at Kelly Litigation Group, Inc., specializing in representing contractors and small business owners. Prior to joining Kelly Litigation Group, I was the owner and President of Russell Hinton Co., a union painting and drywall company located in San Francisco. My practice focuses on litigation, contract negotiation, and business organization, where I can leverage my practical, hands-on business experience with my legal background.

## Professional Accomplishments

### Civil Litigation
- As partner at Kelly Litigation Group, Inc, represented contractors, homeowners, landlords, and small business owners in cases throughout the Bay Area involving construction defect, non-payment, breach of contract, commercial leases, partition of real property, and claim objections in Bankruptcy.

### Criminal Litigation
- Prior to joining Kelly Litigation Group, Inc., I practiced criminal law, first as a staff attorney on the California Supreme Court's criminal central staff, then as an associate in a criminal defense firm in Santa Clara County, handling misdemeanor and felony arraignments, plea negotiations, preliminary hearings, and trials.

### Business Experience
- As owner and President of Russell Hinton Co., I ran all aspects of a multi-million dollar construction business.

### Associations
- Admitted to the State Bar of California in 2001;
- Admitted to the United States District Court, Northern District of California in 2003;
- Member of the San Mateo County Bar Association;
- Officer on the Board of Directors of the Northern California Painting and Finishing Contractors, Association;
- Member of the Board of Directors of the Bay Area Painters and Tapers Pension Trust Fund;
- Executive Committee Member of the Painting and Decorating Contractors Association.

## Education

U.C. Hastings College of the Law      Juris Doctorate
San Francisco State University      Bachelor of Arts

# EXHIBIT B



3 Lagoon Drive, Suite 225
Redwood City, CA 94065
Telephone: 650.591.2282
Fax: 650.591.2292

www.kellylitigationgroup.com

# ATTORNEY-CLIENT FEE CONTRACT

This document (the "Agreement") is the written fee contract that California law requires lawyers to have with their clients. KELLY LITIGATION GROUP, Inc. ("Attorney") will provide legal services to AHQ, LLC ("CLIENT") on the terms set forth below.

1. **CONDITIONS**. This Agreement will not take effect, and we will have no obligation to provide legal services, until you return a signed copy of this Agreement and pay the initial retained deposit called for in paragraph 5.

   **SCOPE OF SERVICES**. CLIENT is hiring ATTORNEY to represent CLIENT with regard to general civil legal matters involving tenant improvements under the Riverbank Industrial Complex Lease Agreement.

   ATTORNEY will provide those legal services reasonably required to represent CLIENT, and will take reasonable steps to inform CLIENT of progress and to respond to CLIENT'S inquires. ATTORNEY will represent CLIENT in any court action until a settlement or judgment, by arbitration or trial, is reached, and in connection with any appropriate post-trial motions with the trial court.

   If applicable, after Judgment ATTORNEY <u>will not</u> represent CLIENT on any appeal, or in any proceeding designed to execute on the judgment, without such additional compensation as ATTORNEY and CLIENT may agree upon in a separate agreement.

2. **INSURANCE DISCLOSURE:** ATTORNEY **DOES** maintain errors and omissions insurance coverage applicable to services rendered.

3. **CLIENT'S DUTIES**. CLIENT agrees to be truthful with ATTORNEY, to cooperate, to keep ATTORNEY informed of developments which may effect CLIENT'S matter, case and/or ATTORNEY'S representation of CLIENT concerning any matter handling and/or litigation, and to abide by this agreement, to pay bills for costs (if any) on time, and to keep ATTORNEY advised of CLIENT'S current address, telephone number and whereabouts.

4. **RELATED BUT UNKNOWN MATTERS.** CLIENT represents that CLIENT does not know of any related legal matter that would require legal services to be provided under this agreement. Such related matters might include, among other things, claims or existing law suits with regard to matters for which ATTORNEY is currently working but is not aware. If such

---

KELLY LITIGATION GROUP ATTORNEY-CLIENT FEE CONTRACT                    Page 1 of 6

Case: 15-50553   Doc# 55-1   Filed: 03/23/15   Entered: 03/23/15 17:35:45   Page 7 of 12

matters arise later, CLIENT agrees that this Agreement does apply to any such related legal matters if CLIENT desires ATTORNEY to perform that additional work.

5. **MINIMUM FEE-COST/DEPOSIT**. You agree to pay us an initial retainer deposit of $2,500.00 payable to *Kelly Litigation Group Attorney-Client Trust*. Of the initial deposit, monies shall be applied to CLIENT's matter to cover case related costs [See attached Rate Schedule]. The retainer is also held in Trust for application toward legal fees incurred during representation. The retainer deposited will be our minimum fee, paid in exchange for our agreement to represent you. The minimum fee is refundable to CLIENT if it is not applied toward either costs or attorney's fees during representation. However, CLIENT may choose to keep any un-applied retainer in Trust toward future legal work CLIENT may have ATTORNEY undertake. The initial deposit in Trust, as well as any future deposit in Trust, will be held in a separate CLIENT Trust account, separate and apart from ATTORNEY's banking account(s). The CLIENT Trust account is an *interest bearing* account; however, all interest for said account is remitted to the State Bar of California pursuant to California Law and *does not* increase interest for the benefit of CLIENT or ATTORNEY. You authorize ATTORNEY to use retainer funds to pay fees and other charges you incur as CLIENT.

ATTORNEY will obtain advanced written approval from CLIENT before providing any legal services after ATTORNEY has billed $5,000 in legal fees, and will continue to obtain advanced written approval from CLIENT to exceed any previously approved $5,000 billing increments. No billable work shall be provided before obtaining CLIENT approval as specified herein; however, CLIENT agrees that by executing this Agreement, it is providing express written approval for ATTORNEY to bill up to $5,000 as ATTORNEY'S initial bill.

Whenever your deposit is exhausted, we reserve the right to demand further deposits. In the event any action or matter goes to litigation, we will require you to pay all sums then owing to us and to deposit the attorneys' fees we estimate will be incurred in preparing for and completing the trial or arbitration, as well as jury fees or arbitration fees likely to be assessed. Those sums may exceed the minimum deposit above-referenced.

You agree to pay all deposits after the initial deposit within 15 days of our demand. The minimum fee and any unused deposit at the conclusion of our services will be refunded to you.

6. **LEGAL FEES AND BILLING PRACTICES**. You agree to pay by the hour at our prevailing rates for time spent on your matter by our legal personnel. Our current hourly rates for legal personnel (and other billing rates) are set forth on the attached Rate Schedule. The Rate Schedule also provides for periodic increases.

We will charge you for the time we spend on telephone calls relating to your matter, including calls with you, opposing counsel or court personnel. The legal personnel assigned to your matter will confer among themselves about the matter, as required. When they do confer, each person will charge for the time expended. Likewise, if more than one of our legal personnel attends a meeting, court hearing or other proceeding, each will charge for the

time spent. We will charge for waiting time in court and elsewhere and for travel time, both local and out of town.

7. **COSTS AND OTHER CHARGES.**

   (a) *In General*: We will incur various costs and expenses in performing legal services under this agreement. Such costs in civil litigation include, for example, process servers' fees, court filing fee(s), deposition costs, subpoena of record(s) costs, large copying of materials and/or conversion to .pdf or other electronic means, experts fees/costs, delivery fees, postage, parking and other local travel expenses, photocopying and other reproduction costs and trial costs such as court reporter and jury costs. You agree to pay for those costs and expenses in addition to the hourly fees. All costs and expenses will be charged at cost without any markup in rate.

   (b) *Out of Town Travel*: In the event your matter requires out of town travel, you agree to pay transportation, meals, lodging and all other costs of any necessary out-of-town travel by our personnel such as such as flight, hotel, car rental. You will also be charged the hourly rates for the time legal personnel spend travelling if such travel exceeds 1 hour.

   (c) *Experts, Consultants & Investigators*: To aid in the preparation or presentation of your case, it may become necessary to hire expert witnesses, consultants or investigators. We will not hire such person(s) unless you agree to pay their fees and charges. We will select any expert witnesses, consultants or investigators to be hired by you and confer with you about the particular person(s) necessary to assist in your case.

8. **BILLING STATEMENTS.** We will send you periodic statements for fees and costs incurred; traditionally sent in 30 day invoices. Payment is due within 15 days of the invoice. You may request a statement at intervals of no less than 15 days. Invoices which remain unpaid after net 30 days shall incur a late charge of 1.5% per month.

9. **LIEN.** You hereby grant us a lien on any and all claims or causes of action that are the subject of our representation under this agreement. Our lien will be for any sums due and owing to us at the conclusion of our services should you have a remaining balance due and owing. The lien will attach to any recovery you may obtain, whether by arbitration award, judgment, settlement or otherwise.

10. **DISCHARGE AND WITHDRAWAL.** You may discharge us at any time. We may withdraw with your consent or for good cause. Good cause includes your breach of this Agreement, your refusal to cooperate with us or to follow our advice on a material matter or any fact or circumstance that would render our continuing representation unlawful or unethical.

    When our services conclude, all unpaid charges will immediately become due and payable. After our services conclude, we will, upon your request, deliver your file to you, along with any funds or property of yours in our possession. If your file materials are not

requested at the conclusion of your matter, your file shall be stored for 2 years after which time it shall be destroyed.

In the event there is a dispute among CLIENT and ATTORNEY with regard to legal fees to be paid, the State Bar of California, San Mateo County Bar Association and Santa Clara County Bar Association provide for Attorney-Client Fee Dispute Resolution. Absent a voluntary resolution of any fee dispute, this Attorney-Client Fee Dispute Resolution protocol is a process which must be offered to CLIENT prior to any other recourse for resolution.

11. **DISCLAIMER OF GUARANTEE.** Nothing in this Agreement and nothing in our statements to you will be construed as a promise or guarantee about the ultimate outcome of your matter. We make no such promises or guarantees or representations. Our comments about the outcome of your matter are expressions of opinion only about the potential or possible outcome but are in no way a warranty or guarantee of the results desired.

12. **EFFECTIVE DATE.** This Agreement will take effect when you have performed the conditions stated in paragraph 1, but its effective date will be retroactive to the date we first performed services. The date at the beginning of this Agreement is for reference only. Even if this agreement does not take effect, you will be obligated to pay us the reasonable value of any services we may have performed for you.

KELLY LITIGATION GROUP, Inc.

By:_____

## Client Acknowledgement & Information

I/We have read and understood the foregoing terms hereinabove and those set forth on the attached Rate Schedule and agree to them, as of the date KELLY LITIGATION GROUP, Inc. first provided services. If more than one party signs below, we each agree to be liable, jointly and severally, for all obligations under this Agreement.

Dated: March 18, 2015.

AHQ, LLC

By: _Sean Walsh_, its _Managing Member/CEO_

Signature: _/s/ Sean Walsh_

Address: 440 N. Wolfe Road, ~~MS #46~~ #243
Sunnyvale, CA 94085

Telephone: 310.714.6522
Email: sean@aqaifer llc.com

# RATE SCHEDULE

A. Hourly Rates For Legal Personnel:

    Partner Richard M. Kelly:    $350.00/hour

    Partner Michael Mengarelli:    $350.00/hour

    Associate(s):    $250.00/hour

    Paralegals:    $200.00

B. Standard Charges:

    We charge for our time in minimum units of 0.1 hours.

C. Costs & Expenses:

| | |
|---|---|
| In office photocopying (limited): | no cost. |
| Out of office photocopying (larger): | @ cost/no markup |
| Travel/parking: | @ cost/no markup |
| Initial Filing Fee Court: | approx. $435.00* |
| Motion Court Fee: | $60.00* |
| Court Reporter: | @ cost/no markup |
| Service of Process: | @ cost/no markup |
| Postage letters in Office: | no cost |
| Postage letters/packages Out of Office: | @ cost/no markup |

D. Subject To Change:

*The rates on this Schedule are subject to change; especially with regard to court related costs which usually change annually. ATTORNEY office rates, if changed, will only be done based upon on 30 days written notice to CLIENT.