MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Accountant for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

**On the date hereof, I served the following document(s):**

1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

2. MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

3. DECLARATION OF MICHAEL MENGARELLI IN SUPPORT OF MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

4. [PROPOSED] ORDER APPROVING MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

///

1

| | |
|---|---|
| 1 | Upon the following persons and/or entities: |
| 2 | **Office of the U.S. Trustee / SJ**<br>Attn: Shining J. Hsu |
| 3 | U.S. Federal Bldg.<br>280 S 1st St. #268 |
| 4 | San Jose, CA 95113-3004 |
| 5 | As follows: |
| 6 | [X]  By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully |
| 7 | prepared to be placed in the United States mail at San Francisco, California. |
| 8 | **On the date hereof, I served the following document(s):** |
| 9 | 1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION |
| 10 | COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER |
| 11 | |
| 12 | Upon the following persons and/or entities below and on the attached mailing matrix: |

| | |
|---|---|
| Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350 |
| Dave Riggs<br>1339 26th St., Apt 8<br>Santa Monica, CA 90404 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232 |
| Emergent Systems Exchange, LLC<br>Attn: Henry Cornelius<br>7160 Shady Oak Road<br>Eden Prairie, MN 55344 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307 |
| Jeramy Shoemaker<br>2174 Coley Ave., Apt. 31<br>Escalon, CA 95320 | MegaBigPower<br>1250 N Wenatchee Ave., Ste H#147<br>Wenatchee, WA 98801 |
| Michael White<br>2824 Fowler Road<br>Ceres, CA 95307 | Plug and Play Tech Center<br>370 Convention Way<br>Redwood City, CA 94063 |
| Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 |
| The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061 |

2

| | |
|---|---|
| Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382 | Vagada Holdings LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 |

Valley Oak Apartments
2300 Oakdale Road
Modesto, CA 95355

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

| | |
|---|---|
| EXECUTED: March 23, 2015 | /s/ Samantha G. Brown<br>SAMANTHA G. BROWN |

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Mon Feb 23 15:09:45 PST 2015 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 |
| Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 | Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 |
| DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 | Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 |
| Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 |
| Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |

| | | |
|---|---|---|
| Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 |
| (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39