```
MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Accountant for Debtor-in-Possession,
AQH, LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>              Debtor. | Case No. 15-50553-ASW-11<br><br>Chapter 11<br><br>AMENDED CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following document(s):

1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

2. MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

3. DECLARATION OF MICHAEL MENGARELLI IN SUPPORT OF MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

4. [PROPOSED] ORDER APPROVING MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

///

1

| | |
|---|---|
| 1 | Upon the following persons and/or entities: |
| 2 | **Office of the U.S. Trustee / SJ** |
|   | Attn: Shining J. Hsu |
| 3 | U.S. Federal Bldg. |
|   | 280 S 1st St. #268 |
| 4 | San Jose, CA 95113-3004 |
| 5 | As follows: |
| 6 | [X]    <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully |
| 7 | prepared to be placed in the United States mail at San Francisco, California. |
| 8 | |
| 9 | On the date hereof, I served the following document(s): |
|   | 1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION |
| 10 | COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER |
| 11 | |
| 12 | Upon the following persons and/or entities below and on the attached mailing matrix: |

| | |
|---|---|
| Austin Roberts | Brian Friend |
| 2312 Lavon Lane | 527 Terminal Ave. |
| Ceres, CA 95307 | Modesto, CA 95350 |
| | |
| Dave Riggs | David B. Oshinsky |
| 1339 26th St., Apt 8 | 9415 Culver Boulevard |
| Santa Monica, CA 90404 | Culver City, CA 90232 |
| | |
| Emergent Systems Exchange, LLC | Jacob Lopez |
| Attn: Henry Cornelius | 1608 Don Pedro Road |
| 7160 Shady Oak Road | Ceres, CA 95307 |
| Eden Prairie, MN 55344 | |
| | MegaBigPower |
| Jeramy Shoemaker | 1250 N Wenatchee Ave., Ste H#147 |
| 2174 Coley Ave., Apt. 31 | Wenatchee, WA 98801 |
| Escalon, CA 95320 | |
| | Plug and Play Tech Center |
| | 370 Convention Way |
| Michael White | Redwood City, CA 94063 |
| 2824 Fowler Road | |
| Ceres, CA 95307 | State of California |
| | Employment Development Dept. |
| Sean Walsh | Bankruptcy Special Procedures Group |
| 1742 Kansas Street | P.O. Box 8268880 MIC 92E |
| Redwood City, CA 94061 | Sacramento, CA 94280-0001 |
| | |
| The Law Offices of Peter Lively | Thomas Bautista |
| Attn: Peter Lively | 1624 Palm Ave. |
| 11268 W. Washington Blvd. | Redwood City, CA 94061 |
| Culver City, CA 90230 | |

2

| | |
|---|---|
| Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382 | Vagada Holdings LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 |

Valley Oak Apartments
2300 Oakdale Road
Modesto, CA 95355

[X]  <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: March 23, 2015          /s/ Samantha G. Brown
                                  SAMANTHA G. BROWN

3

Label Matrix for local noticing
0971-5
Case 15-50553
Northern District of California
San Jose
Mon Feb 23 15:09:45 PST 2015

A&A Portables
201 Roscoe Road
Modesto, CA 95357-1828

AQH, LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085-3869

Access Electric
1990 Foundry Court
Ceres, CA 95307-9223

Andy Faris
4929 E. Sunnyslope Rd.
Edina, MN 55424-1166

Anthony Steven Brough
1200 Dale Ave, Apt 78
Mountain View, CA 94040-3326

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

Chris Cunningham
10033 Reevesbury Dr.
Beverly Hills, CA 90210-1422

Chris Kilday
450 Taraval St, #143
San Francisco, CA 94116-2530

Collins Electric
3412 Metro Drive
Stockton, CA 95215-9440

CrimeTek Security
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

DHL Global Forwarding
P.O. Box 742802
Los Angeles, CA 90074-2802

Elisa Research
48834 Kato Road Suite 101-A
Fremont, CA 94538-7368

Emergent Systems
Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

Reno F.R. Fernandez
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104-2331

Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812-2952

I Guard
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

John Walsh
120 59th
Burr Ridge, IL 60527-4905

Lionakis, a California
corporation
915 13th Street
Modesto, CA 95354-0903

Lucy Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

New Concept Fleet
Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

PLN Architects
1720 G Street
Modesto, CA 95354-1214

Platt Electric
10605 Southwest Allen Blvd.
Beaverton, OR 97005-4896

Riverbank Local
Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

Southland Electrical Supply
147 North Main Street
Burlington, NC 27217-3901

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

| | | |
|---|---|---|
| Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5202


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 |
| (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39