B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**
**AMENDED**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**AQH, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Aquifer LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**46-4609199** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**440 North Wolfe Road, #243**<br>**Sunnyvale, CA**<br>ZIP Code **94085** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**5300 Claus Road**<br>**Modesto, CA 95357** | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AQH, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AQH, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____ Signature of Debtor | **X** _____ Signature of Foreign Representative |
| **X** _____ Signature of Joint Debtor | _____ Printed Name of Foreign Representative |
| _____ Telephone Number (If not represented by attorney) | _____ Date |
| _____ Date | |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X**  **Reno F.R. Fernandez III** _____ Signature of Attorney for Debtor(s)  **Reno F.R. Fernandez III 251934** _____ Printed Name of Attorney for Debtor(s)  **Macdonald Fernandez LLP** _____ Firm Name  **221 Sansome Street, 3rd Floor**  **San Francisco, CA 94104** _____ Address   **(415) 362-0449  Fax: (415) 394-5544** _____ Telephone Number  **March 23, 2015** _____ Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____ Printed Name and title, if any, of Bankruptcy Petition Preparer  _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)   _____ Address  **X** _____  _____ Date  Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  **X**  **Chris Cunningham** _____ Signature of Authorized Individual  **Chris Cunningham** _____ Printed Name of Authorized Individual  **Responsible Individual** _____ Title of Authorized Individual  **March 23, 2015** _____ Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

**United States Bankruptcy Court**
Northern District of California

In re  AQH, LLC
                    Debtor

Case No. _____
Chapter  11

# STATEMENT REGARDING AUTHORITY TO COMMENCE CHAPTER 11 BANKRUPTCY CASE

I, Sean Walsh, am the duly appointed, qualified and acting Managing Member of AQH, LLC, and the following is a true and correct copy of the resolutions adopted by the Members of said Company by written consent on the 19th day of February, 2015:

"Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case."

Date _____    Signed: _____
                                Sean Walsh, Managing Member of
                                AQH, LLC

Date  2/19/15                   Accepted: /s/ Chris Cunningham
                                Chris Cunningham

**United States Bankruptcy Court**
**Northern District of California**

In re   AQH, LLC
                              Debtor

Case No.
Chapter    11

# ACTION BY WRITTEN CONSENT OF MEMBERS

The undersigned, being the Members of AQH, LLC, hereby consent to and adopt the following resolutions in lieu of holding a meeting, and take the following actions as of the 19th day of February, 2015:

Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

This Written Consent may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

In Witness Whereof, the undersigned, being the Members of the Company, execute this Written Consent as of the day and date first set forth above.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA
BERNSTEIN, INDIVIDUALS, AS JOINT
TENANTS WITH RIGHT OF
SURVIVORSHIP

_Chris Cunningham_
_Regina Bernstein_

_____
Dave Riggs

_____
John Walsh

Page 1 of 2
[Signatures Continue on Next Page]

# United States Bankruptcy Court
## Northern District of California

In re: **AQH, LLC**, Debtor

Case No. _____
Chapter **11**

# WAIVER OF NOTICE

The undersigned Members of AQH, LLC agree that the foregoing resolutions adopted by written consent of Members on the 19th day of February, 2015, in lieu of holding a meeting, shall be as valid and legal and have the same force and effect as though a meeting was held after notice duly given. Notice of such a meeting and notice or solicitation of consent are hereby waived.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA BERNSTEIN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Chris Cunningham

_____
Regina Bernstein

_____
Sean Walsh, Managing Member of AQH, LLC

_____
Dave Riggs

_____
John Walsh

SEAN WALSH AND TATIANA KOROLSHTEYN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Sean Walsh

_____
Tatiana Korolshteyn

**United States Bankruptcy Court**
**Northern District of California**

In re  AQH, LLC

Debtor

Case No. _____

Chapter  **11**

## ACTION BY WRITTEN CONSENT OF MEMBERS

The undersigned, being the Members of AQH, LLC, hereby consent to and adopt the following resolutions in lieu of holding a meeting, and take the following actions as of the 19th day of February, 2015:

Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

This Written Consent may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

In Witness Whereof, the undersigned, being the Members of the Company, execute this Written Consent as of the day and date first set forth above.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA
BERNSTEIN, INDIVIDUALS, AS JOINT
TENANTS WITH RIGHT OF
SURVIVORSHIP

_____
Dave Riggs

_____
John Walsh

_____
Chris Cunningham

_____
Regina Bernstein

Page 1 of 2
[Signatures Continue on Next Page]

Case: 15-50553   Doc# 58   Filed: 03/23/15   Entered: 03/23/15 18:23:56   Page 7 of 18

**United States Bankruptcy Court**
**Northern District of California**

In re  AQH, LLC
                                    Debtor

Case No.
Chapter  11

## WAIVER OF NOTICE

The undersigned Members of AQH, LLC agree that the foregoing resolutions adopted by written consent of Members on the 19th day of February, 2015, in lieu of holding a meeting, shall be as valid and legal and have the same force and effect as though a meeting was held after notice duly given. Notice of such a meeting and notice or solicitation of consent are hereby waived.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA BERNSTEIN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Chris Cunningham

_____
Regina Bernstein

_____
Sean Walsh, Managing Member of AQH, LLC

*[signature]*
_____
Dave Riggs

_____
John Walsh

SEAN WALSH AND TATIANA KOROLSHTEYN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Sean Walsh

_____
Tatiana Korolshteyn

**United States Bankruptcy Court**
**Northern District of California**

In re  **AQH, LLC**
                                      Debtor

Case No. _____
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO COMMENCE CHAPTER 11 BANKRUPTCY CASE

I, Sean Walsh, am the duly appointed, qualified and acting Managing Member of AQH, LLC, and the following is a true and correct copy of the resolutions adopted by the Members of said Company by written consent on the 19th day of February, 2015:

"Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case."

Date  2/19/15            Signed: _____
                                    Sean Walsh, Managing Member of
                                    AQH, LLC

Date  _____    Accepted: _____
                                    Chris Cunningham

United States Bankruptcy Court
Northern District of California

In re  AQH, LLC
                              Debtor

Case No.
Chapter  11

# ACTION BY WRITTEN CONSENT OF MEMBERS

The undersigned, being the Members of AQH, LLC, hereby consent to and adopt the following resolutions in lieu of holding a meeting, and take the following actions as of the 19th day of February, 2015:

Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

This Written Consent may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

In Witness Whereof, the undersigned, being the Members of the Company, execute this Written Consent as of the day and date first set forth above.

MEMBERS:

| | |
|---|---|
| CHRIS CUNNINGHAM AND REGINA BERNSTEIN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP | Dave Riggs |
| | John Walsh |
| Chris Cunningham | |
| Regina Bernstein | |

Page 1 of 2
[Signatures Continue on Next Page]

_____  SEAN WALSH AND TATIANA
Sean Walsh, Managing Member of   KOROLSHTEYN, INDIVIDUALS, AS
AQH, LLC                         JOINT TENANTS WITH RIGHT OF
                                 SURVIVORSHIP

_____
Sean Walsh

_____
Tatiana Korolshteyn

**United States Bankruptcy Court**
**Northern District of California**

In re   AQH, LLC

Debtor

Case No.
Chapter   **11**

# WAIVER OF NOTICE

The undersigned Members of AQH, LLC agree that the foregoing resolutions adopted by written consent of Members on the 19th day of February, 2015, in lieu of holding a meeting, shall be as valid and legal and have the same force and effect as though a meeting was held after notice duly given. Notice of such a meeting and notice or solicitation of consent are hereby waived.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA BERNSTEIN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Chris Cunningham

_____
Regina Bernstein

_____
Sean Walsh, Managing Member of AQH, LLC

_____
Dave Riggs

_____
John Walsh

SEAN WALSH AND TATIANA KOROLSHTEYN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Sean Walsh

_____
Tatiana Korolshteyn

# United States Bankruptcy Court
## Northern District of California

In re **AQH, LLC**

Debtor

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO COMMENCE CHAPTER 11 BANKRUPTCY CASE

I, Sean Walsh, am the duly appointed, qualified and acting Managing Member of AQH, LLC, and the following is a true and correct copy of the resolutions adopted by the Members of said Company by written consent on the 19th day of February, 2015:

"Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case."

Date _____

Signed: _____

Sean Walsh, Managing Member of AQH, LLC

Date _____

Accepted: _____

Chris Cunningham

In re **AQH, LLC**

Debtor

Case No.

Chapter **11**

# ACTION BY WRITTEN CONSENT OF MEMBERS

The undersigned, being the Members of AQH, LLC, hereby consent to and adopt the following resolutions in lieu of holding a meeting, and take the following actions as of the 19th day of February, 2015:

Whereas, it is in the best interest of AQH, LLC (this "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sean Walsh, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Chris Cunningham shall be appointed Responsible Individual for the purposes of administering the chapter 11 bankruptcy estate and is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Sean Walsh, Managing Member of this Company is authorized and directed to employ the law firm of Macdonald Fernandez LLP to represent the Company in such bankruptcy case.

This Written Consent may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument.

In Witness Whereof, the undersigned, being the Members of the Company, execute this Written Consent as of the day and date first set forth above.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA BERNSTEIN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____
Chris Cunningham

_____
Regina Bernstein

_____
Dave Riggs

*John M Walsh, M.D.,M.S.*
John Walsh

Page 1 of 2
[Signatures Continue on Next Page]

| | SEAN WALSH AND TATIANA KOROLSHTEYN, INDIVIDUALS, AS |
|---|---|
| _____ <br> Sean Walsh, Managing Member of AQH, LLC | JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| | _____ <br> Sean Walsh |
| | _____ <br> Tatiana Korolshteyn |

Page 2 of 2

# United States Bankruptcy Court
## Northern District of California

In re **AQH, LLC**  
Debtor

Case No.  
Chapter **11**

# WAIVER OF NOTICE

The undersigned Members of AQH, LLC agree that the foregoing resolutions adopted by written consent of Members on the 19th day of February, 2015, in lieu of holding a meeting, shall be as valid and legal and have the same force and effect as though a meeting was held after notice duly given. Notice of such a meeting and notice or solicitation of consent are hereby waived.

MEMBERS:

CHRIS CUNNINGHAM AND REGINA BERNSTEIN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____  
Dave Riggs

*John M Walsh, M.D., M.S.*  
_____  
John Walsh

_____  
Chris Cunningham

SEAN WALSH AND TATIANA KOROLSHTEYN, INDIVIDUALS, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP

_____  
Regina Bernstein

_____  
Sean Walsh, Managing Member of AQH, LLC

_____  
Sean Walsh

_____  
Tatiana Korolshteyn

# AQH LLC
## Profit and Loss
### January 1, 2014 - February 19, 2015

| | Jan 2014 | Feb 2014 | Mar 2014 | Apr 2014 | May 2014 | Jun 2014 | Jul 2014 | Aug 2014 | Sep 2014 | Oct 2014 | Nov 2014 | Dec 2014 | Jan 2015 | Feb 1-19, 2015 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | | |
| Sales | | 0.00 | | 244.93 | 96,358.56 | 202,900.58 | 225,420.78 | 170,045.33 | 173,427.96 | 138,372.28 | 96,875.65 | 142,446.05 | 139,050.26 | 77,382.56 | 1,462,524.94 |
| Uncategorized Income | | 5.81 | 17.39 | 2.96 | 0.15 | 0.10 | 0.11 | 0.07 | | | | | | | 26.59 |
| **Total Income** | $ 0.00 | $ 5.81 | $ 17.39 | $ 247.89 | $ 96,358.71 | $ 202,900.68 | $ 225,420.89 | $ 170,045.40 | $ 173,427.96 | $ 138,372.28 | $ 96,875.65 | $ 142,446.05 | $ 139,050.26 | $ 77,382.56 | $ 1,462,551.53 |
| **Cost of Goods Sold** | | | | | | | 27,735.16 | 32,537.40 | 58,097.52 | 56,619.26 | | 110,631.36 | | | 285,620.70 |
| Electricity | | | | | | | | | | | | | | | |
| **Total Cost of Goods Sold** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 27,735.16 | $ 32,537.40 | $ 58,097.52 | $ 56,619.26 | $ 0.00 | $ 110,631.36 | $ 0.00 | $ 0.00 | $ 285,620.70 |
| **Gross Profit** | $ 0.00 | $ 5.81 | $ 17.39 | $ 247.89 | $ 96,358.71 | $ 202,900.68 | $ 197,685.73 | $ 137,508.00 | $ 115,330.44 | $ 81,753.02 | $ 96,875.65 | $ 31,814.69 | $ 139,050.26 | $ 77,382.56 | $ 1,176,930.83 |
| **Expenses** | | | | | | | | | | | | | | | |
| Advertising | 30.00 | | | | | | | | | | | | 59.00 | 10.00 | 69.00 |
| Bank Charges | | 29.87 | 131.72 | 256.40 | 121.95 | 38.99 | 65.00 | 14.00 | 0.00 | 51.50 | 91.50 | 186.50 | 35.00 | 82.00 | 1,134.43 |
| Insurance | | 500.00 | | | | 2,336.00 | | | | | | | | 4,190.00 | 7,026.00 |
| Interest Expense | | | | | | | | | | | | | 5,000.00 | | 5,000.00 |
| Job Materials | | | | 4,000.00 | 4,000.00 | 2,000.00 | 6,000.00 | 3,225.28 | | | | | | | 19,225.28 |
| Legal & Professional Fees | | | 3,361.87 | | | 2,000.00 | 5,050.00 | 4,000.00 | 1,400.00 | 928.71 | 39.95 | 79.80 | 56.51 | 58,194.08 | 75,110.92 |
| Meals and Entertainment | | | 74.25 | 664.06 | 376.15 | 427.56 | 492.51 | 506.24 | 79.11 | 685.64 | 893.17 | 1,965.89 | 745.54 | 77.28 | 6,987.40 |
| Office Expenses | | | 160.32 | 286.93 | 314.96 | 644.50 | 845.06 | 523.42 | 206.92 | 267.58 | 229.22 | 317.40 | 543.36 | 652.26 | 5,047.78 |
| Other General and Admin Expenses | | 55.85 | 0.00 | 530.21 | 894.88 | 507.76 | 1,003.60 | 77.74 | 460.00 | 1,021.88 | | 1,127.15 | 590.50 | 1,286.60 | 7,500.32 |
| Other Utilities | | | | 280.84 | 429.84 | 386.86 | 386.86 | 386.86 | 658.56 | 749.12 | 1,672.34 | 633.20 | 452.04 | 685.03 | 6,721.55 |
| Payroll Expenses | | | | | | | | | | | | -0.40 | | | -0.40 |
| Taxes | | | | | | | | | | 287.00 | | 1,571.08 | 287.00 | | 2,145.08 |
| Wages | | | | | | | | | | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 6,000.00 | 54,000.00 |
| **Total Payroll Expenses** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 12,287.00 | $ 12,000.00 | $ 13,570.68 | $ 12,287.00 | $ 6,000.00 | $ 56,144.68 |
| Promotional | | | | | | | | | | | 739.30 | | 215.00 | | 954.30 |
| Rent or Lease | | | 13,800.00 | 1,500.00 | 1,400.00 | 2,866.00 | 2,714.00 | 8,267.19 | 16,666.53 | 16,666.53 | 16,666.53 | 33,013.54 | 16,379.63 | 23,862.13 | 153,802.08 |
| Repair & Maintenance | | | | | 1,609.00 | 5,145.00 | 4,860.00 | 6,825.00 | 4,987.59 | 6,633.75 | 5,062.50 | 6,174.62 | 8,060.99 | 2,632.50 | 51,990.95 |
| Salaries and wages | | | | 5,000.00 | 4,000.00 | 9,000.00 | 10,000.00 | 9,500.00 | 4,700.00 | 12,930.00 | 16,002.95 | 11,406.00 | 16,634.12 | 11,452.20 | 110,625.27 |
| Security | | | | | | | 4,500.00 | 6,000.00 | 6,000.00 | 6,000.00 | 4,000.00 | 4,000.00 | 2,000.00 | 4,000.00 | 36,500.00 |
| Shipping and delivery expense | | | | | | | | | | | 24.25 | | | 77.16 | 101.41 |
| Taxes & Licenses | | | | | | | | | | | | | 1,330.42 | 1,306.46 | 2,636.88 |
| Taxes Paid | | | | | | | | 800.00 | | | | | | | 800.00 |
| Travel | | | 1,262.22 | 3,929.47 | 3,233.05 | 5,214.17 | 316.79 | 209.37 | 244.90 | 2,769.06 | 2,026.58 | 5,001.90 | 1,077.20 | 239.15 | 25,523.86 |
| Unapplied Cash Bill Payment Expense | | | | | | | | | 91.87 | | | | | | 91.87 |
| Uncategorized Expense | | 930.00 | | | | | | | | 906.50 | | | | | 1,836.50 |
| **Total Expenses** | $ 30.00 | $ 1,515.72 | $ 18,790.38 | $ 16,447.91 | $ 16,379.83 | $ 30,566.84 | $ 36,233.82 | $ 40,335.10 | $ 35,495.48 | $ 61,897.27 | $ 58,708.99 | $ 78,215.98 | $ 65,466.31 | $ 114,746.85 | $ 574,830.48 |
| **Net Operating Income** | -$ 30.00 | -$ 1,509.91 | -$ 18,772.99 | -$ 16,200.02 | $ 79,978.88 | $ 172,333.84 | $ 161,451.91 | $ 97,172.90 | $ 79,834.96 | $ 19,855.75 | $ 38,166.66 | -$ 46,401.29 | $ 73,583.95 | -$ 37,364.29 | $ 602,100.35 |
| **Other Expenses** | | | | | | | | | | | | | | | |
| Depreciation | | | | | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | 37,500.00 | | | 300,000.00 |
| Miscellaneous | | | | | 103.00 | 101.26 | 1,100.00 | 1,000.00 | | 103.00 | | -7.50 | 300.00 | | 2,699.76 |
| R&D | | 22,700.00 | 169,398.98 | 13,711.90 | -872.78 | 4,400.00 | 7,599.88 | | 11,990.96 | 925.44 | 1,800.00 | -311.08 | 900.00 | 1,800.00 | 234,043.30 |
| Reconciliation Discrepancies | | | | | | | | | | | | | -6,200.00 | | -6,200.00 |
| **Total Other Expenses** | $ 0.00 | $ 22,700.00 | $ 169,398.98 | $ 13,711.90 | $ 36,730.22 | $ 42,001.26 | $ 46,199.88 | $ 38,500.00 | $ 49,490.96 | $ 38,528.44 | $ 39,300.00 | $ 37,181.42 | -$ 5,000.00 | $ 1,800.00 | $ 530,543.06 |
| **Net Other Income** | $ 0.00 | -$ 22,700.00 | -$ 169,398.98 | -$ 13,711.90 | -$ 36,730.22 | -$ 42,001.26 | -$ 46,199.88 | -$ 38,500.00 | -$ 49,490.96 | -$ 38,528.44 | -$ 39,300.00 | -$ 37,181.42 | $ 5,000.00 | -$ 1,800.00 | -$ 530,543.06 |
| **Net Income** | -$ 30.00 | -$ 24,209.91 | -$ 188,171.97 | -$ 29,911.92 | $ 43,248.66 | $ 130,332.58 | $ 115,252.03 | $ 58,672.90 | $ 30,344.00 | -$ 18,672.69 | -$ 1,133.34 | -$ 83,582.71 | $ 78,583.95 | -$ 39,164.29 | $ 71,557.29 |

# AQH LLC
# Balance Sheet
## As of December 31, 2014

| | Jan 2014 | Feb 2014 | Mar 2014 | Apr 2014 | May 2014 | Jun 2014 | Jul 2014 | Aug 2014 | Sep 2014 | Oct 2014 | Nov 2014 | Dec 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| **Bank Accounts** | | | | | | | | | | | | |
| Checking - Core (ending in 8489) | 81,070.00 | 41,334.15 | 171,458.32 | 54,446.76 | 9,523.57 | 35,946.63 | 68,429.65 | 79,536.23 | 87,826.84 | 23,435.61 | 116,486.71 | -6,783.39 |
| External Savings | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 68,000.00 | 68,000.00 | 43,000.00 |
| Old Operating (XXXXX 4402) | | 10,370.00 | 11,477.82 | 960.78 | 15,348.64 | 1,662.37 | -755.45 | -755.45 | -720.45 | -720.45 | -720.45 | -720.45 |
| Operating (x4700) | | 0.00 | 0.00 | 0.00 | 1,000.00 | 7,741.90 | 18,376.59 | 3,831.32 | 15,301.20 | 14,104.75 | 75,075.52 | -16,516.79 |
| Operating Overdraft | | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.04 | 1,082.31 | 1,082.31 | 1,082.31 | 1,082.31 | 1,082.31 | 1,082.31 |
| Savings - Core | 100.00 | 553,605.81 | 305,940.24 | 6,093.20 | 1,243.35 | 1,393.41 | 1,543.48 | 1,693.55 | 1,843.55 | 1,993.55 | 2,143.55 | 2,293.55 |
| Savings - Main Savings (XXXXXX 1270) | | 5,000.13 | 0.34 | -5.66 | 88.35 | 82.36 | 0.13 | 0.13 | 0.13 | 0.13 | 0.13 | 0.13 |
| **Total Bank Accounts** | **$ 81,170.00** | **$ 610,310.09** | **$ 488,876.72** | **$ 61,495.08** | **$ 28,203.91** | **$ 47,826.71** | **$ 88,676.71** | **$ 85,388.09** | **$ 173,333.58** | **$ 107,895.90** | **$ 262,067.77** | **$ 22,355.36** |
| **Other current assets** | | | | | | | | | | | | |
| Inter Bank Account Transfer | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investments - Other | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,187.52 | 4,187.52 | 4,187.52 |
| **Total Other current assets** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 4,187.52** | **$ 4,187.52** | **$ 4,187.52** |
| **Total Current Assets** | **$ 81,170.00** | **$ 610,310.09** | **$ 488,876.72** | **$ 61,495.08** | **$ 28,203.91** | **$ 47,826.71** | **$ 88,676.71** | **$ 85,388.09** | **$ 173,333.58** | **$ 112,083.42** | **$ 266,255.29** | **$ 26,542.88** |
| **Fixed Assets** | | | | | | | | | | | | |
| Household Improvements | | 0.00 | 0.00 | 0.00 | 7,600.00 | 11,600.00 | 17,100.00 | 21,100.00 | 23,100.00 | 24,867.50 | 24,867.50 | 27,534.50 |
| Machinery & Equipment | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Avalon Systems - Hardware | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Depreciation | | 0.00 | 0.00 | 0.00 | -37,500.00 | -75,000.00 | -112,500.00 | -150,000.00 | -187,500.00 | -225,000.00 | -262,500.00 | -300,000.00 |
| Original Cost | | 0.00 | 0.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 | 300,000.00 |
| **Total Avalon Systems - Hardware** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 300,000.00** | **$ 262,500.00** | **$ 225,000.00** | **$ 187,500.00** | **$ 150,000.00** | **$ 112,500.00** | **$ 75,000.00** | **$ 37,500.00** | **$ 0.00** |
| Avalon Systems - Infrastructure | | 0.00 | 3,261.53 | 176,629.77 | 248,254.90 | 269,657.27 | 303,781.37 | 335,281.37 | 335,603.83 | 335,603.83 | 335,603.83 | 335,603.83 |
| Avalon Systems - Labor | | 0.00 | 0.00 | 14,352.50 | 39,697.50 | 58,781.12 | 71,261.12 | 80,261.12 | 83,261.12 | 83,261.12 | 83,261.12 | 83,261.12 |
| Avalon Systems - Shipping | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 | 12,000.00 | 16,000.00 | 22,000.00 | 26,000.00 | 32,000.00 |
| BF Systems - Infrastructure | | 0.00 | 0.00 | 105.33 | 6,886.03 | 75,189.82 | 105,764.65 | 123,783.11 | 148,509.48 | 163,509.48 | 188,801.80 | 230,753.89 |
| BF Systems - Labor | | 0.00 | 0.00 | 0.00 | 697.50 | 18,117.50 | 47,765.60 | 73,433.94 | 84,734.57 | 90,112.07 | 90,112.07 | 90,112.07 |
| Phase 1 Expansion - Hardware | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,720.00 | 1,232,290.00 | 1,176,495.20 |
| Phase 1 Expansion - Infrastructure | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,495.43 | 156,126.36 | 257,503.26 |
| Phase 1 Expansion - Labor | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 9,897.50 | 32,920.00 |
| **Total Machinery & Equipment** | **$ 0.00** | **$ 0.00** | **$ 3,261.53** | **$ 491,087.60** | **$ 558,035.93** | **$ 646,745.71** | **$ 720,072.74** | **$ 774,759.54** | **$ 780,609.00** | **$ 817,601.93** | **$ 2,159,592.68** | **$ 2,238,649.37** |
| Network | | 0.00 | 0.00 | 3,475.00 | 3,866.50 | 3,866.50 | 3,941.50 | 8,941.50 | 9,990.55 | 9,990.55 | 9,990.55 | 10,800.60 |
| **Total Fixed Assets** | **$ 0.00** | **$ 0.00** | **$ 3,261.53** | **$ 494,562.60** | **$ 569,502.43** | **$ 662,212.21** | **$ 741,114.24** | **$ 804,801.04** | **$ 813,699.55** | **$ 852,459.98** | **$ 2,194,450.73** | **$ 2,276,984.47** |
| **TOTAL ASSETS** | **$ 81,170.00** | **$ 610,310.09** | **$ 492,138.25** | **$ 556,057.68** | **$ 597,706.34** | **$ 710,038.92** | **$ 829,790.95** | **$ 890,189.13** | **$ 987,033.13** | **$ 964,543.40** | **$ 2,460,706.02** | **$ 2,303,527.35** |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| **Other Current Liabilities** | | | | | | | | | | | | |
| Payroll Liabilities | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CA PIT / SDI | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 785.54 | 1,571.08 | 785.54 |
| CA SUI / ETT | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 245.00 | 245.00 | 245.00 |
| Federal Taxes (941/944) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,310.42 | 2,620.84 | 1,310.42 |
| Federal Unemployment (940) | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.00 | 42.00 | 42.00 |
| **Total Payroll Liabilities** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 2,382.96** | **$ 4,478.92** | **$ 2,382.96** |
| **Total Other Current Liabilities** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 2,382.96** | **$ 4,478.92** | **$ 2,382.96** |
| **Total Current Liabilities** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 2,382.96** | **$ 4,478.92** | **$ 2,382.96** |
| **Long-Term Liabilities** | | | | | | | | | | | | |
| Long Term Debt | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,497,000.00 | 1,427,000.00 |
| **Total Long-Term Liabilities** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 1,497,000.00** | **$ 1,427,000.00** |
| **Total Liabilities** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 2,382.96** | **$ 1,501,478.92** | **$ 1,429,382.96** |
| **Equity** | | | | | | | | | | | | |
| Opening Balance Equity | 81,200.00 | 634,550.00 | 704,550.13 | 794,381.48 | 793,781.48 | 773,781.48 | 773,781.48 | 773,781.48 | 841,781.48 | 841,781.48 | 841,781.48 | 841,781.48 |
| Retained Earnings | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Income | -30.00 | -24,239.91 | -212,411.88 | -238,323.80 | -196,075.14 | -63,742.56 | 56,009.47 | 116,407.65 | 145,251.65 | 120,378.96 | 117,445.62 | 32,362.91 |
| **Total Equity** | **$ 81,170.00** | **$ 610,310.09** | **$ 492,138.25** | **$ 556,057.68** | **$ 597,706.34** | **$ 710,038.92** | **$ 829,790.95** | **$ 890,189.13** | **$ 987,033.13** | **$ 962,160.44** | **$ 959,227.10** | **$ 874,144.39** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 81,170.00** | **$ 610,310.09** | **$ 492,138.25** | **$ 556,057.68** | **$ 597,706.34** | **$ 710,038.92** | **$ 829,790.95** | **$ 890,189.13** | **$ 987,033.13** | **$ 964,543.40** | **$ 2,460,706.02** | **$ 2,303,527.35** |