MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-11-ASW

Chapter 11

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:

1. NOTICE OF BANKRUPTCY CASE FILING
2. NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES

Upon the following persons and/or entities:

Austin Roberts
2312 Lavon Lane
Ceres, CA 95307

Brian Friend
527 Terminal Ave.
Modesto, CA 95350

Dave Riggs
1339 26th St., Apt 8
Santa Monica, CA 90404

David B. Oshinsky
9415 Culver Boulevard
Culver City, CA 90232

Emergent Systems Exchange, LLC
Attn: Henry Cornelius
7160 Shady Oak Road
Eden Prairie, MN 55344

Jacob Lopez
1608 Don Pedro Road
Ceres, CA 95307

1

| | |
|---|---|
| Jeramy Shoemaker<br>2174 Coley Ave., Apt. 31<br>Escalon, CA 95320 | MegaBigPower<br>1250 N Wenatchee Ave., Ste H#147<br>Wenatchee, WA 98801 |
| Michael White<br>2824 Fowler Road<br>Ceres, CA 95307 | Plug and Play Tech Center<br>370 Convention Way<br>Redwood City, CA 94063 |
| Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 |
| The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061 |
| Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382 | Vagada Holdings LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 |
| Valley Oak Apartments<br>2300 Oakdale Road<br>Modesto, CA 95355 | |

As follows:

☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☒ <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: March 23, 2015    /s/ Samantha G. Brown
                            SAMANTHA G. BROWN