| | |
|---|---|
| 1 | MACDONALD | FERNANDEZ LLP |
| 2 | IAIN A. MACDONALD (SBN 051073) |
|   | RENO F.R. FERNANDEZ III (SBN 251934) |
| 3 | ROXANNE BAHADURJI (SBN 290117) |
|   | 221 Sansome Street, Third Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 362-0449 |
| 5 | Facsimile: (415) 394-5544 |

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>           Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>NOTICE PURSUANT TO FED. R. BANKR. P. 1009(a) OF AMENDMENT TO SUMMARY OF SCHEDULES, SCHEDULE B, E. F, G, BUSINESS INCOME AND EXPENSES AND STATEMENT OF FINANCIAL AFFAIRS |

NOTICE IS HEREBY GIVEN pursuant to Federal Rule of Bankruptcy Procedure 1009(a) that on March 23, 2015, AQH, LLC, Chapter 11 Debtor herein, filed its first Amended Summary of Schedules, Schedule B, E, F, G, Business Income and Expenses, and Statement of Financial Affairs. Copies of the amended documents may be obtained from the Clerk of Court, from the undersigned, or from the Court's website (www.canb.uscourts.gov).

DATED: March 23, 2015                      MACDONALD | FERNANDEZ LLP

                                                By: /s/ Matthew J. Olson
                                                    Matthew J. Olson, Esq.
                                                    Proposed Attorneys for Debtor-in-Possession,
                                                    AQH, LLC

1