MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

Debtor.

Case No. 15-50553-11-ASW

Chapter 11

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following document(s):

1. NOTICE PURSUANT TO FED. R. BANKR. P. 1009(a) OF AMENDMENT TO SUMMARY OF SCHEDULES, SCHEDULE B, E. F, G, BUSINESS INCOME AND EXPENSES AND STATEMENT OF FINANCIAL AFFAIRS

Upon the following persons and/or entities below and on the attached mailing matrix:

Austin Roberts
2312 Lavon Lane
Ceres, CA 95307

Brian Friend
527 Terminal Ave.
Modesto, CA 95350

Dave Riggs
1339 26th St., Apt 8
Santa Monica, CA 90404

David B. Oshinsky
9415 Culver Boulevard
Culver City, CA 90232

Emergent Systems Exchange, LLC
Attn: Henry Cornelius
7160 Shady Oak Road
Eden Prairie, MN 55344

Jacob Lopez
1608 Don Pedro Road
Ceres, CA 95307

1

| | | |
|---|---|---|
| 1 | Jeramy Shoemaker<br>2174 Coley Ave., Apt. 31 | MegaBigPower<br>1250 N Wenatchee Ave., Ste H#147 |
| 2 | Escalon, CA 95320 | Wenatchee, WA 98801 |
| 3 | Michael White | Plug and Play Tech Center |
| 4 | 2824 Fowler Road<br>Ceres, CA 95307 | 370 Convention Way<br>Redwood City, CA 94063 |
| 5 | Sean Walsh | State of California |
| 6 | 1742 Kansas Street<br>Redwood City, CA 94061 | Employment Development Dept.<br>Bankruptcy Special Procedures Group |
| 7 | | P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 |
| 8 | | |
| 9 | The Law Offices of Peter Lively<br>Attn: Peter Lively | Thomas Bautista<br>1624 Palm Ave. |
| 10 | 11268 W. Washington Blvd.<br>Culver City, CA 90230 | Redwood City, CA 94061 |
| 11 | Tricia Hayward | Vagada Holdings LLC |
| 12 | 1125 East Monte Vista Ave.<br>Turlock, CA 95382 | Attn: Yan Ebyam<br>18600 Castle Ridge Drive |
| 13 | | Morgan Hill, CA 95037 |
| 14 | Valley Oak Apartments<br>2300 Oakdale Road | |
| 15 | Modesto, CA 95355 | |

    [X]    <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

    EXECUTED: March 23, 2015            /s/ Samantha G. Brown
                                        SAMANTHA G. BROWN

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Mon Feb 23 15:09:45 PST 2015 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 |
| Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 | Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 |
| DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 | Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 |
| Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 |
| Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |

| | | |
|---|---|---|
| Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 |
| (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39