CHERYL C. ROUSE (State Bar No. 118313)
NORMAN P. BAHLERT (State Bar No. 135693)
LAW OFFICES OF ROUSE & BAHLERT
345 Franklin Street
San Francisco, CA 94102
(415) 575-9444
(415) 575-9440
E-mail: rblaw@ix.netcom.com

Attorneys for Secured Creditor
Andrew L. Faris

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>AQH, LLC<br><br>            Debtor.<br>_____ | Case No. 15-50553-ASW<br>Chapter 11<br><br><br><br>**REQUEST FOR SPECIAL NOTICE** |

TO: THE CLERK OF THE COURT, DEBTOR, DEBTOR'S COUNSEL, CREDITORS AND U.S. TRUSTEE:

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, secured creditor Andrew L. Faris ("Faris"). hereby requests that a copy of each notice of proceeding, hearing and/or report in this matter be served to the address indicated below:

      CHERYL C. ROUSE
      LAW OFFICES OF ROUSE & BAHLERT
      345 Franklin Street
      San Francisco, California 94102
      (415) 575-9444
      rblaw@ix.netcom.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Faris': (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related

hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Faris is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: March 24, 2015                     LAW OFFICES OF ROUSE & BAHLERT

                                               BY:   /s/ Cheryl C. Rouse
                                                          CHERYL C. ROUSE
                                                          Attorneys for Secured Creditor Andrew L. Faris.