Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
E-Mail: sfinestone@pobox.com

Attorneys for Tatiana Korolshteyn
and Lucile Darnell

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 15-50553
)
AQH, LLC ) Chapter 11
)
    Debtor. ) **REQUEST FOR SPECIAL NOTICE BY**
) **TATIANA KOROLSHTEYN AND**
) **LUCILE DARNELL**

TO THE DEBTOR, THE TRUSTEE AND ALL PARTIES IN INTEREST:

    Pursuant to Bankruptcy Rules 2002 and 9010(b), Tatiana Korolshteyn and Lucile Darnell hereby appear in this case and requests copies of all notices or other documents and matters in this case, including the notice referenced in Bankruptcy Rule 3017. All notices sent pursuant to this request for notice should be directed as follows:

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
E-Mail: sfinestone@pobox.com

Dated: March 26, 2015        LAW OFFICES OF STEPHEN D. FINESTONE

                                        /s/ Stephen D. Finestone
                                        Stephen D. Finestone
                                        Attorney for Creditors

REQUEST FOR SPECIAL NOTICE        -1-

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is 456 Montgomery Street, 20th Floor, San Francisco, CA 94104.

On the below date I served the attached document(s) entitled:

**REQUEST FOR SPECIAL NOTICE BY TATIANA KOROLSHTEYN AND LUCILE DARNELL**

on all interested parties in said cause addressed as follows:

| | |
|---|---|
| Reno F.R. Fernandez III | Office of the U.S. Trustee |
| Macdonald \| Fernandez | 280 South First Street, Room 268 |
| 221 Sansome St., 3rd Floor | San Jose, California 95113 |
| San Francisco, CA 94104 | |

[X] **(BY MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing that same day at 456 Montgomery Street, 20th Floor, San Francisco, CA. I declare that I am readily familiar with the business practice of The Law Offices of Stephen Finestone for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] **(BY HAND)** by causing a true copy of such document(s) to be hand-delivered by messenger to the following at their respective addresses as indicated above.

[ ] **(BY FEDERAL EXPRESS)** by placing a true copy thereof enclosed in a sealed envelope for delivery via Federal Express to the addressee(s) noted above.

[ ] **(BY FACSIMILE)** I served the foregoing documents on the interested party/parties in this action by facsimile transmission and the transmission was reported as completed without error to the office(s) with the following fax number: (see above)                . I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Vogl & Meredith, 456 Montgomery Street, San Francisco, California.

Executed **March 26, 2015** at San Francisco, California.

[X] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct.

Name: Ngoc Truong          /s/ Ngoc Truong

Request for Special Notice.wpd

REQUEST FOR SPECIAL NOTICE                  -2-

Case: 15-50553    Doc# 63    Filed: 03/26/15    Entered: 03/26/15 12:01:29    Page 2 of 2