MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

              Debtor.

Case No. 15-50553-ASW-11

Chapter 11

DECLARATION OF DONNA E. FLANDERS IN SUPPORT OF MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

I, Donna E. Flanders, declare:

1.     I am a partner of Baudler & Flanders, and I am a certified public accountant duly licensed by the State of California. A copy of my curriculum vitae is filed herewith as Exhibit "A" which provides my qualifications. The following facts are true and correct of my own personal knowledge. If called as a witness, I would and could competently testify as follows.

2.     On March 10, 2015, I made arrangements with AQH, LLC, Debtor-in-Possession herein, to prepare monthly operating reports and to provide other accountant services appurtenant thereto.

3.     Baudler & Flanders has no pre-petition claim against the Debtor or the estate. After a diligent inquiry, I am not aware that any employee of Baudler & Flanders has a claim against the Debtor or the estate, or any other economic interest.

1

4. I will manage this engagement on behalf of Baudler & Flanders and supervise any other employees of Baudler & Flanders who are assigned to this engagement. A copy of Baudler & Flanders' proposed retention agreement is filed herewith as Exhibit "B."

5. The fees charged by Baudler & Flanders will be based on the number of hours of work performed on the project multiplied by the specific accountant or employee's applicable hourly billing rate, which range between $45.00 - $250.00. For bookkeeping services, including preparation of monthly operating reports, services are billed at the rate of $95.00 per hour.

6. I have reviewed the list of creditors and interest holders in this case. Crimetek Security and I Guard, both unsecured creditors of the Debtor, are or have been clients of Baudler & Flanders. Both companies are current on their fees to Baudler & Flanders. Baudler & Flanders does not have a financial interest in either company and Baudler & Flanders did not provide audit services to either company.

7. Other than as noted in Paragraph 6, Baudler & Flanders and I have no connection with the Debtor, nor its creditors, attorneys or accountants, the United States Trustee, or any person employed with the Office of the United States Trustee, and we are a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

8. I understand that, notwithstanding any agreement to the contrary, Baudler & Flanders' right to recover fees and costs are subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Eastern District of California, and payment of such fees and costs are subject to prior Court approval.

9. Baudler & Flanders has no agreement to share compensation with any other person or entity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of March, 2015, at Modesto, California.

/s/ Donna E. Flanders
DONNA E. FLANDERS

2

# EXHIBIT A

# Michael R. Baudler & Donna E. Flanders

Certified Public Accountants

# Memo

**To:** Reno Fernandez
**From:** Donna Flanders
**Date:** 1/8/2013
**Re:** firm info

Here is a summary of basic information about our firm:

Michael R. Baudler, CPA

*State Board of Accountancy license 3131E – effective 1/30/81*
*Member California Society of Certified Public Accountants since 1981*
*Bachelor of Arts degree, 6/17/74, University of California at Davis*

Donna E. Flanders, CPA

*State Board of Accountancy license 67726– effective 11/18/94*
*Member California Society of Certified Public Accountants since 1995*
*Bachelor of Science degree, 9/5/75, University of California at Davis*

Michael R. Baudler & Donna E. Flanders, Certified Public Accounts, a general partnership established 7/1/95

*State Board of Accountancy partnership number 6120*

Our firm offers a full range of services to businesses and individuals including attestation services; business plan preparation: tax return preparation, audits, and planning;   litigation support; bookkeeping including payroll preparation and payroll tax returns; interim CEO and CFO services; and accounting services.

Both partners have also qualified as expert witnesses in Stanislaus County Superior Court and Michael R. Baudler has testified in Bankruptcy Court.

**1120 14th Street • Suite 2 • Modesto • CA • 95354**

telephone • (209) 575-2653 • facsimile • (209) 575-0629 • e-mail • b_f@modestocpas.com

# EXHIBIT B

# Michael R. Baudler & Donna E. Flanders

Certified Public Accountants

March 10, 2015

Sean Walsh
Chris Cunningham
AQH, LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085

This letter is to confirm our understanding of the terms and objective of our engagement and the nature and limitations of the services we will provide.

We will perform the following services:

- Prepare the monthly operating reports, beginning with the period February 19 to February 28, 2015, and then by calendar month, in the chapter 11 bankruptcy case no. 15-50553

- Assist your designated staff with adjusting and reconciling your financial books, as needed

- Prepare the 2014 federal and California tax returns, and thereafter as requested

Our fee for these services will be billed at rates based on the personnel assigned and the complexity of the services provided:

- Monthly operating reports             $  95.00 per hour
- Income tax preparation                $ 175.00 per hour
- Consultation                          $ 175.00 per hour
- Court appearance and related preparation   $ 250.00 per hour
- Administration re: Bankruptcy Court   $  95.00 per hour

You will be responsible for any legal fees incurred if and when we utilize your attorney and his staff to obtain Court approval for the payment of our fee, for our appointment as your accountant, and for any other legal matters that arise in conjunction with this case.

You will be responsible for providing information we need to prepare accurate and timely monthly reports at a minimum of five working days prior to your attorney's deadline.

You are responsible for making all financial records and related information available to us and for the accuracy and completeness of that information. Our engagement cannot be relied upon to disclose errors, fraud, or other illegal acts. However, we will inform you of any material errors, and of any evidence or information that comes to our attention during our procedures. We have no responsibility to identify and communicate deficiencies in your internal control as part of this engagement.

You are responsible for assuming all management responsibilities and for overseeing any services by designating an individual who possesses suitable skills, knowledge or experience. You are responsible for evaluating the adequacy and results of the services performed and accepting responsibility for the results of such services.

Donna Flanders is the engagement partner and is responsible for supervising the engagement.

A fee guarantee and initial retainer of $5,000.00 is required at the commencement of our services. When received the funds will be deposited into a separate Trust account at Modesto Commerce Bank and will be drawn upon to pay our Court approved fees or if discharged from the bankruptcy, any fees outstanding and as billed. Monthly we will analyze anticipated services and may require additional funds be deposited to the Trust account so that the balance is sufficient to cover three months of future estimated invoices.

We are available for other services. We will prepare a separate letter for any other services requested. We will have a separate letter related to tax preparation.

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, let us know. If you agree with the terms of our engagement as described in this letter, please sign a copy and return it to us.

Sincerely,

*Baudler & Flanders*

*Acknowledged*

_____    _____
Sean Walsh, member                 Dated

Chris Cunningham ("guarantor") hereby guarantees the indebtedness of AQH, LLC referred to in this Agreement, above. Guarantor agrees to be liable for said indebtedness and all amounts due under the Agreement, including but not limited to CPA firm fees, costs, expenses and interest. Guarantor waives notice of demand or presentment prior to enforcing this Guarantee.

_____
Chris Cunningham, member

3/23/15
Dated

2

You are responsible for assuming all management responsibilities and for overseeing any services by designating an individual who possesses suitable skills, knowledge or experience. You are responsible for evaluating the adequacy and results of the services performed and accepting responsibility for the results of such services.

Donna Flanders is the engagement partner and is responsible for supervising the engagement.

A fee guarantee and initial retainer of $5,000.00 is required at the commencement of our services. When received the funds will be deposited into a separate Trust account at Modesto Commerce Bank and will be drawn upon to pay our Court approved fees or if discharged from the bankruptcy, any fees outstanding and as billed. Monthly we will analyze anticipated services and may require additional funds be deposited to the Trust account so that the balance is sufficient to cover three months of future estimated invoices.

We are available for other services. We will prepare a separate letter for any other services requested. We will have a separate letter related to tax preparation.

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, let us know. If you agree with the terms of our engagement as described in this letter, please sign a copy and return it to us.

Sincerely,

*Baudler & Flanders*

Acknowledged

_____
Sean Walsh, member

3/23/15
Dated

*Chris Cunningham ("guarantor") hereby guarantees the indebtedness of AQH, LLC referred to in this Agreement, above. Guarantor agrees to be liable for said indebtedness and all amounts due under the Agreement, including but not limited to CPA firm fees, costs, expenses and interest. Guarantor waives notice of demand or presentment prior to enforcing this Guarantee.*

_____
Chris Cunningham, member

_____
Dated

2