MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession
AQH, LLC

IT IS SO ORDERED.
Signed April 2, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>ORDER AUTHORIZING PAYMENT OF PRE-PETITION WAGES AND TAXES<br><br>Date:    March 9, 2015<br>Time:   3:00 p.m.<br>Place:   280 South First Street, Room 3020<br>            San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

A hearing on interim approval of the Motion for Authority to Pay Pre-Petition Wages and Taxes filed by AQH, LLC, Debtor-in-Possession herein, came on for hearing before the Honorable Arthur S. Weissbrodt on March 9, 2015 at 3:00 p.m. Reno F.R. Fernandez III of Macdonald Fernandez LLP appeared for AQH, LLC, Debtor in Possession herein; Shining J. Hsu appeared for the United States Trustee; other appearances were as noted on the record. The Court, having reviewed the Motion and evidence submitted in connection therewith, having heard the arguments and representations of counsel, finding that notice was proper under the circumstances, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted on an interim basis pending a further hearing thereon;

2. The Debtor is authorized to pay pre-petition wages up to a total of $10,626.78;

3. The Debtor is authorized to pay post-petition wages as they become due; and

4. The Debtor is authorized to pay the following pre-petition taxes: $1,927.55 in California Income Tax and State Disability Insurance; $490.00 in State Unemployment Insurance and Employment Training Tax; $643.23 in Federal Income Tax; $84.00 in Federal Unemployment Employer Tax; and the $800.00 minimum California corporate franchise tax.

OFFICE OF THE UNITED STATES TRUSTEE


By: /s/ Shining J. Hsu
     Shining J. Hsu
     Trial Attorney

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).