MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

IT IS SO ORDERED.
Signed April 8, 2015

*Arthur S. Weissbrodt*
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL<br><br>Date:  March 9, 2015<br>Time:  3:00 pm<br>Place:  280 South First Street, Room 3020<br>           San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

The Motion for Authority to Use Cash Collateral filed by AQH, LLC, Debtor in Possession herein, came on for hearing on March 9, 2015 at 3:00 p.m. Reno F.R. Fernandez III of Macdonald Fernandez LLP appeared for AQH, LLC, Debtor in Possession herein; S. Craig Hunter and Karl Schweikert of Churchwell White LLP appeared for the Riverbank Local Redevelopment Agency; other appearances were as noted on the record. The Motion was not opposed. The Court, having reviewed the Motion and evidence submitted in connection therewith, having heard the arguments and representations of counsel, finding that notice was proper under the circumstances, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted on an interim basis through May 15, 2015;

2. The Debtor is authorized to use cash collateral up to the amount of $280,869 per month in the categories identified in the budget attached hereto; provided that, for each category of

expenses identified in the budget, the Debtor shall not pay more than the amount identified therein plus a variance of up to 5%;

    3.    Unused portions of said budget (except for the variance of 5%) shall roll over to increase the following months' budgets, category by category;

    4.    The Debtor is authorized to use cash collateral for purposes other than those stated in the budget, and in addition to the amounts provided in the budget, upon the written consent of both Andrew L. Faris and Emergent Systems Exchange, LLC without further notice or order of the Court, provided that the Debtor's use of property otherwise complies with the Bankruptcy Code;

    5.    The hearing on the Motion set for March 31, 2015, is vacated; and

    6.    A hearing on final authorization to use cash collateral is set for April 24, 2015, at 3:30 pm, with any opposition to be filed on or before April 10, 2015, and any reply to be filed on or before April 17, 2015.

APPROVED AS TO FORM:

| OPPENHEIMER WOLFF & DONNELLY LLP | LAW OFFICES OF ROUSE & BAHLERT |
|---|---|
| By: /s/ David B. Galle | By: /s/ Cheryl C. Rouse |
|     David B. Galle |     Cheryl C. Rouse |
|     Attorneys for Emergent Systems Exchange |     Attorneys for Andrew L. Faris |

*** END OF ORDER ***

# COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).

# EXHIBIT A

**Aquifer Projections**

| | 2015 February | March | April | May | June | July |
|---|---|---|---|---|---|---|
| Max GHR @ $228/BTC | 400,000 | | | | | |
| Hashrate Added Per Month, TH | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Avg Global Hashrate, TH | 330,000 | 335,000 | 340,000 | 345,000 | 350,000 | 355,000 |
| | | | | | | |
| Average Block Time, minutes | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 |
| BTC Paid To Miners | 105,773 | 105,773 | 105,773 | 105,773 | 105,773 | 105,773 |
| Pool Variance to theoretical revenue | 5% | | | | | |
| Revenue Per TH, BTC | 0.32 | 0.32 | 0.31 | 0.31 | 0.30 | 0.30 |
| BTC Price, $ | 228.00 | 228.00 | 228.00 | 228.00 | 228.00 | 228.00 |
| Revenue Per TH, $ | 73.08 | 71.99 | 70.93 | 69.90 | 68.90 | 67.93 |
| 3-Month Revenue Per TH, $ | 216.00 | 212.82 | 209.74 | 206.74 | 136.84 | 67.93 |
| | | | | | | |
| kW Per TH (Cointerra) | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 |
| kW Per TH (BitFury) | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 | 0.80 |
| Avg kWh Per Month | 720 | 720 | 720 | 720 | 720 | 720 |
| $ per kWh | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 |
| Electricity Cost Per TH, $ | 30.96 | 31.43 | 31.77 | 31.77 | 31.77 | 31.77 |
| | | | | | | |
| Power online (kW) | 1,505.00 | 2,270.00 | 3,530.00 | 3,530.00 | 3,530.00 | 3,530.00 |
| Cointerra TH Online | 1,050.00 | 1,900.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 |
| BitFury TH Online | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
| Avg. TH Live | 1,750.00 | 2,600.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 |
| BTC Generated | 560.92 | 820.93 | 1,244.39 | 1,226.36 | 1,208.84 | 1,191.81 |
| | | | | | | |
| **Total Revenue (line 13 X line 25)** | **$127,889** | **$187,171** | **$283,721** | **$279,609** | **$275,615** | **$271,733** |
| Total Electricity Costs | ($54,180) | ($81,720) | ($127,080) | ($127,080) | ($127,080) | ($127,080) |
| **Gross Profit** | **$73,709** | **$105,451** | **$156,641** | **$152,529** | **$148,535** | **$144,653** |
| | | | | | | |
| *Fixed Operating Expenses* | | | | | | |
| Lease | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| Salaries | 40,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 | 46,000.00 |
| Facility Costs | 9,150.00 | 10,750.00 | 10,750.00 | 10,750.00 | 10,750.00 | 10,750.00 * Insurance bill received. Assets covered to 2.2mm |
| | | | | | | |
| *Reorganization, Reserves & Other* | | | | | | |
| Risk Reserve | | | 31,328.21 | 30,505.83 | 29,706.95 | 28,930.57 * Risk reserved moved to month after security payment |
| US Trustee Fees | | 975.00 | | | 1,625.00 | |
| Heat Dissipation Fans (Grainger) | | | 22,000.00 | 22,000.00 | | * multiple purchases COD, not on terms |
| Adequate Protection - A. Faris (est.) | | 2,583.33 | 2,583.33 | 2,583.33 | 2,583.33 | 2,583.33 * interest only payments |
| Adequate Protection - Emergent System Exchange | | 5,280.00 | 8,850.00 | 16,950.00 | 16,950.00 | 16,950.00 * interest only payments |
| Minimum Franchise Taxes | | | 800 | | | |
| | | | | | | |
| Fixed Monthly Operating Expense | ($74,150) | ($90,588) | ($147,312) | ($153,789) | ($132,615) | ($130,214) |
| **Operating Profit** | **($441)** | **$14,863** | **$9,330** | **($1,260)** | **$15,919** | **$14,439** |
| **Cumulative Operating Profit** | **($441)** | **$14,422** | **$23,752** | **$22,492** | **$38,411** | **$52,850** |
| | | | | | | |
| Cumulative Risk Reserve | | $0 | $31,328 | $61,834 | $91,541 | $120,472 |
| | | | | | | |
| Total Operating Expense | ($128,330) | ($172,308) | ($274,392) | ($280,869) | ($259,695) | ($257,294) |
| | | | | | | |
| **Security Deposit for Electricity** | | | | | | |
| Sources | | | | | | |
| Minimum Cash on hand as of 2015.02.28 | $50,127 | | | | | |
| Proceeds from Sale of 170 XBT on hand as of 2015.02.26 | $39,100 | | | | | |
| DIP Loan | $3,000 | $40,000 | | | | |
| **Total Sources** | **$92,227** | **$40,000** | **$0** | **$0** | **$0** | **$0** |

Case: 15-50553    Doc# 69    Filed: 04/08/15    Entered: 04/08/15 12:02:11    Page 5 of 6

| | | | | | |
|---|---|---|---|---|---|
| 73 Uses | | | | | |
| 74 Security Deposit for Electricity | | ($127,080) | | | |
| 75 | | | | | |
| 76 Total Uses | $92,227 | ($127,080) | | | |
| 77 Surplus cash | $92,227 | $20,010 | $29,339 | $28,079 | $43,999 | $58,438 * Excluding risk reserve |
| 78 Risk Reserved | $0 | $0 | $31,328 | $30,506 | $29,707 | $28,931 |
| 79 Total Monthly Cash flow | **$92,227** | **$20,010** | **$60,668** | **$58,585** | **$73,706** | **$87,368** |
| 80 Cumulative Total Cash | *$92,227* | *$112,237* | *$172,904* | *$231,490* | *$305,195* | *$392,564* |