MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

**IT IS SO ORDERED.**
**Signed April 10, 2015**

*Arthur S. Weissbrodt*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

Proposed Attorneys for Debtor-in-Possession
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

                    Debtor.

Case No. 15-50553-ASW-11

Chapter 11

ORDER APPROVING APPLICATION FOR
APPOINTMENT OF MACDONALD
FERNANDEZ LLP AS ATTORNEYS FOR
DEBTOR-IN-POSSESSION

The Court, having reviewed the Application of AQH, LLC, Debtor-in-Possession herein, praying for appointment of Macdonald Fernandez LLP as its attorneys, and the Declaration of Reno F.R. Fernandez III in support of that Application, and good cause appearing;

IT IS HEREBY ORDERED that the Debtor is hereby authorized to employ the firm of Macdonald Fernandez LLP as its counsel in this case.

**CERTIFICATE OF SERVICE DOCKET NO. ___**

**\*\*END OF ORDER\*\***

1

## COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).