```
 1  MACDONALD | FERNANDEZ LLP
    IAIN A. MACDONALD (SBN 051073)
 2  RENO F.R. FERNANDEZ III (SBN 251934)
    MATTHEW J. OLSON (SBN 265908)
 3  ROXANNE BAHADURJI (SBN 290117)
    221 Sansome Street, Third Floor
 4  San Francisco, CA 94104
    Telephone: (415) 362-0449
 5  Facsimile: (415) 394-5544
 6
    Proposed Attorneys for Debtor in Possession,
 7  AQH, LLC
 8
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-ASW-11 |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | REQUEST FOR ENTRY OF ORDER BY DEFAULT RE: MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER |
|  | [No Hearing Set] |

TO: THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA:

AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein, respectfully requests entry of an order authorizing the Debtor to retain Kelly Litigation Group, Inc. as special litigation counsel for the Debtor in Possession pursuant to Bankruptcy Code Section 327 and for authorization to pay a post-petition retainer of $2,500 to Kelly Litigation Group, Inc. pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a).

1. The within case was commenced by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of its estate.

2. On March 23, 2015, AQH, LLC filed its motion to approve appointment of Kelly

1

Litigation Group, Inc. as special litigation counsel for Debtor in Possession and (2) payment of post-petition retainer, the Declaration of Michael Mengarelli in Support of the Motion, and exhibits thereto (collectively, the "Application"), together with a notice of opportunity for hearing on said Application (the "Notice"). *See* Doc. Nos. 55-57. A true and correct copy of the Notice (Doc. No. 56) is attached as Exhibit "A" to Declaration of Matthew J. Olson (the "Olson Decl."), filed herewith.

3. Service of the Application and Notice was effectuated on March 23, 2015, by U.S. Mail and is proper pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and 9014(b)(3). A true and correct copy of the certificate of service of the Application and Notice (Doc. No. 57) is attached as Exhibit "B" to the Olson Decl.

4. The Notice provided that anyone who wished to object to the Debtor's Motion was required to do so by filing a written objection with the Clerk of the United States Bankruptcy Court and by serving it on this office as counsel for the AQH, LLC no later than 21 days from the date on which the Notice was served. The last day for filing and serving objections to the Application was April 13, 2015. This office received no objection and no objection was filed. Olson Decl. ¶ 4.

WHEREFORE, AQH, LLC pray for entry of an order:

1. Allowing AQH, LLC to retain Kelly Litigation Group, Inc. as special litigation counsel for the Debtor in Possession pursuant to Bankruptcy Code Section 327;

2. Allowing AQH, LLC to pay a post-petition retainer of $2,500 to Kelly Litigation Group, Inc. pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a); and

3. For such other and further relief as is appropriate in the premises.

DATED: April 14, 2015                    MACDONALD | FERNANDEZ LLP


                                         By: /s/ Matthew J. Olson
                                             Matthew J. Olson
                                             Proposed Attorneys for Debtors in Possession,
                                             AQH, LLC