MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>               Debtor. | Case No. 15-50553-ASW-11<br><br>Chapter 11<br><br>DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF REQUEST FOR ENTRY OF ORDER BY DEFAULT RE: MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER<br><br>[No Hearing Set] |

I, Matthew J. Olson, declare:

1.  I am an associate attorney with Macdonald Fernandez LLP, counsel of record for AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein. The following facts are true and correct of my own personal knowledge. If called upon as a witness, I would and could competently testify as follows.

2.  On March 23, 2015, AQH, LLC filed its motion to approve appointment of Kelly Litigation Group, Inc. as special litigation counsel for Debtor in Possession and (2) payment of post-petition retainer, the Declaration of Michael Mengarelli in Support of the Motion, and exhibits thereto (collectively, the "Application"), together with a notice of opportunity for hearing on said

Application (the "<u>Notice</u>"). *See* Doc. Nos. 55-57. A true and correct copy of the Notice (Doc. No. 56) is attached as Exhibit "A" hereto and is incorporated herein by this reference.

    3.    Service of the Application and Notice was effectuated on March 23, 2015, by U.S. Mail and is proper pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and 9014(b)(3). A true and correct copy of the certificate of service of the Application and Notice (Doc. No. 57) is attached as Exhibit "B" hereto and is incorporated herein by this reference.

    4.    The Notice provided that anyone who wished to object to the Debtor's Motion was required to do so by filing a written objection with the Clerk of the United States Bankruptcy Court and by serving it on this office as counsel for the AQH, LLC no later than 21 days from the date on which the Notice was served. The last day for filing and serving objections to the Application was April 13, 2015. As of this date I received no objection and no objection was filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of April, 2015, at San Francisco, California.

                                                      /s/ Matthew J. Olson
                                                      MATTHEW J. OLSON

# EXHIBIT A

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Special Litigation Counsel
for Debtor-in-Possession, AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-ASW-11

Chapter 11

NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

[No Hearing Set]

      NOTICE IS HEREBY GIVEN that on March 23, 2015, AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein, filed its motion for authority to retain Kelly Litigation Group, Inc. as the accountants for the Debtor in Possession pursuant to Bankruptcy Code Section 327 and for authorization to pay a post-petition retainer of $2,500 to Kelly Litigation Group, Inc. pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a), (the "Motion"). A copy of the Motion and its supporting pleadings may be obtained from the undersigned, the Clerk of Court, or the Court's CM/ECF website at https://ecf.canb.uscourts.gov.

      As more fully set forth in the Motion and supporting pleadings, the Debtor needs assistance with the resolution of general civil litigation matters involving tenant improvements under the Riverbank Industrial Complex Lease Agreement. Services related to the aforesaid arrangement include representation in any court action until a settlement or judgment, by arbitration or trial, is reached. Kelly Litigation Group, Inc. has been approached by the employees and agents of AQH, LLC, namely Sean Walsh, Yan Ebyam, and Anthony Brough, to represent them in certain litigation pending before the Superior Court of California, County of San Francisco styled *Kilday v. Walsh*, Case Number CGC-15-54459, filed on March 9, 2015. The Debtor will not pay any of fees associated with the representation of Walsh, Ebyam, and Brough. Payment of the $2,500 post-petition retainer is within the Debtor's sound business judgment, the retainer is reasonable in proportion to the size and complexity of the within case, and payment of the retainer is necessary in order to obtain competent accountants to assist in the administration of the within case.

1

NOTICE IS FURTHER GIVEN that the Debtor requests authority to pay the retainer from either cash collateral or other unencumbered assets of the estate. The purpose for the proposed use of cash collateral and the proposed terms of use of cash collateral are set forth in the Cash Collateral Motion and, for further particulars, reference is made thereto. The Debtor suggests that repeating the same information in this Motion will unnecessarily burden the Court and parties in interest, and the Debtor requests that the Court excuse said requirement. The Debtor requests authority to use cash collateral, or other unencumbered assets of the estate, to pay the retainer to Baudler & Flanders upon the same terms and conditions as set forth in the Cash Collateral Motion.

NOTICE IS FURTHER GIVEN that, pursuant to Bankruptcy Local Rule 9014-1(b)(3) of the United States Bankruptcy Court for the Northern District of California, any objection or request for hearing regarding the Debtor's Motion must be filed with the court and served upon the Debtor's undersigned counsel within 21 days of the date of mailing of this notice. Any request for hearing or objection to the Motion must be accompanied by any declarations or memoranda of law that the party objecting or requesting wishes to present in support of its position. If there is no timely objection to the Motion or request for hearing, the Court may enter an order granting the Motion without a hearing. In the event an objection or request for hearing is timely made, the Debtor will give at least 7 days written notice of the hearing to any timely objecting or requesting party and the United States Trustee.

DATED: March 23, 2015                    MACDONALD | FERNANDEZ LLP

                                          By:   /s/ Matthew J. Olson
                                                Matthew J. Olson
                                                Attorneys for Debtor in Possession
                                                AQH, LLC

2

# EXHIBIT B

| | |
|---|---|
| 1 | MACDONALD | FERNANDEZ LLP |
|   | IAIN A. MACDONALD (SBN 051073) |
| 2 | RENO F.R. FERNANDEZ III (SBN 251934) |
| 3 | ROXANNE BAHADURJI (SBN 290117) |
|   | 221 Sansome Street, Third Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 362-0449 |
| 5 | Facsimile: (415) 394-5544 |

Proposed Accountant for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

         Debtor.

Case No. 15-50553-ASW-11

Chapter 11

AMENDED CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following document(s):

1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

2. MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

3. DECLARATION OF MICHAEL MENGARELLI IN SUPPORT OF MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

4. [PROPOSED] ORDER APPROVING MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

///

1

| | |
|---|---|
| 1 | Upon the following persons and/or entities: |
| 2 | **Office of the U.S. Trustee / SJ**<br>Attn: Shining J. Hsu |
| 3 | U.S. Federal Bldg.<br>280 S 1st St. #268 |
| 4 | San Jose, CA 95113-3004 |
| 5 | As follows: |
| 6 | [X]    <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully |
| 7 | prepared to be placed in the United States mail at San Francisco, California. |

On the date hereof, I served the following document(s):

1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

Upon the following persons and/or entities below and on the attached mailing matrix:

| | |
|---|---|
| Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350 |
| Dave Riggs<br>1339 26th St., Apt 8<br>Santa Monica, CA 90404 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232 |
| Emergent Systems Exchange, LLC<br>Attn: Henry Cornelius<br>7160 Shady Oak Road<br>Eden Prairie, MN 55344 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307 |
| Jeramy Shoemaker<br>2174 Coley Ave., Apt. 31<br>Escalon, CA 95320 | MegaBigPower<br>1250 N Wenatchee Ave., Ste H#147<br>Wenatchee, WA 98801 |
| Michael White<br>2824 Fowler Road<br>Ceres, CA 95307 | Plug and Play Tech Center<br>370 Convention Way<br>Redwood City, CA 94063 |
| Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 |
| The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061 |

2

| | | |
|---|---|---|
| 1 | Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382 | Vagada Holdings LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 |
| 2 | | |
| 3 | | |
| 4 | Valley Oak Apartments<br>2300 Oakdale Road<br>Modesto, CA 95355 | |

1
2
3
4
5
6  [X]   <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.
7
8
9   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.
10
11
12   EXECUTED: March 23, 2015         /s/ Samantha G. Brown
                                      SAMANTHA G. BROWN
13

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Mon Feb 23 15:09:45 PST 2015 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 |
| Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 | Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | CrimeTek Security<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 | Emergent Systems<br>Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | I Guard<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 |
| Lionakis, a California<br>corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | New Concept Fleet<br>Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |
| Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 |
| Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |

| Tatiana Korolshteyn | U.S. Attorney | Vagada Holdings |
| --- | --- | --- |
| 1742 Kansas Street | Civil Division | 18600 Castle Ridge Drive |
| Redwood City, CA 94061-2635 | 450 Golden Gate Ave. | Morgan Hill, CA 95037-8947 |
| | San Francisco, CA 94102-3661 | |

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5202

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)CrimeTek Security | (d)Emergent Systems Exchange | (d)I Guard |
| --- | --- | --- |
| 3448 North Golden State Blvd. | 7160 Shady Oak | 3448 North Golden State Blvd. |
| Turlock, CA 95382-9709 | Eden Prairie, MN 55344-3517 | Turlock, CA 95382-9709 |

| (d)Lionakis, a California corporation | (d)New Concept Fleet Management | (d)Riverbank Local Redevelopment Authority |
| --- | --- | --- |
| 915 13th Street | 9096 Elkmont Way | 5300 Claus Road, Suite 1 |
| Modesto, CA 95354-0903 | Elk Grove, CA 95624-9707 | Modesto, CA 95357-1665 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     6
Total                  39