MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Accountant for Debtor-in-Possession
AQH, LLC

IT IS SO ORDERED.
Signed April 16, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-ASW-11

Chapter 11

ORDER GRANTING MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

[NO HEARING SET]

     The Court, having reviewed the Application of AQH, LLC, Debtor-in-Possession herein, praying for appointment of Kelly Litigation Group, Inc. as special litigation counsel, and the Declaration of Mike Mengarelli in support of that Application, AQH, LLC having afforded notice of opportunity for hearing, there being no opposition to the relief requested by the Application, and good cause appearing;

     **IT IS ORDERED** that:

     1.     The Application is approved;

     2.     The Debtor is authorized to employ Kelly Litigation Group, Inc. as special litigation counsel in this case; and

     3.     The Debtor is authorized to pay Kelly Litigation Group, Inc. a post-petition retainer of $2,500 pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a) from cash collateral or the other unencumbered assets of the estate.

**CERTIFICATE OF SERVICE DOCKET NO. 57.**

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).