MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

         Debtor.

Case No. 15-50553-ASW-11

Chapter 11

DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF REQUEST FOR ENTRY OF ORDER BY DEFAULT RE: MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

[No Hearing Set]

I, Matthew J. Olson, declare:

1.    I am an associate attorney with Macdonald Fernandez LLP, counsel of record for AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein. The following facts are true and correct of my own personal knowledge. If called upon as a witness, I would and could competently testify as follows.

2.    On March 26, 2015, AQH, LLC filed its motion to approve appointment of Baudler & Flanders as accountant for Debtor-In-Possession and (2) payment of post-petition retainer, the Declaration of Donna E. Flanders in Support of the Motion, and exhibits thereto (collectively, the "Application"), together with a notice of opportunity for hearing on said Application (the "Notice"). See Doc. Nos. 64-65. A true and correct copy of the Notice (Doc. No. 65) is attached as Exhibit "A"

1

hereto and is incorporated herein by this reference.

3. Service of the Application and Notice was effectuated on March 26, 2015, by U.S. Mail and is proper pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and 9014(b)(3). A true and correct copy of the certificate of service of the Application and Notice (Doc. No. 65-1) is attached as Exhibit "B" hereto and is incorporated herein by this reference.

4. The Notice provided that anyone who wished to object to the Debtor's Motion was required to do so by filing a written objection with the Clerk of the United States Bankruptcy Court and by serving it on this office as counsel for the AQH, LLC no later than 21 days from the date on which the Notice was served. The last day for filing and serving objections to the Application was April 16, 2015. As of this date I received no objection and no objection was filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of April, 2015, at San Francisco, California.

/s/ Matthew J. Olson
MATTHEW J. OLSON

2

# EXHIBIT A

| | |
|---|---|
| 1 | MACDONALD | FERNANDEZ LLP |
| | IAIN A. MACDONALD (SBN 051073) |
| 2 | RENO F.R. FERNANDEZ III (SBN 251934) |
| | MATTHEW J. OLSON (SBN 265908) |
| 3 | ROXANNE BAHADURJI (SBN 290117) |
| 4 | 221 Sansome Street, Third Floor |
| | San Francisco, CA 94104 |
| 5 | Telephone: (415) 362-0449 |
| | Facsimile: (415) 394-5544 |
| 6 | |
| 7 | Proposed Attorneys for Debtor in Possession, |
| | AQH, LLC |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

Debtor.

Case No. 15-50553-ASW-11

Chapter 11

NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

[No Hearing Set]

NOTICE IS HEREBY GIVEN that on March 26, 2015, AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein, filed its motion for authority to retain Baudler & Flanders, CPAs ("Baudler & Flanders") as the accountants for the Debtor in Possession pursuant to Bankruptcy Code Section 327 and for authorization to pay a post-petition retainer of $5,000 to Baudler & Flanders pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a), (the "Motion"). A copy of the Motion and its supporting pleadings may be obtained from the undersigned, the Clerk of Court, or the Court's CM/ECF website at https://ecf.canb.uscourts.gov.

As more fully set forth in the Motion and supporting pleadings, the Debtor needs assistance with preparation of both tax returns and ongoing court-ordered reporting, preparation of certain tax reports required by the Internal Revenue Service for the holders of equity interests in the Debtor, and assistance with other accounting-related issues. Crimetek Security and I Guard, both unsecured creditors of the Debtor, are or have been clients of Baudler & Flanders. Both companies are current on their fees to Baudler & Flanders. Baudler & Flanders does not have a financial interest in either company and Baudler & Flanders did not provide audit services to either company. Payment of the $5,000 post-petition retainer is within the Debtor's sound business judgment, the retainer is reasonable in proportion to the size and complexity of the within case, and payment of the retainer is necessary in order to obtain competent accountants to assist in the administration of the within case.

1

NOTICE IS FURTHER GIVEN that the Debtor requests authority to pay the retainer from either cash collateral or other unencumbered assets of the estate. The purpose for the proposed use of cash collateral and the proposed terms of use of cash collateral are set forth in the Cash Collateral Motion and, for further particulars, reference is made thereto. The Debtor suggests that repeating the same information in this Motion will unnecessarily burden the Court and parties in interest, and the Debtor requests that the Court excuse said requirement. The Debtor requests authority to use cash collateral, or other unencumbered assets of the estate, to pay the retainer to Baudler & Flanders upon the same terms and conditions as set forth in the Cash Collateral Motion.

NOTICE IS FURTHER GIVEN that, pursuant to Bankruptcy Local Rule 9014-1(b)(3) of the United States Bankruptcy Court for the Northern District of California, any objection or request for hearing regarding the Debtor's Motion must be filed with the court and served upon the Debtor's undersigned counsel within 21 days of the date of mailing of this notice. Any request for hearing or objection to the Motion must be accompanied by any declarations or memoranda of law that the party objecting or requesting wishes to present in support of its position. If there is no timely objection to the Motion or request for hearing, the Court may enter an order granting the Motion without a hearing. In the event an objection or request for hearing is timely made, the Debtor will give at least 7 days written notice of the hearing to any timely objecting or requesting party and the United States Trustee.

DATED: March 26, 2015                MACDONALD | FERNANDEZ LLP

                                     By: /s/ Matthew J. Olson
                                         Matthew J. Olson
                                         Proposed Attorneys for Debtors in Possession,
                                         AQH, LLC

2

Case: 15-50553    Doc# 75-1    Filed: 03/26/15    Entered: 03/26/15 17:36:11    Page 2 of 2
Case: 15-50553    Doc# 65    Filed: 04/17/15    Entered: 04/17/15 12:51:44    Page 5 of 12

# EXHIBIT B

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-ASW-11

Chapter 11

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

**On the date hereof, I served the following document(s):**
1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER
2. MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER
3. DECLARATION OF DONNA E. FLANDERS IN SUPPORT OF MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER
4. [PROPOSED] ORDER GRANTING MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

Upon the following persons and/or entities:

///

1

| | | |
|---|---|---|
| 1 | Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, California 94102 | Office of the U.S. Trustee / SJ<br>Attn: Shining J. Hsu<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |

Cheryl C. Rouse
Law Offices of Rouse & Bahlert
345 Franklin Street
San Francisco, California 94102

Office of the U.S. Trustee / SJ
Attn: Shining J. Hsu
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

As follows:

[X] **By First Class U.S. Mail.** By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

**On the date hereof, I served the following document:**

1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

Upon the following persons and/or entities on the attached mailing matrix, as follows:

[ ] **By Personal Service.** By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

[X] **By First Class U.S. Mail.** By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

[ ] **By Certified U.S. Mail.** By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

[ ] **By Federal Express.** By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

[ ] **By Facsimile.** By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

[ ] **By Email Transmission.** By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

///

2

Case: 15-50553    Doc# 65-1    Filed: 04/27/15    Entered: 04/27/15 12:54:44    Page 2 of 12

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of California that the foregoing |
| 2 | is true and correct and that I am employed in the office of a member of the bar of this Court, at |
| 3 | whose direction the service was made. |

EXECUTED: March 26, 2015        /s/ Samantha G. Brown
                                SAMANTHA G. BROWN

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Thu Mar 26 16:47:14 PDT 2015 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 |
| Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 | Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 |
| Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307-1616 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350-5950 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CHERYL C. ROUSE<br>LAW OFFICES OF ROUSE & BAHLERT<br>345 Franklin Street<br>San Francisco, California 94102-4427 | Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 |
| DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232-2616 |
| Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 | Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 | Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Stephen D. Finestone<br>Law Offices of Stephen D. Finestone<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104-1253 |
| Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307-9594 | John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 |

| | | |
|---|---|---|
| Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | Lionakis, a California<br>corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | Lucile Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 |
| Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | MACDONALD<br> FERNANDEZ LLP<br>MATTHEW J. OLSON (SBN 265908)<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2331 | Michael White<br>2824 Fowler Road<br>Ceres, CA 95307-2102 |
| New Concept Fleet<br>Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |
| PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 | Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 |
| Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Riverbank Local Redevelopment Authority<br>c/o S. Craig Hunter<br>Churchwell White LLP<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814-3929 | Cheryl C. Rouse<br>Law Offices of Rouse and Bahlert<br>345 Franklin St.<br>San Francisco, CA 94102-4427 |
| Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 |
| Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 |
| Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CrimeTek Security
3448 North Golden State Blvd.
Turlock, CA 95382-9709

(u)Chris Cunningham

(d)Emergent Systems Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

(d)I Guard
3448 North Golden State Blvd.
Turlock, CA 95382-9709

(d)Lionakis, a California corporation
915 13th Street
Modesto, CA 95354-0903

(d)New Concept Fleet Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

(d)Riverbank Local Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

End of Label Matrix
Mailable recipients    58
Bypassed recipients     7
Total                  65