MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

**On the date hereof, I served the following document(s):**
1. REQUEST FOR ENTRY OF ORDER BY DEFAULT RE: MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER
2. DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF REQUEST FOR ENTRY OF ORDER BY DEFAULT RE: MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER
3. [PROPOSED] ORDER GRANTING MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

Upon the following persons and/or entities:

| | |
|---|---|
| Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, California 94102 | **Office of the U.S. Trustee / SJ**<br>Attn: Shining J. Hsu<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |

1

| | |
|---|---|
| 1 | Stephen D. Finestone |
| 2 | 456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 |
| 3 | |
| | As follows: |
| 4 | ☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), |
| 5 | enclosed in a sealed envelope and addressed above, to be hand delivered. |
| 6 | ☒ <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully |
| 7 | prepared to be placed in the United States mail at San Francisco, California. |
| 8 | ☐ <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the |
| 9 | United States mail at San Francisco, California. |
| 10 | ☐ <u>By Federal Express.</u> By placing a true and correct copy of said document(s), |
| 11 | enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San |
| 12 | Francisco, California. |
| 13 | ☐ <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be |
| 14 | transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission |
| 15 | of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error. |
| 16 | |
| 17 | ☐ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and |
| 18 | represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error. |
| 19 | |
| 20 | I declare under penalty of perjury under the laws of the State of California that the foregoing |
| 21 | is true and correct and that I am employed in the office of a member of the bar of this Court, at |
| 22 | whose direction the service was made. |
| 23 | |
| 24 | EXECUTED: April 17, 2015    /s/ Brenda S. Johnson<br>BRENDA S. JOHNSON |

2