

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

**THE IS SO ORDERED.**
Signed April 17, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

            Debtor.

Case No. 15-50553-11-ASW

Chapter 11

ORDER GRANTING DEBTOR'S MOTION TO COMPEL RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT

Date:   March 26, 2015
Time:   3:00 p.m.
Place:   280 South First Street, Room 3020
        San Jose, California

Honorable Arthur S. Weissbrodt

The Motion for Order Compelling Riverbank Local Redevelopment Agency to Provide Electricity Upon Payment of Adequate Assurance Deposit, filed by AQH, LLC, Debtor-in-Possession herein, came on for continued hearing on March 26, 2015 at 3:00 p.m. Matthew J. Olson of Macdonald Fernandez LLP appeared for AQH, LLC, Debtor in Possession herein; Karl Schweikert of Churchwell White LLP appeared for the Riverbank Local Redevelopment Agency ("Riverbank LRA"); Cheryl C. Rouse of Rouse & Bahlert appeared for Andrew Ferris; and Shining J. Hsu appeared for Tracy Hope Davis, United States Trustee.

The Court, having reviewed the Motion and evidence submitted in connection therewith, having heard the arguments and representations of counsel, finding that notice was proper under the

circumstances, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Riverbank LRA shall arrange for Applied Power Systems, Inc. to begin work on or before March 29, 2015, performing the necessary checks to connect the Debtor's electricity;

3. As soon as practicable following Applied Power System, Inc.'s safey checks, the Riverbank LRA shall notify the Debtor that the power is ready to be connected;

4. Following notification by the Riverbank LRA that power is ready to be connected, the Debtor shall furnish a deposit of One Hundred and Fifty Thousand Dollars ($150,000.00) to the Riverbank LRA payable by certified funds, such deposit providing adequate assurance of payment of utilities sufficient to preclude unilateral termination by the Riverbank LRA pursuant to Bankruptcy Code Section 366;

5. Immediately after the notification to Debtor that power is ready to be connected and the $150,000 deposit is provided to the Riverbank LRA, and unless the Court orders otherwise or the United States Army timely objects, the Riverbank LRA shall connect the power to the Debtor's facility;

6. The Debtor shall pay post-petition invoices for electrical services within thirty (30) calendar days of the date an invoice is issued and sent to the Debtor, which shall be sent to the Debtor by email and U.S. Mail;

7. If the Debtor does not timely pay a post-petition invoice for electrical service, the Riverbank LRA may apply the deposit to the outstanding post-petition invoice and shall provide a notice of default, which shall be sent to the Debtor and counsel for the Debtor by email and U.S. Mail;

8. After the aforesaid notice of default is transmitted, the Debtor shall have ten (10) calendar days from the email notice to replenish the full deposit amount, with such payment being received prior to the close of business on the tenth day;

9. If the Debtor does not replenish the deposit within the aforesaid ten-day period, the Riverbank LRA shall have the right to and may discontinue electrical service to the Debtor at 12:01

a.m. on the 11th calendar day, unless the Court orders otherwise; and

    10.    Except as expressly provided in this order, the Riverbank LRA must comply with the terms of Bankruptcy Code Section 366 unless otherwise ordered by this Court.

*** END OF ORDER ***

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | Riverbank Local Redevelopment Authority |
| 3 | c/o S. Craig Hunter<br>Churchwell White LLP |
| 4 | 1414 K Street, 3rd Floor<br>Sacramento, CA 95814 |
| 5 | Christopher Kilday |
| 6 | c/o James C. Bridgman<br>Aspelin & Bridgman LLP |
| 7 | 220 Montgomery Street, Suite 1009<br>San Francisco, CA 94104 |
| 8 | All other parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b). |

4