# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: rrombawa | Date Created: 4/17/2015 |
| Case: 15−50553 | Form ID: pdfeoc | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr      Riverbank Local Redevelopment Authority      c/o S. Craig Hunter      Churchwell White LLP      1414 K Street, 3rd Floor      Sacramento, CA 95814
     Riverbank Local Redevelopment Authority      c/o S. Craig Hunter      Churchwell White LLP      1414 K Street, 3rd Floor      Sacramento, CA 95814
     Christopher Kilday      c/o James C. Bridgman      Aspelin &Bridgman LLP      220 Montgomery Street, Suite 1009      San Francisco, CA 94104

TOTAL: 3