```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                          Case No. 15-50553-ASW
AQH, LLC                                                        Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5        User: rrombawa            Page 1 of 1          Date Rcvd: Apr 17, 2015
                            Form ID: pdfeoc           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2015.
          +Christopher Kilday,   c/o James C. Bridgman,   Aspelin & Bridgman LLP,
     220 Montgomery Street, Suite 1009,   San Francisco, CA 94104-3434
cr       +Riverbank Local Redevelopment Authority,   c/o S. Craig Hunter,   Churchwell White LLP,
     1414 K Street, 3rd Floor,   Sacramento, CA 95814-3929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*       +Riverbank Local Redevelopment Authority,   c/o S. Craig Hunter,   Churchwell White LLP,
     1414 K Street, 3rd Floor,   Sacramento, CA 95814-3929
       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2015                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2015 at the address(es) listed below:
      Cheryl C. Rouse   on behalf of Requestor Andrew L Faris rblaw@ix.netcom.com
      Matthew Jon Olson    on behalf of Debtor   AQH, LLC matt@macfern.com,    ecf@macfern.com
      Michael Mengarelli    on behalf of Debtor   AQH, LLC rkelly@kellylitigationgroup.com,
   mmengarelli@kellylitigationgroup.com
      Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,    ltroxas@hotmail.com
      Reno F.R. Fernandez    on behalf of Debtor   AQH, LLC reno@macfern.com,    ecf@macfern.com
      Stephen D. Finestone    on behalf of Requestor Tatiana   Korolshteyn sfinestone@pobox.com
      Stephen D. Finestone    on behalf of Requestor Lucile   Darnell sfinestone@pobox.com
       TOTAL: 7

Entered on Docket
April 17, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

THE FOLLOWING IS SO ORDERED.
Signed April 17, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR'S MOTION TO COMPEL RIVERBANK LOCAL REDEVELOPMENT AGENCY TO PROVIDE ELECTRICITY UPON PAYMENT OF ADEQUATE ASSURANCE DEPOSIT<br><br>Date:   March 26, 2015<br>Time:  3:00 p.m.<br>Place:  280 South First Street, Room 3020<br>          San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

The Motion for Order Compelling Riverbank Local Redevelopment Agency to Provide Electricity Upon Payment of Adequate Assurance Deposit, filed by AQH, LLC, Debtor-in-Possession herein, came on for continued hearing on March 26, 2015 at 3:00 p.m. Matthew J. Olson of Macdonald Fernandez LLP appeared for AQH, LLC, Debtor in Possession herein; Karl Schweikert of Churchwell White LLP appeared for the Riverbank Local Redevelopment Agency ("Riverbank LRA"); Cheryl C. Rouse of Rouse & Bahlert appeared for Andrew Ferris; and Shining J. Hsu appeared for Tracy Hope Davis, United States Trustee.

The Court, having reviewed the Motion and evidence submitted in connection therewith, having heard the arguments and representations of counsel, finding that notice was proper under the

circumstances, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Riverbank LRA shall arrange for Applied Power Systems, Inc. to begin work on or before March 29, 2015, performing the necessary checks to connect the Debtor's electricity;

3. As soon as practicable following Applied Power System, Inc.'s safey checks, the Riverbank LRA shall notify the Debtor that the power is ready to be connected;

4. Following notification by the Riverbank LRA that power is ready to be connected, the Debtor shall furnish a deposit of One Hundred and Fifty Thousand Dollars ($150,000.00) to the Riverbank LRA payable by certified funds, such deposit providing adequate assurance of payment of utilities sufficient to preclude unilateral termination by the Riverbank LRA pursuant to Bankruptcy Code Section 366;

5. Immediately after the notification to Debtor that power is ready to be connected and the $150,000 deposit is provided to the Riverbank LRA, and unless the Court orders otherwise or the United States Army timely objects, the Riverbank LRA shall connect the power to the Debtor's facility;

6. The Debtor shall pay post-petition invoices for electrical services within thirty (30) calendar days of the date an invoice is issued and sent to the Debtor, which shall be sent to the Debtor by email and U.S. Mail;

7. If the Debtor does not timely pay a post-petition invoice for electrical service, the Riverbank LRA may apply the deposit to the outstanding post-petition invoice and shall provide a notice of default, which shall be sent to the Debtor and counsel for the Debtor by email and U.S. Mail;

8. After the aforesaid notice of default is transmitted, the Debtor shall have ten (10) calendar days from the email notice to replenish the full deposit amount, with such payment being received prior to the close of business on the tenth day;

9. If the Debtor does not replenish the deposit within the aforesaid ten-day period, the Riverbank LRA shall have the right to and may discontinue electrical service to the Debtor at 12:01

1 a.m. on the 11th calendar day, unless the Court orders otherwise; and

2     10.    Except as expressly provided in this order, the Riverbank LRA must comply with the terms of Bankruptcy Code Section 366 unless otherwise ordered by this Court.

*** END OF ORDER ***

## COURT SERVICE LIST

Riverbank Local Redevelopment Authority
c/o S. Craig Hunter
Churchwell White LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814

Christopher Kilday
c/o James C. Bridgman
Aspelin & Bridgman LLP
220 Montgomery Street, Suite 1009
San Francisco, CA 94104

All other parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).

4