MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Consultant for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>Debtor. | Case No. 15-50553-ASW-11<br><br>Chapter 11<br><br>**DECLARATION OF DARON McDANIEL IN SUPPORT OF MOTION FOR RETROACTIVE APPOINTMENT OF DBMAC, INC. AS CONSULTANT FOR DEBTOR-IN-POSSESSION AND APPROVAL OF POST-PETITION RETAINER**<br><br>[No Hearing Set] |

I, Daron McDaniel, declare:

1. I am Chief Operations Officer of DBMAC, Inc.

2. DBMAC, Inc. has made arrangements with the Debtor d/b/a Aquifer LLC, Debtor-in-Possession herein, to assist it in navigating through various governmental channels to secure the financing of its electrical infrastructure requirements in AQH, LLC's facility located at 5300 Claus Road, Buildings 5, 21 and 50 in Modesto, California from the City of Riverbank, other relevant governmental agencies, (namely, Alliance - Stanislaus Economic Development & Workforce Alliance) and other private funding sources. A true and correct copy of the email summarizing the consulting agreement, by and between the Debtor and DBMAC, Inc., is attached hereto as Exhibit "A" and incorporated by reference. This agreement was verbally extended on a going-forward basis on the same terms.

3. I will lead the engagement. A true and correct copy of my curriculum vitae is attached

1

hereto as Exhibit "B" and incorporated by reference.

4. DBMAC, Inc. was employed by the Debtor prior to the filing of its bankruptcy petition. DBMAC, Inc. expressly waives any claim it may have related to its prepetition employment. DBMAC, Inc. and Daron McDaniel do not hold a pre-petition claim against the estate.

5. Except as stated above, to the best of my knowledge, DBMAC, Inc. and I have no connection with the Debtor, nor its creditors, attorneys or accountants, the United States Trustee, or any person employed with the Office of the United States Trustee, and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

6. I am not an equity holder of the Debtor.

7. I was not a manager, member, director, or employee of the Debtor within two (2) years before the date of filing the petition.

8. DBMAC, Inc. and I do not hold a pre-petition claim against the Debtor. To the extent that either DBMAC, Inc. or I hold a pre-petition claim, we waive that claim.

9. I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

10. The Debtor agreed to pay $4,000 per month to complete the aforesaid services. The Debtor also agreed to pay me a $12,000 retainer as advance payment of fees.

11. I understand the my right to recover fees and costs are subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Northern District of California, and payment of such fees and costs are subject to prior Court approval.

12. DBMAC, Inc. has no agreement to share its compensation with any other person or entity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of April, 2015, at Atwater, California.

/s/ Daron McDaniel
Daron McDaniel

2

# EXHIBIT A



Anthony Brough <anthony@aquiferllc.com>

# FW: Fwd: Consulting Agreement
1 message

**Anthony Brough** <anthony@aquiferllc.com>  Thu, Feb 19, 2015 at 11:18 AM
To: chris@aquiferllc.com

**From:** Sean Walsh [mailto:sean@aquiferllc.com]
**Sent:** Wednesday, January 21, 2015 8:31 PM
**To:** Andy Faris
**Cc:** Anthony Brough; Yan Ebyam
**Subject:** Re: Fwd: Consulting Agreement

Great!

On Jan 21, 2015 1:17 PM, "Andy Faris" <andy@aquiferllc.com> wrote:

For our records. He started with us today.

Thanks,

Andy

---------- Forwarded message ----------
From: **Daron McDaniel** <daronmcdaniel@gmail.com>
Date: Wed, Jan 21, 2015 at 2:55 PM
Subject: Re: Consulting Agreement
To: Andy Faris <andy@aquiferllc.com>

Thanks Andy,

I, on behalf of DBMAC, Inc., acknowledge this agreement and look forward to doing business with Aquifer LLC.

Thank you,

Daron McDaniel

CEO, DBMAC, Inc.

On Wed, Jan 21, 2015 at 11:43 AM, Andy Faris <andy@aquiferllc.com> wrote:

Case: 15-50553   Doc# 80-1   Filed: 04/23/15   Entered: 04/23/15 18:00:08   Page 4 of 9

Hi Daron,

This summarizes the agreement that we have reached regarding having you provide consulting services to Aquifer LLC:

We will agree to pay you a $4,000/month retainer for an initial 90-day period with the following priorities:

1) Assist Aquifer in navigating through governmental channels in its desire to secure financing of its electrical infrastructure requirements (per earlier emails) in our facility Riverbank from the City of Riverbank and in particular through Mayor O'Brien. We have estimated that our next build will require $500,000 - 1,000,000.

2) Same as above except adding any relevant governmental agencies, including regional development agencies such as the Alliance (Stanislaus County), etc.

3) Same again except with any private funding sources.

4) Act as a go-between on an as-needed basis with any issues with the LRA.

We acknowledge that your consulting for Aquifer will be on an "on-call" basis and that we will work around your schedule in your duties with your other business and with your duties as a Merced County Supervisor.

You will invoice on a monthly basis.

Please acknowledge your agreement to this back to us via email.

Thank you,

**Andy Faris**

Aquifer LLC

m: 612.600.8600.

--

**Daron McDaniel**

(209) 495-7086 cell

(888) 988-8316 fax

This email may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this document or the information it contains by other than an intended recipient is unauthorized. If you receive this document in error, please advise me by return email or phone immediately.

--

**Andy Faris**

Aquifer LLC

m: 612.600.8600.

# EXHIBIT B

# Daron McDaniel

3380 Shoreline Dr, Atwater, CA 95301
(209)495-7086
daronmcdaniel@DBMAC.com

## SUMMARY OF SKILLS

**Organizational**

- Merced County Board of Supervisors (Elected Position)(**Present**)
- United States Representative Jeff Denham (Regional Representative)
- Jeff Denham for US Congress (Director of Candidate Operations)
- United States Representative George Radanovich (Regional Representative)
- Jeff Denham California State Senator (Field Representative, Press Secretary)
- California State Senate Republican Caucus (Field Representative)
- DBMAC, Inc. Chief Executive Officer (up to 200+ employees on given projects)(**Present**)
- Delta Brands, Inc. - Anheuser-Busch, Inc. (Marketing Director and Assistant Sales Manager)
- Beverage management at the local concerts and events. (X-Fest, Patterson Apricot Fiesta, KAT Country LAC, Riverbank Cheese and Wine, Sonora Blues Festival, etc)
- Turlock Music Festival (Director) (3 years - 18,000 in attendance)
- Able to work autonomously.
- Self Starter
- Entrepreneur

**Computers**

- Microsoft Office and all other business related software
- Quick Books, Microsoft Money and other financial bookkeeping software
- Wireless and field communications
- Social Media

**Communication**

- Effective interpersonal communication skills as well at group level.
- Able to effectively implement instructions for a given project or assignment.
- Public Speaking and work in front of a camera effectively.

## EDUCATION

*Merced College from 1983-1986, Business Economics*

*California State University, Stanislaus 1988-1991, Business Economics. Environmental Studies*

**Related course work**

- Alcohol Beverage Control LEADS Training
- Anheuser-Busch TIPs Training
- Gallo Sales and Marketing Training
- Anheuser-Busch Sales and Marketing Training
- Anheuser -Busch Media Training
- Anheuser-Busch Sales and Marketing Training
- Anheuser -Busch Customer Flow and Space Management Training

**Awards**
- Numerous Sales Awards with Gallo
- Numerous Sales Awards with Anheuser -Busch

**Memberships**
- Atwater Rotary Club
- Merced Boosters Club
- Amateur Athletic Union
- DBMAC Cares (a non-profit organization to raise money for school sports and technology)