PORTER LAW GROUP, INC.
William L. Porter, Esq. [133968] bporter@porterlaw.com
Brittany Rupley Haefele [276208] brupley@porterlaw.com
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880

Attorneys for Creditor
ACCESS ELECTRIC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re AQH, LLC dba AQUIFER LLC., <br><br> Debtor. | CASE NO. 15-50553 <br><br> Chapter 11 <br><br> NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PROCESS <br><br> [NO HEARING REQUIRED] |

TO: The Clerk of the United States Bankruptcy Court, the debtor, its attorney of record and all parties in interest:

**PLEASE TAKE NOTICE** that ACCESS ELECTRIC (hereinafter "ACCESS") and in accordance with Federal Rule of Bankruptcy Procedure 9010, and, pursuant *inter alia*, to 11 U.S.C. §§102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, request that all notices given or required to be given in this case and all papers served or required to be served in this case also be given to and served upon the following:

William L. Porter
Porter Law Group, Inc.
7801 Folsom Boulevard, Suite 101
Sacramento, CA 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

orders and notice of any application, motion, petition, pleading, request, complaint disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to affect in any way any rights or interest of ACCESS.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of ACCESS (i) to object to the propriety of the bankruptcy filing, including, but not limited to, the District Court where the case was filed, (ii) to have final orders in non-core matters entered only after de novo review by a District Judge, (iii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iv) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (v) any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

Dated: April 29, 2015

PORTER LAW GROUP, INC.

By: _____
William L. Porter
Attorneys for Creditor
Access Electric

R:\Production\1\1000-1999 - Porter Law Group\1200 - 1299\1220 Access to Power, Inc\1220.0 General\AQH Bankruptcy\NOTICE OF APPEARANCE AND REQUEST FOR SERVICE.wpd

- 2 -