PORTER LAW GROUP, INC.
William L. Porter, Esq. [133968] bporter@porterlaw.com
Brittany Rupley Haefele [276208] brupley@porterlaw.com
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880

Attorneys for Creditor
ACCESS ELECTRIC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re AQH, LLC dba AQUIFER LLC., | CASE NO. 15-50553 |
|---|---|
| Debtor. | Chapter 11 |
| | NOTICE OF PERFECTION OF LIEN |

**TO THE DEBTOR, ITS ATTORNEY, THE TRUSTEE, AND ANY AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

1. WHEREAS, AQH, LLC dba AQUIFER LLC ("Debtor"), is the owner and reputed owner of the real property identified below;

2. WHEREAS, ACCESS ELECTRIC ("Creditor"), is a licensed contractor under the laws of the State of California, and furnished labor and materials for and on the real property identified below, under contract with AQH, LLC dba AQUIFER LLC;

3. WHEREAS, the Constitution of the State of California grants Creditor a lien on the real property upon which Creditor has bestowed labor and furnished materials (Cal. Const., Art. XIV, §3), which lien is claimed by Creditor and has been noticed by the recording of its Mechanics' Lien pursuant to the Civil Code of California on March 3, 2015 (a copy of said Mechanics' Lien is attached hereto as **Exhibit A** and incorporated herein by reference);

4. WHEREAS, Debtor has or may have an interest in the real property subject to the Mechanics' Lien and described as follows:

- 1 -

5300 Claus Road #24, Modesto, California 95367

5. WHEREAS, the total principal amount owed to Creditor for the furnishing of this labor and these materials is $62,163.77;

6. WHEREAS, this Court issued an Order for Relief herein under Title 11 of the United States Code staying all action against Debtor;

7. WHEREAS, a California Mechanics' Lien claimant is required to or maintain the perfection of its mechanics' lien by commencing a foreclosure action upon such lien within ninety (90) days from recording of the lien under California Civil Code § 8406, and said continuance or maintenance of perfection has been stayed by 11 U.S.C. § 362(a) with regard to any interest or Debtor in the works of improvement identified in Exhibit A;

8. WHEREAS, 11 U.S.C. § 546(b) requires that where the perfection of an interest in property under state law must be continued or maintained by commencement of an action, and the commencement of the action has been stayed by operation of 11 U.S.C. § 362(a), the perfection must be continued or maintained by giving notice, which notice must expressly indicate an intent to enforce said interest according to In re Baldwin Builders, 232 B.R. 406;

9. WHEREAS, Creditor may continue or maintain the perfection of its lien against Debtor's interest in the work of improvement described in Exhibit A under 11 U.S.C. § 546(b)(2)(B) by giving notice of its intent to enforce its lien;

10. WHEREAS, the civil action is automatically stayed as to Debtor, and Creditor's further pursuit of foreclosure of the Mechanics' lien or time limit for filing a foreclosure action, if the initial filing is a nullity, is tolled during the automatic stay; and

11. WHEREAS, this Notice of Perfection of Mechanics' Lien is being served to supplement the Proof of Claim that Creditor is filing concurrently with this document.

NOW THEREFORE, this Notice of Perfection of Mechanics' Lien shall serve as a notice of intent to enforce the lien of Creditor against Debtor's interest in the work of improvement identified in Exhibit A attached hereto.

//

//

| | | |
|---|---|---|
| 1 | Dated: April 29, 2015 | PORTER LAW GROUP, INC. |
| 2 | | |
| 3 | | By: /s/ William L. Porter |
| 4 | | William L. Porter |
| 5 | | Attorneys for Creditor Access Electric |

R:\Production\1\1000-1999 - Porter Law Group\1200 - 1299\1220 Access to Power, Inc\1220.0 General\AQH Bankruptcy\Notice of Perfection of Lien.wpd

- 3 -

**EXHIBIT A**

RECORDING REQUESTED BY

ACCESS ELECTRIC

WHEN RECORDED MAIL TO:

ACCESS ELECTRIC
1990 FOUNDRY CT
CERES CA 95307

Stanislaus, County Recorder
Lee Lundrigan Co Recorder Office
DOC- 2015-0015223-00
Check Number 6576
Tuesday, MAR 03, 2015 14:55:06
Ttl Pd $33.00   Rcpt # 0003630356
OHK/R2/1-3

*[Space above this line for Recorder's use only]*

## CLAIM OF MECHANICS LIEN
(CA Civil Code 8400 et seq)

THE UNDERSIGNED CLAIMANT, ACCESS ELECTRIC

CLAIMS A LIEN FOR LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS UNDER CALIFORNIA CIVIL CODE SECTION 8416 ET SEQ., UPON THE PREMISES HEREINAFTER DESCRIBED, AND UPON EVERY ESTATE OR INTEREST IN SUCH STRUCTURES, IMPROVEMENTS AND PREMISES HELD BY ANY PARTY HOLDING ANY ESTATE THEREIN.

THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS, WERE FURNISHED FOR THE CONSTRUCTION OF THOSE CERTAIN BUILDINGS, IMPROVEMENTS, OR STRUCTURES, NOW UPON THAT CERTAIN PARCEL OF LAND SITUATED IN THE COUNTY OF

STANISLAUS    STATE OF CALIFORNIA, SAID LAND DESCRIBED AS FOLLOWS:

5300 CLAUS RD #24
MODESTO CA 95367

THE MECHANICS LIEN IS CLAIMED FOR THE FOLLOWING GENERALLY DESCRIBED WORK, LABOR, SERVICES, EQUIPMENT OR MATERIALS:

LABOR AND MATERIAL FOR
ELECTRICAL WORK

THE SUM OF $62,163.77
TOGETHER WITH INTEREST THEREON AT THE RATE OF 18.00 PERCENT PER ANNUM FROM 07/07/2014 (date when balance became due)
IS DUE CLAIMANT, AFTER DEDUCTING ALL JUST CREDITS AND OFFSETS, FOR THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS FURNISHED BY CLAIMANT.

CLAIMANT FURNISHED THE LABOR, SERVICES, EQUIPMENT, AND/OR MATERIALS, AT THE REQUEST OF, OR UNDER CONTRACT WITH:

AQH LLC DBA AQUIFER LLC
440 N WOLFE RD #243
SUNNYVALE CA 94085

THE OWNER(S) OR REPUTED OWNER(S) OF SAID PREMISES IS/ARE:

AQH LLC
440 N WOLFE RD MS #46
SUNNYVALE CA 94085

DATE: 03/03/2015
NAME OF CLAIMANT: ACCESS ELECTRIC
(Claimant Name)
BY: _____
(Signature of Claimant or Authorized Agent)
(Page 1 of 3)
Walter Resendes - PRESIDENT

Forms by Caprenos Inc.

Case: 15-50553   Doc# 86-1   Filed: 04/29/15   Entered: 04/29/15 10:48:07   Page 5 of 7

## VERIFICATION

I, __Walter Resendes__, state: I am the __PRESIDENT__

("Owner of", "President of", "Authorized Agent of", "Partner of", etc.) the claimant named in the foregoing Mechanic's Lien. I have read said Mechanic's Lien and know the contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __03/03/2015__ (date), at __CERES, CA__ (city & state).

_____
(Signature of Claimant or Authorized Agent)

## NOTICE OF MECHANICS LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court ordered

foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanics Lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is

a required step in filing a mechanic's lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements

provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

(Page 2 of 3)

Case: 15-50553   Doc# 86-1   Filed: 04/29/15   Entered: 04/29/15 10:48:07   Page 6 of 7

Please complete and sign at least one (1) of the following proofs of service and record it along with your Mechanic's Lien. Always attempt to serve the owner or reputed owner. Per California Civil Code Section 8416(c)(2) you must use the "ALTERNATIVE PROOF OF SERVICE AFFIDAVIT" if the owner or reputed owner cannot be served under Civil Code Section 8416(c)(1). Note that there is no prohibition from using both Proof of Service Affidavits and serving both the owner/reputed owner as well as the construction lender and/or original contractor.

## PROOF OF SERVICE AFFIDAVIT FOR OWNER/REPUTED OWNER
### California Civil Code Section 8416(a)(7), (c)(1)

I, **Walter Resendes**, declare that I served a copy of the enclosed MECHANIC'S LIEN and NOTICE OF MECHANIC'S LIEN by Registered Mail, Certified Mail, or First Class Mail, evidenced by a certificate of mailing, postage prepaid,

addressed to the following owner or reputed owner of the Property: **AQH LLC**
(Name and title of the person served)

at the following address: **440 N WOLFE RD MS #48 SUNNYVALE CA 94085**
(Owner's residence or place of business or owner's address on building permit or otherwise as per California Civil Code Section 3097(j))

on this date: **03/03/2015** Signed at **CERES, CA**
(Month/Day/Year) (City & State of person making service)

on this date: **03/03/2015**
(Month/Day/Year) _(Signature of person making service)_

## ALTERNATE PROOF OF SERVICE AFFIDAVIT
### California Civil Code Section 8416(a)(7), (c)(2)

Use this alternative Proof of Service affidavit if the owner or reputed owner cannot be served per California Civil Code Section 3084 (c)(1)(A), as specified above. You may also use this alternative Proof of Service Affidavit if you have served the owner or reputed owner and also want to serve the construction lender and/or original contractor as an additional measure.

I, _____, declare that the owner or reputed owner of the property specified in the enclosed MECHANIC'S LIEN and NOTICE OF MECHANIC'S LIEN could not be served by Registered Mail, Certified Mail, or First Class Mail, evidenced by a certificate of mailing, postage prepaid as specified in California Civil Code Section 8416 (c)(1). Therefore, pursuant to California Civil Code Section 8416 (c)(2), I served a copy of the enclosed MECHANIC'S LIEN and NOTICE OF MECHANIC'S LIEN by Registered Mail, Certified Mail or First Class Mail, evidenced by a certificate of mailing, postage prepaid, addressed to the

construction lender _____ at the following address:
(Name of construction lender)

_____ or to the
(Construction lender address)

original contractor _____ at the following address:
(Name of original contractor)

_____
(Original contractor address)

on this date: **03/03/2015** Signed at **CERES, CA**
(Month/Day/Year) (City, State of person making service)

on this date: **03/03/2015** _____
(Month/Day/Year) (Signature of person making service)

(Page 3 of 3)

Case: 15-50553 Doc# 86-1 Filed: 04/29/15 Entered: 04/29/15 10:48:07 Page 7 of 7