MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

**IT IS SO ORDERED.**
**Signed April 29, 2015**

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

AMENDED[1] ORDER APPROVING MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

      The Court, having reviewed the Application of AQH, LLC, Debtor-in-Possession herein, praying for appointment of Kelly Litigation Group, Inc. as Special Litigation Counsel, and the Declaration of Michael Mengarelli in support of that Application, and good cause appearing;

      IT IS HEREBY ORDERED that

      1.    The Debtor is hereby authorized to employ Kelly Litigation Group, Inc. as its Special Litigation Counsel in this case effective March 18, 2015; and

      2.    The Debtor is authorized to pay Kelly Litigation Group, Inc. a post-petition retainer of $2,500 pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a) from cash collateral

---

[1] The Order Approving Motion to Approve (1) Appointment of Kelly Litigation Group, Inc. as Special Litigation Counsel for Debtor-in-Possession and (2) Payment of Post-Petition Retainer (Docket No. 74) entered on 4/16/2015 did not include the effective date of employment.

1

or the other unencumbered assets of the estate.

**CERTIFICATE OF SERVICE DOCKET NO. 57**

\*\*END OF ORDER\*\*

2

## COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).