MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Accountant for Debtor-in-Possession
AQH, LLC

**IT IS SO ORDERED.**
**Signed April 29, 2015**

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-ASW-11

Chapter 11

AMENDED[1] ORDER GRANTING MOTION TO APPROVE (1) APPOINTMENT OF BAUDLER & FLANDERS AS ACCOUNTANT FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

[NO HEARING SET]

The Court, having reviewed the Application of AQH, LLC, Debtor-in-Possession herein, praying for appointment of Baudler & Flanders as its accountant, and the Declaration of Donna L. Flanders in support of that Application, and good cause appearing;

IT IS HEREBY ORDERED that:

1. The Debtor is hereby authorized to employ Baudler & Flanders as its accountant in this case effective March 9, 2015; and

2. The Debtor is authorized to pay Baudler & Flanders a post-petition retainer of $5,000 pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a) from cash collateral or the other

---

[1] The Order Approving Motion to Approve (1) Appointment of Baudler & Flanders as Accountant for Debtor-in-Possession and (2) Payment of Post-Petition Retainer (Docket No. 78) entered on 4/21/2015 did not include the effective date of employment.

1

unencumbered assets of the estate.

**CERTIFICATE OF SERVICE DOCKET NO. 65-1**

\*\*END OF ORDER\*\*

## COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).