

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

IT IS SO ORDERED.
Signed May 7, 2015

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>ORDER AUTHORIZING USE OF CASH COLLATERAL<br><br>Date: April 24, 2015<br>Time: 3:30 pm<br>Place: 280 South First Street, Room 3020<br>San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

      The Motion for Authority to Use Cash Collateral filed by AQH, LLC, Debtor in Possession herein, came on for hearing on April 24, 2015, at 3:30 p.m. Matthew J. Olson of Macdonald Fernandez LLP appeared for AQH, LLC, Debtor in Possession herein; Karl Schweikert of Churchwell White LLP appeared for the Riverbank Local Redevelopment Agency. The Motion was not opposed. The Court, having reviewed the Motion and evidence submitted in connection therewith, having heard the arguments and representations of counsel, finding that notice was proper under the circumstances, and good cause appearing,

      IT IS HEREBY ORDERED that:

      1.    The Motion is granted on a final basis through July 31, 2015;

      2.    The Debtor is authorized to use cash collateral up to the amount of $228,287 per month in the categories identified in the budget attached hereto; provided that, for each category of

expenses identified in the budget, the Debtor shall not pay more than the amount identified therein plus a variance of up to 5%;

    3.    Unused portions of said budget (except for the variance of 5%) shall roll over to increase the following months' budgets, category by category; and

    4.    The Debtor is authorized to use cash collateral for purposes other than those stated in the budget, and in addition to the amounts provided in the budget, upon the written consent of both Andrew L. Faris and Emergent Systems Exchange, LLC without further notice or order of the Court, provided that the Debtor's use of property otherwise complies with the Bankruptcy Code.

APPROVED AS TO FORM:

| OPPENHEIMER WOLFF & DONNELLY LLP | LAW OFFICES OF ROUSE & BAHLERT |
|---|---|
| By: /s/ David B. Galle<br>David B. Galle<br>Attorneys for Emergent Systems Exchange | By: /s/ Cheryl C. Rouse<br>Cheryl C. Rouse<br>Attorneys for Andrew L. Faris |

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).

# EXHIBIT A

**Cash Collateral Budget**
**AQH, LLC**                                                     **2015**
4/20/2014                                   **April**       **May**       **June**      **July**

| # | | | | | |
|---|---|---:|---:|---:|---:|
| 1 | BTC Generated | 791 | 907 | 983 | 998 |
| 2 | | | | | |
| 3 | **Revenue** | **$180,348** | **$206,711** | **$224,180** | **$227,430** |
| 4 | Electricity Cost | ($15,000) | ($51,000) | ($85,104) | ($99,360) |
| 5 | **Gross Profit** | **$165,348** | **$155,711** | **$139,076** | **$128,070** |
| 6 | | | | | |
| 7 | <u>Fixed Operating Expenses</u> | | | | |
| 8 | Leases | $28,400 | $25,500 | $25,500 | $25,500 |
| 9 | Salaries | $54,000 | $49,000 | $49,000 | $45,000 |
| 10 | Facility Costs | $13,750 | $12,500 | $12,500 | $10,500 |
| 11 | | | | | |
| 12 | <u>Other Expenses</u> | | | | |
| 13 | US Trustee Fees | $1,625 | $0 | $0 | $1,625 |
| 14 | Accounting Firm Retainer | $0 | $5,000 | $0 | $0 |
| 15 | Minimum Franchise Taxes | $800 | $0 | $0 | $0 |
| 16 | | | | | |
| 17 | Fixed Monthly Operating Expense | ($95,175) | ($91,500) | ($86,500) | ($82,125) |
| 18 | **Operating Profit** | **$70,173** | **$64,211** | **$52,576** | **$45,945** |
| 19 | **Cumulative Operating Profit** | **$160,686** | **$224,897** | **$277,473** | **$323,418** |
| 20 | | | | | |
| 21 | <u>Non-Operating Expense</u> | | | | |
| 22 | Risk Reserve | $33,070 | $30,867 | $27,543 | $26,769 |
| 23 | Heat Dissipation System for Building 5 | $28,000 | $20,000 | $2,000 | $0 |
| 24 | Adequate Protection - A. Faris (est.) | $2,583 | $2,583 | $2,583 | $2,583 |
| 25 | Adequate Protection - Emergent | $5,280 | $8,850 | $16,950 | $16,950 |
| 26 | Subtotal | $68,933 | $62,300 | $49,077 | $46,302 |
| 27 | | | | | |
| 28 | **Total Cash Beginning of Month** | $67,431 | $101,741 | $134,518 | $165,561 |
| 29 | **Surplus Cash in Month** | $1,240 | $1,911 | $3,499 | ($357) |
| 30 | **Risk Reserve for Month** | $33,070 | $30,867 | $27,543 | $26,769 |
| 31 | | | | | |
| 32 | **Total Monthly Cash Surplus** | **$34,310** | **$32,778** | **$31,043** | **$26,412** |
| 33 | | | | | |
| 34 | **Total Cash End of Month** | **$101,741** | **$134,518** | **$165,561** | **$191,973** |