MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>DECLARATION OF ANTHONY BROUGH IN SUPPORT OF MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)<br><br>Date: June 11, 2015<br>Time: 1:45 p.m.<br>Place: 280 South First Street, Room 3020<br>        San Jose, California<br><br>Honorable Arthur S. Weissbrodt |

I, Anthony Brough, declare:

1. I am the Chief Operations Officer and Chief Financial Officer of AQH, LLC, Debtor-in-Possession herein. I am familiar with the Debtor's business. I am over the age of 18. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

2. The Riverbank LRA is the lessor of the Debtor's primary datacenter facilities located at 5300 Claus Road, Buildings 3, 5, 21 and 49, in Modesto, California (the "Leased Facility"). Virtually all of the Debtor's business is conducted at the Leased Facility. The Riverbank LRA also

1

serves as a utility and provides the Debtor with electricity via its on-site power substation. The Debtor estimates that it owes the Riverbank LRA approximately $243,000 in arrears for rent and electricity as of February 20, 2015.[1]

3. Since the Petition Date, the Debtor has had insufficient time to formulate its plan of reorganization. As the Court is aware, the Debtor and the Riverbank RLA engaged in extended motion practice related to the provision of electricity.

4. Once electricity was connected to the Debtor's expanded datacenter, Debtor's management focused on bringing additional processing power online, increasing the Debtor's revenue and profitability.

5. The Debtor is diligently working on formulating its plan, including working with potential lenders for further debtor-in-possession financing to address short-term capital needs, but additional time is needed for these plans to crystalize.

6. The Debtor had initially projected that it would have sufficient capital to address the claim of the Riverbank LRA, but delays associated with the obtaining electricity for the Debtor's expanded datacenter and the underperformance of the servers purchased from Emergent Systems Exchange undercut the Debtor's initial projections. The Debtor is making progress in reformulating its projections, raising funds though its operations, and negotiating with potential lenders on debtor-in-possession financing.

7. Until the Debtor's reorganization plan crystalizes more fully—which may be completed by the date of the hearing on the motion to extend time—the Debtor is not in a position to determine whether or not the lease with the Riverbank RLA should be assumed or rejected.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of May, 2015, at Sunnyvale, California.

/s/ Anthony Brough
ANTHONY BROUGH

---

[1] Note that this figure has been refined since the Debtor filed its cash collateral motion, and this figure remains subject to dispute.