MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-11-ASW |
| AQH, LLC, | Chapter 11 |
| Debtor. | NOTICE OF HEARING ON MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4) |
| | Date: June 11, 2015<br>Time: 1:45 p.m.<br>Place: 280 South First Street, Room 3020<br>San Jose, California |
| | Honorable Arthur S. Weissbrodt |

NOTICE IS HEREBY GIVEN that on May 14, 2015, AQH, LLC, Debtor and Debtor-in-Possession herein, filed its motion pursuant to 11 U.S.C. § 365(d)(4) for entry of an order to extend time to assume or reject certain leases for nonresidential real property by 90 days, including the lease for the Debtor's primary datacenter facilities located at 5300 Claus Road, Buildings 3, 5, 21 and 49, in Modesto, California, with counterparty Riverbank Local Redevelopment Agency.

NOTICE IS FURTHER GIVEN that a hearing on said motion shall be held on June 11, 2015, at 1:45 p.m., or as soon thereafter as the matter may be heard, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 South First Street, Room 3020, San Jose, California. Opposition to the motion, if any, must be filed with the Court and served upon the

1

undersigned at least 14 calendar days prior to the hearing.  Replies must be filed seven calendar days before the hearing.  Copies of the motion are available upon request by contacting the undersigned, the Clerk of Court, or by accessing the Court's CM/ECF system available at https://ecf.canb.uscourts.gov.

DATED: May 14, 2015            MACDONALD | FERNANDEZ LLP

By: /s/ Matthew J. Olson
     Matthew J. Olson
     Attorneys for Debtor-in-Possession,
     AQH, LLC