1  MACDONALD | FERNANDEZ LLP
   IAIN A. MACDONALD (SBN 051073)
2  RENO F.R. FERNANDEZ III (SBN 251934)
   MATTHEW J. OLSON (SBN 265908)
3  ROXANNE BAHADURJI (SBN 290117)
4  221 Sansome Street, Third Floor
   San Francisco, CA 94104
5  Telephone: (415) 362-0449
   Facsimile: (415) 394-5544
6
7  Attorneys for Debtor in Possession,
   AQH, LLC
8

9                UNITED STATES BANKRUPTCY COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 In re                              Case No. 15-50553-ASW-11

12 AQH, LLC,
                                      Chapter 11
13              Debtor.
                                      **NOTICE OF HEARING ON MOTION
14                                    FOR RETROACTIVE APPOINTMENT
                                      OF DBMAC, INC. AS CONSULTANT
15                                    FOR DEBTOR-IN-POSSESSION AND
                                      APPROVAL OF POST-PETITION
16                                    RETAINER**

17                                    Date:   June 11, 2015
                                      Time:   1:45 p.m.
18                                    Place:  280 South First Street, Room 3020
                                              San Jose, California
19
                                      Honorable Arthur S. Weissbrodt
20

21       NOTICE IS HEREBY GIVEN that on April 23, 2015, AQH, LLC, d/b/a Aquifer, LLC,

22 Debtor in Possession herein, filed its motion for authority to retain DBMAC, Inc. as the consultants

23 for the Debtor in Possession pursuant to Bankruptcy Code Section 327 and for authorization to pay a

24 post-petition retainer of $12,000 to DBMAC, Inc. pursuant to Bankruptcy Code Sections 363(b)(1),

25 328(a), and 105(a), (the "Motion"). A copy of the Motion and its supporting pleadings may be

26 obtained from the undersigned, the Clerk of Court, or the Court's CM/ECF website at

27 https://ecf.canb.uscourts.gov.

28 / / /

                                                                                     1

1   NOTICE IS FURTHER GIVEN that, pursuant to Bankruptcy Local Rule 9014-1(b)(3)(B)

2   and the request for hearing filed on May 14, 2015 (Doc. No. 90), a hearing on the Motion shall be

3   held on June 11, 2015, at 1:45 p.m., or as soon thereafter as the matter may be heard, before the

4   Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, at 280 South First Street, Room

5   3020, San Jose, California.

6   NOTICE IS FURTHER GIVEN that any reply shall be filed and served at least 7 days prior

7   to the actual scheduled hearing date. *See* B.L.R. 9014-1(c)(3).

8   DATED: May 18, 2015                                MACDONALD | FERNANDEZ LLP

9

10                                               By: /s/ Matthew J. Olson
                                                      Matthew J. Olson
11                                                    Attorneys for Debtor in Possession,
                                                      AQH, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                    2