```
 1  MACDONALD | FERNANDEZ LLP
    IAIN A. MACDONALD (SBN 051073)
 2  RENO F.R. FERNANDEZ III (SBN 251934)
    ROXANNE BAHADURJI (SBN 290117)
 3  221 Sansome Street, Third Floor
    San Francisco, CA 94104
 4  Telephone: (415) 362-0449
    Facsimile: (415) 394-5544
 5
 6  Attorneys for Debtor in Possession,
    AQH, LLC
 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-ASW-11 |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE |
| | Date: June 11, 2015<br>Time: 1:45 p.m.<br>Place: 280 South First Street, Room 3020<br>San Jose, California |
| | Honorable Arthur S. Weissbrodt |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:

1. NOTICE OF HEARING ON MOTION FOR RETROACTIVE APPOINTMENT OF DBMAC, INC. AS CONSULTANT FOR DEBTOR-IN-POSSESSION AND APPROVAL OF POST-PETITION RETAINER

Upon the following persons and/or entities:

| | |
|---|---|
| Churchwell White LLP<br>Attn: S. Craig Hunter<br>Karl A. Schweikert<br>Nubia I. Goldstein<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814 | Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, California 94102 |

///

1

| | | |
|---|---|---|
| Law Offices of Stephen D. Finestone<br>Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 | Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | |
| Office of the U.S. Trustee / SJ<br>Attn: Shining J. Hsu<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826 | |

<u>20 Largest Unsecured Claims</u>

| | | |
|---|---|---|
| A&A Portables<br>Attn: Michael E. King<br>201 Roscoe Road<br>Modesto, CA 95357 | A&A Portables<br>c/o Michael E. King<br>1721 Hammond Drive<br>Turlock, CA 95382 | Access Electric<br>Attn: Walter Resendes<br>1990 Foundry Court<br>Ceres, CA 95307 |
| Andrew L. Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424 | Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116 | Collins Electric<br>Attn: Eugene C. Gini<br>3412 Metro Drive<br>Stockton, CA 95215 |
| CrimeTek Security<br>Attn: Ed Esmaili<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 | DHL Global Forwarding<br>Attn: Tim Robertson<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Elisa Research<br>Attn: Wheng Wang<br>48834 Kato Road, Suite 101-A<br>Fremont, CA 94538 |
| Elisa Research<br>c/o Wheng Wang<br>11 Castledown Rd.<br>Pleasanton, CA 94566 | Emergent Systems Exchange<br>Attn: Henry Cornelius<br>7160 Shady Oak<br>Eden Prairie, MN 55344 | I Guard<br>Attn: Ed Esmaili<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 |
| Lionakis<br>Attn: Donald McAllister<br>915 13th Street<br>Modesto, CA 95354 | Lionakis<br>c/o Donald McAllister<br>1919 19th Street<br>Sacramento, CA 95811 | New Concept Fleet Management<br>Attn: Catherine Lewallen<br>9096 Elkmont Way<br>Elk Grove, CA 95624 |
| Platt Electric<br>Attn: Jeff Baker<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005 | Platt Electric<br>c/o John C. Gschwind<br>14951 Dallas Parkway<br>Dallas, TX 75254 | PLN Architects<br>Attn: Greg Pires<br>1720 G Street<br>Modesto, CA 95354 |
| Southland Electrical Supply<br>Attn: James Griggs<br>147 North Main Street<br>Burlington, NC 27216 | W.W. Grainger, Inc.<br>Attn: James T. Ryan<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201 | |

As follows:

☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

///

///

2

| | | |
|---|---|---|
| 1 | [X] | <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California. |
| 2 | | |
| 3 | | |
| 4 | [ ] | <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California. |
| 5 | | |
| 6 | [ ] | <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California. |
| 7 | | |
| 8 | | |

1. [X]  <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

2. [ ]  <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

3. [ ]  <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

4. [ ]  <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

5. [ ]  <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: May 18, 2015        /s/ Samantha G. Brown
                               SAMANTHA G. BROWN