# EXHIBIT A

**AQH LLC**
**Exhibit A - Taxes**

*April 1 through April 30, 2015*

2014 IRS and California EDD quarterly and annual FUTA payroll tax returns were subsequently filed in May 2015.
Payroll deposits had been partially paid.  Debtor is waiting for the IRS and EDD to process the returns to determine outstanding balance.
Tax payments will come from cash on hand.

# EXHIBIT B

# AQH LLC
**Exhibit B - Income**

*April 1 through April 30, 2015*

| Date | Transaction Type | Amount |
|---|---|---:|
| 04/01/2015 | Deposit | $ 4,859.51 |
| 04/02/2015 | Deposit | 4,845.65 |
| 04/03/2015 | Deposit | 4,908.02 |
| 04/06/2015 | Deposit | 5,031.18 |
| 04/07/2015 | Deposit | 4,998.31 |
| 04/07/2015 | Deposit | 5,004.25 |
| 04/07/2015 | Deposit | 5,199.68 |
| 04/08/2015 | Deposit | 6,337.48 |
| 04/08/2015 | Deposit | 5,036.33 |
| 04/08/2015 | Deposit | 6,354.56 |
| 04/09/2015 | Deposit | 6,123.40 |
| 04/10/2015 | Deposit | 6,084.79 |
| 04/13/2015 | Deposit | 4,811.60 |
| 04/14/2015 | Deposit | 5,902.63 |
| 04/14/2015 | Deposit | 7,054.05 |
| 04/14/2015 | Deposit | 5,895.45 |
| 04/17/2015 | Deposit | 7,858.27 |
| 04/20/2015 | Deposit | 6,686.36 |
| 04/21/2015 | Deposit | 5,550.19 |
| 04/21/2015 | Deposit | 5,552.42 |
| 04/22/2015 | Deposit | 7,821.54 |
| 04/22/2015 | Deposit | 6,735.96 |
| 04/23/2015 | Deposit | 7,007.12 |
| 04/24/2015 | Deposit | 7,644.45 |
| 04/27/2015 | Deposit | 7,550.69 |
| 04/28/2015 | Deposit | 7,642.06 |
| 04/28/2015 | Deposit | 6,836.05 |
| 04/28/2015 | Deposit | 5,812.71 |
| 04/29/2015 | Deposit | 3,797.02 |
| 04/30/2015 | Deposit | 3,977.78 |
| 04/30/2015 | Deposit | 0.71 |
| | | **$ 178,920.22** |

# EXHIBIT C

# AQH LLC
# Exhibit C - Expenses

*April 1 through April 30, 2015*

| Date | Num | Name | Memo/Description | Amount |
|---|---|---|---|---:|
| 04/01/2015 | 3015 | Plug & Play | Rental | $   485.00 |
| 04/01/2015 | 3011 | Yan Ebyam | Maintenance | 1,500.00 |
| 04/01/2015 | 3012 | Anthony S. Brough | Payroll | 4,976.10 |
| 04/02/2015 | 1001 | Riverbank LRA | April 2014 lease payment | 22,065.02 |
| 04/02/2015 | | CA EDD | Payroll taxes to EDD | 240.10 |
| 04/03/2015 | 3010 | Tricia Hayward | Contract labor | 360.00 |
| 04/03/2015 | 3007 | Jacob Lopez | Contract labor | 800.00 |
| 04/03/2015 | 3009 | Austin Roberts | Contract labor | 770.00 |
| 04/03/2015 | 3008 | Michael White | Contract labor | 600.00 |
| 04/06/2015 | 1002 | Tomas Bautista | Progress payment to Bautista Construction | 3,000.00 |
| 04/08/2015 | 3021 | Riverbank LRA | Electricity bill 2/19/15 - 2/28/15 | 14,630.88 |
| 04/08/2015 | 3016 | Tomas Bautista | Reimbursement for various materials purchases | 729.91 |
| 4/10/2015 | payoff credit card charges | eBay | Tools for Cointerra repairs | 11.60 |
| | | Grainger | Exhaust ventilation fans | 11,365.20 |
| | | eBay | Thermal paste for Cointerra repairs | 159.00 |
| | | Google | Monthly subscription to Google apps (email, etc) | 58.38 |
| | | Modesto Irrigation District | Staff apartment electricity bill | 348.35 |
| | | Aeromist | Accessories for facility humidity control system | 399.71 |
| | | March charges, liabilities 3/31/15 | | 1,228.02 |
| 04/10/2015 | 3020 | Tricia Hayward | Contract labor | 480.00 |
| 04/10/2015 | 3017 | Jacob Lopez | Contract labor | 820.00 |
| 04/10/2015 | 3029 | Jacob Lopez | Contract labor | 1,000.00 |
| 04/10/2015 | 3022 | Tricia Hayward | Contract labor | 600.00 |
| 04/10/2015 | 3023 | Tricia Hayward | Contract labor | 1,000.00 |
| 04/10/2015 | 3028 | Jacob Lopez | Contract labor | 800.00 |
| 04/10/2015 | 3030 | Yan Ebyam | Contract labor | 1,500.00 |
| 04/10/2015 | 3025 | Austin Roberts | Contract labor | 1,000.00 |
| 04/10/2015 | 3018 | Michael White | Contract labor | 615.00 |
| 04/10/2015 | 3027 | Michael White | Contract labor | 1,000.00 |
| 04/10/2015 | 3026 | Michael White | Contract labor | 120.00 |
| 04/10/2015 | 3019 | Austin Roberts | Contract labor | 820.00 |
| 04/10/2015 | 3024 | Austin Roberts | Contract labor | 800.00 |
| 04/13/2015 | 3035 | Franchise Tax Board | LLC fees to CA FTB | 800.00 |
| 04/13/2015 | | Osaka Sushi | Lunch meeting | 68.26 |
| 04/13/2015 | | Office Max | Filing supplies | 79.37 |
| 04/13/2015 | | Shell | Gas | 54.47 |
| 04/14/2015 | | Ayera | Internet connectivity | 314.00 |
| 04/14/2015 | | Valley Oak Apartments | Staff apartment rent | 1,347.11 |
| 04/14/2015 | | eBay | Thermal paste supplies | 45.65 |
| 04/14/2015 | | CA EDD | Payroll taxes | 761.34 |
| 04/14/2015 | | CA EDD | Payroll taxes | 380.67 |
| 04/14/2015 | | CA EDD | Payroll taxes | 785.54 |
| 04/14/2015 | | CA EDD | Payroll taxes | 245.00 |
| 04/15/2015 | | IRS | Payroll taxes | 126.00 |
| 04/15/2015 | | IRS | Payroll taxes | 643.23 |
| 04/15/2015 | 3032 | Sean Walsh | Payroll | 5,801.82 |
| 04/15/2015 | 3031 | Anthony S. Brough | Payroll | 4,517.10 |
| 04/16/2015 | | California High Reach | Man lift for exhaust fan install | 330.84 |
| 04/17/2015 | 3034 | Tomas Bautista | Contractor labor | 4,170.00 |
| 04/17/2015 | | Chevron | Gas | 40.43 |

**AQH LLC**
**Exhibit C - Expenses**

*April 1 through April 30, 2015*

| Date | Num | Name | Memo/Description | Amount |
|---|---|---|---|---|
| 04/20/2015 | 3033 | Sean Walsh | Walsh payroll | 5,801.82 |
| 04/20/2015 | | LogMeIn.com | Join.me subscription | 179.88 |
| 04/21/2015 | 3036 | U.S. Trustee | U.S. Trustee fees for Q1 2015 | 1,625.00 |
| 04/21/2015 | | Aliexpress | Heat sinks for system repair | 61.92 |
| 04/21/2015 | | Aliexpress | Heat sinks for system repair | 27.36 |
| 04/22/2015 | | USPS | Postage costs | 7.58 |
| 04/23/2015 | 3037 | Charles Biggs | Security system consultant | 160.00 |
| 04/23/2015 | | Shell | Gas | 52.38 |
| 04/24/2015 | 3038 | Riverbank LRA | Additional rent for April, including March/April late fees | 2,881.13 |
| 04/27/2015 | 3039 | Baudler & Flanders | Retainer for Baudler & Flanders CPAs | 5,000.00 |
| 04/27/2015 | | Subway | Meals | 19.61 |
| 04/27/2015 | | USPS | Postage costs | 6.78 |
| 04/27/2015 | | Target | Office supplies | 23.30 |
| 04/27/2015 | | Amazon | Materials for rep & maintenance | 30.23 |
| 04/28/2015 | 3048 | Emergent Systems Exchange | April 2015 Adequate Protection Payment | 8,850.00 |
| 04/28/2015 | | eBay | Thermal paste for repairs | 159.00 |
| 04/28/2015 | | California Chamber of Commerce | HR forms purchase | 5.49 |
| 4/28/2015 | | CA EDD | CA SUI / ETT | 245.00 |
| 04/29/2015 | 47820 | CrimeTek Security | April camera monitoring | 2,759.00 |
| 04/29/2015 | 47819 | CrimeTek Security | On-site security 3/16-3/31 | 2,176.00 |
| 04/29/2015 | 47737 | CrimeTek Security | On-site security 3/1 - 3/15 | 2,040.00 |
| 04/29/2015 | 47960 | CrimeTek Security | On-site security 4/1-4/15 | 2,040.00 |
| 04/29/2015 | | CNA | | 1,944.95 |
| 04/29/2015 | | Check Depot | Purchase checks for new DIP accounts | 66.04 |
| 04/29/2015 | | Home Depot | Materials for repair & maintenance | 330.45 |
| 04/29/2015 | | CA EDD | CA SUI / ETT | 245.00 |
| 04/29/2015 | | IRS | Federal Taxes (941/944) | 4,069.56 |
| 4/30/2015 | | CA EDD | CA PIT / SDI | 1,569.69 |
| 04/30/2015 | 3040 | Yan Ebyam | Payment to Vagada Holdings (independent facility maintenance contractor) | 1,500.00 |
| 04/30/2015 | | Wells Fargo | Monthly account fee | 10.00 |
| 04/30/2015 | | State of California SOS | SOS fee for certified LLC documents | 30.00 |
| 04/30/2015 | | USPS | Overnight letter | 19.99 |
| 04/30/2015 | | UPS Store | Ship server boards for repair | 108.26 |

| | | | |
|---|---|---|---|
| | Total April 2015 operating disbursements, cash | | **$138,838.52** |
| | Adjustments to cash disbursements for pre-petition corrections | | 4,952.50 |
| |   discovered during 2014 payroll reconciliation | | (270.00) |
| |   and closing of bank account | | |
| | Adjustment to bank account for funds to open three newest DIP accounts | | (300.00) |
| | | | 4,382.50 |
| | Net cash disbursements, exhibit C | | $143,221.02 |

# EXHIBIT D

**AQH LLC**
**Exhibit D - Unpaid Bills**

*for the month ended April 30, 2015*

| payee | description | | total |
|---|---|---|---:|
| Tomas Bautista | *Contractor, repair and maintenance expense* | $ | 3,120.00 |
| Riverbank LRA | *Electricity expense* | | 50,915.37 |
| | | $ | 54,035.37 |

# EXHIBIT E

**AQH LLC**
**Exhibit E - Money Owed To You**

*for the month ended April 30, 2015*

Coinbase was holding $5,799.92 which was transferred to the DIP account 5/1/15

The Debtor generated 1.00 bitcoins during this period that was not reduced to cash as of April 30, 2015