# EXHIBIT G

**AQH LLC**
**Additional information**

*for the month ended April 30, 2015*

**Accrual based projections:**

| | |
|---|---:|
| April 2015 income per exhibit B | $ 178,920.22 |
| Receivable, 3-31-15 included in exhibit B | (4,859.51) |
| Receivable, 4-30-15 per exhibit E | 5,799.92 |
| | 179,860.63 |
| | |
| April 2015 expenses per 4-30-15 exhibit C, cash operations | 138,838.52 |
| Less retainer included in exhibit C disbursements | (5,000.00) |
| Unpaid expenses, 3-31-15 included in exhibit C | (15,858.90) |
| Unpaid expense, 4-30-15 per exhibit D | 54,035.37 |
| | 172,014.99 |
| | |
| Actual profit (loss), accrual basis, 4/1-4/30/15 | $ 7,845.64 |

note: improvements to be capitalized are included in expenses for this schedule

Sean Walsh, the managing member of the Debor, personally advanced $300.00
as a capital contribution to open three new DIP accounts at Fremont Bank