MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

**DECLARATION OF DARON McDANIEL IN SUPPORT OF REPLY TO OPPSOITION BREIEF REGARDING DEBTOR'S MOTION FOR RETROACTIVE APPOINTMENT OF DBMAC, INC. AS CONSULTANT FOR DEBTOR-IN-POSSESSION AND APPROVAL OF POST-PETITION RETAINER**

Date:  June 11, 2015
Time:  1:45 p.m.
Place:  280 South First Street, Room 3020
         San Jose, California

Honorable Arthur S. Weissbrodt

I, Daron McDaniel, declare:

1.    I am Chief Operations Officer of DBMAC, Inc.

2.    DBMAC, Inc. has made arrangements with the Debtor d/b/a Aquifer LLC, Debtor-in-Possession herein, to assist it in navigating through various governmental channels to secure the financing of its electrical infrastructure requirements in AQH, LLC's facility located in the City of Riverbank, other relevant governmental agencies, (namely, Alliance - Stanislaus Economic Development & Workforce Alliance), and other private funding sources.

3.    In connection with my engagement with AQH, I met with various local political

1

leaders to discuss the benefits of AQH's presence in the community and to lobby for governmental action beneficial to AQH's position, as more fully summarized below. As a tenant in a government-owned facility and high-tech employer in the Central Valley, it is my experience that networking and lobbying efforts on AQH's behalf are necessary to ensure that government decision makers are well informed regarding the issues that AQH faces.

4. During the month of March 2015 and on behalf of AQH, I met twice each with staff for Congressman Denham and Assemblymember Olsen, and had three telephone calls and one face-to-face meeting with the Mayor of Riverbank to discuss the AQH's background, discuss issues facing the company, and discuss how AQH can play an active role as an innovator in the future of the region. To support these efforts I had more than 15 telephone conversations with Sean Walsh, AQH's managing member and Chief Executive Officer; I reviewed AQH's lease with the Riverbank Local Redevelopment Authority; discussed with AQH representatives their concerns regarding the lease, the improvement-approval process, and electrical issues; I toured AQH's Riverbank facility; I met with AQH's electrical contractor; and I educated myself on Chapter 11 and the implications for AQH's business. Additionally, I met and corresponded with prominent local Riverbank figures, including Riverbank Mayor Richard O'Brien and County Supervisor William O'Brien.

5. During the month of April 2015 and on behalf of AQH, I met once each with staff for Congressman Denham and Assemblymember Olsen to discuss issues facing the company, and discuss how AQH can play an active role as an innovator in the future of the region. To support these efforts I had approximately 18 telephone conversations with Sean Walsh; discussed with AQH representatives their concerns regarding the improvement-approval process, electrical issues, and access to water in the Riverbank facility; I toured AQH's Riverbank facility to learn about AQH's evaporative cooling system and exhaust ventilation system; I repeatedly met with AQH's electrical contractor; and was briefed on the status of the Chapter 11 case. Additionally, networked with prominent local Riverbank figures, including Riverbank Mayor Richard O'Brien and County Supervisor William O'Brien and discussed with them issues surrounding AQH, the company's benefit to the community, and the current challenges it faces in Riverbank. I also networked with notable participates in AQH's industry to better understand the market.

6. During the month of May 2015 and on behalf of AQH, I met once each with staff for Congressman Denham and Assemblymember Olsen, and had two telephone calls and two face-to-face meetings with the Mayor of Riverbank to discuss the AQH's background, discuss issues facing the company, and discuss how AQH can play an active role as an innovator in the future of the region. To support these efforts I had approximately 22 telephone conversations with Sean Walsh; discussed with AQH representatives their concerns regarding certain water issues, include Governor Brown's recent emergency declaration regarding conservation of water; I met with AQH's electrical contractor regarding its concerns; and I received a briefing on the status of AQH's Chapter 11 case. I also networked with notable participates in AQH's industry to better understand the market Additionally, I met with representatives of both the Merced Irrigation District and the Turlock Irrigation District to discuss their electrical rates, locations, and delivery of electricity to AQH's Riverbank facility.

7. I continue to advocate on behalf of AQH with local Riverbank leaders to protect AQH's interest and ensure a hospitable business environment. In my experience, this advocacy is important for any major local business—particularly where the business is a tenant of a local city.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of June, 2015, at Atwater, California.

/s/ Daron McDaniel
Daron McDaniel