MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

         Debtor.

Case No. 15-50553-ASW-11

Chapter 11

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following document(s):

1. [PROPOSED] ORDER APPROVING MOTION FOR RETROACTIVE APPOINTMENT OF DBMAC, INC. AS CONSULTANT FOR DEBTOR-IN-POSSESSION AND APPROVAL OF POST-PETITION RETAINER

Upon the following persons and/or entities:

**Office of the U.S. Trustee / SJ**
Attn: Shining J. Hsu
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

Cheryl C. Rouse
Law Offices of Rouse & Bahlert
345 Franklin Street
San Francisco, California 94102

Access Electric
c/o William L. Porter
Porter Law Group, Inc.
7801 Folsom Boulevard, Suite 101
Sacramento, CA 95826

1

| | |
|---|---|
| 1 | Riverbank Local Redevelopment Agency |
| 2 | c/o S. Craig Hunter<br>Churchwell White LLP |
| 3 | 1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 |
| 4 | As Follows: |
| 5 | [X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully |
| 6 | prepared to be placed in the United States mail at San Francisco, California. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: June 12, 2015        /s/ Brenda S. Johnson
                                BRENDA S. JOHNSON

2