MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

**IT IS SO ORDERED.**
Signed June 19, 2015

*[signature]*

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

            Debtor.

Case No. 15-50553-ASW-11

Chapter 11

**ORDER APPROVING MOTION FOR RETROACTIVE APPOINTMENT OF DBMAC, INC. AS CONSULTANT FOR DEBTOR-IN-POSSESSION AND APPROVAL OF POST-PETITION RETAINER**

Date: June 11, 2015
Time: 1:45 p.m.
Place: 280 South First Street, Room 3020
        San Jose, California

Honorable Arthur S. Weissbrodt

      The motion of AQH, LLC, Debtor in Possession herein, praying for entry of an order pursuant to 11 U.S.C. § 327(a) approving the appointment of DBMAC, Inc. as its consultant came on for hearing at 1:45 p.m. on June 11, 2015. Matthew J. Olson of Macdonald Fernandez LLP appeared for the Debtor in Possession.

      Having considered the Motion, the pleadings offered in support of the Application, the opposition of the Riverbank Local Redevelopment Authority, and the arguments of counsel; for the reasons stated in the Court's tentative ruling entered on June 9, 2015 and good cause appearing;

      **IT IS ORDERED** that:

      1.      The Motion is granted;

2. The Debtor is authorized to employ DBMAC, Inc. as its consultant in this case effective February 19, 2015; and

3. The Debtor is authorized to pay DBMAC, Inc. a post-petition retainer of $12,000 pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a) from cash collateral or the other unencumbered assets of the estate.

**END OF ORDER**

## COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).