

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

THE IS SO ORDERED.
Signed June 19, 2015

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-11-ASW

Chapter 11

ORDER GRANTING MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)

Date: June 11, 2015
Time: 1:45 p.m.
Place: 280 South First Street, Room 3020
       San Jose, California

Honorable Arthur S. Weissbrodt

      The motion of AQH, LLC, Debtor in Possession herein, praying for entry of an order extending the time to assume or reject unexpired leases of nonresidential real property, and in particular the lease with Riverbank Local Redevelopment Agency (the "Riverbank LRA") for the Debtor's primary datacenter facilities located at 5300 Claus Road, Buildings 3, 5, 21 and 49, in Modesto, California (the "Leased Facility"), pursuant to Bankruptcy Code § 365(d)(4) came on for hearing at 1:45 p.m. on June 11, 2015. Matthew J. Olson of Macdonald Fernandez LLP appeared for the Debtor in Possession. No opposition to the Motion was offered.

      Having considered the Motion, the pleadings offered in support thereof, and the arguments of counsel; for the reasons stated in the Court's tentative ruling entered on June 9, 2015 and good cause

appearing;

**IT IS ORDERED** that:

1. The Motion is granted; and

2. The time within which the Debtor may assume or reject the lease with the Riverbank LRA for the Lease Facility is extended for 90 days (through and including September 17, 2015), without prejudice to the Debtor seeing further extensions as permitted by the Bankruptcy Code.

**END OF ORDER**

## COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).