# UNITED STATES BANKRUPTCY COURT

### Northern District of California (San Jose)

In re  AQH, LLC ,                             Case No.  15-50553
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  5/1-5/31/15                    Date filed:  02/19/2015

Line of Business:  Blockchain software security and network infrastructure        NAISC Code:  518210

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Chris Cunningham

Original Signature of Responsible Party

Chris Cunningham

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?　　　☑　☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL INCOME** | $ | 177,627.96 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 99,213.48 |
| Cash on Hand at End of Month | $ | 108,786.24 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU　**TOTAL** | $ | 108,786.24 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL EXPENSES** | $ | 168,055.20 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 177,627.96 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 168,055.20 |
| *(Subtract Line C from Line B)*　**CASH PROFIT FOR THE MONTH** | $ | 9,572.76 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 141,445.93

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 14,337.62

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 615,337.00 | $ 568,689.61 | $ 46,647.39 |
| EXPENSES | $ 601,365.00 | $ 440,338.09 | $ 161,026.91 |
| CASH PROFIT | $ 13,972.00 | $ 128,351.52 | $ 114,379.52 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                               $    199,180.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                          $    196,453.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                      $      2,727.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

# EXHIBIT A - Taxes

**AQH LLC**
**Exhibit A - Taxes**

*May 1 through May 31, 2015*

Payroll deposits had been partially paid.  Debtor is waiting for the IRS and EDD to process the returns to determine outstanding balance. Tax payments will come from cash on hand.

# EXHIBIT B - Income

# AQH LLC
## Exhibit B - Income

*May 1 through May 31, 2015*

| Date | Transaction Type | Amount |
|------|------------------|--------|
| 05/01/2015 | Deposit | $ 5,799.92 |
| 05/01/2015 | Deposit | 19.64 |
| 05/04/2015 | Deposit | 10,571.72 |
| 05/05/2015 | Deposit | 5,136.38 |
| 05/05/2015 | Deposit | 4,792.79 |
| 05/05/2015 | Deposit | 4,916.00 |
| 05/06/2015 | Deposit | 6,734.79 |
| 05/07/2015 | Deposit | 6,729.34 |
| 05/08/2015 | Deposit | 5,669.73 |
| 05/11/2015 | Deposit | 6,795.08 |
| 05/11/2015 | Deposit | 50.00 |
| 05/12/2015 | Deposit | 10,238.66 |
| 05/12/2015 | Deposit | 7,628.86 |
| 05/13/2015 | Deposit | 5,721.41 |
| 05/14/2015 | Deposit | 6,009.80 |
| 05/15/2015 | Deposit | 9,633.63 |
| 05/18/2015 | Deposit | 9,665.70 |
| 05/19/2015 | Deposit | 5,409.24 |
| 05/19/2015 | Deposit | 4,940.95 |
| 05/20/2015 | Deposit | 7,648.70 |
| 05/21/2015 | Deposit | 9,953.29 |
| 05/26/2015 | Deposit | 12,171.42 |
| 05/27/2015 | Deposit | 6,415.47 |
| 05/27/2015 | Deposit | 13,479.00 |
| 05/29/2015 | Deposit | 11,496.38 |
| 05/29/2015 | Deposit | 0.06 |
| | | **$ 177,627.96** |

# EXHIBIT C - Expenses

# AQH LLC
# Exhibit C - Expenses

*May 1 through May 31, 2015*

| Date | Num | Name | Memo/Description | Amount |
|------|-----|------|------------------|--------|
| 05/01/2015 | | Checks Unlimited | Check Order | -58.83 |
| 05/01/2015 | | Shell | Fuel | -73.11 |
| 05/01/2015 | | CA EDD | Payroll Taxes | -118.35 |
| 05/01/2015 | | Home Depot | Supplies | -208.71 |
| 05/01/2015 | 3051 | Jason L. Brown | Wages | -772.89 |
| 05/01/2015 | 3052 | Brian Gleeson | Wages | -803.10 |
| 05/01/2015 | 3050 | Tomas Bautista | Repair & Maintenance | -3,120.00 |
| 05/01/2015 | 3049 | Riverbank LRA | Rent or Lease | -22,477.73 |
| 05/04/2015 | | USPS | Shipping and delivery expense | -6.60 |
| 05/04/2015 | | TexMex | Meals and Entertainment | -21.46 |
| 05/04/2015 | | Google | Office Expenses | -30.50 |
| 05/04/2015 | | Checks Unlimited | Office Expenses | -58.83 |
| 05/04/2015 | | Gilton Waste Management | Other Utilities | -199.10 |
| 05/04/2015 | 3045 | Anthony S. Brough | Wages | -4,517.10 |
| 05/05/2015 | | Alhambra Water | Office Expenses | -94.17 |
| 05/05/2015 | | Plug & Play | Rent or Lease | -450.00 |
| 05/05/2015 | 3046 | Sean Walsh | Wages | -5,801.82 |
| 05/06/2015 | | eBay | Backflow Prevention | -278.65 |
| 05/06/2015 | | State of Delaware | LLC Fee | -400.00 |
| 05/06/2015 | | Aliexpress | Heat Sinks for CT Units | -1,500.00 |
| 05/07/2015 | 4004 | Andy Faris | Interest Expense | -2,583.33 |
| 05/08/2015 | | eBay | Water Meter | -119.14 |
| 05/08/2015 | 5000 | Yan Ebyam | Repair & Maintenance | -500.00 |
| 05/08/2015 | 4006 | Tony's Plumbing Service | Plumbing Infrastructure | -1,850.00 |
| 05/08/2015 | | Aeromist | Evaporative Cooling System For New Area | -4,374.57 |
| 05/08/2015 | 4001 | Riverbank LRA | Electricity | -50,915.37 |
| 05/12/2015 | | Elance | Promotional | -25.00 |
| 05/12/2015 | | Elance | Promotional | -25.00 |
| 05/12/2015 | 2000 | eBay | Flow Oven for Board Repair | -398.99 |
| 05/12/2015 | | Valley Oak Apartments | Rent or Lease | -1,422.11 |
| 05/13/2015 | 4007 | Tue Ngo | Board Repiar | -200.00 |
| 05/13/2015 | | Elance | Promotional | -220.00 |
| 05/13/2015 | | Aliexpress | Thermal Paste | -285.97 |
| 05/14/2015 | | IRS | Payroll Taxes | -5,702.58 |
| 05/15/2015 | 4010 | Chris Cunningham | Travel | -500.00 |
| 05/15/2015 | | Yan Ebyam | Stipend to Vagada Holdings | -1,700.00 |
| 05/15/2015 | | CA EDD | Payroll Taxes | -1,807.08 |
| 05/15/2015 | 4005 | Andy Faris | Interest Expense | -2,583.33 |
| 05/15/2015 | 4003 | Emergent Systems Exchange | Interest Expense | -16,950.00 |
| 05/16/2015 | 4011 | Tomas Bautista | Repair & Maintenance | -2,790.00 |
| 05/18/2015 | | Fremont Parking Garage | Parking | -3.00 |
| 05/18/2015 | | Fremont Bank | Wire Transfer Fee | -30.00 |
| 05/18/2015 | | craigslist | Job Posting | -75.00 |
| 05/18/2015 | | Chevron | Fuel | -75.12 |
| 05/18/2015 | | eBay | Thermal Paste | -348.00 |
| 05/18/2015 | 4008 | Anthony S. Brough | Wages | -4,517.10 |
| 05/19/2015 | 4016 | Yan Ebyam | Materials | -500.00 |
| 05/19/2015 | 1040 | George Conklin | Wages | -815.57 |
| 05/19/2015 | 4015 | Jason L. Brown | Wages | -1,041.45 |
| 05/19/2015 | 4013 | Brian Gleeson | Wages | -929.57 |
| 05/19/2015 | 4019 | Lionakis | Phase 4B Calculations and Drawings | -5,500.00 |
| 05/20/2015 | | Arco | Meals and Entertainment | -2.35 |
| 05/20/2015 | | 76 Gas Station | Travel | -32.00 |

**AQH LLC**
**Exhibit C - Expenses**

*May 1 through May 31, 2015*

| Date | Num | Name | Memo/Description | Amount |
|------|-----|------|------------------|--------|
| 05/20/2015 | 4009 | Sean Walsh | Wages | -5,801.82 |
| 05/21/2015 | 579 | Fry's Electronics | Materials | -24.72 |
| 05/21/2015 | | UPS Store | Office Expenses | -101.73 |
| 05/21/2015 | | Ayera | Other Utilities | -314.00 |
| 05/26/2015 | | DropBox | Subscription | -4.99 |
| 05/26/2015 | | Exprsvpnll De Mcc | Travel | -12.95 |
| 05/26/2015 | | 76 Gas Station | Fuel | -15.00 |
| 05/26/2015 | | BaseCamp | Office Expenses | -20.00 |
| 05/26/2015 | | Uber | Travel | -36.07 |
| 05/27/2015 | | Uber | Travel | -17.06 |
| 05/27/2015 | | eBay | Water Softening Units for Evap Cooling System | -1,893.74 |
| 05/27/2015 | 4020 | Yan Ebyam | Repair & Maintenance | -2,275.00 |
| 05/28/2015 | | Plug & Play | Meals and Entertainment | -4.02 |
| 05/28/2015 | | Plug & Play | Meals and Entertainment | -18.12 |
| 05/28/2015 | | Plug & Play | Meals and Entertainment | -20.62 |
| 05/28/2015 | | Uber | Travel | -26.82 |
| 05/28/2015 | | Grainger | Repair & Maintenance | -722.44 |
| 05/28/2015 | | CNA | Insurance | -1,738.28 |
| 05/29/2015 | | Uber | Travel | -14.30 |
| 05/29/2015 | 4027 | Voradeth Onemivong | Wages | -611.28 |
| 05/29/2015 | | Home Depot | Job Materials | -1,744.16 |
| 05/31/2015 | | Fremont Bank | Bank Charges | -5.00 |
| 05/31/2015 | 4030 | Tomas Bautista | Repair & Maintenance | -2,820.00 |
| 05/31/2015 | | Miscellaneous | Miscellaneous Adjustment per Reconciliation | -0.50 |

Total May 2015 operating disbursements, cash     **$ 168,055.20**

# EXHIBIT D - Unpaid Bills

**AQH LLC**
**Exhibit D - Unpaid Bills**

*for the month ended May 31, 2015*

| payee | description | total |
|---|---|---|
| Tomas Bautista | *Contractor, repair and maintenance expense* | $ 628.13 |
| eMaint Enterprises, LLC | *Software Subscription* | $ 70.00 |
| Maleko Staffing | *Staffing expense* | $ 1,746.62 |
| Riverbank LRA | *Electricity expense* | 139,001.18 |
| | | $ 141,445.93 |

# EXHIBIT E - Accounts Receivable

**AQH LLC**
**Exhibit E - Money Owed To You**

*for the month ended May 31, 2015*

Coinbase was holding $14,337.62 which was transferred to the DIP account 6/2/15

The Debtor generated 1.00 bitcoins during this period that was not reduced to cash as of May 31. 2015

# EXHIBIT F - Bank Statements and Reconciliaitons

# Gold Business Services Package



WELLS FARGO

037860 1 AV 0.391 365658

AQH LLC
DEBTOR IN POSSESSION
CH 11 CASE # 15-50553 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $86,647.14 |
| Deposits/Credits | 54,000.00 |
| Withdrawals/Debits | − 140,647.14 |
| **Closing balance on 5/20** | **$0.00** |
| Average ledger balance this period | $40,283.81 |

Account number: ███ 3847

**AQH LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-50553 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 5/1 | | Purchase authorized on 04/29 The Home Depot #18 Riverbank CA ███ 2137 Card 3390 | | 208.71 | |
| 5/1 | | Purchase authorized on 05/01 Shell Service Station Mountain View CA ███ 4680 Card 3390 | | 73.11 | |
| 5/1 | | Purchase authorized on 05/01 Direct Checks Unli 800-533-3973 CO ███ 9216 Card 3390 | | 58.83 | |
| 5/1 | | Employment Devel Edd Eftpmt 043015 1251170048 Aqh LLC | | 118.35 | |
| 5/1 | 3052 | Check | | 803.10 | 85,385.04 |
| 5/4 | | Online Transfer From Aqh LLC Ref #Ibek82Tgs2 Business Checking to Fremont | 54,000.00 | | |
| 5/4 | | Purchase authorized on 04/30 Gilton Solid Waste Oakdale CA ███ 9284 Card 3390 | | 199.10 | |
| 5/4 | | Purchase authorized on 04/30 All-Service Centre Sunnyvale CA ███ 7705 Card 3390 | | 6.60 | |
| 5/4 | | Purchase authorized on 05/01 Garcia's Market, I Riverbank CA ███ 4568 Card 3390 | | 21.46 | |
| 5/4 | | Purchase authorized on 05/02 Google *Svcsapps_A CC@Google.Com CA ███ 2820 Card 1241 | | 30.50 | |
| 5/4 | | Purchase authorized on 05/02 Direct Checks Unli 800-533-3973 CO ███ 90041 Card 3390 | | 58.83 | |
| 5/4 | 3051 | Cashed Check | | 772.89 | |
| 5/4 | | Online Transfer to Aqh LLC Ref #Ibe8Jw9628 Business Checking Return | | 16,000.00 | |
| 5/4 | 3045 | Check | | 4,517.10 | 117,778.56 |
| 5/5 | | Purchase authorized on 05/04 Ds Services Standa 800-4928377 GA ███ 6274 Card 3390 | | 94.17 | |
| 5/5 | | Purchase authorized on 05/04 Ipn/Paymentnetwork 877-559-7866 CA ███ 8235 Card 3390 | | 450.00 | |
| 5/5 | | Withdrawal Made In A Branch/Store | | 54,000.00 | |
| 5/5 | 3043 | Check | | 2,040.00 | |
| 5/5 | 3042 | Check | | 2,040.00 | |
| 5/5 | 3041 | Check | | 2,176.00 | |
| 5/5 | 3044 | Check | | 2,759.00 | |
| 5/5 | 3050 | Check | | 3,120.00 | |
| 5/5 | 3046 | Check | | 5,801.82 | |
| 5/5 | 3038 | Check | | 2,881.13 | |
| 5/5 | 3049 | Check | | 22,477.73 | |
| 5/5 | 3048 | Check | | 8,850.00 | 11,088.71 |
| 5/6 | | Purchase authorized on 05/05 Paypal *Gdluohh 402-935-7733 CA ███ 3924 Card 0980 | | 1,500.00 | |
| 5/6 | | Purchase authorized on 05/05 Faucet Depot 095 888-328-2389 CA ███ 9454 Card 3390 | | 278.65 | |
| 5/6 | | Purchase authorized on 05/06 Csc E-File 888-690-2468 DE ███ 6909 Card 1241 | | 400.00 | 8,910.06 |
| 5/8 | | Purchase authorized on 05/05 Aero Mist Inc 623-4445121 AZ ███ 2435 Card 0980 | | 4,374.57 | |
| 5/8 | | Purchase authorized on 05/06 Qc Supply 402-352-3167 NE ███ 2802 Card 0980 | | 119.14 | 4,416.35 |
| 5/20 | | Withdrawal Made In A Branch/Store | | 4,416.35 | 0.00 |
| **Ending balance on 5/31** | | | | | **0.00** |
| **Totals** | | | **$54,000.00** | **$140,647.14** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

187742



**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amoun |
|--------|------|--------|--------|------|--------|--------|------|-------|
| 3038 | 5/5 | 2,881.13 | 3044 | 5/5 | 2,759.00 | 3049 | 5/5 | 22,477.7: |
| 3041 * | 5/5 | 2,176.00 | 3045 | 5/4 | 4,517.10 | 3050 | 5/5 | 3,120.0( |
| 3042 | 5/5 | 2,040.00 | 3046 | 5/5 | 5,801.82 | 3051 | 5/4 | 772.8! |
| 3043 | 5/5 | 2,040.00 | 3048 * | 5/5 | 8,850.00 | 3052 | 5/1 | 803.1( |

*\* Gap in check sequence.*



# IMPORTANT ACCOUNT INFORMATION

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ........................ $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

.......................................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

.......................................... TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............. – $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ............................ $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount** $ | |

187744



©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



037859 1 AV 0.391 365658

 իրիզեվիններիկինիկիրիկիներ

AQH LLC
DEBTOR IN POSSESSION
CH 11 CASE # 15-50553 (NCA)

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Platinum Business Checking | 2 | ▉3839 | 32,972.47 | 0.0 |
| Business High Yield Savings | 3 | ▉8438 | 40.00 | 0.0 |
| **Total deposit accounts** | | | **$33,012.47** | **$0.0** |



# Platinum Business Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $32,972.47 |
| Deposits/Credits | 21,799.98 |
| Withdrawals/Debits | - 54,772.45 |
| **Closing balance on 5/20** | **$0.00** |
| Average ledger balance this period | $39,231.17 |

Account number: ██████ 3839

**AQH LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-50553 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.06 |
| Average collected balance | $6,772.39 |
| Annual percentage yield earned | 0.02% |
| Interest earned this statement period | $0.06 |
| Interest paid this year | $2.04 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Coinbase.Com/Btc ██████████████ ip31 Aqh, LLC | 5,799.92 | | 38,772.39 |
| 5/4 | | Online Transfer From Aqh LLC Ref #Ibe8Jw962B Business Checking Return | 16,000.00 | | |
| 5/4 | | Online Transfer to Aqh LLC Ref #Ibek82Tgs2 Business Checking to Fremont | | 54,000.00 | 772.39 |
| 5/20 | | Interest Payment | 0.06 | | |
| 5/20 | | Withdrawal Made In A Branch/Store | | 772.45 | 0.00 |
| **Ending balance on 5/31** | | | | | **0.00** |
| **Totals** | | | **$21,799.98** | **$54,772.45** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Case: 15-50553    Doc# 100    Filed: 06/25/15    Entered: 06/25/15 18:02:02    Page 22 of 35



 IMPORTANT ACCOUNT INFORMATION

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.

## Business High Yield Savings

### Activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $40.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 40.00 |
| **Closing balance on 5/20** | **$0.00** |
| Average ledger balance this period | $50.00 |

Account number: ████ 8438

**AQH LLC**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-50553 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $40.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

### Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 5/20 | Withdrawal Made In A Branch/Store | | 40.00 | 0.00 |
| | **Ending balance on 5/31** | | | 0.00 |
| **Totals** | | **$0.00** | **$40.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement ........................ $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

.......................................... TOTAL $ _____

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

.......................................... TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above ............. - $ _____

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register ............................... $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

187740

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



#  FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

37.179401.FB05312015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE SAVINGS



TAKE OWNERSHIP
*of your*
WEALTH


FREMONT BANK
WEALTH MANAGEMENT SERVICES

*Contact us for your personal
financial evaluation*

## (800) 359-2265

ASK FOR OUR **WEALTH
MANAGEMENT DEPARTMENT**

FB-C043-0215

### BUS SAVINGS ACCOUNT ▮7604

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 100.00 | (0)  $ 0.00 | (1)  $ 5.00 | $ 95.00 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 04/30 | 100.00 |
| SERVICE CHARGE | -5.00 | 05/31 | 95.00 |
| BALANCE THIS STATEMENT | | 05/31 | 95.00 |

### INTEREST

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 100.00 | INTEREST EARNED: | 0.00 |
| AVERAGE AVAILABLE BALANCE: | 100.00 | DAYS IN PERIOD: | 31 |
| INTEREST PAID THIS PERIOD: | 0.00 | ANNUAL PERCENTAGE YIELD EARNED: | 0.00% |

### ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD

| | |
|---|---|
| MAINTENANCE: | 5.00 |


FDIC



# FREMONT BANK

Phone:     800-359-BANK (2265)
Website:  www.fremontbank.com

98.179403.FB05292015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE CHECKING

# e-Statements: Less Paper, More Benefits

| **MORE SECURE** | **CONVENIENT** | **ECO-FRIENDLY** |
|---|---|---|
| Less information in your mailbox reduces risk of identity theft. | Access 15 months of statement history in Online Banking. | Help the environment by reducing paper consumption. |

Enroll today in **Personal Online Banking** or call our Client Service Department at **800-359-BANK (2265).**

## BUSINESS SMALL CHECKING ACCOUNT ⬛9773

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 100.00 | (28)  $ 227,176.92 | (38)  $ 168,148.02 | $ 59,128.90 |
| **Minimum Balance** | | | **Average Balance** |
| $ 119.64 | | | $ 41,461.64 |

| Description | | Transaction Amount | Date | Balance |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 04/30 | 100.00 |
| COINBASE.COM/BTC ⬛5845 HYB6HS4N | | 19.64 | 05/01 | 119.64 |
| COINBASE.COM/BTC ⬛5845 BZIL2RJ9 | | 10,571.72 | 05/04 | 10,691.36 |
| COINBASE.COM/BTC ⬛5845 AJK7YS2Z | | 4,792.79 | 05/05 | 15,484.15 |
| COINBASE.COM/BTC ⬛5845 FJKKPQMC | | 4,916.00 | 05/05 | 20,400.15 |
| COINBASE.COM/BTC ⬛5845 OBYKG4JJ | | 5,136.38 | 05/05 | 25,536.53 |
| COINBASE.COM/BTC ⬛5845 E68SW6LI | | 6,734.79 | 05/06 | 32,271.32 |
| CIRCLE INTERNET CIRCLE ⬛3656 | | 0.85 | 05/07 | 32,272.17 |
| CIRCLE INTERNET CIRCLE ⬛3509 | | 0.98 | 05/07 | 32,273.15 |
| COINBASE.COM/BTC ⬛5845 F7BAXOF3 | | 6,729.34 | 05/07 | 39,002.49 |
| COINBASE.COM/BTC ⬛5845 GSR8L2AG | | 5,669.73 | 05/08 | 44,672.22 |
| CIRCLE INTERNET CIRCLE ⬛7903 | | -1.83 | 05/08 | 44,670.39 |
| CHECK # 5000 | | -500.00 | 05/08 | 44,170.39 |
| CIRCLE INTERNET CIRCLE ⬛3378 | | 50.00 | 05/11 | 44,220.39 |
| COINBASE.COM/BTC ⬛5845 TF00ENKM | | 6,795.08 | 05/11 | 51,015.47 |
| ⬛3244 Transfer from BUSINESS SMALL CH 11909838 on 5/11/15 at 11:19 | | 54,000.00 | 05/11 | 105,015.47 |
| ⬛2583 Transfer to CHECKING ⬛9838 on 5/11/15 at 12:57 | | -500.00 | 05/11 | 104,515.47 |
| ⬛2627 Transfer to CHECKING ⬛9838 on 5/11/15 at 13:03 | | -700.00 | 05/11 | 103,815.47 |
| ⬛2825 Transfer to CHECKING ⬛9838 on 5/11/15 at 13:03 | | -1,422.11 | 05/11 | 102,393.36 |
| ⬛3128 Transfer to CHECKING ⬛9838 on 5/11/15 at 12:59 | | -1,600.00 | 05/11 | 100,793.36 |
| ⬛0943 Transfer to CHECKING ⬛9838 on 5/11/15 at 13:00 | | -1,746.62 | 05/11 | 99,046.74 |
| ⬛2704 Transfer to CHECKING ⬛9838 on 5/11/15 at 13:03 | | -1,850.00 | 05/11 | 97,196.74 |
| ⬛2368 Transfer to CHECKING ⬛9838 on 5/11/15 at 13:03 | | -2,583.33 | 05/11 | 94,613.41 |



# FB FREMONT BANK



Phone: 800-359-BANK (2265)
Website: www.fremontbank.com


## BUSINESS SMALL CHECKING ACCOUNT ███ 9773

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| █ 2464 Transfer to CHECKING █ 9838 on 5/11/15 at 13:03 | -2,583.33 | 05/11 | 92,030.08 |
| █ 2235 Transfer to CHECKING █ 9838 on 5/11/15 at 13:03 | -2,790.00 | 05/11 | 89,240.08 |
| █ 1006 Transfer to CHECKING █ 9838 on 5/11/15 at 12:59 | -6,000.00 | 05/11 | 83,240.08 |
| █ 3361 Transfer to CHECKING █ 9838 on 5/11/15 at 12:58 | -7,500.00 | 05/11 | 75,740.08 |
| █ 2521 Transfer to CHECKING █ 9838 on 5/11/15 at 13:03 | -16,850.00 | 05/11 | 58,890.08 |
| █ 2569 Transfer to CHECKING █ 9838 on 5/11/15 at 13:03 | -50,915.37 | 05/11 | 7,974.71 |
| COINBASE.COM/BTC █ 5845 0CNTD4GN | 7,628.86 | 05/12 | 15,603.57 |
| COINBASE.COM/BTC █ 5845 O0GYFO8E | 10,238.66 | 05/12 | 25,842.23 |
| COINBASE.COM/BTC █ 5845 7S1LNMMN | 5,721.41 | 05/13 | 31,563.64 |
| COINBASE.COM/BTC █ 5845 VUYVBMWZ | 6,009.80 | 05/14 | 37,573.44 |
| COINBASE.COM/BTC █ 5845 NKO37RYP | 9,633.63 | 05/15 | 47,207.07 |
| COINBASE.COM/BTC █ 5845 R2RUSZF5 | 9,665.70 | 05/15 | 56,872.77 |
| █ 0052 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -200.00 | 05/18 | 56,672.77 |
| █ 9715 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -270.00 | 05/18 | 56,402.77 |
| █ 9993 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -285.97 | 05/18 | 56,116.80 |
| █ 0121 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -314.00 | 05/18 | 55,802.80 |
| █ 9915 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -348.00 | 05/18 | 55,454.80 |
| █ 0246 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -353.12 | 05/18 | 55,101.68 |
| █ 9793 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -398.99 | 05/18 | 54,702.69 |
| █ 9638 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -1,738.28 | 05/18 | 52,964.41 |
| █ 0447 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -4,229.34 | 05/18 | 48,735.07 |
| █ 0344 Transfer to CHECKING █ 9838 on 5/18/15 at 18:18 | -5,033.60 | 05/18 | 43,701.47 |
| COINBASE.COM/BTC █ 5845 AWROFZUR | 4,940.95 | 05/19 | 48,642.42 |
| COINBASE.COM/BTC █ 5845 FDM5LYWP | 5,409.24 | 05/19 | 54,051.66 |
| COINBASE.COM/BTC █ 5845 57WWLYDE | 7,648.70 | 05/20 | 61,700.36 |
| █ 112660174 Transfer to CHECKING █ 9838 on 5/20/15 at 9:05 | -5,500.00 | 05/20 | 56,200.36 |
| COINBASE.COM/BTC █ 5845 HR3PMSLY | 9,953.29 | 05/21 | 66,153.65 |
| COINBASE.COM/BTC █ 5845 PO0LOOKG | 12,171.42 | 05/26 | 78,325.07 |
| COINBASE.COM/BTC █ 5845 EBIJSSA9Q | 6,415.47 | 05/27 | 84,740.54 |
| COINBASE.COM/BTC █ 5845 0TQ55OGL | 13,479.00 | 05/27 | 98,219.54 |
| █ 0201 Transfer from BUSINESS SMALL CH 11909838 on 5/27/15 at 16:50 | 1,347.11 | 05/27 | 99,566.65 |
| █ 0178 Transfer to CHECKING █ 9838 on 5/27/15 at 16:49 | -450.00 | 05/27 | 99,116.65 |
| █ 9557 Transfer to CHECKING █ 9838 on 5/27/15 at 16:41 | -500.00 | 05/27 | 98,616.65 |
| █ 9029 Transfer to CHECKING █ 9838 on 5/27/15 at 16:41 | -722.44 | 05/27 | 97,894.21 |
| █ 9735 Transfer to CHECKING █ 9838 on 5/27/15 at 16:48 | -1,347.11 | 05/27 | 96,547.10 |
| █ 7778 Transfer to CHECKING █ 9838 on 5/27/15 at 16:49 | -1,347.11 | 05/27 | 95,199.99 |
| █ 9345 Transfer to CHECKING █ 9838 on 5/27/15 at 16:41 | -1,893.74 | 05/27 | 93,306.25 |
| █ 9846 Transfer to CHECKING █ 9838 on 5/27/15 at 16:41 | -2,300.00 | 05/27 | 91,006.25 |
| █ 7545 Transfer to CHECKING █ 9838 on 5/27/15 at 16:46 | -2,820.00 | 05/27 | 88,186.25 |
| █ 0478 Transfer to CHECKING █ 9838 on 5/27/15 at 16:47 | -4,576.00 | 05/27 | 83,610.25 |
| █ 7840 Transfer to CHECKING █ 9838 on 5/27/15 at 16:46 | -6,000.00 | 05/27 | 77,610.25 |
| █ 8064 Transfer to CHECKING █ 9838 on 5/27/15 at 16:46 | -7,500.00 | 05/27 | 70,110.25 |
| █ 9438 Transfer to CHECKING █ 9838 on 5/27/15 at 16:48 | -22,477.73 | 05/27 | 47,632.52 |
| COINBASE.COM/BTC █ 5845 XID6U1UH | 11,496.38 | 05/29 | 59,128.90 |
| BALANCE THIS STATEMENT | | 05/29 | 59,128.90 |

## YOUR CHECKS SEQUENCED

* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/08 | 5000 | 500.00 | | | | | | |

Case: 15-50553   Doc# 100   Filed: 06/25/15   Entered: 06/25/15 18:02:02   Page 27 of 35



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 3 of 3

STATEMENT DATE
05/29/2015

ACCOUNT NUMBER
9773

AQH LLC





| 5000 | $500.00 | 05/08/2015 |



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
05/29/2015

**ACCOUNT NUMBER**
▆9838

99.179403.FB05292015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP OPERATING CHECKING

## e-Statements: Less Paper, More Benefits

**MORE SECURE**
Less information in your mailbox reduces risk of identity theft.

**CONVENIENT**
Access 15 months of statement history in Online Banking.

**ECO-FRIENDLY**
Help the environment by reducing paper consumption.

Enroll today in **Personal Online Banking** or call our Client Service Department at **800-359-BANK (2265).**

---

### BUSINESS SMALL CHECKING ACCOUNT ▆9838

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 100.00 | (39) $ 226,875.54 | (51) $ 171,506.42 | $ 55,469.12 |
| **Minimum Balance** | | | **Average Balance** |
| $ 100.00 | | | $ 49,246.40 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 04/30 | 100.00 |
| DEPOSIT | 54,000.00 | 05/05 | 54,100.00 |
| 2583 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 12:57 | 500.00 | 05/11 | 54,600.00 |
| 2627 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:03 | 700.00 | 05/11 | 55,300.00 |
| 2825 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:03 | 1,422.11 | 05/11 | 56,722.11 |
| 3128 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 12:59 | 1,600.00 | 05/11 | 58,322.11 |
| 0943 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:00 | 1,746.62 | 05/11 | 60,068.73 |
| 2704 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:03 | 1,850.00 | 05/11 | 61,918.73 |
| 2368 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:03 | 2,583.33 | 05/11 | 64,502.06 |
| 2464 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:03 | 2,583.33 | 05/11 | 67,085.39 |
| 2235 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:03 | 2,790.00 | 05/11 | 69,875.39 |
| 1006 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 12:59 | 6,000.00 | 05/11 | 75,875.39 |
| 3361 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 12:58 | 7,500.00 | 05/11 | 83,375.39 |
| 2521 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:03 | 16,850.00 | 05/11 | 100,225.39 |
| 2569 Transfer from BUSINESS SMALL CH▆9773 on 5/11/15 at 13:03 | 50,915.37 | 05/11 | 151,140.76 |
| 3244 Transfer to CHECKING 11909773 on 5/11/15 at 11:19 | -54,000.00 | 05/11 | 97,140.76 |
| CARD # 2000 - 05/11 CHECK CRD PURCHASE ▆6909 ELANCE INC 650-3167500 CA | -25.00 | 05/12 | 97,115.76 |
| CARD # 2000 - 05/11 CHECK CRD PURCHASE ▆6909 ELANCE INC 650-3167500 CA | -25.00 | 05/12 | 97,090.76 |
| CARD # 2000 - 05/12 PURCHASE ▆4917 PAYPAL *SANVEN San Jose CA MCC 6051 Valley Oak WEB PMTS 6HBLF | -398.99 | 05/12 | 96,691.77 |
| | -1,422.11 | 05/12 | 95,269.66 |
| CHECK # 4006 | -1,850.00 | 05/12 | 93,419.66 |
| CARD # 2000 - 05/11 CHECK CRD PURCHASE ▆6909 ELANCE ESCROW CORP 650-31 | -220.00 | 05/13 | 93,199.66 |
| CARD # 2000 - 05/12 CHECK CRD PURCHASE ▆3248 ALIEXPRESS 408-748-1200 D | -285.97 | 05/13 | 92,913.69 |

***Continued on Next Page***

Case: 15-50553    Doc# 100    Filed: 06/25/15    Entered: 06/25/15 18:02:02    Page 29 of 35



FDIC

# FREMONT BANK 

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
05/29/2015

**ACCOUNT NUMBER**
█9838

## BUSINESS SMALL CHECKING ACCOUNT █9838

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| Payroll PAYROLL █6477 | -0.55 | 05/14 | 92,913.14 |
| Payroll Credit █6477 | 0.55 | 05/15 | 92,913.69 |
| CHECK # 1 | -1,700.00 | 05/15 | 91,213.69 |
| CHECK # 4003 | -16,950.00 | 05/15 | 74,263.69 |
| █0052 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 200.00 | 05/18 | 74,463.69 |
| █9715 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 270.00 | 05/18 | 74,733.69 |
| █9993 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 285.97 | 05/18 | 75,019.66 |
| █0121 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 314.00 | 05/18 | 75,333.66 |
| █9915 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 348.00 | 05/18 | 75,681.66 |
| █0246 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 353.12 | 05/18 | 76,034.78 |
| █9793 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 398.99 | 05/18 | 76,433.77 |
| █9638 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 1,738.28 | 05/18 | 78,172.05 |
| █0447 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 4,229.34 | 05/18 | 82,401.39 |
| █0344 Transfer from BUSINESS SMALL CH█9773 on 5/18/15 at 18:18 | 5,033.60 | 05/18 | 87,434.99 |
| CARD # 579 - 05/15 CHECK CRD PURCHASE █8809 CITY OF SAN JOSE SAN JOSE | -3.00 | 05/18 | 87,431.99 |
| CARD # 579 - 05/18 PURCHASE █9/177 MOUNTAIN VIEWCA MCC 5 | -75.12 | 05/18 | 87,356.87 |
| CARD # 2000 - 05/17 CHECK CRD PURCHASE 00000001 CRAIGSLIST.ORG 415-399-52 | -75.00 | 05/18 | 87,281.87 |
| CARD # 2000 - 05/15 PURCHASE █2392 PAYPAL *MEIJIA San Jose CA MCC 6051 | -348.00 | 05/18 | 86,933.87 |
| Wire Out_5594_AQHL:_ | -5,702.58 | 05/18 | 81,231.29 |
| EMPLOYMENT DEVEL EDD EFTPMT XXXXX3072 | -1,807.08 | 05/18 | 79,424.21 |
| CHECK # 4008 | -4,517.10 | 05/18 | 74,907.11 |
| Outgoing Wire Fee - Domestic 5594 | -30.00 | 05/18 | 74,877.11 |
| CHECK # 4011 | -2,790.00 | 05/19 | 72,087.11 |
| █0174 Transfer from BUSINESS SMALL CH█9773 on 5/20/15 at 9:05 | 5,500.00 | 05/20 | 77,587.11 |
| CARD # 579 - 05/19 PURCHASE █0901 ARCO AMPM 8341 LIVERMORE CA MCC 5541 | -2.35 | 05/20 | 77,584.76 |
| CARD # 579 - 05/19 CHECK CRD PURCHASE 21 COUNTRY MART TRACY CA MCC 5542 | -32.00 | 05/20 | 77,552.76 |
| CHECK # 4009 | -5,801.82 | 05/20 | 71,750.94 |
| CHECK # 4013 | -929.57 | 05/20 | 70,821.37 |
| CARD # 579 - 05/20 CHECK CRD PURCHASE 0012 FRY'S ELECTRONICS SUNNYVALE CA | -24.72 | 05/21 | 70,796.65 |
| CARD # 579 - 05/20 CHECK CRD PURCHASE █0716 THE UPS STORE 5199 SAN JOS | -101.73 | 05/21 | 70,694.92 |
| CARD # 579 - 05/20 CHECK CRD PURCHASE █855 AYERA 8882937255 CA MCC 48 | -314.00 | 05/21 | 70,380.92 |
| CHECK # 4004 | -2,583.33 | 05/21 | 67,797.59 |
| CHECK # 4005 | -2,583.33 | 05/21 | 65,214.26 |
| CHECK # 4014 | -815.57 | 05/21 | 64,398.69 |
| CHECK # 4001 | -50,915.37 | 05/22 | 13,483.32 |
| CARD # 579 - 05/22 CHECK CRD PURCHASE █1201 68 CITY PARK 8 EAS SAN JOS | -15.00 | 05/26 | 13,468.32 |
| CARD # 2000 - 05/23 CHECK CRD PURCHASE █7006 DROPLR PRO 4153554134 OR | -4.99 | 05/26 | 13,463.33 |
| CARD # 2000 - 05/26 CHECK CRD RECURRING PMT █4951 PAYPAL *EXPRSVPNLL 4 | -12.95 | 05/26 | 13,450.38 |
| CARD # 2000 - 05/25 CHECK CRD RECURRING PMT █3398 BC.BASECAMP 249693 3 | -20.00 | 05/26 | 13,430.38 |
| CARD # 2000 - 05/25 CHECK CRD RECURRING PMT █0565 UBER TECHNOLOGIES 86 | -36.07 | 05/26 | 13,394.31 |
| CHECK # 4010 | -500.00 | 05/26 | 12,894.31 |
| CHECK # 4015 | -1,041.45 | 05/26 | 11,852.86 |
| CHECK # 4016 | -500.00 | 05/26 | 11,352.86 |
| CHECK # 4019 | -5,500.00 | 05/26 | 5,852.86 |
| █0178 Transfer from BUSINESS SMALL CH█9773 on 5/27/15 at 16:49 | 450.00 | 05/27 | 6,302.86 |
| █9557 Transfer from BUSINESS SMALL CH█9773 on 5/27/15 at 16:41 | 500.00 | 05/27 | 6,802.86 |
| █9029 Transfer from BUSINESS SMALL CH█9773 on 5/27/15 at 16:41 | 722.44 | 05/27 | 7,525.30 |
| █9735 Transfer from BUSINESS SMALL CH█9773 on 5/27/15 at 16:48 | 1,347.11 | 05/27 | 8,872.41 |
| █7778 Transfer from BUSINESS SMALL CH█9773 on 5/27/15 at 16:49 | 1,347.11 | 05/27 | 10,219.52 |
| █9345 Transfer from BUSINESS SMALL CH█9773 on 5/27/15 at 16:41 | 1,893.74 | 05/27 | 12,113.26 |

***Continued on Next Page***

Case: 15-50553    Doc# 100    Filed: 06/25/15    Entered: 06/25/15 18:02:02    Page 30 of 35


FDIC

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 3 of 5

**STATEMENT DATE** 05/29/2015

**ACCOUNT NUMBER** ████ 9838





## BUSINESS SMALL CHECKING ACCOUNT ████ 9838

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| ████9846 Transfer from BUSINESS SMALL CH ████ 9773 on 5/27/15 at 16:41 | 2,300.00 | 05/27 | 14,413.26 |
| ████7545 Transfer from BUSINESS SMALL CH ████ 9773 on 5/27/15 at 16:46 | 2,820.00 | 05/27 | 17,233.26 |
| ████0478 Transfer from BUSINESS SMALL CH ████ 9773 on 5/27/15 at 16:47 | 4,576.00 | 05/27 | 21,809.26 |
| ████7840 Transfer from BUSINESS SMALL CH ████ 9773 on 5/27/15 at 16:46 | 6,000.00 | 05/27 | 27,809.26 |
| ████8064 Transfer from BUSINESS SMALL CH ████ 9773 on 5/27/15 at 16:46 | 7,500.00 | 05/27 | 35,309.26 |
| ████9438 Transfer from BUSINESS SMALL CH ████ 9773 on 5/27/15 at 16:48 | 22,477.73 | 05/27 | 57,786.99 |
| CARD # 579 - 05/26 CHECK CRD PURCHASE ████ 4973 PAYPAL EBAY MARKTP 402-935 | -1,893.74 | 05/27 | 55,893.25 |
| CARD # 2000 - 05/26 CHECK CRD RECURRING PMT ████ 3224 UberCHINA help.uber. | -17.06 | 05/27 | 55,876.19 |
| ████0201 Transfer to CHECKING ████ 9773 on 5/27/15 at 16:50 | -1,347.11 | 05/27 | 54,529.08 |
| CARD # 579 - 05/26 CHECK CRD PURCHASE ████ 1385 PLUG AND PLAY FOOD SUNNYVALE | -4.02 | 05/28 | 54,525.06 |
| CARD # 579 - 05/26 CHECK CRD PURCHASE ████ 1385 PLUG AND PLAY FOOD SUNNYVALE | -18.12 | 05/28 | 54,506.94 |
| CARD # 579 - 05/27 CHECK CRD PURCHASE ████ 9463 BAJA FRESH 153 MODESTO CA | -20.62 | 05/28 | 54,486.32 |
| CARD # 579 - 05/28 CHECK CRD PURCHASE ████ 2810 WW GRAINGER 877-2022594 PA | -722.44 | 05/28 | 53,763.88 |
| CARD # 2000 - 05/27 CHECK CRD RECURRING PMT ████ 4165 UberCHINA help.uber. | -26.82 | 05/28 | 53,737.06 |
| CNA ACH PREM-PYMT 3026785340 | -1,738.28 | 05/28 | 51,998.78 |
| DEPOSIT | 5,228.80 | 05/29 | 57,227.58 |
| CARD # 579 - 05/28 CHECK CRD PURCHASE ████ 183 THE HOME DEPOT #18 RIVERBA | -1,744.16 | 05/29 | 55,483.42 |
| CARD # 2000 - 05/29 CHECK CRD RECURRING PMT ████ 9407 UberCHINA help.uber. | -14.30 | 05/29 | 55,469.12 |
| BALANCE THIS STATEMENT | | 05/29 | 55,469.12 |

### YOUR CHECKS SEQUENCED

* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/15 | 1* | 1,700.00 | 05/12 | 4006* | 1,850.00 | 05/20 | 4013 | 929.57 |
| 05/22 | 4001* | 50,915.37 | 05/18 | 4008 | 4,517.10 | 05/21 | 4014 | 815.57 |
| 05/15 | 4003 | 16,950.00 | 05/20 | 4009 | 5,801.82 | 05/26 | 4015 | 1,041.45 |
| 05/21 | 4004 | 2,583.33 | 05/26 | 4010 | 500.00 | 05/26 | 4016* | 500.00 |
| 05/21 | 4005 | 2,583.33 | 05/19 | 4011* | 2,790.00 | 05/26 | 4019 | 5,500.00 |

Case: 15-50553   Doc# 100   Filed: 06/25/15   Entered: 06/25/15 18:02:02   Page 31 of 35

FDIC

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 4 of 5

**STATEMENT DATE**
05/29/2015

**ACCOUNT NUMBER**
9838

AQH LLC



Deposit     $5,228.80     05/29/2015



Deposit     $54,000.00     05/05/2015



1     $1,700.00     05/15/2015



4001     $50,915.37     05/22/2015



4003     $16,950.00     05/15/2015



4004     $2,583.33     05/21/2015



4005     $2,583.33     05/21/2015



4006     $1,850.00     05/12/2015



4008     $4,517.10     05/18/2015



4009     $5,801.82     05/20/2015



4010     $500.00     05/26/2015



4011     $2,790.00     05/19/2015



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

AQH LLC



| 4013 | $929.57 | 05/20/2015 |



| 4014 | $815.57 | 05/21/2015 |



| 4015 | $1,041.45 | 05/26/2015 |



| 4016 | $500.00 | 05/26/2015 |



| 4019 | $5,500.00 | 05/26/2015 |

Member FDIC   EQUAL HOUSING LENDER

# EXHIBIT G - Additional Information

**AQH LLC**
**Additional information**

*for the month ended May 31, 2015*

**Accrual based projections:**

| | | |
|---|---|---:|
| May 2015 income per exhibit B | $ | 177,627.96 |
| Receivable, 4-30-15 included in exhibit B | | (5,799.92) |
| Receivable, 5-31-15 per exhibit E | | 14,337.62 |
| | | 186,165.66 |
| | | |
| May 2015 expenses per 5-31-15 exhibit C, cash operations | | 168,055.20 |
| Unpaid expenses, 4-30-15 included in exhibit C | | (54,035.37) |
| Unpaid expense, 5-31-15 per exhibit D | | 141,445.93 |
| | | 255,465.76 |
| | | |
| Actual profit (loss), accrual basis, 5/1-5/31/15 | $ | (69,300.10) |

note: improvements to be  capitalized are included in expenses for this schedule
Unpaid expense, 5-31-15 includes electrical service  for April and May 2015