Form NTC711BK

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: AQH, LLC | Case No.: 15–50553 SLJ 11<br><br>Chapter: 11 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTITIONERS, ATTORNEYS, TRUSTEES and INTERESTED PARTIES:

Effective July 1, 2015, the above case is reassigned from the Honorable Arthur S. Weissbrodt to the Honorable Stephen L. Johnson. The case number remains the same, however the designation will be changed from ASW to SLJ .

All interested parties are directed to use the same case number, but change to the new designation in all documents filed hereafter with the court.

Unless otherwise ordered, all matters currently scheduled for hearing will be heard on the date and time currently calendared. Notwithstanding the transfer of a case to the reassigned judge, hearings may be held in the San Jose Division or the division of the assigned judge as the needs of the parties and the court dictate.

Dated: 7/1/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court