# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: admin | Date Created: 07/01/2015 |
| Case: 15−50553 | Form ID: NTC711BK | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Matthew Jon Olson     matt@macfern.com
aty     Michael Mengarelli     rkelly@kellylitigationgroup.com
aty     Reno F.R. Fernandez     reno@macfern.com

                                                                                                                     TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     AQH, LLC     440 North Wolfe Road, #243     Sunnyvale, CA 94085

                                                                                                                      TOTAL: 1