

The following constitutes
the order of the court. Signed July 1, 2015

_Stephen L. Johnson_
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>                Debtor. | Case No. 15-50553 SLJ<br><br>Chapter 11 |

### ORDER RESETTING STATUS CONFERENCE

This case having been reassigned from Judge Arthur S. Weissbrodt to Judge Stephen L. Johnson on July 1, 2015, good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The continued status conference in the case, currently set for July 17, 2015, is RESET to **July 9, 2015, at 10:00 a.m.**

2. Debtor shall file a status conference statement by July 7, 2015. The statement should include updates on the issues raised in the previous status conference statement filed on April 23, 2015, as well as any new issues that have arisen.

3. Failure by Debtor to file a status conference statement by the deadline indicated above or to appear at the status conference may result in the dismissal or conversion of this case without further notice or hearing.

**** END OF ORDER ****

Court Service List [by mail and ECF]

[ECF Notifications Only]