```
                        United States Bankruptcy Court
                        Northern District of California
```

In re:                                                          Case No. 15-50553-SLJ
AQH, LLC                                                        Chapter 11
       Debtor
## CERTIFICATE OF NOTICE

District/off: 0971-5        User: admin            Page 1 of 1             Date Rcvd: Jul 02, 2015
                            Form ID: NTC711BK      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2015.
db          +AQH, LLC,   440 North Wolfe Road, #243,   Sunnyvale, CA 94085-3869

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2015                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2015 at the address(es) listed below:
        Cheryl C. Rouse   on behalf of Requestor Andrew L Faris rblaw@ix.netcom.com
        Karl Andrew Schweikert   on behalf of Creditor   Riverbank Local Redevelopment Authority
         karl@churchwellwhite.com, kschweik@yahoo.com
        Matthew Jon Olson   on behalf of Plaintiff   AQH, LLC matt@macfern.com, ecf@macfern.com
        Matthew Jon Olson   on behalf of Debtor   AQH, LLC matt@macfern.com, ecf@macfern.com
        Michael Mengarelli   on behalf of Debtor   AQH, LLC rkelly@kellylitigationgroup.com,
         mmengarelli@kellylitigationgroup.com
        Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
        Reno F.R. Fernandez   on behalf of Debtor   AQH, LLC reno@macfern.com, ecf@macfern.com
        Stephen D. Finestone   on behalf of Requestor Tatiana   Korolshteyn sfinestone@pobox.com
        Stephen D. Finestone   on behalf of Requestor Lucile   Darnell sfinestone@pobox.com
        William L. Porter   on behalf of Creditor   ACCESS ELECTRIC bporter@porterlaw.com,
         jamey@porterlaw.com
                                                                                          TOTAL: 10

Form NTC711BK

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: AQH, LLC | Case No.: 15–50553 SLJ 11<br><br>Chapter: 11 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTITIONERS, ATTORNEYS, TRUSTEES and INTERESTED PARTIES:

Effective July 1, 2015, the above case is reassigned from the Honorable Arthur S. Weissbrodt to the Honorable Stephen L. Johnson. The case number remains the same, however the designation will be changed from ASW to SLJ .

All interested parties are directed to use the same case number, but change to the new designation in all documents filed hereafter with the court.

Unless otherwise ordered, all matters currently scheduled for hearing will be heard on the date and time currently calendared. Notwithstanding the transfer of a case to the reassigned judge, hearings may be held in the San Jose Division or the division of the assigned judge as the needs of the parties and the court dictate.

Dated: 7/1/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court