GEORGE F. VOGT, JR. (State Bar No. 107310)
ANTHONY P. FRITZ (State Bar No. 111494)
GINA L. MOYLES (State Bar No. 208222)
**HERRIG & VOGT, LLP**
4210 Douglas Blvd., Ste 100
Granite Bay, CA 95746
Telephone:     (916) 960-1000
Facsimile:      (916) 960-1005

Attorneys for Creditor
COLLINS ELECTRICAL COMPANY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>      Debtor. | Case No.  15-50553-11-ASW<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED PERFECTION OF LIEN** |

**TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR, THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

You are hereby notified that Collins Electrical Company, Inc. hereby continues perfection, pursuant to 11 U.S.C. §546(b), of its mechanic's lien, attached hereto as Exhibit 1, in the amount stated therein for labor, material, equipment and services furnished by Collins Electrical Company, Inc. and used in the improvement of the debtor and debtor in possession AQH, LLC's interest in that

///

///

///

real property described in said mechanic's lien attached hereto as Exhibit 1.

Dated: July 10, 2015

**HERRIG & VOGT, LLP**

By: /s/ G. Moyles
GEORGE F. VOGT, JR.
ANTHONY P. FRITZ
GINA L. MOYLES
Attorneys for Creditor, COLLINS ELECTRICAL COMPANY, INC.

Herrig & Vogt, LLP
Attorneys at Law
4210 Douglas Blvd., Ste. 100, Granite Bay, CA 95746-5902

Case: 15-50553    Doc# 105    Filed: 07/10/15    Entered: 07/10/15 11:44:06    Page 2 of 6

EXHIBIT 1

**RECORDING REQUESTED BY:**
Collins Electrical Company, Inc.
3412 Metro Drive
Stockton, CA 95213-9002

**AFTER RECORDING RETURN TO:**
Herrig & Vogt, LLP
4210 Douglas Blvd., Ste 100
Granite Bay, CA 95746-5902



Stanislaus, County Recorder
Lee Lundrigan Co Recorder Office
DOC- 2015-0049384-00
Acct 401-Over The Counter Documents
Thursday, JUN 25, 2015 09:35:11
Ttl Pd $23.00   Rcpt # 0003681266
                            MAP/R1/1-3

(Space Above For Recorders Use)

## CLAIM OF MECHANICS LIEN

**NOTICE IS HEREBY GIVEN** that pursuant to California Code of Civil Procedure sections 8400, et seq. the undersigned claimant hereby claims a mechanics lien for all labor, services, equipment, or materials furnished in connection with the following work of improvement as set forth below:

**(1) Claimant's Demand After Deducting All Just Credits And Offsets:** $305,800.52, plus interest at the legal rate as permitted by California law.

**(2) Owner Or Reputed Owner, If Known:** Owner/Lessor – City of Riverbank Local Redevelopment Agency; Lessee – AQH, LLC, a California Limited Liability Company.

**(3) A General Statement Of The Work Provided By Claimant:** Electrical infrastructure and improvements.

**(4) The Person Or Entity To Or For Whom Claimant Furnished Work:** AQH, LLC, a California Limited Liability Company

**(5) A Description Of The Site Sufficient For Identification:** 5300 Claus Road, Suite 24, Modesto, California 95357

**(6) Claimant:** Collins Electrical Company, Inc., 3412 Metro Drive, Stockton, CA 95213-9002

Dated: May 15, 2015

Claimant: Collins Electrical Company, Inc.

By: _____
Brian Gini, Vice President

Page 1 of 3

[Operative July 1, 2012]
Case: 15-50553   Doc# 105   Filed: 07/10/15   Entered: 07/10/15 11:44:06   Page 4 of 6

3MA

## NOTICE OF MECHANICS LIEN

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

### **VERIFICATION**

I, the undersigned declare that: I am the Vice President of the Claimant named in the foregoing CLAIM OF MECHANICS LIEN and NOTICE OF MECHANICS LIEN; I have read said CLAIM OF MECHANICS LIEN and NOTICE OF MECHANICS LIEN and know the contents thereof, and I confirm that the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2015, at Stockton, California.

Claimant: Collins Electrical Company, Inc.

By: _____
Brian Gini

# PROOF OF SERVICE AFFIDAVIT
## California Civil Code sections 8416(a)(7) & (c)(1)(2)

On May 15, 2015, the undersigned declarant, served a copy of the above **CLAIM OF MECHANICS LIEN and NOTICE OF MECHANICS LIEN** by Certified Mail, Return Receipt Requested, evidenced by a certificate of mailing, postage prepaid, addressed to the following:

### OWNER OR REPUTED OWNER:

Sean Walsh
AQH, LLC
440 N. Wolfe Road, #243
Sunnyvale, CA 94085
(Certified Mail No.: 9407 1106 9994 5009 3473 65)

Debbie Olson, Executive Director
City of Riverbank Local Redevelopment Agency
5300 Claus Road, Suite 1
Modesto, CA 95357
(Certified Mail No.: 9407 1106 9994 5009 3474 72)

Reno Fernandez
MacDonald Fernandez, LLP
221 Sansome Street, 3rd Floor
San Francisco, CA 94104
(Certified No.: 9407 1106 9994 5009 3474 89)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2015 at Granite Bay, California.

By: *Michaelle Mize*
Michaelle Mize