GEORGE F. VOGT, JR. (State Bar No. 107310)
ANTHONY P. FRITZ (State Bar No. 111494)
GINA L. MOYLES (State Bar No. 208222)
**HERRIG & VOGT, LLP**
4210 Douglas Blvd., Ste 100
Granite Bay, CA 95746
Telephone:   (916) 960-1000
Facsimile:    (916) 960-1005

Attorneys for Creditor
COLLINS ELECTRICAL COMPANY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>　　　　Debtor. | Case No. 15-50553-11-ASW<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City of Granite Bay in the County of Placer; that I am over the age of eighteen years and not a party to the within action; that my business address is 4210 Douglas Blvd., Suite 100, Granite Bay, California 95746.

　　　　On the date of **July 10, 2015**, I served the following document(s):

　　　　1.　　　NOTICE OF CONTINUED PERFECTION OF LIEN

Upon the following persons or entities:

| | |
|---|---|
| MacDonald Fernandez, LLP<br>Iain A. MacDonald<br>Reno F. R. Fernandez III<br>Rozanne Bahadurji<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94102 | Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102 |

| Office of the U.S. Trustee/SJ<br>Attn: Shining J. Hsu<br>U.S. Federal Building<br>280 S 1st Street, #268<br>San Jose, CA 95113-3004 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 |
|---|---|

As Follows:

☒ **BY U.S. MAIL** By following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business.
☐ Certified Mail – Receipt No. [    ] (☐ attached)
☐ Return Receipt Requested

☐ **BY FACSIMILE** By transmitting the document(s) listed above from Herrig & Vogt, LLP in Granite Bay, California to the facsimile machine telephone number(s) set forth on the attached service list. This facsimile machine complies with Federal Rules of Civil Procedure. Service by facsimile transmission was made pursuant to agreement of the parties confirmed in writing.

☐ **BY OVERNIGHT DELIVERY – FEDERAL EXPRESS** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express with delivery fees paid or provided for.

☐ **BY ELECTRONIC SERVICE (via individual persons)** By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. The transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE**
By causing personally delivery the document(s) listed above to the offices at the address(es) shown on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, as whose direction this service was made.

Executed: July 10, 2015

*/s/ Michaelle Mize*
MICHAELLE MIZE

Case: 15-50553   Doc# 106   Filed: 07/10/15   Entered: 07/10/15 11:46:29   Page 2 of 2