```
 1  DIEMER, WHITMAN & CARDOSI, LLP
    KATHRYN S. DIEMER, #133977
 2  DOMINIQUE A. SOPKO, #240015
    75 E. Santa Clara Street, Suite 290
 3  San Jose, California  95113
    Telephone:  (408) 971-6270
 4  Facsimile: (408) 971-6271

 5  ATTORNEYS FOR COLLATERAL AGENT
    FORTIS ADVISORS LLC
 6
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 15-50553-SLJ |
| AQH, LLC, | CHAPTER 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| | Hon. Stephen L. Johnson |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Diemer, Whitman & Cardosi, LLP hereby enters its appearance as counsel on behalf of Collateral Agent, Fortis Advisors, LLC, and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served as follows:

> Diemer, Whitman & Cardosi, LLP
> 75 E. Santa Clara Street, # 290
> San Jose, CA 95113
> dsopko@diemerwhitman.com
> (408) 971-6270
> (408) 971-6271 (fax)

Dated: July 28, 2015                           DIEMER, WHITMAN & CARDOSI, LLP

                                               By: */s/ Dominique A. Sopko*
                                               Dominique A. Sopko
                                               Attorneys for Fortis Advisors, LLC

| | |
|---|---|
| DIEMER, WHITMAN & CARDOSI, LLP<br>DOMINIQUE A. SOPKO, #240015<br>75 East Santa Clara Street, Suite 290<br>San Jose, CA 95113<br>TEL. (408) 971-6270<br>FAX. (408)971-6271 | Case Name:  In re AQH, LLC<br><br>Case No.:15-50553 SLJ<br><br><br>Hearing:  None |

# CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

On  July 28, 2015  , I served a copy of:

1. Notice of Appearance and Request for Notice *with Certificate of Service*

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

Michael Mengarelli
Kelly Litigation Group, Inc.
3 Lagoon Dr. #225
Redwood City, CA 94065

Matthew Jon Olson
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

I am familiar with the firm's practice for collecting and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on  July 28, 2015  , at San Jose, California.

*/s/ Dominique A. Sopko*
Dominique A. Sopko