E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com (Pro Hac Vice Pending)

Kathryn Diemer, SBN #240015
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com (Local Counsel)

ATTORNEYS FOR COLLATERAL AGENT AND FE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-SLJ |
| AQH, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| | Hon. Stephen L. Johnson |

COMES NOW, E. P. Keiffer, of Wright Ginsberg Brusilow P.C., who files this Notice of Appearance on behalf of Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement ("Collateral Agent") and Future Electronics Corp. ("FE") pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, requesting that all notices given or required to be given in these proceedings and all papers served, or required to be served, in these proceedings, be served upon the undersigned counsels as follows:

1

E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
(214) 651-6500
Email: pkeiffer@wgblawfirm.com

PLEASE TAKE FURTHER NOTICE that this request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally, without limitation, payments, notices of any application, complaint, demand, hearing, motion, order, pleading, or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Collateral Agent and FE additionally request that the Debtor and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Dated: July 29, 2015

/s/ E. P. Keiffer
E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com    (Pro Hac Vice pending)


ATTORNEYS FOR FORTIS ADVISORS LLC, AS
COLLATERAL AGENT AND FUTURE
ELECTRONICS CORPORATION

2

DIEMER, WHITMAN & CARDOSI, LLP
DOMINIQUE A. SOPKO, #240015
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
TEL. (408) 971-6270
FAX. (408)971-6271

Case Name:  In re AQH, LLC

Case No.:15-50553 SLJ

Hearing:  None

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

On __July 29, 2015__ , I served a copy of:

1. Notice of Appearance and Request for Notice *with Certificate of Service*

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

Michael Mengarelli
Kelly Litigation Group, Inc.
3 Lagoon Dr. #225
Redwood City, CA 94065

Matthew Jon Olson
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on __July 29, 2015__ , at San Jose, California.

/s/ Dominique A. Sopko
Dominique A. Sopko