ORIGINAL

Receipt # 54611015736 7/29/2015 DC

1  E. P. Keiffer
2  WRIGHT GINSBERG BRUSILOW P.C.
   325 North St. Paul Street, Suite 4150
3  Dallas, Texas 75201
   (214) 651-6500
4  pkeiffer@wgblawfirm.com



FILED

JUL 2 9 2015

United States Bankruptcy Court
San Jose, California

ATTORNEYS FOR COLLATERAL AGENT AND FE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-11-SLJ |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| | Honorable Stephen L. Johnson |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Edwin Paul Keiffer, an active member in good standing of the bar of Texas, admitted to the Northern, Southern, Eastern and Western Districts of the United States District Courts and the United States Bankruptcy Courts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement ("**Collateral Agent**") and Future Electronics Corporation ("**FE**") in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Kathryn Diemer
> Diemer, Whitman & Cardosi, LLP
> 75 East Santa Clara Street, Suite 290
> San Jose, CA 95113
> (408) 971-6270

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2015

E. P. Keiffer

**ORIGINAL**