MACDONALD | FERNANDEZ LLP
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In Re:

AQH, LLC

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

SUPPLEMENTAL DISCLOSURE OF CONNECTIONS BETWEEN PROFESSIONALS

NOTICE IS HEREBY GIVEN, pursuant to Bankruptcy Code Section 327(a), that Carl W. Collins, Esq. joined Macdonald Fernandez LLP, counsel to the Debtor in Possession in this case, in July 2015. Mr. Collins is married to Donna Flanders, a principal of Baudler & Flanders, CPAs, the Debtor in Possession's Court-approved accountant. The Debtor in Possession has been advised of the connection and does not believe that the connection creates a conflict of interest or an adverse interest.

DATED: July 30, 2015

    MACDONALD | FERNANDEZ LLP

    By: /s/ Matthew J. Olson
        Matthew J. Olson
        Attorneys for Debtor in Possession,
        AQH, LLC