**Entered on Docket
July 31, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

JUL 29 2015

E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
(214) 651-6500
pkeiffer@wgblawfirm.com

ATTORNEYS FOR COLLATERAL AGENT AND FE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>        Debtor. | Case No. 15-50553-SLJ<br><br>Chapter 11<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Honorable Stephen L. Johnson |

      Edwin Paul Keiffer, an active member in good standing of the bar of Texas, admitted to the Northern, Southern, Eastern and Western Districts of the United States District Courts and the United States Bankruptcy Courts, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement and Future Electronics Corporation,

1

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. |

Dated: 7/30/15

*Stephen Johnson*
STEPHEN L. JOHNSON,
UNITED STATES BANKRUPTCY JUDGE