# UNITED STATES BANKRUPTCY COURT

Northern District of California (San Jose)

In re  AQH, LLC                              ,          Case No.  15-50553
          *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  6/1-6/30/15                          Date filed:  02/19/2015

Line of Business:  Blockchain software security and network infrastructure          NAISC Code:  518210

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:


/s/ Chris Cunningham
Original Signature of Responsible Party

Chris Cunningham
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☑  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 187,065.54 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 108,786.24 |
| Cash on Hand at End of Month | $ | 98,504.81 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ | 98,504.81 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 197,346.97 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 187,065.54 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 197,346.97 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | -10,281.43 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 145,765.29

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 11,835.85

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 839,517.00 | $ 755,755.15 | $ 83,761.85 |
| EXPENSES | $ 822,818.00 | $ 637,685.06 | $ 185,132.94 |
| CASH PROFIT | $ 16,699.00 | $ 118,070.09 | $ 101,371.09 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:   $ 205,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:   $ 195,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:   $ 10,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

# EXHIBIT A - Taxes

**AQH LLC**
**Exhibit A  - Taxes**

*June 1 through June 30, 2015*

Payroll deposits had been partially paid.  Debtor is waiting for the IRS to process 2014 payrol tax returns to determine any outstanding balance. Tax payments will come from cash on hand.

Debtor was billed in June 2015 by EDD for 2014 payroll tax returns in the amount of $10,964.03.
May and June 2015 payroll taxes to IRS were paid in July 2015 in the amount of $16,071.17.

# EXHIBIT B - Income

**AQH LLC**
**Exhibt B - Income**

*June 1 through June 30, 2015*

| Date | Transaction Type | Amount |
|------|-----------------|-------:|
| 06/02/2015 | Deposit | $ 14,337.62 |
| 06/09/2015 | Deposit | 13,158.37 |
| 06/10/2015 | Deposit | 24,770.00 |
| 06/11/2015 | Deposit | 20,427.96 |
| 06/15/2015 | Deposit | 16,001.37 |
| 06/16/2015 | Deposit | 12,820.25 |
| 06/18/2015 | Deposit | 13,703.43 |
| 06/22/2015 | Deposit | 14,115.40 |
| 06/23/2015 | Deposit | 11,852.45 |
| 06/25/2015 | Deposit | 16,409.92 |
| 06/29/2015 | Deposit | 14,832.48 |
| 06/30/2015 | Deposit | 14,635.79 |
| 06/30/2015 | Deposit | 0.50 |
| | | **$ 187,065.54** |

# EXHIBIT C - Expenses

**AQH LLC**
**Exhibit C - Expenses**

*June 1 through June 30, 2015*

| Date | Num | Name | Split | Amount |
|------|-----|------|-------|--------|
| 06/17/2015 | 4066 | Alhambra Water | Water | -$116.63 |
| 06/24/2015 | 4073 | Andy Faris | Interest Expense | -2,583.33 |
| 06/01/2015 | 4021 | Anthony S. Brough | Wages | -4,517.10 |
| 06/15/2015 | | ATM Withdrawal | Petty Cash | -403.00 |
| 06/17/2015 | | Ayera | Utilities | -314.00 |
| 06/26/2015 | | BaseCamp | Office Expenses | -20.00 |
| 06/02/2015 | | BJ Xiang Jiang | Travel | -553.02 |
| 06/01/2015 | 4024 | Brian Gleeson | Wages | -629.40 |
| 06/01/2015 | 4041 | Brian Gleeson | Wages | -280.38 |
| 06/15/2015 | 4060 | Brian Gleeson | Wages | -943.60 |
| 06/09/2015 | | California High Reach | Job Materials | -475.17 |
| 06/03/2015 | 4031 | Cash | Reimbursement for Expenses-Yan Ebyam | -750.00 |
| 06/03/2015 | 4049 | Cash | Reimbursement for expenses-Tomas Bautista | -500.00 |
| 06/09/2015 | 4052 | Cash | Reimbursement for expenses-Tomas Bautista | -500.00 |
| 06/15/2015 | | City Park M | Travel | -5.00 |
| 06/17/2015 | | Drop Box | Other General and Admin Expenses | -4.99 |
| 06/24/2015 | | eBay | Repair & Maintenance | -333.00 |
| 06/17/2015 | 4067 | EDD | Penalty | -237.94 |
| 06/08/2015 | | Elance | Promotional | -219.18 |
| 06/09/2015 | 4053 | eMaint Enterprises, LLC | Software Subscription | -70.00 |
| 06/24/2015 | 4074 | Emergent Systems Exchange | Interest Expense | -16,950.00 |
| 06/26/2015 | | Exprsvpnll De Mcc | Travel | -12.95 |
| 06/01/2015 | | Fairmont Hotel - Beijing | Travel | -864.42 |
| 06/01/2015 | 4023 | George Conklin | Wages | -597.16 |
| 06/01/2015 | 4042 | George Conklin | Wages | -263.70 |
| 06/15/2015 | 4057 | George Conklin | Wages | -935.00 |
| 06/03/2015 | 4045 | Gilton Waste Management | Garbage Disposal | -99.55 |
| 06/17/2015 | 4065 | Gilton Waste Management | Garbage Disposal | -99.55 |
| 06/03/2015 | 4046 | Ingrid Goesnar | Subcontractor, Bookkeeper | -1,950.00 |
| 06/09/2015 | 4054 | Ingrid Goesnar | Subcontractor, Bookkeeper and  Reimb Office Expenses and Travel | -2,792.21 |
| 06/17/2015 | 4068 | Ingrid Goesnar | Subcontractor, Bookkeeper and Reimb Office Expenses | -2,890.39 |
| 06/23/2015 | 4070 | Ingrid Goesnar | Subcontractor, Bookkeeper and Reimb Office Expenses | -1,579.99 |
| 06/29/2015 | 4081 | Ingrid Goesnar | Subcontractor, Bookkeeper and Reimb Office Expenses | -2,678.99 |
| 06/01/2015 | 4022 | Jason L. Brown | Wages | -701.43 |
| 06/01/2015 | 4043 | Jason L. Brown | Wages | -285.31 |
| 06/15/2015 | 4056 | Jason L. Brown | Wages | -1,028.22 |
| 06/29/2015 | 4082 | Leander Basannavar | Reimb China Airfare | -3,887.66 |
| 06/17/2015 | | Media Bistro Event | Meals and Entertainment | -161.10 |
| 06/03/2015 | 4034 | Modesto Irrigation District | Apartment electricity | -82.49 |
| 06/01/2015 | 4028 | Nicholas Sewak | Wages | -442.32 |
| 06/01/2015 | | Nicholas Sewak | Wages | -263.70 |
| 06/15/2015 | 4061 | Nicholas Sewak | Wages | -577.62 |
| 06/15/2015 | 4058 | Phillip M. Gilliam | Wages | -339.01 |
| 06/29/2015 | 4083 | PLN Architects | Drawings for Interwest Approval | -1,265.00 |
| 06/02/2015 | | Plug & Play | Rent | -450.00 |
| 06/03/2015 | 4035 | Riverbank LRA | June 2015 Rent | -22,477.73 |
| 06/09/2015 | 4051 | Riverbank LRA | April 2015 Electricity | -64,746.44 |
| 06/29/2015 | 4084 | Riverbank LRA | July 2015 Rent | -20,915.10 |
| 06/03/2015 | | Royal Plaza Mongkok | Travel | -260.83 |
| 06/01/2015 | 4026 | Sean Walsh | Wages | -5,801.82 |
| 06/15/2015 | 4062 | Sean Walsh | Wages | -5,801.82 |
| 06/17/2015 | 4064 | Sean Walsh | Wages | -1,124.40 |
| 06/22/2015 | 4072 | Sean Walsh | Wages | -1,829.00 |

**AQH LLC**
**Exhibit C - Expenses**

*June 1 through June 30, 2015*

| Date | Num | Name | Split | Amount |
|---|---|---|---|---|
| 06/05/2015 | | SvcApps A CC | Advertising | -37.40 |
| 06/09/2015 | 4055 | Tomas Bautista | Repair & Maintenance | -4,560.00 |
| 06/23/2015 | 4071 | Tomas Bautista | Repair & Maintenance | -2,850.00 |
| 06/29/2015 | 4085 | Tomas Bautista | Repair & Maintenance | -575.86 |
| 06/10/2015 | 4050 | Tuo Ngo | Repair & Maintenance | -2,000.00 |
| 06/01/2015 | | Uber | Travel | -9.10 |
| 06/01/2015 | | Uber | Travel | -14.30 |
| 06/03/2015 | | Uber | Travel | -38.69 |
| 06/03/2015 | | Uber | Travel | -45.38 |
| 06/03/2015 | | Uber | Travel | -35.99 |
| 06/03/2015 | | Uber | Travel | -38.69 |
| 06/08/2015 | | Uber | Travel | -36.20 |
| 06/30/2015 | EFT | Uber | Travel | -8.20 |
| 06/02/2015 | | Valley Oak Apartments | Rent | -1,347.11 |
| 06/15/2015 | 4063 | Yan Ebyam | Reimbursement for Expenses | -2,268.77 |
| 06/18/2015 | 4069 | Yan Ebyam | Subcontractor | -3,000.00 |
| 06/29/2015 | 4086 | Yan Ebyam | Subcontractor | -1,700.00 |
| 06/29/2015 | 4087 | Yan Ebyam | Subcontractor and Reimbursement for Expenses | -1,165.63 |
| 06/30/2015 | SVCCHRG | | Bank Charges | -5.00 |

$ 197,346.97

# EXHIBIT D - Unpaid Bills

**AQH LLC**
**Exhibit D - Unpaid Bills**

*for the month ended June 30, 2015*

| payee | description | total | |
|---|---|---|---|
| Maleko Staffing | *Staffing expense* | $ | 1,746.62 |
| Riverbank LRA | *Electricity expense, May and June 2015* | | 144,018.67 |
| | | $ | 145,765.29 |

# EXHIBIT E - Accounts Receivable

**AQH LLC**
**Exhibit E - Money Owed To You**

*for the month ended June 30, 2015*

Coinbase was holding $11,835.85 which was transferred to the DIP account 7/1/15

The Debtor generated 1.00 bitcoins during this period that was not reduced to cash as of June 30. 2015

# EXHIBIT F - Bank Statements and Reconciliaitons

# FREMONT BANK



Phone:    800-359-BANK (2265)
Website:  www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 06/30/2015 | ████ 7604 |



69.183738.FB06302015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE SAVINGS
████████████ ████



Access the **equity in your home**
with a **Home Equity Line of Credit.**

Call us today: **(800) 359-2265** (BANK)

| BUS SAVINGS ACCOUNT ████ 7604 | | | |
|---|---|---|---|
| **Balance Last Statement** | **Credits** | **Debits** | **Balance This Statement** |
| $ 95.00 | (0)  $ 0.00 | (1)  $ 5.00 | $ 90.00 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 05/31 | 95.00 |
| SERVICE CHARGE | -5.00 | 06/30 | 90.00 |
| BALANCE THIS STATEMENT | | 06/30 | 90.00 |

| INTEREST | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 95.00 | INTEREST EARNED: | 0.00 |
| AVERAGE AVAILABLE BALANCE: | 95.00 | DAYS IN PERIOD: | 30 |
| INTEREST PAID THIS PERIOD: | 0.00 | ANNUAL PERCENTAGE YIELD EARNED: | 0.00% |

| ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD | |
|---|---|
| MAINTENANCE: | 5.00 |

Member FDIC


EQUAL HOUSING LENDER

| ITEMS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | **ENTER** | BALANCE THIS STATEMENT | $ |
| | | | | | | **ADD** | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | |
| | | | | | | | | |
| | | | | | | **SUBTOTAL** | | $ |
| | | | | | | **SUBTRACT** ⟹ | TOTAL ITEMS OUTSTANDING | $ |
| | | | | TOTAL | $ | | | |

| | |
|---|---|
| **BALANCE** should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest–ADD    Overdraft–DEDUCT    Automatic Payment–DEDUCT    Service charge–DEDUCT | **BALANCE** $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS. OTHERWISE STATEMENT WILL BE CONSIDERED CORRECT AND CHECK IMAGES GENUINE. ALL DEPOSITS AND CREDITS ARE SUBJECT TO FINAL PAYMENT.

If your checkbook and statement do not balance, have you:
☐ Accounted for bank charges?
☐ Verified additions and sub-tractions in your checkbook?
☐ Compared cancelled check images to checkbook or check stubs?
☐ Compared deposit amounts on statement to your checkbook?

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at our 24 Hour Information Line listed on the other side of this statement to find out whether or not the deposit has been made. In case of errors or questions about your electronic transfers, telephone us at 800-359-BANK (2265), or write us at Attention: Card Services Department 2501-SA, at P.O. Box 5101, Fremont, CA 94537-5101 or E-mail us at bankinfo@fremontbank.com as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, we must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days for new accounts) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days (5 business days in some cases for VISA® transactions) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### TAX INFORMATION

The amount of interest credited to your account from the first of the year is shown on each statement. The total amount of interest credited during the whole year is shown on the last statement you receive for the year. If the amount is $10 or more, it will be reported to the Internal Revenue Service and to the California State Franchise Tax Board. (Please note that if your account closes prior to year-end, a separate interest income statement will be mailed to your last known address.)

### IMPORTANT INFORMATION ABOUT CREDIT LINE ACCOUNTS

**ALL CREDIT LINE ACCOUNTS:** Interest Charges are assessed on all advances from credit line accounts from the date posted to your account until paid. The total interest charges paid during the year, the periodic rate and annual percentage rate applicable to your outstanding balance (if any) will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**INTEREST CHARGE FOR OVERDRAFT LINES AND PREFERRED LINES OF CREDIT ACCOUNTS:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits, and any unpaid interest or other finance charges, fees, and charges. This gives us the daily balance.

For Preferred Lines of Credit (variable rate) accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

For Personal Overdraft Lines of Credit accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate is based on a fixed rate.

For Business Overdraft Lines of Credit (variable rate) accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**IMPORTANT REMINDER ABOUT PAYMENTS:** In order to ensure your payment is properly posted to your account, you must send it, with your remittance coupon, to the address printed on the coupon: FREMONT BANK, PO Box 7355, Fremont, CA 94537-7355. If you send it to any other location or take it to a branch, it may cause a processing delay and late fee may apply.

#### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, on a separate sheet write to us at: **Fremont Bank, Attention: Loan Payments Dept. 2501da1, P.O. Box 5101, Fremont, CA 94537-5101.**

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors **in writing**. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Special Note:** The disclosures above apply to personal accounts only. For business and other non-personal accounts, please refer to your Deposit Account Agreement. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of any obligation with Fremont Bank. Amounts are in U.S. Dollars unless otherwise stated.

For additional important information about your account including service charges, refer to the Fremont Bank Deposit Account Agreement.

Case: 15-50553   Doc# 113   Filed: 07/31/15   Entered: 07/31/15 14:37:21   Page 18 of 34

ST-004 (08/14) DFG



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 06/30/2015 | ███ 9773 |

106.183734.FB06302015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE CHECKING
███████████████



Access the **equity in your home**
with a **Home Equity Line of Credit.**

Call us today: **(800) 359-2265** (BANK)

| BUSINESS SMALL CHECKING ACCOUNT ███ 9773 | | | | |
|---|---|---|---|---|
| **Balance Last Statement** | **Credits** | | **Debits** | **Balance This Statement** |
| $ 59,128.90 | (12) $ 187,065.04 | (11) | $ 193,982.05 | $ 52,211.89 |
| **Minimum Balance** | | | | **Average Balance** |
| $ 15,960.33 | | | | $ 55,615.99 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 05/29 | 59,128.90 |
| ███ 0400 Transfer to CHECKING ███ 9838 on 6/01/15 at 13:43 | -1,234.56 | 06/01 | 57,894.34 |
| COINBASE.COM/BTC 8003435845 4DCD5FNQ | 14,337.62 | 06/02 | 72,231.96 |
| ███ 5691 Transfer to CHECKING ███ 838 on 6/03/15 at 16:49 | -1,950.00 | 06/03 | 70,281.96 |
| ███ 9092 Transfer to CHECKING ███ 838 on 6/03/15 at 16:58 | -3,750.00 | 06/03 | 66,531.96 |
| ███ 3289 Transfer to CHECKING ███ 838 on 6/08/15 at 17:35 | -23,753.56 | 06/08 | 42,778.40 |
| COINBASE.COM/BTC ███ 5845 QLG6MAML | 13,158.37 | 06/09 | 55,936.77 |
| COINBASE.COM/BTC ███ 5845 JT321SQQ | 24,770.00 | 06/10 | 80,706.77 |
| ███ 5342 Transfer to CHECKING ███ 9838 on 6/10/15 at 9:48 | -64,746.44 | 06/10 | 15,960.33 |
| COINBASE.COM/BTC ███ 5845 9IT7ZCRZ | 20,427.96 | 06/11 | 36,388.29 |
| COINBASE.COM/BTC ███ 5845 UBPYRNYE | 16,001.37 | 06/15 | 52,389.66 |
| COINBASE.COM/BTC ███ 5845 KFPN81G6 | 12,820.25 | 06/16 | 65,209.91 |
| ███ 6534 Transfer to CHECKING ███ 9838 on 6/17/15 at 15:48 | -2,314.00 | 06/17 | 62,895.91 |
| ███ 9152 Transfer to CHECKING ███ 838 on 6/17/15 at 15:32 | -15,200.00 | 06/17 | 47,695.91 |
| COINBASE.COM/BTC ███ 5845 O52YMKX9 | 13,703.43 | 06/18 | 61,399.34 |
| COINBASE.COM/BTC ███ 5845 0OQ6IMOT | 14,115.40 | 06/22 | 75,514.74 |
| ███ 9178 Transfer to CHECKING ███ 9838 on 6/22/15 at 11:45 | -22,000.00 | 06/22 | 53,514.74 |
| COINBASE.COM/BTC ███ 5845 FZEMSEQO | 11,852.45 | 06/23 | 65,367.19 |
| COINBASE.COM/BTC ███ 5845 PQYLKUEY | 16,409.92 | 06/25 | 81,777.11 |
| ███ 8355 Transfer to CHECKING ███ 9838 on 6/26/15 at 11:38 | -5,000.00 | 06/26 | 76,777.11 |
| ███ 6001 Transfer to CHECKING ███ 9838 on 6/26/15 at 11:38 | -19,533.00 | 06/26 | 57,244.11 |
| COINBASE.COM/BTC ███ 5845 VISFTWOU | 14,832.48 | 06/29 | 72,076.59 |
| ███ 1371 Transfer to CHECKING ███ 9838 on 6/29/15 at 13:30 | -34,500.49 | 06/29 | 37,576.10 |

***Continued on Next Page***

Case: 15-50553     Doc# 113     Filed: 07/31/15     Entered: 07/31/15 14:37:21     Page 19 of
34

Member
FDIC

EQUAL HOUSING
LENDER



 **FREMONT BANK**

Phone:     800-359-BANK (2265)
Website:   www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 06/30/2015 | ▆9773 |

## BUSINESS SMALL CHECKING ACCOUNT 11909773

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| COINBASE.COM/BTC ▆5845 3BDPPOJ7 | 14,635.79 | 06/30 | 52,211.89 |
| BALANCE THIS STATEMENT | | 06/30 | 52,211.89 |

106.183734.FB0630201S.DDA.011

Case: 15-50553    Doc# 113    Filed: 07/31/15    Entered: 07/31/15 14:37:21    Page 20 of 34

Member **FDIC**    EQUAL HOUSING LENDER

| ITEMS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | **ENTER** | BALANCE THIS STATEMENT | $ |
| | | | | | | **ADD** | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | |
| | | | | | | | | |
| | | | | | | | **SUBTOTAL** | $ |
| | | | | | | **SUBTRACT** ⟶ | TOTAL ITEMS OUTSTANDING | $ |
| | | | | TOTAL | $ | | | |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:
Interest–ADD     Overdraft–DEDUCT     Automatic Payment–DEDUCT     Service charge–DEDUCT

**BALANCE**     $



PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS. OTHERWISE STATEMENT WILL BE CONSIDERED CORRECT AND CHECK IMAGES GENUINE. ALL DEPOSITS AND CREDITS ARE SUBJECT TO FINAL PAYMENT.

If your checkbook and statement do not balance, have you:
☐ Accounted for bank charges?
☐ Verified additions and subtractions in your checkbook?
☐ Compared cancelled check images to checkbook or check stubs?
☐ Compared deposit amounts to statement in your checkbook?

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at our 24 Hour Information Line listed on the other side of this statement to find out whether or not the deposit has been made. In case of errors or questions about your electronic transfers, telephone us at 800-359-BANK (2265), or write us at: Attention: Card Services Department 2501-SA, at P.O. Box 5101, Fremont, CA 94537-5101 or E-mail us at bankinfo@fremontbank.com as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, we must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days for new accounts) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days (5 business days in some cases for VISA® transactions) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### TAX INFORMATION

The amount of interest credited to your account from the first of the year is shown on each statement. The total amount of interest credited during the whole year is shown on the last statement you receive for the year. If the amount is $10 or more, it will be reported to the Internal Revenue Service and to the California State Franchise Tax Board. (Please note that if your account closes prior to year-end, a separate interest income statement will be mailed to your last known address.)

### IMPORTANT INFORMATION ABOUT CREDIT LINE ACCOUNTS

**ALL CREDIT LINE ACCOUNTS:** Interest Charges are assessed on all advances from credit line accounts from the date posted to your account until paid. The total interest charges paid during the year, the periodic rate and annual percentage rate applicable to your outstanding balance (if any) will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**INTEREST CHARGE FOR OVERDRAFT LINES AND PREFERRED LINES OF CREDIT ACCOUNTS:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits, and any unpaid interest or other finance charges, fees, and charges. This gives us the daily balance.

For Preferred Lines of Credit (variable rate) accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

For Personal Overdraft Lines of Credit accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate is based on a fixed rate.

For Business Overdraft Lines of Credit (variable rate) accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**IMPORTANT REMINDER ABOUT PAYMENTS:** In order to ensure your payment is properly posted to your account, you must send it, with your remittance coupon, to the address printed on the coupon: FREMONT BANK, PO Box 7355, Fremont, CA 94537-7355. If you send it to any other location or take it to a branch, it may cause a processing delay and late fee may apply.

**BILLING RIGHTS SUMMARY**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, on a separate sheet write to us at: **Fremont Bank, Attention: Loan Payments Dept. 2501da1, P.O. Box 5101, Fremont, CA 94537-5101.**

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors **in writing**. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Special Note:** The disclosures above apply to personal accounts only. For business and other non-personal accounts, please refer to your Deposit Account Agreement. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of any obligation with Fremont Bank. Amounts are in U.S. Dollars unless otherwise stated.

For additional important information about your account including service charges, refer to the Fremont Bank Deposit Account Agreement.

ST-004 (08/14) DFG

**THIS PAGE INTENTIONALLY LEFT BLANK**

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com



| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 06/30/2015 | ███ 9838 |



107.183734.FB06302015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP OPERATING CHECKING



Access the **equity in your home**
with a **Home Equity Line of Credit.**

Call us today: **(800) 359-2265** (BANK)

## BUSINESS SMALL CHECKING ACCOUNT ███ 9838

| Balance Last Statement | | Credits | | Debits | Balance This Statement |
|---|---|---|---|---|---|
| $ 55,469.12 | (12) | $ 194,052.51 | (67) | $ 168,226.13 | $ 81,295.50 |
| **Minimum Balance** | | | | | **Average Balance** |
| $ 31,730.46 | | | | | $ 64,836.75 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 05/29 | 55,469.12 |
| 05/30 PURCHASE RETURN 00000002 J. CREW FACTORY #1 MILPITAS CA MCC 5999 | 70.46 | 06/01 | 55,539.58 |
| 116120400 Transfer from BUSINESS SMALL CH 11909773 on 6/01/15 at 13:43 | 1,234.56 | 06/01 | 56,774.14 |
| CARD # 579 - 05/29 CHECK CRD PURCHASE 03270281 DAC PHUC RESTAURAN SAN JOS | -22.50 | 06/01 | 56,751.64 |
| CARD # 579 - 05/30 CHECK CRD PURCHASE 00000002 J. CREW FACTORY #1 MILPITA | -70.46 | 06/01 | 56,681.18 |
| CARD # 2000 - 05/27 CHECK CRD PURCHASE 77043000 BJ FAIRMONT HOTEL BEIJING | -864.42 | 06/01 | 55,816.76 |
| CARD # 2000 - 05/30 CHECK CRD RECURRING PMT 77179604 UberCHINA help.uber. | -9.10 | 06/01 | 55,807.66 |
| CHECK # 4007 | -200.00 | 06/01 | 55,607.66 |
| CHECK # 4021 | -4,517.10 | 06/01 | 51,090.56 |
| CARD # 579 - 06/01 CHECK CRD PURCHASE 21980066 IPN/PAYMENTNETWORK 877-559 | -450.00 | 06/02 | 50,640.56 |
| CARD # 2000 - 05/30 CHECK CRD PURCHASE 70701130 BJ XIANG JIANG FOR BEIJIN | -553.02 | 06/02 | 50,087.54 |
| Valley Oak WEB PMTS Y36SF | -1,347.11 | 06/02 | 48,740.43 |
| CHECK # 4020 | -2,275.00 | 06/02 | 46,465.43 |
| CHECK # 4030 | -2,820.00 | 06/02 | 43,645.43 |
| ███ 5691 Transfer from BUSINESS SMALL CH ███ 9773 on 6/03/15 at 16:49 | 1,950.00 | 06/03 | 45,595.43 |
| ███ 9092 Transfer from BUSINESS SMALL CH ███ 9773 on 6/03/15 at 16:58 | 3,750.00 | 06/03 | 49,345.43 |
| CARD # 2000 - 06/02 CHECK CRD PURCHASE 71199034 Royal Plaza Hotel Mongkok | -260.83 | 06/03 | 49,084.60 |
| CARD # 2000 - 06/02 CHECK CRD RECURRING PMT 20603471 UBER 866-576-1039 CA | -35.99 | 06/03 | 49,048.61 |
| CARD # 2000 - 06/02 CHECK CRD RECURRING PMT 76144756 Uber BV help.uber.co | -38.69 | 06/03 | 49,009.92 |
| CARD # 2000 - 06/02 CHECK CRD RECURRING PMT 70180797 Uber BV help.uber.co | -38.69 | 06/03 | 48,971.23 |
| CARD # 2000 - 06/02 CHECK CRD RECURRING PMT 22000858 UBER TECHNOLOGIES 86 | -45.38 | 06/03 | 48,925.85 |
| CHECK # 4026 | -5,801.82 | 06/04 | 43,124.03 |
| CHECK # 4046 | -1,950.00 | 06/04 | 41,174.03 |

**\*\*\*Continued on Next Page\*\*\***




Member
FDIC

EQUAL HOUSING LENDER

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

## BUSINESS SMALL CHECKING ACCOUNT 11909838

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| CARD # 2000 - 06/04 CHECK CRD PURCHASE 22000811 GOOGLE *SVCSAPPS_A CC@GOO | -37.40 | 06/05 | 41,136.63 |
| CHECK # 4023 | -597.16 | 06/05 | 40,539.47 |
| CHECK # 4024 | -629.40 | 06/05 | 39,910.07 |
| CHECK # 4027 | -611.28 | 06/05 | 39,298.79 |
| CHECK # 4028 | -442.32 | 06/05 | 38,856.47 |
| 113923289 Transfer from BUSINESS SMALL CH 11909773 on 6/08/15 at 17:35 | 23,753.56 | 06/08 | 62,610.03 |
| CARD # 2000 - 06/07 CHECK CRD PURCHASE 29006987 ELANCE ESCROW CORP 650-31 | -219.18 | 06/08 | 62,390.85 |
| CARD # 2000 - 06/08 CHECK CRD RECURRING PMT 20000322 UBER TECHNOLOGIES 86 | -36.20 | 06/08 | 62,354.65 |
| CHECK # 4040 | -263.70 | 06/08 | 62,090.95 |
| CHECK # 4041 | -280.38 | 06/08 | 61,810.57 |
| CARD # 579 - 06/08 CHECK CRD PURCHASE 05008938 CALIFORNIA HIGHREA 209-577 | -475.17 | 06/09 | 61,335.40 |
| CHECK # 4022 | -701.43 | 06/09 | 60,633.97 |
| CHECK # 4043 | -285.31 | 06/09 | 60,348.66 |
| 112265342 Transfer from BUSINESS SMALL CH 11909773 on 6/10/15 at 9:48 | 64,746.44 | 06/10 | 125,095.10 |
| CHECK # 4042 | -263.70 | 06/10 | 124,831.40 |
| CHECK # 4050 | -2,000.00 | 06/10 | 122,831.40 |
| CHECK # 4054 | -2,792.21 | 06/10 | 120,039.19 |
| CARD # 2000 - 06/11 CHECK CRD PURCHASE 38692001 67 CITY PARK 285 M SAN JO | -5.00 | 06/15 | 120,034.19 |
| CARD # 2000 - 06/13 ATM WITHDRAWAL 0717C WOODSIDE/PLAA D REDWOOD CITY CA | -403.00 | 06/15 | 119,631.19 |
| CHECK # 4049 | -500.00 | 06/15 | 119,131.19 |
| CHECK # 4052 | -500.00 | 06/15 | 118,631.19 |
| CHECK # 4055 | -4,560.00 | 06/15 | 114,071.19 |
| CHECK # 4044 | -750.00 | 06/16 | 113,321.19 |
| CHECK # 4045 | -99.55 | 06/16 | 113,221.64 |
| CHECK # 4047 | -82.49 | 06/16 | 113,139.15 |
| CHECK # 4048 | -22,477.73 | 06/16 | 90,661.42 |
| CHECK # 4062 | -5,801.82 | 06/16 | 84,859.60 |
| ████6534 Transfer from BUSINESS SMALL CH ████9773 on 6/17/15 at 15:48 | 2,314.00 | 06/17 | 87,173.60 |
| ████9152 Transfer from BUSINESS SMALL CH ████9773 on 6/17/15 at 15:32 | 15,200.00 | 06/17 | 102,373.60 |
| CARD # 2000 - 06/16 CHECK CRD PURCHASE 27000458 MEDIABISTRO EVENTS 212-38 | -161.10 | 06/17 | 102,212.50 |
| CARD # 2000 - 06/16 CHECK CRD PURCHASE 20894444 AYERA 8882937255 CA MCC 4 | -314.00 | 06/17 | 101,898.50 |
| CARD # 2000 - 06/17 CHECK CRD RECURRING PMT 26637004 DROPLR PRO 415-355-4 | -4.99 | 06/17 | 101,893.51 |
| CHECK # 4051 | -64,746.44 | 06/17 | 37,147.07 |
| CHECK # 4060 | -943.60 | 06/17 | 36,203.47 |
| CHECK # 4053 | -70.00 | 06/18 | 36,133.47 |
| CHECK # 4057 | -935.00 | 06/18 | 35,198.47 |
| CHECK # 4061 | -577.62 | 06/18 | 34,620.85 |
| CHECK # 4068 | -2,890.39 | 06/19 | 31,730.46 |
| ████9178 Transfer from BUSINESS SMALL CH ████9773 on 6/22/15 at 11:45 | 22,000.00 | 06/22 | 53,730.46 |
| CHECK # 4063 | -2,268.77 | 06/22 | 51,461.69 |
| CHECK # 4064 | -1,124.40 | 06/22 | 50,337.29 |
| CHECK # 4056 | -1,028.22 | 06/23 | 49,309.07 |
| CHECK # 4058 | -339.01 | 06/23 | 48,970.06 |
| CARD # 579 - 06/24 PURCHASE 24947579 PAYPAL *MEIJIA San Jose Ca MCC 6051 | -333.00 | 06/24 | 48,637.06 |
| CHECK # 4070 | -1,579.99 | 06/25 | 47,057.07 |
| CHECK # 4072 | -1,829.00 | 06/25 | 45,228.07 |
| ████8355 Transfer from BUSINESS SMALL CH ████9773 on 6/26/15 at 11:38 | 5,000.00 | 06/26 | 50,228.07 |
| ████6001 Transfer from BUSINESS SMALL CH ████9773 on 6/26/15 at 11:38 | 19,533.00 | 06/26 | 69,761.07 |
| CARD # 2000 - 06/25 CHECK CRD RECURRING PMT 23894631 PAYPAL *EXPRSVPNLL 4 | -12.95 | 06/26 | 69,748.12 |
| CARD # 2000 - 06/25 CHECK CRD RECURRING PMT 23603699 BC.BASECAMP 249693 3 | -20.00 | 06/26 | 69,728.12 |

***Continued on Next Page***

Member FDIC  EQUAL HOUSING LENDER

107.183734.FB0630201S.DDA.D11



 **FREMONT BANK**

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

 
## BUSINESS SMALL CHECKING ACCOUNT 11909838

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| CHECK # 4065 | -99.55 | 06/26 | 69,628.57 |
| CHECK # 4067 | -237.94 | 06/26 | 69,390.63 |
| CHECK # 4071 | -2,850.00 | 06/26 | 66,540.63 |
| 118051371 Transfer from BUSINESS SMALL CH 11909773 on 6/29/15 at 13:30 | 34,500.49 | 06/29 | 101,041.12 |
| CHECK # 4066 | -116.63 | 06/30 | 100,924.49 |
| CHECK # 4074 | -16,950.00 | 06/30 | 83,974.49 |
| CHECK # 4081 | -2,678.99 | 06/30 | 81,295.50 |
| BALANCE THIS STATEMENT | | 06/30 | 81,295.50 |

## YOUR CHECKS SEQUENCED

* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/01 | 4007* | 200.00 | 06/16 | 4045 | 99.55 | 06/18 | 4061 | 577.62 |
| 06/02 | 4020 | 2,275.00 | 06/04 | 4046 | 1,950.00 | 06/16 | 4062 | 5,801.82 |
| 06/01 | 4021 | 4,517.10 | 06/16 | 4047 | 82.49 | 06/22 | 4063 | 2,268.77 |
| 06/09 | 4022 | 701.43 | 06/16 | 4048 | 22,477.73 | 06/22 | 4064 | 1,124.40 |
| 06/05 | 4023 | 597.16 | 06/15 | 4049 | 500.00 | 06/26 | 4065 | 99.55 |
| 06/05 | 4024* | 629.40 | 06/10 | 4050 | 2,000.00 | 06/30 | 4066 | 116.63 |
| 06/04 | 4026 | 5,801.82 | 06/17 | 4051 | 64,746.44 | 06/26 | 4067 | 237.94 |
| 06/05 | 4027 | 611.28 | 06/15 | 4052 | 500.00 | 06/19 | 4068* | 2,890.39 |
| 06/05 | 4028* | 442.32 | 06/18 | 4053 | 70.00 | 06/25 | 4070 | 1,579.99 |
| 06/02 | 4030* | 2,820.00 | 06/10 | 4054 | 2,792.21 | 06/26 | 4071 | 2,850.00 |
| 06/08 | 4040 | 263.70 | 06/15 | 4055 | 4,560.00 | 06/25 | 4072* | 1,829.00 |
| 06/08 | 4041 | 280.38 | 06/23 | 4056 | 1,028.22 | 06/30 | 4074* | 16,950.00 |
| 06/10 | 4042 | 263.70 | 06/18 | 4057 | 935.00 | 06/30 | 4081 | 2,678.99 |
| 06/09 | 4043 | 285.31 | 06/23 | 4058* | 339.01 | | | |
| 06/16 | 4044 | 750.00 | 06/17 | 4060 | 943.60 | | | |

107.183734.FB0630201S.DDA.011

Case: 15-50553    Doc# 113    Filed: 07/31/15    Entered: 07/31/15 14:37:21    Page 25 of
34

 

**THIS PAGE INTENTIONALLY LEFT BLANK**

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

AQH LLC



| | | |
|---|---|---|
| 4007 | $200.00 | 06/01/2015 |



| | | |
|---|---|---|
| 4026 | $5,801.82 | 06/04/2015 |



| | | |
|---|---|---|
| 4020 | $2,275.00 | 06/02/2015 |



| | | |
|---|---|---|
| 4027 | $611.28 | 06/05/2015 |



| | | |
|---|---|---|
| 4021 | $4,517.10 | 06/01/2015 |



| | | |
|---|---|---|
| 4028 | $442.32 | 06/05/2015 |



| | | |
|---|---|---|
| 4022 | $701.43 | 06/09/2015 |



| | | |
|---|---|---|
| 4030 | $2,820.00 | 06/02/2015 |



| | | |
|---|---|---|
| 4023 | $597.16 | 06/05/2015 |



| | | |
|---|---|---|
| 4040 | $263.70 | 06/08/2015 |

| | | |
|---|---|---|
| 4024 | $629.40 | 06/05/2015 |



| | | |
|---|---|---|
| 4041 | $280.38 | 06/08/2015 |

Member FDIC

EQUAL HOUSING LENDER

107.F80630.2015.DDA.D11

# FREMONT BANK

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 06/30/2015 | 9838 |

AQH LLC





| 4042 | $263.70 | 06/10/2015 |
|---|---|---|
| 4048 | $22,477.73 | 06/16/2015 |





| 4043 | $285.31 | 06/09/2015 |
|---|---|---|
| 4049 | $500.00 | 06/15/2015 |





| 4044 | $750.00 | 06/16/2015 |
|---|---|---|
| 4050 | $2,000.00 | 06/10/2015 |





| 4045 | $99.55 | 06/16/2015 |
|---|---|---|
| 4051 | $64,746.44 | 06/17/2015 |





| 4046 | $1,950.00 | 06/04/2015 |
|---|---|---|
| 4052 | $500.00 | 06/15/2015 |

| 4047 | $82.49 | 06/16/2015 |
|---|---|---|
| 4053 | $70.00 | 06/18/2015 |

Member FDIC

EQUAL HOUSING LENDER



# FREMONT BANK

Phone:  800-359-BANK (2265)
Website:  www.fremontbank.com

AQH LLC



| 4054 | $2,792.21 | 06/10/2015 |
|---|---|---|



| 4061 | $577.62 | 06/18/2015 |
|---|---|---|



| 4055 | $4,560.00 | 06/15/2015 |
|---|---|---|

| 4062 | $5,801.82 | 06/16/2015 |
|---|---|---|



| 4056 | $1,028.22 | 06/23/2015 |
|---|---|---|



| 4063 | $2,268.77 | 06/22/2015 |
|---|---|---|



| 4057 | $935.00 | 06/18/2015 |
|---|---|---|



| 4064 | $1,124.40 | 06/22/2015 |
|---|---|---|



| 4058 | $339.01 | 06/23/2015 |
|---|---|---|

| 4065 | $99.55 | 06/26/2015 |
|---|---|---|

| 4060 | $943.60 | 06/17/2015 |
|---|---|---|



| 4066 | $116.63 | 06/30/2015 |
|---|---|---|

107.FB0630201S.DDA.D11

 
Member FDIC   EQUAL HOUSING LENDER

# FREMONT BANK

Phone:   800-359-BANK (2265)
Website:  www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 06/30/2015 | ▉9838 |

AQH LLC



| 4067 | $237.94 | 06/26/2015 |
|---|---|---|

4081 | $2,678.99 | 06/30/2015



| 4068 | $2,890.39 | 06/19/2015 |
|---|---|---|



| 4070 | $1,579.99 | 06/25/2015 |
|---|---|---|



| 4071 | $2,850.00 | 06/26/2015 |
|---|---|---|



| 4072 | $1,829.00 | 06/25/2015 |
|---|---|---|



| 4074 | $16,950.00 | 06/30/2015 |
|---|---|---|

107.F80630201S.DDA.D11

Member FDIC

EQUAL HOUSING LENDER

| ITEMS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | **ENTER** | BALANCE THIS STATEMENT | $ |
| | | | | | | **ADD** | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | |
| | | | | | | | | |
| | | | | | | | **SUBTOTAL** | $ |
| | | | | | | **SUBTRACT** ⟹ | TOTAL ITEMS OUTSTANDING | $ |
| | | | | TOTAL | $ | | | |

BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:
Interest–ADD     Overdraft–DEDUCT     Automatic Payment–DEDUCT     Service charge–DEDUCT

**BALANCE** $



PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 30 DAYS. OTHERWISE STATEMENT WILL BE CONSIDERED CORRECT AND CHECK IMAGES GENUINE. ALL DEPOSITS AND CREDITS ARE SUBJECT TO FINAL PAYMENT.

If your checkbook and statement do not balance, have you:
☐ Accounted for bank charges?
☐ Verified additions and subtractions in your checkbook?
☐ Compared cancelled check images to checkbook or check stubs?
☐ Compared deposit amounts to statement to your checkbook?

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at our 24 Hour Information Line listed on the other side of this statement to find out whether or not the deposit has been made. In case of errors or questions about your electronic transfers, telephone us at 800-359-BANK (2265), or write us at Attention: Card Services Department 2501-SA, at P.O. Box 5101, Fremont, CA 94537-5101 or E-mail us at bankinfo@fremontbank.com as soon as you can.

If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, we must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the date and dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days for new accounts) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days (5 business days in some cases for VISA® transactions) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### TAX INFORMATION

The amount of interest credited to your account from the first of the year is shown on each statement. The total amount of interest credited during the whole year is shown on the last statement you receive for the year. If the amount is $10 or more, it will be reported to the Internal Revenue Service and to the California State Franchise Tax Board. (Please note that if your account closes prior to year-end, a separate interest income statement will be mailed to your last known address.)

### IMPORTANT INFORMATION ABOUT CREDIT LINE ACCOUNTS

**ALL CREDIT LINE ACCOUNTS:** Interest Charges are assessed on all advances from credit line accounts from the date posted to your account until paid. The total interest charges paid during the year, the periodic rate and annual percentage rate applicable to your outstanding balance (if any) will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**INTEREST CHARGE FOR OVERDRAFT LINES AND PREFERRED LINE OF CREDIT ACCOUNTS:** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits, and any unpaid interest or other finance charges, fees, and charges. This gives us the daily balance.

For Preferred Lines of Credit (variable rate) accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

For Personal Overdraft Lines of Credit accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate is based on a fixed rate.

For Business Overdraft Lines of Credit (variable rate) accounts, the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**IMPORTANT REMINDER ABOUT PAYMENTS:** In order to ensure your payment is properly posted to your account, you must send it, with your remittance coupon, to the address printed on the coupon: FREMONT BANK, PO Box 7355, Fremont, CA 94537-7355. If you send it to any other location or take it to a branch, it may cause a processing delay and late fee may apply.

**BILLING RIGHTS SUMMARY**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, on a separate sheet write to us at: **Fremont Bank, Attention: Loan Payments Dept. 2501da1, P.O. Box 5101, Fremont, CA 94537-5101.**

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors **in writing.** You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Special Note:** The disclosures above apply to personal accounts only. For business and other non-personal accounts, please refer to your Deposit Account Agreement. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of any obligation with Fremont Bank. Amounts are in U.S. Dollars unless otherwise stated.

For additional important information about your account including service charges, refer to the Fremont Bank Deposit Account Agreement.

ST-004 (08/14) DFG

**THIS PAGE INTENTIONALLY LEFT BLANK**

# EXHIBIT G - Additional Information

**AQH LLC**
**Additional information**

*for the month ended June 30, 2015*

**Accrual based projections:**

| | |
|---|---:|
| June 2015 income per exhibit B | $ 187,065.54 |
| Receivable, 5-31-15 included in exhibit B | (14,337.62) |
| Receivable, 6-30-15 per exhibit E | 11,835.85 |
| | 184,563.77 |
| | |
| June 2015 expenses per 5-31-15 exhibit C, cash operations | 197,346.97 |
| Unpaid expenses, 5-31-15 | (141,445.93) |
| Unpaid expense, 6-30-15 per exhibit D | 145,765.29 |
| | 201,666.33 |
| | |
| Actual profit (loss), accrual basis, 6/1-6/30/15 | $ (17,102.56) |