E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com   (Pro Hac Vice)

Kathryn Diemer
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

ATTORNEYS FOR COLLATERAL AGENT AND FE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-SLJ |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS PURSUANT TO F.R.B.P 2019 |
| | Honorable Stephen L. Johnson |

The undersigned attorneys, members of the firms Diemer, Whitman & Cardosi, LLP ("DWC") and Wright Ginsberg Brusilow, P.C. ("WGB") hereby submits this statement of multiple representations pursuant to Federal Rule of Bankruptcy Procedure 2019(a) and discloses the following:

1. DWC and WGB represent Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement ("Collateral Agent") and Future Electronics Corp. ("FE")

1

2. DWC and WGB have been retained as counsel for Collateral Agent and FE, both creditors in the above captioned bankruptcy case.

| WGB | |
|---|---|
| **Name and Address** | Paul Keiffer<br>WRIGHT GINSBERG BRUSILOW P.C.<br>325 North St. Paul Street, Suite 4150<br>Dallas, Texas 75201 |
| **Hired At Whose Instance** | Collateral Agent and FE |
| **Represents** | Collateral Agent and FE |

| DWC | |
|---|---|
| **Name and Address** | Kathryn Diemer<br>DIEMER, WHITMAN & CARDOSI, LLP<br>75 East Santa Clara Street, Suite 290<br>San Jose, CA 95113 |
| **Hired At Whose Instance** | Collateral Agent and FE |
| **Represents** | Collateral Agent and FE |

| Clients | | |
|---|---|---|
| **Name** | **Address** | **Amount of Claim** |
| Collateral Agent | 4225 Executive Square<br>Suite 1040<br>La Jolla, CA 92037 | Value of collateral to which Collateral Agent's liens attach that was transferred from Cointerra, Inc., by and through Emergent Systems Exchange to AQH, LLC |
| FE | Worldwide Corporate Headquarters<br>237 Hymus Boulevard<br>Pointe Claire, Quebec<br>Canada<br>H9R 5C7 | Value of collateral to which FE's liens attach that was transferred from Cointerra, Inc., by and through Emergent Systems Exchange to AQH, LLC |

2

3. The Collateral Agent and FE have requested that DWC and WGB represent them in the above captioned bankruptcy case.

4. The Collateral Agent and FE assert total aggregate claims of the value of the collateral transferred from Cointerra, Inc. to Emergent Systems Exchange then on to AQH, LLC which cumulative value could approximate $1,200,000 on AQH's Petition Date. Both the Collateral Agent and FE's claims are based on unauthorized transfers of collateral to which they each held perfected security interest that were owned by Cointerra, Inc. prior to the transfers to Emergent Systems Exchange in November of 2014.

5. The Collateral Agent and FE are the original holders of their respective claims. Such claims arose at the time of and in connection with their business dealings with Cointerra, Inc. and their subsequent transfer to Debtor through Emergent Systems Exchange.

6. Neither WGB or DWC hold any claims against or interests in the Debtors.

7. WGB or DWC will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: August 5, 2015

DIEMER, WHITMAN & CARDOSI, LLP

By: */s/ Kathryn Diemer*
    Kathryn Diemer

75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com  (Local Counsel)

and

3

WRIGHT GINSBERG BRUSILOW P.C.

By: _/s/ E. P. Keiffer_
     E. P. Keiffer

325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com    (Pro Hac Vice pending)

ATTORNEYS FOR FORTIS ADVISORS LLC, AS COLLATERAL AGENT AND FUTURE ELECTRONICS CORPORATION