DIEMER, WHITMAN & CARDOSI, LLP
DOMINIQUE A. SOPKO, #240015
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
TEL. (408) 971-6270
FAX. (408)971-6271

Case Name:  In re AQH, LLC

Case No.:  15-50553 SLJ

Hearing:  None

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

On   August 5, 2015         , I served a copy of:

1.  Verified Statement in Connection with the Representation of Creditors Pursuant to FRBP 2019
2.  Certificate of Service

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

Matthew J. Olson
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104

William L. Porter
Law Offices of Porter and Cable
7801 Folsom Blvd. #350
Sacramento, CA 95826

Stephen D. Finestone
Law Offices of Stephen D. Finestone
456 Montgomery St. 20th Fl.
San Francisco, CA 94104

Cheryl C. Rouse
Law Offices of Rouse and Bahlert
345 Franklin St.
San Francisco, CA 94102

E.P. Keiffer
Wright Ginsberg Brusilow, PC
325 North St Paul Street, Suite 4150
Dallas, TX 75201

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

1    I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage
2    thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date
3    is more than one day after the date of deposit for mailing in affidavit.

4         I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

5         Executed on __August 5, 2015_____, at San Jose, California.

6

7                                              /s/ Dominique A. Sopko
8                                              Dominique A. Sopko

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28