E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com

Kathryn Diemer
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

ATTORNEYS FOR COLLATERAL AGENT AND FE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

    Debtor.

Case No. 15-50553-SLJ

Chapter 11

**DECLARATION OF E. P. KEIFFER IN SUPPORT OF MOTION FOR MISCELLANEOUS RELIEF PURSUANT TO SECTION 105(A) RELATED TO THETERMS OF THE INTERLOCUTORY ORDER FOR USE OF CASH COLLATERAL**

Date: October 21, 2015
Time: 2:00 p.m.
Place: U.S. Bankruptcy Court
       280 South First Street, Room 3099
       San Jose, CA 95113
Judge: Honorable Stephen L. Johnson

I, E. P. Keiffer, declare that I am over the age of 18 years, that I personally know the facts recited below, and if I was called as a witness I could and would competently testify thereto.

1. I am a partner of Wright Ginsberg Brusilow P.C., counsel for Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as

DECLARATION OF E. P. KEIFFER

1

Case: 15-50553    Doc# 115-1    Filed: 08/17/15    Entered: 08/17/15 15:32:50    Page 1 of 2

defined in the Cointerra, Inc. Security and Pledge Agreement and other applicable Transaction Documents ("**Collateral Agent**"), and Future Electronics Corporation ("**FE**") and I am authorized to make this declaration as Bankruptcy Counsel for the Collateral Agent and FE.

2. On January 8, 2015, CT Lien Solutions (a Delaware Authorized Searcher, Certified by the Delaware Division of Corporations to perform online UCC filings and UCC Searches to obtain information from Delaware's UCC Information System) provided true and correct copies of the UCC Financing Statement filed by Fortis Advisors LLC, Collateral Agent, on August 4, 2014, attached hereto as **Exhibit A** and the UCC Financing Statement filed by Future Electronics Corp., on March 7, 2014, attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of August, 2015, at Dallas, Texas.

                                                                                                     /s/ E. P. Keiffer
                                                                                                     E. P. Keiffer