E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com

Kathryn Diemer
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

ATTORNEYS FOR COLLATERAL AGENT AND FE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-SLJ |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON MOTION FOR MISCELLANEOUS RELIEF PURSUANT TO SECTION 105(A) RELATED TO THE TERMS OF THE INTERLOCUTORY ORDER FOR USE OF CASH COLLATERAL**<br><br>Date: October 21, 2015<br>Time: 2:00 p.m.<br>Place: U.S. Bankruptcy Court<br>280 South First Street, Room 3099<br>San Jose, CA 95113<br>Judge: Honorable Stephen L. Johnson |

**TO ALL PARTIES IN INTEREST AND TO THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on October 21, 2015 at 2:00 p.m., or as soon thereafter as counsel may be heard (the "**Hearing Date**"), the Motion for Miscellaneous Relief Pursuant to Section 105(a) Related to the Terms of the Interlocutory Order for Use of Cash

1

NOTICE OF HEARING ON MOTION FOR MISCELLANEOUS RELIEF

Collateral (the "**Motion**") filed by Fortis Advisors, LLC, as Collateral Agent ("**Collateral Agent**") and Future Electronics Corporation ("**FE**") will be heard by the above-captioned Court.

By way of the Motion, the Collateral Agent and FE seeks an order requiring Emergent to deposit into the registry of this Court or in Debtor's counsel's trust account, all adequate protection payments made prior to the effect of the Stipulation for Authority to Use Collateral and for Adequate Protection [Dkt. #107] ($64,980) until there is a determination of which asserted secured creditor is entitled to same or an approved Rule 9019 settlement regarding same.

Any opposition to the Motion shall be filed at least 14 days prior to the Hearing Date, and served on counsel for Fortis Advisors, LLC, as Collateral Agent and Future Electronics Corporation, E. P. Keiffer, WRIGHT GINSBERG BRUSILOW P.C., 325 North St. Paul Street, Suite 4150, Dallas, TX 75201; (214) 651-6500; pkeiffer@wgblawfirm.com and Kathryn Diemer, DIEMER, WHITMAN & CARDOSI, LLP, 75 East Santa Clara Street, Suite 290, San Jose, CA 95113; (408) 971-6270; kdiemer@diemerwhitman.com.

Dated: August 17, 2015     **WRIGHT GINSBERG BRUSILOW P.C.**

By: *E. P. Keiffer*
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com

and

DIEMER, WHITMAN & CARDOSI, LLP
Kathryn Diemer
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com (Local Counsel)
ATTORNEYS FOR FORTIS ADVISORS LLC, AS COLLATERAL AGENT AND FUTURE ELECTRONICS CORPORATION

2

NOTICE OF HEARING ON MOTION FOR MISCELLANEOUS RELIEF
Case: 15-50553   Doc# 116   Filed: 08/17/15   Entered: 08/17/15 15:34:22   Page 2 of 2