DIEMER, WHITMAN & CARDOSI, LLP  
DOMINIQUE A. SOPKO, #240015  
75 East Santa Clara Street, Suite 290  
San Jose, CA 95113  
TEL. (408) 971-6270  
FAX. (408)971-6271  

Case Name: In re AQH, LLC  
Case No.: 15-50553-SLJ  

Hearing: October 21, 2015  

# CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

On August 17, 2015, I served a copy of:

1. Notice of Hearing
2. Motion and Memorandum of Points and Authorities in Support of Miscellaneous Relief
3. Declaration of E. P. Keiffer in Support of Motion with Exhibits A and B
4. Certificate of Service

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

**SEE ATTACHED LIST**

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on August 17, 2015, at San Jose, California.

/s/ Dominique A. Sopko  
Dominique A. Sopko

Label Matrix for local noticing
0971-5
Case 15-50553
Northern District of California
San Jose
Mon Aug 17 14:46:47 PDT 2015

AQH, LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085-3869

~~CA Employment Development Dept~~
~~Bankruptcy Group MIC 92E~~
~~P.O. Box 826880~~
~~Sacramento, CA 94280-0001~~

~~CA Franchise Tax Board~~
~~Attn: Special Procedures~~
~~P.O. Box 2952~~
~~Sacramento, CA 95812-2952~~

~~Collins Electrical Company, Inc.~~
~~C/O Herrig & Vogt, LLP~~
~~4210 Douglas Blvd~~
~~Suite 100~~
~~Granite Bay, CA 95746-5912~~

~~Fortis Advisors, LLC~~
~~c/o Diemer, Whitman & Cardosi, LLP~~
~~75 E. Santa Clara Street~~
~~Suite 290~~
~~San Jose, CA 95113-1826~~

Fortis Advisors, LLC
c/o E.P. Keiffer
Wright Ginsberg Brusilow, PC
325 North St Paul Street, Suite 4150
Dallas, TX 75201-3861

~~IRS~~
~~P.O. Box 7346~~
~~Philadelphia, PA 19101-7346~~

Riverbank Local Redevelopment Authority
c/o S. Craig Hunter
Churchwell White LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814-3967

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

~~U.S. Bankruptcy Court~~
~~280 South First Street~~
~~Room 3035~~
~~San Jose, CA 95113-3099~~

A&A Portables
201 Roscoe Road
Modesto, CA 95357-1828

Access Electric
1990 Foundry Court
Ceres, CA 95307-9223

Andrew L. Faris
4929 E. Sunny Slope Road
Edina, MN 55424-1166

~~Andy Faris~~
~~4929 E. Sunnyslope Rd.~~
~~Edina, MN 55424-1166~~

Anthony Steven Brough
1200 Dale Ave, Apt 78
Mountain View, CA 94040-3326

Austin Roberts
2312 Lavon Lane
Ceres, CA 95307-1616

Brian Friend
527 Terminal Ave.
Modesto, CA 95350-5950

CHERYL C. ROUSE
LAW OFFICES OF ROUSE & BAHLERT
345 Franklin Street
San Francisco, California 94102-4427

Chris Cunningham
10033 Reevesbury Dr.
Beverly Hills, CA 90210-1422

Chris Kilday
450 Taraval St, #143
San Francisco, CA 94116-2530

Collins Electric
3412 Metro Drive
Stockton, CA 95215-9440

Collins Electrical Company, Inc.
HERRIG & VOGT, LLP
4210 Douglas Blvd.
Suite 100
Granite Bay, CA 95746-5912

CrimeTek Security
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

DHL Global Forwarding
P.O. Box 742802
Los Angeles, CA 90074-2802

David B. Oshinsky
9415 Culver Boulevard
Culver City, CA 90232-2616

~~Diemer, Whitman & Cardosi, LLP~~
~~75 E. Santa Clara Street, # 290~~
~~San Jose, CA 95113-1826~~

~~E.P. Keiffer~~
~~Wright Ginsberg Brusilow, P.C.~~
~~325 North St. Paul Street, Suite 4150~~
~~Dallas, Texas 75201-3861~~

Elisa Research
48834 Kato Road Suite 101-A
Fremont, CA 94538-7368

| ~~Emergent Systems Exchange 7160 Shady Oak Eden Prairie, MN 55344-3517~~ | Emergent Systems Exchange, LLC 7160 Shady Oak Road Eden Prairie, MN 55344-3517 | ~~Employment Development Department Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 95814~~ |
|---|---|---|
| ~~FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952~~ | ~~Fortis Advisors LLC Collateral Agent (ratably)("CA") c/o Rick Fink CEO and Managing Director 12526 High Bluff Drive, Suite 280 San Diego, CA 92130-3015~~ | Franchise Tax Board Bankruptcy Section, MS A-340 Post Office Box 2952 Sacramento, CA 95812-2952 |
| Future Electronics Corp. c/o E.P. Keiffer 325 N. St. Paul, Suite 4150 Dallas, TX 75201-3861 | ~~Gina L. Moyles/Anthony P. Fritz HERRIG & VOGT, LLP 4210 Douglas Blvd., Suite 100 Granite Bay, CA 95746-5942~~ | I Guard 3448 North Golden State Blvd. Turlock, CA 95382-9709 |
| Internal Revenue Service Post Office Box 7346 Philadelphia, PA 19101-7346 | Jacob Lopez 1608 Don Pedro Road Ceres, CA 95307-9594 | John Walsh 120 59th Burr Ridge, IL 60527-4905 |
| Karl A. Schweikert Churchwell White, LLP 1414 K Street, Third Floor Sacramento, CA 95814-3967 | Lionakis, a California corporation 915 13th Street Modesto, CA 95354-0903 | Lucile Darnell 824 Lyndon Street, Apt. G Monterey, CA 93940-1976 |
| Lucy Darnell 824 Lyndon Street, Apt. G Monterey, CA 93940-1976 | ~~MACDONALD FERNANDEZ LLP MATTHEW J. OLSON (SBN 265908) 221 Sansome Street, Third Floor San Francisco, CA 94104-2921~~ | Michael White 2824 Fowler Road Ceres, CA 95307-2102 |
| New Concept Fleet Management 9096 Elkmont Way Elk Grove, CA 95624-9707 | Office of the U.S. Trustee / SJ U.S. Federal Bldg. 280 S 1st St. #268 San Jose, CA 95113-3004 | PLN Architects 1720 G Street Modesto, CA 95354-1214 |
| Platt Electric 10605 Southwest Allen Blvd. Beaverton, OR 97005-4896 | Rexel, Inc. dba Platt Electric Supply 600 University St. Ste. 3300 Seattle, WA 98101-1129 | Rick Fink CEO and Managing Director Fortis Advisors as Collateral Agent 12526 High Bluff Drive, Suite 280 San Diego, CA 92130-3015 |
| Riverbank Local Redevelopment Authority 5300 Claus Road, Suite 1 Modesto, CA 95357-1665 | ~~Riverbank Local Development Authority Churchwell White, LLP 1414 K Street, Third Floor Sacramento, CA 95814-3920~~ | Riverbank Local Redevelopment Agency c/o Debbie Olson, Executive Director 5300 Claus Road, Suite 1 Modesto, CA 95357-1665 |
| Sean Walsh 1742 Kansas Street Redwood City, CA 94061-2635 | Seth Chastain c/o Levy - von Beck & Ass 600 University St. Ste. 3300 Seattle, WA 98101-1129 | Southland Electrical Supply 147 North Main Street Burlington, NC 27217-3901 |

| | | |
|---|---|---|
| State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 | Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 |
| The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 | Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 |
| ~~Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947~~ | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 |
| William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 | ~~Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427~~ | ~~Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253~~ |
| Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Michael Mengarelli<br>Kelly Litigation Group, Inc.<br>3 Lagoon Dr. #225<br>Redwood City, CA 94065-5158 | ~~Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331~~ |
| ~~Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253~~ | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (u)DBMAC, Inc. |