# UNITED STATES BANKRUPTCY COURT

### Northern District of California (San Jose)

In re  AQH, LLC                          ,                    Case No.  15-50553
   _____
   *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  7/1-7/31/15                              Date filed:  02/19/2015

Line of Business:  Blockchain software security and network infrastructure          NAISC Code:  518210

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Chris Cunningham
_____
Original Signature of Responsible Party

Chris Cunningham
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☑    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 211,939.44 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 98,504.81 |
| Cash on Hand at End of Month | $ | 90,758.76 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ | 90,758.76 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 219,685.49 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 211,939.44 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 219,685.49 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | -7,746.05 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 155,568.46

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 11,833.25

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 12,495.64

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 12,495.64

B 25C (Official Form 25C) (12/08)

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 1,019,517.00 | $ 962,835.08 | $ 56,681.92 |
| EXPENSES | $ 897,312.00 | $ 921,386.22 | $ -24,074.22 |
| CASH PROFIT | $ 122,205.00 | $ 41,448.86 | $ 80,756.14 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                     $    150,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                   $    190,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:               $    (40,000.00)

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

# EXHIBIT A - Taxes

**AQH LLC**
**Exhibit A - Taxes**

*July 1 through July 31, 2015*

Pre-Petition Past Due Tax Returns:

        none

Pre-Petition Past Due Tax Obligations:

        Debtor was billed in June 2015 by EDD for 2014 payroll tax returns in the amount of $10,964.03
        Debtor is waiting for the IRS to process 2014 payroll tax returns to determine any outstanding balance
        In July 2015 debtor paid its 2014 LLC fee to California Franchise Tax Board in the amount of $6,000 after filing its 2014 LLC tax return
        In July 2015 debtor paid a 2014 fee to Delaware

Post-Petition Past Due Tax Returns:

        none

Post-Petition Past Due Tax Obligations:

        Debtor was billed by EDD $238.25 for 1st quarter 2015 payroll taxes.

        Debtor was billed by IRS  $1,011.77 for 2nd quarter 2015 payroll taxes due to late payments.

# EXHIBIT B - Income

**AQH LLC**
**Exhibit B - Income**

*July 1 through July 31, 2015*

| Date | Transaction Type | Amount |
|---|---|---|
| 07/01/2015 | Deposit | 11,835.85 |
| 07/06/2015 | Deposit | 19,473.72 |
| 07/07/2015 | Deposit | 21,882.88 |
| 07/09/2015 | Deposit | 14,747.24 |
| 07/14/2015 | Deposit | 14,452.26 |
| 07/15/2015 | Deposit | 10,597.06 |
| 07/16/2015 | Deposit | 16,779.13 |
| 07/17/2015 | Deposit | 6,064.64 |
| 07/20/2015 | Deposit | 6,086.86 |
| 07/21/2015 | Deposit | 8,294.32 |
| 07/21/2015 | Deposit | 6,616.21 |
| 07/24/2015 | Deposit | 16,789.02 |
| 07/27/2015 | Deposit | 11,553.54 |
| 07/28/2015 | Deposit | 6,017.04 |
| 07/28/2015 | Deposit | 8,594.88 |
| 07/28/2015 | Deposit | 11,901.80 |
| 07/30/2015 | Deposit | 12,539.42 |
| 07/31/2015 | Deposit | 5,753.68 |
| 07/31/2015 | Deposit | 1,959.89 |
| | | **$ 211,939.44** |

# EXHIBIT C - Expenses

# AQH LLC
# Exhibit C - Expenses

*July 1 through July 31, 2015*

| Date | Num | Name | Description | Amount |
|------|-----|------|-------------|-------:|
| 07/01/2015 | 4078 | Brian Gleeson | Wages | $ 840.57 |
| 07/01/2015 | 4076 | George Conklin | Wages | 815.57 |
| 07/01/2015 | 4075 | Jason L. Brown | Wages | 1,044.09 |
| 07/01/2015 | 4079 | Nicholas Sewak | Wages | 631.08 |
| 07/01/2015 | 4077 | Phillip M. Gilliam | Wages | 782.93 |
| 07/01/2015 | 4080 | Sean Walsh | Wages | 5,801.82 |
| 07/02/2015 | 4088 | Tue Ngo | Repair & Maintenance | 3,200.00 |
| 07/03/2015 | | Valley Oak Apartments | Rent | 1,347.11 |
| 07/06/2015 | | Federal Express | Shipping and delivery expense | 47.00 |
| 07/06/2015 | | Plug & Play | Rent | 450.00 |
| 07/06/2015 | | SvcApps A CC | Advertising | 45.33 |
| 07/07/2015 | 7/7/15 | UPS Store | Freight & Delivery | 76.85 |
| 07/08/2015 | 4089 | Alhambra Water | Water | 115.60 |
| 07/08/2015 | 4094 | Anthony Steven Brough | Reimburse for QBO and QB PR Service | 433.26 |
| 07/08/2015 | 4092 | Daron McDaniel | Consulting Retainer | 12,000.00 |
| 07/08/2015 | 4095 | Ingrid Goesnar | Subcontractor | 2,793.20 |
| 07/08/2015 | 4089 | Modesto Irrigation District | Electricity | 74.26 |
| 07/08/2015 | 4091 | Riverbank LRA | May 2015 electricity | 74,254.74 |
| 07/08/2015 | 4096 | Sean M Walsh | Travel | 191.00 |
| 07/08/2015 | 4093 | Tomas Bautista | Subcontractor | 3,050.68 |
| 07/08/2015 | 4097 | Yan Ebyam | Reimbursement for Home Depot Expense | 215.58 |
| 07/09/2015 | | Agape Grill | Meals and Entertainment | 28.47 |
| 7/10/2015 | | CA EDD | CA PIT/SDI | 1,906.99 |
| 07/10/2015 | | CNA | Insurance | 6,697.56 |
| 7/10/2015 | | IRS | Form 941 Deposit | 7,959.26 |
| 7/10/2015 | | IRS | Form 941 Deposit | 918.00 |
| 07/13/2015 | 4098 | Andy Faris | Interest | 2,583.33 |
| 07/13/2015 | | CA Milpitas Sushimaru | Meals and Entertainment | 45.35 |
| 07/13/2015 | 4099 | Emergent Systems Exchange | Interest | 16,950.00 |
| 07/13/2015 | 4100 | Fedex Store | Postage And Delivery | 69.00 |
| 07/13/2015 | 4059 | USPS | Postage And Delivery | 177.98 |
| 07/15/2015 | 4117 | Brian Gleeson | Wages | 1,065.36 |
| 7/15/2015 | | CA EDD | CA PIT/SDI | 1,802.34 |
| 07/15/2015 | 4103 | eMaint Enterprises, LLC | Monthly Software Subscription | 70.00 |
| 07/15/2015 | 4115 | George Conklin | Wages | 1,040.36 |
| 07/15/2015 | 4101 | Gilton Solid Waste | Garbage Service | 99.55 |
| 07/15/2015 | 4102 | HCS Engineering, Inc. | Phase 4B Expansion | 2,800.00 |
| 07/15/2015 | 4104 | Ingrid Goesnar | Subcontractor | 2,600.00 |
| 7/15/2015 | | IRS | Form 941 Deposit | 8,111.91 |
| 07/15/2015 | 4114 | Jason L. Brown | Wages | 1,279.28 |
| 07/15/2015 | 4110 | McPharlin Sprinkles & Thomas LLP | Professional Fee | 495.64 |
| 07/15/2015 | 4118 | Nicholas Sewak | Wages | 646.69 |
| 07/15/2015 | 4116 | Phillip M. Gilliam | Wages | 1,068.26 |
| 07/15/2015 | | Sean Walsh | Wages | 5,801.82 |
| 07/15/2015 | 4105 | Yan Ebyam | Subcontractor | 1,700.00 |
| 07/15/2015 | | Ayera | Miscellaneous | 314.00 |
| 07/15/2015 | 5001 | Christine Sheets | Wages | 539.00 |
| 07/16/2015 | | Aliexpress | Repair & Maintenance | 72.95 |
| 07/16/2015 | | Amazon | Administrative Expense | 350.41 |
| 07/16/2015 | | Amazon | Administrative Expense | 419.30 |
| 07/16/2015 | | Wire Fee | Bank Charges | 15.00 |
| 07/17/2015 | 119470 | CTR Surplus | Phase 4B Expansion | 1,500.00 |

**AQH LLC**
**Exhibit C - Expenses**

*July 1 through July 31, 2015*

| Date | Num | Name | Description | Amount |
|------|-----|------|-------------|--------|
| 07/17/2015 | | CTR Surplus | Phase 4B Expansion | 6,500.00 |
| 07/17/2015 | EFT | Droplr | Miscellaneous | 4.99 |
| 07/20/2015 | | Surplus | Miscellaneous | 139.69 |
| 07/21/2015 | S3628253.003 | Alameda Electrical Distributors | Job Materials | 496.61 |
| 07/21/2015 | 4120 | Federal Express | Postage And Delivery | 21.50 |
| 07/21/2015 | | Plug and Play | Office Expenses | 28.53 |
| 07/23/2015 | 7/23/15 | Home Depot | Job Materials | 136.65 |
| 07/24/2015 | 4144 | Franchise Tax Board | 2015 LLC Tax Estimate | 800.00 |
| 07/24/2015 | 4143 | Franchise Tax Board | 2014 LLC tax | 6,000.00 |
| 07/24/2015 | 7/24/15 | Home Depot | Job Materials | 32.83 |
| 07/24/2015 | 4145 | Tomas Bautista | Reimburse for Home  Depot Expense | 474.04 |
| 07/24/2015 | 4146 | Tomas Bautista | Subcontractor | 3,150.00 |
| 07/24/2015 | | Uber | Travel | 68.90 |
| 07/27/2015 | pp | Exprsvpnll De Mcc | Office Expenses | 12.95 |
| 07/27/2015 | 7/27/15 | Home Depot | Job Materials | 182.53 |
| 07/27/2015 | | Intuit | Office Expenses | 39.95 |
| 07/27/2015 | 4147 | Plug & Play | Rent | 500.00 |
| 07/27/2015 | | BaseCamp | Miscellaneous | 20.00 |
| 07/28/2015 | | DIA Parking | Travel | 192.00 |
| 07/29/2015 | 4148 | Alameda Electrical Distributors | Phase 4B Expansion | 3,373.56 |
| 07/30/2015 | S3635653 | Alameda Electrical Distributors | Phase 4B Expansion | 21.26 |
| 07/31/2015 | 4163 | A&A Portables | Fench Rental | 268.36 |
| 07/31/2015 | | Amazon | Administrative Expense | 93.49 |
| 07/31/2015 | 4153 | Brian Gleeson | Wages | 990.44 |
| 7/31/2015 | | CA EDD | CA SUIT/ETT | 757.89 |
| 07/31/2015 | 4151 | George Conklin | Wages | 1,077.18 |
| 07/31/2015 | 7/31/15 | Home Depot | Phase 4B Expansion | 388.75 |
| 07/31/2015 | 4150 | Jason L. Brown | Wages | 1,186.55 |
| 07/31/2015 | 4164 | Lonnie J Geib | Subcontractor | 799.00 |
| 07/31/2015 | 4154 | Nicholas Sewak | Wages | 774.60 |
| 07/31/2015 | | Office Max | Office Expenses | 91.84 |
| 07/31/2015 | 4152 | Phillip M. Gilliam | Wages | 852.10 |
| 07/31/2015 | 4167 | Richard Cordova | Subcontractor | 360.00 |
| 07/31/2015 | 4168 | Sean Walsh | Wages | 1,829.00 |
| 07/31/2015 | 4166 | Sean Walsh | Wages | 5,801.82 |
| 07/31/2015 | 4167 | United States Trustee | Q2 Trustee Fee | 4,875.00 |
| 07/31/2015 | SVCCHRG | Fremont Bank | Bank Charges | 5.00 |

$ 219,685.49

# EXHIBIT D - Unpaid Bills

**AQH LLC**
**Exhibit D - Unpaid Bills**

*for the month ended July 31, 2015*

| payee | description | total |
|---|---|---:|
| Daron McDaniel | consultant | $ 4,000.00 |
| Maleko Staffing | *Staffing expense* | 1,746.62 |
| McPharlin Sprinkles & Thomas LLP | *Legal services* | 495.64 |
| Modesto Irrigation District | *Electricity* | 174.22 |
| Philips Lau & Associates, Inc. | *Tax preparation* | 755.75 |
| Riverbank LRA | *Electricity expenses June 2015* | 69,763.93 |
| Riverbank LRA | *Electricity expense, July 2015* | 70,198.00 |
| Sean Walsh | *Reimbursement for travel and supplies* | 441.95 |
| Stanislaus Co. Tax Collector | *Business property tax* | 7,992.35 |
| | | $ 155,568.46 |

# EXHIBIT E - Accounts Receivable

**AQH LLC**
**Exhibit E - Money Owed To You**

*for the month ended July 31, 2015*

Coinbase was holding $11,833.25 which was transferred to the DIP account 8/4/2015.

The Debtor generated 1.00 bitcoins during this period that was not reduced to cash as of July 31, 2015

# EXHIBIT F - Bank Statements and Reconciliaitons

 **FREMONT BANK**

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

33.187478.FB07312015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE SAVINGS





# Enjoy the benefits of an
## Adjustable Rate Mortgage (ARM)

## Low Rates • Flexible Terms

### Call **(800) 359-BANK (2265)** to learn more.

⌂ EQUAL HOUSING LENDER | NMLS #478471

LCON-0415-0615

## BUS SAVINGS ACCOUNT ██████7604

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 90.00 | (0)  $ 0.00 | (1)  $ 5.00 | $ 85.00 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 06/30 | 90.00 |
| SERVICE CHARGE | -5.00 | 07/31 | 85.00 |
| BALANCE THIS STATEMENT | | 07/31 | 85.00 |

### INTEREST

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 90.00 | INTEREST EARNED: | 0.00 |
| AVERAGE AVAILABLE BALANCE: | 90.00 | DAYS IN PERIOD: | 31 |
| INTEREST PAID THIS PERIOD: | 0.00 | ANNUAL PERCENTAGE YIELD EARNED: | 0.00% |

### ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD

| | |
|---|---|
| MAINTENANCE: | 5.00 |

 

# AQH LLC
# Reconciliation Report
### Fremont DIP Savings (7604), Period Ending 07/31/2015
Reconciled on: 08/06/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Anita Moreci

## Summary

| | |
|---|---|
| Statement Beginning Balance | 90.00 |
| Service Charge | -5.00 |
| Checks and Payments cleared | 0.00 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | 85.00 |
| Register Balance as of 07/31/2015 | 85.00 |



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
07/31/2015

**ACCOUNT NUMBER**
█████9838

114.187472.FB07312015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP OPERATING CHECKING



Access the *working capital*
you need to grow your business.

## COMMERCIAL LOANS
and **LINES OF CREDIT**

To learn more call **(800) 359-2265.**

| BUSINESS SMALL CHECKING ACCOUNT █████9838 | | | |
|---|---|---|---|
| **Balance Last Statement** | **Credits** | **Debits** | **Balance This Statement** |
| $ 81,295.50 | (5) $ 206,136.59 | (64) $ 213,723.53 | $ 73,708.56 |
| **Minimum Balance** | | | **Average Balance** |
| $ 16,497.57 | | | $ 84,824.27 |

| Description | Transaction Amount | Date | Balance |
|---|---:|---|---:|
| BALANCE LAST STATEMENT | | 06/30 | 81,295.50 |
| CHECK # 4073 | -2,583.33 | 07/01 | 78,712.17 |
| CHECK # 4082 | -3,887.66 | 07/01 | 74,824.51 |
| CHECK # 4069 | -3,000.00 | 07/02 | 71,824.51 |
| CHECK # 4076 | -815.57 | 07/02 | 71,008.94 |
| CHECK # 4077 | -782.93 | 07/02 | 70,226.01 |
| CHECK # 4078 | -840.57 | 07/02 | 69,385.44 |
| CHECK # 4079 | -631.08 | 07/02 | 68,754.36 |
| CHECK # 4083 | -1,265.00 | 07/02 | 67,489.36 |
| CHECK # 4087 | -1,165.63 | 07/02 | 66,323.73 |
| Valley Oak WEB PMTS LVXDG | -1,347.11 | 07/03 | 64,976.62 |
| CHECK # 4085 | -575.86 | 07/03 | 64,400.76 |
| CARD # 579 - 07/02 CHECK CRD PURCHASE 20980066 IPN/PAYMENTNETWORK 877-559 | -450.00 | 07/06 | 63,950.76 |
| CARD # 2000 - 07/02 CHECK CRD PURCHASE 23000110 GOOGLE *SVCSAPPS_A CC@GOO | -45.33 | 07/06 | 63,905.43 |
| CARD # 2000 - 07/04 CHECK CRD PURCHASE 1 FEDEX 780925743680 MEMPHIS TN MC | -47.00 | 07/06 | 63,858.43 |
| CHECK # 4075 | -1,044.09 | 07/06 | 62,814.34 |
| █████835 Transfer from BUSINESS SMALL CH██████9773 on 7/08/15 at 10:37 | 101,909.32 | 07/08 | 164,723.66 |
| CHECK # 4084 | -20,915.10 | 07/08 | 143,808.56 |
| POS Purchase CA SUNNYVALE AGAPE GRILL SEQ# 036161 2000 | -28.47 | 07/09 | 143,780.09 |
| Payroll Tax 3426477 | -1,906.99 | 07/09 | 141,873.10 |
| CHECK # 4080 | -5,801.82 | 07/09 | 136,071.28 |
| CHECK # 4095 | -2,793.20 | 07/09 | 133,278.08 |
| CHECK # 4096 | -191.00 | 07/09 | 133,087.08 |

***Continued on Next Page***



**Member FDIC** | EQUAL HOUSING LENDER



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
07/31/2015

**ACCOUNT NUMBER**
9838

| BUSINESS SMALL CHECKING ACCOUNT | 9838 | | |
| --- | --- | --- | --- |
| **Description** | **Transaction Amount** | **Date** | **Balance** |
| IRS USATAXPYMT 227559166015378 | -918.00 | 07/10 | 132,169.08 |
| CNA ACH PREM-PYMT 3026785340 | -6,697.56 | 07/10 | 125,471.52 |
| IRS USATAXPYMT 227559166015382 | -7,959.26 | 07/10 | 117,512.26 |
| POS Purchase CA MILPITAS SUSHIMARU - MILPITAS SEQ# 044235 2000 | -45.35 | 07/13 | 117,466.91 |
| CHECK # 4059 | -177.98 | 07/13 | 117,288.93 |
| CHECK # 4093 | -3,050.68 | 07/13 | 114,238.25 |
| Payroll Tax 3426477 | -1,802.34 | 07/14 | 112,435.91 |
| CHECK # 4086 | -1,700.00 | 07/14 | 110,735.91 |
| CHECK # 4088 | -3,200.00 | 07/14 | 107,535.91 |
| CHECK # 4092 | -12,000.00 | 07/14 | 95,535.91 |
| 1170 Transfer from BUSINESS SMALL CH 9773 on 7/15/15 at 13:10 | 42,115.22 | 07/15 | 137,651.13 |
| POS Purchase CA 8882937255 AYERA SEQ# 050522 0579 | -314.00 | 07/15 | 137,337.13 |
| IRS USATAXPYMT 227559666113552 | -8,111.91 | 07/15 | 129,225.22 |
| POS Purchase DE 408-748-1200 ALIEXPRESS SEQ# 092386 0579 | -72.95 | 07/16 | 129,152.27 |
| POS Purchase WA AMZN.COM/BILL AMAZON MKTPLACE PMTS SEQ# 022502 0579 | -350.41 | 07/16 | 128,801.86 |
| POS Purchase WA AMZN.COM/BILL AMAZON MKTPLACE PMTS SEQ# 046987 0579 | -419.30 | 07/16 | 128,382.56 |
| CHECK # 4104 | -2,600.00 | 07/16 | 125,782.56 |
| POS Purchase MO 913-642-4700 FREIGHTQUOTE.COM SEQ# 013345 2000 | -1,500.00 | 07/17 | 124,282.56 |
| POS Purchase OH 419-6833535 CTR SURPLUS SEQ# 013065 2000 | -6,500.00 | 07/17 | 117,782.56 |
| Recur Payment OR 415-355-4134 DROPLR PRO SEQ# 036723 2000 | -4.99 | 07/17 | 117,777.57 |
| CHECK # 4094 | -433.26 | 07/17 | 117,344.31 |
| CHECK # 4100 | -69.00 | 07/17 | 117,275.31 |
| CHECK # 4117 | -1,065.36 | 07/17 | 116,209.95 |
| POS Purchase OH 419-6833535 CTR SURPLUS SEQ# 010112 2000 | -139.69 | 07/20 | 116,070.26 |
| CHECK # 4099 | -16,950.00 | 07/20 | 99,120.26 |
| CHECK # 4105 | -1,700.00 | 07/20 | 97,420.26 |
| CHECK # 4114 | -1,279.28 | 07/20 | 96,140.98 |
| CHECK # 4115 | -1,040.36 | 07/20 | 95,100.62 |
| CHECK # 4116 | -1,068.26 | 07/20 | 94,032.36 |
| CHECK # 4118 | -646.69 | 07/20 | 93,385.67 |
| POS Purchase CA SUNNYVALE PLUG AND PLAY F SE SEQ# 038490 2000 | -28.53 | 07/21 | 93,357.14 |
| CHECK # 4120 | -21.50 | 07/21 | 93,335.64 |
| CHECK # 4091 | -74,254.74 | 07/22 | 19,080.90 |
| CHECK # 4098 | -2,583.33 | 07/23 | 16,497.57 |
| 8421 Transfer from BUSINESS SMALL CH 9773 on 7/24/15 at 11:21 | 47,405.96 | 07/24 | 63,903.53 |
| Recur Payment CA 866-576-1039 UBER TECHNOLOGI NC SEQ# 086085 2000 | -68.90 | 07/24 | 63,834.63 |
| Recur Payment DE 402-935-7733 PAYPAL *EXPRSVP SEQ# 082536 2000 | -12.95 | 07/27 | 63,821.68 |
| Recur Payment IL 312-281-5333 BC.BASECAMP 249 SEQ# 005675 2000 | -20.00 | 07/27 | 63,801.68 |
| Recur Payment CA 800-286-6800 INTUIT *QB ONLI SEQ# 008052 0579 | -39.95 | 07/27 | 63,761.73 |
| CHECK # 4145 | -474.04 | 07/27 | 63,287.69 |
| CHECK # 4146 | -3,150.00 | 07/27 | 60,137.69 |
| POS Purchase CO 303-342-4633 DIA PARKING OPE ON SEQ# 022380 2000 | -192.00 | 07/28 | 59,945.69 |
| Payroll Tax 3426477 | -757.89 | 07/30 | 59,187.80 |
| 3599 Transfer from BUSINESS SMALL CH 9773 on 7/31/15 at 12:58 | 800.00 | 07/31 | 59,987.80 |
| 0887 Transfer from BUSINESS SMALL CH 9773 on 7/31/15 at 12:45 | 13,906.09 | 07/31 | 73,893.89 |
| POS Purchase CO HIGHLANDS RAN OFFICEMAX/OFFIC OT SEQ# 024936 2000 | -91.84 | 07/31 | 73,802.05 |
| POS Purchase WA SEATTLE AMAZON.COM US SEQ# 370505 2000 | -93.49 | 07/31 | 73,708.56 |
| BALANCE THIS STATEMENT | | 07/31 | 73,708.56 |

***Continued on Next Page***




114.187472.FB07312015.00A.011


# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

## YOUR CHECKS SEQUENCED

\* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 07/13 | 4059* | 177.98 | 07/03 | 4085 | 575.86 | 07/17 | 4100* | 69.00 |
| 07/02 | 4069* | 3,000.00 | 07/14 | 4086 | 1,700.00 | 07/16 | 4104 | 2,600.00 |
| 07/01 | 4073* | 2,583.33 | 07/02 | 4087 | 1,165.63 | 07/20 | 4105* | 1,700.00 |
| 07/06 | 4075 | 1,044.09 | 07/14 | 4088* | 3,200.00 | 07/20 | 4114 | 1,279.28 |
| 07/02 | 4076 | 815.57 | 07/22 | 4091 | 74,254.74 | 07/20 | 4115 | 1,040.36 |
| 07/02 | 4077 | 782.93 | 07/14 | 4092 | 12,000.00 | 07/20 | 4116 | 1,068.26 |
| 07/02 | 4078 | 840.57 | 07/13 | 4093 | 3,050.68 | 07/17 | 4117 | 1,065.36 |
| 07/02 | 4079 | 631.08 | 07/17 | 4094 | 433.26 | 07/20 | 4118* | 646.69 |
| 07/09 | 4080* | 5,801.82 | 07/09 | 4095 | 2,793.20 | 07/21 | 4120* | 21.50 |
| 07/01 | 4082 | 3,887.66 | 07/09 | 4096* | 191.00 | 07/27 | 4145 | 474.04 |
| 07/02 | 4083 | 1,265.00 | 07/23 | 4098 | 2,583.33 | 07/27 | 4146 | 3,150.00 |
| 07/08 | 4084 | 20,915.10 | 07/20 | 4099 | 16,950.00 | | | |

114.187472.FB07312015.DDA.D11

 

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

AQH LLC



| 4059 | $177.98 | 07/13/2015 |
|---|---|---|



| 4069 | $3,000.00 | 07/02/2015 |
|---|---|---|



| 4073 | $2,583.33 | 07/01/2015 |
|---|---|---|



| 4075 | $1,044.09 | 07/06/2015 |
|---|---|---|



| 4076 | $815.57 | 07/02/2015 |
|---|---|---|



| 4077 | $782.93 | 07/02/2015 |
|---|---|---|



| 4078 | $840.57 | 07/02/2015 |
|---|---|---|



| 4079 | $631.08 | 07/02/2015 |
|---|---|---|



| 4080 | $5,801.82 | 07/09/2015 |
|---|---|---|



| 4082 | $3,887.66 | 07/01/2015 |
|---|---|---|



| 4083 | $1,265.00 | 07/02/2015 |
|---|---|---|



| 4084 | $20,915.10 | 07/08/2015 |
|---|---|---|

Member
FDIC

EQUAL HOUSING LENDER

114-FB07312015.DDA.D11

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
07/31/2015

**ACCOUNT NUMBER**
9838

AQH LLC



4085

$575.86 07/03/2015



4086

$1,700.00 07/14/2015



4087

$1,165.63 07/02/2015



4088

$3,200.00 07/14/2015



4091

$74,254.74 07/22/2015



4092

$12,000.00 07/14/2015



4093

$3,050.68 07/13/2015



4094

$433.26 07/17/2015



4095

$2,793.20 07/09/2015



4096

$191.00 07/09/2015



4098

$2,583.33 07/23/2015



4099

$16,950.00 07/20/2015


Member **FDIC** LENDER

114.FB0731201S.DDA.D11

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
07/31/2015

**ACCOUNT NUMBER**
9838

AQH LLC



4100 — $69.00 — 07/17/2015



4104 — $2,600.00 — 07/16/2015



4105 — $1,700.00 — 07/20/2015



4114 — $1,279.28 — 07/20/2015



4115 — $1,040.36 — 07/20/2015



4116 — $1,068.26 — 07/20/2015



4117 — $1,065.36 — 07/17/2015



4118 — $646.69 — 07/20/2015



4120 — $21.50 — 07/21/2015



4145 — $474.04 — 07/27/2015



4146 — $3,150.00 — 07/27/2015

114-FB07312015.DDA.D11

 
Member FDIC

# AQH LLC
# Reconciliation Report

**Fremont DIP Oper Check (9838), Period Ending 07/31/2015**
Reconciled on: 08/06/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Anita Moreci

## Summary

| | |
|---|---|
| Statement Beginning Balance | 81,295.50 |
| Checks and Payments cleared | -213,723.53 |
| Deposits and Other Credits cleared | +206,136.59 |
| Statement Ending Balance | 73,708.56 |
| Uncleared transactions as of 07/31/2015 | -39,160.06 |
| Register Balance as of 07/31/2015 | 34,548.50 |
| Uncleared transactions after 07/31/2015 | -100,609.59 |
| Register Balance as of 08/06/2015 | -66,061.09 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 06/18/2015 | Bill Payment | 4069 | Yan Ebyam | -3,000.00 |
| 06/24/2015 | Check | 4073 | Andy Faris | -2,583.33 |
| 06/29/2015 | Bill Payment | 4082 | Leander Basannavar | -3,887.66 |
| 06/29/2015 | Bill Payment | 4083 | PLN Architects | -1,265.00 |
| 06/29/2015 | Bill Payment | 4084 | Riverbank LRA | -20,915.10 |
| 06/29/2015 | Bill Payment | 4085 | Tomas Bautista | -575.86 |
| 06/29/2015 | Bill Payment | 4086 | Yan Ebyam | -1,700.00 |
| 06/29/2015 | Bill Payment | 4087 | Yan Ebyam | -1,165.63 |
| 07/01/2015 | Paycheck | 4078 | Brian Gleeson | -840.57 |
| 07/01/2015 | Paycheck | 4079 | Nicholas Sewak | -631.08 |
| 07/01/2015 | Paycheck | 4080 | Sean Walsh | -5,801.82 |
| 07/01/2015 | Paycheck | 4076 | George Conklin | -815.57 |
| 07/01/2015 | Paycheck | 4075 | Jason L. Brown | -1,044.09 |
| 07/01/2015 | Paycheck | 4077 | Phillip M. Gilliam | -782.93 |
| 07/02/2015 | Check | 4088 | Tue Ngo | -3,200.00 |
| 07/03/2015 | Expense | | Valley Oak Apartments | -1,347.11 |
| 07/06/2015 | Check | | Plug & Play | -450.00 |
| 07/06/2015 | Check | | Federal Express | -47.00 |
| 07/06/2015 | Check | | SvcApps A CC | -45.33 |
| 07/08/2015 | Bill Payment | 4091 | Riverbank LRA | -74,254.74 |
| 07/08/2015 | Bill Payment | 4092 | Daron McDaniel | -12,000.00 |
| 07/08/2015 | Bill Payment | 4093 | Tomas Bautista | -3,050.68 |
| 07/08/2015 | Bill Payment | 4094 | Anthony Steven Brough | -433.26 |
| 07/08/2015 | Bill Payment | 4095 | Ingrid Goesnar | -2,793.20 |
| 07/08/2015 | Bill Payment | 4096 | Sean M Walsh | -191.00 |
| 07/09/2015 | Expense | | Agape Grill | -28.47 |
| 07/10/2015 | Tax Payment | | IRS | -918.00 |
| 07/10/2015 | Tax Payment | | CA EDD | -1,906.99 |
| 07/10/2015 | Tax Payment | | IRS | -7,959.26 |
| 07/10/2015 | Expense | | CNA | -6,697.56 |
| 07/13/2015 | Bill Payment | 4098 | Andy Faris | -2,583.33 |
| 07/13/2015 | Bill Payment | 4099 | Emergent Systems Exchange | -16,950.00 |
| 07/13/2015 | Check | 4100 | Fedex Store | -69.00 |

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/13/2015 | Check | 4059 | USPS | -177.98 |
| 07/13/2015 | Expense | | CA Milpitas Sushimaru | -45.35 |
| 07/15/2015 | Tax Payment | | CA EDD | -1,802.34 |
| 07/15/2015 | Tax Payment | | IRS | -8,111.91 |
| 07/15/2015 | Bill Payment | 4104 | Ingrid Goesnar | -2,600.00 |
| 07/15/2015 | Bill Payment | 4105 | Yan Ebyam | -1,700.00 |
| 07/15/2015 | Paycheck | 4117 | Brian Gleeson | -1,065.36 |
| 07/15/2015 | Paycheck | 4116 | Phillip M. Gilliam | -1,068.26 |
| 07/15/2015 | Paycheck | 4114 | Jason L. Brown | -1,279.28 |
| 07/15/2015 | Paycheck | 4118 | Nicholas Sewak | -646.69 |
| 07/15/2015 | Paycheck | 4115 | George Conklin | -1,040.36 |
| 07/15/2015 | Expense | | | -314.00 |
| 07/16/2015 | Expense | | Aliexpress | -72.95 |
| 07/16/2015 | Expense | | Amazon | -419.30 |
| 07/16/2015 | Expense | | Amazon | -350.41 |
| 07/17/2015 | Expense | 119470 | CTR Surplus | -1,500.00 |
| 07/17/2015 | Expense | | | -4.99 |
| 07/17/2015 | Expense | | CTR Surplus | -6,500.00 |
| 07/20/2015 | Expense | | | -139.69 |
| 07/21/2015 | Expense | | | -28.53 |
| 07/21/2015 | Check | 4120 | Federal Express | -21.50 |
| 07/24/2015 | Bill Payment | 4145 | Tomas Bautista | -474.04 |
| 07/24/2015 | Bill Payment | 4146 | Tomas Bautista | -3,150.00 |
| 07/24/2015 | Expense | | Uber | -68.90 |
| 07/27/2015 | Expense | | Intuit | -39.95 |
| 07/27/2015 | Expense | pp | Exprsvpnll De Mcc | -12.95 |
| 07/27/2015 | Expense | | | -20.00 |
| 07/28/2015 | Expense | | DIA Parking | -192.00 |
| 07/31/2015 | Tax Payment | | CA EDD | -757.89 |
| 07/31/2015 | Expense | | Office Max | -91.84 |
| 07/31/2015 | Expense | | Amazon | -93.49 |

Total                                                                                                                              -213,723.53

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/08/2015 | Deposit | | Wire Transfer | 101,909.32 |
| 07/15/2015 | Deposit | | Wire Transfer | 42,115.22 |
| 07/24/2015 | Deposit | | Wire Transfer | 47,405.96 |
| 07/31/2015 | Expense | 4149 | Void | 0.00 |
| 07/31/2015 | Check | 4155-62 | Void | 0.00 |
| 07/31/2015 | Deposit | | Wire Transfer | 800.00 |
| 07/31/2015 | Deposit | | Wire Transfer | 13,906.09 |

Total                                                                                                                              206,136.59

## Additional Information

Uncleared Checks and Payments as of 07/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/08/2015 | Bill Payment | 4089 | Alhambra Water | -115.60 |
| 07/08/2015 | Bill Payment | 4089 | Modesto Irrigation District | -74.26 |
| 07/08/2015 | Bill Payment | 4097 | Yan Ebyam | -215.58 |
| 07/15/2015 | Bill Payment | 4101 | Gilton Solid Management, Inc. | -99.55 |

Case: 15-50553   Doc# 118   Filed: 08/27/15   Entered: 08/27/15 09:47:06   Page 26 of 34

| Date | Type | Num | Name | Amount |
|------|------|-----|------|--------|
| 07/15/2015 | Bill Payment | 4102 | HCS Engineering, Inc. | -2,800.00 |
| 07/15/2015 | Bill Payment | 4103 | eMaint Enterprises, LLC | -70.00 |
| 07/15/2015 | Bill Payment | 4110 | McPharllin Sprinkles & Thomas LLP | -495.64 |
| 07/15/2015 | Paycheck | | Sean Walsh | -5,801.82 |
| 07/24/2015 | Bill Payment | 4143 | Franchise Tax Board | -6,000.00 |
| 07/24/2015 | Bill Payment | 4144 | Franchise Tax Board | -800.00 |
| 07/27/2015 | Check | 4147 | Plug & Play | -500.00 |
| 07/29/2015 | Bill Payment | 4148 | Alameda Electrical Distributors | -3,373.56 |
| 07/31/2015 | Bill Payment | 4163 | A&A Portables | -268.36 |
| 07/31/2015 | Bill Payment | 4164 | Lonnie J Geib | -799.00 |
| 07/31/2015 | Paycheck | 4153 | Brian Gleeson | -990.44 |
| 07/31/2015 | Paycheck | 4151 | George Conklin | -1,077.18 |
| 07/31/2015 | Paycheck | 4154 | Nicholas Sewak | -774.60 |
| 07/31/2015 | Paycheck | 4150 | Jason L. Brown | -1,186.55 |
| 07/31/2015 | Paycheck | 4152 | Phillip M. Gilliam | -852.10 |
| 07/31/2015 | Paycheck | 4166 | Sean Walsh | -5,801.82 |
| 07/31/2015 | Bill Payment | 4167 | United States Trustee | -4,875.00 |
| 07/31/2015 | Paycheck | 4168 | Sean Walsh | -1,829.00 |
| 07/31/2015 | Bill Payment | 4167 | Richard Cordova | -360.00 |

Total

-39,160.06

Uncleared Checks and Payments after 07/31/2015

| Date | Type | Num | Name | Amount |
|------|------|-----|------|--------|
| 08/01/2015 | Expense | Aug 2015 | Valley Oak Apartments | -1,372.11 |
| 08/01/2015 | Check | 4122 | Plug & Play | -450.00 |
| 08/01/2015 | Bill Payment | 4165 | Yan Ebyam | -2,500.00 |
| 08/01/2015 | Check | 4170 | Riverbank LRA | -20,915.31 |
| 08/03/2015 | Expense | | Verizon | -109.58 |
| 08/03/2015 | Expense | | Intuit | -48.00 |
| 08/03/2015 | Expense | | RingCentral | -23.34 |
| 08/03/2015 | Expense | | Google | -53.87 |
| 08/04/2015 | Expense | 5003 | Delaware Division of Corporations | -200.00 |
| 08/06/2015 | Bill Payment | 4177 | Tomas Bautista | -2,940.00 |
| 08/06/2015 | Bill Payment | 4172 | Employment Development Dept. | -290.80 |
| 08/06/2015 | Bill Payment | 4174 | Philips Lau & Associates, Inc | -755.75 |
| 08/06/2015 | Bill Payment | 4175 | Riverbank LRA | -69,763.93 |
| 08/06/2015 | Bill Payment | 4173 | Modesto Irrigation District | -174.22 |
| 08/06/2015 | Bill Payment | 4171 | Ayera Technologies, Inc. | -628.00 |
| 08/06/2015 | Bill Payment | 4176 | Sean M Walsh | -193.85 |
| 08/06/2015 | Bill Payment | 4178 | Tomas Bautista | -410.01 |

Total

-100,828.77

Uncleared Deposits and Other Credits after 07/31/2015

| Date | Type | Num | Name | Amount |
|------|------|-----|------|--------|
| 08/03/2015 | Deposit | | ELANCE ESCROW | 219.18 |
| 08/06/2015 | Check | 4171-78 | Void | 0.00 |

Total

219.18



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com



113.187472.FB07312015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE CHECKING



Access the *working capital*
you need to grow your business.

## COMMERCIAL LOANS
and **LINES OF CREDIT**

To learn more call **(800) 359-2265.**

| BUSINESS SMALL CHECKING ACCOUNT █9773 | | | |
|---|---|---|---|
| **Balance Last Statement** | **Credits** | **Debits** | **Balance This Statement** |
| $ 52,211.89 | (18) $ 209,979.55 | (7) $ 206,690.59 | $ 55,500.85 |
| **Minimum Balance** | | | **Average Balance** |
| $ 637.36 | | | $ 38,021.54 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 06/30 | 52,211.89 |
| COINBASE.COM/BTC 8003435845 9XB4XABK | 11,835.85 | 07/01 | 64,047.74 |
| COINBASE.COM/BTC 8003435845 B2UB6C0V | 19,473.72 | 07/06 | 83,521.46 |
| COINBASE.COM/BTC 8003435845 1KLTVYFK | 21,882.88 | 07/07 | 105,404.34 |
| █835 Transfer to CHECKING █9838 on 7/08/15 at 10:37 | -101,909.32 | 07/08 | 3,495.02 |
| COINBASE.COM/BTC 8003435845 OBK0Z7QA | 14,747.24 | 07/09 | 18,242.26 |
| COINBASE.COM/BTC 8003435845 I2DGKA1V | 14,452.26 | 07/14 | 32,694.52 |
| COINBASE.COM/BTC 8003435845 Y40O575D | 10,597.06 | 07/15 | 43,291.58 |
| █1170 Transfer to CHECKING █9838 on 7/15/15 at 13:10 | -42,115.22 | 07/15 | 1,176.36 |
| CHECK # 5001 | -539.00 | 07/15 | 637.36 |
| Wire In_16264161_SEAN M WALSH_0072066197285575 | 16,779.13 | 07/16 | 17,416.49 |
| Incoming Wire Fee 16264161 | -15.00 | 07/16 | 17,401.49 |
| COINBASE.COM/BTC 8003435845 Y8B09QJN | 6,064.64 | 07/17 | 23,466.13 |
| COINBASE.COM/BTC 8003435845 R6S2ZZBI | 6,086.86 | 07/20 | 29,552.99 |
| COINBASE.COM/BTC 8003435845 L6JHLD2G | 6,616.21 | 07/21 | 36,169.20 |
| COINBASE.COM/BTC 8003435845 NHRFH8U7 | 8,294.32 | 07/21 | 44,463.52 |
| COINBASE.COM/BTC 8003435845 QL85Y1FW | 16,789.02 | 07/24 | 61,252.54 |
| █8421 Transfer to CHECKING █9838 on 7/24/15 at 11:21 | -47,405.96 | 07/24 | 13,846.58 |
| COINBASE.COM/BTC 8003435845 KV7SVPAU | 11,553.54 | 07/27 | 25,400.12 |
| COINBASE.COM/BTC 8003435845 EX9JZ0RB | 6,017.04 | 07/28 | 31,417.16 |
| COINBASE.COM/BTC 8003435845 L67JWYYP | 8,594.88 | 07/28 | 40,012.04 |
| COINBASE.COM/BTC 8003435845 G6XKVMGA | 11,901.80 | 07/28 | 51,913.84 |
| COINBASE.COM/BTC 8003435845 FNVA2JKB | 12,539.42 | 07/30 | 64,453.26 |

***Continued on Next Page***

 



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 2 of 3

**STATEMENT DATE**
07/31/2015

**ACCOUNT NUMBER**
█9773

---

## BUSINESS SMALL CHECKING ACCOUNT █9773

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| COINBASE.COM/BTC 8003435845 XZGIKYUB | 5,753.68 | 07/31 | 70,206.94 |
| █8599 Transfer to CHECKING █9838 on 7/31/15 at 12:58 | -800.00 | 07/31 | 69,406.94 |
| █0887 Transfer to CHECKING █9838 on 7/31/15 at 12:45 | -13,906.09 | 07/31 | 55,500.85 |
| BALANCE THIS STATEMENT | | 07/31 | 55,500.85 |

---

### YOUR CHECKS SEQUENCED

\* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/15 | 5001 | 539.00 | | | | | | |

113.187472.F80731201S.0DA.D11

 

Case: 15-50553   Doc# 118   Filed: 08/27/15   Entered: 08/27/15 09:47:06   Page 29 of 34



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 3 of 3

STATEMENT DATE
07/31/2015

ACCOUNT NUMBER
█████9773

AQH LLC





| 5001 | $539.00 | 07/15/2015 |

113.FB07312015.D0A.D11

Member
FDIC



Case: 15-50553   Doc# 118   Filed: 08/27/15   Entered: 08/27/15 09:47:06   Page 30 of 34

# AQH LLC
# Reconciliation Report
### Fremont DIP Core Check (9773), Period Ending 07/31/2015
Reconciled on: 08/06/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Anita Moreci

## Summary

| | |
|---|---:|
| Statement Beginning Balance | 52,211.89 |
| Checks and Payments cleared | -206,690.59 |
| Deposits and Other Credits cleared | +209,979.55 |
| Statement Ending Balance | 55,500.85 |
| Register Balance as of 07/31/2015 | 55,500.85 |
| Uncleared transactions after 07/31/2015 | 23,076.48 |
| Register Balance as of 08/06/2015 | 78,577.33 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 07/08/2015 | Deposit | | Wire Transfer | -101,909.32 |
| 07/15/2015 | Deposit | | Wire Transfer | -42,115.22 |
| 07/15/2015 | Check | 5001 | | -539.00 |
| 07/16/2015 | Expense | | | -15.00 |
| 07/24/2015 | Deposit | | Wire Transfer | -47,405.96 |
| 07/31/2015 | Deposit | | Wire Transfer | -800.00 |
| 07/31/2015 | Deposit | | Wire Transfer | -13,906.09 |

Total                                                                                           -206,690.59

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 07/01/2015 | Deposit | | Coinbase | 11,835.85 |
| 07/06/2015 | Deposit | | Coinbase | 19,473.72 |
| 07/07/2015 | Deposit | | Coinbase | 21,882.88 |
| 07/09/2015 | Deposit | | Coinbase | 14,747.24 |
| 07/14/2015 | Deposit | | Coinbase | 14,452.26 |
| 07/15/2015 | Deposit | | Coinbase | 10,597.06 |
| 07/16/2015 | Deposit | | | 16,779.13 |
| 07/17/2015 | Deposit | | Coinbase | 6,064.64 |
| 07/20/2015 | Deposit | | Coinbase | 6,086.86 |
| 07/21/2015 | Deposit | | Coinbase | 6,616.21 |
| 07/21/2015 | Deposit | | Coinbase | 8,294.32 |
| 07/24/2015 | Deposit | | Coinbase | 16,789.02 |
| 07/27/2015 | Deposit | | Coinbase | 11,553.54 |
| 07/28/2015 | Deposit | | Coinbase | 11,901.80 |
| 07/28/2015 | Deposit | | Coinbase | 8,594.88 |
| 07/28/2015 | Deposit | | Coinbase | 6,017.04 |
| 07/30/2015 | Deposit | | Coinbase | 12,539.42 |
| 07/31/2015 | Deposit | | Coinbase | 5,753.68 |

Total                                                                                            209,979.55

## Additional Information

Uncleared Deposits and Other Credits after 07/31/2015

| Date | Type | Num | Name | Amount |
|------|------|-----|------|--------|
| 08/04/2015 | Deposit | | Coinbase | 11,833.25 |
| 08/04/2015 | Deposit | | Coinbase | 11,243.23 |
| Total | | | | 23,076.48 |

Case: 15-50553   Doc# 118   Filed: 08/27/15   Entered: 08/27/15 09:47:06   Page 32 of 34

# EXHIBIT G - Additional Information

# AQH LLC
## Additional information

*for the month ended July 31, 2015*

**Accrual based projections:**

| | | |
|---|---|---:|
| July 2015 income per exhibit B | $ | 211,939.44 |
| Receivable, 6-30-15 included in exhibit B | | (11,835.85) |
| Receivable, 7-31-15 per exhibit E | | 11,833.25 |
| | | 211,936.84 |
| | | |
| July 2015 expenses per 6-30-15 exhibit C, cash operations | | 219,685.49 |
| Costs included on exhibit C due to expansion (not operations) | | (14,583.57) |
| Taxes due per exhibit A | | 17,976.00 |
| Unpaid expenses, 6-30-15 included in exhibit C | | (145,765.29) |
| Unpaid expense, 7-31-15 per exhibit D | | 155,568.46 |
| | | 232,881.09 |
| | | |
| Actual profit (loss), accrual basis, 7/1-7/31/15 | $ | (20,944.25) |
| | | |
| Disbursements during period for expansion | $ | 14,583.57 |