MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-SLJ-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | FIRST INTERIM APPLICATION FOR COMPENSATION OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION |
| | Date: October 7, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 3099<br>280 South First Street<br>San Jose, California |
| | Hon. Stephen L. Johnson |

COMES NOW AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein, which submits its first interim application for compensation of its special counsel state-court counsel, KELLY LITIGATION GROUP, INC. (the "Applicant"), for the period of March 10, 2015, through June 5, 2015, in the amount of $5,005.00 for fees and $6.00 for reimbursable expenses, for final compensation of $5,011.00, and respectfully represents:

1. The within case was commenced by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of its estate.

2. Employment: Employment of Applicant was approved by ordered entered on

1

April 29, 2015. A copy of the order is attached as Exhibit "A."

3. <u>Prior Compensation</u>: There have been no prior awards for compensation or fee applications for Applicant.

4. <u>Requested Compensation</u>: Applicant has provided post-petition services in the total amount of $5,005.00 related to the Debtor's first day motion regarding utilities and the opposition of the Riverbank Local Redevelopment Authority (the "<u>Riverbank LRA</u>"), the Debtor's landlord, and follow-up negotiations with the Riverbank LRA regarding other issues related to the Debtor's leased space. A true and correct copy of Applicant's invoice is attached as Exhibit "B" to the Mengarelli Decl., filed herewith.

5. <u>Reimbursement of Expenses</u>: Applicant reimbursement of expenses in the total amount of $6.00 for parking at a hearing before the Bankruptcy Court.

6. <u>2016(b) Statement</u>: Applicant has not agreed to share any compensation with any other person. Applicant has neither received nor been promised other compensation for her services as special counsel to the Debtor.

7. <u>Status of the Estate</u>: The <u>Debtor</u> continues to operate post-petition and as of July 31, 2015, held $90,758.76, use of which is subject to a cash collateral stipulation. The Debtor will seek approval of the parties with an interest in cash collateral and file a stipulation with respect to said use in advance of the decision of this motion.

8. <u>Hourly Rates</u>: Debtor was charged hourly rates in accordance with the approved agreement with Debtor. Michael Mengarelli managed this engagement for the Applicant, performed all billable work related to the engagement, and charged hourly rates of $350.

## CHAPTER 11 FEE APPLICATION

Pursuant to Bankruptcy Code § 330, Applicant requests that this court allow the sum of $5,005.00 as compensation for services and $6.00 as reimbursement of expenses.

## SUMMARY OF SERVICES RENDERED BY APPLICANT

The services rendered by Applicant are set forth in detail in Exhibit "B" attached to the Mengarelli Decl., filed herewith, and they are summarized as follows:

///

## 1. BANKRUPTCY CASE LITIGATION SUPPORT.

Applicant assisted Debtor in gaining necessary approvals from its landlord, the Riverbank LRA, to complete a build-out of additional leased space pursuant to an addendum to its current lease. Applicant participated in meetings between the Debtor, the Riverbank LRA, and various third-party vendors involved in the build-out to resolve open items on the Debtor's pending application to have the utilities for its expanded space connected. Applicant provided legal research and advice on authority of Riverbank LRA to require certain conditions as prerequisites to granting approval of the requested improvements. Applicant also negotiated approval timelines with counsel for the Riverbank LRA, engaged with the Debtor's bankruptcy counsel to review strategy to obtain order to enjoin the Riverbank LRA to provide electricity to the expanded space, as guaranteed under the Debtor's lease, and attended March 17, 2015, status conference to continue negotiations with the Riverbank LRA's attorney. Applicant also negotiated with the Riverbank LRA regarding additional issues regarding the Debtor's lease, including access to water in the leased space and the total allocation of electricity for the Debtor's operations.

In connection with this category, Applicant earned $5,005.00 in attorneys' fees, as follows:

| TIMEKEEPER | INITIALS | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Michael Mengarelli | MM | 14.30 | $350 | $5,005.00 |
| SUBTOTAL | | 14.30 | | $5,005.00 |

### TIME EXPENDED BY TASK

Applicant has prepared the following breakdown of its services to show the time spent by each professional on each of the following tasks:

| SERVICES | MM | TOTAL |
|---|---|---|
| 1. Bankruptcy Case Litigation Support | 14.30 | 14.30 |
| TOTALS | 14.30 | 14.30 |

3

## BREAKDOWN OF TIME SPENT BY PROFESSIONAL

Applicant has prepared the following breakdown of its services to show the time spent by each professional and the corresponding attorney's fees:

| TIMEKEEPER | INITIALS | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Michael Mengarelli | MM | 14.30 | $375 | $5,005.00 |
| TOTAL | | 14.30 | | $5,005.00 |

## BREAKDOWN OF EXPENSES INCURRED

From March 10, 2014, through June 5, 2015, Applicant incurred expenses totaling $6.00 for parking at a hearing before the Bankruptcy Court.

## ESTABLISHMENT OF FEES

A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee. *In re Manoa Finance Company*, 853 F.2d 687, 689 (9th Cir. 1988). Establishing a reasonable hourly rate requires consideration of market rates in the relevant community which are, in turn, at least partly a function of the type of services rendered and the lawyer's experience, skill, and reputation. Applicant's services in this matter were performed Michael Mengarelli. These services were necessary for the administration of the estate because connection of electricity to the expanded space in the Debtor's datacenter was vital for its short-term viability and its reorganization. Through Applicant's efforts, the Debtor was able to resolve outstanding issues preventing connection of electricity, ultimately resulting in connection of the electricity and the Debtor's activation of additional servers.

Applicant was admitted to the California Bar in 2001. He has been a partner with Kelly Litigation Group since 2011, where he practices business litigation. Applicant represent contractors, homeowners, landlords and small business owners in cases throughout the Bay Area involving construction defect, commercial leases, non-payment, breach of contract, and partition of real property. Applicant also have experience in claim objections in Bankruptcy. Prior to joining Kelly Litigation Group, Applicant practiced criminal law, first as a staff attorney on the California Supreme Court's criminal central staff, then as an associate in a criminal defense firm in Santa Clara

County. From 2005 until 2010, Applicant was the owner and President of Russell Hinton Co., a union painting and drywall company in San Francisco.

CONCLUSION AND PRAYER

WHEREFORE, Applicant prays for an order:

1. Approving and allowing compensation to Michael Mengarelli, special litigation counsel to the Debtor, in the amount of $5,005.00 for fees and $6.00 for reimbursable expenses, for final compensation of $5,011.00, to be paid from unencumbered assets of the Estate or from cash collateral with the consent of the parties holding an interest in the cash collateral;

2. Authorizing the Debtor in Possession to pay said compensation promptly upon entry of the order; and

3. For such other and further relief as is proper in the premise.

DATED: September 4, 2015                    MACDONALD | FERNANDEZ LLP

By: /s/ Matthew J. Olson
    Matthew J. Olson
    Attorneys for Debtor in Possession,
    AQH, LLC

/ / /

/ / /

CERTIFICATION

I, Michael Mengarelli, have read the foregoing Application. To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines for Professionals, except as specifically noted above. The compensation and expense reimbursement requested are billed at rates, and in accordance with practices, no less favorable than those customarily employed by Applicant and generally accepted by Applicant's clients.

/s/ Michael Mengarelli
MICHAEL MENGARELLI

# EXHIBIT A

Case: 15-50553    Doc# 119    Filed: 09/04/15    Entered: 09/04/15 15:43:48    Page 6 of 9

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

*IT IS SO ORDERED.*
**Signed April 29, 2015**

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

AMENDED[1] ORDER APPROVING MOTION TO APPROVE (1) APPOINTMENT OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION AND (2) PAYMENT OF POST-PETITION RETAINER

      The Court, having reviewed the Application of AQH, LLC, Debtor-in-Possession herein, praying for appointment of Kelly Litigation Group, Inc. as Special Litigation Counsel, and the Declaration of Michael Mengarelli in support of that Application, and good cause appearing;

      IT IS HEREBY ORDERED that

      1.    The Debtor is hereby authorized to employ Kelly Litigation Group, Inc. as its Special Litigation Counsel in this case effective March 18, 2015; and

      2.    The Debtor is authorized to pay Kelly Litigation Group, Inc. a post-petition retainer of $2,500 pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a) from cash collateral

---

[1] The Order Approving Motion to Approve (1) Appointment of Kelly Litigation Group, Inc. as Special Litigation Counsel for Debtor-in-Possession and (2) Payment of Post-Petition Retainer (Docket No. 74) entered on 4/16/2015 did not include the effective date of employment.

1

or the other unencumbered assets of the estate.

**CERTIFICATE OF SERVICE DOCKET NO. <u>57</u>**

\*\*END OF ORDER\*\*

2

Case: 15-50553   Doc# 149   Filed: 09/04/15   Entered: 09/04/15 15:43:18   Page 8 of 9
Case: 15-50553   Doc# 87    Filed: 04/29/15   Entered: 04/29/15 10:55:16   Page 2 of 3

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a). |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3