MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>           Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>DECLARATION OF MICHAEL MENGARELLI IN SUPPORT OF FIRST INTERIM APPLICATION FOR COMPENSATION OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION<br><br>Date:  October 7, 2015<br>Time:  1:30 p.m.<br>Place:  Courtroom 3099<br>          280 South First Street<br>          San Jose, California<br><br>          Hon. Stephen L. Johnson |

I, Michael Mengarelli, declare:

1. I am over the age of 18. I have personal knowledge of the facts set below. Each of the statements herein is true to my own personal knowledge. If called on as a witness, I could and would competently testify hereto.

2. I am member of the State Bar of California in good standing and am admitted to practice before this Court. I am an attorney at Kelly Litigation Group, Inc. (the "Applicant").

3. My firm was retained by AQH, LLC, Debtor in Possession herein, to assist Debtor in

gaining necessary approvals from its landlord, the Riverbank LRA, to complete a build-out of additional leased space pursuant to an addendum to its current lease. Applicant participated in meetings between the Debtor, the Riverbank LRA, and various third-party vendors involved in the build-out to resolve open items on the Debtor's pending application to have the utilities for its expanded space connected. Applicant provided legal research and advice on authority of Riverbank LRA to require certain conditions as prerequisites to granting approval of the requested improvements. Applicant also negotiated approval timelines with counsel for the Riverbank LRA, engaged with the Debtor's bankruptcy counsel to review strategy to obtain order to enjoin the Riverbank LRA to provide electricity to the expanded space, as guaranteed under the Debtor's lease, and attended March 17, 2015, status conference to continue negotiations with the Riverbank LRA's attorney. Applicant also negotiated with the Riverbank LRA regarding additional issues regarding the Debtor's lease, including access to water in the leased space and the total allocation of electricity for the Debtor's operations.

4. I completed the aforesaid work along with others in my office who acted under my supervision.

5. Detailed contemporaneous time records are kept in my office's ordinary course of business, into which entries are made at or about the time legal services are rendered or costs are incurred. From my review of such books and records, I have personal knowledge of the factual statements contained in the Application filed and served concurrently herewith and attest that they are true and correct. A true and correct copy of the invoice for this engagement, which itemize the services and costs incurred on behalf of the estate, is attached hereto as Exhibit "B" and incorporated by reference.

6. I was admitted to the California Bar in 2001. I have been a partner with Kelly Litigation Group since 2011, where I practice business litigation. I represent contractors, homeowners, landlords and small business owners in cases throughout the Bay Area involving construction defect, commercial leases, non-payment, breach of contract, and partition of real property. I also have experience in claim objections in bankruptcy. Prior to joining Kelly Litigation Group, I practiced criminal law, first as a staff attorney on the California Supreme Court's criminal

central staff, then as an associate in a criminal defense firm in Santa Clara County. From 2005 until 2010, I was the owner and President of Russell Hinton Co., a union painting and drywall company in San Francisco.

7. Debtor was charged hourly rates in accordance with the approved agreement with Debtor. I charged hourly rates of $350.

8. The compensation and expense reimbursement requested are billed at rate in accordance with practices no less favorable than those customarily employed by my firm and generally accepted by my clients. I have reviewed the U.S. Trustee's Fee Guidelines and believe my firm's billing statements are in compliance with the guidelines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of August, 2015, at Redwood City, California.

                                /s/ Michael Mengarelli
                                MICHAEL MENGARELLI

# EXHIBIT B



# e-Invoice

**Helping the environment!**

| Bill To |
|---|
| AQH LLC<br>Attn: Anthony<br>anthony@aquiferllc.com |

| Date | Invoice # |
|---|---|
| 3/19/2015 | 1825 |

| Terms | Matter No. |
|---|---|
|  |  |

| Item | Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| MM-350-Telephone | 3/10/2015 | T/c with Walsh re: help with construction portion of bankruptcy case re: 3rd phase buildout | 0.7 | 350.00 | 245.00 |
| MM-350-Correspondence | 3/10/2015 | e-mail from Fernandez re: introduction and schedule conf call | 0.1 | 350.00 | 35.00 |
| MM-350-Pleadings | 3/11/2015 | Review pleadings and declarations for hearing on protective order | 0.6 | 350.00 | 210.00 |
| MM-350-Telephone | 3/11/2015 | T/c with Fernandez re: background of bankruptcy case | 0.2 | 350.00 | 70.00 |
| MM-350-Legal Research | 3/11/2015 | Research federal enclave doctrine; review lease provisions for TI restrictions | 0.9 | 350.00 | 315.00 |
| MM-350-Telephone | 3/11/2015 | T/c with Fernandez and Schwikert & Goldstein re: proposed order to enjoin | 0.5 | 350.00 | 175.00 |
| MM-350-Telephone | 3/11/2015 | T/c with Fernandez re: next steps before 3/17 status conf | 0.2 | 350.00 | 70.00 |
| MM-350-Telephone | 3/11/2015 | T/c with Walsh and Brough re: AQH submittals for plan review | 0.7 | 350.00 | 245.00 |
| MM-350-Correspondence | 3/11/2015 | e-mail to Schwikert re: Olson exhibit | 0.1 | 350.00 | 35.00 |
| MM-350-Correspondence | 3/11/2015 | e-mail w/Fernandez re: 3/17 hearing | 0.1 | 350.00 | 35.00 |
| MM-350-Pleadings | 3/11/2015 | Review Declaration of Debbie Olson & attached exhibits | 0.3 | 350.00 | 105.00 |
| MM-350-Telephone | 3/16/2015 | T/c with Walsh, Brough, & Smith re: review of Interest 3/12 comments | 0.7 | 350.00 | 245.00 |
| MM-350-Telephone | 3/16/2015 | conf call w/Schweikert, Songer, Crew, & Walsh re: Interwest's 3/12 comments and open items | 1.2 | 350.00 | 420.00 |
| MM-350-Telephone | 3/16/2015 | T/c with Walsh & Brough re: follow up to conf call action plans | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

KLG Tax ID 03-0571365
CREDIT CARDS ACCEPTED



**e-Invoice**

**Helping the environment!**

3 Lagoon Drive, Suite 225
Redwood City, CA 94065
Telephone: 650.591.2282
Fax: 650.591.2292

www.kellylitigationgroup.com

| Bill To |
|---|
| AQH LLC<br>Attn: Anthony<br>anthony@aquiferllc.com |

| Date | Invoice # |
|---|---|
| 3/19/2015 | 1825 |

| Terms | Matter No. |
|---|---|
| | |

| Item | Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| MM-350-Correspondence | 3/17/2015 | e-mail from Schweikert re: Interwest's progress on third review of submission | 0.1 | 350.00 | 35.00 |
| MM-350-Court Appear | 3/17/2015 | Drive to and attend meeting w/Schweigert, Crew, Songer, Walsh and Brough re: Interwest's third round of comments on AQH submittals; attend status conference | 2 | 350.00 | 700.00 |

| | |
|---|---|
| **Total** | $3,010.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,010.00 |

A 1.5% finance charge will be applied to invoices 30 days past due.

KLG Tax ID 03-0571365
CREDIT CARDS ACCEPTED



# e-Invoice

**Helping the environment!**

| Bill To |
|---|
| AQH LLC<br>Attn: Anthony<br>anthony@aquiferllc.com |

| Date | Invoice # |
|---|---|
| 8/28/2015 | 1907 |

| Terms | Matter No. |
|---|---|
| | |

| Item | Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| MM-350-Telephone | 3/24/2015 | T/c from Brough re: APS moving test/connection date | 0.1 | 350.00 | 35.00 |
| MM-350-Correspondence | 3/24/2015 | Review e-mail from Schweikert re: reasons for APS moving test/connection date | 0.1 | 350.00 | 35.00 |
| MM-350-Telephone | 3/24/2015 | T/c with Olson re: APS test | 0.1 | 350.00 | 35.00 |
| MM-350-Telephone | 3/26/2015 | T/c with Olson re; status conference | 0.1 | 350.00 | 35.00 |
| MM-350-Telephone | 3/27/2015 | Conf call w/Schweighert, Songer, Elkins, et al re: status of high-voltage testing and open items on Interwest final report | 0.5 | 350.00 | 175.00 |
| MM-350-Telephone | 4/16/2015 | T/c with Olsen and Schweigert re: access to water for new space | 0.5 | 350.00 | 175.00 |
| MM-350-Correspondence | 4/16/2015 | E-mails with Walsh re: evaporative cooling system | 0.1 | 350.00 | 35.00 |
| MM-350-Correspondence | 4/16/2015 | E-mails with Walsh and Schweigert re: ECS in Bldg 3 | 0.1 | 350.00 | 35.00 |
| MM-350-Correspondence | 4/21/2015 | E-mail from Walsh re: unemployment claim by independent contractor; review Ind Contr Agr, releases and EDD claim; e-mail Walsh re: same | 0.6 | 350.00 | 210.00 |
| MM-350-Correspondence | 4/24/2015 | E-mails from Walsh re: water supply for ECS; e-mail w/Olsen re: same | 0.1 | 350.00 | 35.00 |
| MM-350-Telephone | 4/24/2015 | T/c with Walsh re: water supply to ECS; t/c w/ Olsen re: same | 0.4 | 350.00 | 140.00 |
| MM-350-Correspondence | 4/24/2015 | Draft e-mail to Schweigert re: RLRA duty to provide water to Bldg 5 | 0.2 | 350.00 | 70.00 |
| MM-350-Correspondence | 4/24/2015 | Review e-mail from Schweigert re: response | 0.1 | 350.00 | 35.00 |
| MM-350-Correspondence | 4/28/2015 | E-mails w/Schweigert re: plan to hook up to water supply for ECS | 0.1 | 350.00 | 35.00 |

**Total**

**Payments/Credits**

**Balance Due**

KLG Tax ID 03-0571365
CREDIT CARDS ACCEPTED

Case: 15-50553   Doc# 119-1   Filed: 09/04/15   Entered: 09/04/15 15:43:48   Page 7



**3 Lagoon Drive, Suite 225**
**Redwood City, CA 94065**
**Telephone: 650.591.2282**
**Fax: 650.591.2292**

www.kellylitigationgroup.com

# e-Invoice

**Helping the environment!**

| Bill To |
|---|
| AQH LLC<br>Attn: Anthony<br>anthony@aquiferllc.com |

| Date | Invoice # |
|---|---|
| 8/28/2015 | 1907 |

| Terms | Matter No. |
|---|---|
|  |  |

| Item | Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| MM-350-Telephone | 4/28/2015 | Tele conf w/Olsen and Walsh re: RLRA's response to plan to provide water hook up for ECS | 0.3 | 350.00 | 105.00 |
| MM-350-Telephone | 5/18/2015 | t/c with Walsh re: LRA commitment to supply power & option to lease Bldg 1 | 0.5 | 350.00 | 175.00 |
| MM-350-Correspondence | 5/19/2015 | Review e-mail chain on lease negotiations; draft ltr to Schiewkert re: clarification of power commitment for expansion and option on Bldg 1 | 0.7 | 350.00 | 245.00 |
| MM-350-Correspondence | 5/20/2015 | Review Walsh edits to Scheiwkert ltr; revise and send | 0.3 | 350.00 | 105.00 |
| MM-350-Correspondence | 5/26/2015 | Review letter from Schweikert re: response to ltr re: electricity commitment | 0.1 | 350.00 | 35.00 |
| MM-350-Telephone | 5/26/2015 | t/c with Walsh re: power commitment from RLRA | 0.2 | 350.00 | 70.00 |
| MM-350-Telephone | 5/28/2015 | t/c with Schweikert re: electricity supply and commitments from RLRA | 0.2 | 350.00 | 70.00 |
| MM-350-Correspondence | 5/28/2015 | E-mail to Walsh and Brough re: summary of t/c with Schweikert | 0.1 | 350.00 | 35.00 |
| MM-350-Telephone | 6/5/2015 | t/c with Sean re: power | 0.2 | 350.00 | 70.00 |
|  | 3/20/2015 | Parking for BK hearing |  | 6.00 | 6.00 |

| | |
|---|---|
| **Total** | $2,001.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,001.00 |

A 1.5% finance charge will be applied to invoices 30 days past due.

KLG Tax ID 03-0571365
CREDIT CARDS ACCEPTED