MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR COMPENSATION OF KELLY LITIGATION GROUP, INC. AS SPECIAL LITIGATION COUNSEL FOR DEBTOR-IN-POSSESSION

Date: October 7, 2015
Time: 1:30 p.m.
Place: Courtroom 3099
       280 South First Street
       San Jose, California

Hon. Stephen L. Johnson

NOTICE IS HEREBY GIVEN that on October 7, 2015, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen L. Johnson, United States Bankruptcy Judge at 280 South First Street, Courtroom 3099, San Jose, California, a hearing will be held on the First Interim Application for Compensation of Kelly Litigation Group, Inc. as special counsel for the Debtor in Possession, pursuant to which KELLY LITIGATION GROUP, INC. (the "Applicant"), requests approval of compensation in the amount of $5,005.00 for fees and $6.00 for reimbursable expenses, for final compensation of $5,011.00, for the period of March 10, 2015, through June 5, 2015.

NOTICE IS FURTHER GIVEN that any opposition to said Application must be filed with the Court and served upon the undersigned at least seven (7) days prior to the hearing. Copies of said Application may be obtained by contacting the undersigned, from the Clerk of the Court, or from the Court's ECF system at https://ecf.canb.uscourts.gov.

DATED: September 4, 2015

MACDONALD | FERNANDEZ LLP

By: /s/ Matthew J. Olson
    Matthew J. Olson
    Attorneys for Debtor in Possession,
    AQH, LLC