MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-SLJ-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF *EX PARTE* MOTION TO FILE REDACTED DOCUMENTS RE DEBTOR'S MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT AND DOCUMENTS FILED IN SUPPORT THEREOF |

I, Matthew J. Olson, declare:

1. I am an associate attorney with Macdonald Fernandez LLP, counsel of record for AQH, LLC ("AQH"), the Debtor in Possession. The following facts are true and correct of my own personal knowledge. If called upon as a witness, I would and could competently testify as follows.

2. In the Financing Motion and supporting documents, references are made to confidential commercial information, including the pricing information for the products purchased by AQH. Both AQH and Avalon consider such information to be confidential commercial information because its release would reveal to the market the special pricing negotiated by the parties. In negotiating the agreement between the parties it was understood that the pricing offered by Avalon was at a special and would not be shared with the public.

3. If such information became known by the general public, it may have a negative impact

1

on Avalon's business interests, including its retail pricing scheme and its relationships with other purchasers. Additionally, disclosure of the pricing information will provide an unfair advantage to Avalon's competitors by, *inter alia*, providing insight into Avlaon's operating costs and its margins. Therefore, all references to unit pricing in the Motion and supporting pleadings have been redacted and AQH seeks Court authority for such redaction from the public record.

4. Because the pricing information can be calculated by knowing both the total price paid and the total number of units, AQH considers the total number of units purchased to be confidential commercial information. Therefore, all references to total units purchased in the Motion and supporting pleadings have been redacted and AQH seeks Court authority for such redaction from the public record.

5. In an effort to afford all parties in interest the ability to fully evaluate the proposed transaction, the Debtor is prepared to share unredacted copies of the Motion, Declaration, and credit agreement with the parties in interest upon execution of a nondisclosure agreement, which is available from the undersigned. Upon entry of an order approving this motion to seal, the Debtor will lodge unredacted copies of the Motion, Declaration, and credit agreement with the Court.

6. Because the aforesaid pricing information is confidential commercial information, the Court should protect the unit pricing and total number of units purchased from public disclosure

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of October, 2015, at San Francisco, California.

/s/ Matthew J. Olson  
MATTHEW J. OLSON