MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>*EX PARTE* MOTION FOR ORDER SHORTENING TIME ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT<br><br>Proposed Preliminary Hearing:<br><br>Date:  October 15, 2015<br>Time:  3:30 p.m.<br>Place:  Courtroom 3099<br>          280 South First Street<br>          San Jose, California<br><br>Honorable Steven L. Johnson |

COMES NOW AQH, LLC, Debtor-in-Possession herein, moving *ex parte*, pursuant to Bankruptcy Local Rule 9006-1, for an order shortening time (the "Motion to Shorten Time") to consider approving, on an interim basis, its agreement with Beijing Canaan Creative Information Technology Co., Ltd. ("Avalon") for the purchase of Avalon 6 Bitcoin Servers on credit terms, approving the use of space for hosting of additional Avalon 6 Bitcoin Servers owned by Avalon, and authorizing AQH to serve as an authorized, non-exclusive end-user reseller of all of Avalon's products for a 24-month period starting on October 1, 2015, (the "Financing Motion") and respectfully represents as follows:

1

### A. Necessity for Order Shortening Time

The within case was commenced by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of the estate. AQH leases facilities located at 5300 Claus Road, Buildings 3, 5, 21 and 49, in Modesto, California, to serve as its primary datacenter (the "Riverbank Datacenter"). AQH has constructed various tenant improvements in the Riverbank Datacenter which are not being fully utilized because of a lack of servers to perform the Bitcon blockchain security function.

Avalon, a manufacturer of Bitcoin servers, has agreed to sell Avalon 6 Bitcoin Servers to AQH on favorable pricing and credit terms, avoiding the need for AQH to procure more expensive debtor in possession financing on the market. AQH and Avalon entered into a definitive agreement to document the proposed transaction, subject to Court approval. The agreement calls for the first tranche of servers to be delivered by November 7, 2015.

Immediate approval on an interim basis of the extension of trade credit is necessary to avoid immediate and irreparable harm to the estate. *See* Fed. R. Bankr. P. 4001(c)(2). The estate's cash position has been eroding over that past two months as AQH's existing servers have begun to fail and AQH's market share in the global Bitcon blockchain security market has reduced, undercutting AQH's income. *See Walsh Decl.* ¶ 11, filed with the *Financing Motion*. Immediate infusion of additional servers is needed to backfill the lost processing power cause by the server failures. *Id.* The income derived from the addition of the new Avalon servers to AQH's operations and the additional lines of business related to server hosting and server sales will immediately improve AQH's cash positon, allowing it to meet its ongoing post-petition obligations and repay the proposed extension of credit by Avalon. *Id.*

### B. Effect of Requested Time Modification

There have been no prior requests to modify the time requirements with respect to the Financing Motion. Granting the requested time modification will not impact the scheduling of other matters in the case; the next status conference in this case is scheduled for November 5, 2015, and the deadline for AQH to file its plan is December 16, 2015.

### C. Communications With Respondents

On October 9, 2015, counsel for AQH emailed counsel for the United States Trustee and the active creditors in the case (Andrew Faris, Fortis Advisors/Future Electronics, Emergent Systems Exchange, and Riverbank Local Redevelopment Authority). As of the filing of this motion, counsel for Andrew Faris and Fortis Advisors/Future Electronics stated that they had no opposition to hearing of the motion on shortened time. Riverbank Local Redevelopment Authority opposed shortening time because it believes that creditors should be given an opportunity for full briefing and it had a series of other questions regarding the proposed transaction. Counsel for the United States Trustee and Emergent Systems Exchange have not responded.

The Debtor suggests that any opposition to the initial approval be offered orally at the hearing and that the Court set a full briefing schedule on final approval.

### D. Notice

To maximize the notice provided to parties, AQH will serve the Financing Motion by email to the United States Trustee and the active creditors in the case. Promptly after the Court considers this Motion to Shorten Time, the Debtor will serve a notice of hearing and the notice of entry of the Court's order by email upon the same parties, and the Debtor will serve a notice of hearing, notice of entry of the Court's order, and the Financing Motion upon the holders of the 20 largest unsecured claims by email, fax, or overnight mail.

WHEREFORE, the Debtor prays for entry of an order:

1. Setting a hearing on interim approval of the Financing Motion for October 15, 2015, at 3:30 p.m.;

2. Providing that any opposition to the Financing Motion may be made orally at the hearing;

3. Direct the Debtor to serve notice of the hearing on the Financing Motion promptly upon entry of the Court's order on this motion, and

/ / /

/ / /

3

4. For such other and further relief as is appropriate in the premises.

DATED: October 12, 2015                MACDONALD | FERNANDEZ LLP

                                       By: /s/ Matthew J. Olson
                                           Matthew J. Olson
                                           Attorneys for Debtor in Possession,
                                           AQH, LLC