MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-SLJ-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT |
| | Proposed Preliminary Hearing: |
| | Date: October 15, 2015<br>Time: 3:30 p.m.<br>Place: Courtroom 3099<br>280 South First Street<br>San Jose, California |
| | Honorable Steven L. Johnson |

I, Matthew J. Olson, declare:

1. I am an associate attorney with Macdonald Fernandez LLP, counsel of record for AQH, LLC ("AQH"), the Debtor in Possession. The following facts are true and correct of my own personal knowledge. If called upon as a witness, I would and could competently testify as follows.

2. As described in the Declaration of Sean Walsh offered in support of the Financing Motion, immediate approval on an interim basis of the extension of trade credit is necessary to avoid immediate and irreparable harm to the estate. The estate's cash position has been eroding over that

1

past two months as AQH's existing servers have begun to fail and AQH's market share in the global Bitcon blockchain security market has reduced, undercutting AQH's income. *See Walsh Decl.* ¶ 11, filed with the *Financing Motion*. Immediate infusion of additional servers is needed to backfill the lost processing power cause by the server failures. *Id.* The income derived from the addition of the new Avalon servers to AQH's operations and the additional lines of business related to server hosting and server sales will immediately improve AQH's cash positon, allowing it to meet its ongoing post-petition obligations and repay the proposed extension of credit by Avalon. *Id.*

3. There have been no prior requests to modify the time requirements with respect to the Financing Motion. Granting the requested time modification will not impact the scheduling of other matters in the case; the next status conference in this case is scheduled for November 5, 2015, and the deadline for AQH to file its plan is December 16, 2015.

4. On October 9, 2015, I emailed counsel for the United States Trustee and the active creditors in the case (Andrew Faris, Fortis Advisors/Future Electronics, Emergent Systems Exchange, and Riverbank Local Redevelopment Authority). As of the filing of this motion, counsel for Andrew Faris and Fortis Advisors/Future Electronics stated that they had no opposition to hearing of the motion on shortened time. Riverbank Local Redevelopment Authority opposed shortening time because it believes that creditors should be given an opportunity for full briefing and it had a series of other questions regarding the proposed transaction. Counsel for the United States Trustee and Emergent Systems Exchange have not responded.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 12th day of October, 2015, at San Francisco, California.

/s/ Matthew J. Olson  
MATTHEW J. OLSON

2

Case: 15-50553    Doc# 127-1    Filed: 10/12/15    Entered: 10/12/15 18:32:04    Page 2 of 2