MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

    On the date hereof, I served the following documents:

1. MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

2. DECLARATION OF SEAN WALSH IN SUPPORT OF MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

3. *EX PARTE* MOTION TO FILE REDACTED DOCUMENTS RE DEBTOR'S MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT AND DOCUMENTS FILED IN SUPPORT THEREOF

4. DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF *EX PARTE* MOTION TO FILE REDACTED DOCUMENTS RE DEBTOR'S MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT AND DOCUMENTS FILED IN SUPPORT THEREOF

5. *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

6. DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

**Upon the following persons and entities identified below:**

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Shining J. Hsu<br>Shining.Hsu@usdoj.gov | Attorneys for Fortis Advisors/Future Electronics<br>E.P. Keiffer<br>pkeiffer@wgblawfirm.com |
| Attorneys for Andrew L. Faris<br>Cheryl C. Rouse<br>rblaw@ix.netcom.com | Attorneys for Riverbank Local Redevelopment Authority<br>Karl A. Schweikert<br>karl@churchwellwhite.com |
| Attorneys for Emergent Systems Exchange<br>David B. Galle<br>DGalle@oppenheimer.com | |

As follows:

[X] By Email Transmission. By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made and that the foregoing is true and correct.

EXECUTED: October 12, 2015         /s/ Matthew J. Olson_____
                                   MATTHEW J. OLSON