MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

The following constitutes
the order of the court. Signed October 13, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

              Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

ORDER APPROVING *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

Preliminary Hearing:

Date: October 15, 2015
Time: ~~3:30 p.m.~~ 2:30pm
Place: Courtroom 3099
       280 South First Street
       San Jose, California

Honorable Steven L. Johnson

The Court, having reviewed the *ex parte* application for an order shortening time for notice of the hearing to consider approving, on an interim basis, its agreement with Beijing Canaan Creative Information Technology Co., Ltd. ("Avalon") for the purchase of Avalon 6 Bitcoin Servers on credit terms, approving the use of space for hosting of additional Avalon 6 Bitcoin Servers owned by Avalon, and authorizing AQH to serve as an authorized, non-exclusive end-user reseller of all of Avalon's products for a 24-month period starting on October 1, 2015, (the "Financing Motion") and the Declaration of Matthew J. Olson in support thereof, and good cause appearing:

**IT IS ORDERED** that:

1. The application is approved;

2. A hearing on interim approval of the Financing Motion shall be held on October 15, 2015, at ~~3:30 p.m.~~ 2:30 pm

3. Notice of the hearing on interim approval of the Financing Motion shall be timely if served email, fax, or overnight mail by 5:00 p.m. on ~~Monday,~~ Tuesday October 13, 2015; and

4. Opposition to interim approval of the Financing Motion, if any, may be made orally at the hearing.

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).