MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>               Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>NOTICE OF HEARING ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT<br><br><u>Preliminary Hearing:</u><br><br>Date: October 15, 2015<br>Time: 2:30 p.m.<br>Place: Courtroom 3099<br>       280 South First Street<br>       San Jose, California<br><br>Honorable Steven L. Johnson |

Notice is Hereby Given that a hearing on the motion of AQH, LLC, Debtor-in-Possession herein, for an interim order approving its agreement with Beijing Canaan Creative Information Technology Co., Ltd. ("<u>Avalon</u>") for the purchase of Avalon 6 Bitcoin Servers on credit terms, approving the use of space for hosting of additional Avalon 6 Bitcoin Servers owned by Avalon, and authorizing AQH to serve as an authorized, non-exclusive end-user reseller of all of Avalon's products for a 24-month period starting on October 1, 2015, will be held on October 15, 2015, at 2:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Steven L. Johnson, United States Bankruptcy Judge, at 280 South First Street, Courtroom 3099, San Jose, California. No written

1

opposition is required; opposition may offered orally at the hearing. Copies of the motion and supporting pleadings are served herewith.

DATED: October 13, 2015          MACDONALD | FERNANDEZ LLP

By: /s/ Matthew J. Olson
    Matthew J. Olson
    Attorneys for Debtor in Possession,
    AQH, LLC

2