MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-11-ASW

Chapter 11

CERTIFICATE OF SERVICE

Date: October 15, 2015
Time: 2:30 p.m.
Place: Courtroom 3099
       280 South First Street
       San Jose, California

Honorable Steven L. Johnson

    I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

    On the date hereof, I served the following documents:

1. NOTICE OF HEARING ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

2. MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

3. DECLARATION OF SEAN WALSH IN SUPPORT OF MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

1

4. *EX PARTE* MOTION TO FILE REDACTED DOCUMENTS RE DEBTOR'S MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT AND DOCUMENTS FILED IN SUPPORT THEREOF

5. DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF *EX PARTE* MOTION TO FILE REDACTED DOCUMENTS RE DEBTOR'S MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT AND DOCUMENTS FILED IN SUPPORT THEREOF

6. *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

7. DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

8. ORDER APPROVING *EX PARTE* MOTION FOR ORDER SHORTENING TIME ON MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT (Entered)

Upon the following persons and/or entities identified below:

Attorneys for Andrew L. Faris
Cheryl C. Rouse
Law Offices of Rouse & Bahlert
345 Franklin Street
San Francisco, California 94102
Email: rblaw@ix.netcom.com
(Also Included in 20 Largest)

Attorneys for Riverbank Local Redevelopment Authority
Churchwell White LLP
Karl A. Schweikert
1414 K Street, 3rd Floor
Sacramento, CA 95814
Email: karl@churchwellwhite.com
(Also Included in 20 Largest)

Attorneys for Fortis Advisors, LLC
Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street, # 290
San Jose, CA 95113
Email: dsopko@diemerwhitman.com

Attorneys for Fortis Advisors/Future Electronics
E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North Saint Paul Street, Suite 4150
Dallas, TX 75201
Email: pkeiffer@wgblawfirm.com

Attorneys for Emergent Systems Exchange
Oppenheimer Wolff & Donnelly LLP
Attn: David B. Galle
Campbell Mithun Tower- Suite 2000
222 South Ninth Street
Minneapolis, MN 55402-3338
Email: DGalle@oppenheimer.com
(Also Included in 20 Largest)

Office of the United States Trustee
Attn: Shining Hsu
U.S. Federal Bldg.
280 S. 1st St., #268
San Jose, CA 95113-3004
Email: Shining.Hsu@usdoj.gov

Attorneys for Tatiana Korolshteyn and Lucile Darnell
Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Email: sfinestone@pobox.com

Attorneys for Access Electric
William L. Porter
Porter Law Group, Inc.
7801 Folsom Boulevard, Suite 101
Sacramento, CA 95826
Email: bporter@porterlaw.com
(Also Included in 20 Largest)

///

///

2

As follows:

[X] By Email Transmission. By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

And upon the 20 Largest Unsecured Claims:

| | | |
|---|---|---|
| A&A Portables<br>Attn: Officer, Managing, General Agent<br>201 Roscoe Road<br>Modesto, CA 95357 | Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116 | Collins Electric<br>Attn: Officer, Managing, General Agent<br>3412 Metro Drive<br>Stockton, CA 95215 | CrimeTek Security<br>Attn: Officer, Managing, General Agent<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 |
| David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232 | DHL Global Forwarding<br>Attn: Officer, Managing, General Agent<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Elisa Research<br>Attn: Officer, Managing, General Agent<br>48834 Kato Road, Suite 101-A<br>Fremont, CA 94538 |
| I Guard<br>Attn: Officer, Managing, General Agent<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307 | Lionakis<br>Attn: Officer, Managing, General Agent<br>915 13th Street<br>Modesto, CA 95354 |
| New Concept Fleet Management<br>Attn: Officer, Managing, General Agent<br>9096 Elkmont Way<br>Elk Grove, CA 95624 | Platt Electric<br>Attn: Officer, Managing, General Agent<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005 | PLN Architects<br>Attn: Officer, Managing, General Agent<br>1720 G Street<br>Modesto, CA 95354 |
| Southland Electrical Supply<br>Attn: Officer, Managing, General Agent<br>147 North Main Street<br>Burlington, NC 27216 | State of California<br>Employment Development Department<br>Bankruptcy Special Procedure Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061 |
| Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 | W.W. Grainger, Inc.<br>Attn: Officer, Managing, General Agent<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201 | |

As follows:

[X] By Federal Express. By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

3

| X | <u>By Overnight Priority Express U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in appropriate packing, addressed as above at the address indicated above, namely DHL Global Forwarding and State of California Employment Development Department, with postage thereon fully prepaid, to be delivered to a United States Postal Office at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made and that the foregoing is true and correct.

EXECUTED: October 13, 2015        /s/ Samantha G. Brown
                                                           SAMANTHA G. BROWN