1   MACDONALD | FERNANDEZ LLP
    IAIN A. MACDONALD (SBN 051073)
2   RENO F.R. FERNANDEZ III (SBN 251934)
    MATTHEW J. OLSON (SBN 265908)
3   ROXANNE BAHADURJI (SBN 290117)
4   221 Sansome Street, Third Floor
    San Francisco, CA 94104
5   Telephone: (415) 362-0449
    Facsimile: (415) 394-5544
6

**The following constitutes
the order of the court. Signed October 13, 2015**

_Stephen Johnson_

**Stephen L. Johnson
U.S. Bankruptcy Judge**

7   Attorneys for Debtor in Possession,
    AQH, LLC

8

9                   UNITED STATES BANKRUPTCY COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  In re                                  Case No. 15-50553-SLJ-11

12  AQH, LLC,                              Chapter 11

13              Debtor.                    ORDER APPROVING FIRST INTERIM
                                           APPLICATION FOR COMPENSATION OF
14                                         KELLY LITIGATION GROUP, INC. AS
                                           SPECIAL LITIGATION COUNSEL FOR
15                                         DEBTOR-IN-POSSESSION

16                                         Date:  October 7, 2015
                                           Time:  1:30 p.m.
17                                         Place: Courtroom 3099
                                                  280 South First Street
18                                                San Jose, California

19                                         Hon. Stephen L. Johnson

20          The First Interim Application for Compensation of Kelly Litigation Group, Inc. as Special

21  Litigation Counsel for Debtor-In-Possession (the "Application") came on for hearing before the

22  above-entitled court at 1:30 p.m. on October 7, 2015.  Matthew J. Olson of Macdonald Fernandez

23  LLP appeared for the Debtor; there were no other appearances.  No opposition to the motion was

24  offered.

25          Having considered the Application, the Declaration of Michael Mengarelli in support thereof,

26  the arguments of counsel, finding that notice is appropriate under the circumstances, and good cause

27  appearing,

28  / / /

                                                                                                    1

1    IT IS HEREBY ORDERED that:

2        1.      The Application is approved;

3        2.      Kelly Litigation Group, Inc.'s compensation in the amount of $5,005.00 for fees and

4    $6.00 for reimbursable expenses, for final compensation of $5,011.00 is allowed and approved; and

5        3.      The Debtor in Possession is authorized to pay said interim compensation promptly

6    upon entry of this order; and, the compensation is to be paid from unencumbered assets of the Estate

7    or from cash collateral with the consent of the parties holding an interest in the cash collateral.

8                                            *** END OF ORDER ***

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    <u>COURT SERVICE LIST</u>

2    All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3