MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-SLJ-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF *EX PARTE* MOTION TO FILE REDACTED DOCUMENTS RE SUPPLEMENT TO DEBTOR'S MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT AND DOCUMENTS FILED IN SUPPORT THEREOF |

I, Matthew J. Olson, declare:

1.      I am an associate attorney with Macdonald Fernandez LLP, counsel of record for AQH, LLC ("AQH"), the Debtor in Possession.  The following facts are true and correct of my own personal knowledge.  If called upon as a witness, I would and could competently testify as follows.

2.      In the Walsh Supplemental Declaration and supporting exhibits, references are made to confidential commercial information, including the pricing information for the products purchased by AQH and other information which could be used to compute the pricing information.  Both AQH and Avalon consider such information to be confidential commercial information because its release would reveal to the market the special pricing negotiated by the parties.  If such information became known by the general public, it may have a negative impact on Avalon's business interests, including its retail pricing scheme and its relationships with other purchasers.  Additionally, disclosure of the

1

pricing information will provide an unfair advantage to Avalon's competitors by providing insight into Avlaon's costs of operating and its margins. Therefore, all references to unit pricing in the Motion and supporting pleadings have been redacted and AQH seeks Court authority for such redaction from the public record.

3.     Because the pricing information can be calculated by knowing a combination of the total price paid, the total number of units purchased, the total amount of electricity used by AQH, the computational power of the servers operated by AQH, the projected number of systems AQH anticipates will be sold, and the profit per machine, AQH considers this information to be confidential commercial information.  Therefore, all references these matters have been redacted and AQH seeks Court authority for such redaction from the public record.

4.     This information should be protected from public disclosure because by combining this information which other known data points (such as the Avalon 6's processing power or amount of electricity used per terrahash (a unit of processing power)) can be easily used to compute total number of servers purchased, and thereby the price per machine.

5.     In an effort to afford all parties in interest the ability to fully evaluate the proposed transaction, the Debtor is prepared to share unredacted copies of the Motion, Declaration, the Supplemental Declaration, credit agreement, and other exhibits with the parties in interest upon execution of a nondisclosure agreement, which is attached as Exhibit "1" to the Motion to File Redacted Documents.

6.     Because the aforesaid pricing information is confidential commercial information, the Court should previously described information, including information which a party could use to compute the pricing information, from public disclosure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of October, 2015, at Alameda, California.

/s/ Matthew J. Olson
MATTHEW J. OLSON

2