MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>SUPPLEMENTAL DECLARATION OF SEAN WALSH IN SUPPORT OF MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT<br><br><u>Continued Hearing:</u><br><br>Date:  October 21, 2015<br>Time:  11:00 a.m.<br>Place:  Courtroom 3099<br>          280 South First Street<br>          San Jose, California<br><br>Honorable Steven L. Johnson |

I, Sean Walsh, declare:

1.    I am the Managing Member of AQH, LLC, Debtor-in-Possession herein. I am familiar with the Debtor's business. I am over the age of 18. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows

2.    On behalf of the Debtor, I have negotiated a contract with Beijing Canaan Creative Information Technology Co., Ltd. ("<u>Avalon</u>") for, among other things, the purchase of Avalon 6 Bitcoin Servers on credit terms and authorizing AQH to serve as a reseller of all of Avalon's

1

products for a 24-month period starting on October 1, 2015. A redacted[1] true and correct copy of the fully executed *Contract for Purchase and Sale of Equipment, Provision for Hosting Service, and Resale Contract Between AQH, LLC and Beijing Canaan Creative Information Technology Co., Ltd.* (the "Agreement") is attached as Exhibit "1" to my prior declaration (Docket No. 126-1).

3. Avalon is one of only two producers of specialized Bitcoin servers that sell servers to the public and it enjoys the longest track record in the industry. I spent the last two years carefully cultivating a deep and personal relationship with Avalon's three founders, involving multiple trips to Beijing and many hours on transoceanic video conferences. Because of my personal efforts, I now enjoy a very strong personal and professional bond with Avalon.

4. I have been able to leverage my excellent personal relationship with Avalon into this unprecedented deal. The agreement is unprecedented because Avalon is offering (a) payment terms on the purchase of equipment, which is unheard of in the Bitcoin industry, and (b) Avalon is offering to sell the servers at less than market prices. I am not aware of any other party that has been able to negotiate this type of agreement with Avalon in the past.

5. To my knowledge, no Bitcoin server manufacturer has ever offered this to any customer in the history of this industry, nor has any Bitcoin sever manufacturer ever offered any client either payment terms or wholesale pricing. In fact, the more common case is the opposite scenario, where a Bitcoin server manufacturer demands pre-payment at market prices and then never delivers the servers.

**Detailed Projections**

6. Attached as Exhibit "3" are detailed projections for the four-month period starting November 1, 2015. These projections are based upon my knowledge and experience in the Bitcoin blockchain security market generally, and in operating the Debtor specifically.

---

[1] By separate motion, the Debtor is seeking to file this declaration and the supporting exhibits under seal pursuant to 11 U.S.C. § 107(b) to redact certain confidential commercial information including pricing information and data that could be used to compute the pricing information. The Debtor will make the unredacted versions of the documents available to parties in interest after the execution of an appropriate nondisclosure agreement.

7. Accounting for the proposed purchase of Avalon 6 servers, I project that the Debtor's income from Bitcoin will grow to $294,348. This assumes that all of the new Avalon 6 servers are placed into service, that certain legacy servers remain operational in AQH's datacenter (which AQH will phase out over time), and that the global hashrate is approximately 435,000 terrahash. Based on my experience, the projections also assume that it takes 9.7 minutes to generate a new Bitcoin and that 111,340 new Bitcoins are made available worldwide every months. Based on these assumptions, I estimate that each terrahash generates .256 Bitcoin per month.

8. The projections also assume one Bitcoin is worth $230, a conservative estimate given that one Bitcoin was worth approximately $264 on October 18, 2015. Based on the $230 valuation for one Bitcoin, I estimate that each terrahash of processing power will generate $59 per month during November 2015. Based on these assumptions, I estimate that AQH will generate $294,348 in revenue from Bitcoin in November 2015.

9. As to the resale of servers, the projections assume a gross profit per server of ▬ and that AQH will sell ▬ servers in November. The profit per server is reasonable based upon my discussions with Avalon as to the likely final retail price that will be charged for the Avalon servers. As discussed later, this projection is conservative.

10. While the Debtor is not seeking interim approval of the proposed hosting of Avalon servers (the Debtor is deferring this question until the Court may hold a final hearing on full briefing), the projections for hosting revenue are calculated by multiplying the computing power of the hosted systems (700 terrahash) by the kilowatt hours of electricity used per terrahash (0.3), multiplying the result by the estimated average number of kilowatt hours of electricity used per month (720 kWh), and then multiplying that result by the hosting fee of $0.08 per kilowatt hour.

### Shipping and Import Duties

11. In April 2014, AQH purchased 3,000 servers from Avalon and paid to have the servers imported into the United States. The total cost for shipping the servers, including import duties and fees, was $47,997.09. *See* Shipping Invoice, offered as Exhibit "4" hereto. No import duty was imposed on the shipment, only a $339.85 merchandise processing fee was assessed. *Id.*

3

This is common on computer components imported from China. While AQH is importing a smaller number of servers, the servers are heavier than those ordered in 2014, and I estimate that the total cost for shipping and import duties will not exceed $25,000.

12. To confirm my estimates, I accessed www.dutycalculator.com to obtain an estimate of the import duties. I imputed into the calculator offered by www.dutycalculator.com the value of the product purchased, its origination and destination, and the product's description and category, all of which match the facts of the transaction contemplated by the Avalon Agreement. A copy of the result from www.dutycalculator.com is offered as offered as Exhibit "5" hereto. The dutycalculator.com website estimates that the duty on the import of Avalon servers is $0.00 because data processing equipment, such as Bitcoin servers, is imported duty free from China. The only fee assessed by U.S. Customs is an estimated $485 merchandise processing fee.

13. I estimate the total cost of acquiring the first tranche of severs from Avalon to be not more than $844,000.

**The Distribution Agreement**

14. The Avalon team is almost entirely comprised of engineers. They have no experience with, or interest in, building a sales or distribution network. Rather, they delegate that responsibility to people they know and trust. Avalon has retained a single outside distributor for the market in the People's Republic of China and proposes to retain, through the Agreement now before the Court, to retain AQH as its distributor for markets outside of China. It is important to note that Avalon's chosen distributor for China does not speak English and does not pose a risk of competition to AQH. Additionally, aside from the three founders of Avalon, most of the Avalon team does not speak English, and there is little risk of Avalon attempting to directly compete against AQH in the sale of Avalon products.

15. AQH has the only distribution contract outside of China. In fact, Avalon has been forwarding inquiries by other potential distributors to AQH, because they want AQH to act as the global master distributor, and decide how to build the global distribution channel. This is consistent with the common method for building a sales and distribution channel.

16. When building a sales and distribution channel, the basic concept is to build a pyramid. The manufacturer will typically start with one distributor that it trusts for the entire world. Here, Avalon has chosen AQH. The distributor is then typically empowered to add sub-distributors for smaller geographies, like continents. The sub-distributors are frequently empowered to build a third level for smaller geographies, like regions or even entire countries.

17. If any one level of the distribution channel is over saturated, the distribution channel is not sustainable because the distributors at that level will not earn a sustainable income stream, causing them to either compete against each other by driving the price of your product down or to exit the market, hampering distribution of your product.

18. Here, Avalon has selected AQH to serve as its master distributor for markets outside of China. While the distribution agreement is denoted as nonexclusive, this is largely meaningless because Avalon either trusts AQH to distribute its products or it does not. Given the close relationship I have fostered with Avalon's management, it is clear that Avalon trusts AQH to distribute its products. This trust is demonstrated by, among other things, the favorable, out-of-the-ordinary sales terms that Avalon has offered to AQH.

**Market Demand for the Avalon 6 Server**

19. Most Bitcoin servers are rated in terms of terrahash per second, a measure of the server's processing power. For example, the new Avalon 6 Server is rated at 3.5 terrahash per second (or, more simply 3.5 terrahash).

20. Each Bitcoin server is attached to the Bitcoin global network where it helps provide security for the blockchain (essentially, the public transaction log for every Bitcoin transaction) that serves as the basis for public confidence in transactions conducted with Bitcoins.

21. Currently, the Bitcoin global network is made up of servers when combined total to 425 petahashes in processing power, where one petahash is the equivalent of 1,000 terrahash.

22. The new Avalon 6 server is significantly more power efficient than most other Bitcoin servers currently in use on the global network. For instance, I estimate that the new Avalon 6 servers will reduce AQH's electricity demand on a per terrahash basis by approximately

5

two-thirds. Given my experience in the Bitcoin market, I estimate that the Avalon 6 server is more efficient than approximately 75% of the servers currently connected to the Bitcoin global network.

23. Given that electricity is the chief operating expense connected with operating a Bitcoin server, operators of Bitcoin servers are incentivized to have the most efficient servers. As the global network grows, a given server's Bitcoin-denominated revenue declines, so minimizing electricity costs is fundamental in the industry. Because of the growth in the network and resulting decrease in per-machine revenue, many older servers are now barely able to cover their electricity costs, creating demand for more efficient servers to replace old, inefficient servers. Having energy-efficient servers is key for any operator to stay above the average profitability, and therefore thrive in this competitive market. Thus, it is reasonable to conclude that global replacement demand for a more efficient server exceeds 300 petahash (approximately 75% of the existing global network). This equates to more than 85,000 Avalon 6 servers.

24. Additionally, based on my knowledge, experience, and an abundance of caution, I have projected that the total processing power of the Bitcoin global network will continue to grow rapidly. In fact, between November 2015 and February 2016, I anticipate that the Bitcoin global network will grow by approximately 180 petahash. This equates to more than 50,000 Avalon 6 servers.

25. By November 2016, I estimate that the Bitcoin global network will grow to 840 petahash, an increase of 415 petahash—nearly doubling the current processing power of the Bitcoin global network. This means that global demand for new Bitcoin servers over the next year is about 715 petahash (415 petahash in growth plus 300 petahash in replaced servers), roughly equal to 204,000 Avalon 6 servers.

26. If network growth does not occur this quickly, then AHQ's self-mining operation will be much more profitable than estimated. This is because AQH's self-mining revenue is driven by its pro rata share of the global Bitcoin server network. If the global is smaller, AQH's market share is larger, as is its share of the global Bitcoin revenue. Incidentally, current annual revenue for the entire Bitcoin blockchain security industry is about $350 million. Every petahash online now earns

6

about $720,000 per year in revenue.

27.     There are only two companies that sell Bitcoin servers to the public; Avalon and Bitmain. A third company manufactures Bitcoin servers, but it does not sell the servers to the public; it manufactures servers for its own private use. Because the Avalon 6 server is now the most economical and reliable server on the market, it will be the server of choice for Bitcoin operators. Avalon's production capacity does not allow it to currently produce servers on this scale—and there is only one other competitor, Bitmain, in the marketplace—it is likely that a bidding war for the available Avalon servers will ensue.

**Inquiries on Purchases of Avalon 6 Servers to Date**

28.     In accordance with the Agreement, Avalon has begun referring inquiries regarding purchases of the Avalon 6 servers to AQH. Because the Agreement has not yet been approved by the Court, AQH has refrained from advertising that it will offer Avalon 6 servers for resale, but has engaged in preliminary conversations with parties referred by Avalon.

29.     In these preliminary conversations, the different parties and express interest in immediately purchasing Avalon 6 servers from AQH. Each of these parties are already active in Bitcoin blockchain security, operate Bitcoin severs, and interested in replacing their existing servers. One party expressed interest in purchasing 300 servers—more than the entire projected sales slated to occur in November 2015. A second party has expressed interest in making an initial purchase of 500 servers, which will likely be followed by a second purchase of an additional 1,000 servers. A third party has expressed interest in purchasing no fewer than 3,000 servers.

30.     Because demand for the servers will likely outpace supply, it is likely that AQH will immediately sell some or all of the servers it purchases in the first tranche from Avalon, allowing AQH to immediately repay Avalon for the purchase of those machines, pay its existing operating costs, and purchase new machines to either operate in its datacenter or resell.

**The Size of the Requested Transaction is Reasonable and Appropriate Under the Circumstances**

31.     The size of the requested first-tranche purchase from Avalon is the smallest size that can reasonably benefit the bankruptcy estate and creditors. As demonstrated in the attached

projections and discussed above, the Bitcoin global network grows every month, requiring that operators continually invest in servers to protect their market share. Without additional investment in severs to replace those Cointerra serves that have failed and will continue to fail in the future, the Debtor's operators will crumble and the Debtor will not be able to continue as a going concern.

32. Additionally, the proposed transaction is the only way that the Debtor may generate the cash necessary to assume its lease with the Riverbank LRA or make other payments to creditors in any reasonable timeframe under a plan which the Debtor will propose.

33. Any reduction in the size of the initial purchase would not increase the Debtor's ability to repay the proposed trade credit. While a reduction in the number of servers purchased would reduce the amount of credit extended by Avalon, such a reduction would also proportionally decrease the Debtors revenues, but reduce profitability by a disproportionately larger margin.

34. Thus, reducing the size of the purchase by half would necessarily reduce the amount of additional processing power by half, and thereby reduce the change in the Debtor's Bitcoin revenue projection by half. While the Debtor's electricity costs would decrease by a proportional amount, the Debtor's fixed costs would remain the same. Electricity expense is estimated to be about 20% of revenue and one-third of monthly expenses, once anticipated reorganization expenses are factored in, including repayments to the Riverbank LRA and other creditors. The size of the proposed purchase allows the Debtor to take advantage of economies of scale while living within the amount of electricity allocated to it by the Riverbank LRA. This is commonly referred to as operating leverage, and this deal size is the minimum practical operating leverage that AQH can tolerate and still assume the lease and submit a reasonable repayment plan. Additionally, the size of the proposed purchase allows AQH to quickly bring the Avalon 6 servers to market in sizeable numbers, whetting demand for the servers and increasing AQH's chance for success.

35. Reducing the size of the Debtor's purchase does not reduce the relative risk of being unable to repay the trade credit extended by Avalon. In fact, it increases AQH's risk of being unable to repay. Further, reducing the size of the purchase prevents AQH of taking advantage of economies of scale available at its Riverbank Datacenter and from capitalizing on the likely demand for

8

Avalon 6 severs in the global market place. In fact, I would feel even more comfortable with an even larger deal.

36. For these reasons, in my business judgment the proposed transaction is the in best interest of the Debtor, the estate, and creditors and should be approved.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of October, 2015, at Denver, Colorado.

                                        /s/ Sean Walsh
                                        SEAN WALSH

# EXHIBIT 3

| AQH Projections | 2015 November | December | 2016 January | February |
|---|---|---|---|---|
| Hashrate Added Per Month, TH | 45,000 | 45,000 | 45,000 | 45,000 |
| Avg Global Hashrate, TH | 435,000 | 480,000 | 525,000 | 570,000 |
| | | | | |
| Average Block Time, minutes | 9.7 | 9.7 | 9.7 | 9.7 |
| BTC Paid To Miners | 111,340 | 111,340 | 111,340 | 111,340 |
| Revenue Per TH, BTC | 0.256 | 0.232 | 0.212 | 0.195 |
| BTC Price, $ | $230 | $230 | $230 | $230 |
| Revenue Per TH, $ | $59 | $53 | $49 | $45 |
| | | | | |
| $ per kWh | $0.040 | $0.040 | $0.040 | $0.040 |
| | | | | |
| Datacenter Capacity | 5,000 | 5,000 | 5,000 | 5,000 |
| Power online (kW) | | | | |
| Owned TH Online | | | | |
| Electricity Cost Per TH, $ (Avalon) | $9 | $9 | $9 | $9 |
| **New Avalon Systems** | | | | |
| New Systems TH Added (purchase) * | | | | |
| New Systems Added (purchase) | | | | |
| Upgraded Sys Cost, per TH * | | | | |
| Upgraded Sys Cost, per server | | | | |
| Upgraded System Cost, Total | ($819,000) | ($234,000) | ($50,000) | ($50,000) |
| | | | | |
| kW Per TH | 0.30 | 0.30 | 0.30 | 0.30 |
| | | | | |
| Old Machines, TH | | | | |
| Old Machines, kW per TH | | | | |
| | | | | |
| BTC Generated (owned machines) | | | | |
| BTC Revenue, $ | $294,348 | $314,768 | $292,666 | $274,053 |
| | | | | |
| Hosted Systems, TH * | 700 | 700 | 700 | 700 |
| Hosted Systems, Servers | 200 | 200 | 200 | 200 |
| kW Per TH | 0.30 | 0.30 | 0.30 | 0.30 |
| Avg Hours Per Month | 720 | 720 | 720 | 720 |
| Hosting Fee per kWh | $0.080 | $0.080 | $0.080 | $0.080 |
| Hosting Revenue, $ | $12,096 | $12,096 | $12,096 | $12,096 |
| | | | | |
| System Sales, TH * | | | | |
| System Sales, servers | | | | |
| System Sales, Gross Revenue | | | | |
| System Sales, Cost of Goods Sold ** | | | | |
| | | | | |
| System Sales Gross Profit, per TH * | | | | |
| System Sales Gross Proft, per server | | | | |
| System Sales Gross Profit | $125,000 | $250,000 | $250,000 | $250,000 |
| | | | | |
| **Total Revenue** | **$431,444** | **$576,864** | **$554,762** | **$536,149** |
| Total Electricity Costs | ($75,168) | ($81,216) | ($80,352) | ($79,488) |
| **Gross Profit** | **$356,276** | **$495,648** | **$474,410** | **$456,661** |
| | | | | |
| *Fixed Operating Expenses* | | | | |
| Leases | ($25,000) | ($25,000) | ($25,000) | ($25,000) |
| Salaries/Contractors | ($50,000) | ($50,000) | ($50,000) | ($50,000) |
| Facility Costs | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| Legal Expenses | ($5,000) | ($5,000) | ($5,000) | ($5,000) |
| | | | | |
| Monthly Expenses | ($90,000) | ($90,000) | ($90,000) | ($90,000) |
| **Net Profit** | **$266,276** | **$405,648** | **$384,410** | **$366,661** |
| | | | | |
| **"EBITDA"** | **$266,276** | **$405,648** | **$384,410** | **$366,661** |
| | | | | |
| 1st Phase Miner Expense Balance | ($819,000) | ($834,835) | ($526,746) | ($286,438) |
| Payment to Avalon Miner (1st Tranche) | $218,165 | $358,089 | $290,308 | $263,038 |
| | | | | |
| Risk Reserve Contribution | $0 | $0 | $0 | ($9,000) |
| | | | | |
| Cash Savings Contribution | $48,111 | $47,559 | $94,102 | $94,623 |
| | | | | |
| Available Cash Savings | $48,111 | $95,670 | $189,772 | $284,395 |

\* Each Avalon system is rated at 3.5 TH.
\*\* The Debtor anticipates selling the severs it purchases through the first tranche transaction.

# EXHIBIT 4

# DHL GLOBAL FORWARDING

**Radix Group International Inc.**
**dba DHL Global Forwarding**

## INVOICE

**REMIT TO:**
DHL GLOBAL FORWARDING
PO BOX 742802
Los Angeles, CA 90074-2802
310-297-4401
RXM8 0364

| INVOICE NO. | INVOICE DATE | YOUR REFERENCE NO. |
|---|---|---|
| 6202139324 01 | 4/25/14 | |

**PAYABLE WITHIN 10 DAYS OF INVOICE DATE**

**TO**
Attn: ANTHONY BROUGH
AQH LLC
440 N WOLFE RD MS46
SUNNYVALE, CA 94085

VALIDATION AND CLASSIFICATION DISCREPANCIES SHOULD BE BROUGHT TO OUR ATTENTION WITHIN 30 DAYS FROM THE RECEIPT OF INVOICE.

| PIECES | WEIGHT | DESCRIPTION |
|---|---|---|
| 31 | 14012KG | MACHINERY & PARTS |

**SHIPPER/CONSIGNEE**
CANAAN CREATIVE CO LTD

| ORIGIN/DESTINATION | CUSTOMER NUMBER |
|---|---|
| CHINA(MAINLAND) | AQHLLC440 |

| ENTRY NO. | ENTRY DATE |
|---|---|
| 336  2139324-3 | 4/18/14 |

| AIRLINE/ STEAMSHIP | ARRIVAL/DEPARTURE |
|---|---|
| 0956 ALL NIPPON AIRWAYS C | 4/13/14 |

| AWB/ BL NO. | HAWB |
|---|---|
| NH 20543863175 | 7EPZ652 |

**REMARKS**
Leslie A. Luce
310-536-5691

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| 506 AIR FRT &/OR DEST FEE | 41395.40 |
| 514 BREAKBULK AIRPT SVC FEE | 58.00 |
| 523 CONTAINER STATION FEE | 980.84 |
| 1157 SINGLE ENTRY BOND PREM | 495.00 |
| 1425 ENTRY FEE | 100.00 |
| 1426 DISBURSEMENT FEE | 1368.00 |
| 1202 CF4811 Services | 2.50 |
| 129 INLAND FREIGHT & SERVIC | 3200.00 |
| 1430 SEB PREP FEE | 50.00 |
| 285 SECURITY FEE | 7.50 |
| 157 ESTIMATED DUTY | 339.85 |
| EST DUTY DETAIL: | |
| Merchandise Process  339.85 | |
| Sub Total | 47997.09 |
| Late Payment Charge * | 1439.91 |
| Deduct this amount if paid by 5/05/14 | |
| **TOTAL AMOUNT** | **49437.00** |

DHL Global Forwarding is required to inform you that importers remain liable for the payment of Customs charges even when payment has been deposited with the broker. You have the option of paying duty or any other Customs charges direct to U.S. Customs, and may therefore pay these charges with a separate check payable to "U.S. Customs and Border Protection" which shall be delivered to Customs by the Broker.

DHL Global Forwarding has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act 1984.

THIS ORDER IS SUBJECT TO TERMS AND CONDITIONS AVAILABLE ON REQUEST
IMPORTER MUST FURNISH MISSING DOCUMENTS WITHIN THE PERIOD OF TIME AS REQUIRED BY CUSTOMS REGULATIONS TO AVOID CUSTOMS PENALTIES.

REDACTED VERSION OF WALSH SUPPLEMENTAL DECLARATION

# EXHIBIT 5

<p style="color:red; text-align:center"><b>REDACTED VERSION OF WALSH SUPPLEMENTAL DECLARATION</b></p>

**DutyCalculator** is part of **Pitney Bowes**, a global technology company. Learn more or visit www.pitneybowes.com

DutyCalculator
Import duty & taxes made easy

- Calculate duty
- Lookup HS codes
- Get duty rates
- Country guides
  - - In-depth country guides
  - - Sales tax rates by country
- Classification services
  - - Rapid classification tool
  - - Professional classification: Single product
  - - Professional classification: Product catalogs
- API & Plugins
  - API
  - - Overview
  - - Documentation
  - - Customer case studies
  - - Pricing
  - Plugins
  - - Free duty calculator for your site
  - - Free HS tariff code lookup widget for your site
  - - Universal Classification Widget
  - Ecommerce extensions
  - - eBay
  - - Magento
  - - WooCommerce
  - SDKs
  - - PHP

Customers
Pricing

- Sign up
- Log in

3 calculations left. Log in, buy credits or upgrade your account to get more calculations

## Import duty & taxes calculation result

- Save calculation
- Get notified
- Verify classification
- Edit calculation
- New calculation

### From where to where you import

| | |
|---|---|
| Importing from: | **China** |
| Importing to: | **United States**  (view country guide) |

### The type of product, its value and where it was manufactured

| | |
|---|---|
| Product description: | **Data Processing Equipment** |
| Product category: | **CPU**  (Upgrade account to get HS code) |

Case: 15-50553    Doc# 137    Filed: 10/18/15    Entered: 10/18/15 21:46:35    Page 15 of 16

REDACTED VERSION OF WALSH SUPPLEMENTAL DECLARATION

| | |
|---|---|
| Product value: | US$819000.00 |
| Country of manufacture: | China |

### The cost of shipping and insurance of importing

| | |
|---|---|
| Shipping costs: | US$20000.00 |
| Insurance costs: | US$2000.00 |

### Calculation results

US Dollar

| | | |
|---|---|---|
| Total customs value (FOB): | US$819000.00 | This is the amount that customs values your import at |
| - Duty: | US$0.00 | |
| - Merchandise Processing Fee: | US$485.00 | |
| Total import duty & taxes due: | US$485.00 | This is the amount that needs to be paid to customs |
| Total landed cost: | US$819485.00 | This is the total cost of importing, including product, shipping, insurance and import duty & taxes |

### Calculation and compliance notes

#### Notes on duty & taxes rates and compliance

- Data Processing Equipment is duty free **This product has dual-use and therefore requires an Export Control Classification Number (ECCN) [High probability].**

#### Notes on import taxes due

- For imports with FOB value exceeding US$2500.00, a Merchandise Processing Fee of 0.3464% of the FOB value applies, with a minimum of US$25.00 and maximum of US$485.00
- Please note that your shipping provider may add an additional handling fee
- Read more on how import duty & taxes are calculated for United States here

- Save calculation
- Get notified
- Verify classification
- Edit calculation
- New calculation

DutyCalculator covers over 866,820 products for 141 import countries for 135,740 customers and we are hiring!
Import duty explained
Country guides
Trending import items
Calculator for eBay items
Data updates
Team
Terms
Uptime
Contact us

Like 9.9k
Share 473

© 2015 Borderfree UK                                    We use cookies

Case: 15-50553    Doc# 137    Filed: 10/18/15    Entered: 10/18/15 21:46:35    Page 16 of 16