MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

The following constitutes
the order of the court. Signed October 20, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>           Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>ORDER APPROVING *EX PARTE* MOTION TO FILE REDACTED DOCUMENTS RE SUPPLEMENT TO DEBTOR'S MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT AND DOCUMENTS FILED IN SUPPORT THEREOF |

The Court, having reviewed the *ex parte* application for an order redacting portions of the Supplemental Declaration of Sean Walsh offered in support of AQH's motion to approve an agreement with Beijing Canaan Creative Information Technology Co., Ltd. ("Avalon") for the purchase of Avalon 6 Bitcoin Servers on credit terms, approving the use of space for hosting of additional Avalon 6 Bitcoin Servers owned by Avalon, and authorizing AQH to serve as an authorized, non-exclusive end-user reseller of all of Avalon's products for a 24-month period starting on October 1, 2015, (the "Financing Motion") and the Declaration of Matthew J. Olson in support thereof, and good cause appearing:

**IT IS ORDERED** that:

1. The application is approved;

/ / /

/ / /

2. The redaction of the unit price, the total price paid, the total number of units purchased, the total amount of electricity used by AQH, the computational power of the servers operated by AQH, the projected number of systems AQH anticipates will be sold, and the profit per machine in the Financing Motion and supporting pleadings and exhibits from public record and the Debtor is authorized to file redacted versions of the Financing Motion and supporting pleadings.

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers.  B.L.R. 9022-1(b).