1  MACDONALD | FERNANDEZ LLP
   IAIN A. MACDONALD (SBN 051073)
2  RENO F.R. FERNANDEZ III (SBN 251934)
   MATTHEW J. OLSON (SBN 265908)
3  221 Sansome Street, Third Floor
   San Francisco, CA 94104
4  Telephone: (415) 362-0449
   Facsimile: (415) 394-5544
5
6  Attorneys for Debtor in Possession,
   AQH, LLC
7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | In re                              | Case No. 15-50553-SLJ-11

11 | AQH, LLC,                          | Chapter 11

12 |                    Debtor.         | NOTICE OF HEARING ON FINAL
                                        | APPROVAL OF MOTION TO APPROVE
13 |                                    | DEBTOR IN POSSESSION FINANCING,
                                        | USE OF SPACE FOR THIRD-PARTY
14 |                                    | HOSTING, AND RESALE CONTRACT

15 |                                    | Final Hearing:

16 |                                    | Date:  November 4, 2015
                                        | Time:  2:00 p.m.
17 |                                    | Place: Courtroom 3099
                                        |        280 South First Street
18 |                                    |        San Jose, California

19 |                                    | Honorable Steven L. Johnson

20

21         NOTICE IS HEREBY GIVEN that a hearing on giving final approval on the motion of

22 AQH, LLC, Debtor-in-Possession herein, for an order approving its agreement with Beijing Canaan

23 Creative Information Technology Co., Ltd. ("Avalon") for the purchase of Avalon 6 Bitcoin Servers

24 on credit term and authorizing AQH to serve as an authorized, non-exclusive end-user reseller of all

25 of Avalon's products for a 24-month period starting on October 1, 2015, but not approving the use of

26 space for hosting of additional Avalon 6 Bitcoin Servers owned by Avalon (the "Motion") will be

27 held on November 4, 2015, at 2:00 p.m., or as soon thereafter as the matter may be heard, before the

28 Honorable Steven L. Johnson, United States Bankruptcy Judge, at 280 South First Street, Courtroom

                                                                                            1

1 | 3099, San Jose, California.

2 |      NOTICE IS FURTHER GIVEN that any objection to final approval of the Motion shall be

3 | filed by November 1, 2015.

4 | DATED: October 22, 2015             MACDONALD | FERNANDEZ LLP

6 | By: /s/ Matthew J. Olson
          Matthew J. Olson

7 |           Attorneys for Debtor in Possession,
          AQH, LLC

2