MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

               Debtor.

Case No. 15-50553-11-ASW

Chapter 11

CERTIFICATE OF SERVICE

Date: November 4, 2015
Time: 2:00 p.m.
Place: Courtroom 3099
       280 South First Street
       San Jose, California

Honorable Steven L. Johnson

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:

1. NOTICE OF HEARING ON FINAL APPROVAL OF MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

Upon the following persons and/or entities identified below:

| Attorneys for Andrew L. Faris | Attorneys for Riverbank Local Redevelopment Authority | Attorneys for Fortis Advisors, LLC |
|---|---|---|
| Cheryl C. Rouse | Churchwell White LLP | Diemer, Whitman & Cardosi, LLP |
| Law Offices of Rouse & Bahlert | Karl A. Schweikert | 75 E. Santa Clara Street, # 290 |
| 345 Franklin Street | 1414 K Street, 3rd Floor | San Jose, CA 95113 |
| San Francisco, California 94102 | Sacramento, CA 95814 | |
| (Also Included in 20 Largest) | (Also Included in 20 Largest) | |

1

| | | |
|---|---|---|
| Attorneys for Fortis Advisors/Future Electronics<br>E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North Saint Paul Street,<br>Suite 4150<br>Dallas, TX 75201 | Attorneys for Emergent Systems Exchange<br>Oppenheimer Wolff & Donnelly LLP<br>Attn: David B. Galle<br>Campbell Mithun Tower- Suite 2000<br>222 South Ninth Street<br>Minneapolis, MN 55402-3338<br>(Also Included in 20 Largest) | Office of the United States Trustee<br>Attn: Shining Hsu<br>U.S. Federal Bldg.<br>280 S. 1st St., #268<br>San Jose, CA 95113-3004 |
| Attorneys for Tatiana Korolshteyn and Lucile Darnell<br>Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 | Attorneys for Access Electric<br>William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826<br>(Also Included in 20 Largest) | |

And upon the 20 Largest Unsecured Claims:

| | | |
|---|---|---|
| A&A Portables<br>Attn: Officer, Managing, General Agent<br>201 Roscoe Road<br>Modesto, CA 95357 | Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA95350 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116 | Collins Electric<br>Attn: Officer, Managing, General Agent<br>3412 Metro Drive<br>Stockton, CA 95215 | CrimeTek Security<br>Attn: Officer, Managing, General Agent<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 |
| David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232 | DHL Global Forwarding<br>Attn: Officer, Managing, General Agent<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Elisa Research<br>Attn: Officer, Managing, General Agent<br>48834 Kato Road, Suite 101-A<br>Fremont, CA 94538 |
| I Guard<br>Attn: Officer, Managing, General Agent<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307 | Lionakis<br>Attn: Officer, Managing, General Agent<br>915 13th Street<br>Modesto, CA 95354 |
| New Concept Fleet Management<br>Attn: Officer, Managing, General Agent<br>9096 Elkmont Way<br>Elk Grove, CA 95624 | Platt Electric<br>Attn: Officer, Managing, General Agent<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005 | PLN Architects<br>Attn: Officer, Managing, General Agent<br>1720 G Street<br>Modesto, CA 95354 |
| Southland Electrical Supply<br>Attn: Officer, Managing, General Agent<br>147 North Main Street<br>Burlington, NC 27216 | State of California<br>Employment Development Dept<br>Bankruptcy Special Procedure Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061 |

| | | |
|---|---|---|
| 1 | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 | W.W. Grainger, Inc.<br>Attn: Officer, Managing,<br>  General Agent<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201 |

As follows:

  x    (By First Class U.S. Mail)  By causing a true copy of said document(s), enclosed in a sealed envelope addressed as below and with postage thereon fully prepaid, to be placed in United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made and that the foregoing is true and correct.

EXECUTED:  October 22, 2015          /s/ Brenda S. Johnson
                                                     BRENDA S. JOHNSON