MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Date:   November 5, 2015<br>Time:  10:00 a.m.<br>Place:  Courtroom 3099<br>        280 South First Street<br>        San Jose, California<br><br>        Hon. Stephen L. Johnson |

     I, the undersigned, state that I am a citizen of the United States of America and employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California  94104-2323.

     On the date hereof, I served the following documents:

    1.  STATUS CONFERENCE STATEMENT

Upon the following persons and entities below:

Office of the United States Trustee
Attn: Shining Hsu
U.S. Federal Bldg.
280 S. 1st St., #268
San Jose, CA 95113-3004
///

Cheryl C. Rouse
Law Offices of Rouse & Bahlert
345 Franklin Street
San Francisco, California 94102

1

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

William L. Porter
Porter Law Group, Inc.
7801 Folsom Boulevard, Suite 101
Sacramento, CA 95826

Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street, # 290
San Jose, CA 95113

E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North Saint Paul Street, Suite 4150
Dallas, TX 75201

As follows:

[ ] By Personal Service. By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

[X] By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

[ ] By Certified U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

[ ] By Federal Express. By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

[ ] By Facsimile. By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

[ ] By Email Transmission. By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made and that the foregoing is true and correct.

EXECUTED: October 29, 2015

/s/ Samantha G. Brown
_____
SAMANTHA G. BROWN

2