MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 15-50553-SLJ-11 |
| AQH, LLC | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE |
| | Final Hearing:<br>Date: November 4, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 3099<br>280 South First Street<br>San Jose, California |
| | Honorable Steven L. Johnson |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On **November 4, 2015**, I served the following document:
1. FINAL ORDER GRANTING IN PART AND DENYING IN PART MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

Upon the following persons and/or entities:

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Shining J. Hsu<br>Shining.Hsu@usdoj.gov | Attorneys for Fortis Advisors/Future Electronics<br>E.P. Keiffer<br>pkeiffer@wgblawfirm.com |
| Attorneys for Andrew L. Faris<br>Cheryl C. Rouse<br>rblaw@ix.netcom.com | Attorneys for Christopher Kilday<br>James C. Bridgman<br>jbridgman@aspelinbridgman.com |

1

As follows:

| X | By Email Transmission. By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

AND on **November 20, 2015**, I served the following document:
1. FINAL ORDER GRANTING IN PART AND DENYING IN PART MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT

Upon the following persons and/or entities:

Aspelin & Brigman LLP
Attn: James C. Bridgman
220 Montgomery St., Ste. 1009
San Francisco, CA 94104

As follows:

| X | By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: November 20, 2015     /s/ Matthew J. Olson
                                MATTHEW J. OLSON