MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

The following constitutes
the order of the court. Signed November 24, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>AQH, LLC<br><br>          Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>FINAL ORDER GRANTING IN PART AND DENYING IN PART MOTION TO APPROVE DEBTOR IN POSSESSION FINANCING, USE OF SPACE FOR THIRD-PARTY HOSTING, AND RESALE CONTRACT<br><br>Final Hearing:<br>Date:  November 4, 2015<br>Time:  2:00 p.m.<br>Place:  Courtroom 3099<br>          280 South First Street<br>          San Jose, California<br><br>          Honorable Steven L. Johnson |

      The motion of AQH, LLC, Debtor-in-Possession herein, for an final order approving its agreement with Beijing Canaan Creative Information Technology Co., Ltd. ("Avalon") for the purchase of Avalon 6 Bitcoin Servers on credit terms, approving the use of space for hosting of additional Avalon 6 Bitcoin Servers owned by Avalon, and authorizing AQH to serve as an authorized, non-exclusive end-user reseller of all of Avalon's products for a 24-month period starting on October 1, 2015, (the "Motion") came on for a continued hearing at 2:00 p.m. on November 4, 2015. Matthew J. Olson of Macdonald Fernandez LLP appeared for AQH, LLC, Debtor in Possession herein; Cheryl C. Rouse of Rouse & Bahlert appeared for ANDREW L.

FARIS; E. Paul Keiffer of Wright Ginsberg Brusilow, P.C. appeared for FORTIS ADVISORS LLC, as Collateral Agent for the Ratable Benefit of the Lenders Under Certain Transaction Documents as Defined in the Cointerra, Inc. Security and Pledge Agreement and Other Applicable Transaction Documents, and FUTURE ELECTRONICS CORPORATION; James C. Bridgman appeared for CHRISTOPHER KILDAY, and Shining J. Hsu appeared for TRACY HOPE DAVIS, United States Trustee.

The Court, having reviewed the Motion and evidence submitted in connection therewith (including the supplemental declaration of Sean Walsh), having considered the opposition to the Motion, having heard the arguments and representations of counsel, finding that notice was proper under the circumstances, for the reasons stated orally on the record and good cause appearing,

IT IS ORDERED that:

1. The motion is granted in part and denied in part, as set forth below;

2. The motion is denied as to Paragraph 3 of the Agreement (offered as Exhibit 1 to the Declaration of Sean Walsh, Doc. No. 126-1) dealing with server hosting;

3. The motion is otherwise granted and the Debtor is authorized to enter into the Agreement, except for Paragraph 3 of the Agreement; and

4. Avalon is granted a first-priority purchase-money lien against all of the assets purchased from Avalon pursuant to the Agreement.

APPROVED AS TO FORM:

LAW OFFICES OF ROUSE & BAHLERT


By: /s/ Cheryl C. Rouse
    Cheryl C. Rouse
    Attorneys for ANDREW L. FARIS


WRIGHT GINSBERG BRUSILOW, P.C.


By: /s/ E. Paul Keiffer
    E. Paul Keiffer
    Attorneys for FORTIS ADVISORS LLC, as Collateral Agent for
    the Ratable Benefit of the Lenders Under Certain Transaction
    Documents as Defined in the Cointerra, Inc. Security and Pledge
    Agreement and Other Applicable Transaction Documents, and
    FUTURE ELECTRONICS CORPORATION

ASPELIN & BRIDGMAN LLP

By: [Not signed.]
    James C. Bridgman
    Attorneys for CHRISTOPHER KILDAY

TRACY HOPE DAVIS
United States Trustee

By: /s/ Shining J. Hsu
    Shining J. Hsu
    Attorney for TRACY HOPE DAVIS, United States Trustee

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).

4

Case: 15-50553    Doc# 148    Filed: 11/24/15    Entered: 11/24/15 10:10:17    Page 4 of 4