# UNITED STATES BANKRUPTCY COURT

Northern District of California (San Jose)

In re AQH, LLC ,
*Debtor*

Case No. 15-50553

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: 10/1-10/31/15 Date filed: 02/19/2015

Line of Business: Bitcoin trans. process & infrastructure NAISC Code: 522320

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Chris Cunningham
Original Signature of Responsible Party

Chris Cunningham
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 127,682.60

**SUMMARY OF CASH ON HAND**

| | |
|---|---|
| Cash on Hand at Start of Month | $ 52,835.93 |
| Cash on Hand at End of Month | $ 47,095.36 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ 47,095.36 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 133,423.17

*(Exhibit C)*

## CASH PROFIT

| | |
|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ 127,682.60 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ 133,423.17 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ -5,740.57 |

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 150,191.53

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 9,615.38

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 6

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 13,746.03

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 1,516,947.00 | $ 1,404,171.00 | $ 112,776.00 |
| EXPENSES | $ 1,559,952.00 | $ 1,337,511.00 | $ 222,441.00 |
| CASH PROFIT | $ -43,005.00 | $ 66,660.00 | $ 109,665.00 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 431,444.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 383,333.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 48,111.00 |

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Case: 15-50553 Doc# 149 Filed: 11/24/15 Entered: 11/24/15 11:22:00 Page 4 of 33

# EXHIBIT A - Taxes

# AQH LLC
## Exhibit A - Taxes

***October 1 through October 31, 2015***

Pre-Petition Past Due Tax Returns:

none

Pre-Petition Past Due Tax Obligations:

Debtor was billed in June 2015 by EDD for 2014 payroll tax returns in the amount of $10,964.03.

Debtor was billed in November 2015 by IRS for 2014 payroll tax taxes, penalties and interest in the amount of $33,061.41

Post-Petition Past Due Tax Returns:

none

Post-Petition Past Due Tax Obligations:

none

# EXHIBIT B - Income

# AQH LLC
# Exhibit B - Income

***October 1 through October 31, 2015***

| Date | Transaction Type | Amount |
|---|---|---|
| 10/02/2015 | Deposit | 13,193.61 |
| 10/06/2015 | Deposit | 11,427.13 |
| 10/08/2015 | Deposit | 12,723.80 |
| 10/14/2015 | Deposit | 16,345.70 |
| 10/14/2015 | Deposit | 9,784.37 |
| 10/15/2015 | Deposit | 9,338.45 |
| 10/19/2015 | Deposit | 4,813.67 |
| 10/19/2015 | Deposit | 3,141.19 |
| 10/20/2015 | Deposit | 3,784.89 |
| 10/20/2015 | Deposit | 3,175.17 |
| 10/21/2015 | Deposit | 5,378.67 |
| 10/26/2015 | Deposit | 10,941.88 |
| 10/27/2015 | Deposit | 13,978.01 |
| 10/30/2015 | Deposit | 9,656.06 |
| | | **$ 127,682.60** |

# EXHIBIT C - Expenses

# AQH LLC
# Exhibit C  Expenses

***October 1 through October 31, 2015***

| Date | Ref No. | Name | Description | Amount |
|---|---|---|---|---|
| 10/01/2015 | 4251 | Riverbank LRA | October 2015 Rent | 20,915.00 |
| 10/01/2015 | EFT | Plug & Play | Rent | 474.50 |
| 10/01/2015 | EFT | Valley Oak Apartments | Rent | 1,347.11 |
| 10/01/2015 | | Intuit | Office Expenses | 48.00 |
| 10/01/2015 | | Amazon | Office Expenses | 20.19 |
| 10/01/2015 | | RingCentral | Utilities | 23.44 |
| 10/01/2015 | | Amazon | Office Expenses | 70.37 |
| 10/01/2015 | | Riverbank Perkos Cafe | Meals | 26.48 |
| 10/01/2015 | | Amazon | Office Expenses | 17.95 |
| 10/01/2015 | DCMonthly | eMaint Enterprises, LLC | Office Expenses | 70.00 |
| 10/02/2015 | | Shopify | Website Management | 29.00 |
| 10/05/2015 | | Google | Office Expenses | 72.16 |
| 10/5/2015 | | IRS | Payroll Taxes | 2,944.56 |
| 10/5/2015 | | CA EDD | Payroll Taxes | 612.80 |
| 10/06/2015 | | Air BnB | Travel | 214.00 |
| 10/06/2015 | | Frontier | Travel | 270.75 |
| 10/06/2015 | | Expedia | Travel | 337.10 |
| 10/08/2015 | | Amazon | Office Expenses | 9.99 |
| 10/12/2015 | 4262 | Modesto Irrigation District | Utilities | 79.61 |
| 10/12/2015 | 9/22/15 | Home Depot | Job Materials | 54.85 |
| 10/12/2015 | 9/28/15 | Home Depot | Job Materials | 105.29 |
| 10/12/2015 | 10/1/15 | Amazon | Office Expenses | 42.45 |
| 10/12/2015 | 17078704 | Fry's Electronics | Office Expenses | 48.99 |
| 10/12/2015 | 10/8/15 | Home Depot | Job Materials | 192.66 |
| 10/12/2015 | 10/8/15 | Target | Office Expenses | 23.88 |
| 10/12/2015 | 10/8/15 | HSC Electronic Supply | Office Expenses | 11.83 |
| 10/13/2015 | 4263 | Gilton Solid Waste | Utilities | 99.72 |
| 10/13/2015 | 4264 | Riverbank LRA | Invoice 2359 Payment | 66.95 |
| 10/13/2015 | EFT | Ayera Technologies, Inc. | Utilities | 314.00 |
| 10/14/2015 | DC | RingCentral | Utilities | 3.26 |
| 10/14/2015 | 10/14/15 | Home Depot | Job Materials | 61.72 |
| 10/15/2015 | 4265 | Andy Faris | Interest Expense | 2,583.33 |
| 10/15/2015 | 4272 | Tomas Bautista | Subcontractor | 3,030.00 |
| 10/15/2015 | 4274 | Riverbank LRA | August Electricity | 70,277.96 |
| 10/15/2015 | 4267 | George Conklin | Payroll | 930.85 |
| 10/15/2015 | 4268 | Phillip M. Gilliam | Payroll | 852.09 |
| 10/15/2015 | 4270 | Nicholas Sewak | Payroll | 495.20 |
| 10/15/2015 | 4266 | Jason L. Brown | Payroll | 1,017.61 |
| 10/15/2015 | 4271 | Sean Walsh | Payroll | 6,071.69 |
| 10/15/2015 | 4269 | Brian Gleeson | Payroll | 934.23 |
| 10/15/2015 | CACER40193 | Fastenal | Job Materials | 146.22 |
| 10/15/2015 | | Home Depot | Job Materials | 37.52 |
| 10/15/2015 | 10/15/15 | Fry's Electronics | Office Expenses | 300.33 |
| 10/19/2015 | | Droplr Pro | Office Expenses | 4.99 |
| 10/20/2015 | | IRS | Payroll Taxes | 2,991.89 |
| 10/20/2015 | | CA EDD | Payroll Taxes | 105.65 |
| 10/21/2015 | 4276 | Just Bookkeeping | September Bookkeeping Services | 4,392.78 |
| 10/21/2015 | 4275 | CNA | Insurance | 1,813.03 |
| 10/22/2015 | 10/22/15 | Pacific Bolt | Office Expenses | 14.42 |
| 10/22/2015 | | Alhambra Water | Office Expenses | 104.43 |
| 10/26/2015 | 8898923 EFT | BaseCamp | Office Expenses | 20.00 |
| 10/26/2015 | 10/26/15 | Home Depot | Job Materials | 59.58 |
| 10/26/2015 | | Twitter | Advertising | 19.48 |
| 10/27/2015 | 10/27/15 | Pacific Bolt | Office Expenses | 19.37 |

# AQH LLC
# Exhibit C Expenses

***October 1 through October 31, 2015***

| Date | Ref No. | Name | Description | Amount |
|---|---|---|---|---|
| 10/27/2015 | 1247181634 | Grainger | Supplies | 513.50 |
| 10/28/2015 | 4277 | United States Trustee | Trustee Fee | 4,875.00 |
| 10/28/2015 | | Intuit | Office Expenses | 39.95 |
| 10/29/2015 | 4280 | Campbell Express | Office Expenses | 90.00 |
| 10/29/2015 | 4278 | Tomas Bautista | Subcontractor | 2,970.00 |
| 10/29/2015 | 10/29/15 | Home Depot | Job Materials | 40.97 |
| 10/29/2015 | 10/28/15 | Home Depot | Job Materials | 72.42 |
| 10/30/2015 | | Fremont Bank | Bank Charges | 6.00 |
| 10/30/2015 | | CA EDD | Payroll Taxes | 693.96 |
| 10/31/2015 | EFT | Valley Oak Apartments | Rent | 1,347.11 |
| 10/31/2015 | | Plug & Play | Rent | 450.00 |
| 10/31/2015 | | Fremont Bank | Bank Charges, net credits | 99.00 |
| | | | | 136,029.17 |
| adjustment for 9/15/15 bank transfer included in expense total on 9-30-15 MOR | | | | -2,606.00 |
| | | | | $ 133,423.17 |

# EXHIBIT D - Unpaid Bills

## AQH LLC
### Exhibit D - Unpaid Bills

***for the month ended October 31, 2015***

| payee | description | | total |
|---|---|---|---|
| BTC Media LLC | *Advertising services* | $ | 2,000.00 |
| Daron McDaniel | *Consultant* | | 8,000.00 |
| Gilton Solid Waste | *Utilities* | | 99.72 |
| HCS Engineering, Inc | *Engineering* | | 2,800.00 |
| Just Bookkeeping | *Bookkeeping, October 2015* | | 3,181.60 |
| Riverbank LRA | *Electricity expenses, September 2015* | | 63,334.03 |
| Riverbank LRA | *Electricity expense, October 2015* | | 60,255.44 |
| Sean Walsh | *Reimbursement for supplies and expenses* | | 8,520.74 |
| Yan Ebyam | *Subcontrator* | | 2,000.00 |
| | | $ | 150,191.53 |

# EXHIBIT E - Accounts Receivable

# AQH LLC
## Exhibit E - Money Owed To You

***for the month ended October 31, 2015***

Coinbase was holding $9,615.38 which was transferred to the DIP account 11/3/2015.

The Debtor generated 1.00 bitcoins during this period that was not reduced to cash as of October 31, 2015.

# EXHIBIT F -
# Bank Statements and Reconciliaitons

# AQH LLC
## Reconciliation Report
### Fremont Bank -9730, Period Ending 10/31/2015

Reconciled on: 11/16/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Anita Moreci

### Summary

| | |
|---|---|
| Statement Beginning Balance | -94.00 |
| Checks and Payments cleared | -6.00 |
| Deposits and Other Credits cleared | +2,606.00 |
| Statement Ending Balance | 2,506.00 |
| Register Balance as of 10/31/2015 | 2,506.00 |

### Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 10/30/2015 | Check | | Fremont Bank | -6.00 |
| Total | | | | -6.00 |

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 09/15/2015 | Transfer | | | 2,606.00 |
| Total | | | | 2,606.00 |



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 10/30/2015 | [redacted]9730 |

149.198217.FB10302015.DDA.D11

AQH LLC
DBA AQUIFER LLC
BASIC BUSINESS CHECKING
440 NORTH WOLFE ROAD #243
SUNNYVALE CA 94085

TAKE OWNERSHIP
of your
WEALTH
FREMONT BANK
WEALTH MANAGEMENT SERVICES

To learn more about Estate Planning, contact us for your personal financial evaluation

(800) 359-2265

ASK FOR OUR WEALTH MANAGEMENT DEPARTMENT

**BUSINESS SMALL CHECKING ACCOUNT [redacted]9730**

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 2,512.00 | (0) $ 0.00 | (1) $ 6.00 | $ 2,506.00 |
| **Minimum Balance** | | | **Average Balance** |
| $ 2,506.00 | | | $ 2,511.80 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 09/30 | 2,512.00 |
| BOB Transfer Fee | -6.00 | 10/30 | 2,506.00 |
| BALANCE THIS STATEMENT | | 10/30 | 2,506.00 |

# AQH LLC
# Reconciliation Report
### Fremont DIP Savings (7604), Period Ending 10/31/2015
Reconciled on: 11/16/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Anita Moreci

## Summary

| | |
|---|---|
| Statement Beginning Balance | 75.00 |
| Checks and Payments cleared | -5.00 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | 70.00 |
| Register Balance as of 10/31/2015 | 70.00 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 10/31/2015 | Expense | | Fremont Bank | -5.00 |
| Total | | | | -5.00 |



FREMONT BANK
Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 10/31/2015 | [redacted]7604 |

32.198219.FB10312015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE SAVINGS
440 NORTH WOLFE ROAD #243
SUNNYVALE CA 94085

TAKE OWNERSHIP
of your
WEALTH
FREMONT BANK
WEALTH MANAGEMENT SERVICES

*To learn more about Estate Planning, contact us for your personal financial evaluation*

**(800) 359-2265**

ASK FOR OUR **WEALTH MANAGEMENT DEPARTMENT**

## BUS SAVINGS ACCOUNT [redacted]7604

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 75.00 | (0) $ 0.00 | (1) $ 5.00 | $ 70.00 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 09/30 | 75.00 |
| SERVICE CHARGE | -5.00 | 10/31 | 70.00 |
| BALANCE THIS STATEMENT | | 10/31 | 70.00 |

### INTEREST

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 75.00 | INTEREST EARNED: | 0.00 |
| AVERAGE AVAILABLE BALANCE: | 75.00 | DAYS IN PERIOD: | 31 |
| INTEREST PAID THIS PERIOD: | 0.00 | ANNUAL PERCENTAGE YIELD EARNED: | 0.00% |

### ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD

| | |
|---|---|
| MAINTENANCE: | 5.00 |

Member FDIC
EQUAL HOUSING LENDER

# AQH LLC
# Reconciliation Report
### Fremont DIP Oper Check (9838), Period Ending 10/31/2015
Reconciled on: 11/03/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Anita Moreci

## Summary

| | |
|---|---|
| Statement Beginning Balance | 56,962.66 |
| Checks and Payments cleared | -154,577.03 |
| Deposits and Other Credits cleared | +130,457.22 |
| Statement Ending Balance | 32,842.85 |
| Uncleared transactions as of 10/31/2015 | -8,401.52 |
| Register Balance as of 10/31/2015 | 24,441.33 |
| Uncleared transactions after 10/31/2015 | -11,249.92 |
| Register Balance as of 11/03/2015 | 13,191.41 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 07/15/2015 | Paycheck | 4261 | Sean Walsh | -5,801.82 |
| 09/29/2015 | Bill Payment | 4250 | Maleko Staffing | -1,746.62 |
| 09/30/2015 | Paycheck | 4254 | Phillip M. Gilliam | -782.93 |
| 09/30/2015 | Paycheck | 4256 | Nicholas Sewak | -459.57 |
| 09/30/2015 | Paycheck | 4257 | Sean Walsh | -5,811.92 |
| 09/30/2015 | Paycheck | 4255 | Brian Gleeson | -952.98 |
| 09/30/2015 | Paycheck | 4253 | George Conklin | -930.85 |
| 09/30/2015 | Paycheck | 4252 | Jason L. Brown | -980.56 |
| 09/30/2015 | Bill Payment | 4258 | Yan Ebyam | -3,500.00 |
| 09/30/2015 | Bill Payment | 4259 | Tomas Bautista | -2,640.00 |
| 09/30/2015 | Check | 4260 | Tomas Bautista | -167.39 |
| 10/01/2015 | Bill Payment | 4251 | Riverbank LRA | -20,915.00 |
| 10/01/2015 | Expense | EFT | Plug & Play | -474.50 |
| 10/01/2015 | Expense | EFT | Valley Oak Apartments | -1,347.11 |
| 10/01/2015 | Expense | | Intuit | -48.00 |
| 10/01/2015 | Expense | | Amazon | -20.19 |
| 10/01/2015 | Expense | | RingCentral | -23.44 |
| 10/01/2015 | Expense | | Amazon | -70.37 |
| 10/01/2015 | Expense | | Riverbank Perkos Cafe | -26.48 |
| 10/01/2015 | Expense | | Amazon | -17.95 |
| 10/01/2015 | Expense | DC-Monthly | eMaint Enterprises, LLC | -70.00 |
| 10/02/2015 | Expense | | Shopify | -29.00 |
| 10/05/2015 | Tax Payment | | IRS | -2,944.56 |
| 10/05/2015 | Tax Payment | | CA EDD | -612.80 |
| 10/05/2015 | Expense | | Google | -72.16 |
| 10/06/2015 | Expense | | Air BnB | -214.00 |
| 10/06/2015 | Expense | | Frontier | -270.75 |
| 10/06/2015 | Expense | | Expedia | -337.10 |
| 10/08/2015 | Expense | | Amazon | -9.99 |
| 10/12/2015 | Bill Payment | 4262 | Modesto Irrigation District | -79.61 |
| 10/13/2015 | Bill Payment | 4263 | Gilton Waste Management | -99.72 |
| 10/13/2015 | Expense | EFT | Ayera Technologies, Inc. | -314.00 |
| 10/14/2015 | Expense | DC | RingCentral | -3.26 |
| 10/15/2015 | Check | 4265 | Andy Faris | -2,583.33 |
| 10/15/2015 | Bill Payment | 4272 | Tomas Bautista | -3,030.00 |
| 10/15/2015 | Paycheck | 4267 | George Conklin | -930.85 |

| | | | | |
|---|---|---|---|---|
| 10/15/2015 | Paycheck | 4268 | Phillip M. Gilliam | -852.09 |
| 10/15/2015 | Paycheck | 4270 | Nicholas Sewak | -495.20 |
| 10/15/2015 | Paycheck | 4266 | Jason L. Brown | -1,017.61 |
| 10/15/2015 | Paycheck | 4271 | Sean Walsh | -6,071.69 |
| 10/15/2015 | Paycheck | 4269 | Brian Gleeson | -934.23 |
| 10/15/2015 | Check | 4273 | Tomas Bautista | -479.95 |
| 10/15/2015 | Bill Payment | 4274 | Riverbank LRA | -70,277.96 |
| 10/15/2015 | Expense | CACER40193 | Fastenal | -146.22 |
| 10/19/2015 | Expense | | Droplr Pro | -4.99 |
| 10/20/2015 | Tax Payment | | IRS | -2,991.89 |
| 10/20/2015 | Tax Payment | | CA EDD | -105.65 |
| 10/21/2015 | Bill Payment | 4276 | Just Bookkeeping | -4,392.78 |
| 10/21/2015 | Bill Payment | 4275 | CNA | -1,813.03 |
| 10/22/2015 | Expense | | Alhambra Water | -104.43 |
| 10/26/2015 | Expense | 8898923 EFT | BaseCamp | -20.00 |
| 10/26/2015 | Expense | | Twitter | -19.48 |
| 10/27/2015 | Deposit | | Wire Transfer | -4,000.00 |
| 10/28/2015 | Expense | | Intuit | -39.95 |
| 10/30/2015 | Tax Payment | | CA EDD | -693.96 |
| 10/31/2015 | Expense | EFT | Valley Oak Apartments | -1,347.11 |
| 10/31/2015 | Expense | | Plug & Play | -450.00 |
| Total | | | | -154,577.03 |

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 10/08/2015 | Deposit | | Wire Transfer | 3,201.61 |
| 10/13/2015 | Deposit | | Wire Transfer | 21,493.95 |
| 10/19/2015 | Expense | | Wire Transfer | 70,277.96 |
| 10/20/2015 | Deposit | | Wire Transfer | 6,328.06 |
| 10/27/2015 | Expense | | Wire Transfer | 29,155.64 |
| Total | | | | 130,457.22 |

## Additional Information

Uncleared Checks and Payments as of 10/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 10/13/2015 | Bill Payment | 4264 | Riverbank LRA | -66.95 |
| 10/28/2015 | Bill Payment | 4277 | United States Trustee | -4,875.00 |
| 10/29/2015 | Bill Payment | 4278 | Tomas Bautista | -2,970.00 |
| 10/29/2015 | Check | 4279 | Tomas Bautista | -399.57 |
| 10/29/2015 | Check | 4280 | Campbell Express | -90.00 |
| Total | | | | -8,401.52 |

Uncleared Checks and Payments after 10/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 11/02/2015 | Expense | | Frontier | -312.91 |
| 11/02/2015 | Expense | EFT | Google | -75.00 |
| 11/02/2015 | Expense | | Intuit | -60.00 |
| 11/02/2015 | Paycheck | 4282 | George Conklin | -1,152.10 |
| 11/02/2015 | Paycheck | 4283 | Phillip M. Gilliam | -852.10 |
| 11/02/2015 | Paycheck | 4284 | Brian Gleeson | -943.60 |
| 11/02/2015 | Paycheck | 4285 | Nicholas Sewak | -464.03 |
| 11/02/2015 | Paycheck | 4281 | Jason L. Brown | -1,017.64 |
| 11/02/2015 | Bill Payment | 4286 | Yan Ebyam | -1,500.00 |
| 11/02/2015 | Paycheck | 4287 | Sean Walsh | -4,685.44 |

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 11/02/2015 | Expense | | Twitter | -25.75 |
| 11/02/2015 | Expense | | Twitter | -53.28 |
| 11/02/2015 | Expense | | RingCentral | -29.07 |
| 11/02/2015 | Expense | | Shopify | -29.00 |
| 11/02/2015 | Expense | | Zoho | -50.00 |
| 11/03/2015 | Bill Payment | 4288 | Riverbank LRA | -20,915.00 |
| 11/03/2015 | Bill Payment | 4289 | HCS Engineering, Inc. | -2,800.00 |
| 11/03/2015 | Bill Payment | 4290 | Tomas Bautista | -1,560.00 |
| 11/03/2015 | Check | 4291 | Tomas Bautista | -764.71 |
| Total | | | | -37,289.63 |

Uncleared Deposits and Other Credits after 10/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 11/02/2015 | Expense | | Wire Transfer | 26,039.71 |
| Total | | | | 26,039.71 |

**STATEMENT DATE** 10/30/2015

**ACCOUNT NUMBER** [redacted]9838

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

93.198214.FB10302015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP OPERATING CHECKING
440 NORTH WOLFE ROAD #243
SUNNYVALE CA 94085

TAKE OWNERSHIP
of your
WEALTH
FREMONT BANK
WEALTH MANAGEMENT SERVICES

*To learn more about Estate Planning, contact us for your personal financial evaluation*

**(800) 359-2265**

ASK FOR OUR **WEALTH MANAGEMENT DEPARTMENT**

## BUSINESS SMALL CHECKING ACCOUNT [redacted]9838

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 56,962.66 | (5) $ 130,457.22 | (57) $ 154,577.03 | $ 32,842.85 |
| **Minimum Balance** | | | **Average Balance** |
| $ 21,328.29 | | | $ 49,210.00 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 09/30 | 56,962.66 |
| POS Purchase WA SEATTLE AMAZON.COM US SEQ# 000002 2000 | -17.95 | 10/01 | 56,944.71 |
| POS Purchase WA AMZN.COM/BILL AMAZON MKTPLACE S SEQ# 045238 2000 | -20.19 | 10/01 | 56,924.52 |
| POS Purchase CA 650-4724100 RINGCENTRAL, IN SEQ# 067084 0579 | -23.44 | 10/01 | 56,901.08 |
| POS Purchase CA RIVERBANK PERKOS CAFE #12 SEQ# 080740 2000 | -26.48 | 10/01 | 56,874.60 |
| POS Purchase CA 888-537-7794 INTUIT *PAYROLL SEQ# 031627 0579 | -48.00 | 10/01 | 56,826.60 |
| POS Purchase WA SEATTLE AMAZON.COM US SEQ# 241004 2000 | -70.37 | 10/01 | 56,756.23 |
| CHECK # 4250 | -1,746.62 | 10/01 | 55,009.61 |
| POS Purchase CA 877-5597866 IN *PLUG & PLAY C SEQ# 051507 4295 | -474.50 | 10/02 | 54,535.11 |
| Recur Payment IL 8887467439 SHOPIFY-CHARGE. SEQ# 055744 2000 | -29.00 | 10/02 | 54,506.11 |
| Payroll Tax 3426477 | -612.80 | 10/02 | 53,893.31 |
| VALLEY OAK APTS AUTOPAY M01064115422 | -1,347.11 | 10/02 | 52,546.20 |
| CHECK # 4252 | -980.56 | 10/02 | 51,565.64 |
| CHECK # 4255 | -952.98 | 10/02 | 50,612.66 |
| CHECK # 4257 | -5,811.92 | 10/02 | 44,800.74 |
| CHECK # 4261 | -5,801.82 | 10/02 | 38,998.92 |
| POS Purchase FL ESTERO EMAINT ENTERPRI LL SEQ# 098156 2000 | -70.00 | 10/05 | 38,928.92 |
| POS Purchase CA CC@GOOGLE.COM GOOGLE *SVCSAPP UI SEQ# 077957 2000 | -72.16 | 10/05 | 38,856.76 |
| IRS USATAXPYMT 227567866031612 | -2,944.56 | 10/05 | 35,912.20 |
| CHECK # 4253 | -930.85 | 10/05 | 34,981.35 |
| CHECK # 4254 | -782.93 | 10/05 | 34,198.42 |
| CHECK # 4256 | -459.57 | 10/05 | 33,738.85 |
| CHECK # 4259 | -2,640.00 | 10/05 | 31,098.85 |

***Continued on Next Page***

FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

STATEMENT DATE 10/30/2015

ACCOUNT NUMBER ███9838

## BUSINESS SMALL CHECKING ACCOUNT ███9838

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| CHECK # 4260 | -167.39 | 10/05 | 30,931.46 |
| POS Purchase CA 415-800-5959 AIRBNB INC SEQ# 058828 2000 | -214.00 | 10/06 | 30,717.46 |
| POS Purchase CO 720-3744390 FRONTIER AI D3Z SEQ# 004969 2000 | -270.75 | 10/06 | 30,446.71 |
| POS Purchase TX 800-932-2732 UNITED 016 15 SEQ# 039476 2000 | -337.10 | 10/06 | 30,109.61 |
| 110295237 Transfer from BUSINESS SMALL CH 11909773 on 10/08/15 at 17:44 | 3,201.61 | 10/08 | 33,311.22 |
| POS Purchase WA 866-216-1072 AMAZON DIGITAL 8 SEQ# 058880 2000 | -9.99 | 10/08 | 33,301.23 |
| CHECK # 4258 | -3,500.00 | 10/09 | 29,801.23 |
| 119140473 Transfer from BUSINESS SMALL CH 11909773 on 10/13/15 at 12:15 | 21,493.95 | 10/13 | 51,295.18 |
| POS Purchase CA 650-4724100 RINGCENTRAL, IN SEQ# 013133 4295 | -3.26 | 10/14 | 51,291.92 |
| POS Purchase CA 8882937255 AYERA SEQ# 026430 4295 | -314.00 | 10/14 | 50,977.92 |
| CHECK # 4251 | -20,915.00 | 10/14 | 30,062.92 |
| CHECK # 4262 | -79.61 | 10/15 | 29,983.31 |
| CHECK # 4265 | -2,583.33 | 10/16 | 27,399.98 |
| CHECK # 4271 | -6,071.69 | 10/16 | 21,328.29 |
| 113326983 Transfer from BUSINESS SMALL CH 11909773 on 10/19/15 at 16:42 | 70,277.96 | 10/19 | 91,606.25 |
| POS Purchase CA 209-541-0818 FASTENAL COMPAN SEQ# 092286 2000 | -146.22 | 10/19 | 91,460.03 |
| Recur Payment OR 530-559-0899 DROPLR PRO SEQ# 075030 2000 | -4.99 | 10/19 | 91,455.04 |
| Payroll Tax 3426477 | -105.65 | 10/19 | 91,349.39 |
| CHECK # 4263 | -99.72 | 10/19 | 91,249.67 |
| CHECK # 4266 | -1,017.61 | 10/19 | 90,232.06 |
| CHECK # 4269 | -934.23 | 10/19 | 89,297.83 |
| CHECK # 4270 | -495.20 | 10/19 | 88,802.63 |
| 119616568 Transfer from BUSINESS SMALL CH 11909773 on 10/20/15 at 13:11 | 6,328.06 | 10/20 | 95,130.69 |
| IRS USATAXPYMT 227569366005446 | -2,991.89 | 10/20 | 92,138.80 |
| CHECK # 4268 | -852.09 | 10/20 | 91,286.71 |
| CHECK # 4267 | -930.85 | 10/21 | 90,355.86 |
| CHECK # 4272 | -3,030.00 | 10/21 | 87,325.86 |
| CHECK # 4273 | -479.95 | 10/21 | 86,845.91 |
| POS Purchase GA 800-4928377 DS SERVICES STA D SEQ# 088435 4295 | -104.43 | 10/22 | 86,741.48 |
| CHECK # 4276 | -4,392.78 | 10/22 | 82,348.70 |
| POS Purchase CA 415-4264400 TWITTER ADVERTI SEQ# 015664 2000 | -19.48 | 10/26 | 82,329.22 |
| Recur Payment IL 312-281-5333 BC.BASECAMP 249 SEQ# 061358 2000 | -20.00 | 10/26 | 82,309.22 |
| 114838875 Transfer from BUSINESS SMALL CH 11909773 on 10/27/15 at 9:38 | 29,155.64 | 10/27 | 111,464.86 |
| 115028141 Transfer to CHECKING 11909773 on 10/27/15 at 9:57 | -4,000.00 | 10/27 | 107,464.86 |
| CHECK # 4275 | -1,813.03 | 10/27 | 105,651.83 |
| Recur Payment CA 800-286-6800 INTUIT *QB ONLI SEQ# 043463 4295 | -39.95 | 10/28 | 105,611.88 |
| CHECK # 4274 | -70,277.96 | 10/28 | 35,333.92 |
| POS Purchase CA 877-5597866 IN *PLUG & PLAY C SEQ# 055283 4295 | -450.00 | 10/29 | 34,883.92 |
| Payroll Tax 3426477 | -693.96 | 10/29 | 34,189.96 |
| VALLEY OAK APTS AUTOPAY M01064718999 | -1,347.11 | 10/29 | 32,842.85 |
| BALANCE THIS STATEMENT | | 10/30 | 32,842.85 |

## YOUR CHECKS SEQUENCED

* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/01 | 4250 | 1,746.62 | 10/02 | 4255 | 952.98 | 10/05 | 4260 | 167.39 |
| 10/14 | 4251 | 20,915.00 | 10/05 | 4256 | 459.57 | 10/02 | 4261 | 5,801.82 |
| 10/02 | 4252 | 980.56 | 10/02 | 4257 | 5,811.92 | 10/15 | 4262 | 79.61 |
| 10/05 | 4253 | 930.85 | 10/09 | 4258 | 3,500.00 | 10/19 | 4263* | 99.72 |
| 10/05 | 4254 | 782.93 | 10/05 | 4259 | 2,640.00 | 10/16 | 4265 | 2,583.33 |

***Continued on Next Page***

93.198214.FB10302015.DDA.D11

 

 FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

STATEMENT DATE 10/30/2015

ACCOUNT NUMBER [redacted]9838

## YOUR CHECKS SEQUENCED

* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/19 | 4266 | 1,017.61 | 10/19 | 4270 | 495.20 | 10/28 | 4274 | 70,277.96 |
| 10/21 | 4267 | 930.85 | 10/16 | 4271 | 6,071.69 | 10/27 | 4275 | 1,813.03 |
| 10/20 | 4268 | 852.09 | 10/21 | 4272 | 3,030.00 | 10/22 | 4276 | 4,392.78 |
| 10/19 | 4269 | 934.23 | 10/21 | 4273 | 479.95 | | | |

93:198214.FB10302015.DDA.D11

**FREMONT BANK**

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 10/30/2015 | [redacted]9838 |

AQH LLC

4250 $1,746.62 10/01/2015

4251 $20,915.00 10/14/2015

4252 $980.56 10/02/2015

4253 $930.85 10/05/2015

4254 $782.93 10/05/2015

4255 $952.98 10/02/2015

4256 $459.57 10/05/2015

4257 $5,811.92 10/02/2015

4258 $3,500.00 10/09/2015

4259 $2,640.00 10/05/2015

4260 $167.39 10/05/2015

4261 $5,801.82 10/02/2015

93.FB10302015.DDA.D11

STATEMENT DATE: 10/30/2015

ACCOUNT NUMBER: [redacted]9838

AQH LLC

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4262 — 10/12/2015
Pay to the order of Modesto Irrigation District $**79.61
Seventy-nine and 61/100 DOLLARS
Modesto Irrigation District, PO Box 5355, Modesto CA 95352-5355
Memo: Acct # [redacted] 371

4262 $79.61 10/15/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4263 — 10/13/2015
Pay to the order of Gilton Waste Management $**99.72
Ninety-nine and 72/100 DOLLARS
Gilton Waste Management
Memo: Acct #000832053-00 N-000

4263 $99.72 10/19/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4265 — 10/15/2015
Pay to the order of Andy Farrs $**2,583.33
Two thousand five hundred eighty-three and 33/100 DOLLARS
Andy Fares, 4920 E. Sunnyslope Rd, Edina, MN 55424

4265 $2,583.33 10/16/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4266 — 10/15/2015
Pay to the order of Jason L. Brown $**1,017.61
One thousand seventeen and 61/100 DOLLARS
Jason L. Brown, 3100 Alpha Ct, Modesto CA 95358
Pay Period: 10/01/2015 - 10/15/2015

4266 $1,017.61 10/19/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4267 — 10/15/2015
Pay to the order of George Conklin $**930.85
Nine hundred thirty and 85/100 DOLLARS
George Conklin, 1533 Glenwood Drive, Modesto CA 95350
Pay Period: 10/01/2015 - 10/15/2015

4267 $930.85 10/21/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4268 — 10/15/2015
Pay to the order of Phillip M. Gillam $**852.09
Eight hundred fifty-two and 09/100 DOLLARS
Phillip M. Gillam, 1701 Marston Way, Modesto CA 95355
Pay Period: 10/01/2015 - 10/15/2015

4268 $852.09 10/20/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4269 — 10/15/2015
Pay to the order of Brian Gleeson $**934.23
Nine hundred thirty-four and 23/100 DOLLARS
Brian Gleeson, 1170 Cedar Creek Ct., Apt 117, Modesto CA 95355
Pay Period: 10/01/2015 - 10/15/2015

4269 $934.23 10/19/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4270 — 10/15/2015
Pay to the order of Nicholas Sowok $**495.20
Four hundred ninety-five and 20/100 DOLLARS
Nicholas Sowok, 5407 Homewood Way, Riverbank CA 95367
Pay Period: 10/01/2015 - 10/15/2015

4270 $495.20 10/19/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4271 — 10/15/2015
Pay to the order of Sean Walsh $**6,071.69
Six thousand seventy-one and 69/100 DOLLARS
Sean Walsh, 10095 Bluegate Way, Highlands Ranch CO 80130
Pay Period: 10/01/2015 - 10/15/2015

4271 $6,071.69 10/16/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4272 — 10/15/2015
Pay to the order of Tomas Bautista $**3,030.00
Three thousand thirty and 00/100 DOLLARS
Tomas Bautista, 1624 Palm Ave, Redwood City, CA 94061
Memo: 9/28-10/9 pay period 101 hours

4272 $3,030.00 10/21/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4273 — 10/15/2015
Pay to the order of Tomas Bautista $**479.95
Four hundred seventy-nine and 95/100 DOLLARS
Tomas Bautista, 1624 Palm Ave, Redwood City, CA 94061

4273 $479.95 10/21/2015

AQH LLC, 440 NORTH WOLFE RD, MS #243, SUNNYVALE, CA 94085 — FREMONT BANK — 4274 — 10/15/2015
Pay to the order of Riverbank LRA $**70,277.96
Seventy thousand two hundred seventy-seven and 96/100 DOLLARS
Riverbank LRA, 5300 Claus Rd., Suite 1, Modesto, CA 95357
Memo: August Electric Usage

4274 $70,277.96 10/28/2015

Member FDIC

EQUAL HOUSING LENDER

93.FB10302015.DDA.D11



FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

STATEMENT DATE 10/30/2015

ACCOUNT NUMBER [redacted]9838

AQH LLC

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

AQH LLC
440 NORTH WOLFE RD
MS #243
SUNNYVALE, CA 94085

FREMONT BANK

4275

10/21/2015

PAY TO THE ORDER OF CNA $ **1,813.03

One thousand eight hundred thirteen and 03/100******** DOLLARS

CNA

MEMO: October Insurance Payment Acct # 3026785340

AUTHORIZED SIGNATURE

4275 $1,813.03 10/27/2015

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

AQH LLC
440 NORTH WOLFE RD
MS #243
SUNNYVALE, CA 94085

FREMONT BANK

4276

10/21/2015

PAY TO THE ORDER OF Just Bookkeeping $ **4,392.78

Four thousand three hundred ninety-two and 78/100******** DOLLARS

Just Bookkeeping

MEMO: September Bookkeeping Services

AUTHORIZED SIGNATURE

4276 $4,392.78 10/22/2015

93.FB10302015.DDA.D11

Member FDIC

EQUAL HOUSING LENDER

# AQH LLC
# Reconciliation Report
### Fremont DIP Core Check (9773), Period Ending 10/31/2015

Reconciled on: 11/03/2015 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: Anita Moreci

## Summary

| | |
|---|---|
| Statement Beginning Balance | 18,372.91 |
| Checks and Payments cleared | -130,457.22 |
| Deposits and Other Credits cleared | +131,682.60 |
| Statement Ending Balance | 19,598.29 |
| Register Balance as of 10/31/2015 | 19,598.29 |
| Uncleared transactions after 10/31/2015 | -26,054.71 |
| Register Balance as of 11/03/2015 | -6,456.42 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 10/08/2015 | Deposit | | Wire Transfer | -3,201.61 |
| 10/13/2015 | Deposit | | Wire Transfer | -21,493.95 |
| 10/19/2015 | Expense | | Wire Transfer | -70,277.96 |
| 10/20/2015 | Deposit | | Wire Transfer | -6,328.06 |
| 10/27/2015 | Expense | | Wire Transfer | -29,155.64 |
| Total | | | | -130,457.22 |

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 10/02/2015 | Deposit | | Coinbase | 13,193.61 |
| 10/06/2015 | Deposit | | Coinbase | 11,427.13 |
| 10/08/2015 | Deposit | | Coinbase | 12,723.80 |
| 10/14/2015 | Deposit | | Coinbase | 16,345.70 |
| 10/14/2015 | Deposit | | Coinbase | 9,784.37 |
| 10/15/2015 | Deposit | | Coinbase | 9,338.45 |
| 10/19/2015 | Deposit | | Coinbase | 3,141.19 |
| 10/19/2015 | Deposit | | Coinbase | 4,813.67 |
| 10/20/2015 | Deposit | | Coinbase | 3,784.89 |
| 10/20/2015 | Deposit | | Coinbase | 3,175.17 |
| 10/21/2015 | Deposit | | Coinbase | 5,378.67 |
| 10/26/2015 | Deposit | | Coinbase | 10,941.88 |
| 10/27/2015 | Deposit | | Wire Transfer | 4,000.00 |
| 10/27/2015 | Deposit | | Coinbase | 13,978.01 |
| 10/30/2015 | Deposit | | Coinbase | 9,656.06 |
| Total | | | | 131,682.60 |

## Additional Information

Uncleared Checks and Payments after 10/31/2015

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 11/02/2015 | Expense | | Wire Transfer | -26,039.71 |
| 11/02/2015 | Expense | | Fremont Bank | -15.00 |
| Total | | | | -26,054.71 |



# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 1 of 1
STATEMENT DATE
ACCOUNT NUMBER

10/30/2015

█████9773

92.198214.FB10302015.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE CHECKING
440 NORTH WOLFE ROAD #243
SUNNYVALE CA 94085

TAKE OWNERSHIP
of your
WEALTH
FREMONT BANK
WEALTH MANAGEMENT SERVICES

*To learn more about Estate Planning, contact us for your personal financial evaluation*

**(800) 359-2265**

ASK FOR OUR **WEALTH MANAGEMENT DEPARTMENT**

## BUSINESS SMALL CHECKING ACCOUNT █████9773

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 18,372.91 | (15) $ 131,682.60 | (5) $ 130,457.22 | $ 19,598.29 |
| **Minimum Balance** | | | **Average Balance** |
| $ 4,167.31 | | | $ 32,591.41 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 09/30 | 18,372.91 |
| COINBASE.COM/BTC 8003435845 XHOY2FA3 | 13,193.61 | 10/02 | 31,566.52 |
| COINBASE.COM/BTC 8003435845 P259UO9Q | 11,427.13 | 10/06 | 42,993.65 |
| COINBASE.COM/BTC 8003435845 CHCED78J | 12,723.80 | 10/08 | 55,717.45 |
| 110295237 Transfer to CHECKING 11909838 on 10/08/15 at 17:44 | -3,201.61 | 10/08 | 52,515.84 |
| 119140473 Transfer to CHECKING 11909838 on 10/13/15 at 12:15 | -21,493.95 | 10/13 | 31,021.89 |
| COINBASE.COM/BTC 8003435845 A1AVZZGN | 9,784.37 | 10/14 | 40,806.26 |
| COINBASE.COM/BTC 8003435845 E3AVSIH6 | 16,345.70 | 10/14 | 57,151.96 |
| COINBASE.COM/BTC 8003435845 OT1SK9EW | 9,338.45 | 10/15 | 66,490.41 |
| COINBASE.COM/BTC 8003435845 31B4ZCNJ | 3,141.19 | 10/19 | 69,631.60 |
| COINBASE.COM/BTC 8003435845 8TH3E3TL | 4,813.67 | 10/19 | 74,445.27 |
| 113326983 Transfer to CHECKING 11909838 on 10/19/15 at 16:42 | -70,277.96 | 10/19 | 4,167.31 |
| COINBASE.COM/BTC 8003435845 UFTHWWK3 | 3,175.17 | 10/20 | 7,342.48 |
| COINBASE.COM/BTC 8003435845 XNRNUVH0 | 3,784.89 | 10/20 | 11,127.37 |
| 119616568 Transfer to CHECKING 11909838 on 10/20/15 at 13:11 | -6,328.06 | 10/20 | 4,799.31 |
| COINBASE.COM/BTC 8003435845 25HD6GRB | 5,378.67 | 10/21 | 10,177.98 |
| COINBASE.COM/BTC 8003435845 KIBA7SKZ | 10,941.88 | 10/26 | 21,119.86 |
| COINBASE.COM/BTC 8003435845 Y59IXXUL | 13,978.01 | 10/27 | 35,097.87 |
| 115028141 Transfer from BUSINESS SMALL CH 11909838 on 10/27/15 at 9:57 | 4,000.00 | 10/27 | 39,097.87 |
| 114838875 Transfer to CHECKING 11909838 on 10/27/15 at 9:38 | -29,155.64 | 10/27 | 9,942.23 |
| COINBASE.COM/BTC 8003435845 I4YESR76 | 9,656.06 | 10/30 | 19,598.29 |
| BALANCE THIS STATEMENT | | 10/30 | 19,598.29 |

Member
FDIC

LENDER

# EXHIBIT G - Additional Information

# AQH LLC
## Additional information

***for the month ended October 31, 2015***

**Accrual based projections:**

| | |
|---|---|
| October 2015 income per exhibit B | $ 127,682.60 |
| Receivable, 9-30-15 included in exhibit B | (13,193.61) |
| Receivable, 10-31-15 per exhibit E | 9,615.38 |
| | 124,104.37 |
| | |
| October 2015 expenses per 10-31-15 exhibit C, cash operations | 133,423.17 |
| Accrued payroll 10-31-15 paid 11-2-15 | 5,464.25 |
| Unpaid expenses, 9-30-15 included in exhibit C | (70,357.57) |
| Current month unpaid expenses, 10-31-15 included in exhibit D | 69,509.92 |
| | 138,039.77 |
| | |
| Actual profit (loss), accrual basis, 10/1-10/31/15 | $ (13,935.40) |