MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

APPLICATION TO APPROVE APPOINTMENT OF THE LAW OFFICES OF DENNIS M. SULLIVAN AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION

TO: THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:

COMES NOW AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein, which moves for authority to retain the Law Offices of Dennis M. Sullivan as special counsel for the Debtor in Possession pursuant to Bankruptcy Code Section 327, and respectfully represents:

1. The within case was commenced by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of its estate.

2. The Debtor negotiated a contract for the purchase of Avalon 6 Bitcoin Servers with Beijing Canaan Creative Information Technology Co., Ltd. ("Avalon") to begin on October 1, 2015.

3. On November 24, 2015, the Court entered a Final Order authorizing the Debtor to enter into an agreement with Avalon (*see* Doc. No. 148).

4. The Debtor wishes to employ the Law Offices of Dennis M. Sullivan as special counsel to assist with services related to the aforesaid contract, specifically the preparation of the Debtor's resales documents to set out appropriate terms and conditions with third parties who

purchase Avalon services from the Debtor. In selecting such counsel, the Debtor has made diligent and careful inquiries into the qualifications and connections of the Law Offices of Dennis M. Sullivan, and has found said attorneys to be qualified to represent it in this case by reason of their ability, integrity, and professional experience.

5. Dennis M. Sullivan will lead this engagement. Dennis M. Sullivan's qualifications are outlined in the curricula vitae attached as Exhibits "A."

6. On December 1, 2015, the Debtor entered into a fee agreement effective November 13, 2015 with Dennis M. Sullivan. A copy of the proposed agreement is attached as Exhibit "B." Mr. Sullivan's hourly rate is $525.00.

7. The Law Offices of Dennis M. Sullivan has no agreement to share compensation with any other person or entity.

8. The Law Offices of Dennis M. Sullivan and its employees have no connection with the Debtor, nor its known employees, creditors, attorneys or accountants, the United States Trustee, or any person employed with the Office of the United States Trustee, and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

9. The Law Offices of Dennis M. Sullivan does not hold a pre-petition claim against the estate. The Law Offices of Dennis M. Sullivan does not own any interest in any entity that has a claim against the estate.

10. The Law Offices of Dennis M. Sullivan understands the Debtor's obligation to pay fees and costs is subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Northern District of California and payment of such fees and costs are subject to prior court approval.

WHEREFORE, the Debtor prays for entry of an order:

1. It be authorized to employ and appoint the Law Offices of Dennis M. Sullivan as his special counsel pursuant to Bankruptcy Code Section 327 effective November 13, 2015; and

2. For such other and further relief as is proper in the premises.

///

///

DATED: December 1, 2015					MACDONALD | FERNANDEZ LLP

							By:	/s/ Matthew J. Olson
								Matthew J. Olson
								Attorneys for Debtor in Possession
								AQH, LLC

3