MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-ASW-11

Chapter 11

DECLARATION OF DENNIS M. SULLIVAN IN SUPPORT OF APPLICATION TO APPROVE APPOINTMENT OF THE LAW OFFICES OF DENNIS M. SULLIVAN AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION

I, Dennis M. Sullivan, declare:

1. I am the principal of the Law Offices of Dennis M. Sullivan. I am an attorney duly admitted to practice before this Court and the court of the state of California. I am over the age of eighteen years. The following facts are true of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

1. On November 13, 2015, I made arrangements with AQH, LLC, Debtor-in-Possession herein, to assist in the preparation of sales documents to set out the appropriate terms and conditions related to the Debtor's resale of servers purchased from Beijing Canaan Creative Information Technology Co., Ltd. ("Avalon").

2. The Law Offices of Dennis M. Sullivan has no pre-petition claim against the Debtor or the estate. After a diligent inquiry, I am not aware that any employee of the Law Offices of Dennis M. Sullivan has a claim against the Debtor or the estate, or any other economic interest.

3. I will manage this engagement on behalf of the Law Offices of Dennis M. Sullivan.

1

and supervise any other employees of the Law Offices of Dennis M. Sullivan who are assigned to this engagement. My qualifications are outlined in the curricula vitae attached hereto as Exhibit "A." A copy of the Law Offices of Dennis M. Sullivan's proposed retention agreement is filed herewith as Exhibit "B."

4. The fees charged by the Law Offices of Dennis M. Sullivan will be based on the number of hours of work performed on the matter multiplied by the specific professional's applicable hourly billing rate, which range between $75.00 and $525.00. My hourly rate is $525.00 per hour.

5. The Law Offices of Dennis M. Sullivan and I have no connection with the Debtor, nor its creditors, attorneys or accountants, the United States Trustee, or any person employed with the Office of the United States Trustee, and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

6. I understand that, notwithstanding any agreement to the contrary, the Law Offices of Dennis M. Sullivan's right to recover fees and costs are subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Northern District of California, and payment of such fees and costs are subject to prior Court approval.

7. The Law Offices of Dennis M. Sullivan has no agreement to share compensation with any other person or entity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of November, 2015, at San Francisco, California.

                                          /s/ Dennis M. Sullivan
                                          DENNIS M. SULLIVAN

# EXHIBIT A

# CURRICULUM VITAE

# DENNIS M. SULLIVAN

**Undergraduate Studies**
Bachelor of Science and Commerce Degree (Accounting/Economics): University of Santa Clara. *Honors*: Dirksen Academic Scholarship; Crown Zellerbach Academic Scholarship; Beta Gamma Sigma Scholastic Business Fraternity; Alpha Sigma Nu (Jesuit National Scholastic Honor Fraternity); Distinguished Military Graduate - United States Army Reserve; Santa Barbara Medal; Scabbard & Blade (National Scholastic Military Honor Fraternity); Biographee, Who's Who in American Colleges and Universities.

**Postgraduate Studies**
Studies in Public and Private International Law, International School of Law, The Hague, Netherlands; Juris Doctorate Degree, University of California, Hastings College of Law. *Honors*: Dean Snodgrass Scholarship for Outstanding Academic Achievement; Order of the Coif (Top 10%); Thurston Honors Society; Author and Member of Editorial Board, Hastings Law Journal.

**Professional Employment**
Senior Accountant, Boitano & Sargent, Santa Clara, California; Admitted to California and Federal Bar 1970; Active Duty, United States Army 1970 - 1971 (Captain, Military Intelligence/Armor) Trial and Defense Counsel, XVIII Airborne Corps; Deputy District Attorney, Alameda County, California 1971-1974; Admitted to United States Supreme Court (1978) and United States Tax Court (1996); Partner, Sullivan, Nakahara, DuBois & Hove, Oakland, California 1974-1980; Law Offices of Dennis M. Sullivan, San Francisco and Oakland 1980 --; Judge Pro Tem Oakland-Piedmont Municipal Court, 1978 -1982; Court Commissioner Pro Tem, Local and District Courts of Federal Republic of Germany, 1977 --; Court Arbitrator, Alameda County and San Francisco Superior Courts 1982 --; Commercial Arbitrator, American Arbitration Association 1982 --; Investigation Referee, California State Bar Court 1982-1984; Special Master and Hearing Referee, California State Bar Court 1984-1989; Executive Committee Member, International Law Section of the State Bar of California 1989-1992.

**Law Practice - Private**
General Counsel to Owner-Managed Businesses, including Corporations, Partnerships, and Limited Liability Companies; Real Estate Transactions and Litigation; Wills, Trusts and Trust litigation; International business and personal transactions and related litigation; Civil trial and Appellate Practice in State and Federal Courts

**Law Practice - Government**
Legal Advisor, Consulates General of Federal Republic of Germany, Switzerland, and Brazil (San Francisco); Past Special Counsel, Office of the Commission of the European Union (San Francisco); Currently represent and advise numerous agencies and instrumentalities of foreign governments in all aspects of public and private international law, including litigation in United States Courts.

**Recent Seminar Presentations:** "Drafting International Contracts (2003); "Foreign Bank Accounts and U.S. Tax Compliance" (February 2006); "International Currency Transactions and the Bank Secrecy Act" (May 2006); "Tax Strategies for Structuring, Growing and Selling Privately Owned Businesses" (November 2006); "Structuring the Sale of Private Companies" (October 2007); "International Estate Planning" (November 2007); "Real Estate Leasing for Non-Profits" (January 2008); "Essential Commercial Lease Terms for Tenants" (April 2008)

# EXHIBIT B

# ATTORNEY-CLIENT HOURLY FEE AGREEMENT

This Agreement is the written fee contract which California law requires lawyers to have with their clients. It is between the LAW OFFICES OF DENNIS M. SULLIVAN (hereinafter "Attorney"), and the undersigned ("Client").

The Attorney is authorized and retained to represent Client for purposes of services as needed as _____.

IT IS FURTHER AGREED:

1. That the Client shall pay the sum of $_____ as a retainer and $_____ on account for costs (Total Retainer = $_____.00).

2. That the following rates apply:
   (a) Dennis M. Sullivan at $525.00 per hour.
   (b) Collaborating Senior Attorneys at $495.00 per hour.
   (c) Associates at $275.00 per hour.
   (d) Research Associates at $75.00 per hour.
   (e) Hourly rates subject to change upon thirty (30) days' written notice to Client at the address below.

3. That the Client shall pay all costs related to the above-referenced matter, whether court or otherwise. Costs shall include (a) Automobile travel, at the rate of $1.00 (One Dollar) per mile; (b) Other travel expenses at actual cost, including but not limited to air fare, taxicab fare, meals, and lodging, incurred while representing Client. Unless otherwise approved in advance by Client, air fare for flights of less than 3 hours will be booked at the lowest coach fare reasonably available; (c) Reproduction and photocopy costs at the rate of $0.25 (25 cents) per page, or at actual cost if copying performed by outside services; (d) Other costs reasonably incurred to represent Client, including, but not limited to, postage, binders, telephone, messenger, and overnight mail.

4. That the Client shall pay all fees and costs upon billing each month within **ten (10) days** of the statement date.

DATED: _____     Client:

                                                                            By: _____

                                                                            Title: President

LAW OFFICES OF DENNIS M. SULLIVAN      **BANK**
601 California Street, 16th Floor                 CITY NATIONAL BANK
San Francisco, CA 94108                       150 California Street
Telephone: [415] 982-5454                  San Francisco, CA 94111
Facsimile: [415] 982-1732                   Route No. (BLZ): ▮▮▮▮ 6066
                                                                     SWIFT: CINAUS6L
                                                                     Account No: ▮▮▮▮ 5579

By: _____