Matthew J. Olson
MACDONALD | FERNANDEZ LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104
(415) 362-0449 Ext. 205
matt@macfern.com

ATTORNEYS FOR THE DEBTOR

E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com

Kathryn Diemer
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

ATTORNEYS FOR COLLATERAL AGENT AND FE

David B. Galle
Oppenheimer Wolff & Donnelly, LLP
222 South 9th Street
Suite 200
Minneapolis, MN 55402
DGalle@oppenheimer.com

ATTORNEYS FOR EMERGENT SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>              Debtor. | Case No. 15-50553-11-SLJ<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Honorable Stephen L. Johnson |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:
1. MOTION TO APPROVE PLAN SUPPORT AND CLAIMS SETTLEMENT AGREEMENT
2. DECLARATION OF CHRISTOPHER CUNNINGHAM IN SUPPORT OF MOTION TO APPROVE PLAN SUPPORT AND CLAIMS SETTLEMENT AGREEMENT
3. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE PLAN SUPPORT AND CLAIMS SETTLEMENT AGREEMENT

Upon the following persons and/or entities:

Cheryl C. Rouse
Law Offices of Rouse & Bahlert
345 Franklin Street
San Francisco, California 94102

Churchwell White LLP
Attn: Karl Schweikert
1414 K Street, 3rd Floor
Sacramento, CA 95814

Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street, # 290
San Jose, CA 95113

E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North Saint Paul Street, Suite 4150
Dallas, TX 75201

Office of the U.S. Trustee / SJ
Attn: Shining J. Hsu
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

William L. Porter
Porter Law Group, Inc.
7801 Folsom Boulevard, Suite 101
Sacramento, CA 95826

As follows:

| X | By First Class U.S. Mail. By placing a true and correct copy of said documents, enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

On the date hereof, I served the following document:
1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO APPROVE PLAN SUPPORT AND CLAIMS SETTLEMENT AGREEMENT

///

///

///

2

Upon the following persons and/or entities on the attached mailing matrix, as follows:

    ☒    <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document, enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: December 7, 2015          /s/ Samantha G. Brown
                                                        SAMANTHA G. BROWN

3

Case: 15-50553   Doc# 154-1   Filed: 12/07/15   Entered: 12/07/15 17:59:18   Page 3 of 7

Label Matrix for local noticing
0971-5
Case 15-50553
Northern District of California
San Jose
Mon Dec  7 17:29:22 PST 2015

A&A Portables
201 Roscoe Road
Modesto, CA 95357-1828

AQH, LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085-3869

Access Electric
1990 Foundry Court
Ceres, CA 95307-9223

Andrew L. Faris
4929 E. Sunny Slope Road
Edina, MN 55424-1166

Andy Faris
4929 E. Sunnyslope Rd.
Edina, MN 55424-1166

Anthony Steven Brough
1200 Dale Ave, Apt 78
Mountain View, CA 94040-3326

Austin Roberts
2312 Lavon Lane
Ceres, CA 95307-1616

Brian Friend
527 Terminal Ave.
Modesto, CA 95350-5950

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

CHERYL C. ROUSE
LAW OFFICES OF ROUSE & BAHLERT
345 Franklin Street
San Francisco, California 94102-4427

Chris Cunningham
10033 Reevesbury Dr.
Beverly Hills, CA 90210-1422

Chris Kilday
450 Taraval St, #143
San Francisco, CA 94116-2530

Collins Electric
3412 Metro Drive
Stockton, CA 95215-9440

Collins Electrical Company, Inc.
C/O Herrig & Vogt, LLP
4210 Douglas Blvd
Suite 100
Granite Bay, CA 95746-5912

Collins Electrical Company, Inc.
HERRIG & VOGT, LLP
4210 Douglas Blvd.
Suite 100
Granite Bay, CA 95746-5912

CrimeTek Security
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

DHL Global Forwarding
P.O. Box 742802
Los Angeles, CA 90074-2802

Lucile Darnell
c/o Stephen D. Finestone
456 Montgomery St., 20th Fl
San Francisco, CA 94104-1253

David B. Oshinsky
9415 Culver Boulevard
Culver City, CA 90232-2616

Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street, # 290
San Jose, CA 95113-1826

E.P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201-3861

Elisa Research
48834 Kato Road Suite 101-A
Fremont, CA 94538-7368

Emergent Systems
Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

Emergent Systems Exchange, LLC
7160 Shady Oak Road
Eden Prairie, MN 55344-3517

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Andrew L Faris
c/o Law Offices of Rouse & Bahlert
345 Franklin Street
San Francisco, CA 94102-4427

Reno F.R. Fernandez
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104-2331

| | | |
|---|---|---|
| Stephen D. Finestone<br>Law Offices of Stephen D. Finestone<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104-1253 | Fortis Advisors LLC<br>Collateral Agent (ratably)(CA) for Len<br>c/o Rick Fink<br>CEO and Managing Director<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Fortis Advisors, LLC<br>c/o Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street<br>Suite 290<br>San Jose, CA 95113-1826 |
| Fortis Advisors, LLC<br>c/o E.P. Keiffer<br>Wright Ginsberg Brusilow, PC<br>325 North St Paul Street, Suite 4150<br>Dallas, TX 75201-3861 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | Future Electronics Corp.<br>c/o E.P. Keiffer<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 |
| Future Electronics Corporation<br>c/o E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 | Gina L. Moyles/Anthony P. Fritz<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd., Suite 100<br>Granite Bay, CA 95746-5912 | I Guard<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307-9594 |
| John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 | Karl A. Schweikert<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3967 | Edwin Paul Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 N St. Paul St. #4150<br>Dallas, TX 75201-3861 |
| Kelly Litigation Group, Inc.<br>3 Lagoon Drive, Ste. 225<br>Redwood City, CA 94065-5158 | Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | Lionakis, a California<br>corporation<br>915 13th Street<br>Modesto, CA 95354-0903 |
| Lucile Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | MACDONALD<br> FERNANDEZ LLP<br>MATTHEW J. OLSON (SBN 265908)<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2331 |
| Michael Mengarelli<br>Kelly Litigation Group, Inc.<br>3 Lagoon Dr. #225<br>Redwood City, CA 94065-5158 | Michael White<br>2824 Fowler Road<br>Ceres, CA 95307-2102 | Gina L. Moyles<br>Herrig and Vogt, LLP<br>4210 Douglas Blvd. #100<br>Granite Bay, CA 95746-5912 |
| New Concept Fleet<br>Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |
| PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 | William L. Porter<br>Law Offices of Porter and Cable<br>7801 Folsom Blvd. #350<br>Sacramento, CA 95826-2624 |

| | | |
|---|---|---|
| Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Rick Fink<br>CEO and Managing Director<br>Fortis Advisors as Collateral Agent<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |
| Riverbank Local Development Authority<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 | Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Riverbank Local Redevelopment Authority<br>c/o S. Craig Hunter<br>Churchwell White LLP<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814-3967 |
| Cheryl C. Rouse<br>Law Offices of Rouse and Bahlert<br>345 Franklin St.<br>San Francisco, CA 94102-4427 | Karl Andrew Schweikert<br>Churchwell White LLP<br>1414 K Street, 3rd Fl<br>Sacramento, CA 95814-3967 | Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 |
| Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Dominique Sopko<br>Diemer, Whitman & Cardosi, LLP<br>75 E Santa Clara St. #290<br>San Jose, CA 95113-1826 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 |
| Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 |
| Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ACCESS ELECTRIC

(u)Baudler & Flanders

(d)Collins Electric
3412 Metro Drive
Stockton, CA 95215-9440


(d)CrimeTek Security
3448 North Golden State Blvd.
Turlock, CA 95382-9709

(u)Chris Cunningham

(u)DBMAC, Inc.


(d)Emergent Systems Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

(d)I Guard
3448 North Golden State Blvd.
Turlock, CA 95382-9709

(d)Lionakis, a California corporation
915 13th Street
Modesto, CA 95354-0903


(d)New Concept Fleet Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

(d)Riverbank Local Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

End of Label Matrix
Mailable recipients     83
Bypassed recipients     11
Total                   94