Entered on Docket
December 18, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

The following constitutes
the order of the court. Signed December 18, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

        Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

ORDER APPROVING APPLICATION TO APPROVE APPOINTMENT OF THE LAW OFFICES OF DENNIS M. SULLIVAN AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION

    The Court, having reviewed the Application of AQH, LLC, Debtor-in-Possession herein, praying for appointment of the Law Offices of Dennis M. Sullivan as special counsel for the Debtor in Possession, and the Declaration of Dennis M. Sullivan in support of that Application, and good cause appearing;

    IT IS HEREBY ORDERED that

    1.    The Debtor is hereby authorized to employ the Law Offices of Dennis M. Sullivan as its special counsel in this case pursuant to Bankruptcy Code Section 327 effective November 13, 2015; and

    2.    For such other and further relief as is proper in the premises.

**CERTIFICATE OF SERVICE DOCKET NO. 152-2**

\*\*END OF ORDER\*\*

1

## COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).