**Macdonald | Fernandez LLP**
Iain A. Macdonald (SBN 051073)
Reno F.R. Fernandez III (SBN 251934)
Matthew J. Olson (SBN 265908)
Roxanne Bahadurji (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

## United States Bankruptcy Court
## Northern District of California

In re:                                   Case No. 15-50553-SLJ-11

AQH, LLC                                 Chapter 11

     Debtor.
_____/

### PROPOSED COMBINED PLAN OF REORGANIZATION
### AND DISCLOSURE STATEMENT
### (Dated December 24, 2015)

**INTRODUCTION**

This is Debtor's Combined Chapter 11 Plan of Reorganization and Disclosure Statement (the Plan). The Plan identifies each known creditor by name and describes how each claim will be treated if the Plan is confirmed.

Part 1 contains the treatment of creditors with secured claims; Part 2 contains the treatment of general unsecured creditors: 100% of their allowed claims in equal monthly payments over 60 months. Taxes and other priority claims would be paid in full, as shown in Part 3.

Most creditors (those in impaired classes) are entitled to vote on confirmation of the Plan. Completed ballots must be received by Debtor's counsel, and objections to confirmation must be filed and served, no later than [**date**]. The court will hold a hearing on confirmation of the Plan on [**date**] at [**time**].

Case: 15-50553   Doc# 159   Filed: 12/24/15   Entered: 12/24/15 18:08:04   Page 1 of 31

Attached to the Plan are exhibits containing financial information that may help you decide how to vote and whether to object to confirmation. Exhibit 1 includes background information regarding Debtor and the events that led to the filing of the bankruptcy petition and describes significant events that have occurred during this Chapter 11 case. Exhibit 2 contains an analysis of how much creditors would likely receive in a Chapter 7 liquidation. Exhibit 3 describes how much Debtor is required to pay on the effective date of the plan. Exhibit 4 shows Debtor's monthly income and expenses projections over the next five years.

Whether the Plan is confirmed is subject to complex legal rules that cannot be fully described here. You are strongly encouraged to read the Plan carefully and to consult an attorney to help you determine how to vote and whether to object to confirmation of the Plan.

If the Plan is confirmed, the payments promised in the Plan constitute new contractual obligations that replace the Debtor's pre-confirmation debts. Creditors may not seize their collateral or enforce their pre-confirmation debts so long as Debtor performs all obligations under the Plan. If Debtor defaults in performing Plan obligations, any creditor can file a motion to have the case dismissed or converted to a Chapter 7 liquidation, or enforce their non-bankruptcy rights. Debtor will be discharged from all pre-confirmation debts (with certain exceptions) if Debtor makes all Plan payments. Enforcement of the Plan, discharge of the Debtor, and creditors' remedies if Debtor defaults are described in detail in Parts 5 and 6 of the Plan.

## PART 1: TREATMENT OF SECURED CREDITORS

**Debtor to Adjust Terms and Pay Amount Due in Full Over Time.**

Secured Claim of Andrew L. Faris

| Class | Name of Creditor | Collateral | Amount Due | Int. Rate | Monthly Payment | Term |
|-------|------------------|------------|------------|-----------|-----------------|------|
| 1(a) | Andrew L. Faris | Substantially all assets | $324,489.96 | 10% | $6,894.45 | 60 mths |
| | | **Total:** | **$324,489.96** | | **$6,894.45** | |

Debtor will pay the entire amount contractually due with

interest through 60 equal monthly payments, due the fifteenth (15th) calendar day of the month, starting in the first full month following the Effective Date, on the above secured claims. Creditors in these classes shall retain their interest in the collateral until Debtor makes all payments on the allowed secured claim specified in the Plan. The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

Creditors in these classes may not repossess or dispose of their collateral so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **These secured claims are impaired and are entitled to vote on confirmation of the Plan.**

Payments to claimants in these classes may continue past the date Debtor obtains a discharge. The claimants' rights against its collateral shall not be affected by the entry of discharge, but shall continue to be governed by the terms of this Plan.

Joint Secured Claim of Emergent Systems Exchange, Fortis Advisors, as Collateral Agent, and Future Electronics

| Class | Name of Creditor | Collateral | Amount Due | Int. Rate | Monthly Payment | Term |
|-------|------------------|------------|------------|-----------|-----------------|------|
| 1(b) | Emergent System Exchange, LLC | TerraMiners | $475,000.00 | 6% | $10,000 for 12 mths; $15,000 for 26 mths ; $14,035 for 1 mth | 39 mths |
| 1(c) | Fortis Advisors/ Future Electronics | TerraMiners | $475,000.00 | 6% | $10,000 for 12 mths; $15,000 for 26 mths ; $14,035 for 1 mth | 39 mths |
| | **Total:** | | **$950,000.00** | | **$20,000/ $30,000/ $28,070** | |

Debtor will deliver new promissory notes to holders of Class 1(b) and 1(c) claims (one for each class), each in the principal amount of $475,000, each accruing interest at 6% per annum from the Effective Date, and payable over 39 months. Creditors in these classes shall retain their interest in the collateral until Debtor makes all payments on the allowed secured claim specified in the Plan and new promissory notes.

The liens securing the claims of holders Class 1(b) and 1(c) claims shall be on a *pari passu* basis, they shall be subject an intercreditor agreement between holders of the claims, and the Debtor shall execute a new security agreement and other documents necessary to perfect said security interests. The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

Creditors in these classes may not repossess or dispose of their collateral so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **These secured claims are impaired and are entitled to vote on confirmation of the Plan.**

Payments to claimants in these classes may continue past the date Debtor obtains a discharge. The claimants' rights against its collateral shall not be affected by the entry of discharge, but shall continue to be governed by the terms of this Plan.

Secured Claims of Access Electric and Collins Electric

| Class | Name of Creditor | Collateral | Amount Due | Int. Rate | Monthly Payment | Term |
|-------|------------------|------------|------------|-----------|-----------------|------|
| 1(d) | Access Electric | Leasehold | $62,163.77 | 18% | $3,103.47 | 24 mths |
| 1(e) | Collins Electric | Leasehold | $305,800.52 | 10% | $14,111.14 | 24 mths |
| | **Total:** | | **$367,964.29** | | **$17,214.61** | |

Debtor will deliver new promissory notes to holders of Class 1(d) and 1(e) claims (one for each class), each in the principal amount indicated above, each accruing interest at rate indicated above from the Effective Date, and payable over 36 months. Creditors in these classes shall release their interest in the Debtor's leasehold arising from certain mechanic's liens and receive a replacement lien of the same validity, extent, and relative priority (as between the holders of Class 1(d) and 1(e) claims) against substantially all of the Debtor's assets, but junior to any existing liens (including the lien of Andrew Faris and the debtor in possession lenders, Tatiana Korolshteyn and Lucile Darnell). Holders of Class 1(d) and 1(e) claims retain their interest in the replacement collateral until Debtor makes all payments on the allowed secured claim specified in the Plan and new promissory notes. The Debtor shall execute a new security agreement and other documents necessary to perfect said security interests. The Debtor may elect, in its sole

discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

Creditors in these classes may not repossess or dispose of their collateral so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **These secured claims are impaired and are entitled to vote on confirmation of the Plan.**

Payments to claimants in these classes may continue past the date Debtor obtains a discharge. The claimants' rights against its collateral shall not be affected by the entry of discharge, but shall continue to be governed by the terms of this Plan.

**PART 2: TREATMENT OF GENERAL UNSECURED CREDITORS**

**Class 2(a). Small Claims.**

| Name of Creditor | Amount of Claim | Amount to be Paid |
|---|---|---|
| A&A Portables | $699.26 | $699.26 |
| New Concept Fleet Management | $1,940.00 | $1,940.00 |
| PLN Architects | $1,620.00 | $1,620.00 |
| Law Offices of Peter Lively | $495.00 | $495.00 |
| **Total:** | **$4,754.26** | **$4,754.26** |

This class includes any creditor whose allowed claim is $2,000 or less, and any creditor in Class 2(b) whose allowed claim is larger than $2,000 but agrees to reduce its claim to $2,000. Each creditor will receive on the Effective Date of the Plan a single payment equal to the lesser of its allowed claim or $2,000, all without interest.

Creditors in this class may not take any collection action against Debtor so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **Claimants in this class are impaired and are entitled to vote on confirmation of the Plan, unless their claims are paid in full with interest on the Effective Date of the Plan.**

/ / /

/ / /

/ / /

Case: 15-50553   Doc# 159   Filed: 12/24/15   Entered: 12/24/15 18:08:04   Page 5 of 31

**Class 2(b). Unsecured Claims Subject to Setoff.**

| Name of Creditor | Amount of Claim | Disputed Y/N | Amount to be Paid | Monthly Payment |
|---|---|---|---|---|
| Chris Kilday | $60,000.00 | Y | $6,423.14 | $536.68 |
| **Total:** | **$60,000.00** | | **$6,423.14** | **$536.68** |

Allowed unsecured claims subject to claims of setoff shall be paid in full, with interest at the federal judgment rate of interest as of the Effective Date, in 12 equal monthly payments, due the fifteenth (15th) calendar day of the month, starting in the first full month following the Effective Date. The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

**This class is impaired and is entitled to vote on confirmation of the Plan.** Debtor has indicated above whether a particular claim is disputed.

**Class 2(c). General Unsecured Claims.**

| Name of Creditor | Amount of Claim | Disputed Y/N | Amount to be Paid | Monthly Payment |
|---|---|---|---|---|
| Andrew Faris | $2,525.00 | N | $2,525.00 | $42.61 |
| Anthony Brough | $10,641.02 | N | $10,641.02 | $179.57 |
| CrimeTek Security | $6,500.00 | N | $6,500.00 | $109.69 |
| David B. Oshinsky | $3,720.00 | N | $3,720.00 | $62.78 |
| DHL Global Forwarding | $48,402.56 | N | $48,402.56 | $816.80 |
| Elisa Research | $2,100.00 | N | $2,100.00 | $35.44 |
| I Guard | $13,955.63 | N | $13,955.63 | $235.50 |
| Internal Revenue Service | $7,584.98 | N | $7,584.98 | $128.00 |
| Lionakis | $19,440.00 | N | $19,440.00 | $328.05 |
| Rexel, Inc. dba Platt Electric | $105,109.50 | N | $105,109.50 | $1,773.73 |
| Southland Electrical Supply | $20,000.00 | N | $20,000.00 | $337.50 |
| State of California, Employment Development Department | $2,892.38 | N | $2,892.38 | $48.81 |
| **Totals:** | **$242,871.07** | | **$242,871.07** | **$4,098.48** |

Case: 15-50553   Doc# 159   Filed: 12/24/15   Entered: 12/24/15 18:08:04   Page 6 of 31

Allowed claims of general unsecured creditors not treated as small claims (including allowed claims of creditors whose executory contracts or unexpired leases are being rejected under this Plan) shall be paid as follows:

**Percent Plan.** Creditors will receive 100% of their allowed claim, with interest at the federal judgment rate of interest as of the Effective Date, in 60 equal monthly installments, due on the fifteenth (15th) calendar day of the month, starting in the first full month following the Effective Date.

The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

Creditors in this class may not take any collection action against Debtor so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **This class is impaired and is entitled to vote on confirmation of the Plan.** Debtor has indicated above whether a particular claim is disputed.

**Class 2(d). Insider Unsecured Claims.**

| Name of Creditor | Amount of Claim | Disputed Y/N | Amount to be Paid | Monthly Payment |
|---|---|---|---|---|
| Chris Cunningham | $30,000.00 | N | $30,000.00 | $563.19 |
| John Walsh | $40,000.00 | N | $40,000.00 | $750.92 |
| Lucile Darnell | $25,000.00 | N | $25,000.00 | $469.33 |
| Tatiana Korolshteyn | $3,000.00 | N | $3,000.00 | $56.32 |
| Vagada Holdings, LLC | $130,000.00 | N | $130,000.00 | $2,440.50 |
| **Total:** | **$228,000.00** | | **$228,000.00** | **$4,280.26** |

Allowed claims of general unsecured creditors who are insiders of the Debtor not treated as small claims shall be paid as follows:

**Percent Plan.** Creditors will receive 100% of their allowed claim, with interest at the federal judgment rate of interest as of the Effective Date, in 54 equal monthly installments, due on the fifteenth (15th) calendar day of the month, starting in the sixth full month following the Effective Date.

The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

Case: 15-50553   Doc# 159   Filed: 12/24/15   Entered: 12/24/15 18:08:04   Page 7 of 31

Creditors in this class may not take any collection action against Debtor so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **This class is impaired and is entitled to vote on confirmation of the Plan, but said vote shall not be counted for the purposes of confirmation under § 1129(b) of the Bankruptcy Code.** Debtor has indicated above whether a particular claim is disputed.

**Class 3. Equity Security Interests.**

| Name of Holder | Nature of Interest | Disputed Y/N |
|---|---|---|
| Chris Cunningham and Regina Bernstein | Membership Interest (58.82%) | N |
| Sean Walsh and Tatiana Korolsheyn | Membership Interest (23.53%) | N |
| John Walsh | Membership Interest (11.76%) | N |
| Dave Riggs | Membership Interest (5.88%) | N |

Holders of equity security interests in the Debtor shall retain their interests and all legal and equitable rights with respect thereto without modification. **These interests are not impaired and are not entitled to vote on confirmation of the Plan.**

**PART 3: TREATMENT OF PRIORITY AND ADMINISTRATIVE CLAIMS**

(a)  <u>Professional Fees</u>.

Debtor will pay the following professional fees in full on the Effective Date, or upon approval by the court, whichever is later.

| Name and Role of Professional | Estimated Amount |
|---|---|
| Baudler & Flanders (Debtor's Accountants) (net of retainer) | $10,000.00 |
| Kelly Litigation Group, Inc. (Debtor's Special Counsel) (net of approved payments) | $450.00 |
| DBMAC, Inc. (Debtor's Government Consultant) (net of retainer) | $12,000.00 |
| **Total:** | **$22,450.00** |

Proposed Combined Plan of Reorganization
And Disclosure Statement
December 24, 2015

(Version: 7/30/12)

Case: 15-50553   Doc# 159   Filed: 12/24/15   Entered: 12/24/15 18:08:04   Page 8 of 31

The following professionals have agreed to accept payment over time as follows. Payments will be made monthly, due on the 15th day of the month, starting the first full month following the Effective Date or upon approval by the court, whichever is later.

| Name and Role of Professional | Estimated Amount | Payment Amount | Number of Payments |
|---|---|---|---|
| Macdonald Fernandez LLP (Debtor's Counsel) (net of retainer) | $165,000.00 | $16,880.48 | 10 |

In the event the holder of an allowed claim for professional fees agrees to be paid other than on the Effective Date, its allowed claim shall accrue interest at the rate of five percent (5%) per annum from the later of entry of the order allowing such claim or the Effective Date until paid in full. The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

Professionals may not take collection action against Debtor so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **Estate professionals are not entitled to vote on confirmation of the Plan.**

(b) <u>Other Administrative Claims</u>. Debtor will pay other allowed claims entitled to priority under section 503(b) in full on the Effective Date; except (i) Tatiana Korolshteyn and Lucile Darnell (Debtor in Possession lenders) and (ii) expenses incurred in the ordinary course of Debtor's business or financial affairs, which shall be paid when normally due and payable (these creditors are not listed below).

Debtor will deliver a new promissory note to Tatiana Korolshteyn and Lucile Darnelin the principal amount indicated below, each accruing interest at the rate of 10% per annum, and payable in equal monthly installments of $8,088.26 for 12 months, with the first payment due six months following the Effective Date. Tatiana Korolshteyn and Lucile Darnelin shall retain their interest in their existing collateral until Debtor makes all payments on their claim as specified in the Plan and new promissory notes. The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

All fees payable to the United States Trustee as of

Case: 15-50553   Doc# 159   Filed: 12/24/15   Entered: 12/24/15 18:08:04   Page 9 of 31

confirmation will be paid on the Effective Date; post-confirmation fees to the United States Trustee will be paid when due.

Administrative Creditors may not take any collection action against Debtor so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **Administrative claimants are not entitled to vote on confirmation of the Plan.**

| Name of Administrative Creditor | Estimated Amount of Claim |
|---|---|
| Tatiana Korolshteyn & Lucile Darnell | $88,000.00 |

(c) <u>Tax Claims</u>. Debtor will pay allowed claims entitled to priority under section 507(a)(8) in full over time with interest (at the non-bankruptcy statutory interest rate) in equal amortizing payments in accordance with section 511 of the Bankruptcy Code. Payments will be made quarterly, due on the fifteenth (15th) calendar day of the first month of each quarter, starting in the first full calendar quarter after the Effective Date of this Plan. To the extent amounts owed are determined to be other than as shown below, appropriate adjustments will be made in the number of payments. The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

Priority tax creditors may not take any collection action against Debtor so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **Priority tax claimants are not entitled to vote on confirmation of the Plan.**

| Name of Creditor | Estimated Amount of Claim | Statutory Interest Rate | Payment Amount | Number of Payments |
|---|---|---|---|---|
| Franchise Tax Board | $6,009.45 | 3% | $399.06 | 16 |
| Internal Revenue Service | $24,846.05 | 3% | $1,649.85 | 16 |
| State of California, Employment Development Department | $3,144.78 | 3% | $8,595.77 | 16 |
| **Totals** | $39,451.27 | | $2,619.69 | |

(d) <u>Other Priority Claims</u>. Debtor will pay allowed claims entitled to priority under section 507(a) (other than Section 507(a)(8)) of the Bankruptcy Code in full on the Effective Date.

Proposed Combined Plan of Reorganization
And Disclosure Statement
December 24, 2015

(Version: 7/30/12)

Case: 15-50553   Doc# 159   Filed: 12/24/15   Entered: 12/24/15 18:08:04   Page 10 of 31

To the extent amounts owed are determined to be other than as shown below, appropriate adjustments will be made in the number of payments.

Priority creditors may not take any collection action against Debtor so long as Debtor is not in material default under the Plan (defined in Part 6(c)). **Priority claimants are not entitled to vote on confirmation of the Plan.**

| Name of Creditor | Estimated Amount of Claim | Basis for Priority | Payment Amount |
|---|---|---|---|
| Andrew Faris | $12,475.00 | 11 U.S.C. § 507(a)(4) | $12,475 |
| Anthony Brough | $9,352.00[1] | 11 U.S.C. § 507(a)(4) | $9,352 |
| Austin Roberts | $800.00 | 11 U.S.C. § 507(a)(4) | Paid |
| Brian Friend | $800.00 | 11 U.S.C. § 507(a)(4) | Paid |
| Jacob Lopez | $800.00 | 11 U.S.C. § 507(a)(4) | Paid |
| Michael White | $600.00 | 11 U.S.C. § 507(a)(4) | Paid |
| Thomas Bautista | $3,000.00 | 11 U.S.C. § 507(a)(4) | Paid |
| Tricia Hayward | $480.00 | 11 U.S.C. § 507(a)(4) | Paid |
| Yan Ebyam[2] | $1,500.00 | 11 U.S.C. § 507(a)(4) | Paid |
| **Total:** | **$29,807** | | **$21,827** |

**PART 4:    EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

(a) Executory Contracts/Unexpired Leases Assumed.  Debtor assumes the following executory contracts and/or unexpired leases upon confirmation of this Plan and will perform all pre-confirmation and post-confirmation obligations thereunder. Post-confirmation obligations will be paid as they come due. Pre-confirmation arrears and actual post-petition pecuniary losses as permitted under the lease and applicable bankruptcy law in favor of the Riverbank Local Redevelopment Authority (estimated at $288,526.24 based upon Proof of Claim No. 8 and $120,000 for asserted post-petition pecuniary losses; the Debtor disputes these amounts) will be paid $150,000 on the Effective Date followed by four equal monthly payments of $50,000.00, four payments of $25,000, and a final payment of $9,400.87, with the first payment due 30 days after the Effective Date, including

---

[1] Net of post-petition payment of $3,123.  Said amount and all claims marked "paid" were paid post-petition pursuant to the Court's Order Authorizing Payment of Pre-Petition Wages and Taxes (Docket No. 66).

[2] Yan Ebyam's priority claim was scheduled on Schedule E as "Vagada Holdings, LLC / Attn: Yan Ebyam."

interest of 10% from the petition date.  The Debtor may elect, in its sole discretion, to prepay any such claim, or any part thereof, without any penalty for prepayment.

| Name of Counter-Party | Description of Contract/Lease | Estimated Total Cure Amount | Installment Amount | Number of Installments |
|---|---|---|---|---|
| Riverbank LRA (Lessor) | Leases of 5300 Claus Road, Buildings 5, 21 and 49, in Modesto, California | $288,526.24 and actual pecuniary losses (estimated at $120,000) | $150,000.00 | 1 |
| | | | $50,000.00 | 4 |
| | | | $25,000.00 | 4 |
| | | | $9,400.87 | 1 |
| **Total:** | | **$288,526.24** | **$459,400.87** | |

(b) <u>Executory Contracts/Unexpired Leases Rejected</u>.  Debtor rejects the following executory contracts and/or unexpired leases and surrenders any interest in the affected property, and allows the affected creditor to obtain possession and dispose of its property, without further order of the court.  Claims arising from rejection of executory contracts have been included in Class 2 (general unsecured claims).

| Name of Counter-Party | Description of Contract/Lease |
|---|---|
| None. | |

(c) Executory contracts and unexpired leases not specifically assumed or rejected above will be deemed rejected.

**PART 5: DISCHARGE AND OTHER EFFECTS OF CONFIRMATION**

(a) <u>Discharge</u>.  On the Effective Date of this Plan, the debtor will be discharged from any debt that arose before confirmation of this Plan to the extent specified in § 1141(d)(1)(A) of the Code, except that the Debtor will not be discharged of any debt: (i) imposed by this Plan; (ii) of a kind specified in § 1141(d)(6)(A) if a timely complaint was filed in accordance with Rule 4007(c) of the Federal Rules of Bankruptcy Procedure; or (iii) of a kind specified in § 1141(d)(6)(B).

(b)  Vesting of Property.  On the Effective Date, all property of the estate and interests of the Debtor will vest in the reorganized Debtor pursuant to § 1141(b) of the Bankruptcy Code free and clear of all claims and interests except as provided in this Plan, subject to revesting upon conversion to Chapter 7 as provided in Part 6(f) below.

(c)  Plan Creates New Obligations.  Except as provided in Part 6(d) and (e), the obligations to creditors that Debtor undertakes in the confirmed Plan replace those obligations to creditors that existed prior to the Effective Date of the Plan. Debtor's obligations under the confirmed Plan constitute binding contractual promises that, if not satisfied through performance of the Plan, create a basis for an action for breach of contract under California law.  To the extent a creditor retains a lien under the Plan, that creditor retains all rights provided by such lien under applicable non-Bankruptcy law.


**PART 6: REMEDIES IF DEBTOR DEFAULTS IN PERFORMING THE PLAN**

(a)  Creditor Action Restrained.  The confirmed Plan is binding on every creditor whose claims are provided for in the Plan. Therefore, even though the automatic stay terminates on the Effective Date with respect to secured claims, no creditor may take any action to enforce either the pre-confirmation obligation or the obligation due under the Plan, so long as Debtor is not in material default under the Plan, except as provided in Part 6(e) below.

(b)  Obligations to Each Class Separate.  Debtor's obligations under the Plan are separate with respect to each class of creditors.  Default in performance of an obligation due to members of one class shall not by itself constitute a default with respect to members of other classes.  For purposes of this Part 6, the holders of all administrative claims shall be considered to be a single class, the holders of all priority claims shall be considered to be a single class, and each non-debtor party to an assumed executory contract or lease shall be considered to be a separate class.

(c)  Material Default Defined.  If Debtor fails to make any payment, or to perform any other obligation required under the Plan, for more than 10 days after the time specified in the Plan for such payment or other performance, any member of a class affected by the default may serve upon Debtor and Debtor's attorney (if any) a written notice of Debtor's default.  If

Debtor fails within 30 days after the date of service of the notice of default either: (i) to cure the default; (ii) to obtain from the court an extension of time to cure the default; or (iii) to obtain from the court a determination that no default occurred, then Debtor is in Material Default under the Plan to all the members of the affected class.

(d) <u>Remedies Upon Material Default</u>. Upon Material Default, any member of a class affected by the default: (i) may file and serve a motion to dismiss the case or to convert the case to Chapter 7; or (ii) without further order of the court has relief from stay to the extent necessary, and may pursue its lawful remedies to enforce and collect Debtor's pre-confirmation obligations.

(e) <u>Claims not Affected by Plan</u>. Upon confirmation of the Plan, and subject to Part 5(c), any creditor whose claims are left unimpaired under the Plan may, notwithstanding paragraphs (a), (b), (c), and (d) above, immediately exercise all of its contractual, legal, and equitable rights, except rights based on default of the type that need not be cured under section 1124(2)(A) and (D).

(f) <u>Effect of Conversion to Chapter 7</u>. If the case is at any time converted to one under Chapter 7, property of the Debtor shall vest in the Chapter 7 bankruptcy estate to the same extent provided for in section 348(f) of the Bankruptcy Code upon the conversion of a case from Chapter 11 to Chapter 7.

(g) <u>Retention of Jurisdiction</u>. The bankruptcy court may exercise jurisdiction over proceedings concerning: (i) whether Debtor is in Material Default of any Plan obligation; (ii) whether the time for performing any Plan obligation should be extended; (iii) adversary proceedings and contested matters pending as of the Effective Date or specifically contemplated in this Plan to be filed in this court (see Part 7(f)); (iv) whether the case should be dismissed or converted to one under Chapter 7; (v) any objections to claims; (vi) compromises of controversies under Fed. R. Bankr. Pro. 9019; (vii) compensation of professionals; and (viii) other questions regarding the interpretation and enforcement of the Plan.


**PART 7: GENERAL PROVISIONS**

(a) <u>Effective Date of Plan</u>. The Effective Date of the Plan is the sixtieth day following the date of the entry of the order of

Proposed Combined Plan of Reorganization
And Disclosure Statement (Version: 7/30/12)
December 24, 2015
-14-

confirmation, if no notice of appeal from that order has been filed. If a notice of appeal has been filed, Debtor may waive the finality requirement and put the Plan into effect, unless the order confirming the Plan has been stayed. If a stay of the confirmation order has been issued, the Effective Date will be the first day after that date on which no stay of the confirmation order is in effect, provided that the confirmation order has not been vacated.

(b) Disputed Claim Reserve. Debtor will create a reserve for disputed claims. Each time Debtor makes a distribution to the holders of allowed claims, Debtor will place into a reserve the amount that would have been distributed to the holders of disputed claims if such claims had been allowed in the full amount claimed. If a disputed claim becomes an allowed claim, Debtor shall immediately distribute to the claimant from the reserve an amount equal to all distributions due to date under the plan calculated using the amount of the allowed claim. Any funds no longer needed in reserve shall be returned to Debtor.

(c) Cramdown. Pursuant to section 1129(b) of the Bankruptcy Code, Debtor reserves the right to seek confirmation of the Plan despite the rejection of the Plan by one or more classes of creditors.

(d) Severability. If any provision in the Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of the Plan.

(e) Governing Law. Except to the extent a federal rule of decision or procedure applies, the laws of the State of California govern the Plan.

(f) Lawsuits. Debtor believes that causes of action for fraudulent transfers, voidable preferences, or other claims for relief exist against the following parties:

| Party | Creditor Y/N | Nature of Claim | Amount of Claim | Will Debtor Prosecute Action? Y/N |
|-------|--------------|-----------------|-----------------|-----------------------------------|
| Christopher Kilday | Y | Violation of Automatic Stay | $17,000 | Y |

Proposed Combined Plan of Reorganization
And Disclosure Statement                    (Version: 7/30/12)
December 24, 2015

| Party | Creditor Y/N | Nature of Claim | Amount of Claim | Will Debtor Prosecute Action? Y/N |
|---|---|---|---|---|
| Riverbank Local Redevelopment Authority; City of Riverbank | Y | Breach of Contract; Breach of the Covenant of Good Faith and Fair Dealing; Intentional Interference with Prospective Economic Advantage; and related claims | $1 million | Y |

(g)  <u>Notices</u>.  Any notice to the Debtor shall be in writing, and will be deemed to have been given three days after the date sent by first-class mail, postage prepaid and addressed as follows:

AQH, LLC
c/o Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA  94104

(h)  <u>Post-Confirmation United States Trustee Fees</u>.  Following confirmation, Debtor shall continue to pay quarterly fees to the United States Trustee to the extent, and in the amounts, required by 28 U.S.C. § 1930(a)(6).  So long as Debtor is required to make these payments, Debtor shall file with the court quarterly reports in the form specified by the United States Trustee for that purpose.

(i)  <u>Deadline for § 1111(b) Election</u>.  Creditors with an allowed secured claim can make a timely election under section 1111(b) no later than 14 days before the first date set for the hearing on confirmation of the Plan.

(j)  <u>Means of Execution</u>.  Distributions under this Plan shall be funded from the income generated by the operation of the Debtor's business.

/ / /

/ / /

Proposed Combined Plan of Reorganization
And Disclosure Statement
December 24, 2015

(Version: 7/30/12)

Case: 15-50553   Doc# 159   Filed: 12/24/15   Entered: 12/24/15 18:08:04   Page 16 of 31

DATED: December 24, 2015

AQH, LLC                              MACDONALD | FERNANDEZ LLP


By: _/s/ Christopher Cunningham_     By: __/s/ Matthew J. Olson_____
      Christopher Cunningham               Matthew J. Olson
      Responsible Individual for           Attorneys for Debtor-in-
      Debtor-in-Possession,                Possession, AQH, LLC
      AQH, LLC

**Attorney Certification**

I, Matthew J. Olson, am legal counsel for the Debtor(s) in the above-captioned case and hereby certify the following: (i) the foregoing plan is a true and correct copy of the Individual Chapter 11 Combined Plan and Disclosure Statement promulgated by the Northern District of California, San Francisco Division, on July 30, 2012 (the "Standard-Form Plan"); and (ii) except as specified below, there have been no alterations or modifications to any provision of the Standard-Form Plan.

The following provisions of the Standard-Form Plan have been altered or otherwise modified.

| Page | Line/Section | Description |
|------|--------------|-------------|
| 2 | Introduction | Corrected references to exhibits attached to Plan. |
| 3 | Class 1(a) | Change due date for first payment from date certain to the 15th day of the first month following the effective date.  Added provision authorizing prepayment. |
| 3 | Classes 1(b) and (c) | Added provisions providing for treatment of claims, including providing new notes to creditors and authorizing prepayment. |
| 4 | Classes 1(d) and (e) | Added provisions providing for treatment of claims, including providing new notes to creditors, providing replacement collateral, and authorizing prepayment. |
| 5 | Class 2(a) | Added provision authorizing payment without interest. |
| 5 | Class 2(b) | Added provision providing treatment for Kilday claim, inducing payment in full over time with interest. |
| 6 | Class 2(c) | Added provision providing for payment of interest, commencement of payments following the Effective Date, and authorizing prepayment. |
| 7 | Class 2(d) | Added provision providing for payment of insider unsecured claims with similar payment terms to general unsecured claims, but delaying when payments commence. |
| 8 | Class 3 | Added provision providing for the retention of equity interests. |
| 8-9 | Part 3(a) | Added provision awarding interest to administrative expenses whose payment is deferred, commencement of payments |

| | | following the Effective Date, and authorizing prepayment. |
|---|---|---|
| 9 | Part 3(b) | Added provision providing for treatment of debtor in possession lender, including providing new notes which delay repayment, and authorizing prepayment. |
| 10 | Part 3(c) | Added provision awarding changing when payments commence and authorizing prepayment. |
| 10-11 | Part 3(d) | Added provisions for payment of priority wage claims on the effective date. |
| 11 | Part 4(a) | Added language providing for payment of prepetition amounts due and postpetition pecuniary losses to assume lease through an upfront payment on the Effective Date followed by payment of the outstanding balance over three months. |
| 12 | Part 5(a) | Modified language with respect to entry of a discharge. |
| 14 | Part 6(f) | Corrected reference from Chapter 13 to Chapter 11. |
| | Part 7(a) | Extended Effective Date to 60th day following entry of confirmation order. |
| 16 | Part 7(j) | Added language with respect to means for executing the Plan. |

I declare that the foregoing is true and correct.  Executed this 24th day of December, 2015.

/s/ Matthew J. Olson
Attorney for Debtor(s)

**Exhibit 1 - Events That Led To Bankruptcy**

The Debtor provides blockchain security for the Bitcoin global network.  Bitcoin is the world's first widespread digital currency.  Bitcoin entails peer-to-peer transfers of value permanently recorded on a global public ledger of all transactions (called the "Blockchain") to prevent double-spending.

Unlike fiat currencies, new Bitcoin is not issued by governments, central banks, commercial banks, or companies. Instead, Bitcoin is issued to parties who contribute computer power to secure and maintain the extensive ledger (the Blockchain) described above.  Specifically, the ledger is maintained and transactions are verified by using a public-key cryptography system (namely SHA-256) in which each Bitcoin account is assigned two keys—one private and one public.  In a Bitcoin transaction, the payor sends the public key to the payee and "signs" it with his or her private key, which transaction is recorded, time-stamped, and added to a "block" of transactions in the Blockchain.  Verifying vast numbers of such encrypted transactions by checking them against the Blockchain requires enormous computing power.  Accordingly, transaction processors dedicate their highly specialized computer servers to such work and receive newly-issued Bitcoin and small transaction fees in return.

Following the filing of the petition, the Debtor negotiated an agreement with Beijing Canaan Creative Information Technology Co., Ltd. ("Avalon") to resell the specialized computer servers produced by Avalon for the Bitcoin market.  This resale agreement was approved by the Court by order entered on November 24, 2015.  The Debtor anticipates that this additional line of business will significantly contribute to its long term profitability and to the repayment of creditor's claims.

In addition to the ordinary factors present in any business, the Debtor's income depends upon three external factors:  (1) the cumulative processing speed of active Bitcoin transaction processors worldwide; (2) the U.S. Dollar value of Bitcoin in the marketplace; and (3) global demand for the highly specialized computer servers used to provide security for the Blockchain.

The within case was precipitated by a short-term cash flow shortage caused by delays in obtaining permits to supply power to the Debtor's expanded facilities located at 5300 Claus Road,

Buildings 5, 21, and 49, in Modesto, California.  When the
Debtor was not able to obtain the required permits, its
timetable for the expansion was thrown off track and it was not
able to connect additional servers it had already purchased to
its network.  Without the additional processing power from the
new servers in the expanded datacenter, the Debtor missed its
revenue targets and was unable to make payments to creditors as
they came due.  The missed payments caused certain creditors to
take aggressive collection actions, forcing the Debtor to seek
bankruptcy protection to restructure is obligations.

### Sources of Information

The past and present financial condition of the Debtor
along with estimates and projections made herein, are based on
the attachments prepared by the Debtor's Managing Member, namely
Sean Walsh, and have been reviewed and approved by Chris
Cunningham, Responsible Individual for the Debtor.  The sources
of information for the attachments and disclosures herein are
the books and records of the Debtor.  The Debtor was assisted in
preparing the financial information herein by the Donna Flanders
of Baudler & Flanders, the Debtor's accountants.

### Disclaimer:  Results May Vary

Results may vary from the Debtor's projections.  The
disclosures, estimates and projections made herein are based on
the Debtor's best estimates in light of current conditions and
past experience.  Changes in these and other circumstances may
cause the actual results to differ from those projected.

**Exhibit 2 - What Creditors Would Receive if the Case Were Converted to a Chapter 7**

Real Property: [None]

Personal Property:

| Description | Liquidation Value | Secured Claim | Amt of Exemption | Net Proceeds |
|---|---:|---:|---:|---:|
| Cash | $47,095 | $47,095 | $0 | $0 |
| Security Deposits | $14,900 | $14,900 | $0 | $0 |
| Electrical Infrastructure | $1,413,750 | $350,495 | $0 | $1,063,255 |
| Cointerra Servers | $125,000 | $900,000 | $0 | $0 |
| Other Servers | $360,000 | $0 | $0 | $360,000 |
| Bitcoins | $325 | $0 | $0 | $325 |
| Other Personal Property | $13,650 | $0 | $0 | $13,650 |
| TOTAL | | | | $1,437,230 |

| | |
|---|---:|
| Net Proceeds of Real Property and Personal Property | $1,437,230 |
| Recovery from Preferences / Fraudulent Conveyances        [ADD] | $0 |
| Chapter 7 Administrative Claims                      [SUBTRACT] | $0 |
| Chapter 11 Administrative Claims                     [SUBTRACT] | $187,450 |
| Priority Claims                                      [SUBTRACT] | $67,702 |
| Chapter 7 Trustee Fees                               [SUBTRACT] | $66,367 |
| Chapter 7 Trustee's Professionals                    [SUBTRACT] | $50,000 |
| NET FUNDS AVAILABLE FOR DISTRIBUTION TO UNSECURED CREDITORS | $1,065,711 |

| | |
|---|---:|
| Estimated Amount of Unsecured Claims | $1,539,152 |
| Percent Distribution to Unsecured Creditors Under Proposed Plan | 100.00% |
| Percent Distribution to Unsecured Creditors Under Liquidation Analysis | 69.24% |

# Exhibit 3 - Effective Date Feasibility

Can the Debtor Make the Effective Day Payments?

| | Amount | Amount |
|---|---|---|
| A. Projected Total Cash on Hand on Effective Date | | $275,855 |
|    Payments on Effective Date | | |
|      Unclassified Claims | $0 | |
|      Administrative Expense Claims | $36,000 | |
|      Lease Assumption Payment (Riverbank LRA) | $150,000 | |
|      Priority Wage Claims | $21,827 | |
|      Small Claims (Class 2(a)) | $4,755 | |
|      U.S. Trustee Fees | $6,500 | |
| B. Total Payments on Effective Date | | $219,082 |
| **C. Net Cash on Effective Date** (Line A – Line B) (Not feasible if less than zero) | | $56,773 |

# EXHIBIT 4

| AQH Projections | 2015 November | December | 2016 January | February | March | April | May |
|---|---|---|---|---|---|---|---|
| Hashrate Added Per Month, TH | 175,000 | 100,000 | 75,000 | 75,000 | 30,000 | 30,000 | 30,000 |
| Avg Global Hashrate, TH | 500,000 | 675,000 | 775,000 | 850,000 | 925,000 | 955,000 | 985,000 |
| | | | | | | | |
| Average Block Time, minutes | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.9 |
| BTC Paid To Miners | 111,340 | 111,340 | 111,340 | 111,340 | 111,340 | 111,340 | 109,091 |
| Revenue Per TH, BTC | 0.223 | 0.165 | 0.144 | 0.131 | 0.120 | 0.117 | 0.111 |
| BTC Price, $ | $425 | $425 | $425 | $425 | $425 | $425 | $425 |
| Revenue Per TH, $ | $95 | $70 | $61 | $56 | $51 | $50 | $47 |
| | | | | | | | |
| Electricity Cost Per TH, $ | $9 | $9 | $9 | $9 | $9 | $9 | $9 |
| | | | | | | | |
| Datacenter Capacity | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | | | | | | | |
| BTC Generated (owned machines) | 379 | 429 | 862 | 1,133 | 1,216 | 1,347 | 1,440 |
| | | | | | | | |
| System Sales Gross Profit | $270,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 | $90,000 |
| | | | | | | | |
| **Total Revenue** | **$430,887** | **$272,268** | **$456,345** | **$571,546** | **$606,679** | **$662,294** | **$701,906** |
| Total Electricity Costs | ($44,064) | ($50,112) | ($77,760) | ($98,928) | ($109,728) | ($120,528) | ($131,328) |
| **Gross Profit** | **$386,823** | **$222,156** | **$378,585** | **$472,618** | **$496,951** | **$541,766** | **$570,578** |
| | | | | | | | |
| Fixed Operating Expenses | | | | | | | |
| Leases | ($25,000) | ($25,000) | ($25,000) | ($25,000) | ($25,000) | ($25,500) | ($25,500) |
| Salaries/Contractors | ($50,000) | ($50,000) | ($55,000) | ($55,000) | ($55,000) | ($55,000) | ($55,000) |
| Facility, Maintenance, and Misc Costs | ($10,000) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) |
| Legal and Accounting Expenses | ($5,000) | ($5,000) | ($7,500) | ($7,500) | ($7,500) | ($7,500) | ($7,500) |
| *Total Fixed Operating Expenses* | *($90,000)* | *($92,500)* | *($100,000)* | *($100,000)* | *($100,000)* | *($100,500)* | *($100,500)* |
| | | | | | | | |
| **"EBITDA"** | **$296,823** | **$129,656** | **$278,585** | **$372,618** | **$396,951** | **$441,266** | **$470,078** |
| | | | | | | | |
| Capital Expenditures | | | | | | | |
| Datacenter Upgrade Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Server Purchases | $0 | ($129,656) | ($278,585) | ($372,618) | ($396,951) | ($441,266) | ($220,994) |
| *Total Capital Expenditures* | *$0* | *($129,656)* | *($278,585)* | *($372,618)* | *($396,951)* | *($441,266)* | *($220,994)* |
| | | | | | | | |
| **Profit Before Debt Service** | **$296,823** | **$0** | **$0** | **$0** | **$0** | **$0** | **$249,084** |
| | | | | | | | |
| Debt Service | | | | | | | |
| Debt Service, LRA (incl legal) | | | | | | | ($150,000) |
| Debt Service, Faris | | | | | | | ($6,900) |
| Debt Service, Fortis/Emergent | | | | | | | ($20,000) |
| Debt Service, Access/Collins | | | | | | | ($17,225) |
| Debt Service, Convenience Class | | | | | | | ($4,755) |
| Debt Service, Kilday | | | | | | | ($537) |
| Debt Service, General Unsecured | | | | | | | ($4,515) |
| Debt Service, Insiders | | | | | | | |
| Debt Service, Tax Creditors | | | | | | | ($875) |
| Debt Service, Professionals | | | | | | | ($36,000) |
| Debt Service, T Korolshteyns $80k DIP Loan | | | | | | | |
| Debt Service, Other Priority Claims | | | | | | | ($21,827) |
| *Total Debt Service* | *$0* | *$0* | *$0* | *$0* | *$0* | *$0* | *($262,634)* |
| | | | | | | | |
| Monthly Expenses | ($90,000) | ($222,156) | ($378,585) | ($472,618) | ($496,951) | ($541,766) | ($584,128) |
| **Net Profit** | **$296,823** | **$0** | **$0** | **$0** | **$0** | **$0** | **($13,550)** |
| | | | | | | | |
| Risk Reserve Contribution | ($220,000) | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | |
| Cash Savings Contribution | $76,823 | $0 | $0 | $0 | $0 | $0 | ($13,550) |
| | | | | | | | |
| Available Cash Savings | $76,823 | $76,823 | $76,823 | $76,823 | $76,823 | $76,823 | $63,273 |

| | June | July | August | September | October | November | December | January (2017) | February | March | April |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| | 1,015,000 | 1,045,000 | 1,075,000 | 1,105,000 | 1,135,000 | 1,165,000 | 1,195,000 | 1,225,000 | 1,255,000 | 1,285,000 | 1,315,000 |
| | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 |
| | 109,091 | 109,091 | 109,091 | 109,091 | 109,091 | 109,091 | 109,091 | 109,091 | 109,091 | 109,091 | 109,091 |
| | 0.107 | 0.104 | 0.101 | 0.099 | 0.096 | 0.094 | 0.091 | 0.089 | 0.087 | 0.085 | 0.083 |
| | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 |
| | $46 | $44 | $43 | $42 | $41 | $40 | $39 | $38 | $37 | $36 | $35 |
| | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 |
| | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,100 | 5,200 | 5,300 | 5,400 | 5,500 | 5,600 |
| | 1,386 | 1,336 | 1,289 | 1,244 | 1,201 | 1,161 | 1,123 | 1,086 | 1,052 | 1,010 | 987 |
| | $90,000 | $90,000 | $90,000 | $90,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | **$679,252** | **$657,899** | **$637,738** | **$618,671** | **$510,613** | **$493,484** | **$477,216** | **$461,744** | **$447,012** | **$429,360** | **$419,564** |
| | ($128,736) | ($126,144) | ($123,552) | ($120,960) | ($118,368) | ($115,776) | ($113,184) | ($110,592) | ($108,000) | ($102,816) | ($102,816) |
| | **$550,516** | **$531,755** | **$514,186** | **$497,711** | **$392,245** | **$377,708** | **$364,032** | **$351,152** | **$339,012** | **$326,544** | **$316,748** |
| | ($25,500) | ($25,500) | ($25,500) | ($25,500) | ($25,500) | ($25,500) | ($25,500) | ($26,000) | ($26,000) | ($26,000) | ($27,000) |
| | ($55,000) | ($55,000) | ($55,000) | ($55,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) |
| | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($12,500) | ($15,000) | ($15,000) | ($15,000) | ($15,000) |
| | ($7,500) | ($7,500) | ($7,500) | ($7,500) | ($7,500) | ($7,500) | ($7,500) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | ($100,500) | ($100,500) | ($100,500) | ($100,500) | ($105,500) | ($105,500) | ($105,500) | ($111,000) | ($111,000) | ($111,000) | ($112,000) |
| | **$450,016** | **$431,255** | **$413,686** | **$397,211** | **$286,745** | **$272,208** | **$258,532** | **$240,152** | **$228,012** | **$215,544** | **$204,748** |
| | $0 | $0 | $0 | $0 | $0 | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($50,000) |
| | ($322,759) | ($303,998) | ($286,429) | ($281,243) | $0 | $0 | $0 | $0 | ($67,500) | ($67,500) | ($67,500) |
| | ($322,759) | ($303,998) | ($286,429) | ($281,243) | $0 | ($50,000) | ($50,000) | ($50,000) | ($117,500) | ($117,500) | ($117,500) |
| | **$127,257** | **$127,257** | **$127,257** | **$115,968** | **$286,745** | **$222,208** | **$208,532** | **$190,152** | **$110,512** | **$98,044** | **$87,248** |
| | ($50,000) | ($50,000) | ($50,000) | ($50,000) | ($25,000) | ($25,000) | ($25,000) | ($25,000) | ($9,401) | | |
| | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) |
| | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) | ($20,000) |
| | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) |
| | ($4,755) | ($4,755) | ($4,755) | ($4,755) | ($4,755) | ($4,755) | | | | | |
| | ($537) | ($537) | ($537) | ($537) | ($537) | ($537) | ($537) | ($537) | ($537) | ($537) | ($537) |
| | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) |
| | | | | | | | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) |
| | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) |
| | ($22,450) | ($22,450) | ($22,450) | ($22,450) | ($22,450) | ($22,450) | ($22,450) | ($22,450) | ($22,450) | ($22,450) | |
| | | | | | | ($8,089) | ($8,089) | ($8,089) | ($8,089) | ($8,089) | ($8,089) |
| | ($127,257) | ($127,257) | ($127,257) | ($127,257) | ($102,257) | ($110,346) | ($109,891) | ($109,891) | ($94,292) | ($84,891) | ($62,441) |
| | ($550,516) | ($531,755) | ($514,186) | ($509,000) | ($207,757) | ($265,846) | ($265,391) | ($270,891) | ($322,792) | ($313,391) | ($291,941) |
| | **$0** | **$0** | **$0** | **($11,289)** | **$184,488** | **$111,862** | **$98,641** | **$80,261** | **$16,220** | **$13,153** | **$24,807** |
| | $0 | $0 | $0 | $0 | ($100,000) | ($100,000) | ($50,000) | ($50,000) | ($10,000) | ($10,000) | ($10,000) |
| | $0 | $0 | $0 | ($11,289) | $84,488 | $11,862 | $48,641 | $30,261 | $6,220 | $3,153 | $14,807 |
| | $63,273 | $63,273 | $63,273 | $51,984 | $136,471 | $148,334 | $196,974 | $227,235 | $233,455 | $236,608 | $251,416 |

| | May | June | July | August | September | October | November | December | 2018 January | February | March |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 30,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 1,345,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 |
| | | | | | | | | | | | |
| | 9.9 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| | 109,091 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 |
| | 0.081 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 |
| | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 |
| | $34 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 |
| | | | | | | | | | | | |
| | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 |
| | | | | | | | | | | | |
| | 5,700 | 5,775 | 5,850 | 5,925 | 6,000 | 6,075 | 6,150 | 6,225 | 6,300 | 6,375 | 6,450 |
| | | | | | | | | | | | |
| | 965 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 |
| | | | | | | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | **$410,206** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** |
| | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) |
| | **$307,390** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** |
| | | | | | | | | | | | |
| | ($27,000) | ($27,000) | ($27,000) | ($27,000) | ($27,000) | ($27,000) | ($27,000) | ($27,000) | ($27,000) | ($27,000) | ($27,000) |
| | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($60,000) | ($70,000) | ($70,000) | ($70,000) |
| | ($15,000) | ($15,000) | ($15,000) | ($15,000) | ($15,000) | ($15,000) | ($15,000) | ($15,000) | ($17,500) | ($17,500) | ($17,500) |
| | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | ($112,000) | ($112,000) | ($112,000) | ($112,000) | ($112,000) | ($112,000) | ($112,000) | ($112,000) | ($124,500) | ($124,500) | ($124,500) |
| | | | | | | | | | | | |
| | **$195,390** | **$182,428** | **$182,428** | **$182,428** | **$182,428** | **$182,428** | **$182,428** | **$182,428** | **$169,928** | **$169,928** | **$169,928** |
| | | | | | | | | | | | |
| | ($50,000) | ($37,500) | ($37,500) | ($37,500) | ($37,500) | ($37,500) | ($37,500) | ($37,500) | ($37,500) | ($37,500) | ($37,500) |
| | ($67,500) | ($67,500) | ($67,500) | ($67,500) | ($67,500) | ($67,500) | ($67,500) | ($67,500) | ($67,500) | ($67,500) | ($67,500) |
| | ($117,500) | ($105,000) | ($105,000) | ($105,000) | ($105,000) | ($105,000) | ($105,000) | ($105,000) | ($105,000) | ($105,000) | ($105,000) |
| | | | | | | | | | | | |
| | **$77,890** | **$77,428** | **$77,428** | **$77,428** | **$77,428** | **$77,428** | **$77,428** | **$77,428** | **$64,928** | **$64,928** | **$64,928** |
| | | | | | | | | | | | |
| | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) |
| | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) |
| | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) | ($17,225) |
| | | | | | | | | | | | |
| | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) |
| | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) |
| | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) |
| | | | | | | | | | | | |
| | ($8,089) | ($8,089) | ($8,089) | ($8,089) | ($8,089) | ($8,089) | | | | | |
| | ($71,904) | ($71,904) | ($71,904) | ($71,904) | ($71,904) | ($71,904) | ($63,815) | ($63,815) | ($63,815) | ($63,815) | ($63,815) |
| | ($301,404) | ($288,904) | ($288,904) | ($288,904) | ($288,904) | ($288,904) | ($280,815) | ($280,815) | ($293,315) | ($293,315) | ($293,315) |
| | **$5,986** | **$5,524** | **$5,524** | **$5,524** | **$5,524** | **$5,524** | **$13,613** | **$13,613** | **$1,113** | **$1,113** | **$1,113** |
| | | | | | | | | | | | |
| | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | $0 | $0 | $0 |
| | | | | | | | | | | | |
| | $986 | $524 | $524 | $524 | $524 | $524 | $8,613 | $8,613 | $1,113 | $1,113 | $1,113 |
| | | | | | | | | | | | |
| | $252,402 | $252,925 | $253,449 | $253,973 | $254,496 | $255,020 | $263,633 | $272,245 | $273,358 | $274,470 | $275,583 |

| | April | May | June | July | August | September | October | November | December | 2019 January | February |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 |
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 |
| | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 |
| | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 |
| | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 |
| | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 |
| | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 |
| | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 |
| | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) |
| | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 |
| | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) |
| | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) |
| | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($17,500) | ($22,500) |
| | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | ($127,500) | ($127,500) | ($127,500) | ($127,500) | ($127,500) | ($127,500) | ($127,500) | ($127,500) | ($127,500) | ($127,500) | ($132,500) |
| | $166,928 | $166,928 | $166,928 | $166,928 | $166,928 | $166,928 | $166,928 | $166,928 | $166,928 | $166,928 | $161,928 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) |
| | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($90,000) |
| | $76,928 | $76,928 | $76,928 | $76,928 | $76,928 | $76,928 | $76,928 | $76,928 | $76,928 | $76,928 | $71,928 |
| | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) |
| | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) |
| | ($17,225) | | | | | | | | | | |
| | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) |
| | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) |
| | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) |
| | ($63,815) | ($46,590) | ($46,590) | ($46,590) | ($46,590) | ($46,590) | ($46,590) | ($46,590) | ($46,590) | ($46,590) | ($46,590) |
| | ($281,315) | ($264,090) | ($264,090) | ($264,090) | ($264,090) | ($264,090) | ($264,090) | ($264,090) | ($264,090) | ($264,090) | ($269,090) |
| | $13,113 | $30,338 | $30,338 | $30,338 | $30,338 | $30,338 | $30,338 | $30,338 | $30,338 | $30,338 | $25,338 |
| | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | $3,113 | $20,338 | $20,338 | $20,338 | $20,338 | $20,338 | $20,338 | $20,338 | $20,338 | $20,338 | $15,338 |
| | $278,696 | $299,033 | $319,371 | $339,709 | $360,046 | $380,384 | $400,722 | $421,059 | $441,397 | $461,734 | $477,072 |

| | March | April | May | June | July | August | September | October | November | December | 2020 January |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 |
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 |
| | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 |
| | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 |
| | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 |
| | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 |
| | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 |
| | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** | **$397,244** |
| | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) |
| | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** | **$294,428** |
| | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) |
| | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) |
| | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) |
| | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* |
| | **$161,928** | **$161,928** | **$161,928** | **$161,928** | **$161,928** | **$161,928** | **$161,928** | **$161,928** | **$161,928** | **$161,928** | **$161,928** |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | ($90,000) | ($90,000) | ($90,000) | ($90,000) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) |
| | *($90,000)* | *($90,000)* | *($90,000)* | *($90,000)* | *($101,250)* | *($101,250)* | *($101,250)* | *($101,250)* | *($101,250)* | *($101,250)* | *($101,250)* |
| | **$71,928** | **$71,928** | **$71,928** | **$71,928** | **$60,678** | **$60,678** | **$60,678** | **$60,678** | **$60,678** | **$60,678** | **$60,678** |
| | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) |
| | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | | | | | | |
| | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) |
| | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) |
| | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) | ($875) |
| | *($46,590)* | *($46,590)* | *($46,590)* | *($46,590)* | *($46,590)* | *($16,590)* | *($16,590)* | *($16,590)* | *($16,590)* | *($16,590)* | *($16,590)* |
| | ($269,090) | ($269,090) | ($269,090) | ($269,090) | ($280,340) | ($250,340) | ($250,340) | ($250,340) | ($250,340) | ($250,340) | ($250,340) |
| | **$25,338** | **$25,338** | **$25,338** | **$25,338** | **$14,088** | **$44,088** | **$44,088** | **$44,088** | **$44,088** | **$44,088** | **$44,088** |
| | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | $15,338 | $15,338 | $15,338 | $15,338 | $4,088 | $34,088 | $34,088 | $34,088 | $34,088 | $34,088 | $34,088 |
| | $492,410 | $507,747 | $523,085 | $538,423 | $542,510 | $576,598 | $610,686 | $644,773 | $678,861 | $712,948 | $747,036 |

| | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 |
| | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 | 108,000 |
| | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 | 0.079 |
| | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 | $425 |
| | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 | $33 |
| | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 | $9 |
| | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 | 6,450 |
| | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 | $397,244 |
| | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) | ($102,816) |
| | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 | $294,428 |
| | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) | ($30,000) |
| | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) | ($70,000) |
| | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) | ($22,500) |
| | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | ($132,500) | ($132,500) | ($132,500) | ($132,500) | ($132,500) | ($132,500) | ($132,500) | ($132,500) | ($132,500) | ($132,500) | ($132,500) |
| | $161,928 | $161,928 | $161,928 | $161,928 | $161,928 | $161,928 | $161,928 | $161,928 | $161,928 | $161,928 | $161,928 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) |
| | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) | ($101,250) |
| | $60,678 | $60,678 | $60,678 | $60,678 | $60,678 | $60,678 | $60,678 | $60,678 | $60,678 | $60,678 | $60,678 |
| | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) | ($6,900) |
| | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) | ($4,515) |
| | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) | ($4,300) |
| | ($875) | ($875) | ($875) | | | | | | | | |
| | ($16,590) | ($16,590) | ($16,590) | ($15,715) | ($15,715) | ($15,715) | ($15,715) | ($15,715) | ($15,715) | ($15,715) | ($15,715) |
| | ($250,340) | ($250,340) | ($250,340) | ($249,465) | ($249,465) | ($249,465) | ($249,465) | ($249,465) | ($249,465) | ($249,465) | ($249,465) |
| | $44,088 | $44,088 | $44,088 | $44,963 | $44,963 | $44,963 | $44,963 | $44,963 | $44,963 | $44,963 | $44,963 |
| | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | $34,088 | $34,088 | $34,088 | $34,963 | $34,963 | $34,963 | $34,963 | $34,963 | $34,963 | $34,963 | $34,963 |
| | $781,124 | $815,211 | $849,299 | $884,262 | $919,224 | $954,187 | $989,150 | $1,024,112 | $1,059,075 | $1,094,037 | $1,129,000 |

| | 2021 | | | |
|---|---|---|---|---|
| | January | February | March | April |
| | 0 | 0 | 0 | 0 |
| | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 |
| | | | | |
| | 10 | 10 | 10 | 10 |
| | 108,000 | 108,000 | 108,000 | 108,000 |
| | 0.079 | 0.079 | 0.079 | 0.079 |
| | $425 | $425 | $425 | $425 |
| | $33 | $33 | $33 | $33 |
| | | | | |
| | $9 | $9 | $9 | $9 |
| | | | | |
| | 6,450 | 6,450 | 6,450 | 6,450 |
| | | | | |
| | 935 | 935 | 935 | 935 |
| | | | | |
| | $0 | $0 | $0 | $0 |
| | | | | |
| | **$397,244** | **$397,244** | **$397,244** | **$397,244** |
| | ($102,816) | ($102,816) | ($102,816) | ($102,816) |
| | **$294,428** | **$294,428** | **$294,428** | **$294,428** |
| | | | | |
| | | | | |
| | ($30,000) | ($30,000) | ($30,000) | ($30,000) |
| | ($70,000) | ($70,000) | ($70,000) | ($70,000) |
| | ($22,500) | ($22,500) | ($22,500) | ($22,500) |
| | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| | *($132,500)* | *($132,500)* | *($132,500)* | *($132,500)* |
| | | | | |
| | **$161,928** | **$161,928** | **$161,928** | **$161,928** |
| | | | | |
| | $0 | $0 | $0 | $0 |
| | ($101,250) | ($101,250) | ($101,250) | ($101,250) |
| | *($101,250)* | *($101,250)* | *($101,250)* | *($101,250)* |
| | | | | |
| | **$60,678** | **$60,678** | **$60,678** | **$60,678** |
| | | | | |
| | ($6,900) | ($6,900) | ($6,900) | ($6,900) |
| | | | | |
| | | | | |
| | ($4,515) | ($4,515) | ($4,515) | ($4,515) |
| | ($4,300) | ($4,300) | ($4,300) | ($4,300) |
| | | | | |
| | | | | |
| | *($15,715)* | *($15,715)* | *($15,715)* | *($15,715)* |
| | | | | |
| | ($249,465) | ($249,465) | ($249,465) | ($249,465) |
| | **$44,963** | **$44,963** | **$44,963** | **$44,963** |
| | ($10,000) | ($10,000) | ($10,000) | $0 |
| | $34,963 | $34,963 | $34,963 | $44,963 |
| | $1,163,963 | $1,198,925 | $1,233,888 | $1,278,851 |