```
 1  MACDONALD | FERNANDEZ LLP
    IAIN A. MACDONALD (SBN 051073)
 2  RENO F.R. FERNANDEZ III (SBN 251934)
    MATTHEW J. OLSON (SBN 265908)
 3  221 Sansome Street, Third Floor
    San Francisco, CA 94104
 4  Telephone: (415) 362-0449
 5  Facsimile: (415) 394-5544

 6  Attorneys for Debtor-in-Possession,
 7  AQH, LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-SLJ-11 |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:
1. PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (Dated December 24, 2015)

Upon the following persons and/or entities:

| | |
|---|---|
| AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085 | Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, California 94102 |
| Chris Cunningham<br>4335 Van Nuys Blvd., Ste. #443<br>Sherman Oaks, CA 91403 | Churchwell White LLP<br>Attn: Karl Schweikert<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814 |
| Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113 | E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North Saint Paul Street, Suite 4150<br>Dallas, TX 75201 |

1

| | | |
|---|---|---|
| 1 | Office of the U.S. Trustee / SJ<br>Attn: Shining J. Hsu<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

As follows:

[X]   By First Class U.S. Mail. By placing a true and correct copy of said documents, enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: December 28, 2015          /s/ Brenda S. Johnson
                                     BRENDA S. JOHNSON

2