Matthew J. Olson
MACDONALD | FERNANDEZ LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104
(415) 362-0449 Ext. 205
matt@macfern.com

ATTORNEYS FOR THE DEBTOR

E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com

Kathryn Diemer
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

ATTORNEYS FOR COLLATERAL AGENT AND FE

David B. Galle
Oppenheimer Wolff & Donnelly, LLP
222 South 9th Street
Suite 200
Minneapolis, MN 55402
DGalle@oppenheimer.com

ATTORNEYS FOR EMERGENT SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>      Debtor. | Case No. 15-50553-11-SLJ<br>Chapter 11<br><br>REQUEST FOR ENTRY OF ORDER BY DEFAULT RE MOTION TO APPROVE PLAN SUPPORT AND CLAIMS SETTLEMENT AGREEMENT<br><br>Honorable Stephen L. Johnson |

TO: THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA:

AQH. LLC ("**Debtor**") respectfully request entry of and order by default granting the Motion to Approve Plan Support and Claims Settlement Agreement (Doc. No. 153) filed by 1) the Debtor; 2) Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement[1] and other applicable Transaction Documents ("**Collateral Agent**"); 3) Future Electronics Corporation ("**FE**" and collectively these two parties are "**CA/FE**"); and 4) Emergent Systems Exchange, LLC. ("**ESE**"), and the Debtor represents as follows:

1. The within case was commenced by filing a voluntary chapter 11 petition on an emergency basis on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of the estate.

2. On December 7, 2015, the parties filed their Motion to Approve Plan Support and Claims Settlement Agreement (Doc. No. 153). The Motion is supported by the Declaration of Christopher Cunningham, the Debtor's responsible individual, and a notice of opportunity for hearing on said Motion. *See* Doc. Nos. 153–154. A true and correct copy of the Motion is attached as Exhibit "A" to the Declaration of Matthew J. Olson (the "**Olson Decl.**"), filed herewith.

3. Service of the Motion was effectuated on December 7, 2015, by U.S. Mail and is proper pursuant to Federal Rule of Bankruptcy Procedure 2002, and a true and correct copy of the certificate of service (Doc. No. 154-1) is attached as Exhibit "B" to the Olson Decl.

---

[1] Any capitalized terms not defined herein are as defined in the Cointerra, Inc. Security and Pledge Agreement, the Collateral Agent Agreement and multiple Secured Convertible Notes all dated August 1, 2014.

4. More than 21 days has elapsed since the service of the Motion and the notice of opportunity for hearing. As of this date, no opposition to the requested relief has been filed or served upon Debtors' counsel.

WHEREFORE, the Debtors pray for an order:

1. Granting the motion,

2. Approve both the resolution of the claim amounts and secured status of Emergent and CA/FE as detailed in the Motion and as set forth in Exhibit "1" to the Motion under Bankruptcy Rule 9019;

3. Approve the Debtor's entry into the Plan Support provisions detailed in the Motion and as set forth in Exhibit "1" under §363(b) and find that the Plan Support provisions do not violate the restriction or the requirements of §1125; and

4. grant such other and further relief to which these parties may show themselves justly entitled to, at law or in equity.

DATED: December 30, 2015         MACDONALD | FERNANDEZ LLP

                                 By: */s/ Matthew J. Olson*
                                     Matthew J. Olson
                                     Attorneys for AQH. LLC