B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **AQH, LLC**  
Debtor(s)

Case No. **15-50553**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Access Electric**<br>**1990 Foundry Court**<br>**Ceres, CA 95307** | **Access Electric**<br>**1990 Foundry Court**<br>**Ceres, CA 95307**<br>**(209) 577-1491** | **Vendor** | | **62,163.77** |
| **Austin Roberts**<br>**2312 Lavon Lane**<br>**Ceres, CA 95307** | **Austin Roberts**<br>**2312 Lavon Lane**<br>**Ceres, CA 95307** | **Compensation** | | **800.00** |
| **Brian Friend**<br>**527 Terminal Ave.**<br>**Modesto, CA 95350** | **Brian Friend**<br>**527 Terminal Ave.**<br>**Modesto, CA 95350** | **Compensation** | | **800.00** |
| **Chris Kilday**<br>**450 Taraval St, #143**<br>**San Francisco, CA 94116** | **Chris Kilday**<br>**450 Taraval St, #143**<br>**San Francisco, CA 94116**<br>**(415) 418-0999** | **Sales Commission** | **Contingent Disputed** | **25,000.00** |
| **Collins Electric**<br>**3412 Metro Drive**<br>**Stockton, CA 95215** | **Collins Electric**<br>**3412 Metro Drive**<br>**Stockton, CA 95215**<br>**(209) 466-3691** | **Electrical Contractor** | | **260,554.52** |
| **CrimeTek Security**<br>**3448 North Golden State Blvd.**<br>**Turlock, CA 95382** | **CrimeTek Security**<br>**3448 North Golden State Blvd.**<br>**Turlock, CA 95382**<br>**(209) 668-6209** | **Security Cameras** | | **6,500.00** |
| **David B. Oshinsky**<br>**9415 Culver Boulevard**<br>**Culver City, CA 90232** | **David B. Oshinsky**<br>**9415 Culver Boulevard**<br>**Culver City, CA 90232** | **Attorneys' Fees Amount Estimated by Debtor** | | **3,720.00** |
| **DHL Global Forwarding**<br>**P.O. Box 742802**<br>**Los Angeles, CA 90074-2802** | **DHL Global Forwarding**<br>**P.O. Box 742802**<br>**Los Angeles, CA 90074-2802**<br>**(800) 426-5962** | **Shipping** | | **48,402.56** |
| **Elisa Research**<br>**48834 Kato Road Suite 101-A**<br>**Fremont, CA 94538** | **Elisa Research**<br>**48834 Kato Road Suite 101-A**<br>**Fremont, CA 94538** | **IT Services & Computer Repair** | | **2,100.00** |
| **I Guard**<br>**3448 North Golden State Blvd.**<br>**Turlock, CA 95382** | **I Guard**<br>**3448 North Golden State Blvd.**<br>**Turlock, CA 95382**<br>**(209) 668-6208** | **Vendor** | | **13,955.63** |

B4 (Official Form 4) (12/07) - Cont.

In re **AQH, LLC**　　　　　　　　　　　　　　　　　　　　　　　Case No. **15-50553**
　　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jacob Lopez**<br>1608 Don Pedro Road<br>Ceres, CA 95307 | **Jacob Lopez**<br>1608 Don Pedro Road<br>Ceres, CA 95307 | **Compensation** | | 800.00 |
| **Lionakis, a California corporation**<br>915 13th Street<br>Modesto, CA 95354 | **Lionakis**<br>915 13th Street<br>Modesto, CA 95354<br>(209) 576-8222 | **Structural Engineering Contractor** | | 19,440.00 |
| **New Concept Fleet Management**<br>9096 Elkmont Way<br>Elk Grove, CA 95624 | **New Concept Fleet Management**<br>9096 Elkmont Way<br>Elk Grove, CA 95624 | **Management and Consulting Services** | | 1,940.00 |
| **Platt Electric**<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005 | **Platt Electric**<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005<br>(503) 641-6121 | **Electrical Equipment Supplier** | | 95,009.92 |
| **PLN Architects**<br>1720 G Street<br>Modesto, CA 95354 | **PLN Architects**<br>1720 G Street<br>Modesto, CA 95354 | **Architectural Services** | | 1,620.00 |
| **Riverbank Local Redevelopment Authority**<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357 | **Riverbank LRA**<br>5300 Claus Rd., Suite 1<br>Modesto, CA 95357<br>(209) 863-8352 | **Rent and Utilities** | | 90,000.00 |
| **Southland Electrical Supply**<br>147 North Main Street<br>Burlington, NC 27216 | **Southland Electrical Supply**<br>147 North Main Street<br>Burlington, NC 27216<br>(336) 227-1486 | **Electrical Equipment Supplier** | | 20,000.00 |
| **State of California Employment Development Dept.**<br>**Bankruptcy Special Procedures Group**<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | **State of California Employment Development Dept.**<br>**Bankruptcy Special Procedures Group**<br>Sacramento, CA 94280-0001 | **Payroll Taxes** | | 3,144.78 |
| **Thomas Bautista**<br>1624 Palm Ave.<br>Redwood City, CA 94061 | **Thomas Bautista**<br>1624 Palm Ave.<br>Redwood City, CA 94061 | **Compensation** | | 3,000.00 |
| **Vagada Holdings, LLC**<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 | **Vagada Holdings, LLC**<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 | **Compensation** | | 1,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **AQH, LLC** Case No. **15-50553**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Responsible Individual of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 23, 2015**    Signature **/s/ Chris Cunningham**
**Chris Cunningham**
**Responsible Individual**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy