MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

Debtor.

Case No. 15-50553-11-SLJ

Chapter 11

NOTICE PURSUANT TO FED. R. BANKR. P. 1009(a) OF AMENDMENT TO THE LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

NOTICE IS HEREBY GIVEN pursuant to Federal Rule of Bankruptcy Procedure 1009(a) that on January 6, 2016, AQH, LLC, Chapter 11 Debtor herein, filed an amendment to the list of creditors holding the 20 largest unsecured claims. Copies of the amended document may be obtained from the Clerk of Court, from the undersigned, or from the Court's website (www.canb.uscourts.gov).

DATED: January 6, 2016            MACDONALD | FERNANDEZ LLP

By: /s/ Matthew J. Olson
    Matthew J. Olson, Esq.
    Attorneys for Debtor-in-Possession,
    AQH, LLC