MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

Debtor.

Case No. 15-50553-11-SLJ

Chapter 11

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:

1. NOTICE PURSUANT TO FED. R. BANKR. P. 1009(a) OF AMENDMENT TO THE LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Upon the following persons and/or entities identified below:

| A&A Portables | Access Electric | Austin Roberts |
| Attn: Officer, Managing, General Agent | Attn: Officer, Managing, General Agent | 2312 Lavon Lane |
| 201 Roscoe Road | 1990 Foundry Court | Ceres, CA 95307 |
| Modesto, CA 95357 | Ceres, CA 95307 | |
| | | |
| Andrew L. Faris | Chris Kilday | Collins Electric |
| 4929 E. Sunnyslope Rd. | 450 Taraval St, #143 | Attn: Officer, Managing, General Agent |
| Edina, MN 55424 | San Francisco, CA 94116 | 3412 Metro Drive |
| | | Stockton, CA 95215 |

///

///

1

| CrimeTek Security<br>Attn: Officer, Managing, General Agent<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232 | DHL Global Forwarding<br>Attn: Officer, Managing, General Agent<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 |
|---|---|---|
| Elisa Research<br>Attn: Officer, Managing, General Agent<br>48834 Kato Road, Suite 101-A<br>Fremont, CA 94538 | Emergent Systems Exchange<br>Attn: Officer, Managing, General Agent<br>7160 Shady Oak<br>Eden Prairie, MN 55344 | I Guard<br>Attn: Officer, Managing, General Agent<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 |
| Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307 | Lionakis<br>Attn: Officer, Managing, General Agent<br>915 13th Street<br>Modesto, CA 95354 | New Concept Fleet Management<br>Attn: Officer, Managing, General Agent<br>9096 Elkmont Way<br>Elk Grove, CA 95624 |
| Office of the United States Trustee<br>Attn: Shining Hsu<br>U.S. Federal Bldg.<br>280 S. 1st St., #268<br>San Jose, CA 95113-3004 | Platt Electric<br>Attn: Officer, Managing, General Agent<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005 | PLN Architects<br>Attn: Officer, Managing, General Agent<br>1720 G Street<br>Modesto, CA 95354 |
| Riverbank LRA<br>Attn: Officer, Managing, General Agent<br>5300 Claus Rd., Suite 1<br>Modesto, CA 95357 | Southland Electrical Supply<br>Attn: Officer, Managing, General Agent<br>147 North Main Street<br>Burlington, NC 27216 | State of California Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 |
| Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061 | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 | W.W. Grainger, Inc.<br>Attn: Officer, Managing, General Agent<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201 |

As follows:

☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

[X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐ <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

☐ <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

///

2

| | |
|---|---|
| 1 | ☐ <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error. |
| 4 | ☐ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: January 6, 2016              /s/ Samantha G. Brown
                                                              SAMANTHA G. BROWN

3