MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>                Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>NOTICE OF CONTINUED HEARING ON APPROVAL OF THE DISCLOSURES IN THE DEBTOR'S PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (Dated December 24, 2015)<br><br>Date:  February 4, 2016<br>Time:  1:30 p.m.<br>Place:  Courtroom 3099<br>          280 South First Street<br>          San Jose, California<br><br>Honorable Steven L. Johnson |

     NOTICE IS HEREBY GIVEN, pursuant to Bankruptcy Code Section 1125 and Rule 3017 of the Federal Rules of Bankruptcy Procedure, that a continued hearing on approval of the disclosures in the Proposed Combined Plan of Reorganization and Disclosure Statement (dated December 24, 2015) will be held on February 4, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Steven L. Johnson, United States Bankruptcy Judge, at 280 South First Street, Courtroom 3099, San Jose, California.

     NOTICE IS FURTHER GIVEN that any objection to approval of the disclosures in the Disclosure Statement must be filed on or before January 28, 2016. A copy of the Disclosure Statement is available upon request to the undersigned.

DATED: January 8, 2016               MACDONALD | FERNANDEZ LLP

                                            By: /s/ Matthew J. Olson
                                                 Matthew J. Olson
                                                 Attorneys for Debtor in Possession,
                                                 AQH, LLC

1