MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

    On the date hereof, I served the following documents:

1. NOTICE OF CONTINUED HEARING ON APPROVAL OF THE DISCLOSURES IN THE DEBTOR'S PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (Dated December 24, 2015)

Upon the following persons and/or entities on the attached mailing matrix, as follows:

☐   <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☒   <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐   <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

///

///

1

| | |
|---|---|
| 1 | ☐ <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California. |

☐ <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

☐ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: January 8, 2016     /s/ Samantha G. Brown
                              SAMANTHA G. BROWN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Fri Jan  8 14:32:18 PST 2016 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 |
| Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andrew L. Faris<br>4929 E. Sunny Slope Road<br>Edina, MN 55424-1166 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 |
| Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 | Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307-1616 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350-5950 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CHERYL C. ROUSE<br>LAW OFFICES OF ROUSE & BAHLERT<br>345 Franklin Street<br>San Francisco, California 94102-4427 |
| Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 | Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 |
| Collins Electrical Company, Inc.<br>C/O Herrig & Vogt, LLP<br>4210 Douglas Blvd<br>Suite 100<br>Granite Bay, CA 95746-5912 | Collins Electrical Company, Inc.<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd.<br>Suite 100<br>Granite Bay, CA 95746-5912 | CrimeTek Security<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232-2616 |
| Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113-1826 | E.P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North St. Paul Street, Suite 4150<br>Dallas, Texas 75201-3861 | Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 |
| Emergent Systems<br>Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | Emergent Systems Exchange, LLC<br>7160 Shady Oak Road<br>Eden Prairie, MN 55344-3517 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 | Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |

Stephen D. Finestone
Law Offices of Stephen D. Finestone
456 Montgomery St. 20th Fl.
San Francisco, CA 94104-1253

Fortis Advisors LLC
Collateral Agent (ratably)(CA) for Len
c/o Rick Fink
CEO and Managing Director
12526 High Bluff Drive, Suite 280
San Diego, CA 92130-3015

Fortis Advisors, LLC
c/o Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street
Suite 290
San Jose, CA 95113-1826

Fortis Advisors, LLC
c/o E.P. Keiffer
Wright Ginsberg Brusilow, PC
325 North St Paul Street, Suite 4150
Dallas, TX 75201-3861

Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812-2952

Future Electronics Corp.
c/o E.P. Keiffer
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

Future Electronics Corporation
c/o E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

Gina L. Moyles/Anthony P. Fritz
HERRIG & VOGT, LLP
4210 Douglas Blvd., Suite 100
Granite Bay, CA 95746-5912

I Guard
3448 North Golden State Blvd.
Turlock, CA 95382-9709

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Jacob Lopez
1608 Don Pedro Road
Ceres, CA 95307-9594

John Walsh
120 59th
Burr Ridge, IL 60527-4905

Karl A. Schweikert
Churchwell White, LLP
1414 K Street, Third Floor
Sacramento, CA 95814-3967

Edwin Paul Keiffer
Wright Ginsberg Brusilow P.C.
325 N St. Paul St. #4150
Dallas, TX 75201-3861

Kelly Litigation Group, Inc.
3 Lagoon Drive, Ste. 225
Redwood City, CA 94065-5158

Tatiana Korolshteyn
c/o Stephen D. Finestone
456 Montgomery St., 20th Fl
San Francisco, CA 94104-1253

Lionakis, a California
corporation
915 13th Street
Modesto, CA 95354-0903

Lucile Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

Lucy Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

MACDONALD
 FERNANDEZ LLP
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2331

Michael Mengarelli
Kelly Litigation Group, Inc.
3 Lagoon Dr. #225
Redwood City, CA 94065-5158

Michael White
2824 Fowler Road
Ceres, CA 95307-2102

Gina L. Moyles
Herrig and Vogt, LLP
4210 Douglas Blvd. #100
Granite Bay, CA 95746-5912

New Concept Fleet
Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Matthew Jon Olson
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104-2331

PLN Architects
1720 G Street
Modesto, CA 95354-1214

Platt Electric
10605 Southwest Allen Blvd.
Beaverton, OR 97005-4896

William L. Porter
Law Offices of Porter and Cable
7801 Folsom Blvd. #350
Sacramento, CA 95826-2624

| | | |
|---|---|---|
| Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Rick Fink<br>CEO and Managing Director<br>Fortis Advisors as Collateral Agent<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |
| Riverbank Local Development Authority<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 | Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Riverbank Local Redevelopment Authority<br>c/o S. Craig Hunter<br>Churchwell White LLP<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814-3967 |
| Cheryl C. Rouse<br>Law Offices of Rouse and Bahlert<br>345 Franklin St.<br>San Francisco, CA 94102-4427 | Karl Andrew Schweikert<br>Churchwell White LLP<br>1414 K Street, 3rd Fl<br>Sacramento, CA 95814-3967 | Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 |
| Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Dominique Sopko<br>Diemer, Whitman & Cardosi, LLP<br>75 E Santa Clara St. #290<br>San Jose, CA 95113-1826 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 |
| Dennis M. Sullivan<br>Law Offices of Dennis M. Sullivan<br>465 California St. #700<br>San Francisco, CA 94104-1818 | Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 |
| Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 | Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 |
| William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (d)Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 |
| (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (u)Chris Cunningham | (u)DBMAC, Inc. |
| (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 |
| (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | End of Label Matrix<br>Mailable recipients     84<br>Bypassed recipients     11<br>Total                   95 |