MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>NOTICE OF REGISTRATION OF FICTITIOUS BUSINESS NAME BY DEBTOR |

   NOTICE IS HEREBY GIVEN that the debtor registered the business trade name "BlockC, LLC" by filing a fictitious business name statement with Regina Alcomendras, the County Clerk–Recorder for Santa Clara County, California, and thereafter complying with the publication requirements of California Business and Professions Code § 17917. The Debtor is using the BlockC tradename for its sale of Avalon servers and products.

   NOTICE IS FURTHER GIVEN that copies of the registration paperwork filed with the County Clerk–Recorder for Santa Clara County, California, is available upon request to the undersigned.

DATED: January 8, 2016      MACDONALD | FERNANDEZ LLP

                By: /s/ Matthew J. Olson
                   Matthew J. Olson
                   Attorneys for Debtor in Possession,
                   AQH, LLC