MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

            Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

    On the date hereof, I served the following documents:

1. NOTICE OF REGISTRATION OF FICTITIOUS BUSINESS NAME BY DEBTOR

Upon the following persons and/or entities on the attached mailing matrix, as follows:

☐   By Personal Service. By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☒   By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐   By Certified U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

☐   By Federal Express. By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

1

☐ <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

☐ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: January 8, 2016     /s/ Samantha G. Brown
                                                    SAMANTHA G. BROWN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Fri Jan  8 14:32:18 PST 2016 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 |
| Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andrew L. Faris<br>4929 E. Sunny Slope Road<br>Edina, MN 55424-1166 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 |
| Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 | Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307-1616 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350-5950 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CHERYL C. ROUSE<br>LAW OFFICES OF ROUSE & BAHLERT<br>345 Franklin Street<br>San Francisco, California 94102-4427 |
| Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 | Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 |
| Collins Electrical Company, Inc.<br>C/O Herrig & Vogt, LLP<br>4210 Douglas Blvd<br>Suite 100<br>Granite Bay, CA 95746-5912 | Collins Electrical Company, Inc.<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd.<br>Suite 100<br>Granite Bay, CA 95746-5912 | CrimeTek Security<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232-2616 |
| Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113-1826 | E.P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North St. Paul Street, Suite 4150<br>Dallas, Texas 75201-3861 | Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 |
| Emergent Systems<br>Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | Emergent Systems Exchange, LLC<br>7160 Shady Oak Road<br>Eden Prairie, MN 55344-3517 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 | Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |

| | | |
|---|---|---|
| Stephen D. Finestone<br>Law Offices of Stephen D. Finestone<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104-1253 | Fortis Advisors LLC<br>Collateral Agent (ratably)(CA) for Len<br>c/o Rick Fink<br>CEO and Managing Director<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Fortis Advisors, LLC<br>c/o Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street<br>Suite 290<br>San Jose, CA 95113-1826 |
| Fortis Advisors, LLC<br>c/o E.P. Keiffer<br>Wright Ginsberg Brusilow, PC<br>325 North St Paul Street, Suite 4150<br>Dallas, TX 75201-3861 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | Future Electronics Corp.<br>c/o E.P. Keiffer<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 |
| Future Electronics Corporation<br>c/o E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 | Gina L. Moyles/Anthony P. Fritz<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd., Suite 100<br>Granite Bay, CA 95746-5912 | I Guard<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307-9594 |
| John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 | Karl A. Schweikert<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3967 | Edwin Paul Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 N St. Paul St. #4150<br>Dallas, TX 75201-3861 |
| Kelly Litigation Group, Inc.<br>3 Lagoon Drive, Ste. 225<br>Redwood City, CA 94065-5158 | Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | Lionakis, a California<br>corporation<br>915 13th Street<br>Modesto, CA 95354-0903 |
| Lucile Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | MACDONALD<br> FERNANDEZ LLP<br>MATTHEW J. OLSON (SBN 265908)<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2331 |
| Michael Mengarelli<br>Kelly Litigation Group, Inc.<br>3 Lagoon Dr. #225<br>Redwood City, CA 94065-5158 | Michael White<br>2824 Fowler Road<br>Ceres, CA 95307-2102 | Gina L. Moyles<br>Herrig and Vogt, LLP<br>4210 Douglas Blvd. #100<br>Granite Bay, CA 95746-5912 |
| New Concept Fleet<br>Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |
| PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 | William L. Porter<br>Law Offices of Porter and Cable<br>7801 Folsom Blvd. #350<br>Sacramento, CA 95826-2624 |

| | | |
|---|---|---|
| Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Rick Fink<br>CEO and Managing Director<br>Fortis Advisors as Collateral Agent<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |
| Riverbank Local Development Authority<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 | Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Riverbank Local Redevelopment Authority<br>c/o S. Craig Hunter<br>Churchwell White LLP<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814-3967 |
| Cheryl C. Rouse<br>Law Offices of Rouse and Bahlert<br>345 Franklin St.<br>San Francisco, CA 94102-4427 | Karl Andrew Schweikert<br>Churchwell White LLP<br>1414 K Street, 3rd Fl<br>Sacramento, CA 95814-3967 | Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 |
| Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Dominique Sopko<br>Diemer, Whitman & Cardosi, LLP<br>75 E Santa Clara St. #290<br>San Jose, CA 95113-1826 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 |
| Dennis M. Sullivan<br>Law Offices of Dennis M. Sullivan<br>465 California St. #700<br>San Francisco, CA 94104-1818 | Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 |
| Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 | Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 |
| William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (d)Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 |
| (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (u)Chris Cunningham | (u)DBMAC, Inc. |
| (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 |
| (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients   11<br>Total                    95 |