

Matthew J. Olson
MACDONALD | FERNANDEZ LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104
(415) 362-0449 Ext. 205
matt@macfern.com

The following constitutes
the order of the court. Signed January 19, 2016

ATTORNEYS FOR THE DEBTOR

Stephen L. Johnson
U.S. Bankruptcy Judge

E. P. Keiffer
WRIGHT GINSBERG BRUSILOW P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@wgblawfirm.com

Kathryn Diemer
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

ATTORNEYS FOR COLLATERAL AGENT AND FE

David B. Galle
Oppenheimer Wolff & Donnelly, LLP
222 South 9th Street
Suite 200
Minneapolis, MN 55402
DGalle@oppenheimer.com

ATTORNEYS FOR EMERGENT SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>      Debtor. | Case No. 15-50553-11-SLJ<br>Chapter 11<br><br>ORDER GRANTING MOTION TO APPROVE PLAN SUPPORT AND CLAIMS SETTLEMENT AGREEMENT<br><br>Honorable Stephen L. Johnson |

Upon consideration of the Motion to Approve Plan Support and Claims Settlement Agreement (Doc. No. 153) filed by 1) AQH. LLC ("**Debtor**"); 2) Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement[1] and other applicable Transaction Documents ("**Collateral Agent**"); 3) Future Electronics Corporation ("**FE**" and collectively these two parties are "**CA/FE**"); and 4) Emergent Systems Exchange, LLC. ("**ESE**"), notice of opportunity for hearing having been provided, there being no opposition to the relief requested by the motion, finding notice proper under the circumstances, and good cause appearing:

**IT IS ORDERED** that:

1. The Motion is granted;

2. The resolution of the claim amounts and secured status of Emergent and CA/FE as detailed in the Motion and as set forth in Exhibit "1" to the Motion is approved under Bankruptcy Rule 9019; and

3. The Debtor's entry into the Plan Support provisions detailed in the Motion and as set forth in Exhibit "1" under §363(b) and find that the Plan Support provisions do not violate the restriction or the requirements of §1125.

**\*\*END OF ORDER\*\***

---

[1] Any capitalized terms not defined herein are as defined in the Cointerra, Inc. Security and Pledge Agreement, the Collateral Agent Agreement and multiple Secured Convertible Notes all dated August 1, 2014.

2

Court Service List

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).