MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

            Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**CERTIFICATE OF SERVICE**

[No Hearing Set]

      I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

      On the date hereof, I served the following documents:
1. **NOTICE OF OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION TO COMPROMISE CONTROVERSY WITH CHRISTOPHER KILDAY**
2. **DEBTOR'S MOTION TO COMPROMISE CONTROVERSY WITH CHRISTOPHER KILDAY**
3. **DECLARATION OF SEAN WALSH IN SUPPORT OF DEBTOR'S MOTION TO COMPROMISE CONTROVERSY WITH CHRISTOPHER KILDAY** *(including Exhibit "A")*

Upon the following persons and/or entities:

| | |
|---|---|
| Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, California 94102 | Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113 |
| E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North Saint Paul Street, Suite 4150<br>Dallas, TX 75201 | Office of the United States Trustee<br>Attn: Shining Hsu<br>U.S. Federal Bldg.<br>280 S. 1st St., #268<br>San Jose, CA 95113-3004 |

| 1 | Stephen D. Finestone | William L. Porter |
| --- | --- | --- |
| 2 | 456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 | Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826 |

As follows:

[X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

On the date hereof, I served the following document:

**1. NOTICE OF OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION TO COMPROMISE CONTROVERSY WITH CHRISTOPHER KILDAY**

Upon the following persons and/or entities on the attached mailing matrix, as follows:

[X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: January 27, 2016        /s/ Samantha G. Brown
                                  SAMANTHA G. BROWN

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Fri Jan  8 14:32:18 PST 2016 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 |
| Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andrew L. Faris<br>4929 E. Sunny Slope Road<br>Edina, MN 55424-1166 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 |
| Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 | Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307-1616 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350-5950 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CHERYL C. ROUSE<br>LAW OFFICES OF ROUSE & BAHLERT<br>345 Franklin Street<br>San Francisco, California 94102-4427 |
| Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 | Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 |
| Collins Electrical Company, Inc.<br>C/O Herrig & Vogt, LLP<br>4210 Douglas Blvd<br>Suite 100<br>Granite Bay, CA 95746-5912 | Collins Electrical Company, Inc.<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd.<br>Suite 100<br>Granite Bay, CA 95746-5912 | CrimeTek Security<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232-2616 |
| Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113-1826 | E.P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North St. Paul Street, Suite 4150<br>Dallas, Texas 75201-3861 | Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 |
| Emergent Systems<br>Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | Emergent Systems Exchange, LLC<br>7160 Shady Oak Road<br>Eden Prairie, MN 55344-3517 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 | Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |

Stephen D. Finestone
Law Offices of Stephen D. Finestone
456 Montgomery St. 20th Fl.
San Francisco, CA 94104-1253

Fortis Advisors LLC
Collateral Agent (ratably)(CA) for Len
c/o Rick Fink
CEO and Managing Director
12526 High Bluff Drive, Suite 280
San Diego, CA 92130-3015

Fortis Advisors, LLC
c/o Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street
Suite 290
San Jose, CA 95113-1826

Fortis Advisors, LLC
c/o E.P. Keiffer
Wright Ginsberg Brusilow, PC
325 North St Paul Street, Suite 4150
Dallas, TX 75201-3861

Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812-2952

Future Electronics Corp.
c/o E.P. Keiffer
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

Future Electronics Corporation
c/o E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

Gina L. Moyles/Anthony P. Fritz
HERRIG & VOGT, LLP
4210 Douglas Blvd., Suite 100
Granite Bay, CA 95746-5912

I Guard
3448 North Golden State Blvd.
Turlock, CA 95382-9709

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Jacob Lopez
1608 Don Pedro Road
Ceres, CA 95307-9594

John Walsh
120 59th
Burr Ridge, IL 60527-4905

Karl A. Schweikert
Churchwell White, LLP
1414 K Street, Third Floor
Sacramento, CA 95814-3967

Edwin Paul Keiffer
Wright Ginsberg Brusilow P.C.
325 N St. Paul St. #4150
Dallas, TX 75201-3861

Kelly Litigation Group, Inc.
3 Lagoon Drive, Ste. 225
Redwood City, CA 94065-5158

Tatiana Korolshteyn
c/o Stephen D. Finestone
456 Montgomery St., 20th Fl
San Francisco, CA 94104-1253

Lionakis, a California
corporation
915 13th Street
Modesto, CA 95354-0903

Lucile Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

Lucy Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

MACDONALD
FERNANDEZ LLP
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2331

Michael Mengarelli
Kelly Litigation Group, Inc.
3 Lagoon Dr. #225
Redwood City, CA 94065-5158

Michael White
2824 Fowler Road
Ceres, CA 95307-2102

Gina L. Moyles
Herrig and Vogt, LLP
4210 Douglas Blvd. #100
Granite Bay, CA 95746-5912

New Concept Fleet
Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Matthew Jon Olson
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104-2331

PLN Architects
1720 G Street
Modesto, CA 95354-1214

Platt Electric
10605 Southwest Allen Blvd.
Beaverton, OR 97005-4896

William L. Porter
Law Offices of Porter and Cable
7801 Folsom Blvd. #350
Sacramento, CA 95826-2624

| | | |
|---|---|---|
| Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Rick Fink<br>CEO and Managing Director<br>Fortis Advisors as Collateral Agent<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |
| Riverbank Local Development Authority<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 | Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Riverbank Local Redevelopment Authority<br>c/o S. Craig Hunter<br>Churchwell White LLP<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814-3967 |
| Cheryl C. Rouse<br>Law Offices of Rouse and Bahlert<br>345 Franklin St.<br>San Francisco, CA 94102-4427 | Karl Andrew Schweikert<br>Churchwell White LLP<br>1414 K Street, 3rd Fl<br>Sacramento, CA 95814-3967 | Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 |
| Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Dominique Sopko<br>Diemer, Whitman & Cardosi, LLP<br>75 E Santa Clara St. #290<br>San Jose, CA 95113-1826 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 |
| Dennis M. Sullivan<br>Law Offices of Dennis M. Sullivan<br>465 California St. #700<br>San Francisco, CA 94104-1818 | Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 |
| Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 | Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 |
| William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (d)Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 |
| (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (u)Chris Cunningham | (u)DBMAC, Inc. |
| (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 |
| (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients    11<br>Total                  95 |