NICHOLAS STROZZA (SBN #117234)
Acting Assistant U.S. Trustee
LYNETTE C. KELLY (SBN #120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5231
Telephone: (510) 637-3200
Facsimile: (510) 637-3220
Email: lynette.c.kelly@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re ) Case No. 15-50553 SLJ
)
AQH, LLC, ) Chapter 11
)
)
)
Debtor. )
)
)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

Office of the United States Trustee
Attn: Lynette C. Kelly
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Email: Lynette.C.Kelly@usdoj.gov

Dated: February 19, 2016	TRACY HOPE DAVIS
UNITED STATES TRUSTEE
/s/ Lynette C. Kelly
Trial Attorney
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200
Facsimile: (510) 637-3220

Notice of Appearance