MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**REQUEST FOR ENTRY OF ORDER BY DEFAULT RE DEBTOR'S MOTION TO COMPROMISE CONTROVERSY WITH CHRISTOPHER KILDAY**

[No Hearing Set]

TO: THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA:

      AQH, LLC, the Debtor in Possession herein, requests entry of an order by default granting its motion pursuant to Federal Rule of Bankruptcy Procedure 9019 for approval of the compromise of a controversy between the estate and Christopher Kilday, and respectfully represents as follows:

      1.     The within bankruptcy case was commended by filing a voluntary Chapter 11 petition on February 19, 2015. A trustee has not been appointed, and the Debtor is in possession of its estate.

      2.     On January 27, 2016, the Debtor filed its motion seeking approval of a settlement with Kilday related to Kilday's proof of claim and an adversary proceeding commenced by the Debtor against Kilday (the "9019 Motion"), and a notice of opportunity for hearing on the 9019 Motion. *See* Doc. Nos. 168–169. A true and correct copy of the 9019 Motion (Doc. No. 168) is attached as Exhibit "A" to the Declaration of Matthew J. Olson (the "Olson Decl."), filed herewith.

1

3. Service of the Claim Objection was effectuated on January 27, 2016, by U.S. Mail and is proper pursuant to Federal Rules of Bankruptcy Procedure 2002(a). A true and correct copy of the certificate of service (Doc. No. 169-1) is attached as Exhibit "B" to the Olson Decl.

4. More than 21 days has elapsed since the service of the 9019 Motion and the notice and opportunity for hearing. As of this date, no opposition to the requested relief has been filed or served upon Debtor's counsel. Olson Decl. ¶ 4.

WHEREFORE, the Debtor requests that the Court enter an order:

1. Approving the Settlement Agreement;

2. Authorizing the Debtor to consummate and carry out the actions reasonably necessary to consummate the Settlement Agreement; and

3. Granting such other and further relief as appropriate in the premises.

DATED: February 19, 2016      MACDONALD | FERNANDEZ LLP

By: /s/ Matthew J. Olson
   Matthew J. Olson
   Attorneys for Debtor in Possession,
   AQH, LLC

2