# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: rrombawa | Date Created: 2/25/2016 |
| Case: 15–50553 | Form ID: pdfeoc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty  Matthew Jon Olson  matt@macfern.com

TOTAL: 1