# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: rrombawa | Date Created: 2/25/2016 |
| Case: 15–50553 | Form ID: pdfeo | Total: 7 |

**Recipients of Notice of Electronic Filing:**
```
ust     Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
aty     Lynette C. Kelly         lynette.c.kelly@usdoj.gov
aty     Matthew Jon Olson        matt@macfern.com
aty     Michael Mengarelli       rkelly@kellylitigationgroup.com
aty     Reno F.R. Fernandez      reno@macfern.com
```
                                                                        TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      AQH, LLC       440 North Wolfe Road, #243      Sunnyvale, CA 94085
aty     Dennis M. Sullivan    Law Offices of Dennis M. Sullivan    465 California St. #700    San Francisco, CA 94104–1818
```
                                                                        TOTAL: 2