MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

The following constitutes
the order of the court. Signed February 25, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO COMPROMISE CONTROVERSY WITH CHRISTOPHER KILDAY**

[No Hearing Set]

      Upon consideration of the motion of AQH, LLC, the Debtor in Possession herein, for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving the compromise of a controversy between the estate and Christopher Kilday, notice of opportunity for hearing having been provided, there being no opposition to the relief requested by the motion, finding notice proper under the circumstances, and good cause appearing:

      **IT IS ORDERED** that:

      1.     The Motion is granted;

      2.     The Debtor is authorized to enter into the settlement with Kilday and to take any necessary actions to consummate the settlement.

      3.     Kilday's claim (Proof of Claim number 6) is allowed as a priority unsecured claim in the total amount of $6,423.14.

      **\*\*END OF ORDER\*\***

Court Service List

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).