```
                              United States Bankruptcy Court
                              Northern District of California
```

In re:                                                           Case No. 15-50553-SLJ
AQH, LLC                                                         Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: rrombawa           Page 1 of 1          Date Rcvd: Feb 25, 2016
                              Form ID: pdfeo           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2016.
db          +AQH, LLC,    440 North Wolfe Road, #243,    Sunnyvale, CA 94085-3869
aty          Dennis M. Sullivan,    Law Offices of Dennis M. Sullivan,    465 California St. #700,
              San Francisco, CA  94104-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
          Cheryl C. Rouse    on behalf of Requestor Andrew L Faris rblaw@ix.netcom.com
          Dominique  Sopko    on behalf of Interested Party    Fortis Advisors, LLC dsopko@diemerwhitman.com,
           ecfnotice@diemerwhitman.com
          Dominique  Sopko    on behalf of Requestor    Fortis Advisors, LLC dsopko@diemerwhitman.com,
           ecfnotice@diemerwhitman.com
          Edwin Paul Keiffer    on behalf of Interested Party    Future Electronics Corporation
           pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com
          Edwin Paul Keiffer    on behalf of Interested Party    Fortis Advisors, LLC pkeiffer@wgblawfirm.com,
           bwallace@wgblawfirm.com
          Gina L. Moyles    on behalf of Creditor    Collins Electrical Company, Inc. g.moyles@herrigvogt.com,
           m.mize@herrigvogt.com
          Karl Andrew Schweikert    on behalf of Creditor    Riverbank Local Redevelopment Authority
           karl@churchwellwhite.com, kschweik@yahoo.com
          Lynette C. Kelly    on behalf of U.S. Trustee    Office of the U.S. Trustee / SJ
           lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
          Matthew Jon Olson    on behalf of Debtor    AQH, LLC matt@macfern.com, ecf@macfern.com
          Matthew Jon Olson    on behalf of Plaintiff    AQH, LLC matt@macfern.com, ecf@macfern.com
          Michael Mengarelli    on behalf of Debtor    AQH, LLC rkelly@kellylitigationgroup.com,
           mmengarelli@kellylitigationgroup.com
          Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
          Reno F.R. Fernandez    on behalf of Debtor    AQH, LLC reno@macfern.com, ecf@macfern.com
          Stephen D. Finestone    on behalf of Requestor Tatiana  Korolshteyn sfinestone@pobox.com
          Stephen D. Finestone    on behalf of Requestor Lucile  Darnell sfinestone@pobox.com
          William L. Porter    on behalf of Creditor    ACCESS ELECTRIC bporter@porterlaw.com,
           jamey@porterlaw.com
                                                                                             TOTAL: 16

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

The following constitutes
the order of the court. Signed February 25, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

　　　　Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO COMPROMISE CONTROVERSY WITH CHRISTOPHER KILDAY**

[No Hearing Set]

　　　　Upon consideration of the motion of AQH, LLC, the Debtor in Possession herein, for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9019 approving the compromise of a controversy between the estate and Christopher Kilday, notice of opportunity for hearing having been provided, there being no opposition to the relief requested by the motion, finding notice proper under the circumstances, and good cause appearing:

　　　　**IT IS ORDERED** that:

　　　　1.　　The Motion is granted;

　　　　2.　　The Debtor is authorized to enter into the settlement with Kilday and to take any necessary actions to consummate the settlement.

　　　　3.　　Kilday's claim (Proof of Claim number 6) is allowed as a priority unsecured claim in the total amount of $6,423.14.

　　　　　　　　　　　　　　　　**\*\*END OF ORDER\*\***

1

## Court Service List

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).