MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

            Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

     On the date hereof, I served the following document:

   1.  SMALL BUSINESS MONTHLY OPERATING REPORT (January 2016)

Upon the following persons and/or entities:

Office of the United States Trustee
Attn: Lynette C. Kelly
1301 Clay Street, Suite 690N
Oakland, CA 94612-5231

As follows:

☐     <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

///

1

Case: 15-50553   Doc# 182-1   Filed: 03/02/16   Entered: 03/02/16 19:04:06   Page 1 of 2

1  [X] By First Class U.S. Mail. By placing a true and correct copy of said document(s),
enclosed in a sealed envelope, addressed as above, with postage thereon fully
2  prepared to be placed in the United States mail at San Francisco, California.

3  [ ] By Certified U.S. Mail. By placing a true and correct copy of said document(s),
enclosed in a sealed envelope as addressed above, certified, to be placed in the
4  United States mail at San Francisco, California.

5
[ ] By Federal Express. By placing a true and correct copy of said document(s),
6  enclosed in appropriate Federal Express packaging with the delivery fee thereof full
pre-paid, to be delivered to a Federal Express office or delivery station at San
7  Francisco, California.

8
[ ] By Facsimile. By causing a true and correct copy of said document(s) to be
9  transmitted by facsimile to telephone number(s) specified above, known by or
represented to me by the receiving telephone number for facsimile copy transmission
10  of the party's, person's, and/or firm's telephone number as specified above. The
transmission was reported as complete and without error.
11

12  [ ] By Email Transmission. By causing a true and correct copy of said document(s) to
be transmitted by email to the email address(es) shown above, known by and
13  represented to me to be the party's, person's, and/or firm's current email
information. The transmission was reported as complete and without error.
14

15      I declare under penalty of perjury under the laws of the State of California that the foregoing

16  is true and correct and that I am employed in the office of a member of the bar of this Court, at

17  whose direction the service was made.

18   EXECUTED:  March 2, 2016              /s/ Samantha G. Brown
                                          SAMANTHA G. BROWN
19

20

21

22

23

24

25

26

27

28

2