

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

The following constitutes
the order of the court. Signed March 17, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>AQH, LLC<br><br>            Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>**THIRD STIPULATION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)** |

UPON CONSIDERATION of the third stipulation by and between AQH, LLC, Debtor in Possession herein, and the RIVERBANK LOCAL REDEVELOPMENT AUTHORITY (the "Riverbank LRA"), consenting to entry of an order extending the time to assume or reject the unexpired lease of nonresidential real property with the Riverbank LRA for the Debtor's primary datacenter facilities located at 5300 Claus Road, Buildings 3, 5, 21 and 49, in Modesto, California (the "Leased Facility"), pursuant to Bankruptcy Code § 365(d)(4), and good cause appearing:

**IT IS ORDERED** that:

    1.    The Stipulation is approved; and

    2.    The time under Bankruptcy Code § 365(d)(4)(A) within which the Debtor may assume or reject the lease with the Riverbank LRA for the Lease Facility is extended for 31 days (through and including April 15, 2016), without prejudice to the Debtor seeing further extensions as

///

///

1

permitted by the Bankruptcy Code.

APPROVED AS TO FORM:

CHURCHWELL WHITE LLP


By:   /s/ Karl Schweikert
      Karl Schweikert,
      Attorneys for Landlord,
      RIVERBANK LOCAL REDEVELOPMENT AUTHORITY

**END OF ORDER**

## COURT SERVICE LIST

All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).