MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
ROXANNE BAHADURJI (SBN 290117)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>           Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date:  April 7, 2016<br>Time:  10:00 a.m.<br>Place:  Courtroom 3099<br>          280 South First Street<br>          San Jose, California<br><br>Hon. Stephen L. Johnson |

COME NOW AQH, LLC, the Debtor-in-Possession herein, and submits this Status Conference Statement, and respectfully represents as follows:

    1.    The within case was commenced by filing a voluntary chapter 11 petition on an emergency basis on February 19, 2015. A trustee has not been appointed and Debtor is in possession of the estate.

### *Background*

    2.    Debtor provides blockchain security for the Bitcoin global network. The within case was precipitated by a short-term cash flow shortage caused by delays in obtaining approvals to supply power to Debtor's expanded facilities located at 5300 Claus Road, Buildings 5, 21, and 49, in Modesto, California (the "Datacenter").

3. Bitcoin is the world's first widespread digital currency. For the convenience of the Court and parties in interest, a treatise on Bitcoin is attached as Exhibit "A" to the Fernandez Decl. offered in support of Debtor's motion to use cash collateral. *See* Dckt. No. 10-1. Bitcoin entails peer-to-peer transfers of value permanently recorded on a global public ledger of all transactions (called the "Blockchain") to prevent double-spending. Debtor reserves the right to contend that Bitcoin is a currency, personal property or otherwise.

4. Unlike *fiat* currencies, new Bitcoin is not issued by governments, central banks, commercial banks, or companies. Instead, Bitcoin is issued to parties who contribute computer power to secure and maintain the extensive ledger (the Blockchain) described above. Specifically, the ledger is maintained and transactions are verified by using a public-key cryptography system (namely SHA-256) in which each Bitcoin account is assigned two keys—one private and one public. In a Bitcoin transaction, the payor sends the public key to the payee and "signs" it with his or her private key, which transaction is recorded, time-stamped, and added to a "block" of transactions in the Blockchain. Verifying vast numbers of such encrypted transactions by checking them against the Blockchain requires enormous computing power. Accordingly, transaction processors dedicate their highly-specialized computer servers to such work and receive newly-issued Bitcoin and small transaction fees in return.

5. In addition to the ordinary factors present in any business, Debtor's income depends upon two external factors: (1) the cumulative processing speed of global Blockchain security and construction servers (the average global "hashrate," which is estimated at about 435 Petahashes/second as of October 28, 2015); and (2) the U.S. Dollar value of Bitcoin in the marketplace (one Bitcoin could be sold for approximately $416.66 as of March 31, 2016, at 4:00 p.m. PDT). Like commodities, the value of Bitcoin can be volatile, with the value of one Bitcoin ranging between approximately $394 and $427 in the past 30 days.

### Status of Debtor's Operations

6. Debtor's operations have stabilized since the filing of the petition. Working with its landlord, Riverbank Local Redevelopment Authority (the "Riverbank LRA") has been able to bring Phases 4a and 4b of its Datacenter online since the filing of the case. Debtor's management worked

through initial setbacks and delays with obtaining electricity to Phases 4a and 4b, and trouble with certain servers purchased from Emergent Systems Exchange, and is now able to operate the business profitably. With the electricity connected these additional phases, Debtor connected new servers to its network, adding additional capacity to its operations—as demonstrated by its February 2016 operating report where Debtor earned $428,715 from its core business of providing blockchain security for the Bitcoin global network. *See* Dckt. 187 at 46. This is a significant increase from the $198,932 earned in March 2015. *See* Dckt. 79 at 2.

7. Recently Riverbank LRA notified Debtor that it would be able to fully energize Phase 4b of its Datacenter as Riverbank LRA had received commitments from the Hetch Hetchy power station to deliver additional electricity to Riverbank LRA's facility to meet the electricity demands of AQH and other tenants. Debtor understands that the additional electricity will be made available shortly after a new electricity transformer is brought online on April 24, 2016. Debtor also understands that Riverbank LRA's position is that the total electricity commitment to AQH is governed by its lease agreement, and that while Riverbank LRA is willing to provide electricity over and above the commitment in the lease, a lease amendment following assumption under the Bankruptcy Code will be required to formalize the electricity commitment.

8. As noted at recent status conferences, certain conditions in the wider Bitcoin market required Debtor to reexamine its financial projections. These include greater than expected fluctuations in the average price of Bitcoins on the world market. Additionally, during the month of January 2016 there was an explosion in the size of the global network providing security for the Blockchain, which unexpectedly reduced Debtor's relative share of the worldwide Bitcoin revenue. These market conditions have stabilized in the interceding 60 days. The size of the global network providing security for the Blockchain contracted during February 2016 and been stable during March 2016. The relative value of a Bitcoin has been less volatile during this same period, and at a greater value that initially projected, allowing Debtor to realize greater profits.

### *New Equipment Purchases*

9. As the Court knows, Debtor concluded an agreement with Beijing Canaan Creative Information Technology Co., Ltd. ("Avalon") for the purchase of Avalon 6 Bitcoin Servers on credit

terms and for authority to resell the same servers and other Avalon products. The Court approved the agreement (except for those provisions related to server hosting). Implementation of the agreement with Avalon permitted Debtor to stabilize its operations.

10. As more fully described in attached summary of the transactions with Avalon (*see* Exhibit "A" hereto), Debtor purchased three tranches of servers from Avalon. Many of these servers were resold to third parties through Debtor's new server sale business, although Debtor's is now primarily running Avalon 6 servers in its Datacenter. The January 2016 operating report's statement that the accounts payable balance to Avalon was nearly $2.2 million was the result of an accounting error, with some server purchases having erroneously been entered into Debtor's accounting system on multiple occasions. Debtors' accountants are preparing an amended operating report.

11. Debtor has been aggressive in managing its dealings with Avalon, making large payments towards the server purchases, having received negotiated credits and price reductions based on market conditions, and having returned a large number of servers (and receiving a credit at full value) to reduce the outstanding obligation and limit the exposure of the estate. As of March 24, 2016, the outstanding balance to Avalon was $286,750. Debtor understands that Avalon considers the account to be in good standing and anticipates paying the outstanding balance in full shortly.

12. Debtor has received recent inquiries for the purchase of several thousand Avalon 6 servers. Debtor continues to negotiate with these potential purchasers and will coordinate with Avalon on fulfilling the orders. Debtor has not purchased servers from Avalon since the third tranche of servers was delivered in January 2016.

### *Assumption of Unexpired Lease*

13. On May 14, 2015, Debtor filed its motion, pursuant to Bankruptcy Code § 365(d)(4), to extend the time to assume or reject unexpired leases of non-residential real property, and the Court granted the motion by order entered on June 19, 2015. Pursuant to a subsequent stipulations between Debtor and Riverbank LRA, the deadline to assume or reject the lease agreement with Riverbank LRA for the Datacenter is April 15, 2016. The parties are discussing a further extension and anticipate resolving those discussions before the status conference. If Debtor and Riverbank LRA are not able to reach an agreement for a further extension, it is likely Debtor will seek to

convert the case prior to the deadline to assume the lease to protect this valuable asset of the estate. *See* 11 U.S.C. § 348(c). Debtor intends to assume the lease agreement with Riverbank LRA for the Datacenter and to cure all valid monetary defaults.

### **Strategy Moving Forward**

14. Debtor believes the most expedient way forward is to market the company for sale and contemplates using a sale process under § 363. Debtor suggests that once a stalking-horse bidder has been identified, Debtor would notice a sale motion under § 363, propose procedures for overbidding, and the Court would conduct an auction at the sale hearing. Debtor would also set a hearing approval of a disclosure statement for the same time (or shortly thereafter, depending upon the Court's calendar) to provide for the distribution of the sale proceeds in accordance with the Bankruptcy Code. This process will minimize administrative expenses while also allowing Debtor to continue generating cash to pay claims while the business is marketed. Debtor anticipates this process would require at least 120 days.

15. To assist with the marketing effort, Debtor is in discussions with Howard Bailey, CTP of Arch + Beam to provide financial advisor services to Debtor. A summary of the qualifications of Mr. Bailey and Arch + Beam is attached as Exhibit "B." Debtor and Arch + Beam are currently engaged in due diligence regarding the retention of Arch + Beam and Debtor expects to make a decision on whether to retain Arch + Beam in the coming days. Debtor understands that retention of Arch + Beam and the terms of any retention are subject to Court approval under § 327.

16. Additionally, Debtor has received an informal inquiry regarding the purchase of the lease for the Datacenter from the estate. Debtor is in discussions with the potential bidder regarding the potential assumption and assignment of the lease for the Datacenter, but Debtor has not yet received a formal offer.

WHEREFORE, Debtor prays that the Court:

1. Enter an order continuing the status conference to a date in May 2016; and

/ / /

/ / /

5

2. For such further relief as is appropriate in the premise.

DATED: March 31, 2016             MACDONALD | FERNANDEZ LLP

                                  By:   /s/ Matthew J. Olson
                                        Matthew J. Olson
                                        Attorneys for Debtor in Possession,
                                        AQH, LLC

# EXHIBIT A

# AQH, LLC
## Vendor Balance Detail
### All Transactions

| Type | Date | Account | Amount | Balance |
|---|---|---|---:|---:|
| **Beijing Canaan Creative Tech.** | | | | |
| Bill | 11/12/2015 | Accounts Payable | 855,565.43 | 855,565.43 |
| Bill Pmt -Check | 11/16/2015 | Accounts Payable | -148,960.84 | 706,604.59 |
| Credit | 11/20/2015 | Accounts Payable | -19,352.20 | 687,252.39 |
| Bill Pmt -Check | 11/20/2015 | Accounts Payable | 0.00 | 687,252.39 |
| Bill Pmt -Check | 12/14/2015 | Accounts Payable | -557,223.80 | 130,028.59 |
| Bill | 12/15/2015 | Accounts Payable | 888,460.00 | 1,018,488.59 |
| Bill Pmt -Check | 12/17/2015 | Accounts Payable | -28,565.43 | 989,923.16 |
| Bill Pmt -Check | 12/17/2015 | Accounts Payable | 0.00 | 989,923.16 |
| Credit | 12/26/2015 | Accounts Payable | -101,463.16 | 888,460.00 |
| Bill | 01/07/2016 | Accounts Payable | 43,100.00 | 931,560.00 |
| Bill Pmt -Check | 01/07/2016 | Accounts Payable | -5,729.00 | 925,831.00 |
| Bill Pmt -Check | 01/07/2016 | Accounts Payable | 0.00 | 925,831.00 |
| Credit | 01/08/2016 | Accounts Payable | -50,461.54 | 875,369.46 |
| Bill Pmt -Check | 01/08/2016 | Accounts Payable | 0.00 | 875,369.46 |
| Bill Pmt -Check | 01/12/2016 | Accounts Payable | -43,100.00 | 832,269.46 |
| Credit | 01/14/2016 | Accounts Payable | -40,112.00 | 792,157.46 |
| Bill Pmt -Check | 01/14/2016 | Accounts Payable | 0.00 | 792,157.46 |
| Bill | 01/15/2016 | Accounts Payable | 874,250.00 | 1,666,407.46 |
| Bill Pmt -Check | 01/28/2016 | Accounts Payable | -282,473.86 | 1,383,933.60 |
| Bill Pmt -Check | 02/05/2016 | Accounts Payable | -141,236.93 | 1,242,696.67 |
| Credit | 02/07/2016 | Accounts Payable | -58,032.00 | 1,184,664.67 |
| Bill Pmt -Check | 02/19/2016 | Accounts Payable | -282,473.85 | 902,190.82 |
| Credit | 03/01/2016 | Accounts Payable | -27,940.82 | 874,250.00 |
| Bill Pmt -Check | 03/01/2016 | Accounts Payable | 0.00 | 874,250.00 |
| Bill Pmt -Check | 03/10/2016 | Accounts Payable | -50,000.00 | 824,250.00 |
| Credit | 03/21/2016 | Accounts Payable | -487,500.00 | 336,750.00 |
| Bill Pmt -Check | 03/21/2016 | Accounts Payable | -50,000.00 | 286,750.00 |
| Total Beijing Canaan Creative Tech. | | | 286,750.00 | 286,750.00 |
| **TOTAL** | | | **286,750.00** | **286,750.00** |

# EXHIBIT B

Case: 15-50553    Doc# 188    Filed: 03/31/16    Entered: 03/31/16 19:30:00    Page 9 of 16




# arch + beam

Creating Options, Generating Results

Firm Overview and Qualifications

March 2016

Case: 15-50553    Doc# 188    Filed: 03/31/16    Entered: 03/31/16 19:30:00    Page 10 of 16

# Introduction



- **Arch + Beam** is a restructuring and advisory firm focused on helping companies navigate challenging business situations and maximize value. Our professionals have many years of experience working with management teams, boards and stakeholders to identify the best path forward and then execute the chosen strategy.
- We have significant experience advising companies across many industries from start-ups to billion dollar multi-nationals.
- Our broad capabilities allow us to help companies and creditors execute the best strategy for their situation, including turnarounds, out-of-court workouts, going-concern sales, receiverships, orderly wind-downs, assignments for the benefit of creditors, Chapter 11 reorganizations, Article 9 sales and liquidating plans. We have held the roles of financial advisor, chief restructuring officer, chief financial officer, chief operating officer, receiver, assignee and restructuring consultant.
- With our deep industry and process expertise, we bring an analytical yet practical approach to help achieve results. We do not push towards a single outcome, but rather help clients analyze which tools will work best for their situation.
- For the critical roles, we staff projects with the most experienced people in the firm, but we also work to lower costs through the use of our team of competent administrators and associates.
- Arch + Beam brings you the experience – in the industry and restructuring approach – to get you the best outcome possible.

# Brief overview of Arch + Beam: What we do








**Transformation & Operational Improvement**

Helping companies increase sales, productivity and margins through financial and operational improvements.

**Interim Management & Restructuring**

Guiding companies through challenging business situations, creating a range of options from out-of-court solutions to chapter 11.

**Transactions, Wind-Downs & Liquidations**

Advising companies as they sell assets and/or wind-down operations by acting as CRO, Receiver, Assignee or Financial Advisor.

**Creditor Representation & Litigation Support**

Providing support to creditors for due diligence or workouts. Act as Plan Administrator. Assist in litigation matters with analysis or expert testimony.

# Who we are - Leadership



- **Howard Bailey, Managing Director, CTP**
  - Howard Bailey, CTP is an experienced advisor and interim manager across multiple industries. He has represented both debtor and creditor groups in and out of bankruptcy, including acting as Chief Restructuring Officer/CFO of a multi-national company. In addition, he was the debtor advisor on the 363 sale of a formerly public technology company that filed Chapter 11, including confirming a Plan. He has also testified as an expert witness in cases involving finance, banking, mergers and acquisitions.
  - Howard was Western Region SVP for GE Capital's Restructuring Finance Group. Additionally, he held the roles of SVP Origination and SVP Team Leader Portfolio & Underwriting. In the latter capacity, he managed a team of professionals responsible for a multi-billion dollar portfolio, as well as structuring, underwriting, approving and executing on new loans.
  - Mr. Bailey is a Certified Turnaround Professional ("CTP"). He is on the Board of the Northern California Turnaround Management Association and is past Chairman of the Northern California Commercial Finance Association. He has been a speaker on numerous occasions, including the American Bar Association, Association for Corporate Growth, Commercial Finance Association, Credit Management Association, California Bankruptcy Forum and Turnaround Management Association.

- **Matthew English, Managing Director, CTP, CIRA**
  - Matthew English, CTP, CIRA, Six Sigma Black Belt, is an experienced strategy, operations and turnaround consultant. He has over 20 years of experience helping companies across many industries. He has a proven track record of helping middle-market and multi-national companies improve performance and restructure operations.
  - He recently was the turnaround consultant to a specialty distributor and the receiver for a manufacturing & construction company. He was financial advisor for a technology company in a Delaware Chapter 11 case and the wind-down consultant for a commercial bakery. Many of his cases involve working to stabilize operations and improve the relationships with lenders and investors.
  - His expertise focuses on helping companies optimize their sales, operations, and organizational capabilities to drive increased productivity and margin improvement. Matthew has managed initiatives related to strategic planning, performance improvement, merger integration/divestitures, organizational restructuring, outsourcing, and process/IT improvement. In addition, his work has focused on helping companies leverage core business assets (people, process and technology), adjust cost structures, and develop new revenue streams to enable business stabilization and growth.
  - His background includes working for Deloitte & Touche and Accenture. He is Executive VP and Board of the TMA Northern California and TMA Global. Mr. English received his B.S. in Operations Research and Industrial Engineering from Cornell University. He is a Certified Insolvency and Restructuring Advisor ("CIRA"), Six Sigma Black Belt, certified Project Management Professional ("PMP"), and Certified Turnaround Professional ("CTP").

# What we've done – select engagements



- **Cloud Storage Company** - Served as financial advisor in Delaware Chapter 11 case for technology company. Operated business while company transitioned customers and sold of software assets to large buyer through 363 sale.
- **Media Company** - Retained as operations and financial advisor for media company. Led successful turnaround through cost optimization, improved cash management procedures, and pruning unprofitable customers.
- **Technology Company Process Improvement** - Retained as consultant to develop and implement strategies to optimize the cost structure of an organization with 4000+ staff in 35 countries.
- **Semiconductor Equipment Manufacturer** - Retained as financial advisor and wind-down consultant for a public supplier of semiconductor equipment, with a significant IP portfolio, in Chapter 11. Company sold in a 363 in multiple pieces to maximize value. Confirmed a Plan and served as Plan Administrator.
- **Plan Administrator** – Served as Plan Administrator in multiple cases.
- **Process & Mechanical Construction Company** – Served as Chief Restructuring Officer and CFO for a multi-national company. Losses were significant, but ultimately was stabilized and sold to a private equity firm.
- **Turnaround and Sale of Distributor** – Retained as turnaround consultant. Stabilized operations and cash burn. Advised company through business sale and complex ESOP transaction returning value to equity.
- **Manufacturing & Construction Company Receiver** - Appointed as federal receiver for a multi-state manufacturing and construction company. Stabilized operations and sold the company through a going-concern Article 9 sale and private real estate sale.
- **Steel Casting Company** - served as a financial advisor in a Chapter 11 to the Official Committee of the Unsecured Creditors. Company largely serves the energy, trucking & construction markets.
- **Assignment for Benefit of Creditors** - served as Assignee for a multi-division company producing and selling consumer products into the domestic and international markets. Case required substantial litigation support.
- **Orderly Wind-down and Liquidation of Fixture Manufacturer** – Retained as wind-down advisor to shut-down operations, collect all receivables, make required disbursements, sell off all fixed assets, negotiate out of lease

Arch + Beam: creating options, generating results

5

Case: 15-50553   Doc# 188   Filed: 03/31/16   Entered: 03/31/16 19:30:00   Page 14 of 16

# Why Arch + Beam



- Arch + Beam has helped numerous companies and creditors navigate financial distress, including acting as interim management, turnaround consultant and financial advisor to maximize recoveries to stakeholders.
- We have significant experience in turnaround and restructuring engagements. In addition, because we have represented debtors, secured lenders and unsecured creditors in other cases, we understand how other parties-in-interest are thinking and how they will negotiate.
- We improve communication between various stakeholders and rebuild trust between parties.
- We have significant experience having the roles of CRO / COO, Financial Advisor, Receiver, Assignee, Liquidating Agent, Consultant and Lender to companies across many industries.
- Arch + Beam has a strong reputation and credibility with lender, attorney, private equity and asset buyer communities.
- In addition to growing sales and improving operations, Arch + Beam professionals are experienced in selling assets, collecting receivables and working effectively with creditors.
- We are experienced in managing litigation and have served as an expert witness.
- Our rate structures are competitive and we seek to minimize costs where possible.

# Next Steps



- We appreciate the opportunity to provide this statement of qualifications to you.
- Please let us know if you have any questions or would like further qualifications or references.
- Please visit our website to learn more: www.arch-beam.com
- Please contact Howard Bailey hbailey@arch-beam.com (415.272.5860) or Matthew English at menglish@arch-beam.com (415.793.5134) to schedule a follow-up.

Arch + Beam: creating options, generating results

7

Case: 15-50553    Doc# 188    Filed: 03/31/16    Entered: 03/31/16 19:30:00    Page 16 of 16