NICHOLAS STROZZA (SBN CA 117234)
Acting Assistant United States Trustee
LYNETTE C. KELLY (SBN CA 120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5231
Telephone: (510) 637-3200
Facsimile: (510) 637-3220
Email: lynette.c.kelly@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>                Debtor. | Case No. 15-50553 SLJ<br><br>Chapter 11<br><br>Date:   May 11, 2016<br>Time:  2:00 p.m.<br>Ctrm:  Honorable Stephen L. Johnson<br>          280 S. First St., Room 3099<br>          San Jose, CA |

**<u>DECLARATION OF WAYNE YEE IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE UNDER 11 U.S.C. § 1112(b)</u>**

I, Wayne Yee, declare:

   1. I am an auditor and analyst employed in the Oakland office of the United States Trustee for Region 17, which includes the Northern District of California. I have personal knowledge of the following unless stated to be on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently thereto.

Declaration of Wayne Yee in Support of UST's Motion to Convert or Dismiss Case, 15-50553

1

2. I reviewed the filings in this matter, including schedules and statements as well as the monthly operating reports covering the period February 19, 2015 through February 29, 2016 ("MORs"). I also conducted an Initial Debtor Interview ("IDI") of the Debtor on March 19, 2015, which was attended by Debtor's representatives Chris Cunningham and Sean Walsh, and Debtor's counsel, Roxanne Bahadurji.

3. The Debtor's operations as a Bitcoin miner are capital intensive, requiring a network of powerful computer network servers to perform complex computations in a speedy manner in order to earn Bitcoin that can be subsequently converted to cash.

4. MORs report total cash income of $3,842,700 and cash expenses of $3,758,848 during the post-petition period ending February 29, 2016, resulting in net cash income of $83,852 or average cash accumulation of about $6,988 per month. Beginning in November 2015, the Debtor's cash income has fluctuated from $268,669 to $1.19 million per month. These fluctuations coincide with the Debtor's Court-approved purchase and financing of new Avalon 6 Bitcoin servers from Beijing Canaan Creative Information Technology Co., Ltd. ("Beijing Canaan") in November 2015. As of February 29, 2016, the Debtor has outstanding payables owing to Beijing Canaan of $902,190.82.

5. As of February 29, 2016, the Debtor reported available cash assets of $234,959.44 while accounts payable totaled $1,075,065, consisting primarily of the outstanding payable to Beijing Canaan. As accounts receivable totaled only $2,112, the Debtor's post-petition payables exceed available cash and receivables by $837,993.

6. Per the purchase and financing agreement with Beijing Canaan (Docket Item #126 filed on October 12, 2015), 90 days credit was to be granted for the initial purchase of servers,

Declaration of Wayne Yee in Support of UST's Motion to Convert or Dismiss Case, 15-50553

2

with future purchases due no later than the month after purchase. In any event, it appears that the $902,290.82 amount owing to Beijing Canaan is due and payable in March 2016.

7. The MORs included an accrual basis income and expense statement for comparative purposes. This accounting methodology takes into account the cost of capital equipment purchases such as network servers and allocates its cost over an expected useful life in determining net income. While there was insufficient detail in the MORs to determine the cost allocation methodology utilized by the Debtor for the new servers purchased, accrual basis net income totaled $549,306 during the period from November 2015 through February 2016, or an average of $137,326 per month. This would not indicate sufficient income during March 2016 to repay the $902,290.82 owing to Beijing Canaan.

8. Based on the foregoing, it appears that the Debtor will be unable to meet its post-petition obligations on a going forward basis unless it obtains additional debt financing or capital contributions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March 2016 in Oakland, California.

/s/ Wayne Yee
WAYNE YEE
Bankruptcy Auditor
Office of the United States Trustee

Declaration of Wayne Yee in Support of UST's Motion to Convert or Dismiss Case, 15-50553

3