NICHOLAS STROZZA (SBN CA 117234)
Acting Assistant United States Trustee
LYNETTE C. KELLY (SBN CA 120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5231
Telephone:     (510) 637-3200
Facsimile:     (510) 637-3220
Email:         lynette.c.kelly@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>AQH, LLC,<br><br>    Debtor. | Case No. 15-50553 SLJ<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, state that I am employed in the City of San Jose, County of Santa Clara, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 280 South First Street, Suite 268, San Jose, California 95113; that on the date set out below, I served a copy of the following document:

**U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. SECTION 1112(b) AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; and**

**DECLARATION OF WAYNE YEE**

to each party listed below by placing such a copy, enclosed in a sealed envelope with prepaid postage thereon, in the United States mail at San Jose, California, addressed to each party listed below.

*[see attached list]*

I declare under penalty of perjury that the foregoing is true and correct.
Executed at San Jose, California, on April 4, 2016.


By:    / s /  Lynne C. Knight
       LYNNE C. KNIGHT
       Paralegal Specialist

| | |
|---|---|
| 1 | **In re:** **AQH, LLC** <br> **Case no:** **15-50553 SLJ** |
| 2 | |

## SERVICE LIST

| | |
|---|---|
| AQH, LLC | RENO F.R. FERNANDEZ, ESQ. |
| dba AQUIFER LLC | MATTHEW JON OLSON, ESQ. |
| 440 NORTH WOLFE ROAD, STE 243 | MACDONALD FERNANDEZ LLP |
| SUNNYVALE, CA 94085 | 221 SANSOME ST., 3RD FLR |
| | SAN FRANCISCO, CA 94104 |
| | |
| MICHAEL MENGARELLI, ESQ. | DENNIS M. SULLIVAN, ESQ. |
| KELLY LITIGATION GROUP, INC. | 465 CALIFORNIA ST., STE 700 |
| 3 LAGOON DR., STE 225 | SAN FRANCISCO, CA 94104-1818 |
| REDWOOD CITY, CA 94065 | |