NICHOLAS STROZZA (SBN CA 117234)
Acting Assistant United States Trustee
LYNETTE C. KELLY (SBN CA 120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5231
Telephone: (510) 637-3200
Facsimile: (510) 637-3220
Email: lynette.c.kelly@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>　　　　Debtor-in-possession. | Case No. 15-50553 SLJ<br><br>Chapter 11<br><br>Date: May 11, 2016<br>Time: 2:00 p.m.<br>Ctrm: Honorable Stephen L. Johnson<br>　　　280 S. First St., Room 3099<br>　　　San Jose, CA |

**NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S**
**MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. § 1112(b)**

**PLEASE TAKE NOTICE** that a hearing will be held on **May 11, 2016** at **2:00 p.m.**, before the **Honorable Stephen L. Johnson, 280 S. First St., Courtroom 3099, San Jose, California**, on the United States Trustee's Motion To Dismiss or Convert Case Under 11 U.S.C. § 1112(b).

　　The motion is based upon this notice of hearing, the motion of the United States Trustee and memorandum in support, and declaration filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing or in response to any opposition to the motion.

　　You may obtain a copy of the Motion and memorandum in support, and accompanying declaration from the Court's docket on the PACER system or by contacting the undersigned.

> **A response, if any, to the motion shall be made in writing and served upon the United States Trustee, and filed with the Bankruptcy Court, at least <u>fourteen (14) days</u> prior to the hearing date pursuant to B.L.R. 9014-1(c)(1). If there is not a timely opposition to the motion, the court may enter an order granting the requested relief by default.**

Dated: April 4, 2016　　　　　　　　　　　　Tracy Hope Davis
　　　　　　　　　　　　　　　　　　　　　　United States Trustee

　　　　　　　　　　　　　　　　　　By:　　/s/　Lynette C. Kelly
　　　　　　　　　　　　　　　　　　　　　Attorney for United States Trustee