NICHOLAS STROZZA (SBN CA 117234)
Acting Assistant United States Trustee
LYNETTE C. KELLY (SBN CA 120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612-5231
Telephone:     (510) 637-3200
Facsimile:     (510) 637-3220
Email:         lynette.c.kelly@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:

AQH, LLC,

Debtor.

Case No. 15-50553 SLJ

Chapter 11

**CERTIFICATE OF SERVICE**

I, the undersigned, state that I am employed in the City of San Jose, County of Santa Clara, State of California, in the Office of the United States Trustee, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 280 South First Street, Suite 268, San Jose, California 95113; that on the date set out below, I served a copy of the following document:

**NOTICE OF HEARING ON U.S. TRUSTEE'S
MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. SECTION 1112(b)**

to each party listed below by placing such a copy, enclosed in a sealed envelope with prepaid postage thereon, in the United States mail at San Jose, California, addressed to each party listed below.

*[see attached list of all creditors and parties requesting special notice]*

I declare under penalty of perjury that the foregoing is true and correct.
Executed at San Jose, California, on April 4, 2016.

By:     /s/ Lynne C. Knight
        LYNNE C. KNIGHT
        Paralegal Specialist

A&A Portables
201 Roscoe Road
Modesto, CA 95357-1828

AQH, LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085-3869

Access Electric
1990 Foundry Court
Ceres, CA 95307-9223

Andrew L. Faris
4929 E. Sunny Slope Road
Edina, MN 55424-1166

Andy Faris
4929 E. Sunnyslope Rd.
Edina, MN 55424-1166

Anthony Steven Brough
1200 Dale Ave, Apt 78
Mountain View, CA 94040-3326

Austin Roberts
2312 Lavon Lane
Ceres, CA 95307-1616

Brian Priend
527 Terminal Ave.
Modesto, CA 95350-5950

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

CHERYL C. ROUSE
LAW OFFICES OF ROUSE & BAHLERT
345 Franklin Street
San Francisco, California 94102-4427

Chris Cunningham
10033 Reevesbury Dr.
Beverly Hills, CA 90210-1422

Chris Kilday
450 Taraval St, #143
San Francisco, CA 94116-2530

Collins Electric
3412 Metro Drive
Stockton, CA 95215-9440

Collins Electrical Company, Inc.
C/O Herrig & Vogt, LLP
4210 Douglas Blvd
Suite 100
Granite Bay, CA 95746-5912

Collins Electrical Company, Inc.
HERRIG & VOGT, LLP
4210 Douglas Blvd.
Suite 100
Granite Bay, CA 95746-5912

CrimeTek Security
3448 North Golden State Blvd.
Turlock, CA 95382-9709

DHL Global Forwarding
P.O. Box 742802
Los Angeles, CA 90074-2802

Lucile Darnell
c/o Stephen D. Finestone
456 Montgomery St., 20th Fl
San Francisco, CA 94104-1253

David B. Oshinsky
9415 Culver Boulevard
Culver City, CA 90232-2616

Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street, # 290
San Jose, CA 95113-1826

E.P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201-3861

Elisa Research
48834 Kato Road Suite 101-A
Fremont, CA 94538-7368

Emergent Systems
Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

Emergent Systems Exchange, LLC
7160 Shady Oak Road
Eden Prairie, MN 55344-3517

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Andrew L Faris
c/o Law Offices of Rouse & Bahlert
345 Franklin Street
San Francisco, CA 94102-4427

Reno F.R. Fernandez
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104-2331

Stephen D. Finestone
Law Offices of Stephen D. Finestone
456 Montgomery St. 20th Fl.
San Francisco, CA 94104-1253

Fortis Advisors, LLC
c/o E.P. Keiffer
Wright Ginsberg Brusilow, PC
325 North St Paul Street, Suite 4150
Dallas, TX 75201-3861

Future Electronics Corporation
c/o E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

John Walsh
120 59th
Burr Ridge, IL 60527-4905

Lionakis, a California
corporation
915 13th Street
Modesto, CA 95354-0903

MACDONALD
 FERNANDEZ LLP
MATTHEW J. OLSON (SBN 265909)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2331

Gina L. Moyles
Herrig and Vogt, LLP
4210 Douglas Blvd. #100
Granite Bay, CA 95746-5912

Fortis Advisors LLC
Collateral Agent (ratably)(CA) for Len
c/o Rick Fink
CEO and Managing Director
12526 High Bluff Drive, Suite 280
San Diego, CA 92130-3015

Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812-2952

Gina L. Moyles/Anthony P. Fritz
HERRIG & VOGT, LLP
4210 Douglas Blvd., Suite 100
Granite Bay, CA 95746-5912

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Karl A. Schweikert
Churchwell White, LLP
1414 K Street, Third Floor
Sacramento, CA 95814-3967

Kelly Litigation Group, Inc.
3 Lagoon Drive, Ste. 225
Redwood City, CA 94065-5158

Lucile Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

Michael Mengarelli
Kelly Litigation Group, Inc.
3 Lagoon Dr. #225
Redwood City, CA 94065-5158

New Concept Fleet
Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

Matthew Jon Olson
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104-2331

Fortis Advisors, LLC
c/o Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street
Suite 290
San Jose, CA 95113-1826

Future Electronics Corp.
c/o E.P. Keiffer
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

I Guard
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

Jacob Lopez
1608 Don Pedro Road
Ceres, CA 95307-9594

Edwin Paul Keiffer
Wright Ginsberg Brusilow P.C.
325 N St. Paul St. #4150
Dallas, TX 75201-3861

Tatiana Korolshteyn
c/o Stephen D. Finestone
456 Montgomery St., 20th Fl
San Francisco, CA 94104-1253

Lucy Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

Michael White
2824 Fowler Road
Ceres, CA 95307-2102

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

PLN Architects
1720 G Street
Modesto, CA 95354-1214

Platt Electric
10605 Southwest Allen Blvd.
Beaverton, OR 97005-4896

William L. Porter
Law Offices of Porter and Cable
7801 Folsom Blvd. #350
Sacramento, CA 95826-2624

Rexel, Inc. dba Platt Electric Supply
600 University St.
Ste. 3300
Seattle, WA 98101-1129

Rick Fink
CEO and Managing Director
Fortis Advisors as Collateral Agent
12526 High Bluff Drive, Suite 280
San Diego, CA 92130-3015

Riverbank Local
Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

Riverbank Local Development Authority
Churchwell White, LLP
1414 K Street, Third Floor
Sacramento, CA 95814-3929

Riverbank Local Redevelopment Agency
c/o Debbie Olson, Executive Director
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

Riverbank Local Redevelopment Authority
c/o S. Craig Hunter
Churchwell White LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814-3967

Cheryl C. Rouse
Law Offices of Rouse and Bahlert
345 Franklin St.
San Francisco, CA 94102-4427

Karl Andrew Schweikert
Churchwell White LLP
1414 K Street, 3rd Fl
Sacramento, CA 95814-3967

Sean Walsh
1742 Kansas Street
Redwood City, CA 94061-2635

Seth Chastain c/o Levy - von Beck & Ass
600 University St.
Ste. 3300
Seattle, WA 98101-1129

Dominique Sopko
Diemer, Whitman & Cardosi, LLP
75 E Santa Clara St. #290
San Jose, CA 95113-1826

Southland Electrical Supply
147 North Main Street
Burlington, NC 27217-3901

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

State of California
Employment Development Dept.
Bankruptcy Special Procedures Group
P.O. Box 826880 MIC 92E
Sacramento, CA 94280-0001

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104-1253

Dennis M. Sullivan
Law Offices of Dennis M. Sullivan
465 California St. #700
San Francisco, CA 94104-1818

Tatiana Korolshteyn
1742 Kansas Street
Redwood City, CA 94061-2635

The Law Offices of Peter Lively
Attn: Peter Lively
11268 W. Washington Blvd.
Culver City, CA 90230-4647

Thomas Bautista
1624 Palm Ave.
Redwood City, CA 94061-2647

Tricia Hayward
1125 East Monte Vista Ave.
Turlock, CA 95382-0405

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Vagada Holdings
18600 Castle Ridge Drive
Morgan Hill, CA 95037-8947

Vagada Holdings, LLC
Attn: Yan Ebyam
18600 Castle Ridge Drive
Morgan Hill, CA 95037-8947

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5202

William L. Porter
Porter Law Group, Inc.
7801 Folsom Boulevard, Suite 101
Sacramento, CA 95826-2619

JAMES C. BRIDGMAN, ESQ.
ASPELIN & BRIDGMAN LLP
220 MONTGOMERY ST., STE 1009
SAN FRANCISCO, CA 94104