**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form MCD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | AQH, LLC | Case No.: 15–50553 SLJ 11 |
|---|---|---|
| | dba Aquifer LLC | Chapter: 11 |
| | Debtor(s) | |

## NOTICE OF HEARING RE:
## MOTION TO CONVERT OR DISMISS CASE

TO THE DEBTOR, CREDITORS, AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT A HEARING IN THIS CASE WILL BE HELD AT:

| **DATE:** May 11, 2016 | **TIME:** 02:00 PM |
|---|---|
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3099 3rd Fl., San Jose, CA 95113 | |

TO CONSIDER AND ACT UPON THE FOLLOWING:

Motion of the U.S. Trustee to or for order fixing a deadline by which a plan must be confirmed. The motion is based on memorandum or points and authorities, and any other supporting documents on file with the court.

For further information, please refer to the court file, which may be reviewed in the Office of the Clerk, U.S. Bankruptcy Court.

Dated: 4/4/16

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court