# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–5 | User: rrombawa | | Date Created: 4/4/2016 |
| Case: 15–50553 | Form ID: MCD | | Total: 108 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
rspi      Chris Cunningham
acc      Baudler & Flanders
cr      ACCESS ELECTRIC
consult      DBMAC, Inc.
                                                       TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
aty      Cheryl C. Rouse      rblaw@ix.netcom.com
aty      Dominique Sopko      dsopko@diemerwhitman.com
aty      Edwin Paul Keiffer      pkeiffer@wgblawfirm.com
aty      Gina L. Moyles      g.moyles@herrigvogt.com
aty      Karl Andrew Schweikert      karl@churchwellwhite.com
aty      Lynette C. Kelly      lynette.c.kelly@usdoj.gov
aty      Matthew Jon Olson      matt@macfern.com
aty      Michael Mengarelli      rkelly@kellylitigationgroup.com
aty      Reno F.R. Fernandez      reno@macfern.com
aty      Stephen D. Finestone      sfinestone@pobox.com
aty      William L. Porter      bporter@porterlaw.com
                                                     TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      AQH, LLC      440 North Wolfe Road, #243      Sunnyvale, CA 94085
cr      Riverbank Local Redevelopment Authority      c/o S. Craig Hunter      Churchwell White LLP      1414 K Street, 3rd Floor      Sacramento, CA 95814
reqntc      Andrew L Faris      c/o Law Offices of Rouse & Bahlert      345 Franklin Street      San Francisco, CA 94102
reqntc      Lucile Darnell      c/o Stephen D. Finestone      456 Montgomery St., 20th Fl      San Francisco, CA 94104
reqntc      Tatiana Korolshteyn      c/o Stephen D. Finestone      456 Montgomery St., 20th Fl      San Francisco, CA 94104
cr      Collins Electrical Company, Inc.      C/O Herrig & Vogt, LLP      4210 Douglas Blvd      Suite 100      Granite Bay, CA 95746
reqntc      Fortis Advisors, LLC      c/o Diemer, Whitman & Cardosi, LLP      75 E. Santa Clara Street      Suite 290      San Jose, CA 95113
intp      Fortis Advisors, LLC      c/o E.P. Keiffer      Wright Ginsberg Brusilow, PC      325 North St Paul Street, Suite 4150      Dallas, TX 75201
sp      Kelly Litigation Group, Inc.      3 Lagoon Drive, Ste. 225      Redwood City, CA 94065
intp      Future Electronics Corporation      c/o E. P. Keiffer      Wright Ginsberg Brusilow P.C.      325 N. St. Paul, Suite 4150      Dallas, TX 75201
aty      Dennis M. Sullivan      Law Offices of Dennis M. Sullivan      465 California St. #700      San Francisco, CA 94104–1818
smg      IRS      P.O. Box 7346      Philadelphia, PA 19101–7346
smg      State Board of Equalization      Attn: Special Procedures Section, MIC:55      P.O. Box 942879      Sacramento, CA 94279
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280–0001
smg      CA Franchise Tax Board      Attn: Special Procedures      P.O. Box 2952      Sacramento, CA 95812–2952
smg      IRS      P.O. Box 7346      Philadelphia, PA 19101–7346
13973490      A&A Portables      201 Roscoe Road      Modesto, CA 95357
13973541      A&A Portables      201 Roscoe Road      Modesto, CA 95357
13973491      Access Electric      1990 Foundry Court      Ceres, CA 95307
13973542      Access Electric      1990 Foundry Court      Ceres, CA 95307
14078315      Andrew L. Faris      4929 E. Sunny Slope Road      Edina, MN 55424
13973492      Andy Faris      4929 E. Sunnyslope Rd.      Edina, MN 55424
13973543      Andy Faris      4929 E. Sunnyslope Rd.      Edina, MN 55424
13973493      Anthony Steven Brough      1200 Dale Ave, Apt 78      Mountain View, CA 94040
13995416      Austin Roberts      2312 Lavon Lane      Ceres, CA 95307
13999857      Brian Friend      527 Terminal Ave.      Modesto, CA 95350
14000751      CHERYL C. ROUSE      LAW OFFICES OF ROUSE & BAHLERT      345 Franklin Street      San Francisco, California 94102
13973494      Chris Cunningham      10033 Reevesbury Dr.      Beverly Hills, CA 90210
13973495      Chris Kilday      450 Taraval St, #143      San Francisco, CA 94116
13973544      Chris Kilday      450 Taraval St, #143      San Francisco, CA 94116
13973545      Collins Electric      3412 Metro Drive      Stockton, CA 95215
13973496      Collins Electric      3412 Metro Drive      Stockton, CA 95215
14079882      Collins Electrical Company, Inc.      HERRIG & VOGT, LLP      4210 Douglas Blvd.      Suite 100      Granite Bay, CA 95746
13973547      CrimeTek Security      3448 North Golden State      Blvd.      Turlock, CA 95382

| | | | |
|---|---|---|---|
| 13973497 | CrimeTek Security | 3448 North Golden State Blvd. | Turlock, CA 95382 |
| 13973498 | DHL Global Forwarding | P.O. Box 742802 | Los Angeles, CA 90074–2802 |
| 13973548 | DHL Global Forwarding | P.O. Box 742802 | Los Angeles, CA 90074–2802 |
| 13999864 | David B. Oshinsky | 9415 Culver Boulevard | Culver City, CA 90232 |
| 14106439 | Diemer, Whitman & Cardosi, LLP | 75 E. Santa Clara Street, # 290 | San Jose, CA 95113 |
| 14107038 | E.P. Keiffer | Wright Ginsberg Brusilow P.C. 325 North St. Paul Street, Suite 4150 | Dallas, Texas 75201 |
| 13973499 | Elisa Research | 48834 Kato Road Suite 101–A | Fremont, CA 94538 |
| 13973549 | Elisa Research | 48834 Kato Road Suite 101–A | Fremont, CA 94538 |
| 13973550 | Emergent Systems Exchange | 7160 Shady Oak | Eden Prairie, MN 55344 |
| 13973500 | Emergent Systems Exchange | 7160 Shady Oak | Eden Prairie, MN 55344 |
| 14077547 | Emergent Systems Exchange, LLC | 7160 Shady Oak Road | Eden Prairie, MN 55344 |
| 14071558 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880 | Sacramento, CA 95814 |
| 13987312 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 PO BOX 2952 | SACRAMENTO CA 95812–2952 |
| 14106309 | Fortis Advisors LLC | Collateral Agent (ratably)("CA") for Len c/o Rick Fink CEO and Managing Director 12526 High Bluff Drive, Suite 280 | San Diego, CA 92130 |
| 13973489 | Franchise Tax Board | Bankruptcy Section, MS A–340 Post Office Box 2952 | Sacramento, CA 95812 |
| 14120674 | Future Electronics Corp. | c/o E.P. Keiffer 325 N. St. Paul, Suite 4150 | Dallas, TX 75201 |
| 14079881 | Gina L. Moyles/Anthony P. Fritz | HERRIG & VOGT, LLP 4210 Douglas Blvd., Suite 100 | Granite Bay, CA 95746 |
| 13973551 | I Guard | 3448 North Golden State Blvd. | Turlock, CA 95382 |
| 13973501 | I Guard | 3448 North Golden State Blvd. | Turlock, CA 95382 |
| 13973488 | Internal Revenue Service | Post Office Box 7346 | Philadelphia, PA 19101 |
| 13999858 | Jacob Lopez | 1608 Don Pedro Road | Ceres, CA 95307 |
| 13973502 | John Walsh | 120 59th | Burr Ridge, IL 60527 |
| 14077437 | Karl A. Schweikert | Churchwell White, LLP 1414 K Street, Third Floor | Sacramento, CA 95814 |
| 13973552 | Lionakis, a California corporation | 915 13th Street | Modesto, CA 95354 |
| 13973503 | Lionakis, a California corporation | 915 13th Street | Modesto, CA 95354 |
| 13999865 | Lucile Darnell | 824 Lyndon Street, Apt. G | Monterey, CA 93940 |
| 13973504 | Lucy Darnell | 824 Lyndon Street, Apt. G | Monterey, CA 93940 |
| 13994677 | MACDONALD FERNANDEZ LLP | MATTHEW J. OLSON (SBN 265908) 221 Sansome Street, Third Floor | San Francisco, CA 94104 |
| 13999859 | Michael White | 2824 Fowler Road | Ceres, CA 95307 |
| 13973553 | New Concept Fleet Management | 9096 Elkmont Way | Elk Grove, CA 95624 |
| 13973505 | New Concept Fleet Management | 9096 Elkmont Way | Elk Grove, CA 95624 |
| 14270574 | Office of the United States Trustee | Attn: Lynette C. Kelly 1301 Clay Street, Suite 690N | Oakland, California 94612–5231 |
| 13973507 | PLN Architects | 1720 G Street | Modesto, CA 95354 |
| 13973556 | PLN Architects | 1720 G Street | Modesto, CA 95354 |
| 13973506 | Platt Electric | 10605 Southwest Allen Blvd. | Beaverton, OR 97005 |
| 13973555 | Platt Electric | 10605 Southwest Allen Blvd. | Beaverton, OR 97005 |
| 13986651 | Rexel, Inc. dba Platt Electric Supply | 600 University St. Ste. 3300 | Seattle, WA 98101 |
| 14106308 | Rick Fink | CEO and Managing Director Fortis Advisors as Collateral Agent 12526 High Bluff Drive, Suite 280 | San Diego, CA 92130 |
| 13973557 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 | Modesto, CA 95357 |
| 14077438 | Riverbank Local Development Authority | Churchwell White, LLP 1414 K Street, Third Floor | Sacramento, CA 95814 |
| 14002811 | Riverbank Local Redevelopment Agency | c/o Debbie Olson, Executive Director 5300 Claus Road, Suite 1 | Modesto, CA 95357 |
| 13973508 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 | Modesto, CA 95357 |
| 13999866 | Sean Walsh | 1742 Kansas Street | Redwood City, CA 94061 |
| 13986650 | Seth Chastain c/o Levy – von Beck & Associates, P.S. | 600 University St. Ste. 3300 | Seattle, WA 98101 |
| 13973509 | Southland Electrical Supply | 147 North Main Street | Burlington, NC 27216 |
| 13973558 | Southland Electrical Supply | 147 North Main Street | Burlington, NC 27216 |
| 13999863 | State of California | Employment Development Dept. Bankruptcy Special Procedures Group P.O. Box 8268880 MIC 92E | Sacramento, CA 94280–0001 |
| 14002135 | Stephen D. Finestone | 456 Montgomery Street, 20th Floor | San Francisco, CA 94104 |
| 13973510 | Tatiana Korolshteyn | 1742 Kansas Street | Redwood City, CA 94061 |
| 13999867 | The Law Offices of Peter Lively | Attn: Peter Lively 11268 W. Washington Blvd. | Culver City, CA 90230 |
| 13999860 | Thomas Bautista | 1624 Palm Ave. | Redwood City, CA 94061 |
| 13999861 | Tricia Hayward | 1125 East Monte Vista Ave. | Turlock, CA 95382 |
| 13973511 | Vagada Holdings | 18600 Castle Ridge Drive | Morgan Hill, CA 95037 |
| 13999862 | Vagada Holdings, LLC | Attn: Yan Ebyam 18600 Castle Ridge Drive | Morgan Hill, CA 95037 |
| 13999868 | Vagada Holdings, LLC | Attn: Yan Ebyam 18600 Castle Ridge Drive | Morgan Hill, CA 95037 |
| 13973512 | W.W. Grainger, Inc. | 100 Grainger Parkway | Lake Forest, IL 60045–5201 |
| 13973559 | W.W. Grainger, Inc. | 100 Grainger Parkway | Lake Forest, IL 60045–5201 |
| 14033085 | William L. Porter | Porter Law Group, Inc. 7801 Folsom Boulevard, Suite 101 | Sacramento, CA 95826 |

TOTAL: 92