MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

            Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

DECLARATION OF HOWARD BAILEY IN SUPPORT OF MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

[No Hearing Set]

I, Howard Bailey, hereby declare:

1. I am a Managing Director at Arch & Beam Global, LLC ("Arch + Beam") and a Certified Turnaround Professional ("CTP").

2. Arch + Beam has made arrangements with AQH, LLC, Debtor-in-Possession herein, to analyze its current situation, advise management on possible go-forward options, including a potential sale of Debtor's business as a going concern under Bankruptcy Code § 363 or a recapitalization. In the event the Debtor pursues a sale under § 363, Arch + Beam will help establish bidding procedures, assist with locating and qualifying bidders, and manage the sales process.

3. A true and correct copy of the Retention Letter, by and between the Debtor and the firm, is attached hereto as Exhibit "A" and incorporated by reference. The retention letter requests a $20,000 post-petition retainer. From my knowledge and experience advising distressed companies, a retainer of this approximate amount is necessary and customary to retain a financial advisor in a

1

case of this complexity.

    4.    I will lead the engagement. A true and correct summation of my experience and information regarding Arch + Beam is attached hereto as Exhibit "B" and incorporated by reference.

    5.    My business address and telephone number are as follows:

> Howard Bailey
> Arch + Beam
> 2500 Camino Diablo, Suite 110
> Walnut Creek, CA 94597
> (415) 272-5680

    6.    To the best of my knowledge, Arch + Beam and I have no connection with the Debtor-in-Possession, nor its known employees, creditors, attorneys or accountants, the United States Trustee, or any person employed with the Office of the United States Trustee, and is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

    7.    The following resources to be employed for this engagement are as follows:

- Howard Bailey, Managing Director
- Matthew English, Managing Director
- Scott Geary, Director
- Brendan Cronin, Senior Associate
- Other resources, as required

    8.    Hourly rates of the managing directors, directors, associates and staff at Arch + Beam are customarily billed hourly at the rates set forth in the below schedule:

- Managing Directors    $395
- Directors    $325
- Associates    $250
- Staff and Admin    $75-125

    9.    I understand that my right to recover fees and costs are subject to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated by the United States Bankruptcy Court for the Northern District of California, and payment of such fees and costs are subject to prior Court approval, notwithstanding any agreement to the contrary.

    10.    Arch + Beam has no agreement to share its compensation with any other person or entity.

///

2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13 th day of April 2016, at Walnut Creek, California.

/s/ Howard Bailey
HOWARD BAILEY
Managing Director
Arch & Beam Global, LLC

# EXHIBIT B



**History of the Firm**

The origins of the firm date back to 1998 when professionals came together from the technology and Big Six accounting world to focus on operations and finance improvement.  To add to our strong operations capabilities, we joined forces with senior leaders from the lending and restructuring industry which led to the current firm's broad experience across turnaround, restructuring, bankruptcy and performance improvement.

**Howard Bailey**

Howard Bailey is a Managing Director at **Arch + Beam**. His experience as an advisor and interim manager is spread across multiple industries. Mr. Bailey has represented both debtor and creditor groups in bankruptcy, including recently acting as Chief Restructuring Officer/CFO of a multi-national company. In addition, he was the debtor advisor on the 363 sale of a formerly public company that filed Chapter 11. Mr. Bailey has also testified as an expert witness in cases involving finance, banking, mergers and acquisitions and capital markets transactions.

Mr. Bailey was Western Region SVP for GE Capital's Restructuring Finance Group. Additionally, he held the roles of SVP Origination and SVP Team Leader Portfolio & Underwriting.  In the latter capacity, he managed a team of professionals responsible for a $2 billion+ portfolio, as well as structuring, underwriting, approving and executing on new loans. He successfully closed $5 billion in commitments and was responsible for several successful workouts.

Prior to GE, his experience includes several Bank of America predecessors, most notably BankBoston, where he began his tenure there as a field audit examiner, additionally completing the Management Training Program, and spent 1990 to 1995 in its Loan Workout Group. During this time, he successfully worked out several high profile accounts. As a result of Mr. Bailey's track record, he relocated to San Francisco in 1997 to establish the Western Region, including offices in Los Angeles and San Francisco.

Mr. Bailey is on the Board of the Northern California Turnaround Management Association and is past Chairman of the Northern California Commercial Finance Association. He has been a speaker on numerous occasions and has served on a multitude of panels, including the Association for Corporate Growth, Commercial Finance Association, American Bar Association, Credit Management Association, California Bankruptcy Forum and Turnaround Management Association.