| | |
|---|---|
| MACDONALD | FERNANDEZ LLP<br>IAIN A. MACDONALD (SBN 051073)<br>RENO F.R. FERNANDEZ III (SBN 251934)<br>MATTHEW J. OLSON (SBN 265908)<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104<br>Telephone: (415) 362-0449<br>Facsimile: (415) 394-5544<br><br>Attorneys for Debtor in Possession,<br>AQH, LLC | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>              Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR IN POSSESSION AND (2) APPROVE POST-PETITION RETAINER<br><br>[No Hearing Set] |

     NOTICE IS HEREBY GIVEN that AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein, filed its motion for authority to retain Arch & Beam Global, LLC ("Arch + Beam") as the financial advisor for the Debtor in Possession pursuant to Bankruptcy Code Section 327 and for authorization to pay a post-petition retainer of $20,000 to Arch + Beam pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a) (the "Motion"). A copy of the Motion and its supporting pleadings may be obtained from the undersigned, the Clerk of Court, or the Court's CM/ECF website at https://ecf.canb.uscourts.gov.

     As more fully set forth in the Motion and supporting pleadings, Debtor requires a financial advisor to analyze its current situation, advise management on possible go-forward options, including a potential sale of Debtor's business as a going concern under Bankruptcy Code § 363 or a recapitalization. In the event the Debtor pursues a sale under § 363, Arch + Beam will help establish bidding procedures, assist with locating and qualifying bidders, and managing the sales process. Payment of the $20,000 post-petition retainer is within the Debtor's sound business judgment; the retainer is reasonable in proportion to the size and complexity of the within case, and payment of the retainer is necessary in order to obtain competent accountants to assist in the administration of the within case.

     NOTICE IS FURTHER GIVEN that, pursuant to Bankruptcy Local Rule 9014-1(b)(3) of the United States Bankruptcy Court for the Northern District of California:

     Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

DATED: April 15, 2016                MACDONALD FERNANDEZ LLP

By: /s/ Matthew J. Olson
     Matthew J. Olson
     Attorneys for Debtor in Possession,
     AQH, LLC