MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 365908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Proposed Attorneys for Debtor-in-Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-ASW-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE |

     I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

     **On the date hereof, I served the following document(s):**

1.  NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

2.  MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

3.  DECLARATION OF HOWARD BAILEY IN SUPPORT OF MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

Upon the following persons and/or entities:

Cheryl C. Rouse
Law Offices of Rouse & Bahlert
345 Franklin Street
San Francisco, California 94102

Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street, # 290
San Jose, CA 95113

///

1

E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North Saint Paul Street, Suite 4150
Dallas, TX 75201

Office of the U.S. Trustee / SJ
Attn: Shining J. Hsu
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Office of the United States Trustee
Attn: Lynette C. Kelly
1301 Clay Street, Suite 690N
Oakland, California 94612-5231

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

William L. Porter
Porter Law Group, Inc.
7801 Folsom Boulevard, Suite 101
Sacramento, CA 95826

As follows:

[X] By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

On the date hereof, I served the following document:

1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

Upon the following persons and/or entities below and on the attached mailing matrix, as follows:

[ ] By Personal Service. By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

[X] By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

[ ] By Certified U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

[ ] By Federal Express. By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

[ ] By Facsimile. By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

2

1

☐ <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

2

3

4

  I declare under penalty of perjury under the laws of the State of California that the foregoing

5

is true and correct and that I am employed in the office of a member of the bar of this Court, at

6

whose direction the service was made.

7

  EXECUTED: April 15, 2016                    /s/ Samantha G. Brown

8
                                              SAMANTHA G. BROWN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Label Matrix for local noticing
0971-5
Case 15-50553
Northern District of California
San Jose
Fri Apr 15 14:34:45 PDT 2016

AQH, LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085-3869

Collins Electrical Company, Inc.
C/O Herrig & Vogt, LLP
4210 Douglas Blvd
Suite 100
Granite Bay, CA 95746-5912

Fortis Advisors, LLC
c/o Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street
Suite 290
San Jose, CA 95113-1826

Fortis Advisors, LLC
c/o E.P. Keiffer
Wright Ginsberg Brusilow, PC
325 North St Paul Street, Suite 4150
Dallas, TX 75201-3861

Future Electronics Corporation
c/o E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

Kelly Litigation Group, Inc.
3 Lagoon Drive, Ste. 225
Redwood City, CA 94065-5158

Riverbank Local Redevelopment Authority
c/o S. Craig Hunter
Churchwell White LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814-3967

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113-3099

A&A Portables
201 Roscoe Road
Modesto, CA 95357-1828

Access Electric
1990 Foundry Court
Ceres, CA 95307-9223

Andrew L. Faris
4929 E. Sunny Slope Road
Edina, MN 55424-1166

Andy Faris
4929 E. Sunnyslope Rd.
Edina, MN 55424-1166

Anthony Steven Brough
1200 Dale Ave, Apt 78
Mountain View, CA 94040-3326

Austin Roberts
2312 Lavon Lane
Ceres, CA 95307-1616

Brian Friend
527 Terminal Ave.
Modesto, CA 95350-5950

CHERYL C. ROUSE
LAW OFFICES OF ROUSE & BAHLERT
345 Franklin Street
San Francisco, California 94102-4427

Chris Cunningham
10033 Reevesbury Dr.
Beverly Hills, CA 90210-1422

Chris Kilday
450 Taraval St, #143
San Francisco, CA 94116-2530

Collins Electric
3412 Metro Drive
Stockton, CA 95215-9440

Collins Electrical Company, Inc.
HERRIG & VOGT, LLP
4210 Douglas Blvd.
Suite 100
Granite Bay, CA 95746-5912

CrimeTek Security
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

DHL Global Forwarding
P.O. Box 742802
Los Angeles, CA 90074-2802

David B. Oshinsky
9415 Culver Boulevard
Culver City, CA 90232-2616

Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street, # 290
San Jose, CA 95113-1826

E.P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201-3861

Elisa Research
48834 Kato Road Suite 101-A
Fremont, CA 94538-7368

Emergent Systems
Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

Emergent Systems Exchange, LLC
7160 Shady Oak Road
Eden Prairie, MN 55344-3517

Employment Development Department
Bankruptcy Group MIC 92E, PO BOX 826880
Sacramento, CA 95814

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fortis Advisors LLC
Collateral Agent (ratably)("CA"
c/o Rick Fink
CEO and Managing Director
12526 High Bluff Drive, Suite 280
San Diego, CA 92130-3015

Franchise Tax Board
Bankruptcy Section, MS A-340
Post Office Box 2952
Sacramento, CA 95812-2952

Future Electronics Corp.
c/o E.P. Keiffer
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

Gina L. Moyles/Anthony P. Fritz
HERRIG & VOGT, LLP
4210 Douglas Blvd., Suite 100
Granite Bay, CA 95746-5912

I Guard
3448 North Golden State
Blvd.
Turlock, CA 95382-9709

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Jacob Lopez
1608 Don Pedro Road
Ceres, CA 95307-9594

John Walsh
120 59th
Burr Ridge, IL 60527-4905

Karl A. Schweikert
Churchwell White, LLP
1414 K Street, Third Floor
Sacramento, CA 95814-3967

Lionakis, a California
corporation
915 13th Street
Modesto, CA 95354-0903

Lucile Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

Lucy Darnell
824 Lyndon Street, Apt. G
Monterey, CA 93940-1976

MACDONALD
 FERNANDEZ LLP
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2331

Michael White
2824 Fowler Road
Ceres, CA 95307-2102

New Concept Fleet
Management
9096 Elkmont Way
Elk Grove, CA 95624-9707

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Office of the United States Trustee
Attn: Lynette C. Kelly
1301 Clay Street, Suite 690N
Oakland, California 94612-5231

PLN Architects
1720 G Street
Modesto, CA 95354-1214

Platt Electric
10605 Southwest Allen Blvd.
Beaverton, OR 97005-4896

Rexel, Inc. dba Platt Electric Supply
600 University St.
Ste. 3300
Seattle, WA 98101-1129

Rick Fink
CEO and Managing Director
Fortis Advisors as Collateral Agent
12526 High Bluff Drive, Suite 280
San Diego, CA 92130-3015

Riverbank Local
Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

Riverbank Local Development Authority
Churchwell White, LLP
1414 K Street, Third Floor
Sacramento, CA 95814-3929

Riverbank Local Redevelopment Agency
c/o Debbie Olson, Executive Director
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

Sean Walsh
1742 Kansas Street
Redwood City, CA 94061-2635

Seth Chastain c/o Levy - von Beck & Ass
600 University St.
Ste. 3300
Seattle, WA 98101-1129

Southland Electrical Supply
147 North Main Street
Burlington, NC 27217-3901

State of California
Employment Development Dept.
Bankruptcy Special Procedures Group
P.O. Box 8268880 MIC 92E
Sacramento, CA 94280-0001

Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104-1253

| | | |
|---|---|---|
| Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 |
| Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 | Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 |
| Dennis M. Sullivan<br>Law Offices of Dennis M. Sullivan<br>465 California St. #700<br>San Francisco, CA 94104-1818 | Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |
| Michael Mengarelli<br>Kelly Litigation Group, Inc.<br>3 Lagoon Dr. #225<br>Redwood City, CA 94065-5158 | Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (u)DBMAC, Inc. |
| (d)Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |
| (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | (u)Chris Cunningham | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients    11<br>Total                  85 |