

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

The following constitutes
the order of the court. Signed April 19, 2016

*Stephen Johnson*

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 15-50553-SLJ-11 |
| AQH, LLC | Chapter 11 |
| Debtor. | **ORDER APPROVING FOURTH STIPULATION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)** |

UPON CONSIDERATION of the fourth stipulation by and between AQH, LLC, Debtor in Possession herein, and the RIVERBANK LOCAL REDEVELOPMENT AUTHORITY (the "Riverbank LRA"), consenting to entry of an order extending the time to assume or reject the unexpired lease of nonresidential real property with the Riverbank LRA for the Debtor's primary datacenter facilities located at 5300 Claus Road, Buildings 3, 5, 21 and 49, in Modesto, California (the "Leased Facility"), pursuant to Bankruptcy Code § 365(d)(4), and good cause appearing:

**IT IS ORDERED** that:

1.  The Stipulation is approved; and

2.  The time under Bankruptcy Code § 365(d)(4)(A) within which the Debtor may assume or reject the lease with the Riverbank LRA for the Lease Facility is extended for 45 days (through and including May 30, 2016), without prejudice to the Debtor seeking further extensions as

/ / /

/ / /

1

permitted by the Bankruptcy Code.

APPROVED AS TO FORM:

CHURCHWELL WHITE LLP


By: ___/s/ Karl Schweikert_____
      Karl Schweikert,
      Attorneys for Landlord,
      RIVERBANK LOCAL REDEVELOPMENT AUTHORITY

                       **END OF ORDER**

1

## COURT SERVICE LIST

2      All parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 15-50553    Doc# 200    Filed: 04/19/16    Entered: 04/19/16 11:37:18    Page 3 of 3