E. P. Keiffer
COATS | ROSE P.C.
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
(214) 651-6500
pkeiffer@coatsrose.com

Kathryn Diemer
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

ATTORNEYS FOR COLLATERAL AGENT AND FE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>       Debtor. | Case No. 15-50553-11-SLJ<br>Chapter 11<br><br>JOINDER IN DEBTOR'S AND RIVERBANK LOCAL REDEVELOPMENT AUTHORITY'S FILED OPPOSITION TO U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE UNDER 11 U.S.C. 1112(b)<br><br>Date: May 11, 2016<br>Time: 2:00 p.m.<br>Place: 280 South First Street, Room 3099<br>San Jose, California |

                                                                Honorable Stephen L. Johnson

COMES NOW Fortis Advisors LLC, as Collateral Agent for the ratable benefit of the Lenders under certain Transaction Documents as defined in the Cointerra, Inc. Security and Pledge Agreement[1] and other applicable Transaction Documents ("**Collateral Agent**") and Future Electronics Corporation ("**FE**" sometimes collectively these parties are "**CA/FE**") and file this

---

[1] Any capitalized terms not defined herein are as defined in the Cointerra, Inc. Security and Pledge Agreement, the Collateral Agent Agreement and multiple Secured Convertible Notes all dated August 1, 2014.

1

Case: 15-50553    Doc# 204    Filed: 05/06/16    Entered: 05/06/16 15:52:27    Page 1 of 2

Joinder in Debtor's and Riverbank Local Redevelopment Authority's Filed Opposition to U.S. Trustee's Motion to Dismiss or Convert Case under 11 U.S.C. 1112(b) [the Oppositions are at DKT #203 and #202 respectively] and would show the Court as follows:

1. CA/FE, after reviewing the U.S. Trustee's motion [DKT #189] and the noted Oppositions, adopt, support and incorporate the reasoning and rationale detailed in the Debtor's and Riverbank's oppositions filed on April 27, 2016, as their own and also urge that this Court deny the conversion or the dismissal of this case sought by the U. S. Trustee's office.

DATED May 6, 2016

COATS | ROSE P.C.

By:   /s/ E. P. Keiffer
     E. P. Keiffer

Attorneys for Fortis Advisors LLC, as
Collateral Agent and Future Electronics
Corporation

2