MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

REQUEST FOR ENTRY OF ORDER BY DEFAULT RE: MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

[No Hearing Set]

TO: THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE, AT SAN JOSE, CALIFORNIA:

AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein, respectfully requests entry of an order authorizing the Debtor to retain Arch & Beam Global, LLC ("Arch + Beam") as the financial advisor for the Debtor in Possession pursuant to Bankruptcy Code Section 327 and for authorization to pay a post-petition retainer of $20,000 to Arch + Beam pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a).

1. The within case was commenced by filing a voluntary chapter 11 petition on February 19, 2015. A trustee has not been appointed and the Debtor is in possession of its estate.

2. On April 15, 2016, AQH, LLC filed its motion to approve appointment of Arch + Beam as financial advisor for Debtor in Possession and (2) payment of post-petition retainer, the Declaration of Howard Bailey in Support of the Motion, and exhibits thereto (collectively, the

1

"Application"), the Notice of Errata re Declaration of Howard Bailey (*See* Doc. No. 199), together with a notice of opportunity for hearing on said Application (the "Notice") and *See* Doc. Nos. 197-198. A true and correct copy of the Notice (Doc. No. 198) is attached as Exhibit "A" to Declaration of Matthew J. Olson (the "Olson Decl."), filed herewith.

3. Service of the Application and Notice was effectuated on April 15, 2016 by U.S. Mail and is proper pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and 9014(b)(3). A true and correct copy of the certificate of service of the Application and Notice (Doc. No. 198-1) is attached as Exhibit "B" to the Olson Decl.

4. The Notice provided that anyone who wished to object to the Debtor's Motion was required to do so by filing a written objection with the Clerk of the United States Bankruptcy Court and by serving it on this office as counsel for the AQH, LLC no later than 21 days from the date on which the Notice was served. The last day for filing and serving objections to the Application was May 6, 2016. This office received no objection and no objection was filed. Olson Decl. ¶ 4.

5. The motion also requests authority to use cash collateral to pay the post-petition retainer. Counsel for the Debtor conferred with Counsel for Andrew L. Faris, the only party who asserts an interest in Debtor's Cash collateral. Counsel for Mr. Faris advised that there was no opposition to using cash collateral to pay the retainer so long as Mr. Faris continued receiving his monthly adequate protection payments. Olson Decl. ¶ 5.

WHEREFORE, AQH, LLC prays for entry of an order:

1. Allowing AQH, LLC to retain Arch & Beam Global, LLC ("Arch + Beam") as the financial advisor for the Debtor in Possession pursuant to Bankruptcy Code Section 327;

2. Allowing AQH, LLC to pay a post-petition retainer of $20,000 to Arch + Beam pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a) from cash collateral or unencumbered assets of the estate; and

3. For such other and further relief as is appropriate in the premises.

DATED: May 10, 2016  MACDONALD | FERNANDEZ LLP
By: /s/ Matthew J. Olson
Matthew J. Olson
Attorneys for Debtor in Possession,
AQH, LLC

2

Case: 15-50553    Doc# 205    Filed: 05/10/16    Entered: 05/10/16 16:59:19    Page 2 of 2