MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF REQUEST FOR ENTRY OF ORDER BY DEFAULT RE: MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

[No Hearing Set]

I, Matthew J. Olson, declare:

1. I am an associate attorney with Macdonald Fernandez LLP, counsel of record for AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein. The following facts are true and correct of my own personal knowledge. If called upon as a witness, I would and could competently testify as follows.

2. On April 25, 2016, AQH, LLC filed its motion to approve appointment of Arch & Beam Global, LLC as financial advisor for Debtor-In-Possession and (2) payment of post-petition retainer, the Declaration of Howard Bailey in Support of the Motion, and exhibits thereto (collectively, the "Application"), the Notice of Errata re Declaration of Howard Bailey (*See* Doc. No. 199), together with a notice of opportunity for hearing on said Application (the "Notice"). *See* Doc. Nos. 197-198. A true and correct copy of the Notice (Doc. No. 198) is attached as Exhibit "A" hereto and is incorporated herein by this reference.

1

3. Service of the Application and Notice was effectuated on April 15, 2016, by U.S. Mail and is proper pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and 9014(b)(3). A true and correct copy of the certificate of service of the Application and Notice (Doc. No. 198-1) is attached as Exhibit "B" hereto and is incorporated herein by this reference.

4. The Notice provided that anyone who wished to object to the Debtor's Motion was required to do so by filing a written objection with the Clerk of the United States Bankruptcy Court and by serving it on this office as counsel for the AQH, LLC no later than 21 days from the date on which the Notice was served. The last day for filing and serving objections to the Application was May 6, 2016. As of this date I received no objection and no objection was filed.

5. On May 10, 2016, I conferred with Cheryl Rouse, Counsel for Andrew L. Faris. Mr. Faris is the only party who asserts an interest in Debtor's Cash collateral. Ms. Rouse advised me that her client had no opposition to using cash collateral to pay a retainer to Arch + Beam so long as Mr. Faris continued receiving his monthly adequate protection payments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of May, 2016, at San Francisco, California.

/s/ Matthew J. Olson
MATTHEW J. OLSON

# EXHIBIT A

MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

            Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR IN POSSESSION AND (2) APPROVE POST-PETITION RETAINER

[No Hearing Set]

      NOTICE IS HEREBY GIVEN that AQH, LLC, d/b/a Aquifer, LLC, Debtor in Possession herein, filed its motion for authority to retain Arch & Beam Global, LLC ("Arch + Beam") as the financial advisor for the Debtor in Possession pursuant to Bankruptcy Code Section 327 and for authorization to pay a post-petition retainer of $20,000 to Arch + Beam pursuant to Bankruptcy Code Sections 363(b)(1), 328(a), and 105(a) (the "Motion"). A copy of the Motion and its supporting pleadings may be obtained from the undersigned, the Clerk of Court, or the Court's CM/ECF website at https://ecf.canb.uscourts.gov.

      As more fully set forth in the Motion and supporting pleadings, Debtor requires a financial advisor to analyze its current situation, advise management on possible go-forward options, including a potential sale of Debtor's business as a going concern under Bankruptcy Code § 363 or a recapitalization. In the event the Debtor pursues a sale under § 363, Arch + Beam will help establish bidding procedures, assist with locating and qualifying bidders, and managing the sales process. Payment of the $20,000 post-petition retainer is within the Debtor's sound business judgment; the retainer is reasonable in proportion to the size and complexity of the within case, and payment of the retainer is necessary in order to obtain competent accountants to assist in the administration of the within case.

      NOTICE IS FURTHER GIVEN that, pursuant to Bankruptcy Local Rule 9014-1(b)(3) of the United States Bankruptcy Court for the Northern District of California:

      Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;

1

| 1  | Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; |
| 2  | |
| 3  | If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. |
| 4  | In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case. |
| 5  | |

DATED: April 15, 2016            MACDONALD FERNANDEZ LLP

By: /s/ Matthew J. Olson
      Matthew J. Olson
      Attorneys for Debtor in Possession,
      AQH, LLC

2

# EXHIBIT B

```
 1  MACDONALD | FERNANDEZ LLP
    IAIN A. MACDONALD (SBN 051073)
 2  RENO F.R. FERNANDEZ III (SBN 251934)
    MATTHEW J. OLSON (SBN 365908)
 3  221 Sansome Street, Third Floor
    San Francisco, CA 94104
 4  Telephone: (415) 362-0449
    Facsimile: (415) 394-5544
 5
 6  Proposed Attorneys for Debtor-in-Possession,
    AQH, LLC
 7
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-ASW-11 |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

**On the date hereof, I served the following document(s):**

1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER
2. MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER
3. DECLARATION OF HOWARD BAILEY IN SUPPORT OF MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

Upon the following persons and/or entities:

| | |
|---|---|
| Cheryl C. Rouse | Diemer, Whitman & Cardosi, LLP |
| Law Offices of Rouse & Bahlert | 75 E. Santa Clara Street, # 290 |
| 345 Franklin Street | San Jose, CA 95113 |
| San Francisco, California 94102 | |

///

1

| | | |
|---|---|---|
| 1 | E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North Saint Paul Street, Suite 4150<br>Dallas, TX 75201 | Office of the U.S. Trustee / SJ<br>Attn: Shining J. Hsu<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| | Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 |
| | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826 | |

As follows:

[X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

On the date hereof, I served the following document:

1. NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO (1) APPROVE APPOINTMENT OF FINANCIAL ADVISOR FOR DEBTOR-IN-POSSESSION AND (2) APPROVE POST-PETITION RETAINER

Upon the following persons and/or entities below and on the attached mailing matrix, as follows:

[ ] <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

[X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

[ ] <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

[ ] <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

[ ] <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

2

| | ☐ | <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: April 15, 2016          /s/ Samantha G. Brown
                                  SAMANTHA G. BROWN

3

```
Label Matrix for local noticing      AQH, LLC                               Collins Electrical Company, Inc.
0971-5                               440 North Wolfe Road, #243             C/O Herrig & Vogt, LLP
Case 15-50553                        Sunnyvale, CA 94085-3869               4210 Douglas Blvd
Northern District of California                                             Suite 100
San Jose                                                                    Granite Bay, CA 95746-5912
Fri Apr 15 14:34:45 PDT 2016

Fortis Advisors, LLC                 Fortis Advisors, LLC                   Future Electronics Corporation
c/o Diemer, Whitman & Cardosi, LLP   c/o E.P. Keiffer                       c/o E. P. Keiffer
75 E. Santa Clara Street             Wright Ginsberg Brusilow, PC           Wright Ginsberg Brusilow P.C.
Suite 290                            325 North St Paul Street, Suite 4150   325 N. St. Paul, Suite 4150
San Jose, CA 95113-1826              Dallas, TX 75201-3861                  Dallas, TX 75201-3861

Kelly Litigation Group, Inc.         Riverbank Local Redevelopment Authority U.S. Bankruptcy Court
3 Lagoon Drive, Ste. 225             c/o S. Craig Hunter                    280 South First Street
Redwood City, CA 94065-5158          Churchwell White LLP                   Room 3035
                                     1414 K Street, 3rd Floor               San Jose, CA 95113-3099
                                     Sacramento, CA 95814-3967

A&A Portables                        Access Electric                        Andrew L. Faris
201 Roscoe Road                      1990 Foundry Court                     4929 E. Sunny Slope Road
Modesto, CA 95357-1828               Ceres, CA 95307-9223                   Edina, MN 55424-1166


Andy Faris                           Anthony Steven Brough                  Austin Roberts
4929 E. Sunnyslope Rd.               1200 Dale Ave, Apt 78                  2312 Lavon Lane
Edina, MN 55424-1166                 Mountain View, CA 94040-3326           Ceres, CA 95307-1616


Brian Friend                         CHERYL C. ROUSE                        Chris Cunningham
527 Terminal Ave.                    LAW OFFICES OF ROUSE & BAHLERT         10033 Reevesbury Dr.
Modesto, CA 95350-5950               345 Franklin Street                    Beverly Hills, CA 90210-1422
                                     San Francisco, California 94102-4427


Chris Kilday                         Collins Electric                       Collins Electrical Company, Inc.
450 Taraval St, #143                 3412 Metro Drive                       HERRIG & VOGT, LLP
San Francisco, CA 94116-2530         Stockton, CA 95215-9440                4210 Douglas Blvd.
                                                                            Suite 100
                                                                            Granite Bay, CA 95746-5912

CrimeTek Security                    DHL Global Forwarding                  David B. Oshinsky
3448 North Golden State              P.O. Box 742802                        9415 Culver Boulevard
Blvd.                                Los Angeles, CA 90074-2802             Culver City, CA 90232-2616
Turlock, CA 95382-9709


Diemer, Whitman & Cardosi, LLP       E.P. Keiffer                           Elisa Research
75 E. Santa Clara Street, # 290      Wright Ginsberg Brusilow P.C.          48834 Kato Road Suite 101-A
San Jose, CA 95113-1826              325 North St. Paul Street, Suite 4150  Fremont, CA 94538-7368
                                     Dallas, Texas 75201-3861


Emergent Systems                     Emergent Systems Exchange, LLC         Employment Development Department
Exchange                             7160 Shady Oak Road                    Bankruptcy Group MIC 92E, PO BOX 826880
7160 Shady Oak                       Eden Prairie, MN 55344-3517            Sacramento, CA 95814
Eden Prairie, MN 55344-3517
```

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fortis Advisors LLC<br>Collateral Agent (ratably)("CA"<br>c/o Rick Fink<br>CEO and Managing Director<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 |
| Future Electronics Corp.<br>c/o E.P. Keiffer<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 | Gina L. Moyles/Anthony P. Fritz<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd., Suite 100<br>Granite Bay, CA 95746-5912 | I Guard<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307-9594 | John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 |
| Karl A. Schweikert<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3967 | Lionakis, a California<br>corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | Lucile Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 |
| Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | MACDONALD<br>FERNANDEZ LLP<br>MATTHEW J. OLSON (SBN 265908)<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2331 | Michael White<br>2824 Fowler Road<br>Ceres, CA 95307-2102 |
| New Concept Fleet<br>Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231 |
| PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 | Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 |
| Rick Fink<br>CEO and Managing Director<br>Fortis Advisors as Collateral Agent<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Riverbank Local Development Authority<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 |
| Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 |
| Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 |

| | | |
|---|---|---|
| Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 |
| Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 | Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 |
| Dennis M. Sullivan<br>Law Offices of Dennis M. Sullivan<br>465 California St. #700<br>San Francisco, CA 94104-1818 | Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |
| Michael Mengarelli<br>Kelly Litigation Group, Inc.<br>3 Lagoon Dr. #225<br>Redwood City, CA 94065-5158 | Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (u)DBMAC, Inc. |
| (d)Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |
| (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | (u)Chris Cunningham | End of Label Matrix<br>Mailable recipients   74<br>Bypassed recipients   11<br>Total   85 |