# UNITED STATES BANKRUPTCY COURT

## Northern District of California (San Jose)

In re  AQH, LLC                              ,          Case No.  15-50553

              *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  4/1-4/30/16                          Date filed:  02/19/2015

Line of Business:  Blockchain Management Datacenter          NAISC Code:  518210

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Chris Cunningham

Original Signature of Responsible Party

Chris Cunningham

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 271,218.84 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 63,035.08 |
| Cash on Hand at End of Month | $ | 192,282.04 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 192,282.04 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 141,971.88 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 271,218.84 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 141,971.88 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 129,246.96 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 453,767.54

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 19,400.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 11

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 13,746.03

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 1,019,517.00 | $ 962,835.08 | $ 56,681.92 |
| EXPENSES | $ 897,312.00 | $ 921,386.22 | $ -24,074.22 |
| CASH PROFIT | $ 122,205.00 | $ 41,448.86 | $ 80,756.14 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                     $ 187,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                   $ 174,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                $ 13,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# EXHIBIT A - Taxes

**AQH LLC**
**Exhibit A - Taxes**

*April 1 through April 30, 2016*

Pre-Petition Past Due Tax Returns:

     none

Pre-Petition Past Due Tax Obligations:
     Debtor was billed in June 2015 by EDD for 2014 payroll tax returns in the amount of $10,964.03.
     Debtor was billed in November 2015 by IRS for 2014 payroll tax taxes, penalties and interest in the amount of $33,061.41

Post-Petition Past Due Tax Returns:

     none

Post-Petition Past Due Tax Obligations:

     none

# EXHIBIT B - Income

**AQH LLC**
**Exhibit B - Income**

*April 1 through April 30, 2016*

| Date | Transaction Type | | Amount |
|------|------------------|---|--------|
| 04/04/2016 | Deposit - Coinbase | $ | 10,312.58 |
| 04/05/2016 | Deposit - Sales | | 7,030.00 |
| 04/07/2016 | Deposit - Sales | | 15,920.00 |
| 04/08/2016 | Deposit - Coinbase | | 27,488.54 |
| 04/08/2016 | Deposit - Coinbase | | 13,323.97 |
| 04/11/2016 | Deposit - Sales | | 80,000.00 |
| 04/13/2016 | Deposit - Coinbase | | 17,399.57 |
| 04/13/2016 | Deposit - Coinbase | | 10,793.55 |
| 04/14/2016 | Deposit - Coinbase | | 21,349.70 |
| 04/14/2016 | Refunds and Reimbursements-Freightquote.com | | 1,356.73 |
| 04/22/2016 | Deposit - Coinbase | | 36,804.95 |
| 04/25/2016 | Deposit - Coinbase | | 17,859.60 |
| 04/26/2016 | Deposit - Coinbase | | 11,579.65 |
| | | $ | 271,218.84 |

# EXHIBIT C - Expenses

# AQH LLC
# Exhibit C  Expenses

*April 1 through April 30, 2016*

| Date | Ref No. | Name | Description | Amount |
|------|---------|------|-------------|-------:|
| 04/01/2016 | 4483 | Riverbank LRA | April 2016 rent | $     20,915.00 |
| 04/01/2016 | Auto | Ring Central | Utilities | 29.43 |
| 04/01/2016 | CC | United Airlines | Travel | 8.99 |
| 04/04/2016 | EFT | Plug & Play | Rent | 703.34 |
| 04/04/2016 | EFT | Valley Oak Apartments | Rent | 1,347.11 |
| 04/04/2016 | EFT | Modesto Irrigation District | Utilities | 41.28 |
| 04/04/2016 | 4495 | Time Winner Int'l Express, Inc. | Freight & Delivery | 20.00 |
| 04/04/2016 | EFT | Google | Advertising | 87.57 |
| 04/04/2016 | EFT | eMaint Enterprises, LLC | Office Expenses | 70.00 |
| 04/04/2016 | paypal | Shenzhen Rong Shi Tai Electronic Co., LTD | Job Materials | 6,704.00 |
| 04/05/2016 | | Fremont Bank | Bank Charges | 15.00 |
| 04/05/2016 | CC | G&S Supply | Job Materials | 215.49 |
| 04/05/2016 | CC | VPN Service | Office Expenses | 12.95 |
| 04/05/2016 | paypal | Shenzhen Rong Shi Tai Electronic Co., LTD | Job Materials | 6,704.00 |
| 04/06/2016 | EFT | Freightquote.com | Freight & Delivery | 683.03 |
| 04/07/2016 | | Fremont Bank | Bank Charges | 15.00 |
| 04/08/2016 | EFT | Frontier | Travel | 354.01 |
| 04/11/2016 | | Fremont Bank | Bank Charges | 15.00 |
| 04/11/2016 | EFT | Google | Advertising | 308.58 |
| 04/11/2016 | | BaseCamp | Office Expenses | 20.00 |
| 04/11/2016 | EFT | Del City | Job Materials | 134.32 |
| 04/12/2016 | 4496 | UPS | Freight & delivery - COS | 1,580.96 |
| 04/12/2016 | 4497 | UPS Supply Chain Solutions, Inc | Freight & delivery - COS | 252.98 |
| 04/12/2016 | 4498 | Andy  Faris | Interest Expense | 2,583.33 |
| 04/13/2016 | 4499 | Franchise Tax Board | Taxes & Licenses | 6,000.00 |
| 04/13/2016 | 4500 | Franchise Tax Board | Taxes & Licenses | 800.00 |
| 04/13/2016 | Eft | Intuit | Office Expenses | 47.30 |
| 04/13/2016 | Eft | Ayera Technologies, Inc. | Office Expenses | 314.00 |
| 04/14/2016 | EFT | Aliexpress | Job Materials | 62.65 |
| 04/14/2016 | CC | McDonalds | Travel Meals | 7.94 |
| 04/14/2016 | CC | Baja Fresh | Travel Meals | 11.97 |
| 04/15/2016 | EFT | Aliexpress | Job Materials | 395.00 |
| 04/15/2016 | CC | Chavez Market | Travel Meals | 2.07 |
| 04/15/2016 | EFT | Del City | Job Materials | 44.77 |
| 04/15/2016 | 4513 | Gilton Solid Waste | Utilities | 99.72 |
| 04/15/2016 | CC | Starbucks | Travel Meals | 10.15 |
| 04/18/2016 | E-pay | EDD | Payroll Taxes | 268.66 |
| 04/18/2016 | E-pay | United States Treasury | Payroll Taxes | 5,128.06 |
| 04/18/2016 | 4502 | Brian Gleeson | Payroll | 915.91 |
| 04/18/2016 | 4501 | Ashley R Embrey | Payroll | 810.39 |
| 04/18/2016 | 4506 | George Conklin | Payroll | 1,269.14 |
| 04/18/2016 | 4505 | Earnest B Dunlavy | Payroll | 885.91 |
| 04/18/2016 | 4503 | Consuelo Banuelos | Payroll | 951.91 |
| 04/18/2016 | 4508 | Phillip M. Gilliam | Payroll | 910.91 |
| 04/18/2016 | 4504 | Denise Camacho | Payroll | 1,019.63 |
| 04/18/2016 | 4507 | Nicholas Sewak | Payroll | 540.08 |
| 04/18/2016 | 4509 | Sean Walsh | Payroll | 7,414.25 |
| 04/18/2016 | 4510 | Tony A. Peterson | Payroll | 885.91 |
| 04/18/2016 | 4514 | Just Bookkeeping | March 2016 Bookkeeping | 6,740.00 |
| 04/18/2016 | 4511 | Yan Ebyam | Subcontractors | 3,500.00 |
| 04/18/2016 | 4512 | Coats Rose APC | Interest Expense | 11,000.00 |
| 04/18/2016 | 4515 | UPS | Freight & delivery - COS | 347.79 |
| 04/18/2016 | 4516 | United States Trustee | US Trustee Fee | 4,875.00 |

**AQH LLC**
**Exhibit C  Expenses**

*April 1 through April 30, 2016*

| Date | Ref No. | Name | Description | Amount |
|---|---|---|---|---|
| 04/18/2016 | CC | Denver International Airport | Travel | 66.00 |
| 04/18/2016 | CC | Good Nite Inn | Travel | 248.64 |
| 04/18/2016 | CC | Budget | Travel | 240.04 |
| 04/18/2016 | EFT | Cloud9 | Office Expenses | 139.00 |
| 04/18/2016 | CC | Max's World | Travel Meals | 22.25 |
| 04/18/2016 | EFT | Cloud9 | Office Expenses | 10.00 |
| 04/18/2016 | CC | Good Nite Inn | Travel | 5.95 |
| 04/18/2016 | CC | Philz Coffee | Travel | 5.00 |
| 04/19/2016 | E-pay | EDD | Payroll Taxes | 2.69 |
| 04/19/2016 | E-pay | United States Treasury | Payroll Taxes | 65.62 |
| 04/19/2016 | 4517 | George Conklin | Payroll | 252.63 |
| 04/19/2016 | 4518 | Thomas B Mabrey | Subcontractor | 1,200.00 |
| 04/22/2016 | | Freightquote.com | Freight & Delivery | 136.46 |
| 04/25/2016 | E-pay | EDD | Payroll Taxes | 1,898.61 |
| 04/25/2016 | E-pay | United States Treasury | Payroll Taxes | 280.04 |
| 04/25/2016 | 4519 | Colorado State Treasurer | Payroll Taxes | 202.35 |
| 04/25/2016 | E-pay | Colorado Department of Revenue | Payroll Taxes | 269.00 |
| 04/25/2016 | 4521 | Elevate LLC | Website Hosting | 6,000.00 |
| 04/25/2016 | 4520 | Coats Rose APC | Interest Expense | 11,000.00 |
| 04/25/2016 | 4522 | UPS | Freight & delivery - COS | 105.67 |
| 04/25/2016 | 4523 | A&A Portables | Office Expenses | 88.15 |
| 04/26/2016 | 4524 | Colorado State Treasurer | Payroll Taxes | 2.44 |
| 04/27/2016 | 4525 | United States Trustee | US Trustee Fee | 1,622.77 |
| 04/27/2016 | | CNA | Insurance | 1,981.11 |
| 04/27/2016 | | Google | Advertising | 79.95 |
| 04/29/2016 | | Fremont Bank | Bank Charges | 5.00 |
| 04/29/2016 | | Shopify | Office Expenses | 179.00 |
| 04/30/2016 | 4531 | Earnest B Dunlavy | Payroll | 932.50 |
| 04/30/2016 | 4529 | Consuelo Banuelos | Payroll | 622.60 |
| 04/30/2016 | 4538 | Tony A. Peterson | Payroll | 730.31 |
| 04/30/2016 | 4530 | Denise Camacho | Payroll | 941.08 |
| 04/30/2016 | 4527 | Ashley R Embrey | Payroll | 23.78 |
| 04/30/2016 | 4528 | Brian Gleeson | Payroll | 841.39 |
| 04/30/2016 | 4532 | George Conklin | Payroll | 1,395.13 |
| 04/30/2016 | 4536 | Phillip M. Gilliam | Payroll | 836.39 |
| 04/30/2016 | 4535 | Nicholas Sewak | Payroll | 399.96 |
| 04/30/2016 | 4539 | George Conklin | Payroll | 245.44 |
| 04/30/2016 | 4543 | Sean Walsh | Payroll | 6,160.25 |
| 04/30/2016 | 4544 | Thomas B Mabrey | Subcontractor | 1,020.00 |
| 04/30/2016 | 4540 | Yan Ebyam | Subcontractors | 3,500.00 |
| 04/30/2016 | 4541 | George Conklin | Job Materials | 129.19 |
| 04/30/2016 | | Fremont Bank | Bank Charges | 5.00 |
| | | | | $ 141,971.88 |

# EXHIBIT D - Unpaid Bills

**AQH LLC**
**Exhibit D - Unpaid Bills**

*for the month ended April 30, 2016*

| payee | description | total |
|---|---|---|
| Riverbank LRA | *Electricity expense, March 2016* | $ 88,249.08 |
| Riverbank LRA | *Electricity expense, April 2016* | 61,123.73 |
| Sean Walsh | *Reimbursement for supplies and expenses* | 5,221.59 |
| Beijing Canaan Creative Tech. | *Inventory/Cost of Sales* | 286,750.00 |
| Elevate LLC | *Website Hosting* | 6,000.00 |
| Chris Kilday | *Commission* | 6,423.14 |
| | | $ 453,767.54 |

# EXHIBIT E - Accounts Receivable

**AQH LLC**
**Exhibit E - Money Owed To You**

*for the month ended April 30, 2016*

The Debtor generated 1.00 bitcoins during this period that was not reduced to cash as of April 30, 2016

Receivables from customers:

| | | |
|---|---|---|
| Alchemyne Networks | $ 19,400.00 | due 4/6/16 |
| | $ 19,400.00 | |

# EXHIBIT F - Bank Statements and Reconciliations

 **FREMONT BANK**

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
04/29/2016

**ACCOUNT NUMBER**
████9838

922.222297.FB04292016.DDA.D11



AQH LLC
DBA AQUIFER LLC
DIP OPERATING CHECKING
440 NORTH WOLFE ROAD #243
SUNNYVALE CA 94085-3869

## Business Mobile Banking

*The ultimate app to keep your business moving*

### Deposit checks on the go
### Approve transfers, wires and loan payments
### View recent transaction history and account balances



Fremont Bank Business Mobile Banking App is free to download but may not be available on all devices. Account activity and service charges still apply. Must be enrolled in Business Online Banking to activate and use Mobile Banking. Messaging and data charges from your mobile carrier service may apply. Visit www.fremontbank.com for more information about Business Mobile Banking.
DEP-0827-0216

| BUSINESS SMALL CHECKING ACCOUNT ████9838 | | | |
|---|---|---|---|
| **Balance Last Statement** | **Credits** | **Debits** | **Balance This Statement** |
| $ 134,040.63 | (7) $ 137,286.36 | (89) $ 206,481.78 | $ 64,845.21 |
| **Minimum Balance** | | | **Average Balance** |
| $ 15,862.09 | | | $ 66,397.16 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 03/31 | 134,040.63 |
| POS Purchase TX 800-932-2732 UNITED SEQ# 162936 1203 | -8.99 | 04/01 | 134,031.64 |
| POS Purchase CA BELMONT RINGCENTRAL, IN SEQ# 075067 2653 | -29.43 | 04/01 | 134,002.21 |
| CHECK # 4456 | -2,583.33 | 04/01 | 131,418.88 |
| ████0014 Transfer from BUSINESS SMALL CH██ 9773 on 4/04/16 at 13:11 | 13,408.00 | 04/04 | 144,826.88 |
| POS Purchase NJ 856-8102700 IN *EMAINT ENTE S SEQ# 671930 2653 | -70.00 | 04/04 | 144,756.88 |
| POS Purchase CA CC@GOOGLE.COM GOOGLE *SVCSAPP U SEQ# 388103 1203 | -87.57 | 04/04 | 144,669.31 |
| POS Purchase CA SAN JOSE PAYPAL *SALES S US SEQ# 167229 2653 | -6,704.00 | 04/04 | 137,965.31 |
| EMPLOYMENT DEVEL EDD EFTPMT XXXXX4368 | -324.65 | 04/04 | 137,640.66 |
| TaxPaymnt Dept. of Revenue TXP*EFT*011*160331*T*0\ | -538.00 | 04/04 | 137,102.66 |
| IRS USATAXPYMT 225649520722856 | -2,543.50 | 04/04 | 134,559.16 |
| IRS USATAXPYMT 225649520410727 | -2,922.54 | 04/04 | 131,636.62 |
| CHECK # 4467 | -468.38 | 04/04 | 131,168.24 |
| CHECK # 4477 | -461.45 | 04/04 | 130,706.79 |
| CHECK # 4478 | -229.82 | 04/04 | 130,476.97 |
| CHECK # 4481 | -3,150.00 | 04/04 | 127,326.97 |
| CHECK # 4482 | -573.00 | 04/04 | 126,753.97 |
| CHECK # 4483 | -20,915.00 | 04/04 | 105,838.97 |
| CHECK # 4485 | -990.45 | 04/04 | 104,848.52 |
| CHECK # 4486 | -1,029.76 | 04/04 | 103,818.76 |
| CHECK # 4489 | -1,241.28 | 04/04 | 102,577.48 |
| CHECK # 4490 | -599.35 | 04/04 | 101,978.13 |
| CHECK # 4492 | -885.92 | 04/04 | 101,092.21 |

***Continued on Next Page***

 
Member FDIC    EQUAL HOUSING LENDER

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 2 of 7

**STATEMENT DATE**
04/29/2016

**ACCOUNT NUMBER**
9838

## BUSINESS SMALL CHECKING ACCOUNT 9838

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| 1387 Transfer from BUSINESS SMALL CH 9773 on 4/05/16 at 13:59 | 7,000.00 | 04/05 | 108,092.21 |
| POS Purchase DE 310-6018492 EXPRSSVPN SEQ# 562393 1203 | -12.95 | 04/05 | 108,079.26 |
| POS Purchase CA 02095267337 MODESTO IRRIGAT E SEQ# 536186 2653 | -41.28 | 04/05 | 108,037.98 |
| POS Purchase CA SAN JOSE PAYPAL *MANHUAL US SEQ# 544064 2653 | -215.49 | 04/05 | 107,822.49 |
| POS Purchase CA 877-5597866 IN *PLUG & PLAY C SEQ# 720164 2653 | -703.34 | 04/05 | 107,119.15 |
| POS Purchase CA SAN JOSE PAYPAL *SALES S US SEQ# 639147 2653 | -6,704.00 | 04/05 | 100,415.15 |
| VALLEY OAK APTS AUTOPAY M01068497546 | -1,347.11 | 04/05 | 99,068.04 |
| CHECK # 4487 | -1,261.11 | 04/05 | 97,806.93 |
| CHECK # 4488 | -1,109.13 | 04/05 | 96,697.80 |
| CHECK # 4491 | -985.46 | 04/05 | 95,712.34 |
| POS Purchase MO 09136424700 FREIGHTQUOTE.CO SEQ# 463970 2653 | -683.03 | 04/06 | 95,029.31 |
| Recur Payment IL 3122815333 BC.BASECAMP 249 SEQ# 085491 1203 | -20.00 | 04/06 | 95,009.31 |
| CHECK # 4479 | -1,200.00 | 04/06 | 93,809.31 |
| CHECK # 4484 | -939.04 | 04/07 | 92,870.27 |
| CHECK # 4494 | -76,654.17 | 04/07 | 16,216.10 |
| POS Purchase CO DENVER FRONTIER SEQ# 984352 1203 | -354.01 | 04/08 | 15,862.09 |
| 8247 Transfer from BUSINESS SMALL CH 9773 on 4/11/16 at 11:12 | 40,035.31 | 04/11 | 55,897.40 |
| POS Purchase CO CC@GOOGLE.COM GOOGLE *ADWS617 4 SEQ# 810766 1203 | -308.58 | 04/11 | 55,588.82 |
| CHECK # 4480 | -550.00 | 04/11 | 55,038.82 |
| CHECK # 4495 | -20.00 | 04/11 | 55,018.82 |
| CHECK # 4493 | -3,500.00 | 04/12 | 51,518.82 |
| 8754 Transfer from BUSINESS SMALL CH 9773 on 4/13/16 at 10:58 | 6,800.00 | 04/13 | 58,318.82 |
| POS Purchase WI 800-6544757 DEL CITY SEQ# 886914 2653 | -134.32 | 04/13 | 58,184.50 |
| POS Purchase CA 8882937255 AYERA SEQ# 121248 2653 | -314.00 | 04/13 | 57,870.50 |
| Recur Payment CA 800-446-8848 Intuit *Payroll S SEQ# 536159 2653 | -47.30 | 04/13 | 57,823.20 |
| POS Return MO 09136424700 FREIGHTQUOTE.CO SEQ# 172629 2653 | 1,356.73 | 04/14 | 59,179.93 |
| POS Purchase CO DENVER MCDONALD'S F135 SEQ# 097560 1203 | -7.94 | 04/14 | 59,171.99 |
| POS Purchase CA SAN CARLOS BAJA FRESH 278 SEQ# 325086 1203 | -11.97 | 04/14 | 59,160.02 |
| POS Purchase DE DOVER ALIEXPRESS SEQ# 485111 2653 | -62.65 | 04/14 | 59,097.37 |
| POS Purchase CA SUNNYVALE CHAVEZ SUPERMAR SEQ# 908063 1203 | -2.07 | 04/15 | 59,095.30 |
| POS Purchase CA REDWOOD CITY STARBUCKS #0345 D SEQ# 873401 1203 | -10.15 | 04/15 | 59,085.15 |
| POS Purchase WI 800-6544757 DEL CITY SEQ# 943220 2653 | -44.77 | 04/15 | 59,040.38 |
| POS Purchase CN HANGZHOU ALI*aliexpress. SEQ# 539542 2653 | -395.00 | 04/15 | 58,645.38 |
| 4508 Transfer from BUSINESS SMALL CH 9773 on 4/18/16 at 12:39 | 24,289.45 | 04/18 | 82,934.83 |
| POS Purchase CA SOUTH SAN FRA SQ *PHILZ COFFE SEQ# 070089 1203 | -5.00 | 04/18 | 82,929.83 |
| POS Purchase CA REDWOOD CITY GOOD NITE INN R O SEQ# 390468 1203 | -5.95 | 04/18 | 82,923.88 |
| POS Purchase CA 08888690076 CLOUD9 REAL TIM SEQ# 057767 2653 | -10.00 | 04/18 | 82,913.88 |
| POS Purchase CA SAN FRANCISCO T1 MAX S WORLD3 8 SEQ# 387367 1203 | -22.25 | 04/18 | 82,891.63 |
| POS Purchase CO 303-342-4633 DIA PARKING OPE O SEQ# 919614 1203 | -66.00 | 04/18 | 82,825.63 |
| POS Purchase CA 08888690076 CLOUD9 REAL TIM SEQ# 151114 2653 | -139.00 | 04/18 | 82,686.63 |
| POS Purchase CA SAN FRANCISCO BUDGET RENT-A-C SEQ# 194182 1203 | -240.04 | 04/18 | 82,446.59 |
| POS Purchase CA REDWOOD CITY GOOD NITE INN R O SEQ# 518735 1203 | -248.64 | 04/18 | 82,197.95 |
| CHECK # 4496 | -1,580.96 | 04/18 | 80,616.99 |
| CHECK # 4497 | -252.98 | 04/19 | 80,364.01 |
| CHECK # 4509 | -7,414.25 | 04/19 | 72,949.76 |
| CHECK # 4514 | -6,740.00 | 04/19 | 66,209.76 |
| EMPLOYMENT DEVEL EDD EFTPMT 2052809344 | -268.66 | 04/20 | 65,941.10 |
| IRS USATAXPYMT 225651120436811 | -5,128.06 | 04/20 | 60,813.04 |
| CHECK # 4502 | -915.91 | 04/20 | 59,897.13 |
| CHECK # 4510 | -885.91 | 04/20 | 59,011.22 |

***Continued on Next Page***

Member FDIC

922.222297.F804292016.DDA.D11





**FREMONT BANK**

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 3 of 7

**STATEMENT DATE**
04/29/2016

**ACCOUNT NUMBER**

9838

## BUSINESS SMALL CHECKING ACCOUNT 9838

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| EMPLOYMENT DEVEL EDD EFTPMT 1413414016 | -2.69 | 04/21 | 59,008.53 |
| IRS USATAXPYMT 225651220441086 | -65.62 | 04/21 | 58,942.91 |
| CHECK # 4503 | -951.91 | 04/21 | 57,991.00 |
| CHECK # 4506 | -1,269.14 | 04/21 | 56,721.86 |
| CHECK # 4508 | -910.91 | 04/21 | 55,810.95 |
| CHECK # 4513 | -99.72 | 04/21 | 55,711.23 |
| CHECK # 4511 | -3,500.00 | 04/22 | 52,211.23 |
| POS Purchase MO 09136424700 FREIGHTQUOTE.CO SEQ# 615823 2653 | -136.46 | 04/22 | 52,074.77 |
| CHECK # 4515 | -347.79 | 04/22 | 51,726.98 |
| CHECK # 4518 | -1,200.00 | 04/22 | 50,526.98 |
| 8774 Transfer from BUSINESS SMALL CH 9773 on 4/25/16 at 11:48 | 44,396.87 | 04/25 | 94,923.85 |
| CHECK # 4501 | -810.39 | 04/25 | 94,113.46 |
| CHECK # 4504 | -1,019.63 | 04/25 | 93,093.83 |
| CHECK # 4505 | -885.91 | 04/26 | 92,207.92 |
| CHECK # 4512 | -11,000.00 | 04/26 | 81,207.92 |
| CHECK # 4516 | -4,875.00 | 04/26 | 76,332.92 |
| POS Purchase IL 877-350-0038 GOGOAIR.COM SEQ# 207603 1203 | -79.95 | 04/27 | 76,252.97 |
| TaxPaymnt Dept. of Revenue TXP*EFT*011*160430*T*0\ | -269.00 | 04/27 | 75,983.97 |
| IRS USATAXPYMT 225651820328065 | -280.04 | 04/27 | 75,703.93 |
| EMPLOYMENT DEVEL EDD EFTPMT XXXXX0384 | -1,898.61 | 04/27 | 73,805.32 |
| CNA ACH PREM-PYMT 3026785340 | -1,981.11 | 04/27 | 71,824.21 |
| CHECK # 4499 | -6,000.00 | 04/27 | 65,824.21 |
| CHECK # 4500 | -800.00 | 04/27 | 65,024.21 |
| Recur Payment IL 8887467439 SHOPIFY-CHARGE. SEQ# 867431 1203 | -179.00 | 04/29 | 64,845.21 |
| BALANCE THIS STATEMENT | | 04/29 | 64,845.21 |

### YOUR CHECKS SEQUENCED
\* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/01 | 4456* | 2,583.33 | 04/04 | 4489 | 1,241.28 | 04/25 | 4504 | 1,019.63 |
| 04/04 | 4467* | 468.38 | 04/04 | 4490 | 599.35 | 04/26 | 4505 | 885.91 |
| 04/04 | 4477 | 461.45 | 04/05 | 4491 | 985.46 | 04/21 | 4506* | 1,269.14 |
| 04/04 | 4478 | 229.82 | 04/04 | 4492 | 885.92 | 04/21 | 4508 | 910.91 |
| 04/06 | 4479 | 1,200.00 | 04/12 | 4493 | 3,500.00 | 04/19 | 4509 | 7,414.25 |
| 04/11 | 4480 | 550.00 | 04/07 | 4494 | 76,654.17 | 04/20 | 4510 | 885.91 |
| 04/04 | 4481 | 3,150.00 | 04/11 | 4495 | 20.00 | 04/22 | 4511 | 3,500.00 |
| 04/04 | 4482 | 573.00 | 04/18 | 4496 | 1,580.96 | 04/26 | 4512 | 11,000.00 |
| 04/04 | 4483 | 20,915.00 | 04/19 | 4497* | 252.98 | 04/21 | 4513 | 99.72 |
| 04/07 | 4484 | 939.04 | 04/27 | 4499 | 6,000.00 | 04/19 | 4514 | 6,740.00 |
| 04/04 | 4485 | 990.45 | 04/27 | 4500 | 800.00 | 04/22 | 4515 | 347.79 |
| 04/04 | 4486 | 1,029.76 | 04/25 | 4501 | 810.39 | 04/26 | 4516* | 4,875.00 |
| 04/05 | 4487 | 1,261.11 | 04/20 | 4502 | 915.91 | 04/22 | 4518 | 1,200.00 |
| 04/05 | 4488 | 1,109.13 | 04/21 | 4503 | 951.91 | | | |

Member **FDIC**   EQUAL HOUSING LENDER

932.222297.FB04292016.DDA.D11

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

AQH LLC



| Check | Amount | Date |
|---|---|---|
| 4456 | $2,583.33 | 04/01/2016 |
| 4467 | $468.38 | 04/04/2016 |
| 4477 | $461.45 | 04/04/2016 |
| 4478 | $229.82 | 04/04/2016 |
| 4479 | $1,200.00 | 04/06/2016 |
| 4480 | $550.00 | 04/11/2016 |
| 4481 | $3,150.00 | 04/04/2016 |
| 4482 | $573.00 | 04/04/2016 |
| 4483 | $20,915.00 | 04/04/2016 |
| 4484 | $939.04 | 04/07/2016 |
| 4485 | $990.45 | 04/04/2016 |
| 4486 | $1,029.76 | 04/04/2016 |



Member
FDIC

922.7B04292016.DDA.D11

# FB FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

Page: 5 of 7

**STATEMENT DATE**
04/29/2016

**ACCOUNT NUMBER**
9838

AQH LLC



| Check | Amount | Date |
|---|---|---|
| 4487 | $1,261.11 | 04/05/2016 |
| 4488 | $1,109.13 | 04/05/2016 |
| 4489 | $1,241.28 | 04/04/2016 |
| 4490 | $599.35 | 04/04/2016 |
| 4491 | $985.46 | 04/05/2016 |
| 4492 | $885.92 | 04/27/2016 |
| 4493 | $3,500.00 | 04/12/2016 |
| 4494 | $76,654.17 | 04/07/2016 |
| 4495 | $20.00 | 04/11/2016 |
| 4496 | $1,580.96 | 04/18/2016 |
| 4497 | $252.98 | 04/19/2016 |
| 4499 | $6,000.00 | 04/27/2016 |

Member

FDIC
EQUAL HOUSING LENDER

922.FB04220016.0DA.D11

# FREMONT BANK

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
04/29/2016

**ACCOUNT NUMBER**
9838

AQH LLC



| Check | Amount | Date |
|-------|--------|------|
| 4500 | $800.00 | 04/27/2016 |
| 4501 | $810.39 | 04/25/2016 |
| 4502 | $915.91 | 04/20/2016 |
| 4503 | $951.91 | 04/21/2016 |
| 4504 | $1,019.63 | 04/25/2016 |
| 4505 | $885.91 | 04/26/2016 |
| 4506 | $1,269.14 | 04/21/2016 |
| 4508 | $910.91 | 04/21/2016 |
| 4509 | $7,414.25 | 04/19/2016 |
| 4510 | $885.91 | 04/20/2016 |
| 4511 | $3,500.00 | 04/22/2016 |
| 4512 | $11,000.00 | 04/26/2016 |

Member
 
FDIC     EQUAL HOUSING LENDER

922.FB0423/2016.DDA.D11

# BlockC, LLC
## Reconciliation Summary
### Fremont DIP Oper Check (9838), Period Ending 04/29/2016

|  | Apr 29, 16 |
|---|---|
| **Beginning Balance** | 134,040.63 |
| Cleared Transactions |  |
| Checks and Payments - 89 items | -206,481.78 |
| Deposits and Credits - 7 items | 137,286.36 |
| Total Cleared Transactions | -69,195.42 |
| **Cleared Balance** | 64,845.21 |
| Uncleared Transactions |  |
| Checks and Payments - 11 items | -22,817.42 |
| Total Uncleared Transactions | -22,817.42 |
| **Register Balance as of 04/29/2016** | 42,027.79 |
| New Transactions |  |
| Checks and Payments - 18 items | -128,864.21 |
| Deposits and Credits - 2 items | 0.00 |
| Total New Transactions | -128,864.21 |
| **Ending Balance** | -86,836.42 |

[1] Debtor's payroll was withdrawn from Account No. 9838 on Saturday, April 30, 2016, in the total amount of $17,778.02, leaving a register balance of $24,249.77 as of April 30, 2016. Thereafter, Debtor made additional payments for the May 2016 period as reflected on the reconciliation report. Transfers between Debtor's bank accounts made in the ordinary course of business from Account No. 1077 in the amount of $100,000.00, and a transfer from Account No. 9773 in the amount of $16,323.87, did not post to Account No. 9838 until May 2, 2016, and after this report was prepared. Accounting for these transfers, the ending balance is actually $39,487.45.

# BlockC, LLC
## Reconciliation Detail
### Fremont DIP Oper Check (9838), Period Ending 04/29/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 134,040.63 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 89 items** | | | | | | |
| Check | 03/10/2016 | 4456 | Andy Faris | X | -2,583.33 | -2,583.33 |
| Paycheck | 03/15/2016 | 4467 | Nicholas Sewak | X | -468.38 | -3,051.71 |
| Bill Pmt -Check | 03/29/2016 | 4494 | Riverbank LRA | X | -76,654.17 | -79,705.88 |
| Bill Pmt -Check | 03/29/2016 | 4477 | UPS | X | -461.45 | -80,167.33 |
| Bill Pmt -Check | 03/29/2016 | 4478 | UPS Supply Chain S... | X | -229.82 | -80,397.15 |
| Check | 03/31/2016 | 4493 | Yan Ebyam | X | -3,500.00 | -83,897.15 |
| Bill Pmt -Check | 03/31/2016 | 4481 | Tomas Bautista | X | -3,150.00 | -87,047.15 |
| Liability Check | 03/31/2016 | E-pay | United States Treas... | X | -2,922.54 | -89,969.69 |
| Liability Check | 03/31/2016 | E-pay | United States Treas... | X | -2,543.50 | -92,513.19 |
| Paycheck | 03/31/2016 | 4487 | Denise Camacho | X | -1,261.11 | -93,774.30 |
| Paycheck | 03/31/2016 | 4489 | George Conklin | X | -1,241.28 | -95,015.58 |
| Bill Pmt -Check | 03/31/2016 | 4479 | Thomas B Mabrey | X | -1,200.00 | -96,215.58 |
| Paycheck | 03/31/2016 | 4488 | Earnest B Dunlavy | X | -1,109.13 | -97,324.71 |
| Paycheck | 03/31/2016 | 4486 | Consuelo Banuelos | X | -1,029.76 | -98,354.47 |
| Paycheck | 03/31/2016 | 4485 | Brian Gleeson | X | -990.45 | -99,344.92 |
| Paycheck | 03/31/2016 | 4491 | Phillip M. Gilliam | X | -985.46 | -100,330.38 |
| Paycheck | 03/31/2016 | 4484 | Ashley R Embrey | X | -939.04 | -101,269.42 |
| Paycheck | 03/31/2016 | 4492 | Tony A. Peterson | X | -885.92 | -102,155.34 |
| Paycheck | 03/31/2016 | 4490 | Nicholas Sewak | X | -599.35 | -102,754.69 |
| Bill Pmt -Check | 03/31/2016 | 4482 | Tomas Bautista | X | -573.00 | -103,327.69 |
| Check | 03/31/2016 | 4480 | TIME WINNER INT'... | X | -550.00 | -103,877.69 |
| Liability Check | 03/31/2016 | E-pay | Colorado Departme... | X | -538.00 | -104,415.69 |
| Liability Check | 03/31/2016 | E-pay | EDD | X | -324.65 | -104,740.34 |
| Bill Pmt -Check | 04/01/2016 | 4483 | Riverbank LRA | X | -20,915.00 | -125,655.34 |
| Check | 04/01/2016 | Auto | Ring Central | X | -29.43 | -125,684.77 |
| Check | 04/01/2016 | CC | United Airlines | X | -8.99 | -125,693.76 |
| Check | 04/04/2016 | paypal | Shenzhen Rong Shi ... | X | -6,704.00 | -132,397.76 |
| Check | 04/04/2016 | EFT | Valley Oak Apartme... | X | -1,347.11 | -133,744.87 |
| Bill Pmt -Check | 04/04/2016 | EFT | Plug & Play | X | -703.34 | -134,448.21 |
| Check | 04/04/2016 | EFT | Google | X | -87.57 | -134,535.78 |
| Check | 04/04/2016 | EFT | eMaint Enterprises, ... | X | -70.00 | -134,605.78 |
| Check | 04/04/2016 | EFT | Modesto Irrigation Di... | X | -41.28 | -134,647.06 |
| Check | 04/04/2016 | 4495 | TIME WINNER INT'... | X | -20.00 | -134,667.06 |
| Check | 04/05/2016 | paypal | Shenzhen Rong Shi ... | X | -6,704.00 | -141,371.06 |
| Check | 04/05/2016 | CC | G&S Supply | X | -215.49 | -141,586.55 |
| Check | 04/05/2016 | CC | VPN Service | X | -12.95 | -141,599.50 |
| Check | 04/06/2016 | EFT | Freightquote.com | X | -683.03 | -142,282.53 |
| Check | 04/08/2016 | EFT | Frontier | X | -354.01 | -142,636.54 |
| Check | 04/11/2016 | EFT | Google | X | -308.58 | -142,945.12 |
| Check | 04/11/2016 | EFT | Del City | X | -134.32 | -143,079.44 |
| Check | 04/11/2016 | | BaseCamp | X | -20.00 | -143,099.44 |
| Check | 04/12/2016 | 4496 | UPS | X | -1,580.96 | -144,680.40 |
| Check | 04/12/2016 | 4497 | UPS Supply Chain S... | X | -252.98 | -144,933.38 |
| Check | 04/13/2016 | 4499 | Franchise Tax Board | X | -6,000.00 | -150,933.38 |
| Check | 04/13/2016 | 4500 | Franchise Tax Board | X | -800.00 | -151,733.38 |
| Check | 04/13/2016 | Eft | Ayera Technologies,... | X | -314.00 | -152,047.38 |
| Check | 04/13/2016 | Eft | Intuit | X | -47.30 | -152,094.68 |
| Check | 04/14/2016 | EFT | Aliexpress | X | -62.65 | -152,157.33 |
| Check | 04/14/2016 | CC | Baja Fresh | X | -11.97 | -152,169.30 |
| Check | 04/14/2016 | CC | McDonalds | X | -7.94 | -152,177.24 |
| Check | 04/15/2016 | EFT | Aliexpress | X | -395.00 | -152,572.24 |
| Check | 04/15/2016 | 4513 | Gilton Solid Waste | X | -99.72 | -152,671.96 |
| Check | 04/15/2016 | EFT | Del City | X | -44.77 | -152,716.73 |
| Check | 04/15/2016 | CC | Starbucks | X | -10.15 | -152,726.88 |
| Check | 04/15/2016 | CC | Chavez Market | X | -2.07 | -152,728.95 |
| Check | 04/18/2016 | 4512 | Coats Rose APC | X | -11,000.00 | -163,728.95 |
| Paycheck | 04/18/2016 | 4509 | Sean Walsh | X | -7,414.25 | -171,143.20 |
| Bill Pmt -Check | 04/18/2016 | 4514 | Just Bookkeeping | X | -6,740.00 | -177,883.20 |
| Liability Check | 04/18/2016 | E-pay | United States Treas... | X | -5,128.06 | -183,011.26 |
| Check | 04/18/2016 | 4516 | United States Trustee | X | -4,875.00 | -187,886.26 |
| Check | 04/18/2016 | 4511 | Yan Ebyam | X | -3,500.00 | -191,386.26 |
| Paycheck | 04/18/2016 | 4506 | George Conklin | X | -1,269.14 | -192,655.40 |
| Paycheck | 04/18/2016 | 4504 | Denise Camacho | X | -1,019.63 | -193,675.03 |
| Paycheck | 04/18/2016 | 4503 | Consuelo Banuelos | X | -951.91 | -194,626.94 |
| Paycheck | 04/18/2016 | 4502 | Brian Gleeson | X | -915.91 | -195,542.85 |

Page 1

# BlockC, LLC
## Reconciliation Detail
### Fremont DIP Oper Check (9838), Period Ending 04/29/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Paycheck | 04/18/2016 | 4508 | Phillip M. Gilliam | X | -910.91 | -196,453.76 |
| Paycheck | 04/18/2016 | 4505 | Earnest B Dunlavy | X | -885.91 | -197,339.67 |
| Paycheck | 04/18/2016 | 4510 | Tony A. Peterson | X | -885.91 | -198,225.58 |
| Paycheck | 04/18/2016 | 4501 | Ashley R Embrey | X | -810.39 | -199,035.97 |
| Check | 04/18/2016 | 4515 | UPS | X | -347.79 | -199,383.76 |
| Liability Check | 04/18/2016 | E-pay | EDD | X | -268.66 | -199,652.42 |
| Check | 04/18/2016 | CC | Good Nite Inn | X | -248.64 | -199,901.06 |
| Check | 04/18/2016 | CC | Budget | X | -240.04 | -200,141.10 |
| Check | 04/18/2016 | EFT | Cloud9 | X | -139.00 | -200,280.10 |
| Check | 04/18/2016 | CC | Denver International... | X | -66.00 | -200,346.10 |
| Check | 04/18/2016 | CC | Max's World | X | -22.25 | -200,368.35 |
| Check | 04/18/2016 | EFT | Cloud9 | X | -10.00 | -200,378.35 |
| Check | 04/18/2016 | CC | Good Nite Inn | X | -5.95 | -200,384.30 |
| Check | 04/18/2016 | CC | Philz Coffee | X | -5.00 | -200,389.30 |
| Bill Pmt -Check | 04/19/2016 | 4518 | Thomas B Mabrey | X | -1,200.00 | -201,589.30 |
| Liability Check | 04/19/2016 | E-pay | United States Treas... | X | -65.62 | -201,654.92 |
| Liability Check | 04/19/2016 | E-pay | EDD | X | -2.69 | -201,657.61 |
| Check | 04/22/2016 | | Freightquote.com | X | -136.46 | -201,794.07 |
| Liability Check | 04/25/2016 | E-pay | EDD | X | -1,898.61 | -203,692.68 |
| Liability Check | 04/25/2016 | E-pay | United States Treas... | X | -280.04 | -203,972.72 |
| Liability Check | 04/25/2016 | E-pay | Colorado Departme... | X | -269.00 | -204,241.72 |
| Check | 04/27/2016 | | CNA | X | -1,981.11 | -206,222.83 |
| Check | 04/27/2016 | | Google | X | -79.95 | -206,302.78 |
| Check | 04/29/2016 | | Shopify | X | -179.00 | -206,481.78 |
| **Total Checks and Payments** | | | | | **-206,481.78** | **-206,481.78** |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 04/04/2016 | Transfer | | X | 13,408.00 | 13,408.00 |
| Transfer | 04/05/2016 | | | X | 7,000.00 | 20,408.00 |
| Deposit | 04/11/2016 | | | X | 40,035.31 | 60,443.31 |
| Deposit | 04/13/2016 | | | X | 6,800.00 | 67,243.31 |
| Deposit | 04/14/2016 | CC | Freightquote.com | X | 1,356.73 | 68,600.04 |
| Transfer | 04/18/2016 | | | X | 24,289.45 | 92,889.49 |
| Deposit | 04/25/2016 | | | X | 44,396.87 | 137,286.36 |
| **Total Deposits and Credits** | | | | | **137,286.36** | **137,286.36** |
| **Total Cleared Transactions** | | | | | **-69,195.42** | **-69,195.42** |
| **Cleared Balance** | | | | | **-69,195.42** | **64,845.21** |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Check | 03/16/2016 | 4462 | Andres Torres | | -420.00 | -420.00 |
| Check | 04/12/2016 | 4498 | Andy Faris | | -2,583.33 | -3,003.33 |
| Paycheck | 04/18/2016 | 4507 | Nicholas Sewak | | -540.08 | -3,543.41 |
| Paycheck | 04/19/2016 | 4517 | George Conklin | | -252.63 | -3,796.04 |
| Check | 04/25/2016 | 4520 | Coats Rose APC | | -11,000.00 | -14,796.04 |
| Bill Pmt -Check | 04/25/2016 | 4521 | Elevate LLC | | -6,000.00 | -20,796.04 |
| Liability Check | 04/25/2016 | 4519 | Colorado State Trea... | | -202.35 | -20,998.39 |
| Check | 04/25/2016 | 4522 | UPS | | -105.67 | -21,104.06 |
| Check | 04/25/2016 | 4523 | A&A Portables | | -88.15 | -21,192.21 |
| Check | 04/26/2016 | 4524 | Colorado State Trea... | | -2.44 | -21,194.65 |
| Check | 04/27/2016 | 4525 | United States Trustee | | -1,622.77 | -22,817.42 |
| **Total Checks and Payments** | | | | | **-22,817.42** | **-22,817.42** |
| **Total Uncleared Transactions** | | | | | **-22,817.42** | **-22,817.42** |
| **Register Balance as of 04/29/2016** | | | | | **-92,012.84** | **42,027.79** |

Case: 15-50553   Doc# 206   Filed: 05/25/16   Entered: 05/25/16 11:33:07   Page 25 of 37

# BlockC, LLC
## Reconciliation Detail
### Fremont DIP Oper Check (9838), Period Ending 04/29/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **New Transactions** | | | | | | |
| **Checks and Payments - 18 items** | | | | | | |
| Paycheck | 04/30/2016 | 4543 | Sean Walsh | | -6,160.25 | -6,160.25 |
| Check | 04/30/2016 | 4540 | Yan Ebyam | | -3,500.00 | -9,660.25 |
| Paycheck | 04/30/2016 | 4532 | George Conklin | | -1,395.13 | -11,055.38 |
| Bill Pmt -Check | 04/30/2016 | 4544 | Thomas B Mabrey | | -1,020.00 | -12,075.38 |
| Paycheck | 04/30/2016 | 4530 | Denise Camacho | | -941.08 | -13,016.46 |
| Paycheck | 04/30/2016 | 4531 | Earnest B Dunlavy | | -932.50 | -13,948.96 |
| Paycheck | 04/30/2016 | 4528 | Brian Gleeson | | -841.39 | -14,790.35 |
| Paycheck | 04/30/2016 | 4536 | Phillip M. Gilliam | | -836.39 | -15,626.74 |
| Paycheck | 04/30/2016 | 4538 | Tony A. Peterson | | -730.31 | -16,357.05 |
| Paycheck | 04/30/2016 | 4529 | Consuelo Banuelos | | -622.60 | -16,979.65 |
| Paycheck | 04/30/2016 | 4535 | Nicholas Sewak | | -399.96 | -17,379.61 |
| Paycheck | 04/30/2016 | 4539 | George Conklin | | -245.44 | -17,625.05 |
| Check | 04/30/2016 | 4541 | George Conklin | | -129.19 | -17,754.24 |
| Paycheck | 04/30/2016 | 4527 | Ashley R Embrey | | -23.78 | -17,778.02 |
| Check | 05/01/2016 | 4526 | Riverbank LRA | | -20,915.00 | -38,693.02 |
| Bill Pmt -Check | 05/02/2016 | 4542 | Riverbank LRA | | -88,249.08 | -126,942.10 |
| Check | 05/02/2016 | | Valley Oak Apartme... | | -1,347.11 | -128,289.21 |
| Check | 05/02/2016 | | Plug & Play | | -575.00 | -128,864.21 |
| **Total Checks and Payments** | | | | | -128,864.21 | -128,864.21 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 04/30/2016 | 4533 | Void | | 0.00 | 0.00 |
| Check | 04/30/2016 | 4534 | Void | | 0.00 | 0.00 |
| **Total Deposits and Credits** | | | | | 0.00 | 0.00 |
| **Total New Transactions** | | | | | -128,864.21 | -128,864.21 |
| **Ending Balance** | | | | | -220,877.05 | -86,836.42 |

Case: 15-50553   Doc# 206   Filed: 05/25/16   Entered: 05/25/16 11:33:07   Page 26 of
37

 **FREMONT BANK**

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 04/29/2016 | ▓9730 |

842.222300.FB04292016.DDA.D11

AQH LLC
DBA AQUIFER LLC
BASIC BUSINESS CHECKING
440 NORTH WOLFE ROAD #243
SUNNYVALE CA 94085-3869



## Business Mobile Banking

*The ultimate app to keep your business moving*

### Deposit checks on the go
### Approve transfers, wires and loan payments
### View recent transaction history and account balances



Fremont Bank Business Mobile Banking App is free to download but may not be available on all devices. Account activity and service charges still apply. Must be enrolled in Business Online Banking to activate and use Mobile Banking. Messaging and data charges from your mobile carrier service may apply. Visit www.fremontbank.com for more information about Business Mobile Banking.
DEP-0827-0216

| BUSINESS SMALL CHECKING ACCOUNT ▓9730 | | | |
|---|---|---|---|
| **Balance Last Statement** | **Credits** | **Debits** | **Balance This Statement** |
| $ 2,373.00 | (0) $ 0.00 | (1) $ 5.00 | $ 2,368.00 |
| **Minimum Balance** | | | **Average Balance** |
| $ 2,373.00 | | | $ 2,373.00 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 03/31 | 2,373.00 |
| SERVICE CHARGE $11.00 LESS $6.00 CREDIT BACK | -5.00 | 04/29 | 2,368.00 |
| BALANCE THIS STATEMENT | | 04/29 | 2,368.00 |

| ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD | |
|---|---|
| TOTAL CHARGE FOR MAINTENANCE FEES: | 11.00 |
| TOTAL CREDIT BACK: | 6.00- |
| TOTAL SERVICE CHARGE PAID: | 5.00 |

 

# BlockC, LLC
## Reconciliation Summary
### Fremont Bank -9730, Period Ending 04/29/2016

|  | Apr 29, 16 |
|---|---|
| **Beginning Balance** | 2,373.00 |
| Cleared Transactions | |
| Checks and Payments - 1 item | -5.00 |
| **Total Cleared Transactions** | -5.00 |
| **Cleared Balance** | **2,368.00** |
| Register Balance as of 04/29/2016 | 2,368.00 |
| **Ending Balance** | 2,368.00 |

Case: 15-50553    Doc# 206    Filed: 05/25/16    Entered: 05/25/16 11:33:07    Page 28 of 37

# BlockC, LLC
## Reconciliation Detail
### Fremont Bank -9730, Period Ending 04/29/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,373.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 04/29/2016 | | Fremont Bank | X | -5.00 | -5.00 |
| Total Checks and Payments | | | | | -5.00 | -5.00 |
| Total Cleared Transactions | | | | | -5.00 | -5.00 |
| **Cleared Balance** | | | | | -5.00 | 2,368.00 |
| Register Balance as of 04/29/2016 | | | | | -5.00 | 2,368.00 |
| **Ending Balance** | | | | | **-5.00** | **2,368.00** |

Case: 15-50553   Doc# 206   Filed: 05/25/16   Entered: 05/25/16 11:33:07   Page 29 of 37

 **FREMONT BANK**

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com



843.222300.FB04292016.DDA.D11

AQH LLC
DBA BLOCKC
440 NORTH WOLFE ROAD #243
SUNNYVALE CA 94085-3869



## Business Mobile Banking

*The ultimate app to keep your business moving*

**Deposit checks on the go**

**Approve transfers, wires and loan payments**

**View recent transaction history and account balances**



Fremont Bank Business Mobile Banking App is free to download but may not be available on all devices. Account activity and service charges still apply. Must be enrolled in Business Online Banking to activate and use Mobile Banking. Messaging and data charges from your mobile carrier service may apply. Visit www.fremontbank.com for more information about Business Mobile Banking.
DEP-0827-0216

| BUSINESS SMALL CHECKING ACCOUNT ███ .077 | | | | |
|---|---|---|---|---|
| **Balance Last Statement** | **Credits** | **Debits** | **Balance This Statement** | |
| $ 13,406.12 | (3) $ 102,950.00 | (3) $ 45.00 | $ 116,311.12 | |
| **Minimum Balance** | | | **Average Balance** | |
| $ 13,406.12 | | | $ 84,471.80 | |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 03/31 | 13,406.12 |
| Wire In_19024090_CYTLINE_ | 7,030.00 | 04/05 | 20,436.12 |
| Incoming Wire Fee 19024090 | -15.00 | 04/05 | 20,421.12 |
| Wire In_19042991_HARRY YOUNG_170019990 | 15,920.00 | 04/07 | 36,341.12 |
| Incoming Wire Fee 19042991 | -15.00 | 04/07 | 36,326.12 |
| Wire In_19080036_ALCHEMYNE NETWORKS LLC_ | 80,000.00 | 04/11 | 116,326.12 |
| Incoming Wire Fee 19080036 | -15.00 | 04/11 | 116,311.12 |
| BALANCE THIS STATEMENT | | 04/29 | 116,311.12 |

 

# BlockC, LLC
## Reconciliation Summary
Fremont  BlockC Check (1077), Period Ending 04/29/2016

|  | Apr 29, 16 |  |
|---|---|---|
| **Beginning Balance** |  | 13,406.12 |
| Cleared Transactions |  |  |
| Checks and Payments - 3 items | -45.00 |  |
| Deposits and Credits - 3 items | 102,950.00 |  |
| **Total Cleared Transactions** | 102,905.00 |  |
| **Cleared Balance** |  | **116,311.12** |
| Register Balance as of 04/29/2016 |  | 116,311.12 |
| **Ending Balance** |  | 116,311.12 |

Case: 15-50553   Doc# 206   Filed: 05/25/16   Entered: 05/25/16 11:33:07   Page 31 of 37

# BlockC, LLC
## Reconciliation Detail
### Fremont  BlockC Check (1077), Period Ending 04/29/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 13,406.12 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 04/05/2016 | | Fremont Bank | X | -15.00 | -15.00 |
| Check | 04/07/2016 | | Fremont Bank | X | -15.00 | -30.00 |
| Check | 04/11/2016 | | Fremont Bank | X | -15.00 | -45.00 |
| Total Checks and Payments | | | | | -45.00 | -45.00 |
| **Deposits and Credits - 3 items** | | | | | | |
| Payment | 04/05/2016 | Wire | Cytline LLC | X | 7,030.00 | 7,030.00 |
| Payment | 04/07/2016 | Wire | Bryan  Young | X | 15,920.00 | 22,950.00 |
| Payment | 04/11/2016 | Wire | Alchemyne Networks | X | 80,000.00 | 102,950.00 |
| Total Deposits and Credits | | | | | 102,950.00 | 102,950.00 |
| Total Cleared Transactions | | | | | 102,905.00 | 102,905.00 |
| **Cleared Balance** | | | | | 102,905.00 | 116,311.12 |
| Register Balance as of 04/29/2016 | | | | | 102,905.00 | 116,311.12 |
| **Ending Balance** | | | | | 102,905.00 | 116,311.12 |

Case: 15-50553   Doc# 206   Filed: 05/25/16   Entered: 05/25/16 11:33:07   Page 32 of 37



 **FREMONT BANK**

Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

**STATEMENT DATE**
04/29/2016

**ACCOUNT NUMBER**
▮9773



921.222297.FB04292016.DDA.D11

AQH LLC
DBA AQUIFER LLC
DIP CORE CHECKING
440 NORTH WOLFE ROAD  #243
SUNNYVALE CA  94085-3869

## Business Mobile Banking

*The ultimate app to keep your business moving*

**Deposit checks on the go**

**Approve transfers, wires and loan payments**

**View recent transaction history and account balances**


FREMONT BANK
BUSINESS BANKING

Fremont Bank Business Mobile Banking App is free to download but may not be available on all devices. Account activity and service charges still apply. Must be enrolled in Business Online Banking to activate and use Mobile Banking. Messaging and data charges from your mobile carrier service may apply. Visit www.fremontbank.com for more information about Business Mobile Banking.
DEP-0827-0216

**BUSINESS SMALL CHECKING ACCOUNT** ▮9773

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 16,403.38 | (9) $ 166,912.11 | (6) $ 135,929.63 | $ 47,385.86 |
| **Minimum Balance** | | | **Average Balance** |
| $ 6,307.96 | | | $ 33,768.90 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 03/31 | 16,403.38 |
| COINBASE.COM/BTC 8003435845 WGOSUNUA | 10,312.58 | 04/04 | 26,715.96 |
| ▮0014 Transfer to CHECKING ▮9838 on 4/04/16 at 13:11 | -13,408.00 | 04/04 | 13,307.96 |
| ▮1387 Transfer to CHECKING ▮9838 on 4/05/16 at 13:59 | -7,000.00 | 04/05 | 6,307.96 |
| COINBASE.COM/BTC 8003435845 YMG56034 | 13,323.97 | 04/08 | 19,631.93 |
| COINBASE.COM/BTC 8003435845 QF7ZVBV6 | 27,488.54 | 04/08 | 47,120.47 |
| ▮3247 Transfer to CHECKING ▮9838 on 4/11/16 at 11:12 | -40,035.31 | 04/11 | 7,085.16 |
| COINBASE.COM/BTC 8003435845 VWXBXPRM | 10,793.55 | 04/13 | 17,878.71 |
| COINBASE.COM/BTC 8003435845 AUH20S2A | 17,399.57 | 04/13 | 35,278.28 |
| ▮3754 Transfer to CHECKING ▮9838 on 4/13/16 at 10:58 | -6,800.00 | 04/13 | 28,478.28 |
| COINBASE.COM/BTC 8003435845 KXZSGDQY | 21,349.70 | 04/14 | 49,827.98 |
| ▮4508 Transfer to CHECKING ▮9838 on 4/18/16 at 12:39 | -24,289.45 | 04/18 | 25,538.53 |
| COINBASE.COM/BTC 8003435845 AAXRMI1E | 36,804.95 | 04/22 | 62,343.48 |
| COINBASE.COM/BTC 8003435845 PL5TMRTK | 17,859.60 | 04/25 | 80,203.08 |
| ▮3774 Transfer to CHECKING ▮9838 on 4/25/16 at 11:48 | -44,396.87 | 04/25 | 35,806.21 |
| COINBASE.COM/BTC 8003435845 NMBCY7RW | 11,579.65 | 04/26 | 47,385.86 |
| BALANCE THIS STATEMENT | | 04/29 | 47,385.86 |



Member FDIC

# BlockC, LLC
## Reconciliation Summary
### Fremont DIP Core Check (9773), Period Ending 04/29/2016

|  | Apr 29, 16 |  |
|---|---|---|
| **Beginning Balance** |  | 16,403.38 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 6 items | -135,929.63 |  |
| Deposits and Credits - 9 items | 166,912.11 |  |
| **Total Cleared Transactions** | 30,982.48 |  |
| **Cleared Balance** |  | 47,385.86 |
| **Register Balance as of 04/29/2016** |  | 47,385.86 |
| **Ending Balance** |  | 47,385.86 |

Case: 15-50553   Doc# 206   Filed: 05/25/16   Entered: 05/25/16 11:33:07   Page 34 of
37

# BlockC, LLC
## Reconciliation Detail
### Fremont DIP Core Check (9773), Period Ending 04/29/2016

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 16,403.38 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 6 items** | | | | | | |
| Deposit | 04/04/2016 | Transfer | | X | -13,408.00 | -13,408.00 |
| Transfer | 04/05/2016 | | | X | -7,000.00 | -20,408.00 |
| Deposit | 04/11/2016 | | | X | -40,035.31 | -60,443.31 |
| Deposit | 04/13/2016 | | | X | -6,800.00 | -67,243.31 |
| Transfer | 04/18/2016 | | | X | -24,289.45 | -91,532.76 |
| Deposit | 04/25/2016 | | | X | -44,396.87 | -135,929.63 |
|     **Total Checks and Payments** | | | | | -135,929.63 | -135,929.63 |
|     **Deposits and Credits - 9 items** | | | | | | |
| Deposit | 04/04/2016 | | | X | 10,312.58 | 10,312.58 |
| Deposit | 04/08/2016 | | | X | 13,323.97 | 23,636.55 |
| Deposit | 04/08/2016 | | | X | 27,488.54 | 51,125.09 |
| Deposit | 04/13/2016 | | | X | 10,793.55 | 61,918.64 |
| Deposit | 04/13/2016 | | | X | 17,399.57 | 79,318.21 |
| Deposit | 04/14/2016 | | | X | 21,349.70 | 100,667.91 |
| Deposit | 04/22/2016 | | | X | 36,804.95 | 137,472.86 |
| Deposit | 04/25/2016 | | | X | 17,859.60 | 155,332.46 |
| Deposit | 04/26/2016 | | | X | 11,579.65 | 166,912.11 |
|     **Total Deposits and Credits** | | | | | 166,912.11 | 166,912.11 |
|   **Total Cleared Transactions** | | | | | 30,982.48 | 30,982.48 |
| **Cleared Balance** | | | | | 30,982.48 | 47,385.86 |
| **Register Balance as of 04/29/2016** | | | | | 30,982.48 | 47,385.86 |
| **Ending Balance** | | | | | 30,982.48 | 47,385.86 |

Case: 15-50553   Doc# 206   Filed: 05/25/16   Entered: 05/25/16 11:33:07   Page 35 of 37

# EXHIBIT G - Additional Information

# AQH, LLC dba BlockC, LLC
# Profit & Loss - Accrual
### for the month ended April 30, 2016

|  | Apr 16 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales | 173,292.11 |
| Sales of Product Income | 114,000.00 |
| Services | 1,320.00 |
| Shipping Income | 650.00 |
| **Total Income** | 289,262.11 |
| **Cost of Goods Sold** | |
| Electricity | 61,123.73 |
| Freight & delivery - COS | 930.67 |
| Inventory Defective Equipment W | 15,504.98 |
| Supplies & Materials COGs | 122,563.14 |
| **Total COGS** | 200,122.52 |
| **Gross Profit** | 89,139.59 |
| **Expense** | |
| Advertising | 476.10 |
| Bank Charges | 55.00 |
| Freight & Delivery | 839.49 |
| Insurance | 1,981.11 |
| Interest Expense | 24,583.33 |
| Job Materials | 14,389.42 |
| Legal & Professional Fees | 15,129.45 |
| Office Expenses | 880.40 |
| Other General and Admin Expense | |
| Bookkeeping | 6,651.25 |
| Other General and Admin Expense - Other | 1,200.00 |
| **Total Other General and Admin Expense** | 7,851.25 |
| Other Utilities | 170.43 |
| Payroll Expenses | |
| *Payroll Expenses - 2016 | 39,705.34 |
| **Total Payroll Expenses** | 39,705.34 |
| Postage And Delivery | 88.75 |
| Rent or Lease | 22,965.45 |
| Subcontractors | 7,000.00 |
| Taxes & Licenses | 6,800.00 |
| Travel | 928.63 |
| Travel Meals | 54.38 |
| Website Hosting & Mgmt. | 6,000.00 |
| **Total Expense** | 149,898.53 |
| **Net Ordinary Income** | -60,758.94 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Miscellaneous | 0.00 |
| **Total Other Expense** | 0.00 |
| **Net Other Income** | 0.00 |
| **Net Income** | **-60,758.94** |