1  MACDONALD | FERNANDEZ LLP
   IAIN A. MACDONALD (SBN 051073)
2  RENO F.R. FERNANDEZ III (SBN 251934)
   MATTHEW J. OLSON (SBN 265908)
3  221 Sansome Street, Third Floor
   San Francisco, CA 94104
4  Telephone: (415) 362-0449
   Facsimile: (415) 394-5544
5
6  Attorneys for Debtor-in-Possession,
   AQH, LLC
7
8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 In re                             Case No. 15-50553-SLJ-11

11 AQH, LLC,                         Chapter 11

12              Debtor.              CERTIFICATE OF SERVICE

13

14

15        I, the undersigned, hereby certify that I am a citizen of the United States of America and

16 employed in the City and County of San Francisco, California; that I am over the age of eighteen

17 years and not a party to the within action; that my business address is 221 Sansome Street, Third

18 Floor, San Francisco, California 94104-2323.

19        On the date hereof, I served the following document:

20    1.  APRIL 2016 MONTHLY OPERATING REPORT

21 Upon the following persons and/or entities:

22 Office of the United States Trustee
   Attn:  Lynette C. Kelly
23 1301 Clay Street, Suite 690N
   Oakland, CA 94612-5231
24

25
   As follows:
26 ☐        By Personal Service. By placing a true and correct copy of said document(s),
            enclosed in a sealed envelope and addressed above, to be hand delivered.
27

28 ///

                                                                                          1

| | |
|---|---|
| [X] | <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California. |
| [ ] | <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California. |
| [ ] | <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California. |
| [ ] | <u>By Facsimile.</u> By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error. |
| [ ] | <u>By Email Transmission.</u> By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: May 25, 2016

/s/ Samantha G. Brown
SAMANTHA G. BROWN

2