Entered on Docket
May 26, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed May 26, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

AQH, LLC,

        Debtor(s).

Case No. 15-50553 SJ
Chapter 7

Date: June 2, 2016
Time: 10:00 a.m.
Ctrm: 3099

# ORDER CONTINUING STATUS CONFERENCE

The court having taken the United States Trustee's Motion to Dismiss or Convert Case under submission on May 11, 2016, good cause appearing,

IT IS HEREBY ORDERED that the status conference is CONTINUED to **August 11, 2016, at 10:00 a.m.**

* * * END OF ORDER * * *

1

**COURT SERVICE LIST**

ECF NOTIFICATIONS