Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: AQH, LLC<br>dba Aquifer LLC<br>  Debtor(s) | Case No.: 15−50553 SLJ 11<br><br>Chapter: 11 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 6/20/16 dismissing the above−captioned case.

Dated: 6/20/16

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 210