# Notice Recipients

District/Off: 0971−5     User: krose     Date Created: 6/20/2016
Case: 15−50553     Form ID: DOC     Total: 108

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
rspi         Chris Cunningham
acc          Baudler & Flanders
cr           ACCESS ELECTRIC
consult      DBMAC, Inc.

                                                                                          TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ       USTPRegion17.SJ.ECF@usdoj.gov
aty     Cheryl C. Rouse           rblaw@ix.netcom.com
aty     Dominique Sopko           dsopko@diemerwhitman.com
aty     Edwin Paul Keiffer        pkeiffer@wgblawfirm.com
aty     Gina L. Moyles            g.moyles@herrigvogt.com
aty     Karl Andrew Schweikert    karl@churchwellwhite.com
aty     Lynette C. Kelly          lynette.c.kelly@usdoj.gov
aty     Matthew Jon Olson         matt@macfern.com
aty     Michael Mengarelli        rkelly@kellylitigationgroup.com
aty     Reno F.R. Fernandez       reno@macfern.com
aty     Stephen D. Finestone      sfinestone@pobox.com
aty     William L. Porter         bporter@porterlaw.com

                                                                                          TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         AQH, LLC         440 North Wolfe Road, #243       Sunnyvale, CA 94085
cr         Riverbank Local Redevelopment Authority      c/o S. Craig Hunter       Churchwell White LLP        1414 K Street, 3rd Floor       Sacramento, CA 95814
reqntc     Andrew L Faris       c/o Law Offices of Rouse & Bahlert      345 Franklin Street     San Francisco, CA 94102
reqntc     Lucile Darnell       c/o Stephen D. Finestone      456 Montgomery St., 20th Fl      San Francisco, CA 94104
reqntc     Tatiana Korolshteyn        c/o Stephen D. Finestone      456 Montgomery St., 20th Fl      San Francisco, CA 94104
cr         Collins Electrical Company, Inc.      C/O Herrig & Vogt, LLP       4210 Douglas Blvd      Suite 100       Granite Bay, CA 95746
reqntc     Fortis Advisors, LLC       c/o Diemer, Whitman & Cardosi, LLP       75 E. Santa Clara Street       Suite 290       San Jose, CA 95113
intp       Fortis Advisors, LLC       c/o E.P. Keiffer      Wright Ginsberg Brusilow, PC       325 North St Paul Street, Suite 4150       Dallas, TX 75201
sp         Kelly Litigation Group, Inc.      3 Lagoon Drive, Ste. 225       Redwood City, CA 94065
intp       Future Electronics Corporation        c/o E. P. Keiffer      Wright Ginsberg Brusilow P.C.       325 N. St. Paul, Suite 4150       Dallas, TX 75201
aty        Dennis M. Sullivan       Law Offices of Dennis M. Sullivan       465 California St. #700       San Francisco, CA 94104−1818
smg        IRS      P.O. Box 7346       Philadelphia, PA 19101−7346
smg        State Board of Equalization       Attn: Special Procedures Section, MIC:55       P.O. Box 942879       Sacramento, CA 94279
smg        CA Employment Development Dept.       Bankruptcy Group MIC 92E       P.O. Box 826880       Sacramento, CA 94280−0001
smg        CA Franchise Tax Board       Attn: Special Procedures       P.O. Box 2952       Sacramento, CA 95812−2952
smg        IRS      P.O. Box 7346       Philadelphia, PA 19101−7346
13973490   A&A Portables       201 Roscoe Road       Modesto, CA 95357
13973541   A&A Portables       201 Roscoe Road       Modesto, CA 95357
13973491   Access Electric       1990 Foundry Court       Ceres, CA 95307
13973542   Access Electric       1990 Foundry Court       Ceres, CA 95307
14078315   Andrew L. Faris       4929 E. Sunny Slope Road       Edina, MN 55424
13973492   Andy Faris       4929 E. Sunnyslope Rd.       Edina, MN 55424
13973543   Andy Faris       4929 E. Sunnyslope Rd.       Edina, MN 55424
13973493   Anthony Steven Brough       1200 Dale Ave, Apt 78       Mountain View, CA 94040
13995416   Austin Roberts       2312 Lavon Lane       Ceres, CA 95307
13999857   Brian Friend       527 Terminal Ave.       Modesto, CA 95350
14000751   CHERYL C. ROUSE       LAW OFFICES OF ROUSE & BAHLERT       345 Franklin Street       San Francisco, California 94102
13973494   Chris Cunningham       10033 Reevesbury Dr.       Beverly Hills, CA 90210
13973495   Chris Kilday       450 Taraval St, #143       San Francisco, CA 94116
13973544   Chris Kilday       450 Taraval St, #143       San Francisco, CA 94116
13973545   Collins Electric       3412 Metro Drive       Stockton, CA 95215
13973496   Collins Electric       3412 Metro Drive       Stockton, CA 95215
14079882   Collins Electrical Company, Inc.       HERRIG & VOGT, LLP       4210 Douglas Blvd.       Suite 100       Granite Bay, CA 95746
13973547   CrimeTek Security       3448 North Golden State       Blvd.       Turlock, CA 95382

| ID | Name | Address |
|---|---|---|
| 13973497 | CrimeTek Security | 3448 North Golden State Blvd. Turlock, CA 95382 |
| 13973498 | DHL Global Forwarding | P.O. Box 742802 Los Angeles, CA 90074–2802 |
| 13973548 | DHL Global Forwarding | P.O. Box 742802 Los Angeles, CA 90074–2802 |
| 13999864 | David B. Oshinsky | 9415 Culver Boulevard Culver City, CA 90232 |
| 14106439 | Diemer, Whitman & Cardosi, LLP | 75 E. Santa Clara Street, # 290 San Jose, CA 95113 |
| 14107038 | E.P. Keiffer | Wright Ginsberg Brusilow P.C. 325 North St. Paul Street, Suite 4150 Dallas, Texas 75201 |
| 13973499 | Elisa Research | 48834 Kato Road Suite 101–A Fremont, CA 94538 |
| 13973549 | Elisa Research | 48834 Kato Road Suite 101–A Fremont, CA 94538 |
| 13973550 | Emergent Systems Exchange | 7160 Shady Oak Eden Prairie, MN 55344 |
| 13973500 | Emergent Systems Exchange | 7160 Shady Oak Eden Prairie, MN 55344 |
| 14077547 | Emergent Systems Exchange, LLC | 7160 Shady Oak Road Eden Prairie, MN 55344 |
| 14071558 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 95814 |
| 13987312 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812–2952 |
| 14106309 | Fortis Advisors LLC | Collateral Agent (ratably)("CA") for Len c/o Rick Fink CEO and Managing Director 12526 High Bluff Drive, Suite 280 San Diego, CA 92130 |
| 13973489 | Franchise Tax Board | Bankruptcy Section, MS A–340 Post Office Box 2952 Sacramento, CA 95812 |
| 14120674 | Future Electronics Corp. | c/o E.P. Keiffer 325 N. St. Paul, Suite 4150 Dallas, TX 75201 |
| 14079881 | Gina L. Moyles/Anthony P. Fritz | HERRIG & VOGT, LLP 4210 Douglas Blvd., Suite 100 Granite Bay, CA 95746 |
| 13973551 | I Guard | 3448 North Golden State Blvd. Turlock, CA 95382 |
| 13973501 | I Guard | 3448 North Golden State Blvd. Turlock, CA 95382 |
| 13973488 | Internal Revenue Service | Post Office Box 7346 Philadelphia, PA 19101 |
| 13999858 | Jacob Lopez | 1608 Don Pedro Road Ceres, CA 95307 |
| 13973502 | John Walsh | 120 59th Burr Ridge, IL 60527 |
| 14077437 | Karl A. Schweikert | Churchwell White, LLP 1414 K Street, Third Floor Sacramento, CA 95814 |
| 13973552 | Lionakis, a California corporation | 915 13th Street Modesto, CA 95354 |
| 13973503 | Lionakis, a California corporation | 915 13th Street Modesto, CA 95354 |
| 13999865 | Lucile Darnell | 824 Lyndon Street, Apt. G Monterey, CA 93940 |
| 13973504 | Lucy Darnell | 824 Lyndon Street, Apt. G Monterey, CA 93940 |
| 13994677 | MACDONALD FERNANDEZ LLP | MATTHEW J. OLSON (SBN 265908) 221 Sansome Street, Third Floor San Francisco, CA 94104 |
| 13999859 | Michael White | 2824 Fowler Road Ceres, CA 95307 |
| 13973553 | New Concept Fleet Management | 9096 Elkmont Way Elk Grove, CA 95624 |
| 13973505 | New Concept Fleet Management | 9096 Elkmont Way Elk Grove, CA 95624 |
| 14270574 | Office of the United States Trustee | Attn: Lynette C. Kelly 1301 Clay Street, Suite 690N Oakland, California 94612–5231 |
| 13973507 | PLN Architects | 1720 G Street Modesto, CA 95354 |
| 13973556 | PLN Architects | 1720 G Street Modesto, CA 95354 |
| 13973506 | Platt Electric | 10605 Southwest Allen Blvd. Beaverton, OR 97005 |
| 13973555 | Platt Electric | 10605 Southwest Allen Blvd. Beaverton, OR 97005 |
| 13986651 | Rexel, Inc. dba Platt Electric Supply | 600 University St. Ste. 3300 Seattle, WA 98101 |
| 14106308 | Rick Fink | CEO and Managing Director Fortis Advisors as Collateral Agent 12526 High Bluff Drive, Suite 280 San Diego, CA 92130 |
| 13973557 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 Modesto, CA 95357 |
| 14077438 | Riverbank Local Development Authority | Churchwell White, LLP 1414 K Street, Third Floor Sacramento, CA 95814 |
| 14002811 | Riverbank Local Redevelopment Agency | c/o Debbie Olson, Executive Director 5300 Claus Road, Suite 1 Modesto, CA 95357 |
| 13973508 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 Modesto, CA 95357 |
| 13999866 | Sean Walsh | 1742 Kansas Street Redwood City, CA 94061 |
| 13986650 | Seth Chastain c/o Levy – von Beck & Associates, P.S. | 600 University St. Ste. 3300 Seattle, WA 98101 |
| 13973509 | Southland Electrical Supply | 147 North Main Street Burlington, NC 27216 |
| 13973558 | Southland Electrical Supply | 147 North Main Street Burlington, NC 27216 |
| 13999863 | State of California | Employment Development Dept. Bankruptcy Special Procedures Group P.O. Box 8268880 MIC 92E Sacramento, CA 94280–0001 |
| 14002135 | Stephen D. Finestone | 456 Montgomery Street, 20th Floor San Francisco, CA 94104 |
| 13973510 | Tatiana Korolshteyn | 1742 Kansas Street Redwood City, CA 94061 |
| 13999867 | The Law Offices of Peter Lively | Attn: Peter Lively 11268 W. Washington Blvd. Culver City, CA 90230 |
| 13999860 | Thomas Bautista | 1624 Palm Ave. Redwood City, CA 94061 |
| 13999861 | Tricia Hayward | 1125 East Monte Vista Ave. Turlock, CA 95382 |
| 13973511 | Vagada Holdings | 18600 Castle Ridge Drive Morgan Hill, CA 95037 |
| 13999862 | Vagada Holdings, LLC | Attn: Yan Ebyam 18600 Castle Ridge Drive Morgan Hill, CA 95037 |
| 13999868 | Vagada Holdings, LLC | Attn: Yan Ebyam 18600 Castle Ridge Drive Morgan Hill, CA 95037 |
| 13973512 | W.W. Grainger, Inc. | 100 Grainger Parkway Lake Forest, IL 60045–5201 |
| 13973559 | W.W. Grainger, Inc. | 100 Grainger Parkway Lake Forest, IL 60045–5201 |
| 14033085 | William L. Porter | Porter Law Group, Inc. 7801 Folsom Boulevard, Suite 101 Sacramento, CA 95826 |

TOTAL: 92