# Notice Recipients

District/Off: 0971–5    User: krose    Date Created: 6/20/2016
Case: 15–50553    Form ID: pdfeoc    Total: 103

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| rspi | Chris Cunningham | |
| acc | Baudler & Flanders | |
| cr | ACCESS ELECTRIC | |
| consult | DBMAC, Inc. | |

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| aty | Cheryl C. Rouse | rblaw@ix.netcom.com |
| aty | Dominique Sopko | dsopko@diemerwhitman.com |
| aty | Edwin Paul Keiffer | pkeiffer@wgblawfirm.com |
| aty | Gina L. Moyles | g.moyles@herrigvogt.com |
| aty | Karl Andrew Schweikert | karl@churchwellwhite.com |
| aty | Lynette C. Kelly | lynette.c.kelly@usdoj.gov |
| aty | Matthew Jon Olson | matt@macfern.com |
| aty | Michael Mengarelli | rkelly@kellylitigationgroup.com |
| aty | Reno F.R. Fernandez | reno@macfern.com |
| aty | Stephen D. Finestone | sfinestone@pobox.com |
| aty | William L. Porter | bporter@porterlaw.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | AQH, LLC | 440 North Wolfe Road, #243 | Sunnyvale, CA 94085 | | |
| cr | Riverbank Local Redevelopment Authority | c/o S. Craig Hunter | Churchwell White LLP | 1414 K Street, 3rd Floor | Sacramento, CA 95814 |
| reqntc | Andrew L Faris | c/o Law Offices of Rouse & Bahlert | 345 Franklin Street | San Francisco, CA 94102 | |
| reqntc | Lucile Darnell | c/o Stephen D. Finestone | 456 Montgomery St., 20th Fl | San Francisco, CA 94104 | |
| reqntc | Tatiana Korolshteyn | c/o Stephen D. Finestone | 456 Montgomery St., 20th Fl | San Francisco, CA 94104 | |
| cr | Collins Electrical Company, Inc. | C/O Herrig & Vogt, LLP | 4210 Douglas Blvd | Suite 100 | Granite Bay, CA 95746 |
| reqntc | Fortis Advisors, LLC | c/o Diemer, Whitman & Cardosi, LLP | 75 E. Santa Clara Street | Suite 290 | San Jose, CA 95113 |
| intp | Fortis Advisors, LLC | c/o E.P. Keiffer | Wright Ginsberg Brusilow, PC | 325 North St Paul Street, Suite 4150 | Dallas, TX 75201 |
| sp | Kelly Litigation Group, Inc. | 3 Lagoon Drive, Ste. 225 | Redwood City, CA 94065 | | |
| intp | Future Electronics Corporation | c/o E. P. Keiffer | Wright Ginsberg Brusilow P.C. | 325 N. St. Paul, Suite 4150 | Dallas, TX 75201 |
| aty | Dennis M. Sullivan | Law Offices of Dennis M. Sullivan | 465 California St. #700 | San Francisco, CA 94104–1818 | |
| 13973490 | A&A Portables | 201 Roscoe Road | Modesto, CA 95357 | | |
| 13973541 | A&A Portables | 201 Roscoe Road | Modesto, CA 95357 | | |
| 13973491 | Access Electric | 1990 Foundry Court | Ceres, CA 95307 | | |
| 13973542 | Access Electric | 1990 Foundry Court | Ceres, CA 95307 | | |
| 14078315 | Andrew L. Faris | 4929 E. Sunny Slope Road | Edina, MN 55424 | | |
| 13973492 | Andy Faris | 4929 E. Sunnyslope Rd. | Edina, MN 55424 | | |
| 13973543 | Andy Faris | 4929 E. Sunnyslope Rd. | Edina, MN 55424 | | |
| 13973493 | Anthony Steven Brough | 1200 Dale Ave, Apt 78 | Mountain View, CA 94040 | | |
| 13995416 | Austin Roberts | 2312 Lavon Lane | Ceres, CA 95307 | | |
| 13999857 | Brian Friend | 527 Terminal Ave. | Modesto, CA 95350 | | |
| 14000751 | CHERYL C. ROUSE | LAW OFFICES OF ROUSE & BAHLERT | 345 Franklin Street | San Francisco, California 94102 | |
| 13973494 | Chris Cunningham | 10033 Reevesbury Dr. | Beverly Hills, CA 90210 | | |
| 13973495 | Chris Kilday | 450 Taraval St, #143 | San Francisco, CA 94116 | | |
| 13973544 | Chris Kilday | 450 Taraval St, #143 | San Francisco, CA 94116 | | |
| 13973545 | Collins Electric | 3412 Metro Drive | Stockton, CA 95215 | | |
| 13973496 | Collins Electric | 3412 Metro Drive | Stockton, CA 95215 | | |
| 14079882 | Collins Electrical Company, Inc. | HERRIG & VOGT, LLP | 4210 Douglas Blvd. | Suite 100 | Granite Bay, CA 95746 |
| 13973547 | CrimeTek Security | 3448 North Golden State Blvd. | Turlock, CA 95382 | | |
| 13973497 | CrimeTek Security | 3448 North Golden State Blvd. | Turlock, CA 95382 | | |
| 13973498 | DHL Global Forwarding | P.O. Box 742802 | Los Angeles, CA 90074–2802 | | |
| 13973548 | DHL Global Forwarding | P.O. Box 742802 | Los Angeles, CA 90074–2802 | | |
| 13999864 | David B. Oshinsky | 9415 Culver Boulevard | Culver City, CA 90232 | | |
| 14106439 | Diemer, Whitman & Cardosi, LLP | 75 E. Santa Clara Street, # 290 | San Jose, CA 95113 | | |
| 14107038 | E.P. Keiffer | Wright Ginsberg Brusilow P.C. | 325 North St. Paul Street, Suite 4150 | Dallas, Texas 75201 | |

| ID | Name | Address |
|---|---|---|
| 13973499 | Elisa Research | 48834 Kato Road Suite 101–A, Fremont, CA 94538 |
| 13973549 | Elisa Research | 48834 Kato Road Suite 101–A, Fremont, CA 94538 |
| 13973550 | Emergent Systems Exchange | 7160 Shady Oak, Eden Prairie, MN 55344 |
| 13973500 | Emergent Systems Exchange | 7160 Shady Oak, Eden Prairie, MN 55344 |
| 14077547 | Emergent Systems Exchange, LLC | 7160 Shady Oak Road, Eden Prairie, MN 55344 |
| 14071558 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880, Sacramento, CA 95814 |
| 13987312 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812–2952 |
| 14106309 | Fortis Advisors LLC | Collateral Agent (ratably)("CA") for Len, c/o Rick Fink, CEO and Managing Director, 12526 High Bluff Drive, Suite 280, San Diego, CA 92130 |
| 13973489 | Franchise Tax Board | Bankruptcy Section, MS A–340, Post Office Box 2952, Sacramento, CA 95812 |
| 14120674 | Future Electronics Corp. | c/o E.P. Keiffer, 325 N. St. Paul, Suite 4150, Dallas, TX 75201 |
| 14079881 | Gina L. Moyles/Anthony P. Fritz | HERRIG & VOGT, LLP, 4210 Douglas Blvd., Suite 100, Granite Bay, CA 95746 |
| 13973551 | I Guard | 3448 North Golden State Blvd., Turlock, CA 95382 |
| 13973501 | I Guard | 3448 North Golden State Blvd., Turlock, CA 95382 |
| 13973488 | Internal Revenue Service | Post Office Box 7346, Philadelphia, PA 19101 |
| 13999858 | Jacob Lopez | 1608 Don Pedro Road, Ceres, CA 95307 |
| 13973502 | John Walsh | 120 59th, Burr Ridge, IL 60527 |
| 14077437 | Karl A. Schweikert | Churchwell White, LLP, 1414 K Street, Third Floor, Sacramento, CA 95814 |
| 13973552 | Lionakis, a California corporation | 915 13th Street, Modesto, CA 95354 |
| 13973503 | Lionakis, a California corporation | 915 13th Street, Modesto, CA 95354 |
| 13999865 | Lucile Darnell | 824 Lyndon Street, Apt. G, Monterey, CA 93940 |
| 13973504 | Lucy Darnell | 824 Lyndon Street, Apt. G, Monterey, CA 93940 |
| 13994677 | MACDONALD FERNANDEZ LLP | MATTHEW J. OLSON (SBN 265908), 221 Sansome Street, Third Floor, San Francisco, CA 94104 |
| 13999859 | Michael White | 2824 Fowler Road, Ceres, CA 95307 |
| 13973553 | New Concept Fleet Management | 9096 Elkmont Way, Elk Grove, CA 95624 |
| 13973505 | New Concept Fleet Management | 9096 Elkmont Way, Elk Grove, CA 95624 |
| 14270574 | Office of the United States Trustee | Attn: Lynette C. Kelly, 1301 Clay Street, Suite 690N, Oakland, California 94612–5231 |
| 13973507 | PLN Architects | 1720 G Street, Modesto, CA 95354 |
| 13973556 | PLN Architects | 1720 G Street, Modesto, CA 95354 |
| 13973506 | Platt Electric | 10605 Southwest Allen Blvd., Beaverton, OR 97005 |
| 13973555 | Platt Electric | 10605 Southwest Allen Blvd., Beaverton, OR 97005 |
| 13986651 | Rexel, Inc. dba Platt Electric Supply | 600 University St. Ste. 3300, Seattle, WA 98101 |
| 14106308 | Rick Fink | CEO and Managing Director, Fortis Advisors as Collateral Agent, 12526 High Bluff Drive, Suite 280, San Diego, CA 92130 |
| 13973557 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1, Modesto, CA 95357 |
| 14077438 | Riverbank Local Development Authority | Churchwell White, LLP, 1414 K Street, Third Floor, Sacramento, CA 95814 |
| 14002811 | Riverbank Local Redevelopment Agency | c/o Debbie Olson, Executive Director, 5300 Claus Road, Suite 1, Modesto, CA 95357 |
| 13973508 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1, Modesto, CA 95357 |
| 13999866 | Sean Walsh | 1742 Kansas Street, Redwood City, CA 94061 |
| 13986650 | Seth Chastain c/o Levy – von Beck & Associates, P.S. | 600 University St. Ste. 3300, Seattle, WA 98101 |
| 13973509 | Southland Electrical Supply | 147 North Main Street, Burlington, NC 27216 |
| 13973558 | Southland Electrical Supply | 147 North Main Street, Burlington, NC 27216 |
| 13999863 | State of California | Employment Development Dept., Bankruptcy Special Procedures Group, P.O. Box 8268880 MIC 92E, Sacramento, CA 94280–0001 |
| 14002135 | Stephen D. Finestone | 456 Montgomery Street, 20th Floor, San Francisco, CA 94104 |
| 13973510 | Tatiana Korolshteyn | 1742 Kansas Street, Redwood City, CA 94061 |
| 13999867 | The Law Offices of Peter Lively | Attn: Peter Lively, 11268 W. Washington Blvd., Culver City, CA 90230 |
| 13999860 | Thomas Bautista | 1624 Palm Ave., Redwood City, CA 94061 |
| 13999861 | Tricia Hayward | 1125 East Monte Vista Ave., Turlock, CA 95382 |
| 13973511 | Vagada Holdings | 18600 Castle Ridge Drive, Morgan Hill, CA 95037 |
| 13999862 | Vagada Holdings, LLC | Attn: Yan Ebyam, 18600 Castle Ridge Drive, Morgan Hill, CA 95037 |
| 13999868 | Vagada Holdings, LLC | Attn: Yan Ebyam, 18600 Castle Ridge Drive, Morgan Hill, CA 95037 |
| 13973512 | W.W. Grainger, Inc. | 100 Grainger Parkway, Lake Forest, IL 60045–5201 |
| 13973559 | W.W. Grainger, Inc. | 100 Grainger Parkway, Lake Forest, IL 60045–5201 |
| 14033085 | William L. Porter | Porter Law Group, Inc., 7801 Folsom Boulevard, Suite 101, Sacramento, CA 95826 |

TOTAL: 87