```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                             Case No. 15-50553-SLJ
AQH, LLC                                                           Chapter 11
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: krose              Page 1 of 3             Date Rcvd: Jun 20, 2016
                              Form ID: DOC             Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2016.
db           +AQH, LLC,    440 North Wolfe Road, #243,    Sunnyvale, CA 94085-3869
aty           Dennis M. Sullivan,    Law Offices of Dennis M. Sullivan,    465 California St. #700,
               San Francisco, CA  94104-1818
smg         ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
               SACRAMENTO CA 94279-0029
             (address filed with court: State Board of Equalization,
               Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
reqntc       +Andrew L Faris,    c/o Law Offices of Rouse & Bahlert,    345 Franklin Street,
               San Francisco, CA 94102-4427
cr           +Collins Electrical Company, Inc.,    C/O Herrig & Vogt, LLP,    4210 Douglas Blvd,    Suite 100,
               Granite Bay, CA 95746-5912
intp         +Fortis Advisors, LLC,    c/o E.P. Keiffer,    Wright Ginsberg Brusilow, PC,
               325 North St Paul Street, Suite 4150,     Dallas, TX 75201-3861
reqntc       +Fortis Advisors, LLC,    c/o Diemer, Whitman & Cardosi, LLP,    75 E. Santa Clara Street,
               Suite 290,    San Jose, CA 95113-1826
intp         +Future Electronics Corporation,    c/o E. P. Keiffer,    Wright Ginsberg Brusilow P.C.,
               325 N. St. Paul, Suite 4150,    Dallas, TX 75201-3861
sp           +Kelly Litigation Group, Inc.,    3 Lagoon Drive, Ste. 225,    Redwood City, CA 94065-5158
reqntc       +Lucile Darnell,    c/o Stephen D. Finestone,    456 Montgomery St., 20th Fl,
               San Francisco, CA 94104-1253
cr           +Riverbank Local Redevelopment Authority,    c/o S. Craig Hunter,    Churchwell White LLP,
               1414 K Street, 3rd Floor,    Sacramento, CA 95814-3967
reqntc       +Tatiana Korolshteyn,    c/o Stephen D. Finestone,    456 Montgomery St., 20th Fl,
               San Francisco, CA 94104-1253
13973491     +Access Electric,    1990 Foundry Court,    Ceres, CA 95307-9223
14078315     +Andrew L. Faris,    4929 E. Sunny Slope Road,    Edina, MN 55424-1166
13973492     +Andy Faris,    4929 E. Sunnyslope Rd.,    Edina, MN 55424-1166
13973493    #+Anthony Steven Brough,    1200 Dale Ave, Apt 78,    Mountain View, CA 94040-3326
13995416     +Austin Roberts,    2312 Lavon Lane,    Ceres, CA 95307-1616
13999857     +Brian Friend,    527 Terminal Ave.,    Modesto, CA 95350-5950
14000751     +CHERYL C. ROUSE,    LAW OFFICES OF ROUSE & BAHLERT,    345 Franklin Street,
               San Francisco, California 94102-4427
13973494     +Chris Cunningham,    10033 Reevesbury Dr.,    Beverly Hills, CA 90210-1422
13973495     +Chris Kilday,    450 Taraval St, #143,    San Francisco, CA 94116-2530
13973496     +Collins Electric,    3412 Metro Drive,    Stockton, CA 95215-9440
14079882     +Collins Electrical Company, Inc.,    HERRIG & VOGT, LLP,    4210 Douglas Blvd.,    Suite 100,
               Granite Bay, CA 95746-5912
13973497     +CrimeTek Security,    3448 North Golden State Blvd.,    Turlock, CA 95382-9709
13973498      DHL Global Forwarding,    P.O. Box 742802,    Los Angeles, CA 90074-2802
13999864     +David B. Oshinsky,    9415 Culver Boulevard,    Culver City, CA 90232-2616
14106439     +Diemer, Whitman & Cardosi, LLP,    75 E. Santa Clara Street, # 290,    San Jose, CA 95113-1826
14107038     +E.P. Keiffer,    Wright Ginsberg Brusilow P.C.,    325 North St. Paul Street, Suite 4150,
               Dallas, Texas 75201-3861
13973499     +Elisa Research,    48834 Kato Road Suite 101-A,    Fremont, CA 94538-7368
13973500     +Emergent Systems Exchange,    7160 Shady Oak,    Eden Prairie, MN 55344-3517
14077547     +Emergent Systems Exchange, LLC,    7160 Shady Oak Road,    Eden Prairie, MN 55344-3517
14071558      Employment Development Department,    Bankruptcy Group MIC 92E, PO BOX 826880,
               Sacramento, CA 95814
14106309     +Fortis Advisors LLC,    Collateral Agent (ratably)("CA") for Len,    c/o Rick Fink,
               CEO and Managing Director,    12526 High Bluff Drive, Suite 280,    San Diego, CA 92130-3015
14120674     +Future Electronics Corp.,    c/o E.P. Keiffer,    325 N. St. Paul, Suite 4150,
               Dallas, TX 75201-3861
14079881     +Gina L. Moyles/Anthony P. Fritz,    HERRIG & VOGT, LLP,    4210 Douglas Blvd., Suite 100,
               Granite Bay, CA 95746-5912
13973501     +I Guard,    3448 North Golden State Blvd.,    Turlock, CA 95382-9709
13999858     +Jacob Lopez,    1608 Don Pedro Road,    Ceres, CA 95307-9594
13973502     +John Walsh,    120 59th,    Burr Ridge, IL 60527-4905
14077437     +Karl A. Schweikert,    Churchwell White, LLP,    1414 K Street, Third Floor,
               Sacramento, CA 95814-3967
13973503     +Lionakis, a California corporation,    915 13th Street,    Modesto, CA 95354-0903
13999865     +Lucile Darnell,    824 Lyndon Street, Apt. G,    Monterey, CA 93940-1976
13973504     +Lucy Darnell,    824 Lyndon Street, Apt. G,    Monterey, CA 93940-1976
13994677     +MACDONALD,  FERNANDEZ LLP,    MATTHEW J. OLSON (SBN 265908),    221 Sansome Street, Third Floor,
               San Francisco, CA 94104-2331
13999859     +Michael White,    2824 Fowler Road,    Ceres, CA 95307-2102
13973507     +PLN Architects,    1720 G Street,    Modesto, CA 95354-1214
13986651     +Rexel, Inc. dba Platt Electric Supply,    600 University St.,    Ste. 3300,
               Seattle, WA 98101-1129
14106308     +Rick Fink,    CEO and Managing Director,    Fortis Advisors as Collateral Agent,
               12526 High Bluff Drive, Suite 280,    San Diego, CA 92130-3015
14077438     +Riverbank Local Development Authority,    Churchwell White, LLP,    1414 K Street, Third Floor,
               Sacramento, CA 95814-3929
14002811     +Riverbank Local Redevelopment Agency,    c/o Debbie Olson, Executive Director,
               5300 Claus Road, Suite 1,    Modesto, CA 95357-1665
```

```
13973508      +Riverbank Local Redevelopment Authority,    5300 Claus Road, Suite 1,    Modesto, CA 95357-1665
13986650      +Seth Chastain c/o Levy - von Beck & Associate,    600 University St.,    Ste. 3300,
                Seattle, WA 98101-1129
13973509      +Southland Electrical Supply,    147 North Main Street,    Burlington, NC 27217-3901
14002135      +Stephen D. Finestone,    456 Montgomery Street, 20th Floor,    San Francisco, CA 94104-1253
13999867      +The Law Offices of Peter Lively,    Attn: Peter Lively,    11268 W. Washington Blvd.,
                Culver City, CA 90230-4647
13999860      +Thomas Bautista,    1624 Palm Ave.,    Redwood City, CA 94061-2647
13999861      +Tricia Hayward,    1125 East Monte Vista Ave.,    Turlock, CA 95382-0405
13973511      +Vagada Holdings,    18600 Castle Ridge Drive,    Morgan Hill, CA 95037-8947
13999862      +Vagada Holdings, LLC,    Attn: Yan Ebyam,    18600 Castle Ridge Drive,
                Morgan Hill, CA 95037-8947
13973512      +W.W. Grainger, Inc.,    100 Grainger Parkway,    Lake Forest, IL 60045-5202
14033085      +William L. Porter,    Porter Law Group, Inc.,    7801 Folsom Boulevard, Suite 101,
                Sacramento, CA 95826-2619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: EDD.COM Jun 21 2016 01:38:00      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Jun 21 2016 01:38:00      CA Franchise Tax Board,    Attn: Special Procedures,
                P.O. Box 2952,    Sacramento, CA 95812-2952
smg            EDI: IRS.COM Jun 21 2016 01:38:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13973490      +E-mail/Text: becky@aaportables.com Jun 21 2016 01:43:25      A&A Portables,    201 Roscoe Road,
                Modesto, CA 95357-1828
13987312       EDI: CALTAX.COM Jun 21 2016 01:38:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
                PO BOX 2952,    SACRAMENTO CA 95812-2952
13973489      +EDI: CALTAX.COM Jun 21 2016 01:38:00      Franchise Tax Board,    Bankruptcy Section, MS A-340,
                Post Office Box 2952,    Sacramento, CA 95812-2952
14270574       E-mail/Text: ustpregion17.oa.ecf@usdoj.gov Jun 21 2016 01:43:53
                Office of the United States Trustee,    Attn: Lynette C. Kelly,    1301 Clay Street, Suite 690N,
                Oakland, California 94612-5231
13973506      +E-mail/Text: creditadmin@platt.com Jun 21 2016 01:44:21      Platt Electric,
                10605 Southwest Allen Blvd.,    Beaverton, OR 97005-4896
13999863       EDI: EDD.COM Jun 21 2016 01:38:00      State of California,    Employment Development Dept.,
                Bankruptcy Special Procedures Group,    P.O. Box 8268880 MIC 92E,    Sacramento, CA 94280-0001
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ACCESS ELECTRIC
acc            Baudler & Flanders
rspi           Chris Cunningham
consult        DBMAC, Inc.
smg*           IRS,   P.O. Box 7346,    Philadelphia, PA  19101-7346
13973541*     +A&A Portables,    201 Roscoe Road,    Modesto, CA 95357-1828
13973542*     +Access Electric,    1990 Foundry Court,    Ceres, CA 95307-9223
13973543*     +Andy Faris,    4929 E. Sunnyslope Rd.,    Edina, MN 55424-1166
13973544*     +Chris Kilday,    450 Taraval St, #143,    San Francisco, CA 94116-2530
13973545*     +Collins Electric,    3412 Metro Drive,    Stockton, CA 95215-9440
13973547*     +CrimeTek Security,    3448 North Golden State,    Blvd.,    Turlock, CA 95382-9709
13973548*      DHL Global Forwarding,    P.O. Box 742802,    Los Angeles, CA 90074-2802
13973549*     +Elisa Research,    48834 Kato Road Suite 101-A,    Fremont, CA 94538-7368
13973550*     +Emergent Systems,    Exchange,    7160 Shady Oak,    Eden Prairie, MN 55344-3517
13973551*     +I Guard,    3448 North Golden State,    Blvd.,    Turlock, CA 95382-9709
13973488*     +Internal Revenue Service,    Post Office Box 7346,    Philadelphia, PA 19101-7346
13973552*     +Lionakis, a California,    corporation,    915 13th Street,    Modesto, CA 95354-0903
13973553*     +New Concept Fleet,    Management,    9096 Elkmont Way,    Elk Grove, CA 95624-9707
13973556*     +PLN Architects,    1720 G Street,    Modesto, CA 95354-1214
13973555*     +Platt Electric,    10605 Southwest Allen Blvd.,    Beaverton, OR 97005-4896
13973557*     +Riverbank Local,    Redevelopment Authority,    5300 Claus Road, Suite 1,
                Modesto, CA 95357-1665
13973558*     +Southland Electrical Supply,    147 North Main Street,    Burlington, NC 27217-3901
13999868*     +Vagada Holdings, LLC,    Attn: Yan Ebyam,    18600 Castle Ridge Drive,
                Morgan Hill, CA 95037-8947
13973559*     +W.W. Grainger, Inc.,    100 Grainger Parkway,    Lake Forest, IL 60045-5202
13973505     ##+New Concept Fleet Management,    9096 Elkmont Way,    Elk Grove, CA 95624-9707
13999866     ##+Sean Walsh,    1742 Kansas Street,    Redwood City, CA 94061-2635
13973510     ##+Tatiana Korolshteyn,    1742 Kansas Street,    Redwood City, CA 94061-2635
                                                                                TOTALS: 4, * 20, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2016 at the address(es) listed below:

      Cheryl C. Rouse    on behalf of Requestor Andrew L Faris rblaw@ix.netcom.com
      Dominique  Sopko     on behalf of Interested Party    Fortis Advisors, LLC dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
      Dominique  Sopko     on behalf of Requestor    Fortis Advisors, LLC dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com
      Edwin Paul Keiffer     on behalf of Interested Party    Future Electronics Corporation pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com
      Edwin Paul Keiffer     on behalf of Interested Party    Fortis Advisors, LLC pkeiffer@wgblawfirm.com, bwallace@wgblawfirm.com
      Gina L. Moyles    on behalf of Creditor    Collins Electrical Company, Inc. g.moyles@herrigvogt.com, m.mize@herrigvogt.com
      Karl Andrew Schweikert     on behalf of Creditor    Riverbank Local Redevelopment Authority karl@churchwellwhite.com, kschweik@yahoo.com
      Lynette C. Kelly    on behalf of U.S. Trustee    Office of the U.S. Trustee / SJ lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
      Matthew Jon Olson    on behalf of Debtor    AQH, LLC matt@macfern.com, ecf@macfern.com
      Matthew Jon Olson    on behalf of Plaintiff    AQH, LLC matt@macfern.com, ecf@macfern.com
      Michael Mengarelli     on behalf of Debtor    AQH, LLC rkelly@kellylitigationgroup.com, mmengarelli@kellylitigationgroup.com
      Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
      Reno F.R. Fernandez     on behalf of Debtor    AQH, LLC reno@macfern.com, ecf@macfern.com
      Stephen D. Finestone     on behalf of Requestor Lucile  Darnell sfinestone@pobox.com
      Stephen D. Finestone     on behalf of Requestor Tatiana  Korolshteyn sfinestone@pobox.com
      William L. Porter    on behalf of Creditor    ACCESS ELECTRIC bporter@porterlaw.com, jamey@porterlaw.com

                                                TOTAL: 16

Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | AQH, LLC | Case No.: 15−50553 SLJ 11 |
|---|---|---|
| | dba Aquifer LLC | Chapter: 11 |
| | Debtor(s) | |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 6/20/16 dismissing the above−captioned case.

Dated: <u>6/20/16</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 210