MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 15-50553-SLJ-11 |
| AQH, LLC | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE |
| | Date: May 11, 2016<br>Time: 2:00 p.m.<br>Place: Courtroom 3099<br>280 South First Street<br>San Jose, California |
| | Honorable Steven L. Johnson |

I, the undersigned, state that I am a citizen of the United States of America and employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104.

On the date hereof, I served the following document:

1. ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS

Upon the following persons and entities below:

Law Offices of Rouse & Bahlert
Attn: Cheryl C. Rouse
345 Franklin Street
San Francisco, California 94102
Email: rblaw@ix.netcom.com

E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North Saint Paul Street, Suite 4150
Dallas, TX 75201
Email: pkeiffer@coatsrose.com

Aspelin & Brigman LLP
Attn: James C. Bridgman
220 Montgomery St., Ste. 1009
San Francisco, CA 94104
Email: jbridgman@aspelinbridgman.com

Churchwell White LLP
Attn: Karl Schweikert
1414 K Street, 3rd Floor
Sacramento, CA 95814
Email: karl@churchwellwhite.com

1

| | |
|---|---|
| Oppenheimer Wolff & Donnelly LLP | Office of the United States Trustee |
| Attn: David B. Galle | Attn: Shining Hsu |
| Campbell Mithun Tower- Suite 2000 | U.S. Federal Bldg. |
| 222 South Ninth Street | 280 S. 1st St., #268 |
| Minneapolis, MN 55402-3338 | San Jose, CA 95113-3004 |
| Email: dgalle@foxrothschild.com | Email: Shining.Hsu@usdoj.gov |

As follows:

☐   By Personal Service. By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☐   By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐   By Facsimile. By causing a true and correct copy of said document(s) to be transmitted by facsimile to telephone number(s) specified above, known by or represented to me by the receiving telephone number for facsimile copy transmission of the party's, person's, and/or firm's telephone number as specified above. The transmission was reported as complete and without error.

☒   By Email Transmission. By causing a true and correct copy of said document(s) to be transmitted by email to the email address(es) shown above, known by and represented to me to be the party's, person's, and/or firm's current email information. The transmission was reported as complete and without error.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made and that the foregoing is true and correct.

   EXECUTED: June 23, 2016            /s/ Matthew J. Olson
                                      MATTHEW J. OLSON

2