MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Claimant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

           Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**NOTICE OF HEARING ON LIMITED MOTION TO MODIFY ORDER DISMISSING BANKRUPTCY CASE**

Date: August 10, 2016
Time: 2:00 p.m.
Place: 280 S. First Street, Courtroom 3099
       San Jose, California

Hon. Stephen L. Johnson

     NOTICE IS HEREBY GIVEN that a hearing on the motion of Macdonald Fernandez LLP (the "Firm"), former attorneys to AQH, LLC and administrative claimant herein, for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9023 modifying the Court's order dismissing this bankruptcy case to expressly retain jurisdiction to hear and determine claims for compensation and reimbursement of expenses by estate professionals under 11 U.S.C. § 330 will be held on October 15, 2015, at 2:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Steven L. Johnson, United States Bankruptcy Judge, at 280 South First Street, Courtroom 3099, San Jose, California. Copies of the motion are available upon request from the Clerk of Court, by contacting the undersigned, or accessing the Court's electronic filing system at http://www.canb.uscourts.gov.

1

NOTICE IS FURTHER GIVEN THAT, opposition to the motion, if any, must be filed with the Court and served upon the undersigned at least 14 calendar days prior to the hearing. Any reply must be filed with the Court and served upon objecting parties at least 7 days prior to the hearing.

DATED: July 5, 2016

MACDONALD | FERNANDEZ LLP

By: /s/ Matthew J. Olson
Matthew J. Olson
Administrative Claimant