MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Claimant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In Re:<br><br>AQH, LLC<br><br>　　　　Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:　August 10, 2016<br>Time:　2:00 p.m.<br>Place:　280 S. First Street, Courtroom 3099<br>　　　　San Jose, California<br><br>　　　　Hon. Stephen L. Johnson |
|---|---|

　　　　I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

　　　　On the date hereof, I served the following documents:

1. **NOTICE OF HEARING ON LIMITED MOTION TO MODIFY ORDER DISMISSING BANKRUPTCY CASE**
2. **LIMITED MOTION TO MODIFY ORDER DISMISSING BANKRUPTCY CASE**

Upon the following persons and/or entities:

| Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, California 94102 | Churchwell White LLP<br>Attn: Karl Schweikert<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814 | Hellmuth & Johnson<br>Attn: Terrance W. Moore<br>8050 West 78th Street<br>Edina, MN 55439 |
|---|---|---|
| Office of the U.S. Trustee / SJ<br>Attn: Shining J. Hsu<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Oppenheimer Wolff & Donnelly LLP<br>Attn: David Galle, Esq.<br>Campbell Mithun Tower- Suite 2000<br>222 South 9th Street<br>Minneapolis, MN 55414 | Diemer, Whitman & Cardosi, LLP<br>Attn: Dominique A. Sopko<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113 |

1

| | | |
|---|---|---|
| Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Law Offices of Stephen D. Finestone<br>Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104 | Access Electric<br>c/o William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826 |
| Wright Ginsberg Brusilow P.C.<br>Attn: E.P. Keiffer<br>325 North St. Paul Street, Suite 4150<br>Dallas, TX 75201 | Office of the U.S. Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5231 | |

<u>20 Largest Unsecured Claims</u>

| | | |
|---|---|---|
| A&A Portables<br>Attn: Michael E. King<br>201 Roscoe Road<br>Modesto, CA 95357 | A&A Portables<br>c/o Michael E. King<br>1721 Hammond Drive<br>Turlock, CA 95382 | Access Electric<br>Attn: Walter Resendes<br>1990 Foundry Court<br>Ceres, CA 95307 |
| Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350 | Andrew L. Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116 | Collins Electric<br>Attn: Eugene C. Gini<br>3412 Metro Drive<br>Stockton, CA 95215 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232 |
| CrimeTek Security<br>Attn: Ed Esmaili<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 | DHL Global Forwarding<br>Attn: Tim Robertson<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | Elisa Research<br>Attn: Wheng Wang<br>48834 Kato Road, Suite 101-A<br>Fremont, CA 94538 |
| Elisa Research<br>c/o Wheng Wang<br>11 Castledown Rd.<br>Pleasanton, CA 94566 | Emergent Systems Exchange<br>Attn: Henry Cornelius<br>7160 Shady Oak<br>Eden Prairie, MN 55344 | I Guard<br>Attn: Ed Esmaili<br>3448 North Golden State Blvd.<br>Turlock, CA 95382 |
| Lionakis<br>Attn: Donald McAllister<br>915 13th Street<br>Modesto, CA 95354 | Lionakis<br>c/o Donald McAllister<br>1919 19th Street<br>Sacramento, CA 95811 | New Concept Fleet Management<br>Attn: Catherine Lewallen<br>9096 Elkmont Way<br>Elk Grove, CA 95624 |
| Platt Electric<br>Attn: Jeff Baker<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005 | Platt Electric<br>c/o John C. Gschwind<br>14951 Dallas Parkway<br>Dallas, TX 75254 | PLN Architects<br>Attn: Greg Pires<br>1720 G Street<br>Modesto, CA 95354 |
| Southland Electrical Supply<br>Attn: James Griggs<br>147 North Main Street<br>Burlington, NC 27216 | W.W. Grainger, Inc.<br>Attn: James T. Ryan<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5201 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307 |
| Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037 | State of California Employment<br>Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061 |

///

///

As follows:

| X | By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

On the date hereof, I served the following document:
1. **NOTICE OF HEARING ON LIMITED MOTION TO MODIFY ORDER DISMISSING BANKRUPTCY CASE**

Upon the following persons and/or entities on the attached mailing matrix, as follows:

| X | By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: July 5, 2016     /s/ Samantha G. Brown
                           SAMANTHA G. BROWN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Tue Jul  5 18:19:43 PDT 2016 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 | Collins Electrical Company, Inc.<br>C/O Herrig & Vogt, LLP<br>4210 Douglas Blvd<br>Suite 100<br>Granite Bay, CA 95746-5912 |
| Fortis Advisors, LLC<br>c/o Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street<br>Suite 290<br>San Jose, CA 95113-1826 | Fortis Advisors, LLC<br>c/o E.P. Keiffer<br>Wright Ginsberg Brusilow, PC<br>325 North St Paul Street, Suite 4150<br>Dallas, TX 75201-3861 | Future Electronics Corporation<br>c/o E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 |
| Kelly Litigation Group, Inc.<br>3 Lagoon Drive, Ste. 225<br>Redwood City, CA 94065-5158 | Riverbank Local Redevelopment Authority<br>c/o S. Craig Hunter<br>Churchwell White LLP<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814-3967 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 |
| A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 | Andrew L. Faris<br>4929 E. Sunny Slope Road<br>Edina, MN 55424-1166 |
| Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 | Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 | Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307-1616 |
| Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350-5950 | CHERYL C. ROUSE<br>LAW OFFICES OF ROUSE & BAHLERT<br>345 Franklin Street<br>San Francisco, California 94102-4427 | Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 |
| Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | Collins Electrical Company, Inc.<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd.<br>Suite 100<br>Granite Bay, CA 95746-5912 |
| CrimeTek Security<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 | DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 | David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232-2616 |
| Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113-1826 | E.P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North St. Paul Street, Suite 4150<br>Dallas, Texas 75201-3861 | Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 |
| Emergent Systems<br>Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | Emergent Systems Exchange, LLC<br>7160 Shady Oak Road<br>Eden Prairie, MN 55344-3517 | Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 |

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fortis Advisors LLC<br>Collateral Agent (ratably)("CA"<br>c/o Rick Fink<br>CEO and Managing Director<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 |
| Future Electronics Corp.<br>c/o E.P. Keiffer<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 | Gina L. Moyles/Anthony P. Fritz<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd., Suite 100<br>Granite Bay, CA 95746-5912 | I Guard<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307-9594 | John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 |
| Karl A. Schweikert<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3967 | Lionakis, a California<br>corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | Lucile Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 |
| Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | MACDONALD<br> FERNANDEZ LLP<br>MATTHEW J. OLSON (SBN 265908)<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2331 | Michael White<br>2824 Fowler Road<br>Ceres, CA 95307-2102 |
| New Concept Fleet<br>Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231 |
| PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 | Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 |
| Rick Fink<br>CEO and Managing Director<br>Fortis Advisors as Collateral Agent<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Riverbank Local Development Authority<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 |
| Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 |
| Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 | Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 |

| | | |
|---|---|---|
| Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 | Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 |
| Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 | Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 |
| Dennis M. Sullivan<br>Law Offices of Dennis M. Sullivan<br>465 California St. #700<br>San Francisco, CA 94104-1818 | Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 |
| Michael Mengarelli<br>Kelly Litigation Group, Inc.<br>3 Lagoon Dr. #225<br>Redwood City, CA 94065-5158 | Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (u)DBMAC, Inc. |
| (d)Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |
| (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | (u)Chris Cunningham | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients    11<br>Total                  85 |