MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
AQH, LLC

The following constitutes
the order of the court. Signed July 7, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>AQH, LLC<br><br>           Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS<br><br>Date:  May 11, 2016<br>Time:  2:00 p.m.<br>Place: Courtroom 3099<br>         280 South First Street<br>         San Jose, California<br><br>         Honorable Steven L. Johnson |

The motion of TRACY HOPE DAVIS, United States Trustee, for dismissal of the above-captioned bankruptcy case came on for hearing at 2:00 p.m. on May 11, 2016. Matthew J. Olson of Macdonald Fernandez LLP appeared for AQH, LLC, Debtor in Possession herein; Cheryl C. Rouse of Rouse & Bahlert appeared for ANDREW L. FARIS; E. Paul Keiffer of Coats | Rose P.C. appeared for FORTIS ADVISORS LLC, as Collateral Agent for the Ratable Benefit of the Lenders Under Certain Transaction Documents as Defined in the Cointerra, Inc. Security and Pledge Agreement and Other Applicable Transaction Documents, and FUTURE ELECTRONICS CORPORATION; James C. Bridgman appeared for CHRISTOPHER KILDAY; Kurt Hendrickson and Karl Schweikert of Churchwell White LLP appeared for RIVERBANK LOCAL REDEVELOPMENT AUTHORITY; and Shining J. Hsu appeared for TRACY HOPE DAVIS, United States Trustee.

The Court, having reviewed the Motion and evidence submitted in connection therewith, having considered the opposition to the Motion, having heard the arguments and representations of counsel, for the reasons stated in the Court's order of June 20, 2016, (Doc. No. 210) and good cause appearing,

IT IS ORDERED that:

1. The motion is granted and the within case is dismissed; and

2. Pursuant to 11 U.S.C. § 349, the orders approving (a) the settlement agreement between AQH, LLC and CHRISTOPHER KILDAY (Doc. No. 175) and (b) the settlement agreement between AQH, LLC, EMERGENT SYSTEMS EXCHANGE, INC., FORTIS ADVISORS LLC, as Collateral Agent for the Ratable Benefit of the Lenders Under Certain Transaction Documents as Defined in the Cointerra, Inc. Security and Pledge Agreement and Other Applicable Transaction Documents, and FUTURE ELECTRONICS CORPORATION (Doc. No. 167) shall remain valid and enforceable notwithstanding dismissal of this case.

APPROVED AS TO FORM:

LAW OFFICES OF ROUSE & BAHLERT

By: /s/ Cheryl C. Rouse
　　Cheryl C. Rouse
　　Attorneys for ANDREW L. FARIS

COATS | ROSE P.C.

By: /s/ E. P. Keiffer
　　E. P. Keiffer
　　Attorneys for FORTIS ADVISORS LLC, as Collateral Agent for
　　the Ratable Benefit of the Lenders Under Certain Transaction
　　Documents as Defined in the Cointerra, Inc. Security and Pledge
　　Agreement and Other Applicable Transaction Documents, and
　　FUTURE ELECTRONICS CORPORATION

OPPENHEIMER WOLFF & DONNELLY LLP

By: /s/ David. B. Galle
　　David B. Galle
　　Attorneys for EMERGENT SYSTEMS EXCHANGE

CHURCHWELL WHITE LLP

By:   /s/ Karl A. Schweikert
     Karl A. Schweikert
     Attorneys for RIVERBANK LOCAL REDEVELOPMENT
     AUTHORITY

ASPELIN & BRIDGMAN LLP

By:   /s/ James C. Bridgman
     James C. Bridgman
     Attorneys for CHRISTOPHER KILDAY

TRACY HOPE DAVIS
United States Trustee


By:   /s/ Shining J. Hsu
     Shining J. Hsu
     Attorney for TRACY HOPE DAVIS, United States Trustee

*** END OF ORDER ***

## COURT SERVICE LIST

All parties required to be served are registered CM/ECF filers. B.L.R. 9022-1(b).