# Notice Recipients

District/Off: 0971–5          User: lubarron          Date Created: 7/8/2016
Case: 15–50553               Form ID: DOC            Total: 109

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
rspi      Chris Cunningham
acc       Baudler & Flanders
cr        ACCESS ELECTRIC
consult   DBMAC, Inc.

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ          USTPRegion17.SJ.ECF@usdoj.gov
aty      Cheryl C. Rouse          rblaw@ix.netcom.com
aty      Dominique Sopko          dsopko@diemerwhitman.com
aty      Edwin Paul Keiffer          pkeiffer@wgblawfirm.com
aty      Gina L. Moyles          g.moyles@herrigvogt.com
aty      Karl Andrew Schweikert          karl@churchwellwhite.com
aty      Lynette C. Kelly          lynette.c.kelly@usdoj.gov
aty      Matthew Jon Olson          matt@macfern.com
aty      Michael Mengarelli          rkelly@kellylitigationgroup.com
aty      Reno F.R. Fernandez          reno@macfern.com
aty      Stephen D. Finestone          sfinestone@pobox.com
aty      William L. Porter          bporter@porterlaw.com

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         AQH, LLC          440 North Wolfe Road, #243          Sunnyvale, CA 94085
cr         Riverbank Local Redevelopment Authority          c/o S. Craig Hunter          Churchwell White LLP          1414 K Street, 3rd Floor          Sacramento, CA 95814
reqntc     Andrew L Faris          c/o Law Offices of Rouse & Bahlert          345 Franklin Street          San Francisco, CA 94102
reqntc     Lucile Darnell          c/o Stephen D. Finestone          456 Montgomery St., 20th Fl          San Francisco, CA 94104
reqntc     Tatiana Korolshteyn          c/o Stephen D. Finestone          456 Montgomery St., 20th Fl          San Francisco, CA 94104
cr         Collins Electrical Company, Inc.          C/O Herrig & Vogt, LLP          4210 Douglas Blvd          Suite 100          Granite Bay, CA 95746
reqntc     Fortis Advisors, LLC          c/o Diemer, Whitman & Cardosi, LLP          75 E. Santa Clara Street          Suite 290          San Jose, CA 95113
intp       Fortis Advisors, LLC          c/o E.P. Keiffer          Wright Ginsberg Brusilow, PC          325 North St Paul Street, Suite 4150          Dallas, TX 75201
sp         Kelly Litigation Group, Inc.          3 Lagoon Drive, Ste. 225          Redwood City, CA 94065
intp       Future Electronics Corporation          c/o E. P. Keiffer          Wright Ginsberg Brusilow P.C.          325 N. St. Paul, Suite 4150          Dallas, TX 75201
op         Macdonald Fernandez LLP          221 Sansome Street, Third Floor          San Francisco, CA 94104
aty        Dennis M. Sullivan          Law Offices of Dennis M. Sullivan          465 California St. #700          San Francisco, CA 94104–1818
smg        IRS          P.O. Box 7346          Philadelphia, PA 19101–7346
smg        State Board of Equalization          Attn: Special Procedures Section, MIC:55          P.O. Box 942879          Sacramento, CA 94279
smg        CA Employment Development Dept.          Bankruptcy Group MIC 92E          P.O. Box 826880          Sacramento, CA 94280–0001
smg        CA Franchise Tax Board          Attn: Special Procedures          P.O. Box 2952          Sacramento, CA 95812–2952
smg        IRS          P.O. Box 7346          Philadelphia, PA 19101–7346
13973490   A&A Portables          201 Roscoe Road          Modesto, CA 95357
13973541   A&A Portables          201 Roscoe Road          Modesto, CA 95357
13973491   Access Electric          1990 Foundry Court          Ceres, CA 95307
13973542   Access Electric          1990 Foundry Court          Ceres, CA 95307
14078315   Andrew L. Faris          4929 E. Sunny Slope Road          Edina, MN 55424
13973492   Andy Faris          4929 E. Sunnyslope Rd.          Edina, MN 55424
13973543   Andy Faris          4929 E. Sunnyslope Rd.          Edina, MN 55424
13973493   Anthony Steven Brough          1200 Dale Ave, Apt 78          Mountain View, CA 94040
13995416   Austin Roberts          2312 Lavon Lane          Ceres, CA 95307
13999857   Brian Friend          527 Terminal Ave.          Modesto, CA 95350
14000751   CHERYL C. ROUSE          LAW OFFICES OF ROUSE & BAHLERT          345 Franklin Street          San Francisco, California 94102
13973494   Chris Cunningham          10033 Reevesbury Dr.          Beverly Hills, CA 90210
13973495   Chris Kilday          450 Taraval St, #143          San Francisco, CA 94116
13973544   Chris Kilday          450 Taraval St, #143          San Francisco, CA 94116
13973545   Collins Electric          3412 Metro Drive          Stockton, CA 95215
13973496   Collins Electric          3412 Metro Drive          Stockton, CA 95215
14079882   Collins Electrical Company, Inc.          HERRIG & VOGT, LLP          4210 Douglas Blvd.          Suite 100          Granite Bay, CA 95746

| | | | |
|---|---|---|---|
| 13973547 | CrimeTek Security | 3448 North Golden State | Blvd. | Turlock, CA 95382 |
| 13973497 | CrimeTek Security | 3448 North Golden State Blvd. | Turlock, CA 95382 |
| 13973498 | DHL Global Forwarding | P.O. Box 742802 | Los Angeles, CA 90074–2802 |
| 13973548 | DHL Global Forwarding | P.O. Box 742802 | Los Angeles, CA 90074–2802 |
| 13999864 | David B. Oshinsky | 9415 Culver Boulevard | Culver City, CA 90232 |
| 14106439 | Diemer, Whitman & Cardosi, LLP | 75 E. Santa Clara Street, # 290 | San Jose, CA 95113 |
| 14107038 | E.P. Keiffer | Wright Ginsberg Brusilow P.C. | 325 North St. Paul Street, Suite 4150 | Dallas, Texas 75201 |
| 13973499 | Elisa Research | 48834 Kato Road Suite 101–A | Fremont, CA 94538 |
| 13973549 | Elisa Research | 48834 Kato Road Suite 101–A | Fremont, CA 94538 |
| 13973550 | Emergent Systems | Exchange | 7160 Shady Oak | Eden Prairie, MN 55344 |
| 13973500 | Emergent Systems Exchange | 7160 Shady Oak | Eden Prairie, MN 55344 |
| 14077547 | Emergent Systems Exchange, LLC | 7160 Shady Oak Road | Eden Prairie, MN 55344 |
| 14071558 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880 | Sacramento, CA 95814 |
| 13987312 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952 | SACRAMENTO CA 95812–2952 |
| 14106309 | Fortis Advisors LLC | Collateral Agent (ratably)("CA") for Len | c/o Rick Fink | CEO and Managing Director | 12526 High Bluff Drive, Suite 280 | San Diego, CA 92130 |
| 13973489 | Franchise Tax Board | Bankruptcy Section, MS A–340 | Post Office Box 2952 | Sacramento, CA 95812 |
| 14120674 | Future Electronics Corp. | c/o E.P. Keiffer | 325 N. St. Paul, Suite 4150 | Dallas, TX 75201 |
| 14079881 | Gina L. Moyles/Anthony P. Fritz | HERRIG & VOGT, LLP | 4210 Douglas Blvd., Suite 100 | Granite Bay, CA 95746 |
| 13973551 | I Guard | 3448 North Golden State | Blvd. | Turlock, CA 95382 |
| 13973501 | I Guard | 3448 North Golden State Blvd. | Turlock, CA 95382 |
| 13973488 | Internal Revenue Service | Post Office Box 7346 | Philadelphia, PA 19101 |
| 13999858 | Jacob Lopez | 1608 Don Pedro Road | Ceres, CA 95307 |
| 13973502 | John Walsh | 120 59th | Burr Ridge, IL 60527 |
| 14077437 | Karl A. Schweikert | Churchwell White, LLP | 1414 K Street, Third Floor | Sacramento, CA 95814 |
| 13973552 | Lionakis, a California | corporation | 915 13th Street | Modesto, CA 95354 |
| 13973503 | Lionakis, a California corporation | 915 13th Street | Modesto, CA 95354 |
| 13999865 | Lucile Darnell | 824 Lyndon Street, Apt. G | Monterey, CA 93940 |
| 13973504 | Lucy Darnell | 824 Lyndon Street, Apt. G | Monterey, CA 93940 |
| 13994677 | MACDONALD | FERNANDEZ LLP | MATTHEW J. OLSON (SBN 265908) | 221 Sansome Street, Third Floor | San Francisco, CA 94104 |
| 13999859 | Michael White | 2824 Fowler Road | Ceres, CA 95307 |
| 13973553 | New Concept Fleet | Management | 9096 Elkmont Way | Elk Grove, CA 95624 |
| 13973505 | New Concept Fleet Management | 9096 Elkmont Way | Elk Grove, CA 95624 |
| 14270574 | Office of the United States Trustee | Attn: Lynette C. Kelly | 1301 Clay Street, Suite 690N | Oakland, California 94612–5231 |
| 13973507 | PLN Architects | 1720 G Street | Modesto, CA 95354 |
| 13973556 | PLN Architects | 1720 G Street | Modesto, CA 95354 |
| 13973506 | Platt Electric | 10605 Southwest Allen Blvd. | Beaverton, OR 97005 |
| 13973555 | Platt Electric | 10605 Southwest Allen Blvd. | Beaverton, OR 97005 |
| 13986651 | Rexel, Inc. dba Platt Electric Supply | 600 University St. | Ste. 3300 | Seattle, WA 98101 |
| 14106308 | Rick Fink | CEO and Managing Director | Fortis Advisors as Collateral Agent | 12526 High Bluff Drive, Suite 280 | San Diego, CA 92130 |
| 13973557 | Riverbank Local | Redevelopment Authority | 5300 Claus Road, Suite 1 | Modesto, CA 95357 |
| 14077438 | Riverbank Local Development Authority | Churchwell White, LLP | 1414 K Street, Third Floor | Sacramento, CA 95814 |
| 14002811 | Riverbank Local Redevelopment Agency | c/o Debbie Olson, Executive Director | 5300 Claus Road, Suite 1 | Modesto, CA 95357 |
| 13973508 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 | Modesto, CA 95357 |
| 13999866 | Sean Walsh | 1742 Kansas Street | Redwood City, CA 94061 |
| 13986650 | Seth Chastain c/o Levy – von Beck & Associates, P.S. | 600 University St. | Ste. 3300 | Seattle, WA 98101 |
| 13973509 | Southland Electrical Supply | 147 North Main Street | Burlington, NC 27216 |
| 13973558 | Southland Electrical Supply | 147 North Main Street | Burlington, NC 27216 |
| 13999863 | State of California | Employment Development Dept. | Bankruptcy Special Procedures Group | P.O. Box 8268880 MIC 92E | Sacramento, CA 94280–0001 |
| 14002135 | Stephen D. Finestone | 456 Montgomery Street, 20th Floor | San Francisco, CA 94104 |
| 13973510 | Tatiana Korolshteyn | 1742 Kansas Street | Redwood City, CA 94061 |
| 13999867 | The Law Offices of Peter Lively | Attn: Peter Lively | 11268 W. Washington Blvd. | Culver City, CA 90230 |
| 13999860 | Thomas Bautista | 1624 Palm Ave. | Redwood City, CA 94061 |
| 13999861 | Tricia Hayward | 1125 East Monte Vista Ave. | Turlock, CA 95382 |
| 13973511 | Vagada Holdings | 18600 Castle Ridge Drive | Morgan Hill, CA 95037 |
| 13999862 | Vagada Holdings, LLC | Attn: Yan Ebyam | 18600 Castle Ridge Drive | Morgan Hill, CA 95037 |
| 13999868 | Vagada Holdings, LLC | Attn: Yan Ebyam | 18600 Castle Ridge Drive | Morgan Hill, CA 95037 |
| 13973512 | W.W. Grainger, Inc. | 100 Grainger Parkway | Lake Forest, IL 60045–5201 |
| 13973559 | W.W. Grainger, Inc. | 100 Grainger Parkway | Lake Forest, IL 60045–5201 |
| 14033085 | William L. Porter | Porter Law Group, Inc. | 7801 Folsom Boulevard, Suite 101 | Sacramento, CA 95826 |

TOTAL: 93