# Notice Recipients

District/Off: 0971–5    User: lubarron    Date Created: 7/8/2016
Case: 15–50553    Form ID: pdfeoc    Total: 104

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
rspi        Chris Cunningham
acc         Baudler & Flanders
cr          ACCESS ELECTRIC
consult     DBMAC, Inc.
                                                                            TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
aty     Cheryl C. Rouse         rblaw@ix.netcom.com
aty     Dominique Sopko         dsopko@diemerwhitman.com
aty     Edwin Paul Keiffer      pkeiffer@wgblawfirm.com
aty     Gina L. Moyles          g.moyles@herrigvogt.com
aty     Karl Andrew Schweikert  karl@churchwellwhite.com
aty     Lynette C. Kelly        lynette.c.kelly@usdoj.gov
aty     Matthew Jon Olson       matt@macfern.com
aty     Michael Mengarelli      rkelly@kellylitigationgroup.com
aty     Reno F.R. Fernandez     reno@macfern.com
aty     Stephen D. Finestone    sfinestone@pobox.com
aty     William L. Porter       bporter@porterlaw.com
                                                                            TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          AQH, LLC     440 North Wolfe Road, #243     Sunnyvale, CA 94085
cr          Riverbank Local Redevelopment Authority     c/o S. Craig Hunter     Churchwell White LLP     1414 K Street, 3rd Floor     Sacramento, CA 95814
reqntc      Andrew L Faris     c/o Law Offices of Rouse & Bahlert     345 Franklin Street     San Francisco, CA 94102
reqntc      Lucile Darnell     c/o Stephen D. Finestone     456 Montgomery St., 20th Fl     San Francisco, CA 94104
reqntc      Tatiana Korolshteyn     c/o Stephen D. Finestone     456 Montgomery St., 20th Fl     San Francisco, CA 94104
cr          Collins Electrical Company, Inc.     C/O Herrig & Vogt, LLP     4210 Douglas Blvd     Suite 100     Granite Bay, CA 95746
reqntc      Fortis Advisors, LLC     c/o Diemer, Whitman & Cardosi, LLP     75 E. Santa Clara Street     Suite 290     San Jose, CA 95113
intp        Fortis Advisors, LLC     c/o E.P. Keiffer     Wright Ginsberg Brusilow, PC     325 North St Paul Street, Suite 4150     Dallas, TX 75201
sp          Kelly Litigation Group, Inc.     3 Lagoon Drive, Ste. 225     Redwood City, CA 94065
intp        Future Electronics Corporation     c/o E. P. Keiffer     Wright Ginsberg Brusilow P.C.     325 N. St. Paul, Suite 4150     Dallas, TX 75201
op          Macdonald Fernandez LLP     221 Sansome Street, Third Floor     San Francisco, CA 94104
aty         Dennis M. Sullivan     Law Offices of Dennis M. Sullivan     465 California St. #700     San Francisco, CA 94104–1818
13973490    A&A Portables     201 Roscoe Road     Modesto, CA 95357
13973541    A&A Portables     201 Roscoe Road     Modesto, CA 95357
13973491    Access Electric     1990 Foundry Court     Ceres, CA 95307
13973542    Access Electric     1990 Foundry Court     Ceres, CA 95307
14078315    Andrew L. Faris     4929 E. Sunny Slope Road     Edina, MN 55424
13973492    Andy Faris     4929 E. Sunnyslope Rd.     Edina, MN 55424
13973543    Andy Faris     4929 E. Sunnyslope Rd.     Edina, MN 55424
13973493    Anthony Steven Brough     1200 Dale Ave, Apt 78     Mountain View, CA 94040
13995416    Austin Roberts     2312 Lavon Lane     Ceres, CA 95307
13999857    Brian Friend     527 Terminal Ave.     Modesto, CA 95350
14000751    CHERYL C. ROUSE     LAW OFFICES OF ROUSE & BAHLERT     345 Franklin Street     San Francisco, California 94102
13973494    Chris Cunningham     10033 Reevesbury Dr.     Beverly Hills, CA 90210
13973495    Chris Kilday     450 Taraval St, #143     San Francisco, CA 94116
13973544    Chris Kilday     450 Taraval St, #143     San Francisco, CA 94116
13973545    Collins Electric     3412 Metro Drive     Stockton, CA 95215
13973496    Collins Electric     3412 Metro Drive     Stockton, CA 95215
14079882    Collins Electrical Company, Inc.     HERRIG & VOGT, LLP     4210 Douglas Blvd.     Suite 100     Granite Bay, CA 95746
13973547    CrimeTek Security     3448 North Golden State     Blvd.     Turlock, CA 95382
13973497    CrimeTek Security     3448 North Golden State Blvd.     Turlock, CA 95382
13973498    DHL Global Forwarding     P.O. Box 742802     Los Angeles, CA 90074–2802
13973548    DHL Global Forwarding     P.O. Box 742802     Los Angeles, CA 90074–2802
13999864    David B. Oshinsky     9415 Culver Boulevard     Culver City, CA 90232
14106439    Diemer, Whitman & Cardosi, LLP     75 E. Santa Clara Street, # 290     San Jose, CA 95113

| ID | Name | Address |
|---|---|---|
| 14107038 | E.P. Keiffer | Wright Ginsberg Brusilow P.C. 325 North St. Paul Street, Suite 4150 Dallas, Texas 75201 |
| 13973499 | Elisa Research | 48834 Kato Road Suite 101–A Fremont, CA 94538 |
| 13973549 | Elisa Research | 48834 Kato Road Suite 101–A Fremont, CA 94538 |
| 13973550 | Emergent Systems Exchange | 7160 Shady Oak Eden Prairie, MN 55344 |
| 13973500 | Emergent Systems Exchange | 7160 Shady Oak Eden Prairie, MN 55344 |
| 14077547 | Emergent Systems Exchange, LLC | 7160 Shady Oak Road Eden Prairie, MN 55344 |
| 14071558 | Employment Development Department | Bankruptcy Group MIC 92E, PO BOX 826880 Sacramento, CA 95814 |
| 13987312 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812–2952 |
| 14106309 | Fortis Advisors LLC | Collateral Agent (ratably)("CA") for Len c/o Rick Fink CEO and Managing Director 12526 High Bluff Drive, Suite 280 San Diego, CA 92130 |
| 13973489 | Franchise Tax Board | Bankruptcy Section, MS A–340 Post Office Box 2952 Sacramento, CA 95812 |
| 14120674 | Future Electronics Corp. | c/o E.P. Keiffer 325 N. St. Paul, Suite 4150 Dallas, TX 75201 |
| 14079881 | Gina L. Moyles/Anthony P. Fritz | HERRIG & VOGT, LLP 4210 Douglas Blvd., Suite 100 Granite Bay, CA 95746 |
| 13973551 | I Guard | 3448 North Golden State Blvd. Turlock, CA 95382 |
| 13973501 | I Guard | 3448 North Golden State Blvd. Turlock, CA 95382 |
| 13973488 | Internal Revenue Service | Post Office Box 7346 Philadelphia, PA 19101 |
| 13999858 | Jacob Lopez | 1608 Don Pedro Road Ceres, CA 95307 |
| 13973502 | John Walsh | 120 59th Burr Ridge, IL 60527 |
| 14077437 | Karl A. Schweikert | Churchwell White, LLP 1414 K Street, Third Floor Sacramento, CA 95814 |
| 13973552 | Lionakis, a California corporation | 915 13th Street Modesto, CA 95354 |
| 13973503 | Lionakis, a California corporation | 915 13th Street Modesto, CA 95354 |
| 13999865 | Lucile Darnell | 824 Lyndon Street, Apt. G Monterey, CA 93940 |
| 13973504 | Lucy Darnell | 824 Lyndon Street, Apt. G Monterey, CA 93940 |
| 13994677 | MACDONALD FERNANDEZ LLP | MATTHEW J. OLSON (SBN 265908) 221 Sansome Street, Third Floor San Francisco, CA 94104 |
| 13999859 | Michael White | 2824 Fowler Road Ceres, CA 95307 |
| 13973553 | New Concept Fleet Management | 9096 Elkmont Way Elk Grove, CA 95624 |
| 13973505 | New Concept Fleet Management | 9096 Elkmont Way Elk Grove, CA 95624 |
| 14270574 | Office of the United States Trustee | Attn: Lynette C. Kelly 1301 Clay Street, Suite 690N Oakland, California 94612–5231 |
| 13973507 | PLN Architects | 1720 G Street Modesto, CA 95354 |
| 13973556 | PLN Architects | 1720 G Street Modesto, CA 95354 |
| 13973506 | Platt Electric | 10605 Southwest Allen Blvd. Beaverton, OR 97005 |
| 13973555 | Platt Electric | 10605 Southwest Allen Blvd. Beaverton, OR 97005 |
| 13986651 | Rexel, Inc. dba Platt Electric Supply | 600 University St. Ste. 3300 Seattle, WA 98101 |
| 14106308 | Rick Fink | CEO and Managing Director Fortis Advisors as Collateral Agent 12526 High Bluff Drive, Suite 280 San Diego, CA 92130 |
| 13973557 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 Modesto, CA 95357 |
| 14077438 | Riverbank Local Development Authority | Churchwell White, LLP 1414 K Street, Third Floor Sacramento, CA 95814 |
| 14002811 | Riverbank Local Redevelopment Agency | c/o Debbie Olson, Executive Director 5300 Claus Road, Suite 1 Modesto, CA 95357 |
| 13973508 | Riverbank Local Redevelopment Authority | 5300 Claus Road, Suite 1 Modesto, CA 95357 |
| 13999866 | Sean Walsh | 1742 Kansas Street Redwood City, CA 94061 |
| 13986650 | Seth Chastain c/o Levy – von Beck & Associates, P.S. | 600 University St. Ste. 3300 Seattle, WA 98101 |
| 13973509 | Southland Electrical Supply | 147 North Main Street Burlington, NC 27216 |
| 13973558 | Southland Electrical Supply | 147 North Main Street Burlington, NC 27216 |
| 13999863 | State of California | Employment Development Dept. Bankruptcy Special Procedures Group P.O. Box 8268880 MIC 92E Sacramento, CA 94280–0001 |
| 14002135 | Stephen D. Finestone | 456 Montgomery Street, 20th Floor San Francisco, CA 94104 |
| 13973510 | Tatiana Korolshteyn | 1742 Kansas Street Redwood City, CA 94061 |
| 13999867 | The Law Offices of Peter Lively | Attn: Peter Lively 11268 W. Washington Blvd. Culver City, CA 90230 |
| 13999860 | Thomas Bautista | 1624 Palm Ave. Redwood City, CA 94061 |
| 13999861 | Tricia Hayward | 1125 East Monte Vista Ave. Turlock, CA 95382 |
| 13973511 | Vagada Holdings | 18600 Castle Ridge Drive Morgan Hill, CA 95037 |
| 13999862 | Vagada Holdings, LLC | Attn: Yan Ebyam 18600 Castle Ridge Drive Morgan Hill, CA 95037 |
| 13999868 | Vagada Holdings, LLC | Attn: Yan Ebyam 18600 Castle Ridge Drive Morgan Hill, CA 95037 |
| 13973512 | W.W. Grainger, Inc. | 100 Grainger Parkway Lake Forest, IL 60045–5201 |
| 13973559 | W.W. Grainger, Inc. | 100 Grainger Parkway Lake Forest, IL 60045–5201 |
| 14033085 | William L. Porter | Porter Law Group, Inc. 7801 Folsom Boulevard, Suite 101 Sacramento, CA 95826 |

TOTAL: 88