JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504), byoung@jmbm.com
CHRISTINA L. CHEN (Bar No. 294921), cchen@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Debtor AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC<br><br>           Debtor. | Chapter 11 Case<br><br>Case No. 15-50553-SLJ-11<br><br>**CERTIFICATE OF SERVICE FOR OPPOSITION TO MODIFY DISMISSAL ORDER**<br><br>Date: August 10, 2016<br>Time: 2:00 p.m.<br>Courtroom: Honorable Stephen L. Johnson<br>280 S. First St., Room 3099<br>San Jose, California |

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On July 25, 2016, I served the document(s) described as

- **DEBTOR'S OPPOSITION TO MOTION TO MODIFY ORDER DISMISSING BANKRUPTCY CASE FILED BY MACDONALD FERNANDEZ LLP**

in this action addressed as follows:

☒ (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s).

☐ (BY MAIL) True and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at San Francisco, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

MACDONALD | FERNANDEZ LLP
Reno F.R. Fernandez
Matthew J. Olson
221 Sansome Street, Third Floor
San Francisco, CA 94104

Executed on July 25, 2016 at San Francisco, California.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Donna Manning*
Donna Manning