MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Claimant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**CERTIFICATE OF SERVICE**

Date: August 10, 2016
Time: 2:00 p.m.
Place: 280 S. First Street, Courtroom 3099
       San Jose, California

Hon. Stephen L. Johnson

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:

**1. REPLY TO DEBTOR'S OPPOSITION TO LIMITED MOTION TO MODIFY ORDER DISMISSING BANKRUPTCY CASE**

Upon the following persons and/or entities:

Jeffer Mangels Butler & Mitchell LLP
Attn: Bennett G. Young and Christina L. Chen
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824

///

1

Case: 15-50553   Doc# 222-1   Filed: 08/03/16   Entered: 08/03/16 17:48:05   Page 1 of 2

As follows:

☐ <u>By Personal Service.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope and addressed above, to be hand delivered.

☒ <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

☐ <u>By Certified U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope as addressed above, certified, to be placed in the United States mail at San Francisco, California.

☐ <u>By Federal Express.</u> By placing a true and correct copy of said document(s), enclosed in appropriate Federal Express packaging with the delivery fee thereof full pre-paid, to be delivered to a Federal Express office or delivery station at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: August 3, 2016        /s/ Samantha G. Brown
                                SAMANTHA G. BROWN