

The following constitutes
the order of the court. Signed August 14, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br>                Debtor. | Case No.: 15-50553 SLJ<br>Chapter 11<br><br>Date: August 10, 2016<br>Time: 2:00 p.m.<br>Ctrm: 3099 |

**ORDER DENYING MOTION TO MODIFY DISMISSAL ORDER**

The Limited Motion to Modify Order Dismissing Bankruptcy Case ("Motion"), filed by Debtor's former counsel MacDonald Fernandez LLP, came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons orally stated on the record,

IT IS HEREBY ORDERED that the Motion is DENIED.

*** END OF ORDER***

ORDER DENYING MOTION TO MODIFY DISMISSAL ORDER
-1-

**COURT SERVICE LIST**

ECF Notifications