MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Claimant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>            Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES<br><br>Date:  September 7, 2016<br>Time:  1:30 p.m.<br>Place:  Courtroom 3099<br>         280 South First Street<br>         San Jose, California<br><br>Honorable Steven L. Johnson |

NOTICE IS HEREBY GIVEN that on August 17, 2016, Macdonald Fernandez LLP, former attorneys to AQH, LLC and administrative claimant herein, filed its first and final application for compensation pursuant to Bankruptcy Code Section 330 (the "Application") in the amount of $223,575.75 (voluntarily reduced from total fees and costs of $248,417.50) for 623.40 hours of work and for reimbursement of expenses in the amount of $8,760.67, for total fees and costs in the amount of $232,336.42. Upon approval, Macdonald Fernandez, LLP will apply its $50,000 retainer and requests that the Court authorize Debtor to pay the balance of $182,336.42. Copies of said Application may be obtained by contacting the undersigned, from the Clerk of the Court, or from the Court's ECF system at https://ecf.canb.uscourts.gov.

/ / /

1

1     NOTICE IS FURTHER GIVEN that a hearing on the Application will be held on September 7, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Steven L. Johnson, United States Bankruptcy Judge, at 280 South First Street, Courtroom 3099, San Jose, California.

    NOTICE IS FURTHER GIVEN that any opposition to said Application must be filed with the Court and served upon the undersigned at least seven (7) days prior to the hearing.

DATED: August 17, 2016                      MACDONALD | FERNANDEZ LLP

                                                     By: /s/ Matthew J. Olson
                                                                  Matthew J. Olson
                                                                  Administrative Claimant