MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Claimant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>     Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Date: September 7, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 3099<br>   280 South First Street<br>   San Jose, California<br><br>Honorable Steven L. Johnson |

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:
1. NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
2. FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
3. DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (*including Exhibits "A" through "D"*)

Upon the following persons and or entities below:

| | | |
|---|---|---|
| AQH LLC<br>Attn: Mr. Chris Cunningham<br>and Mr. Sean Walsh<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085 | Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, California 94102 | Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, #290<br>San Jose, CA 95113 |

///

1

| | | |
|---|---|---|
| E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North Saint Paul Street, Suite 4150<br>Dallas, TX 75201 | Jeffer Mangels Butler & Mitchell LLP<br>Attn: Bennett G. Young, Esq.<br>Two Embarcadero Center, 5th Fl.<br>San Francisco, CA 94111-3824 | Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231 |
| Office of the United States Trustee<br>Attn: Shining Hsu<br>U.S. Federal Bldg.<br>280 S. 1st St., #268<br>San Jose, CA 95113-3004 | Stephen D. Finestone<br>456 Montgomery Street, 20th Fl.<br>San Francisco, CA 94104 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826 |

As follows:

[X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

On the date hereof, I served the following document:

1. NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the following persons and/or entities listed on the attached mailing matrix, as follows:

[X] <u>By First Class U.S. Mail.</u> By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: August 17, 2016     /s/ Samantha G. Brown
                              SAMANTHA G. BROWN

Label Matrix for local noticing
0971-5
Case 15-50553
Northern District of California
San Jose
Wed Aug 17 15:28:36 PDT 2016

AQH, LLC
440 North Wolfe Road, #243
Sunnyvale, CA 94085-3869

Collins Electrical Company, Inc.
C/O Herrig & Vogt, LLP
4210 Douglas Blvd
Suite 100
Granite Bay, CA 95746-5912

Fortis Advisors, LLC
c/o Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street
Suite 290
San Jose, CA 95113-1826

Fortis Advisors, LLC
c/o E.P. Keiffer
Wright Ginsberg Brusilow, PC
325 North St Paul Street, Suite 4150
Dallas, TX 75201-3861

Future Electronics Corporation
c/o E. P. Keiffer
Wright Ginsberg Brusilow P.C.
325 N. St. Paul, Suite 4150
Dallas, TX 75201-3861

Kelly Litigation Group, Inc.
3 Lagoon Drive, Ste. 225
Redwood City, CA 94065-5158

Macdonald Fernandez LLP
221 Sansome Street, Third Floor
San Francisco, CA 94104-2331

Riverbank Local Redevelopment Authority
c/o S. Craig Hunter
Churchwell White LLP
1414 K Street, 3rd Floor
Sacramento, CA 95814-3967

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113-3099

A&A Portables
201 Roscoe Road
Modesto, CA 95357-1828

Access Electric
1990 Foundry Court
Ceres, CA 95307-9223

Andrew L. Faris
4929 E. Sunny Slope Road
Edina, MN 55424-1166

Andy Faris
4929 E. Sunnyslope Rd.
Edina, MN 55424-1166

Anthony Steven Brough
1200 Dale Ave, Apt 78
Mountain View, CA 94040-3326

Austin Roberts
2312 Lavon Lane
Ceres, CA 95307-1616

Brian Friend
527 Terminal Ave.
Modesto, CA 95350-5950

CHERYL C. ROUSE
LAW OFFICES OF ROUSE & BAHLERT
345 Franklin Street
San Francisco, California 94102-4427

Chris Cunningham
10033 Reevesbury Dr.
Beverly Hills, CA 90210-1422

Chris Kilday
450 Taraval St, #143
San Francisco, CA 94116-2530

Collins Electric
3412 Metro Drive
Stockton, CA 95215-9440

Collins Electrical Company, Inc.
HERRIG & VOGT, LLP
4210 Douglas Blvd.
Suite 100
Granite Bay, CA 95746-5912

CrimeTek Security
3448 North Golden State Blvd.
Turlock, CA 95382-9709

DHL Global Forwarding
P.O. Box 742802
Los Angeles, CA 90074-2802

David B. Oshinsky
9415 Culver Boulevard
Culver City, CA 90232-2616

Diemer, Whitman & Cardosi, LLP
75 E. Santa Clara Street, # 290
San Jose, CA 95113-1826

E.P. Keiffer
Wright Ginsberg Brusilow P.C.
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201-3861

Elisa Research
48834 Kato Road Suite 101-A
Fremont, CA 94538-7368

Emergent Systems Exchange
7160 Shady Oak
Eden Prairie, MN 55344-3517

Emergent Systems Exchange, LLC
7160 Shady Oak Road
Eden Prairie, MN 55344-3517

| | | |
|---|---|---|
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fortis Advisors LLC<br>Collateral Agent (ratably)("CA"<br>c/o Rick Fink<br>CEO and Managing Director<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 |
| Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | Future Electronics Corp.<br>c/o E.P. Keiffer<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 | Gina L. Moyles/Anthony P. Fritz<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd., Suite 100<br>Granite Bay, CA 95746-5912 |
| I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307-9594 |
| John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 | Karl A. Schweikert<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3967 | Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 |
| Lucile Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | MACDONALD FERNANDEZ LLP<br>MATTHEW J. OLSON (SBN 265908)<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2331 |
| Michael White<br>2824 Fowler Road<br>Ceres, CA 95307-2102 | New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231 | PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 |
| Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Rick Fink<br>CEO and Managing Director<br>Fortis Advisors as Collateral Agent<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |
| Riverbank Local Development Authority<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 | Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 |
| Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 |

| | | |
|---|---|---|
| Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 | Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 |
| Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 | Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 |
| Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 | Christina L. Chen<br>Jeffer Mangels Butler and Mitchell<br>2 Embarcadero Center 5th Fl.<br>San Francisco, CA 94111-3813 | Dennis M. Sullivan<br>Law Offices of Dennis M. Sullivan<br>465 California St. #700<br>San Francisco, CA 94104-1818 |
| Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Michael Mengarelli<br>Kelly Litigation Group, Inc.<br>3 Lagoon Dr. #225<br>Redwood City, CA 94065-5158 |
| Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (u)DBMAC, Inc. |
| (d)Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |

| | | |
|---|---|---|
| (d)Riverbank Local Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | (u)Chris Cunningham | End of Label Matrix<br>Mailable recipients    76<br>Bypassed recipients    11<br>Total                  87 |