MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Claimant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-SLJ-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | SUPPLEMENTAL DECLARATION OF MATTHEW J. OLSON IN SUPPORT OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES |
| | Date: September 7, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 3099<br>280 South First Street<br>San Jose, California |
| | Honorable Steven L. Johnson |

I, Matthew J. Olson, declare that I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto:

1. I am an associate with Macdonald Fernandez LLP (the "<u>Applicant</u>"), and I am an attorney directly involved in Applicant's representation of AQH, LLC, Debtor herein.

2. As requested by the Court, attached hereto as Exhibit "E" is a true and correct copy of the billing statements itemizing the services provided on behalf of Debtor on or after February 4, 2016. The exhibit includes a breakdown of those services for which Applicant offered a discount of fees in particular categories as a courtesy to the Estate. While the incurring these fees at the time of rendering services to Debtor was justified and appropriate, in an exercise of reasonable billing

1

judgment, Applicant elected to discount its fees as a courtesy for (i) Assumption or Rejection of Executory Contracts ($2,812.50), (ii) Fee Applications ($2,345.00), (iii) Other Adversary Proceedings/Contested Matters ($11,295.00), (iv) Plan & Disclosure Statement ($6,767.50), and Status Conferences ($1,387.50).

3. The remaining services provided material benefit to the Estate notwithstanding dismissal of the case. Specifically, Applicant assisted Debtor with its new strategy to sell its assets as a going concern, retaining and working with Arch + Beam (with whom Debtor continued to work), performing on certain settlement agreements and stipulations that were preserved in the dismissal order, ensuring Debtor's compliance with reporting requirements, and addressing miscellaneous matters that would have arisen with or without dismissal of the case.

4. The discounted fees following February 4, 2016, total $24,607.50 (a 67% reduction from the total fees incurred during that period of $36,735.00). Applicant further elected to round the discount for its services up to the nearest whole percentage of its total fee (here, 10%) as a further courtesy to the Estate, arriving at a total voluntary reduction of $24,841.75.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of September, 2016, at San Francisco, California.

/s/ Matthew J. Olson
MATTHEW J. OLSON

# EXHIBIT E

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| 2/18/2016 | MJO | Draft stipulation and order for further 90-day continuance of deadline to assume or reject Riverbank LRA lease (0.5); Emails with K. Schweikert re same (0.1). | 0.60 | $225.00 | 100% | $0.00 | Assumptions/Rejection of Executory |
| 3/14/2016 | MJO | Review and revise stipulation for further extension of time to assume or reject lease with Riverbank Local Redevelopment Authority (0.4); Emails with K. Schweikert | 0.50 | $187.50 | 100% | $0.00 | Assumptions/Rejection of Executory |
| 3/15/2016 | MJO | Research and analysis re timing of assumption of lease (0.6); Telephone conference with RF re same and strategy on further extension or conversion of the case (0.4); Finalize stipulation and order for filing (0.2). | 1.20 | $450.00 | 100% | $0.00 | Assumptions/Rejection of Executory |
| 3/29/2016 | MJO | Telephone conference with K. Schweikert re extension of time to assume lease (0.3); Prepare for same (0.1). | 0.40 | $150.00 | 100% | $0.00 | Assumptions/Rejection of Executory |
| 4/6/2016 | MJO | Telephone conference K. Schweikert re status of extending time to assume lease (0.1); Follow-up email to K Schweikert re same (0.1); Emails with S. Walsh re same (0.1). | 0.30 | $112.50 | 100% | $0.00 | Assumptions/Rejection of Executory |
| 4/13/2016 | MJO | Emails with K. Schweikert, S. Walsh, C. Cunningham, and RF re extension of time to assume lease (0.1); Review draft stipulation and order from K. Schweikert and finalize same for filing (0.4). | 0.50 | $187.50 | 100% | $0.00 | Assumptions/Rejection of Executory |
| 5/23/2016 | MJO | Research re Riverbank LRA's asserted right to attorneys' fees (1.2); Review and analyze time records produced by Riverbank LRA (1.9); Telephone conference with K. Schweikert re case status, potential out-of-court remedies, asserted claim for attorneys' fees, and further extension of time to assume lease (0.6). | 3.70 | $1,387.50 | 100% | $0.00 | Assumptions/Rejection of Executory |
| 5/27/2016 | MJO | Telephone conference with K. Schwikert re stipulation to extend time (0.1); Finalize same for filing (0.2). | 0.30 | $112.50 | 100% | $0.00 | Assumptions/Rejection of Executory |
| | | **Assumptions/Rejection of Executory Total** | 7.50 | $2,812.50 | 100% | $0.00 | |
| 2/28/2016 | MJO | Review pre-bills for interim fee application. | 1.40 | $525.00 | 100% | $0.00 | Fee Application |
| 7/5/2016 | MJO | Research jurisdiction re post-dismissal fee applications (1.6); Office conferences with IAM re same and modifying dismissal order to expressly retain jurisdiction (0.2); Emails with RF re analysis of same (0.2); Draft motion to modify dismissal order to expressly retain jurisdiction (0.7). | 2.70 | $1,012.50 | 100% | $0.00 | Fee Application |
| 7/5/2016 | RF | Research and analyze authorities and issues re court's authority re employment, compensation and claim against estate professionals, Shultze v. Chandler, other authorities, approval of attorney's fees and costs after dismissal, retention of jurisdiction, modification of order, reconsideration of order, deadlines, extension and other | 1.10 | $522.50 | 100% | $0.00 | Fee Application |
| 7/5/2016 | RF | Review, analyze and revise motion to retain jurisdiction to hear fee applications. | 0.60 | $285.00 | 100% | $0.00 | Fee Application |
| | | **Fee Application Total** | 5.80 | $2,345.00 | 100% | $0.00 | |
| 4/4/2016 | RF | Analyze options, strategies, circumstances and issues re motion to dismiss or convert case. | 0.90 | $427.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| 4/5/2016 | MJO | Review and analzye US Trustee's motion to dismiss (0.4); Telephone conference with P. Keiffer re US Trustee's motion to dismiss, adequate protection, and potential sale and plan (0.2); Telephone conference with S. Walsh re analysis of motion to dismiss and case strategy (0.3). | 0.90 | $337.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 4/7/2016 | RF | Analyze issues re motion to dismiss case, creditor plan, level of administrative debt, level of assets, recent MOR's and other issues. | 0.70 | $332.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 4/19/2016 | MJO | Telephone conference with C. Rouse re analysis of US Trustee's motion to dismiss (0.1); Analysis of communications from Employment Development Department re payroll tax audit (0.4). | 0.50 | $187.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 4/20/2016 | MJO | Telephone conference with H. Bailey re analysis of issues related to sale as a going concern (0.2); Telephone conference with L. Kelly re US Trustee's motion to dismiss (0.2); Follow-up emails with S. Walsh re same (0.1); Telephone conference with S. Walsh re US Trustee's motion to dismiss, analysis Bitcoin market forces and impact on debtor, audit by Employment Development Department, and status of conversations with H. Bailey (1.0). | 1.50 | $562.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 4/20/2016 | RF | Analyze issues re motion to dismiss or convert case, discussions with US Trustee, opposition, interested parties, creditor plan, information discrepancies and other issues. | 0.50 | $237.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 4/27/2016 | MJO | Telephone calls and emails to L. Kelly re US Trustee's motion to dismiss (0.2); Research re standards for cause to dismiss a case and applicability of § 1112(b)(2) to defeat US Trustee's motion to dismiss (0.7); Analysis of U.S. Trustee's motion to dismiss and case file (1.2); Review and analysis of Riverbank LRA's opposition (0.3); Draft opposition to | 5.00 | $1,875.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 4/28/2016 | MJO | Telephone conference with H. Bailey re status of US Trustee's motion to dismiss and analysis of short-term impacts on efforts to sell business as a going concern (0.1). | 0.10 | $37.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 5/10/2016 | MJO | Analyze issues re US Trustee's motion to dismiss (0.8); Conference with S. Hsu re same (0.2). | 1.00 | $375.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 5/11/2016 | MJO | Prepare for hearing on US Trustee's motion to dismiss (0.8); Conferences with client before and after hearing (0.7); Court appearance re US Trustee's motion to dismiss (0.9); Travel time to and from hearing on US Trustee's motion to dismiss (3.6 - 1.8 n/c); Telephone conference with H. Bailey re outcome of hearing and strategy (0.2); Telephone conference with RF re same (0.2); Follow-up emails with | 5.00 | $1,875.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 5/12/2016 | MJO | Emails with RF re analysis of outcome of hearing on US Trustee's motion to dismiss (0.2); Follow-up office conference re same (0.3); Telephone conference with C. Cunningham re proposed conversation with A. Faris (0.2); Follow-up emails with C. Cunningham re same (0.2). | 0.90 | $337.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| 5/24/2016 | MJO | Telephone call and follow-up to D. Galle re case status and potential resolution in event of dismissal (0.2). | 0.20 | $75.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/20/2016 | MJO | Review and analyze opinion on U.S. Trustee's motion to dismiss (0.7); Conference with RF re same (0.2); Emails with S. Walsh and P. Keiffer re same (0.2); Emails with H. Bailey re same and request for updated fee agreement (0.1). | 1.20 | $450.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/21/2016 | MJO | Telephone conference with RF, IAM, C. Cunningham, and S. Walsh re Court's decision on motion to dismiss and case strategy moving forward (0.7); Prepare for same (0.3); Follow-up conference with RF and IAM re same (0.5); Draft letter to creditors (1.6); Analyze issues re adjustments to budget (0.3); Analyze comments from A. Faris (0.2). | 3.60 | $1,350.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/21/2016 | RF | Analyze issues re operation following dismissal, value of business, sale of assets, priority of claims outside bankruptcy, issues re landlord's claim and other issues. | 1.30 | $617.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/22/2016 | MJO | Draft proposed order re motion to dismiss preserving settlements (0.6). | 0.60 | $225.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/23/2016 | MJO | Telephone conference with IAM re status of case (0.2); Emails with RF and IAM re same, wind up process and draft documents for client (0.3); Emails with C. Rouse re request for forbearance agreement (0.2); Emails with various counsel re order dismissing case and preserving | 0.90 | $337.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/23/2016 | RF | Draft new legal services agreement, promissory note and letter re same (0.8); revisions to same (0.3). | 1.10 | $522.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/23/2016 | RF | Analyze issues re wind up and dissolve entity, liquidate assets, carveout, distribution and other issues (0.4); draft memorandum re same (0.2). | 0.60 | $285.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/27/2016 | MJO | Review and analyze 3-day notice to quit or pay rent (Riverbank LRA) (0.2); Emails with IAM and S. Walsh re retention and creditor inquiries (0.2). | 0.40 | $150.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/27/2016 | RF | Analyze issues re status of negotiations, use of space, landlord rights and remedies, status of collateral, forbearance, next steps and other issues. | 0.60 | $285.00 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/28/2016 | MJO | Emails with P. Keiffer re order dismissing case (0.2); Emails with C. Rouse re forbearance agreement (0.1); Office conference with IAM re status and strategy (0.2). | 0.50 | $187.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/29/2016 | MJO | Follow up emails with opposing counsel re order on motion to dismiss (0.3). | 0.30 | $112.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| 6/30/2016 | MJO | Follow up on approval of order re dismissal (0.1); Finalize same (0.2). | 0.30 | $112.50 | 100% | $0.00 | Other Adversary Prodeedings/Contested |
| | | **Other Adversary Prodeedings/Contested Total** | 28.60 | $11,295.00 | 100% | $0.00 | |
| 2/11/2016 | MJO | Review and analysis of updated financial projections (1.8); Emails with S. Walsh re same (0.1). | 1.90 | $712.50 | 100% | $0.00 | Plan & Disclosure Statement |

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| 2/11/2016 | MJO | Telephone conference with RF and S. Walsh re change in financial circumstances, sale of substantially all of the assets, conversion of the case, liquidating Chapter 11 plan, and case strategy (0.5); Office conference with RF re same | 0.70 | $262.50 | 100% | $0.00 | Plan & Disclosure Statement |
| 2/11/2016 | RF | Analyze issues re recent developments and new | 0.50 | $237.50 | 100% | $0.00 | Plan & Disclosure Statement |
| 2/12/2016 | MJO | Review and analysis of updated plan projections (0.9); Office conference with RF re same (0.4); Emails with S. Walsh re same (0.1); Telephone conference with S. Walsh | 2.00 | $750.00 | 100% | $0.00 | Plan & Disclosure Statement |
| 2/12/2016 | RF | Analyze issues re revised projections, financing needed, prospects for financing, sources, potential sale, potential buyers, extension with Avalon and other issues. | 0.90 | $427.50 | 100% | $0.00 | Plan & Disclosure Statement |
| 3/2/2016 | MJO | Financial analysis of liquidation plan (1.6); Emails with S. Walsh and RF re same (0.2); Draft amended Chapter 11 Plan | 3.30 | $1,237.50 | 100% | $0.00 | Plan & Disclosure Statement |
| 3/2/2016 | RF | Review, analyze and comment on draft amended chapter 11 plan (0.7); analyze issues re sale prospects, sale efforts, status of assets, values, MOR projections and other issues (0.7); review, analyze and comment on landlord's response to status conference statement (0.4); analyze issues re claims against landlord, litigation and treatment under plan | 3.10 | $1,472.50 | 100% | $0.00 | Plan & Disclosure Statement |
| 3/3/2016 | MJO | Review and revise plan (1.3); Emails with RF re same (0.1); Draft notice of hearing on approval of disclosures (0.1); Telephone call with S. Walsh re draft plan (0.4); Telephone conference with IAM and RF re plan strategy (0.2). | 1.90 | $712.50 | 100% | $0.00 | Plan & Disclosure Statement |
| 3/3/2016 | RF | Review, analyze and comment on second draft amended plan (0.5); further analyze issues re sale, marketing, advisor, terms, administrative claims and other issues (0.5). | 1.00 | $475.00 | 100% | $0.00 | Plan & Disclosure Statement |
| 3/31/2016 | RF | Analyze issues re sale prospects, recent inquiries, Bitcoin price increase, comments from Fortis, adequate protection payments, plan treatment, sourcing of equipment and other issues. | 0.30 | $142.50 | 100% | $0.00 | Plan & Disclosure Statement |
| 6/2/2016 | MJO | Telephone conference with P. Keiffer and S. Geary re case status and plan strategy (0.7); Follow-up call with S. Geary re same (0.2). | 0.90 | $337.50 | 100% | $0.00 | Plan & Disclosure Statement |
| | | **Plan & Disclosure Statement Total** | **16.50** | **$6,767.50** | **100%** | **$0.00** | |
| 3/3/2016 | MJO | Court appearance re status conference (0.8); Prepare for same (0.3); Follow-up email to S. Walsh re same (0.1); Follow-up email to RF and SGB re same (0.1). | 1.30 | $487.50 | 100% | $0.00 | Status Conferences |
| 3/4/2016 | MJO | Telephone conference with S. Walsh re follow-up on status conference, accounts payable, change in bookkeeping, retention of financial adviser, and sale of business (0.5). | 0.50 | $187.50 | 100% | $0.00 | Status Conferences |
| 4/7/2016 | MJO | Court appearance re status conference (0.6); Prepare for same (0.2). | 0.80 | $300.00 | 100% | $0.00 | Status Conferences |
| 5/26/2016 | MJO | Analyze case status of updated status conference statement (0.8); Draft status conference statement (0.2); Review order continuing status conference (0.1). | 1.10 | $412.50 | 100% | $0.00 | Status Conferences |
| | | **Status Conferences Total** | **3.70** | **$1,387.50** | **100%** | **$0.00** | |

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| | | **100% Discount Total** | 62.10 | $24,607.50 | | $0.00 | |
| 2/12/2016 | MJO | Office conference with IAM and RF to analyze issues in | 0.30 | $112.50 | 0% | $112.50 | Case Administration |
| 2/25/2016 | MJO | Telephone conference with S. Walsh re status of case, electricity issues, monthly operating reports, and strategy moving forward (0.6); Draft status conference statement (0.7); Emails with S. Walsh re same (0.1); Review and revise | 1.60 | $600.00 | 0% | $600.00 | Case Administration |
| 3/7/2016 | MJO | Emails with S. Walsh and D. Flanders re further amendments to operating reports (0.1); Emails with J. Bridgman re dismissal of Kilday v. Walsh (0.1); Emails with J. Seeley re exit financing (0.1). | 0.30 | $112.50 | 0% | $112.50 | Case Administration |
| 3/21/2016 | MJO | Telephone conference with P. Keiffer re case status (0.2). | 0.20 | $75.00 | 0% | $75.00 | Case Administration |
| 3/23/2016 | MJO | Telephone call with S. Walsh re case status, potential conversion, extension of lease, and monthly operating reports (0.7); Follow-up emails with IAM re same (0.1); Follow-up telephone conference with S. Walsh re same (0.4); Follow-up telephone conference with S. Walsh and C. Cunningham re same (1.0); Emails with SGB re monthly | 2.30 | $862.50 | 0% | $862.50 | Case Administration |
| 4/4/2016 | MJO | Telephone conference with S. Walsh re status conference, lease assumption, and analysis of issues connected with potential business transactions (0.5); Follow-up telephone conference with RF re same (0.2). | 0.70 | $262.50 | 0% | $262.50 | Case Administration |
| 4/11/2016 | SGB | Call to clerk re status of audio of Status Conference Hearing (0.1). | 0.00 | No Charge | 0% | | Case Administration |
| 4/13/2016 | SGB | Email correspondence to Sean Walsh and Chris Cunningham re audio recording of 4/7/2016 Status | 0.00 | No Charge | 0% | | Case Administration |
| 4/26/2016 | SGB | Prepare certificate of service re March 2016 monthly operating report. | 0.00 | No Charge | 0% | | Case Administration |
| 4/27/2016 | SGB | Draft certificate of service re reply to U.S. Trustee's Motion to Dismiss or Convert. | 0.00 | No Charge | 0% | | Case Administration |
| 5/9/2016 | SGB | Draft certificate of service re April MOR. | 0.00 | No Charge | 0% | | Case Administration |
| 5/9/2016 | SGB | Redact bank statements for MOR. | 0.00 | No Charge | 0% | | Case Administration |
| 5/11/2016 | SGB | Prepare client file for hearing on U.S. Trustee's Motion to Dismiss (0.1). | 0.00 | No Charge | 0% | | Case Administration |
| 5/25/2016 | MJO | Telephone conference with S. Walsh re case status, strategy, and potential financing (1.0). | 1.00 | $375.00 | 0% | $375.00 | Case Administration |
| 5/27/2016 | SGB | Email correspondence to Sean and Chris re filed copy of Fifth Stipulation to Extend Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4). | 0.00 | No Charge | 0% | | Case Administration |
| 6/1/2016 | MJO | Conference call with D. Galle and P. Keiffer re case status and proposed resolution (0.5); Follow-up telephone call with H. Bailey re same (0.1); Follow-up email with S. Geary re same (0.1). | 0.70 | $262.50 | 0% | $262.50 | Case Administration |
| 6/13/2016 | SGB | Draft certificate of service re May 2016 monthly operating report. | 0.00 | No Charge | 0% | | Case Administration |

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| 6/21/2016 | IAM | Telephone conference with S. Walsh and C. Cunningham regarding bankruptcy dismissal and strategy going forward, conference call with MJO and RF. | 1.00 | $590.00 | 0% | $590.00 | Case Administration |
| 6/22/2016 | MJO | Office conference with D. Flanders re dismissal of case. | 0.20 | $75.00 | 0% | $75.00 | Case Administration |
| 6/23/2016 | IAM | Emails with clients, office conferences with MJO and RF, review draft documents. | 1.00 | $590.00 | 0% | $590.00 | Case Administration |
| 6/27/2016 | SGB | Email to Sean and Chris re City of Riverbank, LRA Three-Day Notice to Pay Rent or Quit. | 0.00 | No Charge | 0% | | Case Administration |
| 6/29/2016 | SGB | Draft certificate of service re Order Granting United States Trustee's Motion to Dismiss. | 0.00 | No Charge | 0% | | Case Administration |
| | | **Case Administration Total** | 9.30 | $3,917.50 | 0% | $3,917.50 | |
| 2/23/2016 | MJO | Analyze invoices for post-petition services from Riverbank LRA and lease agreement for basis of charge back to AQH (0.3); Emails with S. Walsh re same (0.1). | 0.40 | $150.00 | 0% | $150.00 | Claims, Analysis & Objections |
| | | **Claims, Analysis & Objections Total** | 0.40 | $150.00 | 0% | $150.00 | |
| 4/6/2016 | MJO | Review and analyze revised adequate protection stipulation (0.2); Emails with P. Keiffer and D. Galle re same (0.1). | 0.30 | $112.50 | 0% | $112.50 | Emergent/Fortis Settlement |
| | | **Emergent/Fortis Settlement Total** | 0.30 | $112.50 | 0% | $112.50 | |
| 2/19/2016 | MJO | Draft request for entry of default re Kilday settlement and declaration of MJO in support thereof (0.8); Emails with J. Bridgman and S. Walsh re same (0.1). | 0.90 | $337.50 | 0% | $337.50 | Kilday Litigation |
| 2/25/2016 | MJO | Review order approving settlement with Kilday (0.1); Draft stipulation for dismissal of AQH v Kilday adversary proceeding (0.2); Emails to J. Bridgman, M. Mengarelli, and S. Walsh re same (0.1). | 0.40 | $150.00 | 0% | $150.00 | Kilday Litigation |
| 3/3/2016 | MJO | Review status of dismissal of Kilday v. Walsh (0.2); Emails with M. Mengarelli re same (0.1). | 0.30 | $112.50 | 0% | $112.50 | Kilday Litigation |
| 3/8/2016 | MJO | Emails with J. Bridgman re dismissal of Kilday v. Walsh and parties included as "AQH Defendants" (0.2); Check court docket for notice of dismissal (0.1). | 0.30 | $112.50 | 0% | $112.50 | Kilday Litigation |
| 3/14/2016 | MJO | Review Superior Court docket to check on status of dismissal of Kilday v. Walsh (0.2). | 0.20 | $75.00 | 0% | $75.00 | Kilday Litigation |
| 3/16/2016 | MJO | Emails with J. Bridgman re dismissal of Kilday v. Walsh not on docket (0.1); Check court docket for notice of dismissal | 0.20 | $75.00 | 0% | $75.00 | Kilday Litigation |
| 3/18/2016 | MJO | Review state-court docket for filing of dismissal of Kilday v. Walsh (0.1); Finalize notice of dismissal (AQH v. Kilday) for filing (0.1); Follow-up email with J. Brigman re same (0.1). | 0.30 | $112.50 | 0% | $112.50 | Kilday Litigation |
| | | **Kilday Litigation Total** | 2.60 | $975.00 | 0% | $975.00 | |
| 2/5/2016 | MJO | Telephone conference with S. Walsh, D. Flanders, and A. Moreci re monthly operating reports for November 2015, December 2015, and January 2016. | 0.60 | $225.00 | 0% | $225.00 | Monthly Operating Reports |
| 2/8/2016 | MJO | Email and telephone conference with S. Walsh re carrying pre-petition debts on balance sheet and revised plan projections (0.2). | 0.20 | $75.00 | 0% | $75.00 | Monthly Operating Reports |

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| 2/29/2016 | MJO | Review draft monthly operating reports for November 2015 and January 2016 (0.2); Emails with D. Flanders and S. Walsh re same (0.1). | 0.30 | $112.50 | 0% | $112.50 | Monthly Operating Reports |
| 3/1/2016 | MJO | Review draft monthly operating reports for November 2015, December 2015, and January 2016. | 0.40 | $150.00 | 0% | $150.00 | Monthly Operating Reports |
| 3/1/2016 | SGB | Prepare amended November, December and January monthly operating reports for filing (0.2), redact bank statements (0.2), email final copies to client for signature re | 0.50 | $87.50 | 0% | $87.50 | Monthly Operating Reports |
| 3/2/2016 | MJO | Review comments from S. Walsh re corrections to monthly operating reports (0.2); Emails with S. Walsh and SGB re same (0.1); Telephone conference with D. Flanders re bookkeeping issues (0.2). | 0.50 | $187.50 | 0% | $187.50 | Monthly Operating Reports |
| 3/21/2016 | MJO | Review draft monthly operating report (0.2); Emails with S. Walsh and D. Flanders re same (0.1); Telephone conference with D. Flanders re projections for monthly operating report (0.1 - 3/18/2016). | 0.40 | $150.00 | 0% | $150.00 | Monthly Operating Reports |
| 3/25/2016 | MJO | Review and analyze Avalon accounts payable report (0.2); Emails with S. Walsh re same (0.1). | 0.30 | $112.50 | 0% | $112.50 | Monthly Operating Reports |
| 4/21/2016 | MJO | Review draft monthly operating report (0.3). | 0.30 | $112.50 | 0% | $112.50 | Monthly Operating Reports |
| 4/25/2016 | MJO | Emails with S. Walsh re future projections for monthly operating reports (0.2); analyze issues connected with projections as reports on monthly operating report (0.4). | 0.60 | $225.00 | 0% | $225.00 | Monthly Operating Reports |
| 4/25/2016 | SGB | Redact bank statements for March MOR. | 0.00 | No Charge | 0% | | Monthly Operating Reports |
| 4/26/2016 | MJO | Analysis of issues connected with projections on monthly operating reports, final draft monthly operating report, and payment of quarterly fees. | 0.90 | $337.50 | 0% | $337.50 | Monthly Operating Reports |
| 5/9/2016 | MJO | Anayze issues related to allegedly unpaid U.S. Trustee fees (0.3). | 0.30 | $112.50 | 0% | $112.50 | Monthly Operating Reports |
| 5/19/2016 | MJO | Review monthly operating report (0.2). | 0.20 | $75.00 | 0% | $75.00 | Monthly Operating Reports |
| 5/23/2016 | MJO | Review draft monthly operating report (0.3); Office conference with SGB re analysis of issue on operating report and draft footnote to address issue (0.6). | 0.90 | $337.50 | 0% | $337.50 | Monthly Operating Reports |
| 5/23/2016 | SGB | Email correspondence to Sean, Anita and Ashley re change to MOR, call to Ashley re same. | 0.30 | $52.50 | 0% | $52.50 | Monthly Operating Reports |
| 5/23/2016 | SGB | Prepare changes to April MOR (0.1), email to Anita and Ashley re same (0.1). | 0.20 | $35.00 | 0% | $35.00 | Monthly Operating Reports |
| 6/14/2016 | MJO | Analyze questions from K. Schweikert re monthly operating reports (0.2); Analyze emails with S. Walsh re same (0.3); Draft response to K. Schweikert (0.4). | 0.90 | $337.50 | 0% | $337.50 | Monthly Operating Reports |
| | | **Monthly Operating Reports Total** | 7.80 | $2,725.00 | 0% | $2,725.00 | |
| 3/4/2016 | MJO | Emails with H. Bailey re retention and proposal for AQH | 0.20 | $75.00 | 0% | $75.00 | Retention of Professionals |
| 3/22/2016 | MJO | Review billing statements from M. Mengarelli (0.1); Emails with S. Walsh re same (0.1). | 0.20 | $75.00 | 0% | $75.00 | Retention of Professionals |
| 3/24/2016 | MJO | Telephone conference with S. Walsh and H. Bailey re retention of Bailey, goals, and case background. | 1.40 | $525.00 | 0% | $525.00 | Retention of Professionals |

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| 4/4/2016 | SGB | Draft First Interim Application for Compensation of DBMAC, Inc. as Consultant for Debtor and related Declaration and Notice of Hearing (0.4), office conference with MJO re same (0.1), correspondence with Daron McDaniel re same (0.1). | 0.60 | $105.00 | 0% | $105.00 | Retention of Professionals |
| 4/6/2016 | MJO | Review draft fee application for DBMAC, Inc. (0.3); Telephone conference with H. Bailey re status of retention | 0.40 | $150.00 | 0% | $150.00 | Retention of Professionals |
| 4/8/2016 | SGB | Draft application to employ Arch & Beam as expert witness and financial advisor for Debtor and supporting Declaration, Order and Certificate of Service (0.3), office conference with MJO re same (0.1). | 0.40 | $70.00 | 0% | $70.00 | Retention of Professionals |
| 4/11/2016 | SGB | Email correspondence to Daron McDaniel re status of time entries for work completed for AQH, LLC. | 0.10 | $17.50 | 0% | $17.50 | Retention of Professionals |
| 4/13/2016 | MJO | Telephone conference with H. Bailey re status of retention and initial analysis of issues connected with AQH sale (0.3); Review and revise application to employ Arch + Beam (0.8); Review and revise declaration of H. Bailey in support of same (0.4); Draft notice of opportunity for hearing re same (0.2); Further revisions to application to employ Arch + Beam, declaration of H. Bailey in support of same, and notice of opportunity for hearing (0.3). | 2.00 | $750.00 | 0% | $750.00 | Retention of Professionals |
| 4/15/2016 | SGB | Email correspondence to Daron McDaniel re case status and details of requested time entries. | 0.10 | $17.50 | 0% | $17.50 | Retention of Professionals |
| 4/18/2016 | MJO | Review and revise notice of errata re declaration of H. Bailey (0.2). | 0.20 | $75.00 | 0% | $75.00 | Retention of Professionals |
| 4/18/2016 | SGB | Draft Notice of Errata re Declaration of Howard Bailey in Support of Motion and certificate of service (0.2); file and serve (0.1). | 0.30 | $52.50 | 0% | $52.50 | Retention of Professionals |
| 4/25/2016 | SGB | Draft Request for Entry of Default re Motion to Approve Employment of Arch & Beam Global, LLC and Declaration of MJO in Support of the Request for Entry of Default. | 0.40 | $70.00 | 0% | $70.00 | Retention of Professionals |
| 5/10/2016 | MJO | Review and revise request for entry of default re retention of Arch + Beam, declaration and order in support of same, and proposed order (0.7); Telephone conference and follow-up emails with C. Rouse re same and cash collateral (0.2). | 0.90 | $337.50 | 0% | $337.50 | Retention of Professionals |
| 5/10/2016 | SGB | Draft order approving motion to approve appointment of Arch + Beam as financial advisor to Debtor and approval of post-petition retainer. | 0.10 | $17.50 | 0% | $17.50 | Retention of Professionals |
| 5/10/2016 | SGB | Prepare exhibits for Request for Entry of Default re Motion to Appoint Financial Advisor (0.1), update Order with changes (0.1), file documents and upload order (0.1 - n/c). | 0.20 | $35.00 | 0% | $35.00 | Retention of Professionals |
| 5/14/2016 | MJO | Emails with S. Walsh re analysis of Arch + Beam's retention status and issues connected with entry of order (0.2). | 0.20 | $75.00 | 0% | $75.00 | Retention of Professionals |
| | | **Retention of Professionals Total** | 7.70 | $2,447.50 | 0% | $2,447.50 | |
| 2/16/2016 | MJO | Telephone conference with S. Walsh and C. Cunningham re strategies around sale as a going concern (1.1); Telephone conference with P. Keiffer re same (0.4). | 1.50 | $562.50 | 0% | $562.50 | Use, Sale or Lease of Assets |

| Date | Timekeeper | Description | Time | Amount | Discount | Net | Category |
|---|---|---|---|---|---|---|---|
| 2/24/2016 | MJO | Telephone conference with H. Bailey re sale of business as going concern (0.2). | 0.20 | $75.00 | 0% | $75.00 | Use, Sale or Lease of Assets |
| 2/26/2016 | MJO | Telephone conference with J. Seeley, E. Mann, and S. Walsh re debtor in possession financing (0.5); Follow-up telephone conference with S. Walsh re same (0.2). | 0.70 | $262.50 | 0% | $262.50 | Use, Sale or Lease of Assets |
| 2/29/2016 | MJO | Telephone conference with H. Bailey re case background and proposed § 363(f) sale (0.4). | 0.40 | $150.00 | 0% | $150.00 | Use, Sale or Lease of Assets |
| 3/8/2016 | MJO | Emails with S. Walsh and J. Seeley re exit financing (0.2); Telephone conference with J. Seeley re same (0.2). | 0.40 | $150.00 | 0% | $150.00 | Use, Sale or Lease of Assets |
| 4/12/2016 | MJO | Finalize stipulation re adequate protection payments with Emergent and Fortis (0.1); Emails with P. Keiffer re same and distribution of adequate protection payments (0.1); Emails to S. Walsh re same (0.2). | 0.40 | $150.00 | 0% | $150.00 | Use, Sale or Lease of Assets |
| 4/13/2016 | MJO | Emails with S. Walsh and Ashley re adequate protection payments to Fortis and Emergent (0.1). | 0.10 | $37.50 | 0% | $37.50 | Use, Sale or Lease of Assets |
| 5/26/2016 | MJO | Telephone conference with J. Seeley re financing options for AQH (0.5); Follow-up conference with S. Walsh re same and case strategy (0.6). | 1.10 | $412.50 | 0% | $412.50 | Use, Sale or Lease of Assets |
| | | **Use, Sale or Lease of Assets Total** | 4.80 | $1,800.00 | 0% | $1,800.00 | |
| | | **0% Discount Total** | 32.90 | $12,127.50 | | $12,127.50 | |
| | | **Grand Total** | 95.00 | $36,735.00 | | $12,127.50 | |