BAUDLER & FLANDERS, CPAS
1120 14th Street, Suite 2
Modesto, CA 95354
Telephone: (209) 575-2653
Facsimile: (209) 575-0629

Former Accountants for Debtor,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 15-50553-SLJ-11 |
|---|---|
| AQH, LLC, | Chapter 11 |
| Debtor. | DECLARATION OF DONNA E. FLANDERS IN SUPPORT OF FIRST AND FINAL APPLICATION OF BAUDLER & FLANDERS CPAs FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES |
| | Date: October 19, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 3099<br>280 South First Street<br>San Jose, California |
| | Honorable Steven L. Johnson |

I, Donna E. Flanders, CPA, declare that I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto:

1. I am a principal of the Baudler & Flanders, CPAs, and I am an accountant directly involved in Applicant's representation of AQH, LLC, Debtor herein.

2. I have read the foregoing Application and know of my own personal knowledge that the facts contained therein are true and correct.

3. Books and records are kept in Applicant's ordinary course of business, into which entries are made at or about the time accounting services are rendered or costs are incurred on behalf of clients, including Debtor. From my review of such books and records, I know of my own

1

knowledge that the factual statements contained in the foregoing Application are true and correct and that Exhibit "A" attached hereto is a true and correct copy of the billing statements itemizing the services provided and the costs incurred on behalf of Debtor.

    4.    As required by the Guidelines for Professionals, Applicant mailed a copy of this Application to Debtor under cover of the letter attached hereto as Exhibit "B."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 22nd day of September, 2016, at Modesto, California.

                    /s/ Donna E. Flanders
                    DONNA E. FLANDERS, CPA

# EXHIBIT A

**Michael R. Baudler & Donna E. Flanders, Certified Public Accountants**
1120 14th Street, Suite 2, Modesto, CA  95354

Time & Billing summary for AHQ LLC
*March 3, 2015 through June 19, 2016*

| | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| **US Trustee Operations Reports** | | | | |
| | **Donna E. Flanders, CPA** | | | |
| 3/12/2015 | Set-up client binder for MORs and request filing date balances | 0.50 | 95.00 | 47.50 |
| 3/17/2015 | Obtain access to QBO and google drive | 0.25 | 95.00 | 23.75 |
| 3/18/2015 | Review February 2015 activity on client books and bank accounts reconciliation status | 0.92 | 95.00 | 87.40 |
| | Telephone call with Kelley Jone re: timing of 1st MOR and detail on bankruptcy filing. | | | |
| | Telephone call with Anthony Brough, AQH, LLC CFO to plan for 2-28-15 MOR preparation and his need to update books and to set meeting. | | | |
| 3/18/2015 | Meet with Anthony Brough.  Review status of books and assist him with updating post-petition activity, reconciling bank accounts as of 2-28-15 and adjusting books for duplicate entries from payroll service and bank downloads. | 1.75 | 95.00 | 166.25 |
| 3/20/2015 | Prepare 2/19-2/28/15 MOR and exhibits | 4.50 | 95.00 | 427.50 |
| 3/26/2015 | Request copy of February 2015 MOR as filed | 0.08 | 95.00 | 7.60 |
| 4/8/2015 | Meet with Anthony Brough re: March 2015 activity for MOR | 1.00 | 95.00 | 95.00 |
| 4/9/2015 | E-mail and telephone calles re: credit card | 1.50 | 95.00 | 142.50 |
| 4/10/2015 | Telephone call with Matt Olson and Kelley Jone re: MOR | 0.75 | 95.00 | 71.25 |
| | E-mails re: accrual v cash and change in bank | | | |
| 4/16/2015 | Prepare 3-31-15 MOR and exhibits | 6.75 | 95.00 | 641.25 |
| 4/21/2015 | Provide bank statements to Kelley Jones | 0.35 | 95.00 | 33.25 |
| 5/20/2015 | Prepare 4-30-15 MOR and exhibits, wip | 5.50 | 95.00 | 522.50 |
| 5/21/2015 | E-mail re: bank reconciliations | 0.25 | 95.00 | 23.75 |
| 5/22/2015 | Prepare 4-30-15 MOR and exhibits, wip | 5.58 | 95.00 | 530.10 |
| 5/26/2015 | Telephone call with Anthony Brough and correct April 2015 bank reconciliation for duplicate payroll entries | 8.55 | 95.00 | 812.25 |
| | Re-do three bank reconciliations and adjust MOR exhibits for changes and complete accrual schedule | | | |
| | Prepare 4-30-15 MOR and exhibits | | | |
| 6/19/2015 | Prepare 5-31-15 MOR and exhibits, wip | 1.83 | 95.00 | 173.85 |
| 6/21/2015 | Prepare 5-31-15 MOR and exhibits | 4.93 | 95.00 | 468.35 |
| 7/14/2015 | Prepare 6-30-15 MOR and exhibits wip | 2.00 | 95.00 | 190.00 |
| 7/19/2015 | Prepare 6-30-15 MOR and exhibits | 4.14 | 95.00 | 393.30 |
| 7/20/2015 | E-mail new bookkeeper re: maintaining books to meet flow of MORs | 0.25 | 95.00 | 23.75 |
| 8/17/2015 | Prepare 7-31-15 MOR and exhibits, wip | 0.15 | 95.00 | 14.25 |
| 8/18/2015 | Prepare 7-31-15 MOR and exhibits, wip | 1.76 | 95.00 | 167.20 |
| 8/18/2015 | Meeting with Matt Olson re: status and timeline | 0.50 | 95.00 | 47.50 |
| 8/19/2015 | Prepare 7-31-15 MOR and exhibits, wip.  E-mail questions to bookkeeper | 3.95 | 95.00 | 375.25 |
| 8/20/2015 | Prepare 7-31-15 MOR and exhibits | 1.33 | 95.00 | 126.35 |
| 8/24/2015 | E-mails with Kelley Jones and bookkeepr re: updating exhibit A | 0.25 | 95.00 | 23.75 |
| 8/25/2015 | Revise draft of 7-31-15 MOR and exhibits | 0.75 | 95.00 | 71.25 |
| 9/18/2015 | Prepare 8-31-15 MOR and exhibits, wip.  Review why bank reconciliatoins don't agree with 8-31-15 balance sheet and e-mail bookkeeper. | 1.48 | 95.00 | 140.60 |
| | E-mail Matt Olson re: impound account and status | | | |
| 9/20/2015 | Prepare 8-31-15 MOR and exhibits, wip. | 0.75 | 95.00 | 71.25 |
| 9/21/2015 | Prepare 8-31-15 MOR and exhibits | 5.44 | 95.00 | 516.80 |
| 10/19/2015 | Prepare 9-30-15 MOR and exhibits, wip.  Telephone call with bookkeeper re: change to 8-31-15 bank balance, review 9-1-15 journal entry source and prepare e-mail to bookkeeper | 1.80 | 95.00 | 171.00 |
| 10/20/2015 | Telephone call with bookkeeper re: adjusting books | 0.35 | 95.00 | 33.25 |
| 10/21/2015 | Prepare 9-30-15 MOR and exhibits | 4.05 | 95.00 | 384.75 |
| 11/17/2015 | Prepare 10-31-15 MOR and exhibits, wip | 3.05 | 95.00 | 289.75 |
| 11/18/2015 | Prepare 10-31-15 MOR and exhibits, wip | 2.63 | 95.00 | 249.85 |
| 11/19/2015 | Prepare 10-31-15 MOR and exhibits | 3.78 | 95.00 | 359.10 |
| | Telephone call with bookkeeper re: new business venture, new bank account and proposed change in software utilized to track Company books | | | |
| | Telephone call with Matt Olson  re: new business venture, additional bank account and treatment of 2014 payroll taxes | | | |
| | E-mail 10-31-15 MOR with explanation re: schedule C expense exhibit | | | |
| 11/20/2015 | Revise 10-31-15 MOR for Avalon Miner payment. E-mail revised MOR with comments re: future amended MORs. | 0.75 | 95.00 | 71.25 |
| 12/16/2015 | Print reports for 11-30-15 MOR | 1.00 | 95.00 | 95.00 |
| 12/17/2015 | Prepare 11-30-15 MOR and exhibits, wip | 4.73 | 95.00 | 449.35 |
| 12/18/2016 | Prepare 11-30-15 MOR and exhibits | 2.13 | 95.00 | 202.35 |
| 12/22/2015 | Prepare revised 11-30-15 MOR and exhibits and e-=mail | 1.00 | 95.00 | 95.00 |
| 12/23/2015 | Read e-mails from Samantha and Ashley, telephone calls with Samantha, rev 11-30-15 MOR and exhibits and e-mail | 1.09 | 95.00 | 103.55 |
| 2/4/2016 | Send e-mail with problems and concerns re: 12-31-15 books | 0.45 | 95.00 | 42.75 |
| 2/19/2016 | Download new QuickBooks back up and restore on system.  E-mail attorney, Sean Walsh and Anita | 0.67 | 95.00 | 63.65 |
| 2/21/2016 | Prepare 12-31-15 MOR and exhibits, wip | 5.13 | 95.00 | 487.35 |
| 2/24/2016 | Prepare amended 11-30-15  and 12-31-15 MOR and 1-31-16 MOR, wip | 2.55 | 95.00 | 242.25 |
| 2/28/2016 | Update 12-31-15 exhibits and prepare January 1-31-16 exhibits | 6.00 | 95.00 | 570.00 |
| 2/29/2016 | Complete amended 11-30-15 MOR, accrrued P&L and 1-31-16 MOR and exhibits and e-mail | 3.00 | 95.00 | 285.00 |
| 3/7/2016 | Reply to e-mail from Sean Walsh | 0.50 | 95.00 | 47.50 |

M:\brdoc\AQH LLC\AQH fee detail.xlsx

**Michael R. Baudler & Donna E. Flanders, Certified Public Accountants**
1120 14th Street, Suite 2, Modesto, CA  95354

Time & Billing summary for AHQ LLC
*March 3, 2015 through June 19, 2016*

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 3/17/2016 | Prepare 2-29-16 MOR, wip | 1.43 | 95.00 | 135.85 |
| 3/18/2016 | Prepare 2-29-16 MOR, telephone call with Matt Olson re: projection, e-mail to Anita and e-mail reports to attorney | 3.17 | 95.00 | 301.15 |
| 3/22/2016 | Restore updated QuickBooks for revised 1-31-16 MOR, print reports, phone call with Anita, review e-mails from Sean Walsh and Matt Olson | 0.33 | 95.00 | 31.35 |
| 4/21/2016 | Prepare 3-31-16 MOR and exhibits and e-mail | 3.99 | 95.00 | 379.05 |
| 5/18/2016 | Restore updated QuickBooks for 4-30-16 MOR and prepare 4-30-16 MOR, wip | 2.25 | 95.00 | 213.75 |
| 5/19/2016 | Prepare 4-30-16 MOR and exhibits, call Anita re: LLC name, telephone call with Matt Olson re: projections, e-mail draft of MOR with questions | 2.99 | 95.00 | 284.05 |
| 5/20/2016 | Update page 4 of 4-30-16 MOR and e-mail to Samantha Brown | 0.38 | 95.00 | 36.10 |
| 6/17/2016 | Restore QuickBooks | 0.20 | 95.00 | 19.00 |
| 6/18/2016 | Prepare 5-31-16 and exhibits, wip | 1.10 | 95.00 | 104.50 |
| 6/19/2016 | Prepare 5-31-16 MOR and exhibits and e-mail | 1.82 | 95.00 | 172.90 |
|  |  | **130.06** |  | **12,355.70** |

**Other Services:**
**Donna E. Flanders, CPA**

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 3/18/2015 | Meet with Anthony Brough and discuss options re; payroll activity pre-petition and filing quarterly and ye 12/31/14 payroll tax returns | **0.50** | 175.00 | 87.50 |
| 4/1/2015 | Telephone conference with Anthony Brough re: March 2015 bank reconciliations, 1st quarter 2015 payroll tax returns and reconciling 2014 payroll activity and filing delinquent and/or amended payroll tax returns | **0.42** | 175.00 | 73.50 |
| 4/1/2015 | Set-up AQH LLC for 2014 tax return preparation and e-mail to Anthony Brough re: EIN | **0.17** | 175.00 | 29.75 |
| 4/10/2015 | Meet with Anthony Brough re: 2014 payroll issue and 1st quarter 2015 payroll tax returns | **0.50** | 175.00 | 87.50 |
| 4/10/2015 | Telephone conference with Matt Olson and Kelley Jones, follow-up with e-mails to Matt and Kelley and Anthony Brough | **0.75** | 95.00 | 71.25 |
| 4/15/2015 | Prepare and provide 2015 FTB tax voucher | **0.25** | 175.00 | 43.75 |
| 4/21/2015 | Telephone call with Anthony Brough re: payroll quarterlies and March 2015 bank statements | **0.18** | 95.00 | 17.10 |
| 4/28/2015 | Reconcile 1st quarter 2015 payroll activity between payroll service, and books.  Meet and assist Anthony with e-filing form 941 and EDD return.  Review 2014 payroll paid to Anthony and make plan for filing four quarters of 2014 payroll tax returns | **3.45** | 95.00 | 327.75 |
| 4/29/2015 | Telephone call with Anthony Brough re: IRS notice re: 2014 payroll taxes, review options with Anthony for grossing up his 2014 payroll to actual or contracted amount.  Calculate gross wage based on net received and prepare schedule. | **1.75** | 175.00 | 306.25 |
| 4/30/2015 | E-mail Anthony Brough re: Stanislaus Co Business Property Tax Statement and telephone call re: 2014 payroll tax returns | **0.17** | 95.00 | 16.15 |
| 5/6/2015 | Call Assessor re: BPTS and draft letter re; Stanislaus Co assets.  Telephone call with Anthony Brough re: BPTS | **1.42** | 95.00 | 134.90 |
|  | Review payroll issues, change in bank accounts and 12/31/14 balance sheet update with Anthony Brough |  |  |  |
| 5/19/2015 | Meeting with Anthony Brough re: 2014 activity and member equity, telephone call with Sean Walsh re: pre-LLC activity, discuss with Anthony end of May 2015 reconciliatoin of bank accounts in planning for his last work day and transfer of bank activity to Fremont Bank. | **1.14** | 95.00 | 108.30 |
|  | Provide 2014 W-2 and W-3 and CA EDD 2014 quarterly payroll tax returns for review, signing and mailing | **0.50** | 95.00 | 47.50 |
| 5/27/2015 | Prepare for and meet with Anthony Brough and replacement | **1.27** | 95.00 | 120.65 |
| 5/27/2015 | Update books for 2014 LLC tax return, wip | **0.82** | 175.00 | 143.50 |
| 5/27/2015 | Print reports for meeting and meet with Anthony Brough and his successor | **2.83** | 95.00 | 268.85 |
| 5/27/2015 | Update tax file and e-mail Sean Walsh re: status after meeting with Ingrid and request EINS of LLC members | **0.29** | 175.00 | 50.75 |
| 6/8/2015 | Emails re: 2014 LLC tax returns | **0.50** | 175.00 | 87.50 |
| 6/22/2015 | E-mail re: depreciation schedule and tax return work stoppage | **0.25** | 175.00 | 43.75 |
| 7/15/2015 | E-mail Ingrid re: 2nd quarter payroll tax return filing | **0.20** | 95.00 | 19.00 |

**Ivy Au-Yeung, staff accountant**

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 5/6/2015 | Prepare 2014 federal payroll tax returns for each quarter | **2.00** | 95.00 | 190.00 |
| 5/14/2015 | Prepare 2014 CA EDD forms DE9 and DE9c for each quarter | **1.25** | 95.00 | 118.75 |
| 5/15/2015 | Prepare 2014 W-2 and W-3 | **1.00** | 95.00 | 95.00 |
|  |  | **21.61** |  | **2,488.95** |

**Fee/Employment Application:**
**Donna E. Flanders, CPA**

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 3/3/2015 | Phone call with Anthony Brough re: services | 0.50 | 95.00 | 47.50 |
| 3/5/2015 | Phone call with Reno Fernandez re: services | 0.25 | 95.00 | 23.75 |
| 3/10/2015 | Phone call with Anthony Brough re: services | 0.25 | 95.00 | 23.75 |
| 3/12/2015 | Prepare preliminary draft of engagement letters for Bankruptcy Court services and for 2014 income tax preparation | 1.50 | 95.00 | 142.50 |
| 3/26/2015 | Review creditor matrix and declaration for employment.  E-mails with Law Firm re: creditor client | 0.70 | 95.00 | 66.50 |
| 3/26/2015 | Review and sign employment declaration and provide to attorneys' office | 0.50 | 95.00 | 47.50 |
| 4/21/2015 | Follow-up on status of post petition retainer | 0.25 | 95.00 | 23.75 |
| 12/15/2015 | Update time records per attorney request | 2.06 | 95.00 | 195.70 |
| 12/16/2015 | Update time records and e-mail to Matt Olson | 0.75 | 95.00 | 71.25 |
|  |  | **6.76** |  | **642.20** |
|  | **TOTAL** | 158.43 |  | **$ 15,486.85** |

Case: 15-50553    Doc# 231-1    Filed: 09/23/16    Entered: 09/23/16 15:21:15    Page 5 of 11

**Michael R. Baudler & Donna E. Flanders, Certified Public Accountants**
*1120 14th Street, Suite 2, Modesto, CA  95354*

Time & Billing summary for AHQ LLC
*March 3, 2015 through June 19, 2016*

| | Hours | Rate | Amount |
|---|---:|---:|---:|

**Summary by Project Category**

| | | | |
|---|---:|---:|---:|
| US Trustee Operations Reports | 130.06 | | $ 12,355.70 |
| Business Services including Payroll Tax Preparation | 21.61 | | 2,488.95 |
| Fee/Employment Application | 6.76 | | 642.20 |
| | 158.43 | | $ 15,486.85 |

**Summary by Professional**

| | | | |
|---|---:|---:|---:|
| Donna E Flanders, CPA | 148.73 | 95.00 | $ 14,129.35 |
| | 5.45 | 175.00 | 953.75 |
| | 154.18 | | 15,083.10 |
| Ivy Au-Yeung, Staff Accountant | 4.25 | 95.00 | 403.75 |
| | 158.43 | | $ 15,486.85 |

**Baudler & Flanders, CPAs**
1120 14th St., Suite 2
Modesto, CA  95354

# Invoice

Invoice No.:   12969
AQH

**AQH, LLC**
440 N Wolfe Road #243
Sunnyvale, CA  94085

06/30/16

## For Professional Services Rendered:

| | | |
|---|---|---:|
| Services March 3, 2015 through June 19, 2016 (see attached detail) | | 15486.85 |
| | Invoice subtotal | 15486.85 |
| | Invoice total | 15486.85 |
| | Less open credits applied | 5000.00 |
| | Net balance due | 10486.85 |

telephone (209) 575-2653  facsimilie (209) 575-0629  e-mail: b_f@modestocpas.com

**Baudler & Flanders, CPAs**
1120 14th St., Suite 2
Modesto, CA  95354

# Statement of Account

**AQH, LLC**
440 N Wolfe Road #243
Sunnyvale, CA  94085

| STATEMENT DATE |
| --- |
| 08/31/16 |

| AQH |
| --- |

| DATE | INVOICE | DESCRIPTION | CHARGES | CREDITS | INVOICE BAL | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- | --- |
| 06/30/16 | 12969 | 3/3/15 to 6/19/16 | 10486.85 | 0.00 | 10484.40 | 10486.85 |
| 07/31/16 | | Credit memo, #1377 | 0.00 | -2.45 | 0.00 | 10484.40 |

*telephone (209) 575-2653 with billing questions*

**Baudler & Flanders, CPAs**
1120 14th St., Suite 2
Modesto, CA 95354

# Credit Memo

Customer No.: AQH
Memo No.: 1377

Bill To: **AQH, LLC**
440 N Wolfe Road #243
Sunnyvale, CA 94085

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 07/31/16 | | | |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| | | | |

| Quantity Required | Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | | | Invoice #12969 | | 2.45 |

Total Amount: 2.45

credit for interest earned on Trust account

Thank You

# EXHIBIT B

# Michael R. Baudler & Donna E. Flanders

Certified Public Accountants

September 22, 2016

**VIA FIRST-CLASS MAIL:**

AQH, LLC
440 N Wolfe Road #243
Sunnyvale, CA 94085

RE: *In re AQH, LLC,* United States Bankruptcy Court for the Northern District of California (Case No. 15-50553)

Dear Mr. Walsh and Mr. Cunningham:

Please find enclosed the First and Final Application of Baudler & Flanders, CPAs for Compensation and Reimbursement of Expenses as Accountants for Debtor. The Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California require that we provide you with a copy thereof as well as the following information:

*The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.*

Thank you, and please do not hesitate to call with questions.

Very truly yours,

Donna E. Flanders

1120 14th Street • Suite 2 • Modesto • CA • 95354

telephone • (209) 575-2653 • facsimile • (209) 575-0629 • e-mail • b_f@modestocpas.com