BAUDLER & FLANDERS, CPAs
1120 14th Street, Suite 2
Modesto, CA 95354
Telephone: (209) 575-2653
Facsimile: (209) 575-0629

Former Accountants for Debtor,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-50553-SLJ-11 |
| AQH, LLC, | Chapter 11 |
| Debtor. | NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF BAUDLER & FLANDERS CPAs FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES |
| | Date: October 19, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom 3099<br>280 South First Street<br>San Jose, California |
| | Honorable Steven L. Johnson |

NOTICE IS HEREBY GIVEN that on September 23, 2016, Baudler & Flanders, CPAs (the "Applicant"), former accountants to AQH, LLC and administrative claimant herein, filed its first and final application for compensation pursuant to Bankruptcy Code Section 330 in the amount of $15,486.85 and for costs in the amount of $0.00, for total fees and costs in the amount of $15,486.85. Copies of said Application may be obtained by contacting the undersigned, from the Clerk of the Court, or from the Court's ECF system at https://ecf.canb.uscourts.gov.

NOTICE IS FURTHER GIVEN that a hearing on the Application will be held on October 19, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Steven L. Johnson, United States Bankruptcy Judge, at 280 South First Street, Courtroom 3099, San Jose, California.

NOTICE IS FURTHER GIVEN that any opposition to said Application must be filed with the Court and served upon the undersigned at least seven (7) days prior to the hearing.

DATED: September 23, 2016

BAUDLER & FLANDERS, CPAs

By: /s/ Donna E. Flanders
Donna E. Flanders
Former Accountants for Debtor,
AQH, LLC