BAUDLER & FLANDERS, CPAs
1120 14th Street, Suite 2
Modesto, CA 95354
Telephone: (209) 575-2653
Facsimile: (209) 575-0629

Former Accountants for Debtor,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>                Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>NOTICE OF CONTINUED HEARING ON FIRST AND FINAL APPLICATION OF BAUDLER & FLANDERS CPAs FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES<br><br>Date:  November 2, 2016<br>Time:  1:30 p.m.<br>Place:  Courtroom 3099<br>          280 South First Street<br>          San Jose, California<br><br>Honorable Steven L. Johnson |

     NOTICE IS HEREBY GIVEN that the hearing on the first and final application of Baudler & Flanders, CPAs (the "Applicant"), former accountants to AQH, LLC and administrative claimant herein, for compensation pursuant to Bankruptcy Code Section 330 in the amount of $15,486.85 and for costs in the amount of $0.00, for total fees and costs in the amount of $15,486.85, has been continued. A hearing on the Application will now be held on November 2, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Steven L. Johnson, United States Bankruptcy Judge, at 280 South First Street, Courtroom 3099, San Jose, California.

     NOTICE IS FURTHER GIVEN that any opposition to said Application must be filed with the Court and served upon the undersigned at least seven (7) days prior to the continued hearing.

DATED: September 23, 2016                   BAUDLER & FLANDERS, CPAs

                                                     By:    /s/ Donna E. Flanders
                                                          Donna E. Flanders
                                                          Former Accountants for Debtor,
                                                          AQH, LLC