MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Former Attorneys for Debtor,
AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AQH, LLC,

           Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

CERTIFICATE OF SERVICE

Date: November 2, 2016
Time: 1:30 p.m.
Place: Courtroom 3099
       280 South First Street
       San Jose, California

Honorable Steven L. Johnson

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the County of Stanislaus, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 914 Thirteenth Street, Modesto, California 95354.

On the date hereof, I served the following documents:

1. NOTICE OF CONTINUED HEARING ON FIRST AND FINAL APPLICATION OF BAUDLER & FLANDERS CPAs FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the persons and/or entities listed on the attached mailing matrix and the following persons and or entities listed below:

/ / /

1

| | | |
|---|---|---|
| AQH LLC<br>Attn: Mr. Chris Cunningham and Mr. Sean Walsh<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085 | Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, California 94102 | Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, #290<br>San Jose, CA 95113 |
| E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North Saint Paul Street, Suite 4150<br>Dallas, TX 75201 | Jeffer Mangels Butler & Mitchell LLP<br>Attn: Bennett G. Young, Esq.<br>Two Embarcadero Center, 5th Fl.<br>San Francisco, CA 94111-3824 | Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |
| Office of the United States Trustee<br>Attn: Shining Hsu<br>U.S. Federal Bldg.<br>280 S. 1st St., #268<br>San Jose, CA 95113-3004 | Stephen D. Finestone<br>456 Montgomery Street, 20th Fl.<br>San Francisco, CA 94104 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826 |

As follows:

[X] **By First Class U.S. Mail.** By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: September 23, 2016         /s/ Stacie Velasco
                                                                 STACIE VELASCO

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 15-50553<br>Northern District of California<br>San Jose<br>Wed Aug 17 15:28:36 PDT 2016 | AQH, LLC<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085-3869 | Collins Electrical Company, Inc.<br>C/O Herrig & Vogt, LLP<br>4210 Douglas Blvd<br>Suite 100<br>Granite Bay, CA 95746-5912 |
| Fortis Advisors, LLC<br>c/o Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street<br>Suite 290<br>San Jose, CA 95113-1826 | Fortis Advisors, LLC<br>c/o E.P. Keiffer<br>Wright Ginsberg Brusilow, PC<br>325 North St Paul Street, Suite 4150<br>Dallas, TX 75201-3861 | Future Electronics Corporation<br>c/o E. P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 |
| Kelly Litigation Group, Inc.<br>3 Lagoon Drive, Ste. 225<br>Redwood City, CA 94065-5158 | Macdonald Fernandez LLP<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2331 | Riverbank Local Redevelopment Authority<br>c/o S. Craig Hunter<br>Churchwell White LLP<br>1414 K Street, 3rd Floor<br>Sacramento, CA 95814-3967 |
| U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | A&A Portables<br>201 Roscoe Road<br>Modesto, CA 95357-1828 | Access Electric<br>1990 Foundry Court<br>Ceres, CA 95307-9223 |
| Andrew L. Faris<br>4929 E. Sunny Slope Road<br>Edina, MN 55424-1166 | Andy Faris<br>4929 E. Sunnyslope Rd.<br>Edina, MN 55424-1166 | Anthony Steven Brough<br>1200 Dale Ave, Apt 78<br>Mountain View, CA 94040-3326 |
| Austin Roberts<br>2312 Lavon Lane<br>Ceres, CA 95307-1616 | Brian Friend<br>527 Terminal Ave.<br>Modesto, CA 95350-5950 | CHERYL C. ROUSE<br>LAW OFFICES OF ROUSE & BAHLERT<br>345 Franklin Street<br>San Francisco, California 94102-4427 |
| Chris Cunningham<br>10033 Reevesbury Dr.<br>Beverly Hills, CA 90210-1422 | Chris Kilday<br>450 Taraval St, #143<br>San Francisco, CA 94116-2530 | Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 |
| Collins Electrical Company, Inc.<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd.<br>Suite 100<br>Granite Bay, CA 95746-5912 | CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | DHL Global Forwarding<br>P.O. Box 742802<br>Los Angeles, CA 90074-2802 |
| David B. Oshinsky<br>9415 Culver Boulevard<br>Culver City, CA 90232-2616 | Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113-1826 | E.P. Keiffer<br>Wright Ginsberg Brusilow P.C.<br>325 North St. Paul Street, Suite 4150<br>Dallas, Texas 75201-3861 |
| Elisa Research<br>48834 Kato Road Suite 101-A<br>Fremont, CA 94538-7368 | Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 | Emergent Systems Exchange, LLC<br>7160 Shady Oak Road<br>Eden Prairie, MN 55344-3517 |

| | | |
|---|---|---|
| Employment Development Department<br>Bankruptcy Group MIC 92E, PO BOX 826880<br>Sacramento, CA 95814 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fortis Advisors LLC<br>Collateral Agent (ratably)("CA"<br>c/o Rick Fink<br>CEO and Managing Director<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 |
| Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>Post Office Box 2952<br>Sacramento, CA 95812-2952 | Future Electronics Corp.<br>c/o E.P. Keiffer<br>325 N. St. Paul, Suite 4150<br>Dallas, TX 75201-3861 | Gina L. Moyles/Anthony P. Fritz<br>HERRIG & VOGT, LLP<br>4210 Douglas Blvd., Suite 100<br>Granite Bay, CA 95746-5912 |
| I Guard<br>3448 North Golden State<br>Blvd.<br>Turlock, CA 95382-9709 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Jacob Lopez<br>1608 Don Pedro Road<br>Ceres, CA 95307-9594 |
| John Walsh<br>120 59th<br>Burr Ridge, IL 60527-4905 | Karl A. Schweikert<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3967 | Lionakis, a California<br>corporation<br>915 13th Street<br>Modesto, CA 95354-0903 |
| Lucile Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | Lucy Darnell<br>824 Lyndon Street, Apt. G<br>Monterey, CA 93940-1976 | MACDONALD<br>FERNANDEZ LLP<br>MATTHEW J. OLSON (SBN 265908)<br>221 Sansome Street, Third Floor<br>San Francisco, CA 94104-2331 |
| Michael White<br>2824 Fowler Road<br>Ceres, CA 95307-2102 | New Concept Fleet<br>Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231 | PLN Architects<br>1720 G Street<br>Modesto, CA 95354-1214 | Platt Electric<br>10605 Southwest Allen Blvd.<br>Beaverton, OR 97005-4896 |
| Rexel, Inc. dba Platt Electric Supply<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Rick Fink<br>CEO and Managing Director<br>Fortis Advisors as Collateral Agent<br>12526 High Bluff Drive, Suite 280<br>San Diego, CA 92130-3015 | Riverbank Local<br>Redevelopment Authority<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 |
| Riverbank Local Development Authority<br>Churchwell White, LLP<br>1414 K Street, Third Floor<br>Sacramento, CA 95814-3929 | Riverbank Local Redevelopment Agency<br>c/o Debbie Olson, Executive Director<br>5300 Claus Road, Suite 1<br>Modesto, CA 95357-1665 | Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 |
| Seth Chastain c/o Levy - von Beck & Ass<br>600 University St.<br>Ste. 3300<br>Seattle, WA 98101-1129 | Southland Electrical Supply<br>147 North Main Street<br>Burlington, NC 27217-3901 | State of California<br>Employment Development Dept.<br>Bankruptcy Special Procedures Group<br>P.O. Box 8268880 MIC 92E<br>Sacramento, CA 94280-0001 |

| | | |
|---|---|---|
| Stephen D. Finestone<br>456 Montgomery Street, 20th Floor<br>San Francisco, CA 94104-1253 | Tatiana Korolshteyn<br>1742 Kansas Street<br>Redwood City, CA 94061-2635 | The Law Offices of Peter Lively<br>Attn: Peter Lively<br>11268 W. Washington Blvd.<br>Culver City, CA 90230-4647 |
| Thomas Bautista<br>1624 Palm Ave.<br>Redwood City, CA 94061-2647 | Tricia Hayward<br>1125 East Monte Vista Ave.<br>Turlock, CA 95382-0405 | Vagada Holdings<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 |
| Vagada Holdings, LLC<br>Attn: Yan Ebyam<br>18600 Castle Ridge Drive<br>Morgan Hill, CA 95037-8947 | W.W. Grainger, Inc.<br>100 Grainger Parkway<br>Lake Forest, IL 60045-5202 | William L. Porter<br>Porter Law Group, Inc.<br>7801 Folsom Boulevard, Suite 101<br>Sacramento, CA 95826-2619 |
| Andrew L Faris<br>c/o Law Offices of Rouse & Bahlert<br>345 Franklin Street<br>San Francisco, CA 94102-4427 | Christina L. Chen<br>Jeffer Mangels Butler and Mitchell<br>2 Embarcadero Center 5th Fl.<br>San Francisco, CA 94111-3813 | Dennis M. Sullivan<br>Law Offices of Dennis M. Sullivan<br>465 California St. #700<br>San Francisco, CA 94104-1818 |
| Lucile Darnell<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | Matthew Jon Olson<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Michael Mengarelli<br>Kelly Litigation Group, Inc.<br>3 Lagoon Dr. #225<br>Redwood City, CA 94065-5158 |
| Reno F.R. Fernandez<br>Macdonald Fernandez LLP<br>221 Sansome St. 3rd Fl.<br>San Francisco, CA 94104-2331 | Tatiana Korolshteyn<br>c/o Stephen D. Finestone<br>456 Montgomery St., 20th Fl<br>San Francisco, CA 94104-1253 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACCESS ELECTRIC | (u)Baudler & Flanders | (u)DBMAC, Inc. |
| (d)Collins Electric<br>3412 Metro Drive<br>Stockton, CA 95215-9440 | (d)CrimeTek Security<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Emergent Systems Exchange<br>7160 Shady Oak<br>Eden Prairie, MN 55344-3517 |
| (d)I Guard<br>3448 North Golden State Blvd.<br>Turlock, CA 95382-9709 | (d)Lionakis, a California corporation<br>915 13th Street<br>Modesto, CA 95354-0903 | (d)New Concept Fleet Management<br>9096 Elkmont Way<br>Elk Grove, CA 95624-9707 |

(d)Riverbank Local Redevelopment Authority
5300 Claus Road, Suite 1
Modesto, CA 95357-1665

(u)Chris Cunningham

End of Label Matrix
Mailable recipients    76
Bypassed recipients    11
Total                  87