

The following constitutes
the order of the court. Signed September 26, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AQH, LLC,<br><br>           Debtor. | Case No. 15-50553 SLJ |

## ORDER GRANTING APPLICATION FOR FEES AND EXPENSES TO MACDONALD FERNANDEZ LLP

    The law firm Macdonald Fernandez LLP ("Applicant") filed its First and Final Application for Compensation and Reimbursement of Expenses ("Application") on August 17, 2016, which came on for hearing on September 7, 2016 at 1:30 p.m. The case having been dismissed, Debtor, with new counsel, objected to the Application.

    At the hearing, I overruled the objection filed by Debtor and stated that I intended to rule on the Application notwithstanding the dismissal, for reasons stated on the record. I indicated that I intended to reduce the fees given the outcome of the case. But, I noted at the hearing that Applicant voluntarily reduced fees by $24,841.75. I instructed Applicant to file supplementary

ORDER GRANTING FEE APPLICATION    -1-

papers breaking down the fees that were voluntarily reduced and not sought in the Application. On September 19, 2016, Applicant filed the Supplemental Declaration of Matthew J. Olson in Support of Application, indicating that the reduced fees were attributable to work on the assumption or rejection of executory contracts, fee applications, other adversary or contested matters, plan and disclosure statement, and status conferences.

Having reviewed the papers submitted, I find the reduction that Applicant took to its Application is an appropriate and sufficient reduction for the results of the case. *See*, 11 U.S.C. § 330(a)(4)(A) (courts do not allow fees for services that were unlikely to benefit the estate). The remaining fees sought by Applicant represent actual fees for necessary services. They appear to be reasonable in terms of time spent, rate charged, and commensurate with the complexity of the work necessary. The fees as requested in the Application are approved under § 330(a)(1)(A). The expenses in the Application represent actual costs, are reasonable and necessary, and are allowed under § 330(a)(1)(B).

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

**[ECF Recipients Only]**