BAUDLER & FLANDERS, CPAs
1120 14th Street, Suite 2
Modesto, CA 95354
Telephone: (209) 575-2653
Facsimile: (209) 575-0629

Former Accountants for Debtor,
AQH, LLC

The following constitutes
the order of the court. Signed November 3, 2016

*Stephen Johnson*
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC,<br><br>                Debtor. | Case No. 15-50553-SLJ-11<br><br>Chapter 11<br><br>ORDER APPROVING FIRST AND FINAL APPLICATION OF BAUDLER & FLANDERS CPAs FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES<br><br>Date:  November 2, 2016<br>Time:  1:30 p.m.<br>Place:  Courtroom 3099<br>          280 South First Street<br>          San Jose, California<br><br>Honorable Stephen L. Johnson |

A hearing on the first and final application of Baudler & Flanders, CPAs (the "<u>Applicant</u>"), former accountants to AQH, LLC, for compensation pursuant to Bankruptcy Code Section 330 in the total amount of $15,486.85, was held before this Court on November 2, 2016, at 1:30 p.m. Appearances are noted on the record. No opposition to the application was offered.

Having reviewed the Application and evidence submitted in connection therewith, finding that notice was proper under the circumstances, for the reasons stated orally on the record and good cause appearing;

**IT IS ORDERED** that:

    1.    The Application is approved;

    2.    Final compensation to Applicant in the total amount of $15,486.85 is approved and

allowed pursuant to Bankruptcy Code § 330;

    3.    Applicant is authorized to apply the $5,000 retainer and $2.45 interest payment to the approved fees; and

    4.    Debtor is authorized to pay the balance of the approved but unpaid fees and costs in the total amount of $10,484.40.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Applicant
Baudler & Flanders, CPAs
Attn: Donna E. Flanders, CPA
1120 14th Street, Suite 2
Modesto, CA 95354

All other parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).