# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

acc          Baudler & Flanders

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

Baudler & Flanders, CPAs     Attn: Donna E. Flanders, CPA     1120 14th Street, Suite 2     Modesto, CA
95354

TOTAL: 1