```
                        United States Bankruptcy Court
                        Northern District of California
```

In re:                                                        Case No. 15-50553-SLJ
AQH, LLC                                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: rrombawa         Page 1 of 1           Date Rcvd: Nov 03, 2016
                              Form ID: pdfeoc        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
          +Baudler & Flanders, CPAs,   Attn: Donna E. Flanders, CPA,   1120 14th Street, Suite 2,
           Modesto, CA 95354-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc            Baudler & Flanders
                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                              Signature:  /s/Joseph Speetjens
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
          Cheryl C. Rouse   on behalf of Requestor Andrew L Faris rblaw@ix.netcom.com
          Christina L. Chen   on behalf of Debtor   AQH, LLC clc@jmbm.com,  christina.lin.chen@gmail.com
          Dominique Sopko   on behalf of Interested Party   Fortis Advisors, LLC dsopko@diemerwhitman.com,
           ecfnotice@diemerwhitman.com
          Dominique Sopko   on behalf of Requestor   Fortis Advisors, LLC dsopko@diemerwhitman.com,
           ecfnotice@diemerwhitman.com
          Edwin Paul Keiffer   on behalf of Interested Party   Future Electronics Corporation
           pkeiffer@wgblawfirm.com,  bwallace@wgblawfirm.com
          Edwin Paul Keiffer   on behalf of Interested Party   Fortis Advisors, LLC pkeiffer@wgblawfirm.com,
           bwallace@wgblawfirm.com
          Gina L. Moyles   on behalf of Creditor   Collins Electrical Company, Inc. g.moyles@herrigvogt.com,
           m.mize@herrigvogt.com
          Karl Andrew Schweikert   on behalf of Creditor   Riverbank Local Redevelopment Authority
           karl@churchwellwhite.com,  kschweik@yahoo.com
          Lynette C. Kelly   on behalf of U.S. Trustee   Office of the U.S. Trustee / SJ
           lynette.c.kelly@usdoj.gov,  ustpregion17.oa.ecf@usdoj.gov
          Matthew Jon Olson   on behalf of Debtor   AQH, LLC matt@macfern.com,  ecf@macfern.com
          Matthew Jon Olson   on behalf of Other Prof.   Macdonald Fernandez LLP matt@macfern.com,
           ecf@macfern.com
          Matthew Jon Olson   on behalf of Plaintiff   AQH, LLC matt@macfern.com,  ecf@macfern.com
          Michael Mengarelli   on behalf of Debtor   AQH, LLC rkelly@kellylitigationgroup.com,
           mmengarelli@kellylitigationgroup.com
          Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov,  ltroxas@hotmail.com
          Reno F.R. Fernandez   on behalf of Debtor   AQH, LLC reno@macfern.com,  ecf@macfern.com
          Stephen D. Finestone   on behalf of Requestor Tatiana  Korolshteyn sfinestone@fhlawllp.com
          Stephen D. Finestone   on behalf of Requestor Lucile  Darnell sfinestone@fhlawllp.com
          William L. Porter   on behalf of Creditor   ACCESS ELECTRIC bporter@porterlaw.com,
           jamey@porterlaw.com
                                                                                       TOTAL: 18
```

1  BAUDLER & FLANDERS, CPAs
   1120 14th Street, Suite 2
2  Modesto, CA 95354
3  Telephone: (209) 575-2653
   Facsimile: (209) 575-0629
4
   Former Accountants for Debtor,
5  AQH, LLC

The following constitutes
the order of the court. Signed November 3, 2016

6  _____
   Stephen L. Johnson
7  U.S. Bankruptcy Judge

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 In re                              Case No. 15-50553-SLJ-11

11 AQH, LLC,                          Chapter 11

12          Debtor.                   ORDER APPROVING FIRST AND FINAL
                                      APPLICATION OF BAUDLER &
13                                    FLANDERS CPAs FOR COMPENSATION
                                      AND REIMBURSEMENT OF EXPENSES
14
                                      Date:  November 2, 2016
15                                    Time:  1:30 p.m.
                                      Place: Courtroom 3099
16                                            280 South First Street
                                              San Jose, California
17
                                      Honorable Stephen L. Johnson
18

19         A hearing on the first and final application of Baudler & Flanders, CPAs (the "Applicant"),

20 former accountants to AQH, LLC, for compensation pursuant to Bankruptcy Code Section 330 in the

21 total amount of $15,486.85, was held before this Court on November 2, 2016, at 1:30 p.m.

22 Appearances are noted on the record.  No opposition to the application was offered.

23         Having reviewed the Application and evidence submitted in connection therewith, finding

24 that notice was proper under the circumstances, for the reasons stated orally on the record and good

25 cause appearing;

26         **IT IS ORDERED** that:

27         1.     The Application is approved;

28         2.     Final compensation to Applicant in the total amount of $15,486.85 is approved and

1

1    allowed pursuant to Bankruptcy Code § 330;

2          3.      Applicant is authorized to apply the $5,000 retainer and $2.45 interest payment to the

3    approved fees; and

4          4.      Debtor is authorized to pay the balance of the approved but unpaid fees and costs in

5    the total amount of $10,484.40.

6                                              **END OF ORDER**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                                        2

1                 <u>COURT SERVICE LIST</u>

2 <u>Applicant</u>
Baudler & Flanders, CPAs
3 Attn: Donna E. Flanders, CPA
1120 14<sup>th</sup> Street, Suite 2
4 Modesto, CA 95354

5   All other parties in interest required to be served are registered ECF participants. B.L.R. 9022-1(a).

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div align="right">3</div>