MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

              Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**MOTION TO COMPEL PAYMENT OF APPROVED COMPENSATION AND REIMBURSEMENT OF EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES**

Date: February 22, 2017
Time: 1:00 p.m.
Place: 280 S. First Street, Courtroom 3099
       San Jose, California

Hon. Stephen L. Johnson

COMES NOW Macdonald Fernandez LLP, administrative creditor herein (the "Firm"), moving to compel payment of Court-approved compensation and reimbursement of expenses of the Firm as well as Baudler & Flanders, CPA's pursuant to Bankruptcy Code Section 105(a) and the Court's inherent power, and respectfully represents as follows:

1. The within case was commenced by AQH, LLC, Debtor herein, filing a voluntary Chapter 11 petition on February 19, 2015. A trustee was not appointed. The case was dismissed by order entered on July 8, 2016 (Docket No. 217).

2. The Firm represented the estate as counsel for the debtor in possession, and its compensation of $173,575.75 (net of retainers) and expenses of $8,760.67, for a total of $182,336.42, were approved on a final basis by order entered on September 26, 2016 (Docket No.

1

234).

3. Baudler & Flanders served as accountants for the estate, and their compensation of $15,486.85 was approved on a final basis by order entered on November 3, 2016 (Docket No. 231).

4. When this case was dismissed, the Debtor had significant cash and equipment. In particular, the Debtor had some $192,282.04 in cash on hand at the end of April, 2016 (see the Monthly Operating Report filed as Docket No. 206).

5. Despite several requests, the Debtor has no intention of paying the Firm or Baudler & Flanders. Instead, in the days after dismissal, the Debtor quickly paid other creditors of equal or lower priority, including insiders and employees Sean Walsh, Yan Ebyam, George Conklin, Nicholas Sewak, Phillip Gilliam, Brian Gleeson and Tony Peterson. Between June 15 and August 1, 2016, the Debtor paid Sean Walsh $24,534.00. See the spreadsheet attached as an exhibit to the Declaration of Reno F.R. Fernandez III, filed herewith.

6. Resolving a post-dismissal fee dispute is within the Court's ancillary jurisdiction. *Elias v. U.S. Trustee (In re Elias)*, 188 F.3d 1160, 1162 (9th Cir. 1999); *see also Aheong v. Mellong Mortgage Co. (In re Aheong)*, 276 B.R. 233, 240–241 (9th Cir. BAP 2002) ("[S]eeking disallowance of a bankruptcy attorney's fees earned in a dismissed case… was held by the Ninth Circuit to be within the bankruptcy court's ancillary jurisdiction…."); *U.S.A. Motel Corp. v. Danning (In re U.S.A. Motel Corp.)*, 521 F.2d 117, 119 (9th Cir. 1975) (estate professionals are entitled to compensation even if the case is dismissed for lack of good faith).

7. The Court has the power to enforce its own orders. "[I]t is well recognized that a bankruptcy court has the power to interpret and enforce its own orders." *In re Wilshire Courtyard*, 729 F.3d 1279, 1289 (9th Cir. 2013).

WHEREFORE, the Firm prays that the Court enter an order:

1. Compelling the Debtor to pay the Firm and Baudler & Flanders their approved compensation and expenses;

2. Setting the date fifteen (15) calendar days after entry of the order as the deadline to pay;

3. Admonishing that failure to comply with the order may be cause for sanctions;

4.     Ordering that the order shall constitute a judgment for the purposes of issuance of a writ of execution, notice of levy, abstract of judgment and for all other purposes;

         5.     Ordering that the order may be enforced in either by the Court or by any federal or state court of competent jurisdiction; and

         6.     For such other and further relief as is appropriate in the premises.

DATED: January 25, 2017                            MACDONALD FERNANDEZ LLP

                                                   By: */s/ Reno F.R. Fernandez III*
                                                       Reno F.R. Fernandez III
                                                       Administrative Creditor