MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**DECLARATION OF RENO F.R. FERNANDEZ III IN SUPPORT OF MOTION TO COMPEL PAYMENT OF APPROVED COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Date: February 22, 2017
Time: 1:00 p.m.
Place: 280 S. First Street, Courtroom 3099
        San Jose, California

Hon. Stephen L. Johnson

      I, Reno F.R. Fernandez III, declare:

      1.    I am a partner with Macdonald Fernandez LLP, former counsel for AQH, LLC, debtor in this dismissed case. I am over the age of eighteen. The following facts are true and correct of my own personal knowledge. If called as a witness, I could and would competently testify as follows.

      2.    On August 24, 2016, counsel for AQH, LLC, namely Bennett G. Young, emailed me a spreadsheet of post-dismissal checks, representing the contents thereof to be true and accurate. A true and correct copy of the spreadsheet is attached hereto as Exhibit "A" and incorporated by reference.

1

3. At and since that time, our firm has requested payment of amounts owed several times. AQH, LLC has not responded with any indication that it will pay any amount owed.

The foregoing is true and correct under penalty of perjury under the laws of the United States of America. Executed this January 25, 2017, at San Francisco, California.

/s/ Reno F.R. Fernandez III<br>
RENO F.R. FERNANDEZ III

# EXHIBIT A

| Type | Num | Date | Name | Memo | Account | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 4566 | 06/01/2016 | Riverbank LRA | | Fremont DIP Oper Check (9838) | | (20,915.00) |
| | | | | | Rent or Lease | (20,915.00) | 20,915.00 |
| TOTAL | | | | | | (20,915.00) | 20,915.00 |
| Check | | 06/01/2016 | Plug & Play | | Fremont DIP Oper Check (9838) | | (550.00) |
| | | | | | Rent or Lease | (550.00) | 550.00 |
| TOTAL | | | | | | (550.00) | 550.00 |
| Check | | 06/01/2016 | Modesto Irrigation District | | Fremont DIP Oper Check (9838) | | (39.30) |
| | | | | | Other Utilities | (39.30) | 39.30 |
| TOTAL | | | | | | (39.30) | 39.30 |
| Check | | 06/01/2016 | Valley Oak Apartments | | Fremont DIP Oper Check (9838) | | (1,937.11) |
| | | | | | Rent or Lease | (1,937.11) | 1,937.11 |
| TOTAL | | | | | | (1,937.11) | 1,937.11 |
| Check | | 06/01/2016 | Ring Central | | Fremont DIP Oper Check (9838) | | (29.81) |
| | | | | | Office Expenses | (29.81) | 29.81 |
| TOTAL | | | | | | (29.81) | 29.81 |
| Bill Pmt -Check | wire | 06/01/2016 | Shenzhen Rong Shi Tai Electronic Co., LTD | | Fremont DIP Oper Check (9838) | | (6,528.68) |
| Bill | | 05/23/2016 | | | Freight & delivery - COS | (1,365.82) | 2,805.00 |
| | | | | HP PSU Cables (6Pin PCI-E Self-finished cable) | Inventory Asset | (4,869.24) | 10,000.00 |
| | | | | Paypal Fees | Bank Charges | (293.62) | 603.00 |
| TOTAL | | | | | | (6,528.68) | 13,408.00 |
| Check | 5007 | 06/01/2016 | California Secretary of State | | Fremont DIP Core Check (9773) | | (20.00) |
| | | | | | Taxes & Licenses | (20.00) | 20.00 |
| TOTAL | | | | | | (20.00) | 20.00 |
| Check | | 06/02/2016 | Global Industrial | | Fremont DIP Oper Check (9838) | | (788.50) |
| | | | | | Job Materials | (788.50) | 788.50 |
| TOTAL | | | | | | (788.50) | 788.50 |
| Liability Check | E-pay | 06/02/2016 | EDD | | Fremont DIP Oper Check (9838) | | (215.13) |
| | | | | | *Payroll Liabilities | (55.98) | 55.98 |
| | | | | | *Payroll Liabilities | (159.15) | 159.15 |
| TOTAL | | | | | | (215.13) | 215.13 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Liability Check** | E-pay | 06/02/2016 | United States Treasury | | Fremont DIP Oper Check (9838) | | (4,268.28) |
| | | | | | *Payroll Liabilities | (1,863.00) | 1,863.00 |
| | | | | | *Payroll Liabilities | (974.71) | 974.71 |
| | | | | | *Payroll Liabilities | (974.71) | 974.71 |
| | | | | | *Payroll Liabilities | (227.93) | 227.93 |
| | | | | | *Payroll Liabilities | (227.93) | 227.93 |
| TOTAL | | | | | | (4,268.28) | 4,268.28 |
| **Liability Check** | E-pay | 06/02/2016 | Colorado Department of Revenue | | Fremont DIP Oper Check (9838) | | (269.00) |
| | | | | | *Payroll Liabilities | (269.00) | 269.00 |
| TOTAL | | | | | | (269.00) | 269.00 |
| **Check** | | 06/02/2016 | eMaint Enterprises, LLC | | Fremont DIP Oper Check (9838) | | (70.00) |
| | | | | | Office Expenses | (70.00) | 70.00 |
| TOTAL | | | | | | (70.00) | 70.00 |
| **Bill Pmt -Check** | wire | 06/02/2016 | Shenzhen Rong Shi Tai Electronic Co., LTD | | Fremont DIP Oper Check (9838) | | (6,704.00) |
| Bill | | 05/23/2016 | | | Freight & delivery - COS | (1,402.50) | 2,805.00 |
| | | | | HP PSU Cables (6Pin PCI-E Self-finished cable) | Inventory Asset | (5,000.00) | 10,000.00 |
| | | | | Paypal Fees | Bank Charges | (301.50) | 603.00 |
| TOTAL | | | | | | (6,704.00) | 13,408.00 |
| **Check** | | 06/03/2016 | Google | | Fremont DIP Oper Check (9838) | | (90.00) |
| | | | | | Advertising | (90.00) | 90.00 |
| TOTAL | | | | | | (90.00) | 90.00 |
| **Check** | | 06/03/2016 | Alhambra Water | | Fremont DIP Oper Check (9838) | | (111.30) |
| | | | | | Office Expenses | (111.30) | 111.30 |
| TOTAL | | | | | | (111.30) | 111.30 |
| **Check** | | 06/06/2016 | BaseCamp | | Fremont DIP Oper Check (9838) | | (20.00) |
| | | | | | Office Expenses | (20.00) | 20.00 |
| TOTAL | | | | | | (20.00) | 20.00 |
| **Bill Pmt -Check** | 4580 | 06/07/2016 | Riverbank LRA | | Fremont DIP Oper Check (9838) | | (61,123.73) |
| Bill | 2589 | 04/29/2016 | | | Electricity | (61,123.73) | 61,123.73 |
| TOTAL | | | | | | (61,123.73) | 61,123.73 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Check | 4581 | 06/07/2016 | UPS | | Fremont DIP Oper Check (9838) | | **(29.00)** |
| | | | | Freight & delivery - COS | | (29.00) | 29.00 |
| TOTAL | | | | | | (29.00) | 29.00 |
| Check | 4582 | 06/13/2016 | Franchise Tax Board | | Fremont DIP Oper Check (9838) | | **(6,000.00)** |
| | | | | Taxes & Licenses | | (6,000.00) | 6,000.00 |
| TOTAL | | | | | | (6,000.00) | 6,000.00 |
| Check | 4583 | 06/13/2016 | Andy Faris | | Fremont DIP Oper Check (9838) | | **(2,583.33)** |
| | | | | Interest Expense | | (2,583.33) | 2,583.33 |
| TOTAL | | | | | | (2,583.33) | 2,583.33 |
| Check | | 06/13/2016 | Intuit | | Fremont DIP Oper Check (9838) | | **(45.30)** |
| | | | | Office Expenses | | (45.30) | 45.30 |
| TOTAL | | | | | | (45.30) | 45.30 |
| Check | | 06/14/2016 | Ayera Technologies, Inc. | | Fremont DIP Oper Check (9838) | | **(314.00)** |
| | | | | Office Expenses | | (314.00) | 314.00 |
| TOTAL | | | | | | (314.00) | 314.00 |
| Paycheck | 4585 | 06/15/2016 | George Conklin | | Fremont DIP Oper Check (9838) | | **(399.96)** |
| | | | | *Payroll Expenses - 2016 | | (480.00) | 480.00 |
| | | | | *Payroll Liabilities | | 39.00 | (39.00) |
| | | | | *Payroll Expenses - 2016 | | (29.76) | 29.76 |
| | | | | *Payroll Liabilities | | 29.76 | (29.76) |
| | | | | *Payroll Liabilities | | 29.76 | (29.76) |
| | | | | *Payroll Expenses - 2016 | | (6.96) | 6.96 |
| | | | | *Payroll Liabilities | | 6.96 | (6.96) |
| | | | | *Payroll Liabilities | | 6.96 | (6.96) |
| | | | | *Payroll Liabilities | | 4.32 | (4.32) |
| TOTAL | | | | | | (399.96) | 399.96 |
| Paycheck | 4586 | 06/15/2016 | Nicholas Sewak | | Fremont DIP Oper Check (9838) | | **(708.55)** |
| | | | | *Payroll Expenses - 2016 | | (900.00) | 900.00 |
| | | | | *Payroll Expenses - 2016 | | (0.83) | 0.83 |
| | | | | *Payroll Liabilities | | 0.83 | (0.83) |
| | | | | *Payroll Liabilities | | 102.00 | (102.00) |
| | | | | *Payroll Expenses - 2016 | | (55.80) | 55.80 |
| | | | | *Payroll Liabilities | | 55.80 | (55.80) |
| | | | | *Payroll Liabilities | | 55.80 | (55.80) |

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | *Payroll Expenses - 2016 | (13.05) | 13.05 |
|   |   |   |   |   | *Payroll Liabilities | 13.05 | (13.05) |
|   |   |   |   |   | *Payroll Liabilities | 13.05 | (13.05) |
|   |   |   |   |   | *Payroll Expenses - 2016 | (5.00) | 5.00 |
|   |   |   |   |   | *Payroll Liabilities | 5.00 | (5.00) |
|   |   |   |   |   | *Payroll Liabilities | 12.50 | (12.50) |
|   |   |   |   |   | *Payroll Liabilities | 8.10 | (8.10) |
|   |   |   |   |   | *Payroll Expenses - 2016 | (43.30) | 43.30 |
|   |   |   |   |   | *Payroll Liabilities | 43.30 | (43.30) |
| TOTAL |   |   |   |   |   | (708.55) | 708.55 |
|   | **Paycheck** | **4587** | **06/15/2016** | **Phillip M. Gilliam** | **Fremont DIP Oper Check (9838)** |   | **(910.92)** |
|   |   |   |   |   | *Payroll Expenses - 2016 | (1,144.00) | 1,144.00 |
|   |   |   |   |   | *Payroll Liabilities | 113.00 | (113.00) |
|   |   |   |   |   | *Payroll Expenses - 2016 | (70.93) | 70.93 |
|   |   |   |   |   | *Payroll Liabilities | 70.93 | (70.93) |
|   |   |   |   |   | *Payroll Liabilities | 70.93 | (70.93) |
|   |   |   |   |   | *Payroll Expenses - 2016 | (16.59) | 16.59 |
|   |   |   |   |   | *Payroll Liabilities | 16.59 | (16.59) |
|   |   |   |   |   | *Payroll Liabilities | 16.59 | (16.59) |
|   |   |   |   |   | *Payroll Liabilities | 22.27 | (22.27) |
|   |   |   |   |   | *Payroll Liabilities | 10.29 | (10.29) |
| TOTAL |   |   |   |   |   | (910.92) | 910.92 |
|   | **Paycheck** | **4584** | **06/15/2016** | **Brian Gleeson** | **Fremont DIP Oper Check (9838)** |   | **(915.91)** |
|   |   |   |   |   | *Payroll Expenses - 2016 | (1,144.00) | 1,144.00 |
|   |   |   |   |   | *Payroll Liabilities | 113.00 | (113.00) |
|   |   |   |   |   | *Payroll Expenses - 2016 | (70.93) | 70.93 |
|   |   |   |   |   | *Payroll Liabilities | 70.93 | (70.93) |
|   |   |   |   |   | *Payroll Liabilities | 70.93 | (70.93) |
|   |   |   |   |   | *Payroll Expenses - 2016 | (16.59) | 16.59 |
|   |   |   |   |   | *Payroll Liabilities | 16.59 | (16.59) |
|   |   |   |   |   | *Payroll Liabilities | 16.59 | (16.59) |
|   |   |   |   |   | *Payroll Liabilities | 17.27 | (17.27) |
|   |   |   |   |   | *Payroll Liabilities | 10.30 | (10.30) |
| TOTAL |   |   |   |   |   | (915.91) | 915.91 |
|   | **Paycheck** | **4588** | **06/15/2016** | **Sean Walsh** | **Fremont DIP Oper Check (9838)** |   | **(4,768.25)** |
|   |   |   |   |   | *Payroll Expenses - 2016 | (5,500.00) | 5,500.00 |
|   |   |   |   |   | *Payroll Liabilities | 227.00 | (227.00) |
|   |   |   |   |   | *Payroll Expenses - 2016 | (341.00) | 341.00 |
|   |   |   |   |   | *Payroll Liabilities | 341.00 | (341.00) |
|   |   |   |   |   | *Payroll Liabilities | 341.00 | (341.00) |
|   |   |   |   |   | *Payroll Expenses - 2016 | (79.75) | 79.75 |

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   | *Payroll Liabilities | 79.75 | (79.75) |
|   |   |   |   |   |   | *Payroll Liabilities | 79.75 | (79.75) |
|   |   |   |   |   |   | *Payroll Liabilities | 84.00 | (84.00) |
| TOTAL |   |   |   |   |   |   | (4,768.25) | 4,768.25 |
|   | **Paycheck** | **4589** |   | **06/15/2016** | **Tony A. Peterson** | **Fremont DIP Oper Check (9838)** |   | **(885.91)** |
|   |   |   |   |   |   | *Payroll Expenses - 2016 | (1,144.00) | 1,144.00 |
|   |   |   |   |   |   | *Payroll Liabilities | 138.00 | (138.00) |
|   |   |   |   |   |   | *Payroll Expenses - 2016 | (70.93) | 70.93 |
|   |   |   |   |   |   | *Payroll Liabilities | 70.93 | (70.93) |
|   |   |   |   |   |   | *Payroll Liabilities | 70.93 | (70.93) |
|   |   |   |   |   |   | *Payroll Expenses - 2016 | (16.59) | 16.59 |
|   |   |   |   |   |   | *Payroll Liabilities | 16.59 | (16.59) |
|   |   |   |   |   |   | *Payroll Liabilities | 16.59 | (16.59) |
|   |   |   |   |   |   | *Payroll Liabilities | 22.27 | (22.27) |
|   |   |   |   |   |   | *Payroll Liabilities | 10.30 | (10.30) |
| TOTAL |   |   |   |   |   |   | (885.91) | 885.91 |
|   | **Check** | **4590** |   | **06/15/2016** | **Yan Ebyam** | **Fremont DIP Oper Check (9838)** |   | **(3,500.00)** |
|   |   |   |   |   |   | Subcontractors | (3,500.00) | 3,500.00 |
| TOTAL |   |   |   |   |   |   | (3,500.00) | 3,500.00 |
|   | **Liability Check** | **E-pay** |   | **06/16/2016** | **EDD** | **Fremont DIP Oper Check (9838)** |   | **(117.62)** |
|   |   |   |   |   |   | *Payroll Liabilities | (43.31) | 43.31 |
|   |   |   |   |   |   | *Payroll Liabilities | (74.31) | 74.31 |
| TOTAL |   |   |   |   |   |   | (117.62) | 117.62 |
|   | **Liability Check** | **E-pay** |   | **06/16/2016** | **United States Treasury** | **Fremont DIP Oper Check (9838)** |   | **(2,309.76)** |
|   |   |   |   |   |   | *Payroll Liabilities | (732.00) | 732.00 |
|   |   |   |   |   |   | *Payroll Liabilities | (639.35) | 639.35 |
|   |   |   |   |   |   | *Payroll Liabilities | (639.35) | 639.35 |
|   |   |   |   |   |   | *Payroll Liabilities | (149.53) | 149.53 |
|   |   |   |   |   |   | *Payroll Liabilities | (149.53) | 149.53 |
| TOTAL |   |   |   |   |   |   | (2,309.76) | 2,309.76 |
|   | **Liability Check** | **E-pay** |   | **06/16/2016** | **Colorado Department of Revenue** | **Fremont DIP Oper Check (9838)** |   | **(84.00)** |
|   |   |   |   |   |   | *Payroll Liabilities | (84.00) | 84.00 |
| TOTAL |   |   |   |   |   |   | (84.00) | 84.00 |
|   | **Check** |   |   | **06/17/2016** | **Cloud9** | **Fremont DIP Oper Check (9838)** |   | **(139.00)** |
|   |   |   |   |   |   | Office Expenses | (139.00) | 139.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | (139.00) | 139.00 |
| **Check** | | 06/20/2016 | Cloud9 | | **Fremont DIP Oper Check (9838)** | | **(10.00)** |
| | | | | Office Expenses | | (10.00) | 10.00 |
| TOTAL | | | | | | (10.00) | 10.00 |
| **Bill Pmt -Check** | 4591 | 06/21/2016 | Just Bookkeeping | | **Fremont DIP Oper Check (9838)** | | **(1,753.14)** |
| Bill | | 06/16/2016 | | Bookkeeping | | (1,638.75) | 1,638.75 |
| | | | | Postage And Delivery | | (114.39) | 114.39 |
| TOTAL | | | | | | (1,753.14) | 1,753.14 |
| **Check** | 4592 | 06/21/2016 | A&A Portables | | **Fremont DIP Oper Check (9838)** | | **(88.15)** |
| | | | | Office Expenses | | (88.15) | 88.15 |
| TOTAL | | | | | | (88.15) | 88.15 |
| **Check** | 4593 | 06/21/2016 | Gilton Solid Waste | | **Fremont DIP Oper Check (9838)** | | **(99.72)** |
| | | | | Other Utilities | | (99.72) | 99.72 |
| TOTAL | | | | | | (99.72) | 99.72 |
| **Check** | 4594 | 06/21/2016 | UPS | | **Fremont DIP Oper Check (9838)** | | **(48.95)** |
| | | | | Freight & delivery - COS | | (48.95) | 48.95 |
| TOTAL | | | | | | (48.95) | 48.95 |
| **Check** | 4595 | 06/21/2016 | Riverbank LRA | | **Fremont DIP Oper Check (9838)** | | **(66.95)** |
| | | | | Rent or Lease | | (66.95) | 66.95 |
| TOTAL | | | | | | (66.95) | 66.95 |
| **Check** | | 06/22/2016 | Alhambra Water | | **Fremont DIP Oper Check (9838)** | | **(7.00)** |
| | | | | Office Expenses | | (7.00) | 7.00 |
| TOTAL | | | | | | (7.00) | 7.00 |
| **Check** | | 06/24/2016 | CNA | | **Fremont DIP Oper Check (9838)** | | **(3,050.11)** |
| | | | | Insurance | | (3,050.11) | 3,050.11 |
| TOTAL | | | | | | (3,050.11) | 3,050.11 |
| **Check** | | 06/27/2016 | Google | | **Fremont DIP Oper Check (9838)** | | **(79.95)** |
| | | | | Advertising | | (79.95) | 79.95 |
| TOTAL | | | | | | (79.95) | 79.95 |

| | Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|---|
| | **Check** | **4603** | **06/28/2016** | **Philip Lau & Associates, Inc** | **Fremont DIP Oper Check (9838)** | **(956.45)** |
| | | | | | Legal & Professional Fees | (956.45) | 956.45 |
| TOTAL | | | | | | (956.45) | 956.45 |
| | **Check** | **4604** | **06/28/2016** | **UPS** | **Fremont DIP Oper Check (9838)** | **(33.19)** |
| | | | | | Freight & delivery - COS | (33.19) | 33.19 |
| TOTAL | | | | | | (33.19) | 33.19 |
| | **Check** | | **06/28/2016** | **Shopify** | **Fremont DIP Oper Check (9838)** | **(179.00)** |
| | | | | | Office Expenses | (179.00) | 179.00 |
| TOTAL | | | | | | (179.00) | 179.00 |
| | **Liability Check** | **E-pay** | **06/29/2016** | **EDD** | **Fremont DIP Oper Check (9838)** | **(180.63)** |
| | | | | | *Payroll Liabilities | (53.09) | 53.09 |
| | | | | | *Payroll Liabilities | (127.54) | 127.54 |
| TOTAL | | | | | | (180.63) | 180.63 |
| | **Liability Check** | **E-pay** | **06/29/2016** | **United States Treasury** | **Fremont DIP Oper Check (9838)** | **(4,123.16)** |
| | | | | | *Payroll Liabilities | (1,767.00) | 1,767.00 |
| | | | | | *Payroll Liabilities | (954.78) | 954.78 |
| | | | | | *Payroll Liabilities | (954.78) | 954.78 |
| | | | | | *Payroll Liabilities | (223.30) | 223.30 |
| | | | | | *Payroll Liabilities | (223.30) | 223.30 |
| TOTAL | | | | | | (4,123.16) | 4,123.16 |
| | **Liability Check** | **E-pay** | **06/29/2016** | **Colorado Department of Revenue** | **Fremont DIP Oper Check (9838)** | **(269.00)** |
| | | | | | *Payroll Liabilities | (269.00) | 269.00 |
| TOTAL | | | | | | (269.00) | 269.00 |
| | **Paycheck** | **4599** | **06/30/2016** | **Nicholas Sewak** | **Fremont DIP Oper Check (9838)** | **(566.21)** |
| | | | | | *Payroll Expenses - 2016 | (708.00) | 708.00 |
| | | | | | *Payroll Liabilities | 73.00 | (73.00) |
| | | | | | *Payroll Expenses - 2016 | (43.89) | 43.89 |
| | | | | | *Payroll Liabilities | 43.89 | (43.89) |
| | | | | | *Payroll Liabilities | 43.89 | (43.89) |
| | | | | | *Payroll Expenses - 2016 | (10.26) | 10.26 |
| | | | | | *Payroll Liabilities | 10.26 | (10.26) |
| | | | | | *Payroll Liabilities | 10.26 | (10.26) |
| | | | | | *Payroll Liabilities | 8.27 | (8.27) |

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| | | | | | *Payroll Liabilities | 6.37 | (6.37) |
| TOTAL | | | | | | (566.21) | 566.21 |
| | Paycheck | 4598 | 06/30/2016 | George Conklin | Fremont DIP Oper Check (9838) | | (1,312.06) |
| | | | | | *Payroll Expenses - 2016 | (1,760.00) | 1,760.00 |
| | | | | | *Payroll Liabilities | 240.00 | (240.00) |
| | | | | | *Payroll Expenses - 2016 | (109.12) | 109.12 |
| | | | | | *Payroll Liabilities | 109.12 | (109.12) |
| | | | | | *Payroll Liabilities | 109.12 | (109.12) |
| | | | | | *Payroll Expenses - 2016 | (25.52) | 25.52 |
| | | | | | *Payroll Liabilities | 25.52 | (25.52) |
| | | | | | *Payroll Liabilities | 25.52 | (25.52) |
| | | | | | *Payroll Liabilities | 57.46 | (57.46) |
| | | | | | *Payroll Liabilities | 15.84 | (15.84) |
| TOTAL | | | | | | (1,312.06) | 1,312.06 |
| | Paycheck | 4602 | 06/30/2016 | Tony A. Peterson | Fremont DIP Oper Check (9838) | | (885.92) |
| | | | | | *Payroll Expenses - 2016 | (1,144.00) | 1,144.00 |
| | | | | | *Payroll Liabilities | 138.00 | (138.00) |
| | | | | | *Payroll Expenses - 2016 | (70.93) | 70.93 |
| | | | | | *Payroll Liabilities | 70.93 | (70.93) |
| | | | | | *Payroll Liabilities | 70.93 | (70.93) |
| | | | | | *Payroll Expenses - 2016 | (16.59) | 16.59 |
| | | | | | *Payroll Liabilities | 16.59 | (16.59) |
| | | | | | *Payroll Liabilities | 16.59 | (16.59) |
| | | | | | *Payroll Liabilities | 22.27 | (22.27) |
| | | | | | *Payroll Liabilities | 10.29 | (10.29) |
| TOTAL | | | | | | (885.92) | 885.92 |
| | Paycheck | 4600 | 06/30/2016 | Phillip M. Gilliam | Fremont DIP Oper Check (9838) | | (910.92) |
| | | | | | *Payroll Expenses - 2016 | (1,092.00) | 1,092.00 |
| | | | | | *Payroll Expenses - 2016 | (52.00) | 52.00 |
| | | | | | *Payroll Liabilities | 113.00 | (113.00) |
| | | | | | *Payroll Expenses - 2016 | (70.92) | 70.92 |
| | | | | | *Payroll Liabilities | 70.92 | (70.92) |
| | | | | | *Payroll Liabilities | 70.92 | (70.92) |
| | | | | | *Payroll Expenses - 2016 | (16.59) | 16.59 |
| | | | | | *Payroll Liabilities | 16.59 | (16.59) |
| | | | | | *Payroll Liabilities | 16.59 | (16.59) |
| | | | | | *Payroll Liabilities | 22.27 | (22.27) |
| | | | | | *Payroll Liabilities | 10.30 | (10.30) |
| TOTAL | | | | | | (910.92) | 910.92 |
| | Paycheck | 4597 | 06/30/2016 | Brian Gleeson | Fremont DIP Oper Check (9838) | | (915.93) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | *Payroll Expenses - 2016 | (1,144.00) | 1,144.00 |
|  |  |  |  |  | *Payroll Liabilities | 113.00 | (113.00) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (70.92) | 70.92 |
|  |  |  |  |  | *Payroll Liabilities | 70.92 | (70.92) |
|  |  |  |  |  | *Payroll Liabilities | 70.92 | (70.92) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (16.59) | 16.59 |
|  |  |  |  |  | *Payroll Liabilities | 16.59 | (16.59) |
|  |  |  |  |  | *Payroll Liabilities | 16.59 | (16.59) |
|  |  |  |  |  | *Payroll Liabilities | 17.27 | (17.27) |
|  |  |  |  |  | *Payroll Liabilities | 10.29 | (10.29) |
| TOTAL |  |  |  |  |  | (915.93) | 915.93 |
|  | **Paycheck** | **4601** | **06/30/2016** | **Sean Walsh** | **Fremont DIP Oper Check (9838)** |  | **(7,414.25)** |
|  |  |  |  |  | *Payroll Expenses - 2016 | (9,500.00) | 9,500.00 |
|  |  |  |  |  | *Payroll Liabilities | 1,090.00 | (1,090.00) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (589.00) | 589.00 |
|  |  |  |  |  | *Payroll Liabilities | 589.00 | (589.00) |
|  |  |  |  |  | *Payroll Liabilities | 589.00 | (589.00) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (137.75) | 137.75 |
|  |  |  |  |  | *Payroll Liabilities | 137.75 | (137.75) |
|  |  |  |  |  | *Payroll Liabilities | 137.75 | (137.75) |
|  |  |  |  |  | *Payroll Liabilities | 269.00 | (269.00) |
| TOTAL |  |  |  |  |  | (7,414.25) | 7,414.25 |
|  | **Check** | **4596** | **06/30/2016** | **Void** | **Fremont DIP Oper Check (9838)** |  | **0.00** |
| TOTAL |  |  |  |  |  | 0.00 | 0.00 |
|  | **Check** | **4605** | **06/30/2016** | **Yan Ebyam** | **Fremont DIP Oper Check (9838)** |  | **(3,500.00)** |
|  |  |  |  |  | Subcontractors | (3,500.00) | 3,500.00 |
| TOTAL |  |  |  |  |  | (3,500.00) | 3,500.00 |
|  | **Check** | **4606** | **06/30/2016** | **Void** | **Fremont DIP Oper Check (9838)** |  | **0.00** |
| TOTAL |  |  |  |  |  | 0.00 | 0.00 |
|  | **Check** |  | **06/30/2016** | **Fremont Bank** | **Fremont DIP Savings (7604)** |  | **(5.00)** |
|  |  |  |  |  | Bank Charges | (5.00) | 5.00 |
| TOTAL |  |  |  |  |  | (5.00) | 5.00 |
|  | **Check** | **5006** | **06/30/2016** | **Jeffer Mangels Butler & Mitchell LLP** | **Fremont DIP Core Check (9773)** |  | **(15,000.00)** |
|  |  |  |  |  | Legal & Professional Fees | (15,000.00) | 15,000.00 |

|  |  |  |  |  | |
|---|---|---|---|---|---|
| TOTAL |  |  |  |  | (15,000.00) | 15,000.00 |
| **Check** | 06/30/2016 | **Fremont Bank** | **Fremont Bank -9730** |  | **(5.00)** |
|  |  |  | Bank Charges | (5.00) | 5.00 |
| TOTAL |  |  |  | (5.00) | 5.00 |
| **Check** | 07/01/2016 | **Zoho** | **Fremont DIP Oper Check (9838)** |  | **(50.00)** |
|  |  |  | Office Expenses | (50.00) | 50.00 |
| TOTAL |  |  |  | (50.00) | 50.00 |
| **Check** | 07/01/2016 | **Ring Central** | **Fremont DIP Oper Check (9838)** |  | **(29.81)** |
|  |  |  | Office Expenses | (29.81) | 29.81 |
| TOTAL |  |  |  | (29.81) | 29.81 |
| **Check** | 07/05/2016 | **Google** | **Fremont DIP Oper Check (9838)** |  | **(90.00)** |
|  |  |  | Advertising | (90.00) | 90.00 |
| TOTAL |  |  |  | (90.00) | 90.00 |
| **Check** | 07/05/2016 | **eMaint Enterprises, LLC** | **Fremont DIP Oper Check (9838)** |  | **(70.00)** |
|  |  |  | Office Expenses | (70.00) | 70.00 |
| TOTAL |  |  |  | (70.00) | 70.00 |
| **Check** | 07/05/2016 | **Valley Oak Apartments** | **Fremont DIP Oper Check (9838)** |  | **(1,514.00)** |
|  |  |  | Rent or Lease | (1,514.00) | 1,514.00 |
| TOTAL |  |  |  | (1,514.00) | 1,514.00 |
| **Check** | 07/05/2016 | **Plug & Play** | **Fremont DIP Oper Check (9838)** |  | **(550.00)** |
|  |  |  | Rent or Lease | (550.00) | 550.00 |
| TOTAL |  |  |  | (550.00) | 550.00 |
| **Check** | 07/05/2016 | **UPS** | **Fremont DIP Oper Check (9838)** |  | **(36.49)** |
|  |  |  | Postage And Delivery | (36.49) | 36.49 |
| TOTAL |  |  |  | (36.49) | 36.49 |
| **Check** | 07/06/2016 | **BaseCamp** | **Fremont DIP Oper Check (9838)** |  | **(20.00)** |
|  |  |  | Office Expenses | (20.00) | 20.00 |
| TOTAL |  |  |  | (20.00) | 20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Check** | | 07/07/2016 | **California Corp** | | **Fremont DIP Oper Check (9838)** | **(70.00)** |
| | | | | Commissions & fees | (70.00) | 70.00 |
| TOTAL | | | | | (70.00) | 70.00 |
| **Check** | | 07/12/2016 | **Global Industrial** | | **Fremont DIP Oper Check (9838)** | **(87.62)** |
| | | | | Job Materials | (87.62) | 87.62 |
| TOTAL | | | | | (87.62) | 87.62 |
| **Check** | | 07/13/2016 | **QuickBooks Payroll Service** | | **Fremont DIP Oper Check (9838)** | **(39.30)** |
| | | | | Office Expenses | (39.30) | 39.30 |
| TOTAL | | | | | (39.30) | 39.30 |
| **Check** | | 07/14/2016 | **Freightquote.com** | | **Fremont DIP Oper Check (9838)** | **(303.65)** |
| | | | | Freight & Delivery | (303.65) | 303.65 |
| TOTAL | | | | | (303.65) | 303.65 |
| **Liability Check** | **E-pay** | 07/15/2016 | **EDD** | | **Fremont DIP Oper Check (9838)** | **(875.24)** |
| | | | | *Payroll Liabilities | (16.49) | 16.49 |
| | | | | *Payroll Liabilities | (858.75) | 858.75 |
| TOTAL | | | | | (875.24) | 875.24 |
| **Liability Check** | **E-pay** | 07/15/2016 | **United States Treasury** | | **Fremont DIP Oper Check (9838)** | **(99.10)** |
| | | | | *Payroll Liabilities | (99.10) | 99.10 |
| TOTAL | | | | | (99.10) | 99.10 |
| **Paycheck** | **4607** | 07/18/2016 | **Brian Gleeson** | | **Fremont DIP Oper Check (9838)** | **(765.67)** |
| | | | | *Payroll Expenses - 2016 | (936.00) | 936.00 |
| | | | | *Payroll Liabilities | 82.00 | (82.00) |
| | | | | *Payroll Expenses - 2016 | (58.04) | 58.04 |
| | | | | *Payroll Liabilities | 58.04 | (58.04) |
| | | | | *Payroll Liabilities | 58.04 | (58.04) |
| | | | | *Payroll Expenses - 2016 | (13.57) | 13.57 |
| | | | | *Payroll Liabilities | 13.57 | (13.57) |
| | | | | *Payroll Liabilities | 13.57 | (13.57) |
| | | | | *Payroll Liabilities | 8.29 | (8.29) |
| | | | | *Payroll Liabilities | 8.43 | (8.43) |
| TOTAL | | | | | (765.67) | 765.67 |
| **Paycheck** | **4608** | 07/18/2016 | **Sean Walsh** | | **Fremont DIP Oper Check (9838)** | **(6,160.25)** |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | *Payroll Expenses - 2016 | (7,500.00) | 7,500.00 |
|  |  |  |  |  | *Payroll Liabilities | 590.00 | (590.00) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (465.00) | 465.00 |
|  |  |  |  |  | *Payroll Liabilities | 465.00 | (465.00) |
|  |  |  |  |  | *Payroll Liabilities | 465.00 | (465.00) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (108.75) | 108.75 |
|  |  |  |  |  | *Payroll Liabilities | 108.75 | (108.75) |
|  |  |  |  |  | *Payroll Liabilities | 108.75 | (108.75) |
|  |  |  |  |  | *Payroll Liabilities | 176.00 | (176.00) |
| TOTAL |  |  |  |  |  | (6,160.25) | 6,160.25 |
|  | Liability Check | E-pay | 07/18/2016 | United States Treasury | Fremont DIP Oper Check (9838) |  | (1,962.72) |
|  |  |  |  |  | *Payroll Liabilities | (672.00) | 672.00 |
|  |  |  |  |  | *Payroll Liabilities | (523.04) | 523.04 |
|  |  |  |  |  | *Payroll Liabilities | (523.04) | 523.04 |
|  |  |  |  |  | *Payroll Liabilities | (122.32) | 122.32 |
|  |  |  |  |  | *Payroll Liabilities | (122.32) | 122.32 |
| TOTAL |  |  |  |  |  | (1,962.72) | 1,962.72 |
|  | Check |  | 07/18/2016 |  | Fremont DIP Oper Check (9838) |  | (139.00) |
|  |  |  |  |  | Office Expenses | (139.00) | 139.00 |
| TOTAL |  |  |  |  |  | (139.00) | 139.00 |
|  | Check |  | 07/18/2016 |  | Fremont DIP Oper Check (9838) |  | (10.00) |
|  |  |  |  |  | Office Expenses | (10.00) | 10.00 |
| TOTAL |  |  |  |  |  | (10.00) | 10.00 |
|  | Check | EFT | 07/21/2016 | Board of Equalization | Fremont DIP Oper Check (9838) |  | (810.00) |
|  |  |  |  | Board of Equalization | Sales Tax Payable | (810.00) | 810.00 |
| TOTAL |  |  |  |  |  | (810.00) | 810.00 |
|  | Check |  | 07/25/2016 | Ayera Technologies, Inc. | Fremont DIP Oper Check (9838) |  | (314.00) |
|  |  |  |  |  | Office Expenses | (314.00) | 314.00 |
| TOTAL |  |  |  |  |  | (314.00) | 314.00 |
|  | Check |  | 07/27/2016 | Google | Fremont DIP Oper Check (9838) |  | (79.95) |
|  |  |  |  |  | Advertising | (79.95) | 79.95 |
| TOTAL |  |  |  |  |  | (79.95) | 79.95 |
|  | Check |  | 07/27/2016 |  | Fremont DIP Core Check (9773) |  | (7,500.00) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Fremont DIP Oper Check (9838) | (7,500.00) | 7,500.00 |
| TOTAL | | | | | | (7,500.00) | 7,500.00 |
| | Check | 4614 | 07/28/2016 | United States Trustee | **Fremont DIP Oper Check (9838)** | | **(4,872.77)** |
| | | | | | Legal & Professional Fees | (4,872.77) | 4,872.77 |
| TOTAL | | | | | | (4,872.77) | 4,872.77 |
| | **Bill Pmt -Check** | **4609** | **07/28/2016** | **A&A Portables** | **Fremont DIP Oper Check (9838)** | | **(88.15)** |
| | Bill | 1-655860 | 06/30/2016 | | Equipment Rental | (88.15) | 88.15 |
| TOTAL | | | | | | (88.15) | 88.15 |
| | **Bill Pmt -Check** | **4610** | **07/28/2016** | **Gilton Solid Waste** | **Fremont DIP Oper Check (9838)** | | **(99.72)** |
| | Bill | 00832053 | 06/30/2016 | | Other Utilities | (99.72) | 99.72 |
| TOTAL | | | | | | (99.72) | 99.72 |
| | **Bill Pmt -Check** | **4611** | **07/28/2016** | **Gordon B. Ford, Stanislaus County Tax Col** | **Fremont DIP Oper Check (9838)** | | **(19,389.29)** |
| | Bill | 2016-17 Tax | 06/30/2016 | | Taxes & Licenses | (19,389.29) | 19,389.29 |
| TOTAL | | | | | | (19,389.29) | 19,389.29 |
| | **Bill Pmt -Check** | **4612** | **07/28/2016** | **Just Bookkeeping** | **Fremont DIP Oper Check (9838)** | | **(1,756.72)** |
| | Bill | 16004958 | 06/30/2016 | | Bookkeeping | (1,686.25) | 1,686.25 |
| | | | | | Postage And Delivery | (70.47) | 70.47 |
| TOTAL | | | | | | (1,756.72) | 1,756.72 |
| | **Check** | **4613** | **07/28/2016** | **Arch + Beam** | **Fremont DIP Oper Check (9838)** | | **(7,500.00)** |
| | | | | | Legal & Professional Fees | (7,500.00) | 7,500.00 |
| TOTAL | | | | | | (7,500.00) | 7,500.00 |
| | **Bill Pmt -Check** | **4615** | **07/28/2016** | **UPS** | **Fremont DIP Oper Check (9838)** | | **(94.20)** |
| | Bill | 19F554266 | 06/25/2016 | | Freight & delivery - COS | (34.15) | 34.15 |
| | Bill | 19F554276 | 07/02/2016 | | Freight & delivery - COS | (14.50) | 14.50 |
| | Bill | 19F554286 | 07/09/2016 | | Freight & delivery - COS | (14.50) | 14.50 |
| | Bill | 19F554296 | 07/16/2016 | | Freight & delivery - COS | (14.50) | 14.50 |
| | Bill | 19F554306 | 07/23/2016 | | Freight & delivery - COS | (16.55) | 16.55 |
| TOTAL | | | | | | (94.20) | 94.20 |
| | **Paycheck** | **4616** | **07/28/2016** | **Nicholas Sewak** | **Fremont DIP Oper Check (9838)** | | **(399.96)** |
| | | | | | *Payroll Expenses - 2016 | (480.00) | 480.00 |
| | | | | | *Payroll Liabilities | 39.00 | (39.00) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | *Payroll Expenses - 2016 | (29.76) | 29.76 |
|  |  |  |  |  | *Payroll Liabilities | 29.76 | (29.76) |
|  |  |  |  |  | *Payroll Liabilities | 29.76 | (29.76) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (6.96) | 6.96 |
|  |  |  |  |  | *Payroll Liabilities | 6.96 | (6.96) |
|  |  |  |  |  | *Payroll Liabilities | 6.96 | (6.96) |
|  |  |  |  |  | *Payroll Liabilities | 4.32 | (4.32) |
| TOTAL |  |  |  |  |  | (399.96) | 399.96 |
|  | **Paycheck** | **4617** | **07/28/2016** | **Phillip M. Gilliam** | **Fremont DIP Oper Check (9838)** |  | **(449.54)** |
|  |  |  |  |  | *Payroll Expenses - 2016 | (520.00) | 520.00 |
|  |  |  |  |  | *Payroll Liabilities | 26.00 | (26.00) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (32.24) | 32.24 |
|  |  |  |  |  | *Payroll Liabilities | 32.24 | (32.24) |
|  |  |  |  |  | *Payroll Liabilities | 32.24 | (32.24) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (7.54) | 7.54 |
|  |  |  |  |  | *Payroll Liabilities | 7.54 | (7.54) |
|  |  |  |  |  | *Payroll Liabilities | 7.54 | (7.54) |
|  |  |  |  |  | *Payroll Liabilities | 4.68 | (4.68) |
| TOTAL |  |  |  |  |  | (449.54) | 449.54 |
|  | **Check** |  | **07/28/2016** | **Shopify** | **Fremont DIP Oper Check (9838)** |  | **(179.00)** |
|  |  |  |  |  | Office Expenses | (179.00) | 179.00 |
| TOTAL |  |  |  |  |  | (179.00) | 179.00 |
|  | **Check** |  | **07/29/2016** | **Fremont Bank** | **Fremont Bank -9730** |  | **(5.00)** |
|  |  |  |  |  | Bank Charges | (5.00) | 5.00 |
| TOTAL |  |  |  |  |  | (5.00) | 5.00 |
|  | **Check** |  | **07/31/2016** | **Fremont Bank** | **Fremont DIP Savings (7604)** |  | **(5.00)** |
|  |  |  |  |  | Bank Charges | (5.00) | 5.00 |
| TOTAL |  |  |  |  |  | (5.00) | 5.00 |
|  | **Paycheck** | **4619** | **08/01/2016** | **Brian Gleeson** | **Fremont DIP Oper Check (9838)** |  | **(841.39)** |
|  |  |  |  |  | *Payroll Expenses - 2016 | (1,040.00) | 1,040.00 |
|  |  |  |  |  | *Payroll Liabilities | 97.00 | (97.00) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (64.48) | 64.48 |
|  |  |  |  |  | *Payroll Liabilities | 64.48 | (64.48) |
|  |  |  |  |  | *Payroll Liabilities | 64.48 | (64.48) |
|  |  |  |  |  | *Payroll Expenses - 2016 | (15.08) | 15.08 |
|  |  |  |  |  | *Payroll Liabilities | 15.08 | (15.08) |
|  |  |  |  |  | *Payroll Liabilities | 15.08 | (15.08) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | *Payroll Liabilities | 12.69 | (12.69) |
| | | | | | *Payroll Liabilities | 9.36 | (9.36) |
| TOTAL | | | | | | (841.39) | 841.39 |
| | Paycheck | 4618 | 08/01/2016 | Sean Walsh | **Fremont DIP Oper Check (9838)** | | **(6,191.25)** |
| | | | | | *Payroll Expenses - 2016 | (7,500.00) | 7,500.00 |
| | | | | | *Payroll Liabilities | 590.00 | (590.00) |
| | | | | | *Payroll Expenses - 2016 | (434.00) | 434.00 |
| | | | | | *Payroll Liabilities | 434.00 | (434.00) |
| | | | | | *Payroll Liabilities | 434.00 | (434.00) |
| | | | | | *Payroll Expenses - 2016 | (108.75) | 108.75 |
| | | | | | *Payroll Liabilities | 108.75 | (108.75) |
| | | | | | *Payroll Liabilities | 108.75 | (108.75) |
| | | | | | *Payroll Liabilities | 176.00 | (176.00) |
| TOTAL | | | | | | (6,191.25) | 6,191.25 |
| | **Check** | EFT | 08/01/2016 | **Plug & Play** | **Fremont DIP Oper Check (9838)** | | **(550.00)** |
| | | | | | Rent or Lease | (550.00) | 550.00 |
| TOTAL | | | | | | (550.00) | 550.00 |
| | **Check** | | 08/01/2016 | **Zoho** | **Fremont DIP Oper Check (9838)** | | **(50.00)** |
| | | | | | Office Expenses | (50.00) | 50.00 |
| TOTAL | | | | | | (50.00) | 50.00 |
| | **Check** | | 08/01/2016 | **Ring Central** | **Fremont DIP Oper Check (9838)** | | **(29.46)** |
| | | | | | Office Expenses | (29.46) | 29.46 |
| TOTAL | | | | | | (29.46) | 29.46 |
| | **Check** | | 08/02/2016 | **eMaint Enterprises, LLC** | **Fremont DIP Oper Check (9838)** | | **(70.00)** |
| | | | | | Office Expenses | (70.00) | 70.00 |
| TOTAL | | | | | | (70.00) | 70.00 |
| | **Check** | | 08/03/2016 | **Google** | **Fremont DIP Oper Check (9838)** | | **(90.48)** |
| | | | | | Advertising | (90.48) | 90.48 |
| TOTAL | | | | | | (90.48) | 90.48 |
| | **Check** | | 08/08/2016 | **BaseCamp** | **Fremont DIP Oper Check (9838)** | | **(20.00)** |
| | | | | | Office Expenses | (20.00) | 20.00 |
| TOTAL | | | | | | (20.00) | 20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Paycheck | 4620 | 08/15/2016 | Brian Gleeson | Fremont DIP Oper Check (9838) | | (915.93) |
| | | | | *Payroll Expenses - 2016 | (1,144.00) | 1,144.00 |
| | | | | *Payroll Liabilities | 113.00 | (113.00) |
| | | | | *Payroll Expenses - 2016 | (70.92) | 70.92 |
| | | | | *Payroll Liabilities | 70.92 | (70.92) |
| | | | | *Payroll Liabilities | 70.92 | (70.92) |
| | | | | *Payroll Expenses - 2016 | (16.59) | 16.59 |
| | | | | *Payroll Liabilities | 16.59 | (16.59) |
| | | | | *Payroll Liabilities | 16.59 | (16.59) |
| | | | | *Payroll Liabilities | 17.27 | (17.27) |
| | | | | *Payroll Liabilities | 10.29 | (10.29) |
| TOTAL | | | | | (915.93) | 915.93 |
| Check | | 08/15/2016 | Intuit | Fremont DIP Oper Check (9838) | | (35.30) |
| | | | | Office Expenses | (35.30) | 35.30 |
| TOTAL | | | | | (35.30) | 35.30 |
| Liability Check | E-pay | 08/16/2016 | EDD | Fremont DIP Oper Check (9838) | | (16.72) |
| | | | | *Payroll Liabilities | (8.43) | 8.43 |
| | | | | *Payroll Liabilities | (8.29) | 8.29 |
| TOTAL | | | | | (16.72) | 16.72 |
| Liability Check | E-pay | 08/16/2016 | EDD | Fremont DIP Oper Check (9838) | | (9.00) |
| | | | | *Payroll Liabilities | (9.00) | 9.00 |
| TOTAL | | | | | (9.00) | 9.00 |
| Liability Check | E-pay | 08/16/2016 | United States Treasury | Fremont DIP Oper Check (9838) | | (218.00) |
| | | | | *Payroll Liabilities | (65.00) | 65.00 |
| | | | | *Payroll Liabilities | (62.00) | 62.00 |
| | | | | *Payroll Liabilities | (62.00) | 62.00 |
| | | | | *Payroll Liabilities | (14.50) | 14.50 |
| | | | | *Payroll Liabilities | (14.50) | 14.50 |
| TOTAL | | | | | (218.00) | 218.00 |
| Liability Check | E-pay | 08/16/2016 | EDD | Fremont DIP Oper Check (9838) | | (22.05) |
| | | | | *Payroll Liabilities | (9.36) | 9.36 |
| | | | | *Payroll Liabilities | (12.69) | 12.69 |
| TOTAL | | | | | (22.05) | 22.05 |
| Liability Check | E-pay | 08/16/2016 | United States Treasury | Fremont DIP Oper Check (9838) | | (1,931.62) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | *Payroll Liabilities | (687.00) | 687.00 |
|  |  |  |  |  | *Payroll Liabilities | (498.48) | 498.48 |
|  |  |  |  |  | *Payroll Liabilities | (498.48) | 498.48 |
|  |  |  |  |  | *Payroll Liabilities | (123.83) | 123.83 |
|  |  |  |  |  | *Payroll Liabilities | (123.83) | 123.83 |
| TOTAL |  |  |  |  |  | (1,931.62) | 1,931.62 |
|  | Liability Check | E-pay | 08/16/2016 | Colorado Department of Revenue | Fremont DIP Oper Check (9838) |  | (176.00) |
|  |  |  |  |  | *Payroll Liabilities | (176.00) | 176.00 |
| TOTAL |  |  |  |  |  | (176.00) | 176.00 |
|  | Liability Check | E-pay | 08/16/2016 | EDD | Fremont DIP Oper Check (9838) |  | (27.56) |
|  |  |  |  |  | *Payroll Liabilities | (10.29) | 10.29 |
|  |  |  |  |  | *Payroll Liabilities | (17.27) | 17.27 |
| TOTAL |  |  |  |  |  | (27.56) | 27.56 |
|  | Liability Check | E-pay | 08/16/2016 | United States Treasury | Fremont DIP Oper Check (9838) |  | (288.02) |
|  |  |  |  |  | *Payroll Liabilities | (113.00) | 113.00 |
|  |  |  |  |  | *Payroll Liabilities | (70.92) | 70.92 |
|  |  |  |  |  | *Payroll Liabilities | (70.92) | 70.92 |
|  |  |  |  |  | *Payroll Liabilities | (16.59) | 16.59 |
|  |  |  |  |  | *Payroll Liabilities | (16.59) | 16.59 |
| TOTAL |  |  |  |  |  | (288.02) | 288.02 |