MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

        Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

CERTIFICATE OF SERVICE

Date: February 22, 2017
Time: 1:00 p.m.
Place: 280 S. First Street, Courtroom 3099
       San Jose, California

Hon. Stephen L. Johnson

I, the undersigned, hereby certify that I am a citizen of the United States of America and employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 221 Sansome Street, Third Floor, San Francisco, California 94104-2323.

On the date hereof, I served the following documents:
1. **NOTICE OF HEARING ON MOTION TO COMPEL PAYMENT OF APPROVED COMPENSATION AND REIMBURSEMENT OF EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES**
2. **MOTION TO COMPEL PAYMENT OF APPROVED COMPENSATION AND REIMBURSEMENT OF EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES**
3. **DECLARATION OF RENO F.R. FERNANDEZ III IN SUPPORT OF MOTION TO COMPEL PAYMENT OF APPROVED COMPENSATION AND REIMBURSEMENT OF EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES**

/ / /

/ / /

| | |
|---|---|
| Upon the following persons and or entities below: | |
| AQH LLC<br>Attn: Mr. Chris Cunningham and Mr. Sean Walsh<br>440 North Wolfe Road, #243<br>Sunnyvale, CA 94085 | Chris Cunningham<br>4335 Van Nuys Blvd., Ste. #443<br>Sherman Oaks, CA 91403 |
| Chris Cunningham<br>10033 Reevesbury Dr<br>Beverly Hills, CA 90210 | Jeffer Mangels Butler & Mitchell LLP<br>Attn: Bennett G. Young, Esq.<br>Two Embarcadero Center, 5th Fl.<br>San Francisco, CA 94111-3824 |
| Sean Walsh<br>1742 Kansas Street<br>Redwood City, CA 94061 | |

As follows:

[X] By First Class U.S. Mail. By placing a true and correct copy of said document(s), enclosed in a sealed envelope, addressed as above, with postage thereon fully prepared to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED: January 25, 2017          /s/ Samantha G. Brown
                                                              SAMANTHA G. BROWN