MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

        Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**CORRECTED[1] NOTICE OF HEARING ON MOTION TO COMPEL PAYMENT OF APPROVED COMPENSATION AND REIMBURSEMENT OF EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES**

Date: February 22, 2017
Time: 1:00 p.m.
Place: 280 S. First Street, Courtroom 3099
      San Jose, California

Hon. Stephen L. Johnson

NOTICE IS HEREBY GIVEN that on January 25, 2017, Macdonald Fernandez LLP, administrative creditor herein (the "Firm"), filed the Motion to Compel Payment of Approved Compensation and Reimbursement of Expenses; Memorandum of Points and Authorities (the "Motion") pursuant to Bankruptcy Code Section 105(a) and the Court's inherent power. For particulars, reference is made to the Motion, Memorandum of Points and Authorities, and the Declaration of Reno F.R. Fernandez III filed in support thereof, copies of which are served herewith,

---

[1] This is to correct a typographical error in the Court's address in the body of the notice.

1

and such other matters as may be brought to the Court at the time of hearing.

    NOTICE IS FURTHER GIVEN that a hearing to consider granting the Motion shall be held on February 22, 2017 at 1:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen L. Johnson, United States Bankruptcy Judge, at 280 S. First Street, Courtroom 3099, San Jose California.

    NOTICE IS FURTHER GIVEN that opposition, if any, to the Motion must be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date.

DATED: January 25, 2017                                     MACDONALD FERNANDEZ LLP

                                                                               By: */s/ Reno F.R. Fernandez III*
                                                                                         Reno F.R. Fernandez III
                                                                                         Administrative Creditor