JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504), byoung@jmbm.com
CHRISTINA L. CHEN (Bar No. 294921), cchen@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Debtor AQH, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>AQH, LLC<br><br>Debtor. | Chapter 11 Case<br><br>Case No. 15-50553-SLJ-11<br><br>**DEBTOR'S OPPOSITION TO MOTION TO COMPEL PAYMENT OF APPROVED COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Date: February 22, 2017<br>Time: 1:00 p.m.<br>Courtroom: Honorable Stephen L. Johnson<br>280 S. First St., Room 3099<br>San Jose, California |

Debtor AQH, LLC ("Debtor") hereby opposes the Motion to Compel Payment ("Motion") filed by Debtor's former counsel, Macdonald Fernandez LLP ("Movant").

Movant seeks to compel payment of the compensation and reimbursement of the Movant, and those of Baudler & Flanders, CPAs, that were recently approved by the Court. In support of its Motion, Movant alleges that (i.) Debtor paid off other creditors of "equal or lower priority" after the dismissal of the case, including various insiders and employees, and (ii.) Debtor had significant cash and equipment at the time of the dismissal of the within bankruptcy case. Debtor will address each of these arguments in turn.

First, all of the payments that Debtor made after the dismissal of the case were legitimate business expenses. As listed on Exhibit A of the Motion, all of the payments that Debtor

made post-dismissal were for expenses incurred in the ordinary course of business, including electric bills, payments for utilities, payroll for Debtor's employees, taxes, and other recurring payments of the company.

The payments that were made to Sean Walsh and other employees were payroll payments made toward employees' salaries. Such payments were made in the same amounts and frequency as payments that were made during the pendency of the bankruptcy case. The employees and principals of Debtor continued to operate the company for several months following the dismissal of the bankruptcy case. During this time, Sean Walsh worked full-time in his capacity as principal of the Debtor. Debtor continued to explore different means of sustaining its business operations, including by executing an assignment for the benefit of creditors, raising money, and planning for the sale of business as a going concern.

Second, Debtor's efforts in locating alternative sources of capital to fund its operations and maintain its business have been unsuccessful. Currently, Debtor has no funds and its secured creditor has foreclosed on its equipment. Debtor no longer has any cash on hand and cannot satisfy any orders entered against it.

Based on the foregoing, Debtor requests that the Motion to Compel Payment be denied.

DATED: February 3, 2017

JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG
CHRISTINA L. CHEN

By: */s/ Christina L. Chen*
CHRISTINA L. CHEN
Attorneys for Debtor AQH, LLC

OPPOSITION TO MOTION TO COMPEL PAYMENT