MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

          Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**REPLY IN SUPPORT OF MOTION TO COMPEL PAYMENT OF APPROVED COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Date: February 22, 2017
Time: 1:00 p.m.
Place: 280 S. First Street, Courtroom 3099
      San Jose, California

Hon. Stephen L. Johnson

      COMES NOW Macdonald Fernandez LLP, administrative creditor herein (the "Firm"), replying to the Debtor's Opposition to Motion to Compel Payment of Approved Compensation and Reimbursement of Expenses (the "Opposition"), and respectfully represents as follows:

      1.     The Opposition is puzzling in that AQH, LLC, Debtor herein, does not dispute the debt.

      2.     The Debtor likewise does not dispute the fact that this Court has the power to order the relief requested.

      3.     The only grounds offered in opposition are that the Debtor is out of cash.

      4.     The remainder of the Opposition is dedicated to defending certain post-dismissal transfers to insiders, which are the reason it is out of cash. The legitimacy or avoidability of the

transfer is not at issue, and indeed the Debtor has no role in defending the transferees. In any event, the Debtor does not dispute that the payments were made.

5. The Order Granting Application for Fees and Expenses to Macdonald Fernandez LLP allows the Firm's fees and expenses but does not expressly order that they be paid (Docket No. 234). In order to avoid doubt and clarify for the Debtor that the fees and expenses are due, the Court should order that they be paid.

DATED: February 15, 2017                                   MACDONALD FERNANDEZ LLP

                                                           By: */s/ Reno F.R. Fernandez III*
                                                               Reno F.R. Fernandez III
                                                               Administrative Creditor