MACDONALD | FERNANDEZ LLP
IAIN A. MACDONALD (SBN 051073)
RENO F.R. FERNANDEZ III (SBN 251934)
MATTHEW J. OLSON (SBN 265908)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Administrative Creditor

The following constitutes
the order of the court. Signed March 8, 2017

*Stephen Johnson*
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

AQH, LLC

           Debtor.

Case No. 15-50553-SLJ-11

Chapter 11

**JUDGMENT**

      The Motion to Compel Payment of Approved Compensation and Reimbursement of Expenses filed by the law firm of Macdonald Fernandez LLP, filed on January 25, 2017 (Docket No. 237) (the "Motion"), came on for hearing February 22, 2017. Reno F.R. Fernandez III appeared for Macdonald Fernandez LLP; Bennett G. Young appeared for AQH, LLC, Debtor in the within dismissed case. The Court treated the Motion as a motion to convert the Order Granting Application for Fees and Expenses to Macdonald Fernandez LLP entered on September 26, 2016 (Docket No. 234) (the "Order"), into a judgment. The Court, having considered the Motion and all argument and evidence offered in support thereof and opposition thereto, finding that notice was proper, and good cause appearing:

      IT IS HEREBY ADJUDGED that:

      1.    The Motion is GRANTED to the extent provided herein and it is DENIED in all other respects;

      2.    The Order is hereby converted to a judgment, as provided herein; and

      3.    Macdonald Fernandez LLP shall have and recover from AQH, LLC the amount of $182,336.42, together with interest at the federal judgment rate in effect on the date this Judgment is

1 | entered and accruing from and after the date this Judgment is entered.
2 | APPROVED AS TO FORM:
3 | JEFFER MANGELS BUTLER & MITCHELL LLP

By: */s/ Bennett G. Young*
    Bennett G. Young
    Attorneys for AQH, LLC

*** END OF ORDER ***

# COURT SERVICE LIST

All parties required to be served are registered CM/ECF participants.  B.L.R. 9022-1.